Exhibit 13

Name __Barkey Velma J__

Address _____ Phone No. Wh 22927    Hospital No. 127582 ✓

Date of Birth _____ Birthplace _____    Doctor Crowley

Occupation Tool Planning (husband)  Employer Boeing 65343    Admitted 6-29-59 Hour 2:10PM

Mar. Sing. Wid. Sep. Div.    Dismissed JUL 2 1959 Hour

Age 34    Sex F    Race W    ☒ ☐ ☐ ☐ ☐    Diagnosis Minor GYN

Husband or Wife Jack W    Religion Cath    Service Surg

Church Christ the King    Previous Admission Date 1951

Cont'l/Boeing 65343    Baptized yes    Name Then _____

Ins. _____ FA No. CC9002

Father's Name Ernest Johnson    Birth Place _____

Address unk address    Birth Place _____

Mother's Maiden Name Irene Wilson

**Provisional Diagnosis (to be completed within 24 hours after admission):**

---

**Final Diagnosis:**    Code No.

Menorrhagia Dysmenorrhea (765)    785-X20

**Secondary Diagnosis or Complications:**

**Operation:**    D & C    785-164

---

**Consultation With** _____

**Results:** ☐ Recovered  ☒ Improved  ☐ Not Improved  ☐ Not Treated  ☐ Diagnosed Only  ☐ Died

**Cause of Death** _____    Autopsy: ☐ Yes  ☐ No

| WICHITA-ST. JOSEPH HOSPITAL | I have examined and approved this complete medical record on _____ 19___ |
| This Record | |
| Reviewed _____ | Signed E.Crowley                     M. D., Attending Physician |
| Approved ᵇ S | WICHITA-ST. JOSEPH HOSPITAL |
| Medical Records Committee | SUMMARY SHEET |

000020

WP_PC000010238

Ex_13-000121

Hospital

| | | |
|---|---|---|
| Name: Purkey, Velma L. | Room No. 227 | Hospital No. 127582 |
| Address | Telephone No. | Doctor: E. X. Crowley |

Date of Birth_____    Birthplace_____    Admitted_____Hour____
                                                               Dismissed_____Hour____

Age____ Sex____ Race____    Mar. Sing. Wid. Sep. Div.    Diagnosis_____
                            ☐    ☐    ☐    ☐    ☐       Service_____
Husband or Wife_____    Religion_____    Previous Admission
_____    Church_____    Date_____
                            Baptized_____    Name Then_____

**Family History** Non-contributory.

**Personal History** Usual childhood diseases. No previous surgery. Two full term pregnancies with no complications.

**Chief Complaint:** Dysmenorrhea; Metrorrhagia;

**Present Illness: Onset and History** Patient is an extremely tense and nervous individual who has had little or no trouble throughout two pregnancies. However, in the past 9 months she has had an increasing amount of dysmenorrhea for the first two days of her menstrual flow and an increasing amount of menorrhagia persisting 4 to 5 days. Other than this she is relatively free of symptoms.

Form G-3                        (Use Continuation Sheet)
                                **000021** HISTORY

WP_PC000010239

Ex_13-000122

Urgent ST. FRANCIS HOSPITAL
WICHITA, KANSAS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | 221631 | Room | A/22 | Res. | X | | Int. | XXX |
| ent | Purkey, Mr Wesley I | | | Date of Birth | | | ██, 95█ | |
| ess | ██4████ | | | Place of Birth | | Kanas | | |
| & State | Wichita, Ks | | | Telephone | | AM 7 6724 | | |
| . Diag. | Observation | | | Service | | Psy | | |
| I—S.M.W.D. | Single | Sex | Male | Race | white | Age | 14 | |
| ion | Cath | | Parish — Church — Syn. | | St Joseph | | | |
| of Adm. | 12-29-66 | Time | 11:35 AM | Registrar | Reed/mc | | | |
| er Adm. Date | No | | Name | | | Maiden Name | | |
| ician | R V Erken-W C C Wellshear | | | | | Sp. Diet Yes | | No XXX |
| on to Notify | Mrs Carrie Burke | | | | | Relation | Aunt | |
| ess | Same | | | | | Phone | | |
| pation | Kansas Masonic Home | | | Company | Assistant Matron | | | |
| rance | None to ceover | | | Policy No. | | | Group ☐ | Individual ☐ |

| ification No. | SAT. BUS. | GROUP NUMBER | MAT | TYPE CONT. | Eff. Date (Cont. Yr.) | Code — B.C. Waiver — Date | BLUE CROSS | Eff. Date (Cont. Yr.) | Code — B.S. Waiver — Date | BLUE SHIELD |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

BENEFIT DATE (BENEFITS SHOWN BEGIN ON THIS DATE) ROOM ALLOW._____ FEE SCHEDULE_____

JT OF STATE_____ DEDUCTIBLE_____ DIAGNOSTIC X-RAY_____

_____ HOSP. DAYS _____
_____ Ebr/M-M-Eff Date _____ Ebr/M-M-Eff Date _____
EXT. BENEFITS —            EXT. BENEFITS —

MBERS NAME _____            BC MEMBERS BIRTHDAY _____
RKS _____

OF DISMISSAL ___1/11/67___            TIME ___12:39 PM.___

**FINAL SUMMARY**

**WEDNESDAY JAN 11 1967**

osis on Admission (to be completed 24 hours after admission) _Headaches_

f onset_____

Diagnosis _Passive, aggressive personality_
_Severe -_

ications and Wound Infections_____

ks _____

tation With_____

ion on Discharge_____

vered_____ ☐ Improved _____ ☒ Unimproved _____ ☒ Not Treated _____ ☐ Expired _____ ☐ Autopsy_____

: Surg.    Neuro Surg.    Med.    O. B. Gyn.    Ped.    Urology    Ortho.    E.E.N.T.    Neuropsychiatry

ons: _____

☐ **FORMER ADMISSIONS** ☐

_____Case No._____

25c80
2b

000710

_____
SIGNATURE OF ATTENDING PHYSICIAN

Ex_13-000123

## ST. FRANCIS HOSPITAL

Wichita, Kansas

PERMISSION TO LEAVE THE GROUNDS:

I hereby give permission that _____Wesley Purkey_____ be allowed to leave the grounds of the hospital with or without the attendance of an employee of that institution, at the discretion of the physicians of the St. Francis Hospital. I hereby release the St. Francis Hospital, its physicians, and employees, from the responsibility for anything that may occur while the patient is off the grounds of the St. Francis Hospital.

REQUESTS FOR RECREATIONAL, SPORTS, AND MANUAL ARTS ACTIVITIES:

I hereby request that _____Wesley Purkey_____ be permitted to participate in all recreational activities under the supervision of the St. Francis Hospital and at the direction of the physician. Such recreational activities include those which are approved by the physician. I also request that the above named patient be permitted to participate in all manual arts activities under the direction of the physician. I am fully aware of the hazards which accompany participation in sports and manual arts activities and hereby release the St. Francis Hospital from any and all liability which may arise while the patient is engaging in any of these activities.

Signed: _Carrie Burke_____ Address: ███████████████████

Relation to patient: __Aunt._____

Witness: __Sonja Feist R.N._____

NS:1-15-64

**000711**

Ex_13-000124

ST. FRANCIS HOSPITAL
WICHITA, KANSAS

## HISTORY

NAME _Purkey, Wesley_    ROOM _22_ BED _1_    DOCTOR _Erkar/Wellcher_

INFORMANT _____    DATE _____

| FAMILY | AGE | | HEALTH, IF LIVING OR CAUSE OF DEATH. NOTE ESPECIALLY HEREDITARY OR INFECTIOUS DISEASES |
| | DEAD | LIVING | |
| --- | --- | --- | --- |
| FATHER | | ✓ | ? |
| MOTHER | | ✓ | See P.H. below |
| BROTHERS | | 1 | |
| SISTERS | | | |
| CHILDREN | | | |

PAST HISTORY STATE HERE DISEASES FROM CHILDHOOD TO DATE. HABITS, MENSTRUAL HISTORY, OPERATIONS, ETC.

P.H. of an insecure environment c̄ M of main figure (F. walking out on M) and she having a history of drinking, "temper fits", promiscuity carried on rather openly in front of the boys & @ least 3 marr. She abandoned the 2 boys at which time Great aunt received custody.

CHIEF COMPLAINT Severe h.a's., abd. c/o's, vomiting + fatigue. (Pt has also had some black-out spells & dizziness)

PRESENT ILLNESS 14y.o. white male who has been in trouble c̄ the law recently — but c/o's severely of the above sx. Medical Rx was sought from Drs. Hudaka + Manahan both by whom recommended psychiatric Rx. Guardian feels he — hormonal difficulties are related to these severe h.a. '(?)

P.H. is "cross" doesn't care what he does or what he says.

REVIEW OF SYSTEMS:

Poss tumor? Poss temporal lobe syndrome? To evaluate — c̄ hospitalization & EEG.

01-181

SIGNATURE OF HOUSE PHYSICIAN

SIGNATURE OF ATTENDING PHYSICIAN _____

000712

Ex_13-000125

ST. FRANCIS HOSPITAL
WICHITA, KANSAS

## PHYSICAL EXAMINATION

LL NAME _Purkey, Wesley_                     HOSP. NO. _221631_

IGHT _____ WEIGHT _____ TEMP. _____ P. _76_ RESP. _14_ B.P. _122/76_

| UTLINE TO BE FOLLOWED: | AVOID SUCH TERMS AS " NORMAL " AND " NEGATIVE" |
|---|---|
| **HEAD:** | GENERAL APPEARANCE w/d, w/n, w/m in no distress |
| EYE, EAR, NOSE, THROAT. | Head - EENT neg. Fundi OK. |
| **NECK:** | Neck - supple |
| **CHEST:** INSPECTION, PALPATION, PERCUSSION. AUSCULTATION. | Chest - clear to P+A |
| **HEART:** B/P, POSITION SIZE, RATE, MURMURS. | Heart - NSR, no (m) Abdomen - soft, no LKS palpable Genitalia - post pubertal - normal |
| **ABDOMEN:** INSPECTION, PALPATION, PERCUSSION. | Skin - neg |
| **GENITO-URINARY:** | Ext + Sp- neg |
| **EXTREMITIES & SPINE:** EDEMA, VARICOSITIES, BONES JOINTS. | Neuro - physiologic throughout |
| **NERVOUS:** REFLEXES, SENSATION, MUSCULAR MOVEMENT. | |
| **SKIN & GLANDS:** | |
| **SPECIAL** | |

PRESSION: Normal P.E.

TE _12/30/66_                     EXAMINED BY _RV Erkenwro_ M.D.

000713

1-284

Ex_13-000126

| PURKEY          WESLEY | | | ST. FRANCIS HOSPITAL          01-382 X—RAY DEPARTMENT J. R. KLINE, M. D., DIRECTOR | |
|---|---|---|---|---|
| Last          First          Int. | | | | |
| Add. ███  ███ | | | Film No.          A 21160 | |
| Date 12/30/66  Age 14  M. ⬚  Birth Date ███ | | | Part Exam.          SKULL | |
| Dr. ERKEN          Case No. 221631 | | | Room No.          22 | |

The examination shows normal symmetrical development of the cranium.  No bony lesion is
identified.  No abnormal intracranial calcification is seen. The sella turcica  and
petrous ridges are within normal limits.

CONCLUSION:  No abnormality demonstrated about the skull.  (KWG:lw)

*E. Muzzari, M.D.*

000714

Ex_13-000127

PURKEY        WESLEY                                    RM 14   OP      FILE NO. 5727
LAST                    FIRST                INITIAL

ADDRESS  ████  ████                          DR.    ERKEN        CASE NO.

DATE 12/30/66    AGE 14    M. F. XX   BIRTH DATE

BRAIN SCAN

The brain was scanned with a scintillation counter following the intravenous administration
of radioactive Technetium. There was no localization of the radioactive material in any
particular area of the brain.  On this examination, there is no evidence of a brain tumor
or other abnormality.  (JRK:lw)

_____ M.D.
                    RADIOLOGIST

FORM 1          DEPARTMENT OF RADIOLOGY AND NUCLEAR MEDICINE,  ST. FRANCIS HOSPITAL, WICHITA, KANSAS



000715

Ex_13-000128

### ST. FRANCIS HOSPITAL
Wichita, Kansas

#### LABORATORY REPORTS

Name _Purkey, Wesley_ Room _22_ Bed _I_ Doctor _Enter/Wellaker_

MISCELLANEOUS—MICROBIOLOGY

URINALYSIS

BLOOD-MORPHOLOGY

000716

01-220

LABORATORY REPORT

Ex_13-000129

ST. FRANCIS HOSPITAL
Wichita, Kansas

LABORATORY REPORTS

Name _Purkey, Wesley_ Room _22_ Bed _T_ Doctor _Erken/Willshear_

(PASTE 3RD REPORT HERE AND ... ING ONES ON ABOVE LINES)

| Name: Purkey, Wisley | | Case No.: 221631 |
| --- | --- | --- |
| Room No.: 22T | Physician: Erken | |
| Name: | | Case No: |
| | | Lab. No.: |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Color straw | Bile neg | | Casts | | |
| Character | Hgb. neg | | | | 1/1 |
| pH 5.0 | Microscopic | | Crystals | Remarks: | |
| Platelets | | | Eosinophils | Hgb rechecked | |
| Sp. Grav. 1.011 | WBC 0-1 | | | | |
| Capillary clotting time | | Duke bleeding time | | | |
| Albumin neg | RBC ☉ | | | | |
| Sugar neg | Epith. 0-1 | | Remarks | | |
| Azetone neg | Bacteria | | | | |
| Diacetic Acid | | | | | |

Report By: ___
URINALYSIS                    Date: 12-29
                              Report By: ___
BLOOD MORPHOLOGY              Date: 12-29-66

000717

01-220                                    LABORATORY REPORT

Ex_13-000130

ST. FRANCIS HOSPITAL
Wichita, Kansas

LABORATORY REPORTS

Name _Purkey, Wesley_ Room _22_ Bed _5_   Doctor _Enter/Wellshear_

(PASTE 3RD REPORT HERE AND ... ING ONES ON ABOVE LINES)

(PASTE 2ND ... HIS LINE)

| Name: | Purkey, Wesley | | | Case No: | 221631 |
| Room No: | A/22 | Physician: | | Specimen: | CBC |

| RBC: | 5,190,000 | WBC: | 6,600 | HGB: | 15·2 gms | HCT: | 44% |
| Platelets: | | Reticulocytes: | | Eosinophils: | | Remarks: Hgb rechecked | |
| Capillary clotting time: | | | | Duke bleeding time: | | | |

| | Count | Baso. | Eosins. | Myelos. | Youngs | Bands | Segs | Lymphs | Monos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schilling Differential | 1 | | 3 | | | | 52 | 45 | | | |

RBC Morphology

Report By: _____
Date: 12-29-66

BLOOD MORPHOLOGY

000718

01-220

LABORATORY REPORT

Ex_13-000131

A-22

SAINT FRANCIS HOSPITAL
DEPARTMENT OF ELECTROENCEPHALOGRAPHY
WICHITA, KANSAS

J. MESSERSMITH
TECHNICIAN IN CHARGE

REFERRING PHYSICIAN___R. V. Erken, M. D._____DATE_____December 30, 1966____

NAME OF PATIENT___Wesley Prukey_____HOSPITAL NO.__B221631-11922____

MEDICATION___N$^O$ne_____ACTIVATION_____HYPERVENTILATION____

INTERPRETATION:

The dominant waking occipital rhythm is 11½ cycles per second.

No significant build up of activity occurs during hyperventilation.

The drowsy phase of sleep is normal.  Brief episodes of 3½ to 4

cycle per second slowing of activity are noted  during the waking

tracing in the left frontal, anterior temporal and temporal regions.

This activity is accompanied by minimal increase in voltage.


IMPRESSION:  This is a borderline eldctroencephalogram for the age

suggestive of possible mild depression of cortical activity in the

left frontal and temporal regions.  A repeat tracing in 7 to 10 days

would be helpful to clarify this finding.

_____H. D. Riordan_____M.D.
ENCEPHALOGRAPHER

01-118

000719

Case 2:19-cv-00414-JPH-DLP    Document 23-16    Filed 09/12/19    Page 42 of 109 PageID #: 4160

SAINT FRANCIS HOSPITAL
DEPARTMENT OF ELECTROENCEPHALOGRAPHY
WICHITA, KANSAS

J. MESSERSMITH
TECHNICIAN IN CHARGE

REFERRING PHYSICIAN R. V. Erken, M. D.                    DATE January 9, 1967

NAME OF PATIENT Wesley Purkey                    HOSPITAL NO. B221631-11946

MEDICATION None                    ACTIVATION Hyperventilation

INTERPRETATION:

The dominant waking occipital rhythm is in the range of 12 cycles per second. A moderate build up of activity occurs during hyperventilation. The drowsy phase of sleep is normal.

IMPRESSION: This electroencephalogram is within normal limits for the age. The previously seen slowing of activity in the frontal and anterior temporal regions is not present during this tracing.

H. D. Riordan M.D.
ENCEPHALOGRAPHER

01-118

**000720**

Ex_13-000133

ST. FRANCIS HOSPITAL

## PROGRESS RECORD

NAME _Purkey, Wesley_ ROOM _22_ BED _7_ DOCTOR _Erken / Willeken_

| DATE | |
|---|---|
| 2/30/66 | Adm note — adm for brief physical screening because of c/o of headache and dizziness apparently associated with mild sociopathic behavior. |
| -6-66 | Denies homosexuality. Long hair. Even tho makes him look like a girl is "cool". Pretty bland about everything but friendly & cooperative.    R.V. Erken / M.E. |
| -9-66 | Repeat EEG this am. Completes physical work-up.    R.V. Erken / M.E. |
| -10-66 | No h.a's or dizziness since hosp adm |
| 1-11-66 | Dismiss. Dx. Passive-aggressive Personality severe — Prog — poor Rx — none    R.V. Erken / M.E. |

**000721**

PROGRESS RECORD

Ex_13-000134

## ST. FRANCIS HOSPITAL
### Wichita, Kansas

### RECORD OF VALUABLES AND PERSONAL BELONGINGS

Patient's Name _Purkey, Wesley_ ___ Room No. _22 I_ Date _12/29/66_

The Hospital IS NOT responsible for any belongings of the patients. All unnecessary articles are to be sent home.

### CLOTHING LIST

1. 1 black belt
2. 1 pair black shoes
3. 1 pair Green genes
4. 1 black Tee Shirt
5. 1 blue Sweat Shirt
6. 1 black long sleeve Shirt
7. 3 pair white jockey Shorts
   Red & Grey plaid robe.

8. Tan suit case
9. 1 pr Black house slippers
10. 1 pr Blue & Gray striped pj's
11. 1 pr Black pants
12. Tan & white striped shirt
13. Red & gold figured shirt
14. 1 pr red, yellow, gray striped pj
    1 pr Red & white print pj's.
    3 pr white socks.

### VALUABLES: (Money, Jewelry, Razor, etc.)

1. 1 zippo Cig. Lighter
2. 3 Keys
3. ___

4. ___
5. ___
6. ___

### VALUABLES: RETAINED at own risk

1. 1 Chain & Metal - Silver
2. Penncrest transistor radio (black) + Earphones

3. ___

Sign: x _Carrie Burke_
(Person assuming responsibility)

### ARTICLES RETURNED HOME

1. Skeleton key
2. ___
3. ___

4. ___
5. ___
6. ___

Signed: X _Carrie Burke_
(Person taking articles home)

ON ADMITTANCE:
Patient's Signature: X _Wesley Purkey_     Nurse _W. Moore, N.A._

ON DISCHARGE:
Patient's Signature: _Wesley Purkey_     Nurse _Mary Ruchenberger, S.N._

**000722**

Rev.-Psych: 7/23/58

Ex_13-000135

Case 2:19-cv-00414-JPH-DLP   Document 23-16   Filed 09/12/19 · Page 45 of 109 PageID #: 4163

ST. FRANCIS HOSPITAL

**PHYSICIAN'S ORDERS**

NAME _Purkey  Wesley_    ROOM _22_  BED _1_  DOCTOR _Wellshear / Erken_

| DATE | |
|---|---|
| 2/29/66 | Required labs |
| | Diet as tol. |
| | Aunt (Miss Burk) may visit |
| please | Darvon pl. 32 mg ī q4 hrs prn H.A. |
| | Noludar @ HS 300 mg prn |
| | Thorazine 50 mg 2m q4 hrs prn central |
| | Elopement risk |
| | PO Dr Erken (Sust Z ) |
| | EEG |
| | Dr Snyder to see pt. |
| | PO Dr. Wellshear / |
| please | Green soap |
| 2/30/66 | Skull X-ray |
| | Brain Scan |
| 2/30/66 | Aunt & brother may visit from |
| | 5 pm – 7 daily |
| | PO Dr Erken / Charlene |
| 2/31 | Use Librium 10 mg PO q2h prn |
| please | he reg tranquilizer |
| | Please state in notes when shots |
| | are given |
| 3/07 | May wear clothes |
| | One 10 min phone call daily |
| | PO Dr ___ / |

1-290

000723

ST. FRANCIS HOSPITAL

**PHYSICIAN'S ORDERS**

NAME _Wesley Pyrtley_    ROOM _22_ BED _II_  DOCTOR _Erken_

DATE

1/3/67 Repeat EEG Monday

1-3-67 May wear street clothes - but he seude patient doesn't elope.
Ph. Dr. Erkens office / B Ray

5/67 Canteen - but escorted

6/67 Serology report ???

Girl friend may visit Sunday
Cause hs med at 10³⁰ PM

6/67 Serology report.
P.O. Dr. Erken / Marsha / Brennen RN

1/7/67 Mother may visit for 30 min this a.m.
Pho Dr George / Cshargbe

/8/67 Mother not to visit until cleared i
Dr. Erken in a.m.
Ph. O. Dr. George / S. M.

1/9/67 Mother may not visit

1/10/67 Bowling c group if escorted adequately

-11-67 Dismiss.    RV Erken / M. E.

1-290

000724

Ex_13-000137

## ST. FRANCIS HOSPITAL

### NURSE'S NOTES

DATE 12/29/66   NAME _Purkey, Wesley_   DOCTOR _Erken / Welleher_   ROOM _22_

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|---|---|---|---|---|---|---|---|---|
| 15⁵ | 99.4 | 80 | 20 | BP 130/70 132 lbs 5'10" | | a 14 yr. old white male admitted ambulatory c his Aunt — Cooperative & Pleasant — states he has been taking nerve pills but had none today. No known allergies. Dr. Erken notified of pts admission. UA obtained — to lab. Visiting c roommate — Knew him previously. Benji Penkla | | |
| -15 | | | | | Diet | Aunt visits Ate well. Socializes on ward c other young pts. | | |
| 2000/100 | | | | | | | | |
| 200 | | | | Green Soap | — | on shampoo EE & Father. Sent here to see pt. Quiet Mrs Carolyn Davis RN | | |
| 2⁰⁵ | | | | | | | | |
| 1200 | | | | | FRI DEC 30 | Awoke — quiet sleepy. Good night Louise Tureman | | |
| 1250 | | | | | | | | |
| 700 | | | | | | | | |
| 730 | | | | | diet | ate well | | |
| 800 | 98.4 | | | | | A.M. care c bath Dr. Erken in To isotope lab, accompanied. | | |
| 130 | | | | | diet | ate well. To X-Ray for skull series. A telling nurse aid that he has been in BTS for 3 years. Benji Restbo To EEG Benji Asst RN | | |
| 900 | | | | | | | | |

1-251

**000725**

Ex_13-000138

## ST. FRANCIS HOSPITAL

### NURSE'S NOTES

DATE _1/30/66_   NAME _Wesley Farley_   DOCTOR _Erkin / Wallshear_   ROOM _235_

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|---|---|---|---|---|---|---|---|---|
| 3:00 | | | | | | Returned to ward — | | |
| | | | | | | Was busy, co-operative | | |
| 4:00 | | | | | | Continues to stay in | | |
| | | | | | | room - quiet. appears | | |
| | | | | | | to be asleep. | | |
| 5:15 | | | | | | Miss Buck here | | |
| | | | | | diet taken | | | |
| 6:00 | | | | | | Wanting to know does | | |
| | | | | | | he have tranquilizer | | |
| | | | | | | ordered. | | |
| 6:30 | | | | Thorazine 50 mg I.M. | | in left arm | | |
| 7 | | | | | | Remains in room | | |
| | | | | | | most of time quiet. | | |
| 9:30 | | | | | | Appears to be asleep | | |
| 10:30 | | | | | | Quiet — Beverly Kay | | |
| 12:00 | 5:02 | | | | SAT DEC 31 | Sleeping — | | |
| 6:00 | | | | | | Good night Louise Lucas | | |
| 7:30 | | | | | Gen Diet | Ate well | | |
| 7:30 | | | | | | Gen MM care c. shower - | | |
| | | | | | | dressed & ambulating | | |
| | | | | | | about ward. | | |
| | | | | | | Dr. Erken in — | | |
| | | | | | | Stays in bed most of | | |
| | | | | | | time — | | |
| 1:00 | | | | | Diet — | Ate well | | |
| 6:00 | | | | | | Quiet — Brennew RN | | |
| 4:00 | | | | | | Up + about ward. | | |
| 6:00 | 99:8 | | | | Diet | Ate well. | | |
| | | | | | | In Room — resting in | | |
| | | | | | | bed. | | |
| | | | | | | Aunt visits | | |
| 8:00 | | | | | | Aunt can't to visit | | |
| 10:00 | | | | | | A quiet Eve. | | |
| | | | | | | Mrs. Carolyn Davis RN. | | |
| 12:00 | 5:00 | | | | SUN JAN 1 | Sleeping | | |
| 6:00 | | | | | | Good Not Louise Lucas | | |
| 7:30 | | | | | Gen Diet | Ate well | | |

01-251

000726

Ex_13-000139

Case 2:19-cv-00414-JPH-DLP   Document 23-16   Filed 09/12/19   Page 49 of 109 PageID #: 4167

## ST. FRANCIS HOSPITAL

### NURSE'S NOTES

DATE 1/1/67   NAME Wesley Parkey   DOCTOR Ester   ROOM 225

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
| 8⁰⁰ | | | | | | Gen AM care c̄ shower — Quiet — Remains in room — Does not social-ize — | | |
| 10⁰⁰ | | | | | Diet - | Ate well | | |
| 10⁰⁰ | | | | | | up more — Heckling room-mate to "go ahead & go." watching T.V. | | |
| 30 | | | | | | | | |
| 1⁰⁰ | | | | | | Up & about Diet ate well. | | |
| 8⁰⁰ | | | | | | In Room, Quiet. Quiet visits | | |
| 11⁰⁰ | | | | Noludar 300 mg ⁹⁰⁰ at | | A quiet P.M. at pt's request Mrs Carolyn Davis RN. | | |
| 11³⁰ | | | | | | Awake - Playing cards c̄ | | |
| 12-6⁰⁰ | | | | MON JAN 2 | | room mate sleeping | | |
| 7³⁰ | | | | | diet - | ate well. Slept well. Theresa Ungo R.N. | | |
| 7⁰⁰ | | | | | | A.M. care — Remains in Room, sleeping. | | |
| 4⁰/3 | | | | | diet - | D. Willadew in ate well | | |
| 2⁰⁰ | | | | | | Asking for nerve medicine — "Dr. said I could have a pill when I'm nervous." | | |
| 12⁰⁰ / 9⁰⁰ | | | | Librium 10 mg | | orally as ordered. Playing cards c̄ others. "How much would it cost to get a hair-cut." | | |
| | | | | | | Dr. Shlata in Henry keith In rec. Room. Sat short time. followed roommate closely. diet taken well | | |

1-251

**000727**

Ex_13-000140

## ST. FRANCIS HOSPITAL

### NURSE'S NOTES

ATE _1-2-67_ NAME _____ DOCTOR _____ ROOM _225_

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
| | | | | | | | | |
| 7 | | | | | | | | |
| 10⁰⁰ | | | | | | | | |
| 12⁹⁰–6⁰⁹ | | | | TUE JAN 3 | | | | |
| 7³⁰ | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 10 | | | | | | | | |
| 3⁰ | | | | | | | | |
| | | | | | | | | |
| 7⁰⁰ | | | | | | | | |
| | | | | | | | | |
| 6⁰⁰ | | | | | | | | |
| | | | | | | | | |

-251

000728

Ex_13-000141

ST. FRANCIS HOSPITAL

NURSE'S NOTES

DATE 1-3-67  NAME Durkey, Wesley  DOCTOR Hellshear  ROOM 22 II

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|---|---|---|---|---|---|---|---|---|
| 7-8³⁰ | | | | | | Aunt here —  In room listening to radio. | | |
| 9⁰⁰ | | | | | | Prepared for sleep | | |
| 10³⁰ | | | | | | Quiet  Sleeping  Key  Awake | | |
| 11³¹ | | | | Noludar 300 mg | | h.s. med given | | |
| 2⁰⁰ | 2⁰² | | | | WED JAN 4 | Resting room mate | | |
| | | | | | | following room mate around letting to other young male pt who is causing disturbance on ward | | |
| 3⁰⁰ | | | | Noludar 300 mg | | repeated as requested  sleeping | | |
| 6⁰⁰ | | | | | | Good night Louise Binman | | |
| 7³⁰ | | | | | Diet | taken well | | |
| 8⁰⁰ | | | | | | a.m. care c̄ shower | | |
| 7³⁰ | | | | | | Playing cards c̄ pts in rec. room | | |
| 11³⁰ | | | | | Diet — | taken well | | |
| 12⁰⁰ | | | | | | Remains in recreation room playing cards c̄ other pt's. | | |
| 1³⁰ | | | | | | Visiting c̄ pt in 27. | | |
| 2³⁰ | | | | | | Wrestling in his room c̄ other young pt's. Orderly stopped them. Mary Reichenberger ³⁴ | | |
| | | | | | | up & about ward. | | |
| 5-15 | | | | | Diet | Ate well. | | |
| 1⁰⁰ | | | | | | Visiting c̄ aunt in room. | | |
| 2⁰⁰ | | | | | | Aunt Visits  9⁰⁰ | | |
| 10⁰⁰ | | | | Noludar 300 mg | | Aunt Mrs Carolyn Davis | | |
| 11³⁰ | | | | | | Ready still dressed in street clothing insist he has to finish test tonight  Sent to bed | | |

I-251

**000729**

Ex_13-000142

## ST. FRANCIS HOSPITAL

### NURSE'S NOTES

ATE 1-5-67    NAME Burkey, Mr. Wesley    DOCTOR Hellshoar    ROOM 22π

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
| 12ᵃ | | | | | THU JAN 5 | in bed quiet | | |
| 1ᵃ | | | | | | remains awake still hyperactive | | |
| | | | | Noludar 300mg | | repeated | | |
| | | | | | | sleeping | | |
| 4ᵃ 5ᵃ | | | | | | cont sleeping | | |
| 7ᵃ | | | | | | [illegible] night [illegible] [illegible] | | |
| 730 | | | | | diet | ate well | | |
| 730 | | | | | | A.M. care & [illegible] | | |
| | | | | | | Dr. Erker in | | |
| | | | | | | dressed in own clothes | | |
| 730 | | | | | | walking in [illegible] | | |
| | | | | | diet | ate well | | |
| | | | | | | Nurse entered, [illegible] | | |
| | | | | | | & pt & pt [illegible] 27³ | | |
| | | | | | | had pulled the | | |
| | | | | | | mattress off the bed | | |
| | | | | | | & were wrestling | | |
| | | | | | | on it — made to | | |
| 12ᵖ | | | | | | make bed — | | |
| | | | | | | Nurse entered room | | |
| | | | | | | & this pt & 27³ were | | |
| | | | | | | both pulling up their | | |
| | | | | | | pants & saying "Hey | | |
| | | | | | LUNCH | you're supposed to | | |
| | | | | | | knock" | | |
| | | | | | | H. complaining to orderly | | |
| | | | | | | that another pt called | | |
| | | | | | | him a queer [illegible] first. | | |
| | | | | | | Raging fist in [illegible] | | |
| | | | | | | park) [illegible] first [illegible] | | |
| 3ᵖ | | | | | | Orderly ready to take | | |
| | | | | | | pt to canteen but he | | |
| 4ᵖ | | | | | | refused to go [illegible] first on | | |
| | | | | | | lip & about [illegible] | | |
| | | | | | | lip. | | |
| | | | | | | diet taken well | | |
| | | | | | | [illegible] rec. room) watch | | |
| | | | | | | T.V. — aunt here — | | |

I-251

000730

Ex_13-000143

## ST. FRANCIS HOSPITAL

### NURSE'S NOTES

DATE 1-5-67  NAME _Purkey, Wesley_  DOCTOR _Dicken_  ROOM _22¼_

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
| 7 |||||| In room - quiet. |||
| 7:30 |||||| About in hall hand wrestling c̄ pt. from 22¼ |||
| |||||| Asked to go to canteen request - denied. Became perturbed c̄ nurse. I don't get to go to the G. Dane canteen now because I was messing around in the hall. |||
| 7:00 |||||| To office - apologizing for actions. |||
| 10:30 ||||| Noludar 300mg | for sleep Awake. — Beverly Ray |||
| |||||| Awake. |||
| 4:45 2:30 ||||| Noludar 300mg | repeated Quiet |||
| |||||| FRI JAN 6 | Sleeping |||
| 2:15 |||||| Cont. sleeping |||
| |||||| To good night Louise L____ |||
| 3:0 ||||| Diet — | taken well |||
| |||||| a.m. care with shower |||
| |||||| In room in bed talking c̄ roommate. |||
| |||||| Diet — taken well |||
| 30 |||||| Playing cards c̄ roommate in rec. room. |||
| |||||| Working on OT project. |||
| |||||| Playing cards c̄ pt's from 22. |||
| 1 06 |||||| Mary Reshenberg in rec room watching TV. |||
| |||||| Birthday cake given to pt. No comment. Out at couch playing |||

251

000731

Ex_13-000144

## ST. FRANCIS HOSPITAL

### NURSE'S NOTES

DATE 1-6-67  NAME Purkey, Wesley  DOCTOR CC Shellshear  ROOM 22²

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|---|---|---|---|---|---|---|---|---|
| 4² 4² | | | | | | Phone call from girl friend. | | |
| 7— | | | | | (diet taken) | In rec. room Sociable to canteen & orderly. | | |
| 8¹⁵ | | | | | | | | |
| 9 | | | | Noludar 200mg | | You sleep | | |
| 10³⁰ | | | | | | Client — Beverly Kay. | | |
| 11³⁰ | | | | Noludar | | Awake Remedied | | |
| | | | | | | cleaning up room | | |
| 12³⁰ | | | | | SAT JAN 7 | asking for shot to sleep | | |
| | | | | | | on | | |
| 3⁰⁰ 5¹⁵ | | | | | | sleeping | | |
| 6⁰² | | | | | | not sleeping | | |
| 7³⁰ | | | | | DIET | To her Night Louise Sumner Taken well | | |
| | | | | | | Stays in bed. | | |
| | | | | | | No Beverge Free | | |
| | | | | | | A.M. care & shower Dressed — | | |
| | | | | | | Up & about. | | |
| | | | | | | Mother visiting. She states that | | |
| | | | | | | pt agreed to have his hair cut | | |
| | | | | | | She states that pt will do anything | | |
| | | | | | | she asks. | | |
| 11³⁰ | | | | | Diet | Taken well | | |
| 1⁰⁰ | | | | | | Playing cards to other pts | | |
| 2⁰⁰ | | | | | | asked for playing cards. | | |
| | | | | | | Sharp 6⁰ | | |
| | | | | | | In rec. room You | | |
| | | | | | | short time). | | |
| | | | | | | In room — appears a | | |
| | | | | | | little depressed | | |
| 11 | | | | | diet | Taken well | | |
| | | | | | | Aunt here. | | |
| | | | | | | This pt. apparently | | |
| | | | | | | hit fit on ward | | |
| | | | | | | because of family situation | | |

1-251

000732

Ex_13-000145

ST. FRANCIS HOSPITAL

## NURSE'S NOTES

DATE 1-11-67   NAME Ruckey, Wesley   DOCTOR Erken   ROOM 225

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
| 7 | | | | Noludar 300 mg | | | | |
| 11:30 | | | | | | Quiet — Beverly Kay | | |
| | | | | | | Awake | | |
| 11:30 | | | | Noludar 300 mg | | repeated | | |
| 12:00 | | | | | SUN JAN 8 | Up in room | | |
| | | | | | | Sleeping | | |
| 3:05 | | | | | | Good sleeping | | |
| 6:00 | | | | | | Good night Laurie ___ | | |
| 7:30 | | | | | Diet | Taken well | | |
| 7:00 | | | | | | A.M. care & shower. Dressed. Up & about Day room | | |
| 1:00 | | | | | Diet | Taken well | | |
| 3:00 | | | | | | In day room playing cards | | |
| 2:30 | | | | | | Visiting & Girlfriend & R. Sharp & | | |
| 4:00 | | | | | | Up & about bed | | |
| | | | | | | diet taken well | | |
| 7 | | | | | | Aunt here for a short time. | | |
| 7 | | | | | | Hair shampooed for pending EEG. | | |
| 11:00 | | | | | | Quiet Beverly Kay | | |
| 11:30 | | | | | | Up in room pleasant | | |
| 2-6:00 | | | | | MON JAN 9 | sleeping | | |
| | | | | | | Asleep late but slept well. Theresa Ung RN | | |
| 7:30 | | | | | diet | ate well | | |
| 7:00 - 10:00 | | | | | | A.M. care & bath. To EEG accompanied. Rs. mother called — just can't understand why she isn't allowed to talk to her son — "He even promised me he would cut his hair." Dr. Erken in. | | |
| 1:00 | | | | | diet | ate well | | |
| 2:00 | | | | | | Playing cards in day room. ___ ___ | | |

000733

ST. FRANCIS HOSPITAL

## NURSE'S NOTES

DATE 1-9-67  NAME Durkey, Wesley  DOCTOR Erken  ROOM 22π

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
| 4⁰⁰ | | | | | | In room 27 sociable | | |
| | | | | | | To use person watching | | |
| | | | | | | T.V. | | |
| | | | | | | Started on psychological | | |
| | | | | | | tests. | | |
| | | | | | | Found in pts possession | | |
| | | | | | | several matches torn from | | |
| | | | | | | a book hidden in | | |
| 5⁰⁰ | | | | | Diet taken well | | | |
| | | | | | | In rec. room watching | | |
| | | | | | | T.V. | | |
| 7 | | | | | | Quiet here | | |
| | | | | | | Remains in room | | |
| 8-10 | | | | | | To rec. room playing | | |
| | | | | | | cards. | | |
| 10³⁰ | | | | Nembutal 300 mg | | Gave Dr. up | | |
| | | | | | | Quiet heavily lg. | | |
| 11³⁵ | | | | | | Awake Reading in bed | | |
| 12⁰⁵-6⁰⁰ | | | | | TUE JAN 10 | sleeping | | |
| | | | | | | slept well. Theresa Ung R.N. | | |
| 7³⁰ | | | | | Diet ~ | taken well | | |
| 8⁰⁰ | | | | | | a.m. care c̄ shower | | |
| 8³⁰ | | | | | | Watching TV in rec. room | | |
| 7/2 | | | | | | Playing checkers with | | |
| | | | | | | pt's from 27. Dr. Erken in | | |
| 12³⁰ | | | | | Diet ~ | taken fair | | |
| 12⁴⁵ | | | | | | In room 27 helping | | |
| | | | | | | pt. in bed 3 get ready | | |
| | | | | | | to leave. | | |
| | | | | | | Nurse asked pt if | | |
| | | | | | | he was ready to go | | |
| | | | | | | bowling "I'll go if | | |
| | | | | | | I can play pool | | |
| | | | | | | instead of bowl," | | |
| 1/7 | | | | | | Bowling with group. Theresa Ung | | |
| 4 | | | | | | Remains in room | | |
| | | | | | | rather quiet | | |
| | | | | | | Diet taken well | | |

1-251

000734

### ST. FRANCIS HOSPITAL

### NURSE'S NOTES

ATE _1-10-67_ NAME _Burkey, Wesley_ DOCTOR _Erken_ ROOM _22 II_

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Diet taken well | | |
| 7-8³⁰ | | | | | | Aunt here visiting | | |
| | | | | | | In room 27 visiting | | |
| 10²⁰ | | | | | | most of eve. | | |
| 10³⁰ | | | | | | Awake about an hour | | |
| 12 n | | | | | TUE JAN 10 | Quiet Beverly Kay | | |
| | | | | | | Awake got | | |
| 3⁰⁵⁵ᵃᵐ | | | | | | sleeping | | |
| 6⁰⁰ | | | | | | Cont Sleeping | | |
| 7³⁰ | | | | | | G good night Louie Lumen | | |
| 7⁰⁰ | | | | | Diet ~ | taken well | | |
| | | | | | | Gen. A.M. care c̄ shower | | |
| | | | | | | and shave.] | | |
| 3³⁰ | | | | | | Visiting in room 27 | | |
| | | | | | | Dr. Erken in | | |
| 10⁰⁰ | | | | | | Playing checker c̄ | | |
| | | | | | | 27ᴺ in recreation room | | |
| | | | | | | most of a.m. | | |
| 30 | | | | | | | | |
| | | | | | Diet ~ | taken well | | |
| | | | | | | Watching T.V. in rec. room | | |
| 2³⁰ | | | | | | Dismissed ambulatory, | | |
| | | | | | | accompanied by Aunt. | | |
| | | | | | | Mary Feuchenberger S.N. | | |

1-251

**000735**

Ex_13-000148

# ST. FRANCIS HOSPITAL
### WICHITA, KANSAS

Urgent

| | | | | | | |
|---|---|---|---|---|---|---|
| e No. | 225080 | Room | A/21 | Res. | | Int. |
| ient | Purkey, Mr Wesley I | | | Date of Birth | | |
| ress | | | | Place of Birth | ?? | |
| & State | Wichita,Ks | | | Telephone | Call: AM 7 6724 | |
| n. Diag. | Obs | | | Service | Psy | |
| d — S.M.W.D. | Single | Sex | male | Race | white | Age 15 |
| gion | ?? | | Parish — Church — Syn. | | | |
| e of Adm. | 2-9-67 | Time | 12:45 PM | Registrar | | B Fawcett/jlg |
| ner Adm. Date | ?? | | Name | | Maiden Name | |
| sician | R V Erken | | | | Sp. Diet Yes | No |
| son to Notify | Carrie Burk | | | | Relation great aunt | |
| ress | same | | | | Phone | |
| upation | | | | Company | | |
| rance | Court order | | | Policy No. | | Group ☐ Individual ☐ |

| ntification No. | CAT. BUS. | GROUP NUMBER | MAT | TYPE CONT. | Eff. Date (Cont. Yr.) | Code - B.C. Waiver - Date | BLUE CROSS | Eff. Date (Cont. Yr.) | Code - B.S. Waiver - Date | BLUE SHIELD |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

←— BENEFIT DATE (BENEFITS SHOWN BEGIN ON THIS DATE)

ROOM ALLOW._____ FEE SCHEDULE_____

UT OF STATE_____ DEDUCTIBLE_____ DIAGNOSTIC X-RAY_____

HOSP. DAYS_____

| Ebr/M-M-Eff Data | | | Ebr/M-M-Eff Data | |
|---|---|---|---|---|
| | | EXT. BENEFITS — | | EXT. BENEFITS — |

EMBERS NAME _____ BC MEMBERS BIRTHDAY _____

ARKS

E OF DISMISSAL _2-18-67_ _TIME_ _10¹⁵/am_ _Carol Sharp GN_

## FINAL SUMMARY

**SATURDAY FEB 18 1967**

nosis on Admission (to be completed 24 hours after admission)_Passive Aggressive Personality_

of onset_____

Diagnosis _Passive Aggressive Personality_

(margin: WRITE HERE / DO NOT WRITE HERE ✓)

lications and Wound Infections_____

rks_____

ltation With_Khalurson/_

tion on Discharge_____

| overed | ☐ Improved | ☐ Unimproved | ☒ Not Treated | ☐ Expired | ☐ Autopsy |
|---|---|---|---|---|---|

| e: Surg. | Neuro Surg. | Med. | O. B. Gyn. | Ped. | Urology | Ortho. | E.E.N.T. | Neuropsychiat |
|---|---|---|---|---|---|---|---|---|

tions:_____

(margin: DO NOT WRITE HERE)

] **FORMER ADMISSIONS** [

_12-29-66_ _Case No._ _221631_

**000773**

_RW Erken MD_
SIGNATURE OF ATTENDING PHYSICIAN

Ex_13-000149

ST. FRANCIS HOSPITAL
WICHITA, KANSAS

## HISTORY

NAME _Pinkey, Wesley._    ROOM _____ BED _____ DOCTOR _R. V. Erken_

INFORMANT _____    DATE _____

| FAMILY | AGE | | HEALTH, IF LIVING OR CAUSE OF DEATH. NOTE ESPECIALLY HEREDITARY OR INFECTIOUS DISEASES |
|---|---|---|---|
| | DEAD | LIVING | |
| FATHER | | | |
| MOTHER | | | See prior hx |
| BROTHERS | | | |
| SISTERS | | | |
| CHILDREN | | | |

PAST HISTORY STATE HERE DISEASES FROM CHILDHOOD TO DATE, HABITS, MENSTRUAL HISTORY, OPERATIONS, ETC.

See prior hx

CHIEF COMPLAINT "I don't know why I'm here."

PRESENT ILLNESS 15 yr old w/m recently dismissed after brief psychiatric and neurological evaluation with rec for placement at Boys Industrial School thru juvenile court for residential treatment.

Admitted now at request of juvenile court on court order for admission to Larned State Hosp.

REVIEW OF SYSTEMS:

See prior hx

01-181

SIGNATURE OF HO**000774**

SIGNATURE OF ATTENDING PHYSICIAN _____

Ex_13-000150

ST. FRANCIS HOSPITAL
WICHITA, KANSAS

## PHYSICAL EXAMINATION

ULL NAME _Presley_____ HOSP. NO. _____

EIGHT _____ WEIGHT _____ TEMP. _____ P. _74_ RESP. _14_ B. P. _122/68_

| OUTLINE TO BE FOLLOWED: | AVOID SUCH TERMS AS " NORMAL " AND " NEGATIVE" |
|---|---|
| | GENERAL APPEARANCE  W/d, W/m / W/m |
| . HEAD: | neg |
| EYE, EAR, NOSE, THROAT. | |
| . NECK: | Supple |
| . CHEST: | Symm |
| INSPECTION, PALPATION, PERCUSSION. AUSCULTATION. | clear |
| . HEART: | NSR |
| B/P, POSITION SIZE, RATE, MURMURS. | no (my) |
| . ABDOMEN: | soft |
| INSPECTION, PALPATION, PERCUSSION. | no tenderness neg |
| . GENITO-URINARY: | |
| . EXTREMITIES & SPINE: EDEMA, VARICOSITIES, BONES JOINTS. | neg |
| I. NERVOUS: REFLEXES, SENSATION, MUSCULAR MOVEMENT. | physiologie |
| SKIN & GLANDS: | neg |
| . SPECIAL | |

MPRESSION: _Normal P.E._

DATE _2/10/67_                    EXAMINED BY _RU ErtRey_ M. D.

**000775**

01-284

Ex_13-000151

ST. FRANCIS HOSPITAL
Wichita, Kansas

LABORATORY REPORTS

Name _Purkey, Wesley_ Room _21_ Bed _7_ Doctor _Erken_

(PASTE 3RD REPORT HERE AND SUCCEEDING ONES ON THE LINES)

| | | |
|---|---|---|
| Name: Purkey, Wesley | | Lab No.: |
| Room No.: 21T 01 | Physician: Erke | |
| | | Lab. No.: |
| Color: straw | Bile: neg. | Costs |
| Character: clear. | Hgb.: neg | |
| pH: 6.0 | Microscopic | Crystals |
| Sp. Grav.: 1.026 | WBC: 0—1 | |
| Albumin: neg | RBC: 0 | |
| Sugar: neg | Epith.: 0—1 | Remarks |
| Acetone: neg | Bacteria | |
| Diacetic Acid | | Report By: JB |
| | | Date: 2-10-67 |
| URINALYSIS | | |
| MORPHOLOGY | | Date: 2-10-67 |

PH FEB10 57

000776

01-220                                                    LABORATORY REPORT

Ex_13-000152

ST. FRANCIS HOSPITAL
Wichita, Kansas

LABORATORY REPORTS

Name _Purley, Tesley_    Room _21_ Bed _T_    Doctor _Erben_

(PASTE 3RD REPORT HERE AND SUCCEEDING ONES ON THESE LINES)

(PASTE 2ND REPORT ON THIS LINE)

| Name: | Purkey, Wesley | | | | | | | Case No: | 225080 | |
|-------|------|------|------|------|------|------|------|------|------|------|
| Room No: | A-21 | Physician: | Erben | | | | | Specimen: | CBC adm | |

| RBC: 5,160,000 | | WBC: 9,400 | | | HGB: 15.5 | | | HCT: 47% | |
|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| Platelets: | | Reticulocytes: | | | Eosinophils: | | Remarks: | | |
| Capillary clotting time: | | | Duke bleeding time: | | | | | | |

| Schilling Differential | Count | Baso. | Eosins. | Myelos. | Youngs | Bands | Segs | Lymphs | Monos | |
|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| | | | 6 | | | | 43 | 45 | 6 | |

RBC Morphology

BLOOD MORPHOLOGY

Report By: π

Date: 2-10-67

11 ᴱᴺ AM 21 FEB 10 5

000777

01-220

LABORATORY REPORT

Ex_13-000153

ST. FRANCIS HOSPITAL
WICHITA, KANSAS

## CONSULTATION RECORD

HOSPITAL No. _____

DATE 2-14-67

NAME Purkey, Wesley    ROOM OR WARD NO. 21   BED T   DOCTOR R. V. Erken

CONSULTING PHYSICIAN DR Newsom

REPORT REQUESTED REGARDING your opinion re treatment needs of this boy. per request of his guardian Mrs Burke.

R Erken MD
SIGNATURE OF ATTENDING PHYSICIAN

## REPORT

FINDINGS Pt. was interviewed on 2/14 and this was followed by a telephone interview with Mrs. Burke. Both seem mystified as to why the boy is here now and slated to go to Larned. They say he got into no further trouble and don't know why he can't stay with Mrs. Burke and continue to go to school. Mrs. Burke claims no trouble from him in following her orders.

DIAGNOSIS Passive Aggressive Personality

RECOMMENDATIONS Larned seems to have been introduced because BIS has no room. I doubt that Larned has a program likely to be of benefit to this boy. I don't believe family can afford private treatment. Why not a parole until we see if he gets in trouble again? A longer stint at Lake action might then be

SIGNATURE OF CONSULTANT

000778

FORM 481 — THE HOSPITAL RECORD CO., WICHITA, KANSAS

Ex_13-000154

ST. FRANCIS HOSPITAL
Wichita, Kansas

RECORD OF VALUABLES AND PERSONAL BELONGINGS

Patient's Name __Wesley Pierky__  Room No. __21 T__  Date __2-9__

The Hospital IS NOT responsible for any belongings of the patients. All unnecessary articles are to be sent home.

CLOTHING LIST

1. 1 pr. light pants
2. 1 pr shorts
3. 1 Black T shirt
4. 1 Black Belt
5. 1 Pr. Black shoes
6. 1 Pr. white socks
7. 1 red & gold shirt
   2 white p. shorts
   - grey metallic coat
8. 1 brown coat
9. blue & brown shirt
10. blue & white sweat shirt
11. 2 white T-shirt
12. 4 pr socks
13. blue shirt
14. black & white shirt
    black pr trousers

VALUABLES: (Money, Jewelry, Razor, etc.)  1 white T shirt

1. lighter
2.
3.
4.
5.
6.

VALUABLES:  RETAINED at own risk

1. Electric guitar
2. amplifier & speaker
   (3 cords)
3. Ø
   Sign: __Carrie Burke - aunt.__
   (Person assuming responsibility)

ARTICLES RETURNED HOME

1. electric guitar
2. amplifier & speaker & cords.
3.
4.
5.
6.
   Signed: X __Carrie Burke.__
   (Person taking articles home)

ON ADMITTANCE:
Patient's Signature: X __Wesley Pierky__   Nurse __Yoder__

ON DISCHARGE:
Patient's Signature: __Wesley Pierky__   Nurse _____

000779

Rev.-Psych: 7/23/58

Ex_13-000155

ST. FRANCIS HOSPITAL

## PROGRESS RECORD

AME _Puskey, Wesley_   ROOM _21_   BED _7_   DOCTOR _Erben_

| DATE | |
|---|---|
| 2/10/67 | Readm at request of juvenile court prior to rdm of Larned SH. He may be under a court order for care & treatment |
| 4/14/67 | Guardian has req consult opinion re his disposition. Apparently no other residential Rx source but Larned SH for him. This was not our earlier recc. — WE |
| 2/17/67 | Dr Newsome feels as pessimistic as I do that patient could get any worthwhile help at Larned SH. Will suggest to juvenile court that he be kept at Lake Afton as long as possible. — WE |
| 2/18/67 | Dismissal — court order dropped by juvenile officer at our suggestion — WE |

-308

000780

PROGRESS RECORD

Ex_13-000156

ST. FRANCIS HOSPITAL

## PHYSICIAN'S ORDERS

NAME _Purkey, Fisley_    ROOM _31_    BED _7_    DOCTOR _Erben_

| DATE | |
|------|--|
| 2/9/67 | Required lab |
| | General diet |
| | 2) Only visitor is to be Miss Curie Burk. |
| | 4) Phenergan 200mg qs for Jim |
| 2/10/67 | May wear his clothes |
| | ASA gr 10 q 4h prn discomfort |
| | Librium 10mg I PO q4h prn nervousness |
| | May call his aunt 1x today |
| | Our records please |
| 2/11/67 | May use guitar |
| 2/13/67 | May call aunt and grandmother |
| | May have guitar amplifier |
| 2-13 | Consultation c DR. Newsom |
| | pho DR. [illegible] Erben / office / [illegible] |
| 2/14/67 | May call girl friend 1x |
| 2-17-67 | To Probate Court for hearing @ 9:30 2-20 |
| | P.O. Probate Court (Amelia) / BRay |
| 2-17-67 | No court hearing Monday — Court order dismissed as of Sat 2-18-67. |
| | P.O. Probate Court / Amelia / B To |
| 2-17-67 | May dismissed — |
| | P.O. Dr Erben / Marsh / CSharp |

01-290

**000781**

Ex_13-000157

Case 2:19-cv-00414-JPH-DLP   Document 23-16   Filed 09/12/19   Page 104 of 109 PageID #: 4222

## ST. FRANCIS HOSPITAL

### NURSE'S NOTES

DATE 2-9-67 NAME Turkey, Greeley DOCTOR Aiken    ROOM 217

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
| 12⁵⁰ | 98² | 92 | 24 | BP 122/88 | | A 15 yr. old white | | |
| | | | | B³ Cbc | | male admitted ambulate | | |
| | | | | 5'10" | | c̄ officers from Probate | | |
| | | | | | | Court. Pt. cooperative | | |
| | | | | | | + in high spirits - Speaks | | |
| | | | | | | to everyone as if he is | | |
| | | | | | | back to old friends. | | |
| | | | | | | No known allergies | | |
| | | | | | | Pt. requests to wear own | | |
| | | | | | | clothes — Changed to | | |
| | | | | | | Pt's willingly | | |
| 1⁰⁰ | | | | | diet | ate well | | |
| 2⁰⁰ | | | | | | Orders obtained - | | |
| 4 | 99.8 | 76 | 20 | | | Quiet. | | |
| | | | | | | continues to stay in | | |
| | | | | | | room — Quiet. Telling | | |
| | | | | | | the people to come | | |
| | | | | | | to room & wait on | | |
| | | | | | | him. | | |
| 7⁰⁰ | | | | | diet | taken well | | |
| | | | | | | In own room playing | | |
| 9 | | | | | | cards. | | |
| | | | | | | Talkative about c | | |
| 10³⁰ | | | | Placidyl 500mg | | Aiken Pt. | | |
| 12⁰⁰ | | | | | FRI FEB 11 | Quiet | | |
| | | | | | | Sleeping | | |
| 3⁰ 5⁰⁰ | | | | | | not sleeping | | |
| 6⁰⁰ | | | | | | Good. Up. Louis Susan | | |
| 7³⁰ | | | | | diet | taken well | | |
| | | | | | | A.M. care & shower. | | |
| | | | | | | Dr. Aiken in ō | | |
| | | | | | | Dressed in own clothes. Up & | | |
| | | | | | | about all day. | | |
| 11³⁰ | | | | | diet | taken well | | |
| 2⁰⁰ | | | | | | In lobby room playing cards | | |
| | | | | | | (illegible) | | |

01-251

000782

Ex_13-000158

## ST. FRANCIS HOSPITAL

### NURSE'S NOTES

DATE 2/10/67.   NAME _Surkey, Lesley_   DOCTOR _Erben_   ROOM _217_

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|---|---|---|---|---|---|---|---|---|
| 4 | | | | | | In bed visiting c Aunt | | |
| 5°° | | | | | diet taken well | | | |
| 6°° | 98 | 94 | 16 | | | movable c pts from 2B. | | |
| 7- | | | | | | In rec. room playing cards. Aunt here | | |
| 9°° | | | | Placidyl 200mg | | for sleep. Awake, quiet [illegible] unable to sleep | | |
| 10³⁰ | | | | | | | | |
| 11³⁰ | | | | Placidyl 500mg | | for sleep | | |
| 12²⁰ | | | | | SAT FEB 11 | quiet sleeping | | |
| 30.5²⁰ | | | | | | cont sleeping | | |
| 6°° | | | | | | Good night. Lewis Brown | | |
| 7³⁰ | | | | | | | | |
| 8°° | | | | | diet | ate well A.M. care c bath. Dressed. Dr. Wilcher in. Playing guitar in his room. | | |
| 9⁸⁸ | | | | | | | | |
| ³⁰ | | | | | diet | ate well Out on pass playing [illegible] Walking in Halls | | |
| 12°° | | | | | DIET | Taken well Watching t.v. Playing Guitar | | |
| | 44 | 84 | 20 | Placidyl 500mg | | Quiet stretch. Common in [illegible] | | |
| 10⁴⁵ | | | | | | | | |
| ½⁵⁰ | | | | | SUN FEB 12 | [illegible] all to disturbance on ward | | |
| 12²² | | | | Placidyl 200mg | | As requested Sleeping | | |
| 3²² | | | | | | Good sleeping | | |
| 6°° | | | | | | Good night. Lewis Brown | | |

01-251

**000783**

Ex_13-000159

## ST. FRANCIS HOSPITAL

## NURSE'S NOTES

DATE _2/12/61_ NAME _Wesley Puskey_    DOCTOR _Erler_    ROOM _211_

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
| 7:30 | | | | | diet | ate well    5 | | |
| 8 | 98 | | | | | A.M. care c bath — | | |
| | | | | | | "Why don't I get | | |
| | | | | | | any medicine — I'm | | |
| | | | | | | mentally ill" | | |
| | | | | | | spent great deal | | |
| | | | | | | of time in front | | |
| | | | | | | of mirror combing | | |
| | | | | | | hair — | | |
| 11:30 | | | | | diet | ate well. | | |
| 2:00 | | | | | | Visiting c other pts | | |
| | | | | | | in rec room. 1 S. point to | | |
| | | | | | | Mother phoned, angry that she | | |
| | 99 | 88 | 16 | | | couldn't talk to Dr. | | |
| | | | | | | Up & about on ward | | |
| | | | | | | Visiting c Phil De Haven | | |
| | | | | | | Trying to help put puzzle | | |
| | | | | | | together | | |
| | | | | | | Well behaved | | |
| | | | | | | Visiting | | |
| 10:30 | | | | Placidyl 200 mg — | | 9:40 Requested | | |
| 12:00 | | | | | MON FEB 13 | quiet Hazel Bumm RN | | |
| | | | | | | sleeping | | |
| | | | | | | Slept well. Theresa Ungs RN | | |
| | | | | Diet | taken 5 | | | |
| | | | | | | AM care c bath, | | |
| | | | | | | Up & about, | | |
| | | | | | | Dr. Erler in. | | |
| | | | | | | Called grandmother, | | |
| | | | | | | Visiting c other young pts. | | |
| 1:00 | | | | | | Up to desk asking if he was | | |
| 2:00 | | | | | | going to be transferred | | |
| | | | | | | Up & about. Phone call from | | |
| | | | | | | aunt Dorothy Hauthorne | | |
| | | | | | | Visits c other pts. | | |
| | | | | | | in rec room. Playing | | |
| | | | | | | cards. | | |
| | | | | | | On back porch c orderly | | |

01-251

000784

Ex_13-000160

## ST. FRANCIS HOSPITAL

### NURSE'S NOTES

DATE _2/13_   NAME _Pudley_   DOCTOR _Erkin_   ROOM _21_

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Trying to talk to | | |
| | | | | | | girls through door | | |
| | | | | Placidyl 200mg | qhs | Socializing in Rec Room | | |
| 2°/6° | | | | | | Quiet B/Nathalie Steele RN | | |
| | | | | | TUE FEB 14 | sleeping | | |
| 730 | | | | | diet | slept well Theresa Ungar RN | | |
| | | | | | | ate well | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 3° | | | | Librium 10mg | | | | |
| ,30 | | | | | | | | |
| 2" | | | | | diet | ate well 5 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 5 | | | | | | Participating @ party | | |
| | | | | | | Playing cards | | |
| | | | | | | Visits c other pts | | |
| | | | | | | in Rec Room | | |
| | | | | | | Talked to girl friend | | |
| | | | | | | on phone for 10min | | |
| | | | | Placidyl 200mg | qhs | | | |
| 2°/5° | | | | | | Quiet B/Nathalie Steele RN | | |
| 6° | | | | | WED FEB 15 | sleeping | | |
| 7° | | | | | | Good Night Louise Brady | | |
| | | | | | Diet | taken well 5 | | |
| | | | | | | On care c shower | | |
| | | | | | | dressed in own clothes | | |
| | | | | | | Dr Erken here | | |
| | | | | | | up about | | |
| | | | | | | In Rec room playing cards | | |
| 7° | | | | | | Dr Newsom here | | |
| | | | | | | On O.T. on ward  R.Aitken RN | | |
| | | | | | | Playing c dominoes | | |
| | | | | | | Visits in Rec Room | | |

-251

**000785**

Ex_13-000161

## ST. FRANCIS HOSPITAL

### NURSE'S NOTES

DATE 2/15/6?  NAME Burkey, Wesley  DOCTOR Erken  ROOM 217

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
|      |       |       |       |                        |             | Trying to talk to |       |       |
|      |       |       |       |                        |             | girls from 4 Annex |       |       |
|      |       |       |       |                        |             | Quiet visiting |       |       |
|      |       |       |       |                        |             | Watching t.v. |       |       |
|      |       |       |       | Placidyl 200mg         |             | ? |       |       |
| 10   |       |       |       |                        |             | Quiet. B/Nathalie Slane R. |       |       |
| 12   | 5     |       |       |                        | THU FEB 16  | sleeping |       |       |
| 6    |       |       |       |                        |             | Good night Louise Lumen |       |       |
| 7³⁰  |       |       |       |                        | diet        | ate well  11¹⁵ - 5 - |       |       |
|      |       |       |       |                        |             | A.M. care ○ bath, |       |       |
| 8    |       |       |       |                        |             | dressed. |       |       |
|      |       |       |       |                        |             | Talked to aunt on |       |       |
|      |       |       |       |                        |             | phone |       |       |
| 11   |       |       |       |                        |             | Dr. Erken in |       |       |
| 2    |       |       |       |                        |             | In O.T. this a.m. A. Aitken RN |       |       |
| 4    |       |       |       |                        |             | In rec. room playing |       |       |
|      |       |       |       |                        |             | cards. |       |       |
|      |       |       |       |                        |             | Diet taken well. |       |       |
| 6    |       |       |       |                        |             | Went here — amplifier |       |       |
|      |       |       |       |                        |             | brought to pt. |       |       |
|      |       |       |       |                        |             | Playing loudly @ times |       |       |
|      |       |       |       |                        |             | "I'm just doing it to |       |       |
|      |       |       |       |                        |             | aggravate you." |       |       |
| 7    |       |       |       |                        |             | In room playing |       |       |
|      |       |       |       |                        |             | guitar |       |       |
| 9    |       |       |       | Placidyl 500mg         |             | Quiet — Beverly ? |       |       |
| 11³⁰ |       |       |       |                        |             | awake |       |       |
| 11   |       |       |       | Placidyl 200mg         |             | repeated as requested |       |       |
| 12   |       |       |       |                        | FRI FEB 17  | quiet |       |       |
|      |       |       |       |                        |             | sleeping |       |       |
| 3, 5 |       |       |       |                        |             | cont. sleeping |       |       |
| 6    |       |       |       |                        |             | Good Night Louise Lumen |       |       |
|      |       |       |       |                        | diet        | ate well |       |       |
| 9    |       |       |       |                        |             | A.M. care ○ bath — |       |       |
|      |       |       |       |                        |             | ? |       |       |
|      |       |       |       |                        |             | Dr. Erken in |       |       |
| 11   |       |       |       |                        | diet        | ate well |       |       |

01-251

**000786**

Ex_13-000162

## ST. FRANCIS HOSPITAL

### NURSE'S NOTES

DATE: 2/17/67    NAME: Burkey, Wesley    DOCTOR: Erken    ROOM: 21

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
| | | | | | | *[illegible]* | | |
| | | | | | | *[illegible]* | | |
| | | | | | | *[illegible]* | | |
| | | | | | | *[illegible]* | | |
| 1° | | | | | | *[illegible]* | | |
| | | | | | | *[illegible]* | | |
| | | | | | | *[illegible]* | | |
| | | | | | | *[illegible]* | | |
| 3° | | | | | | *[illegible]* | | |
| | | | | | | *[illegible]* | | |
| | | | | | | *[illegible]* | | |
| 4°° | | | | | | *[illegible]* | | |
| | | | | | | up at about add | | |
| | | | | | | *[illegible]* room most | | |
| | | | | | | of time visiting ∂ | | |
| 5°° | | | | | | Pt from 28° | | |
| 6°° | 97⁶ | 116 | 22 | | | diet taken well. | | |
| | | | | | | Sent here visiting. | | |
| 28³⁰ | | | | | | Attorney Nelson here. | | |
| | | | | | | In room 31 most | | |
| | | | | | | of evc. | | |
| 9 | | | | Placidyl 200 mg | | | | |
| 11³⁰ | | | | | | Quiet — Beverly Kay | | |
| 1³⁰ | | | | Placidyl seems | | to repeated | | |
| 12ᴺ | | | | | SAT FEB 18 | Just | | |
| | | | | | | sleeping | | |
| 3ᴬ 5ᴬ | | | | | | not sleeping | | |
| 7ᴺ | | | | | | good night Lucie Burand | | |
| 7½ | | | | | diet | ate meal | | |
| | | | | | | Awacaus to bath | | |
| | | | | | | nursed up at about | | |
| | | | | | | *[illegible]* | | |
| 0¹² | | | | | | Pt dismissed to aunt in | | |
| | | | | | | good condition. | | |
| | | | | | | Carol Sharp RN | | |
| | | | | | | 2-18-67 | | |

I-251

000787

Ex_13-000163

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER • 3400 GRAND • MU 5-1111 • WICHITA, KANSAS   CASE **264511**

| PATIENT NAME **Purkey Wesley A** ( | PHYSICIAN **L A O'Donnell Sr** | | DATE ADMITTED **3-8-68** **4:00pm am** | DT. DISCHG. **MAR 15 1968** |

| PATIENT ADDRESS    PHONE (IF DIFFERENT FROM RES. PARTY) **mo(Velma)267-6724**h. OR ADDRESS) **grmo(Sue Darling)WH 31603** | BIRTHDATE | RACE **W** | SEX | DEPEND **St Joseph** CHURCH | MARITAL STATUS M W D SEP. RELIGION **Cath** BAPT. IZED |

INSURANCE INFORMATION **Mutual of Omaha**

| RESPONSIBLE PARTY **Carrie A Burke**   RELATION **aunt** | | **Wichia Ks 67203** ZIP CODE | PHONE **267-6724** |

| FATHER'S NAME | PREV. ADMITTANCE & NAME THEN **No** | ADMISSION DIAGNOSIS **observ frm car wreck** |

| EMPLOYER OF RES. PARTY **Masonic Home** | ADDRESS | PHONE **AM 70271** | **Velma** MAIDEN NAME **Johnson** |

### PHYSICIAN'S DATA

PROVISIONAL DIAGNOSIS (TO BE COMPLETED WITHIN 24 HOURS AFTER ADMISSION)

#1. Multiple lacerations, superficial and deep.
#2. Acute cerebral concussion.
#3. Acute toxic state, etiology unknown.

FINAL DIAGNOSIS:

#1. Multiple lacerations, superficial and deep.
#2. Acute cerebral concussion.
#3. Acute toxic state, etiology unknown.

CODE NO.

815.0

852.0

SECONDARY DIAGNOSIS OR COMPLICATIONS:

E82510

OPERATION: (IF ANY)

CONSULTANT:                                                SURGEON:

CONDITION ON DISCHARGE

| RECOVERED | IMPROVED ✓ | UNIMPROVED | OBSERVATION | NOT TREATED | DIAGNOSIS ONLY | NO DISEASE | INSTITUTIONAL INFECTION |
| DIED | AUTOPSY |

TYPE OF PAY

| B.C. | |
| COMM. | XX |
| GOVT. | |
| CHARITY | |
| PRIVATE | |
| MEDICARE | |
| W. COMP. | |

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER
THIS RECORD REVIEWED_____
APPROVED_____
MEDICAL RECORDS COMMITTEE

THIS IS TO CERTIFY THAT I HAVE CAREFULLY RE-VIEWED THIS PATIENT'S ATTACHED RECORDS AND TO THE BEST OF MY KNOWLEDGE FIND THEM TO BE ACCURATE AND COMPLETE.

ATTENDING PHYSICIAN

**000797** O'DONNELL, SR., M.D./bmg
SUMMARY SHEET

Ex_13-000164

PURKEY, WESLEY   ICU                     HISTORY AND PHYSICAL             DR. L. A. O'DONNELL, SR.

HISTORY:

This is a 16 or 17 year old Caucasian male admitted to this hospital early this morning following an auto accident and transferred here from St. Francis Hospital emergency room to intensive care.

Patient sustained multiple superficial lacerations apparently due to glass to left face, left anterior neck and left shoulder and arm area and was taken to St. Francis Emergency room where deep wounds were sutured, 51 sutures were taken according to the report. The facial lacerations were treated, tetanus toxoid was given. X-rays of the skull and of cervical spine were taken and reported negative. The neurologic examination was reported as negative at the time of conversation with the resident in charge. The patient was transferred to St. Joseph Hospital via ambulance early this morning and taken to Intensive Care because of no bed available elsewhere in the hospital. The patient stated he vomited blood in the emergency room at St. Francis Hospital while on the X-ray table. No report given to me. Patient has been under my professional care for many years and seen off and on at regular intervals. Patient sustained a traumatic chondritis in 1964 while playing football to the lower left anterior rib cage area. He was last seen in October, 1967 prior to this time at which time an injection of flu vaccine was given.


PHYSICAL EXAMINATION:

APPEARANCE:          Patient is a well developed young adult Caucasian male of stated age
VITAL SIGNS:         Weight 150 lbs., Temperature 101+, rectal, sinus tachycardia, 120,
                     Respirations: 20.  Does respond to questioning but is drowsy from fever.
NECK:                Supple.  No superficial glands palpable.
EYES:                Eyes are remarkable in the sense that we find a anise coria, right pupil
                     being larger than the left.  Both pupils react well to light & accommodatio
                     The funduscopic exam is normal.  Sclera is clear. EOM are normal.
EARS:                External canals are clear, myringes normal.
NOSE:                Discloses injection of the nasal mucous membranes with some edema due to
                     recent cold, apparently with some mucoid exudates presenting.  Turbinates
                     are somewhat edematous.
MOUTH:               Teeth are in good repair, oral cavity and pharynx essentially normal.
LUNGS:               Clear to auscultation
HEART:               Rate as indicated above, rhythm is normal.  Size is normal.  No murmurs.
ABDOMEN:             Soft, presents no scars, tenderness or abnormal masses, no enlargement
                     of the normal viscera.  The inguinal and femoral rings are intact.
GENITALIA:           Normal
EXTREMITIES:         Lower extremities are normal.
SKIN:                Skin presents in the left face area and left anterior neck in the left
XXXXXXXXXXXXXXXXXX   shoulder area, multiple and deep lacerations, many of which are approximat
                     by sutures, 51 in all, also some lacerations in the left anterior chest
                     area.  Numerous superficial lacerations that are not sutured.
ENTRANCE DIAGNOSIS:  Multiple lacerations as noted above, superficial and deep.
                     #2: Acute cerebral concussion.  #3: Acute toxic state, etiology unknown
                     at this time.


                                                      Dr. L. A. O'Donnell, Sr./mr


**000798**

Ex_13-000165

**CONSULTATION RECORD**

Date _____ 3/8/68 _____

Hosp. No. _____

Name _____ Purkey, Wesley _____    Room or Ward No. 272 Bed _____    Doctor _____ L.A.O'DONNELL, SR., M.D. _____

Consulting Service or Physician _____ L.E.VIN ZANT, M.D. _____

Report requested regarding _____ *neuralgia* _____

_____ *[signature]* _____
Signature of attending Physician

**REPORT**

Findings  History is noted and laboratory and x-rays reviewed. There is evidence that this individual was in an accident and brought into the Emergency Room at St. Francis Hospital where repair of lacerations and superficial wounds were taken care of and then he was transferred to St. Joseph Hospital. He does not remember the accident nor soon after the accident. The history otherwise is non-revealing.

PHYSICAL EXAMAINATION: The patient is aware of time, place and person. He answers questions quickly and correctly . He has a bandage on forehead. There are superficial lacerations and contusions about the face. The pupils areequal and react to light. There is no nystagmus. The visual fields are normal to confrontation. There is no papilledema. Meningeal signs are xDixgosxx not present. No stiffness of the neck. The superficial reflexes are 2 plus and equal Deep tendon reflexes are 2 plus and equal. Babinski and Hoffmann's signs are not present. xBesoxnxxdxxxxxx There are no cerebellar signs. No aphasia or agnosia. Sensory examination wit normal limits, in all modalities.

#1.                                                    #2.
IMPRESSION: Multiple contusions and lacerations.  Cerebral concussion.

COMMENT:  This individual has some residual headache and probably has some light heddedness when he assumes the upright position. THe neurological examination at the present time is completely negative. I would expect a complete recovery of this individual. It is my opinion that the quicker that these individuals are returned to the usual occupation, they recover sooner.

Form G-8

Signature of Consultant
CONSULTATION RECORD

000799 E.VIN ZANT, M.D./bmg/3/9/68

Ex_13-000166

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER
WICHITA, KANSAS

Room No. _ICU_ Bed _3_

| DATE | |
|---|---|
| | *Friday - March 8, 1968.* |

3/8/68  3³⁰/Am - 16 year old white male admitted to icu³ via Gold Cross Ambulance cart. Vital signs taken & recorded. Pt. responds. Color good - pupils = and react to light. Pt. states he has no allergies and that "the back of his head hurts." Stitches noted. Dr. L. A. O'Donnell Sr. notified of pts admit & condition — orders noted. Pts' aunt here a few minute — says he vomited lg. amt of blood and was unconscious before admission to this hospital. 6ᵉ Emp #3 Tab. given for headache./ Has not voided. /A Lutz RN

7ᵃ  No abd. distention — clear liq. taken. 8ᵒᵒ Dr. L A O'Donnell Sr. visited. Left pupil smaller than rt. - both react to light. — orders noted — Unable to void.

-8-68  9³⁵/A Catheterized patient for culture and sens. 200cc returned. N. Halstead RN orders
9⁴⁵ Combiotic gms ss I m. Given UO2 PCm dry & Numann. See special graphic for vital signs etc. - 1⁵⁵ Eyes reddened - Aunt to visit. Satisfactory day. Elene Dullea RN
3²⁰ PM Van Zant here. -

-8-68  U/s checked et Craniotomy check hourly et recorded. Taking liquids well. No nausea 5¹⁰ Pm Soma Compound c Codeine given for headache. Responding et Alert. Moving all extremities without difficulty. Pupils = et react to light. Family @ bedside. 8Pm. Still unable to void — Complaining of severe headache - mostly occipital. Dr. L. A. O'Donnell Sr. inquired @ 5Pm. 9ᵉ Combiotic gm ss im (liiq) gluteus Aulyzing RN. 10³ᶜPm. Quiet. Still unable to void. Condition fair. Aulyzing RN. (9⁴⁵) Soma Compound c codeine for headache. Aulyzing RN

3-9-68                     *Saturday - March 9, 1968*
12ᵒᵒ/ See Special graphic chart for vital signs and craniotomy check. Pt. continues to complain of severe discomfort of bladder — Unable to void - 1¹⁵/Am Cath <span style="color:red">000800</span> Sillewartz RN - 600ᶜ Urine obtained.

ORM G-6
NURSE'S NOTES

Ex_13-000167

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER
WICHITA, KANSAS

Room No. _ICU_ Bed _3_   PURKEY WESLEY
M 16 LA O'Donnell Sr

267511

Cont- Saturday - March 9, 1968

| DATE | |
|---|---|
| 3/9/68 | Sterile Urine Spec. To Lab. 6⁰⁰ No complaints - Asleep most of the Time. /A. Lutz R |
| 3-9-68 | 7³⁵am Dr L A O'Donnell, Sr. here - Rt pupil slightly larger than left, both react 8⁰⁰ Combiotic gm ss̄ I.M. Given aO2 L CM b Norman See graphic chart for vital signs - No complaints this a.m. - Sleeping @ intervals - Appetite good - Visited c̄ family - 12²⁰pm Stood @ bedside, unable to void, denies discomfort, does not appear distended - Reluctant to take liquids - Sleeping @ intervals - Visited c̄ family - A good day B. Wester RN - |
| 3-9-68 | V/s checked et recorded on special graphic. Patient alert et moving about without difficulty. Voided 950cc. Resting @ aunt. Diet :: Ate fairly well. Taking liquids fairly well. Pupils = et react to light. 8⁰⁰ Combiotic gm ss̄ given IM in VOO7 per M by R MacDonald 10³⁰pm Sleeping. Good P.m. I. Meir RN |
| 3-10-68 | Sunday - March 10, 1968 12⁰⁰ Resting quietly - no complaints @ this time. 6⁰⁰ Asleep most of the night. Did not void this 8 hrs. /A. Lutz |
| 3-10-68 | See graphic chart for vital signs - Pupils equal & react to light - 8⁰⁰ Combiotic gm ss̄ I.M. given aO2 L CM by b Norman Appetite good - No complaints this a.m. - 8¹⁵am Dr L A O'Donnell, Sr here, orders noted - Dressing removed - Suture line cleansed & painted c̄ merthiolate - Resting quietly - Sleeping @ intervals - Appetite fair - Visited c̄ family - Sleeping - Unable to void, denies discomfort, does not appear distended - 1³⁰pm Trans to #164 per wheelchair B. Wester RN accepted to room 164² as transfer from ICU. report rec'd concerning pt. - pt in bed - Resting - needing ... pm ... |
| 3/10/68 | 3-11³⁰ no specific complaints this pm. voided 10cc @ 9⁰⁰pm - routine pm care given - no complaints J. Houseman |
| 3/11/68 | March - 11-1968   Monday 12⁰² 98-78-18 BP-130 Pt very quiet and has been Asleep. 4⁰⁰ 5⁰⁰ appears 9⁰ to be sleeping & voids Pt. Checked |

FORM G-6

000801

NURSE'S NOTES

Ex_13-000168

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER
WICHITA, KANSAS

I C U
5

Room No. 168  Bed ___    O'Donnell Sr

| DATE | |
|---|---|
| 3-11-68 | frequently and lying very still. No particular complaints. Good noc. — E. Copeland ᴿᴺ |
| 3-11-68 | Aware ___ a.m. care ___ Bed Bath — complains of slight headache — Dr. L.A.-O'Donnell Jr. his orders noted. 8° Combietic ___ gives Tm in left leg of gluteal. E. Eddleberg — up in Room. Parents called inquiring about patient — 11° Fleet's Sol. given as Enema. Solution returned ___ Moderate Amt ___ 1³° up in chair — 2³° a fair & hours. E. Joynem an. |
| 3-11-68 | 3.11³° No complaints this P.M. Watching T.V. & Visiting ___ family. Quiet Rm. B Peterson ___ |
| 3-12-68 | 12⁰⁰ March 12-1968 Tuesday. Pt quiet and appears to be asleep now. 1°⁰6°° Good noc. E. Copeland ᴿᴺ |
| 3-12-68 | Aware ___ a.m. care ___ Bed Bath — ___ No — complains ___. 8¹⁵ Dr. O'Donnell in to see pt — order noted / sore. 8²⁰ sutures removed (6) on arms as ordered ___. Pt ambulatory — 12 Resting — transferred into room 168 2³⁰ mother ___ patient — a fair & hours / E. Joynem an. Quiet in bed all eve — ate good — aunt visited — States she has custody of child & wants to be notified when he is dismissed. No complaints during eve — Fosnight RN. |
| 3-13-68 | March 13, 1968 — Wed. 11⁰⁰12⁰⁰ Watching TV in bed. 12⁰⁰ Quiet. 12³⁰ Asleep. 1°⁰6°° No Complaints Good noc. E. Copeland ᴿᴺ |
| 3-13-68 | Dr. O'Donnell in to see pt order noted suture line cleansed with zephirin & remaining sutures on face (32) removed — one painted ___ ___ — suture line is clean, ___ taken — pt ambulatory. 2³° a good day. E. ___ |
| 3/13/68 | 3-11³° routine evening care given — 10°° quiet. J. ___ |

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER
WICHITA, KANSAS

I C U                    Room No. 168  Bed   2   LA O'Donnell Sr

| DATE | |
|---|---|
| | March 14, 1968 — Thursday. |
| 3-14-68 | 12⁰⁰ Sleeping soundly now. No complaints Good noc — |
| 3-14-68 | General A.m. care c̄ Shower          E. Copeland RN. |
| | 9ᶜ Dr. L.A. O'Donnell here — orders noted. "no new orders" |
| | Ambulatory c̄ complaint 12⁰ Resting. c̄ fair c̄ hours |
| | E. Johnson RN |
| 3/14/68 | 3-11³⁰ — up + about — no special complaints — 10⁰⁰ quiet J. Johnson |
| | March 15, 1968 — Friday |
| 3-15-68 | 12⁰⁰ Sleeping, no c/o during noc. |
| | a good noc — A. Packard R.N. |
| | 8ᶜ General A.m. care c̄ Bed Bath — 8²⁰ Dr. L.A. |
| | O'Donnell here — orders noted. pt. dismissed c̄ |
| | aunt. Mrs. Carrie Burke. who works @ |
| | Masonic home — phone no. AM 7-6724. |

FORM G-6                    <span style="color:red">000803</span>
NURSE'S NOTES

Ex_13-000170

NAME  Purkey  Wesley  I    ADDRESS  8 0 134 (mw) / DOP  Wichita  nec 278439

PHONE  Am 76724    DATE  4-29-68    AE  2310    TYPE  Eme    PHYSICIAN  L A O'Donnell M.D.    **ST. JOSEPH HOSPITAL & REHABILITATION CENTER**

DATE OF BIRTH ▓▓    SEX W    RACE M    STATUS M S D C    DOCTOR: 1. E.R. ☐ 2. ATTENDING ☐ 3. HOUSE ☐    WICHITA, KANSAS

RESPONSIBLE PARTY  x̶T̶a̶n̶k̶x̶W̶x̶P̶u̶n̶k̶x̶  Carrie Burke-    (RELATIONSHIP)  x̶C̶a̶r̶x̶x̶x̶  Legal Guardian -    PLACE OF EMPLOYMENT    ADDRESS OF EMPLOYER  Am 76724    X-RAY G - 18171    NOTIFICATION

☐ SCHRF. ☐

HISTORY BY ▓  TIME 2310    ft. road in car    AMBL. Red Cross

Acc. Dayton & Osage    E.R. $6⁰⁰

Mult. abrasions, Contusions of face    O.P.C. $

Lg. abrasion R elbow    DRUGS $ .30

X-RAY $75.50

LAB. $

LTT - 1 mo ago    SOLN. $

O.R. $

☐ ALLERGIES:

FINDINGS: T:____ O☐ R☐ P:100 R:____ BP: 120/80 TIME____    E.K.G. $

HEENT - abrasions to forehead    M&S $ .80

TM's clear. fundi clear    PROF. FEE $ 10.00

abrasions to arms.

Chest Clear. abd soft

DTR + neuro = WNL    DR. CALLED L.A. O'Donnell Jr TIME 0040

ORDERS CALLED DR.____ TIME____

DIAGNOSTIC IMPRESSION:

EXAMINED BY Dr. Allen    M.D. TIME____

TREATMENT:

☐ TETANUS TOXOID____ cc I.M.____

cleanse + dress    Neosporin; Keri

Call MD's office in A.M.

head inj; chart.

Darvon Cpd, Cpd. M. ī green    IMPRESSION: neg.

y Tylenol

| | | X-RAY REQUESTED | TIME |
|---|---|---|---|
| R A D I O L O G Y | 1 | Skull | 20.00 |
| | 2 | LS spine | 17.50 |
| | 3 | Dorsal spine | 15.00 |
| | 4 | ® knee | 10.00 |
| | 5 | ® elbow | 10.00 |

DR.____ TIME____

CBC: Hct____ Hgb____ WBC____ /Diff:
segs____ stabs____ lymphs____ monos____ eos____

DISPOSITION: ☐ ADMIT. (RM ). ☐ RETURN TO O.P.C. IN    UA: Sp. G.____ pH____ Prot.____ Sug.____ ket.____

WBC:____ RBC:____ epith.____ casts____

____ DAYS ☐ REFER TO DR.____ IN____ HRS. DAYS    Sugar____ OTHER:____

ADVISED & RELEASED BY ▓  TIME 0050    ☐ TYPE & X-MATCH____ UNITS; REQUESTED BY____

TIME REQUESTED____ REPORTED____

**AUTHORIZATIONS ON REVERSE SIDE MUST BE SIGNED BY PATIENT OR AUTHORIZED PERSON.**

FORM G-20

000818

Ex_13-000171

| PATIENT'S NAME | | DATE | | X-RAY NO. |
|---|---|---|---|---|
| PURKEY,     Wesley  L | | 4- 29-68 | | 181711 |
| ADDRESS | AGE | | SEX | ROOM NO. |
| 134    C´ailles1 | 16 | | M    OP | |
| PHYSICIAN | | | AP & Lat L Knee | |
| D r  L A O'Donnell | | | | |
| EXAM. AP & Lat Dorsal Spine    AP & Lat Rt Elbow | | | | |
| AP  & Lat  Lumbar spine    Towne's PA RT and LT Lat Skull | | | | |

**ST. JOSEPH HOSPITAL AND REHABILITATION CENTER**
3400 GRAND AVE.
WICHITA 17, KANSAS

**DEPARTMENT OF RADIOLOGY**

RADIOLOGISTS
—0—
E. J. FITZGERALD, M.D.
PAUL M. MURPHY, M. D.

CONCLUSION:

GRADE I  SPONDYLOLISTHESIS:  L-5 on S-1 OTHERWISE A  NEGATIVE LUMBOSACRAL SPINE.
NEGATIVE DORSAL SPINE
NEGATIVE SKULL
NEGATIVE RIGHT ELBOW
NEGATIVE KNEE,xRXGHTX  LEFT.

REPORT:

Examination of the lumbosacral spine inthe AP and lateral projection reveals a  Grade I  spondylolisthesis of L-5 on S-1 associated with a bilateral defect in the pars interarticularis at his level. There is no evidence of  dixx fracture dislocation or otherw bony abnormality.

Examination of the dorsal spine in the AP and lateral projection fails to reveal evidence of fracture or dislocation.  There is a normal curvature and alignment.  The vertebral bodies and the intervertebral spaces are well maintained.

Examination of the skull in the PA occipital and each lateral projection fails to reveal evidence of fracture or other abnormality of the cranial wall or intracranial structures.  There is no evidence of increased intracranial pressure.  The sella is normal.

Examination of the right elbow in the AP and lateral projection fails to reveal evidence of fracture, dislocation or other significant bony abnormality.

Examination of the  left knee in the AP and lateral projection fails to reveal evidence of fracture or dislocation, or other significant bony abnormality.

Form G-19 ᴾᴹᴹċr          4- 29-68  Signed  PAUL MMURPHY MD          Radiologist

**000819**

Ex_13-000172

Urgent

ST FRANCIS HOSPITAL, WICHITA, KANSAS

CASE NO. 270621    ROOM A31-$29.00 RES. X    INT. X

| | | |
|---|---|---|
| PATIENT | Purkey, Wesley I. | DATE OF BIRTH |
| ADDRESS | | PLACE OF BIRTH — Kansas |
| CITY & STATE | Wichita, Kansas 67203 | TELEPHONE — AM 7-6724 |
| ADM. DIAG. | obs | SERVICE — psy |
| CHILD—S. M. W. D. | single    SEX    male | RACE — white    AGE 16 |
| RELIGION | Cath | PARISH-CHURCH-SYN. — St. Joseph |
| DATE OF ADM. | 11-17-68    TIME    3:30 am | REGISTRAR — Fuqua |
| DISMISSED | TIME | CASHIER |
| FORMER ADM. DATE | 3-68    NAME | MAIDEN NAME |
| PHYSICIAN | FC Newsom | SPECIAL DIET    YES    NO  No |
| PERSON TO NOTIFY | none | RELATION |
| ADDRESS | | PHONE |
| PERSON RESPONSIBLE TO PAY THIS ACCOUNT | self | RELATION |
| ADDRESS | | PHONE    BANK |
| OCCUPATION | pipeline(adu basic edw COMPANY Cities Service | ADDRESS |
| PERSON SUBMITTING ADM. INFORMATION | self | RELATION |
| ADDRESS | | PHONE |

INSURANCE: MEDICARE NO.          MEDICAIDE NO.
INSURANCE: OTHER   w/co          POLICY NO.          GP ☐    IND ☐
B. C. — B. S. IDENTIFICATION NO.          GROUP NO.
BENEFIT DATE          EFFECTIVE DATE:          DED.    DIAGN. X-RAY?
B. C. OUT OF STATE          ROOM ALLOW.
B. C. MEMBER NAME          E. B. R.          MAJOR MEDICAL:
REMARKS:

DATE OF DISMISSAL    11-21-68    TIME    11²⁵ᵃᵐ

**FINAL SUMMARY**

THU NOV 21 1968

Diagnosis on Admission (to be completed 24 hours after admission) _Aggressive behavior_

Date of onset _Immediate_

Final Diagnosis _Passive—Aggressive Personality_

Complications and Wound Infections _None_

Remarks _None_

Consultation With _None_

Condition on Discharge

☐ Recovered          ☐ Improved          ☐ Unimproved          ☑ Not Treated          ☐ Expired          ☐ Autopsy

Service: Surg.    Neuro Surg.    Med.    O. B. Gyn.    Ped.    Urology    Ortho.    E. E. N. T.    (Neuropsychiatry)

Operations: _None_

] FORMER ADMISSIONS [

Date _2-9-67_    Case No. _225,080_

Reviewed for Filing by Medical Records Committee _____    **000820**    SIGNATURE OF ATTENDING PHYSICIAN

FORM 01-003

305,0?

ORIGINAL - 1

Ex_13-000173

ST. FRANCIS HOSPITAL

## SHORT STAY REPORT

NAME _Purkey, Wesley I._    DOCTOR _Newson_    HOSPITAL NO.

CHIEF COMPLAINT

HISTORY OF P.I. Admitted per request of his aunt, who functions as his guardian, because of a disturbance described as drinking and fighting. Pt. has been known to me and other evaluative agencies because of past behavior involving conflict authorities.

PHYSICAL EXAMINATION Ht-73" Wt- 157 Pulse 80 Resp. 20 B.P. 130/9
EENT: clear
Chest: clear to ff + c.
Abdomen: Soft = no palpable masses.
No neurological abnormality -
Dx: Passive- Aggressive Personality.

PROGRESS NOTES

11/19/68 — Behavior well controlled without medication. Transferred to open ward. Pa

11/21/68 — Dismissed to custody of his aunt. R

SIGNED _____ M.D.
ATTENDING PHYSICIAN

000821

01-342

Ex_13-000174

ST. FRANCIS HOSPITAL
Wichita, Kansas

11 17 68    A31  2
2 ANNEX

LABORATORY REPORTS

Name_____    Room_____Bed____    Doctor_____
PURKEY, WESLEY I  M16W

276621   DR FC NEWSOM
134 NO CHARLES
11-17-68                    1

| Chart Copy | 30654 | | A M P M TODAY STAT | SPECIAL | DATE | | IN | PAV | OUT | ER | REF |

REQUESTING PHYSICIAN / WORKING DIAGNOSIS

REQUESTING STATION   11 17 68   ROOM NO.   A31  2
                                                    IN PAV O 2 ANNEX

PATIENT'S NAME
PURKEY, WESLEY I   M16W

HOSPITAL NO.  276621   DR FC NEWSOM

BIRTH DATE   11-17-68

Imprint patient name and print information above

| | | | | |
|---|---|---|---|---|
| PLASMACRIT  NR  REACTIVE | | VDRL  NR  REACTIVE | | |
| PREMARITAL/CERT.  NR  REACTIVE | | VDRL (QUANT.) | | |
| FLUORESCENT TREPONEMA ABS. | | REITER PROTEIN | | |
| OTHER (PLEASE SPECIFY) | | | | |
| ASO (1-100) | TODD UNITS | PREGNANCY TEST | | |
| C - REACTIVE PROTEIN | | THYROID ANTIBODIES | | |
| COLD AGGLUTININS | | RHEUM. ARTHRITIS | | |
| HETEROPHILE | | HETEROPHILE ABS.  SALINE | (SIGN 1:56) | GR. BEEF |
| TOXOPLASMA: ☐ | FLUORESCENT ANTIBODY | ☐  HA | | |
| IMMUNOELECTROPHORESIS | | | | |
| COMPLIMENT FIXATION (PLEASE SPECIFY) | | | | |
| HEMAGGLUTINATION INHIBITION (PLEASE SPECIFY) | | | | |
| SPECIAL PROCEDURE (PLEASE SPECIFY) | | | | |

SEROLOGY I & S. T. S.
DEPARTMENT OF PATHOLOGY
TECH. BB  DATE 11-18-19 68  PATHOLOGIST_____

MCH (29 ± 2 μμg)
MCHC (34 ± 2%)

PLATELET COUNT   /mm³

HEMATOLOGY I
ROUTINE

DEPARTMENT OF PATHOLOGY
TECH._____  DATE 11-17-19 68  PATHOLOGIST_____

URINALYSIS
ROUTINE
TECH. CH  DATE 11-17  19 68  PATHOLOGIST_____

ST. FRANCIS HOSPITAL - WICHITA KANSAS 67214

000822

01-220

LABORATORY REPORT

Ex_13-000175

**ST. FRANCIS HOSPITAL**
Wichita, Kansas

11 17 68

A31 2
2 ANNEX

**LABORATORY REPORTS**

Name _____ Room _____ Bed ___ Doctor _____

PURKEY, WESLEY I   M16W

276621   DR FC NEWSOM

11-17-68                           1

[PASTE 3RD REPORT HERE AND SUCCEEDING ONES ON ABOVE LINES]

Chart Copy  95626

| | | A M P M | TODAY STAT | SPECIAL |
|---|---|---|---|---|

DATE 11 17 68   IN PAV OUT ER REF

REQUESTING STATION   TUBE   ROOM NO. 2   A31 2

2 ANNEX

PATIENT'S NAME

PURKEY, WESLEY I   M16W

HOSPITAL NO. 276621   DR FC NEWSOM

BIRTH DATE 11-17-68   SEX   RACE   1

Imprint patient's name plate or print information above

| REQUESTING PHYSICIAN | WORKING DIAGNOSIS | | |
|---|---|---|---|
| X ROUTINE CBC | | WBC 9,100 | /mm³ |
| HEMOGLOBIN 15.5 G% | | DIFFERENTIAL | |
| HEMATOCRIT 45 % | | BASOS | % |
| RBC 4,870,000 /mm³ | | EOS | % |
| R B C MORPHOLOGY | | MYELOS | % |
| NUCLEATED RBC'S | | YOUNGS | % |
| POIKILOCYTOSIS | | BANDS 4 | % |
| ANISOCYTOSIS | | SEGS 78 | % |
| HYPOCHROMIA | | LYMPHS 16 | % |
| RETICULOCYTES | | MONOS 2 | % |
| RBC INDICES | | PLATELETS DECR-NOR-INCR | |
| MCV (87 ± 5 µ 3) 93 | | SED. RATE | mm/HR |
| MCH (29 ± 2 µ µ g) | | CORRECTED | mm/HR |
| MCHC (34 ± 2%) | | PLATELET COUNT | /mm³ |

**HEMATOLOGY I**
ROUTINE

DEPARTMENT OF PATHOLOGY
TECH _____ DATE 11-17-68 PATHOLOGIST _____

**URINALYSIS**
**ROUTINE**

TECH CH   DATE 11-17 19 68 PATHOLOGIST _____

ST. FRANCIS HOSPITAL—WICHITA, KANSAS 67214

000823

01-220

LABORATORY REPORT

Ex_13-000176



ST. FRANCIS HOSPITAL
Wichita, Kansas

11 17 68    A31  2
2 ANNEX

LABORATORY REPORTS

Name _____ Room _____ Bed _____ Doctor _____
PURKEY, WESLEY I  M16W
276621   DR FC NEWSOM
134 NO CHARLES
11-17-68                1

Chart Copy  1.03950

ROUTINE URINALYSIS
COLOR: straw      APPEAR. clear    SP. GR. 1.007
pH 7.             PROTEIN neg      GLUCOSE neg
KETONE BODIES neg  Hgb. neg        BILE neg
                  RBC/HPF          WBC/HPF 1-2
CASTS/LPF
CRYSTALS

PSP EXCRETION:    15 MIN.   30 MIN.   60 MIN.   120 MIN.
ADDIS COUNT (12 HR.)              DIACETIC ACID
RBC/HPF                           FISHBERG CONC.     DIL.
WBC/HPF                           MUCIN
CASTS/LPF                         PKU
EPITHELIAL                        SULKOWITCH

URINALYSIS ROUTINE
DEPARTMENT OF PATHOLOGY
TECH. CH     DATE 11-17  19 68   PATHOLOGIST _____

PATIENT'S NAME  11 17 68    A31  2
                           2 ANNEX

000824

01-220

LABORATORY REPORT

Ex_13-000177

4305

ST. FRANCIS HOSPITAL   11 17 68
Wichita, Kansas

RECORD OF VALUABLES AND PERSONAL BELONGINGS

PURKEY WESLEY I   M16W
276621   DR FC        OM

A31   2
2 ANNEX

Patient's Name _Wesley I Pulkey_          Room No. 37-68   Date _Nov. 16, 68_

The Hospital IS NOT responsible for any belongings of the patients. All unnecessary articles are to be sent home.

## CLOTHING LIST

1. _Blue Jeans_
2. _Blue Jeans Jacket (2)_
3. _Pr Sox - Black_
4. _Brown Shoes_
5. _Brown Billfold_
6. _pr red print P.Js_
7. _pr red stripe P.Js_
8. _pr maroon print P.Js_
9. _red & black plaid robe_
10. _2 pr WHITE UNDERWEAR_
11. _2 BLUE SHIRTS_
12. _1 PR TAN SOX_
13. _1 PR PTJs_
14. _1 PR OLIVE SLIPPERS_

### VALUABLES: (Money, Jewelry, Razor, etc.)

1. _Change 55¢_
2. _Brown Billfold - No PaperMoney_
3. _Key_
4. _____
5. _____
6. _____

### VALUABLES: RETAINED at own risk

1. ~~_____~~ _Club_
2. _Trans. to Iodis_
   _Carrie Burke, aunt_
3. _____

Sign: _____
(Person assuming responsibility)

### ARTICLES RETURNED HOME

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

Signed: _____
(Person taking articles home)

ON ADMITTANCE:
Patient's Signature: X _Wesley Purkey_          Nurse _Ocd. James O. Franklin_

ON DISCHARGE:
Patient's Signature: _Wesley Purkey_          Nurse _C. Johnson RN._

**000825**

Rev.-Psych: 7/23/58

Ex_13-000178

**ST. FRANCIS HOSPITAL**                                11-17-68        A31 2

**PHYSICIAN'S ORDERS**                                                 2 ANNEX

PURKEY, WESLEY I   M16W

NAME_____ROOM_____BED____ DOCTOR 276621   DR FC NEWSOM

11-17-68                                1

| DATE | |
|---|---|
| 11-17-68 | 1. Thorazine 25 mg I.M. p.r.n. |
| | 2. Restrain as nec. |
| | 3. Routine Lab. |
| | Gen. Diet |
| | P.O. Dr. Newson — M. Eberhardt R.N. |
| 11/18 | Visiting privileges. |
| | May have clothes. |
| 11/19 | Transfer to open ward with full privileges, canteen, etc. |
| 11/21 | Dismiss. |

1-290

000826

Ex_13-000179

Case 2:19-cv-00414-JPH-DLP　Document 23-17　Filed 09/12/19　Page 40 of 45 PageID #: 4267

11 17 68

A31　2
2 ANNEX

PSYCHIATRY — NURSES NOTES
ST. FRANCIS HOSPITAL
WICHITA, KANSAS

PURKEY, WESLEY I　M16W
276621　DR FC NEWSOM

Date _____ Room _____ Name _____ Doctor ____███ ██ ████____

11-17-68

| Time | Temp. | Pulse | Resp. | Special Medications and Treatments | Observations - Nursing Care |
|---|---|---|---|---|---|
| 3²² | 99⁶ | 120 | 20 | BP 150/95 | 16 year old w/m admitted to 2A, |
|  |  |  |  | wt. # 157 | Room 31 — ambulatory - accompanied |
|  |  |  |  | Ht. 6'1" | by Security guards:— |
|  |  |  |  |  | Disheveled & dirty — Shakey & |
|  |  |  |  |  | nervous. Cooperative. |
|  |  |  |  |  | "Brought to Hospital by WP Officer" |
|  |  |  |  | H₂O | as direct adm't "M Brown Sec. Off |
|  |  |  |  |  | To BR & Orderly to 'clean up' |
|  |  |  |  |  | To bed - Hosp Paj. no known |
|  |  |  |  |  | allergies. |
|  |  |  |  | Thoragine 25 mg Ins. given (m.e.) |  |
|  |  |  |  |  | "I feel sore all over. A bunch of |
|  |  |  |  |  | boys beat me up." |
|  |  |  |  |  | Has some scraped place on |
|  |  |  |  |  | cheek - |
| 4⁰⁰ |  |  |  | ● | Clothes checked - Valuable slip signed |
| 6⁵⁰ |  |  |  |  | Sleeping soundly. |
|  |  |  |  |  | Good remaining night - adm. K A to |
|  |  |  |  |  | Lab — |
|  |  |  |  |  | Pup has pain in Ribs — |
|  |  |  |  |  | Feels so sore. |
|  |  |  |  |  | M. Eberhardt R.N. |
| ®⁰⁰ |  |  |  |  | Am Care given. Resting at intervals |
|  |  |  |  | BM. — 0 | this Am. Dr Newsom here. |
| 00 |  |  |  |  | Quiet in Room. |
| 1⁰⁰ | 98⁸ | 84 | 20 |  | Visiting in rm ε roommate. |
|  |  |  |  |  | Offers no requests. |
| 1³⁰ |  |  |  |  | Mother visits |
| 3⁰ |  |  |  |  | Up in halls for short time, then |
|  |  |  |  |  | returned to rm. |
| ⁰⁵ |  |  |  |  | Sleeping　Judy Zellmer R.N. |
| 2⁴⁵ |  |  |  |  | asleep @ this time. |

NS - 10 - 30 - 67

000827

Ex_13-000180

A31  2  11-18-68  A32  1
ANNEX  ANNEX

PURKEY, WESLEY I   M16W          ORTON ROBERT A   M68W
276621   DR FC NEWSOM          275707  DR VD SCHWARTZ
S                               LAURA 1122          MC
11-17-68          1             11-5-68   PROT

PYCHIATRY — NURSES NOTES
ST. FRANCIS HOSPITAL
WICHITA, KANSAS

Date _____ Room _____ Name _____ Doctor _____

| Time | Temp. | Pulse | Resp. | Special Medications and Treatments | Observations - Nursing Care |
|---|---|---|---|---|---|
| 115 | | | | | Awake - Unable to go back to sleep Talking - Remains Restless |
| 145 | | | | Thorazine 25 mg Im | given for restlessness (M?) |
| 352 | | | | | Asleep @ this time. |
| | | | | | sleeping |
| | | | | | A fairly good night |
| | | | | | M E _____ RN |
| | 99 | | | | Am Care Given. Up & About more this |
| | | | | | am. No comp. |
| 7°° | | | | | Great aunt & mother visiting. |
| | | | | | Stays in room most of time. |
| | | | | BM ÷ | Carol Watrous RN |
| | 99 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 2 | | | | NOV 19 1968 | Sleeping |
| 2³⁰ | | | | | Awake. Requests med. |
| | | | | Thorazine 25mg IM into UOLQ of Gluteal for | restlessness. |
| | | | | | Sleeping |
| | | | | | To fountain for H₂O. |
| | | | | | Sleeping |
| 6³⁰ | | | | | A fair noc. Faith Steward RN |
| 7°° | 99² | | | | A.M. care given. Cooperative. |
| | | | | | In rec. room. |
| | | | | | Dr. Newsom here. |
| | | | | | Socializes some. |
| | | | | | Transferred to 4th annex C Watrous |

NS-10-30-67

**000828**

Ex_13-000181

PSYCHIATRY – NURSES NOTES
ST. FRANCIS HOSPITAL
WICHITA, KANSAS

A31  2

PURKEY, WESLEY I   M16W
276621   DR FC NEWSOM

11-17-68                    1

Date _____ Room _____ Name _____ Doctor _____

| Time | Temp. | Pulse | Resp. | Special Medications and Treatments | Observations - Nursing Care |
|------|-------|-------|-------|-----------------------------------|------------------------------|
| 230 | | | | | Received on 4 Annex Room 68 |
| | | | | | Oriented to ward. H. Burns a |
| 56 | | | | | Has spent whole evening in room |
| | | | | | except for eating supper, after two |
| | | | | | males walked him to his room. Has |
| | | | | | had two female visitors, one a |
| | | | | | middle aged female and the other |
| | | | | | appears to be in her late teens. |
| | | | | | —D. Dickey GN |
| | | | | | Slept up visitor who |
| | | | | | accompanied him to room a |
| | | | | | little earlier was told to have |
| | | | | | mother come asking about medical |
| | | | | | art. patient received. D. Dickey GN |
| 1296 | | | | NOV 20 1968 | Appears to be asleep |
| 130 | | | | | do not see – Crutchley Ray |
| 730 | | | | | up for lunch |
| | | | | | to music room |
| | | | | | Dr. Newsom here |
| | | | | | In to lunch |
| | | | | | Left unit, telling us |
| 20 | | | | | Remains in music room. H. Burns |
| ,00 | | | | | Returned to eat. Has been off |
| | | | | | unit. Was told by staff that he |
| | | | | | must tell staff when he leaves |
| | | | | | unit and when he returns. In room |
| | | | | | at present time. D. Dickey GN |
| 30 | | | | | Mother came to staff. Asked staff |
| | | | | | "Why does he have so many |
| | | | | | privileges?" I saw him outside." |
| | | | | | Told staff that "Captain, Cook and I |
| | | | | | decided something had to be done." |

NS-10-30-67

000829

Ex_13-000182

11 19 68     2 ANNEX

PURKEY, WESLEY I   M16W

276621   DR FC NEWSOM

11-17-68                    1

PSYCHIATRY — NURSES NOTES
ST. FRANCIS HOSPITAL
WICHITA, KANSAS

Date _____ Room _____ Name _____   Doctor _____

| Time | Temp. | Pulse | Resp. | Special Medications and Treatments | Observations - Nursing Care |
|---|---|---|---|---|---|
| | | | | | Talked at length about how "my aunt — not his aunt. She's his great aunt" spoiled him. Asked "how do I get hold of Dr." Told staff that she had tried one line to get hold of Dr. at his office. Admitted she didn't know number where she could be reached. Finally went back to room to wait for patient, just said "He's having a hard up here. I know it over and over." D. Day GN |
| | | | | | Left unit. Saw mother waiting by elevator. Mother said "I bet you thought I'd left. didn't you." Mother sounded somewhat anxious but spoke in a joking manner. D. Dickey |
| | | | | | Returned to unit & went to room. D. Dickey G |
| 2:00 | | | | NOV 21 1968 | Purkey visiting — in room 69. Requesting sleeping pill. When informed he only had a ... added "Never mind". |
| 2:45 | | | | | To room — preparing ... plus ... aunt nice. Would stay ... |
| 8:00 | | | | | up for brkfst. |
| 8:25 | | | | | Left unit to go to music room, said he would be back by 9:00 & Dr. wouldn't be here before that time anyway. |
| 8:00 | | | | | Ret. to unit. Dr. Newsom here |

NS-10-30-67

000830

11 21 68        A68  C

PSYCHIATRY — NURSES NOTES
ST. FRANCIS HOSPITAL
WICHITA, KANSAS

PURKEY, WESLEY I  M16W
276601   DR FC NEWSOM
██████████
11-17-68              1

Date _____ Room _____ Name _____ Doctor _____

| Time | Temp. | Pulse | Resp. | Special Medications and Treatments | Observations - Nursing Care |
|------|-------|-------|-------|-----------------------------------|------------------------------|
| 10⁰⁰ | | | | | To music room. |
| 1125 | | | | | Dismissed ambulatory accomp. by aunt + girl-friend. An many R.. |

NS-10-30-67

**000831**

Ex_13-000184

4 ANNEX

PURKEY, WESLEY I   M16W
276621   DR FC NEWSOM
▮▮▮▮▮▮▮
11-17-68                1

SYCHIATRY — NURSES NOTES
T. FRANCIS HOSPITAL
ICHITA, KANSAS

ate _____ Room _____ Name _____ Doctor _____

| Time | Temp. | Pulse | Resp. | Special Medications and Treatments | Observations - Nursing Care |
|------|-------|-------|-------|-----------------------------------|------------------------------|
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |

NS-10-30-67

**000832**

Ex_13-000185

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER
34  GRAND AVE. · WICHITA, KANSAS 67218     A No. 314967

| PATIENT NAME | PHYSICIAN | PHY. CODE | ROOM NO. | ACC. CD | NURS. STAT. | ADMISSION DATE | TIME |
|---|---|---|---|---|---|---|---|
| Purkey, Jack | Kim R Lee/ T Poling/ | 801 | Med H Hall B W | | 7 | 2-9-71 | 9:30PM |

| BIRTH DATE | AGE | RACE | SEX | MARITAL STATUS | DEP. | RELIGION | BAPTIZED | REL. CODE | FINANCIAL | DISMISSAL DATE | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ██████ | 47 | W | M | D | | None | YES  NO X | N | | FEB 4 | 1971 |

| PATIENT ADDRESS (IF DIFFERENT THAN RESP. PARTY) | PREV. ADMISSION & NAME THEN | FATHER'S NAME | MOTHER'S MAIDEN NAME | PATIENT'S SOC. SEC. NO. |
|---|---|---|---|---|
| | None | Dec | Dec | ██████████ |

| RESPONSIBLE PARTY | RELATION | ADDRESS | | ZIP CODE | PHONE |
|---|---|---|---|---|---|
| Jack Purkey | Self | ████ ██████ Wichita Ks. | | 67211 | No Phone |

| EMPLOYER OF RESPONSIBLE PARTY | ADDRESS | PHONE | LENGTH OF SERVICE | HOURLY SALARY | PEN NO. |
|---|---|---|---|---|---|
| Kansas Elks Training Center | Maize Road | | 3 Mos | Truck Driver | |

| SPOUSE OF RESPONSIBLE PARTY | EMPLOYER | ADDRESS | PHONE |
|---|---|---|---|
| | | | |

| NEXT OF KIN | RELATION | DAY PHONE | NIGHT PHONE | OTHER FAMILY MEMBERS ADMITTED |
|---|---|---|---|---|
| Reba McBeath | Fr | 264-6255 | Same | ? |

| NOTIFY IN CASE OF EMERGENCY | DAY PHONE | NIGHT PHONE | OTHER PERSON TO CALL IN EMERG. | REL. | PHONE |
|---|---|---|---|---|---|
| Same | Same | Same | Just Call Friend | | |

| INSURANCE COMPANY | ADDRESS | POLICY NUMBER | TYPE OF SERVICE |
|---|---|---|---|
| Bankers Life/Kansas Elks Training Center - Grp | | | Med |

| ADMITTING DIAGNOSIS | PERSONAL REFERENCE | ADDRESS | PHONE | PREPARED BY |
|---|---|---|---|---|
| Chest Pain Empending D.T's | Reba McBeath | ████ ██ ████████ | 264-6255 | MW |

PHYSICIAN'S DATA

PROVISIONAL DIAGNOSIS (TO BE COMPLETED WITHIN 24 HOURS AFTER ADMISSION)

Hypertension and chronic alcoholism.

FINAL DIAGNOSIS:                                                    CODE NO.

1. Hypertension, essential.
2. Hiatus hernia, symptomatic.
3. Chronic alcoholism.

SECONDARY DIAGNOSIS OR COMPLICATIONS:

OPERATIONS: (IF ANY)

2878

CONSULTANT                                         SURGEON

| DISPOSITION OF PATIENT | | | | | | | | | | TYPE OF PAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RECOVERED | IMPROVED | UNIMPROVED | OBSERVATION | NOT TREATED | DIAGN. ONLY | NO DISEASE | DIED | AUTOPSY | | BC | MEDICARE |
| | X | | | | | | | | | COMM | W. COMP |
| ST. JOSEPH HOSPITAL AND REHABILITATION CENTER THIS RECORD | | | | THIS IS TO CERTIFY THAT I HAVE CAREFULLY REVIEWED THIS PATIENT'S ATTACHED RECORDS AND TO THE BEST OF MY KNOWLEDGE FIND THEM TO BE ACCURATE AND COMPLETE. | | | | | | GOV'T | CHAMPUS |
| | | | | | | | | | | CHARITY | MEDICAID |
| REVIEWED | | | APPROVED | | | | | | | PRIVATE | |
| MEDICAL RECORDS COMMITTEE | | | | | | ATTENDING PHYSICIAN | | | | | |

3-298                                                        WP_PC000080862

000167

SUMMARY SHEET

Ex_13-000186

PURKEY, JACK
293-A
314967
Lee/Poling

HISTORY

Chief Complaint: Chest pain.

Present Illness: This 47 year old divorced white male was admitted to this
hospital on 2-9-71 through the ER. He has been quite well until two days
prior to admission, when he began to experience chest pain in the sternal
region. On the day of admission, around 5:00 o'clock, this pain developed
in severity and produced a cramping like pain. Also, he has had several vomit-
ing episodes for the past two days. He came to the emergency room for treat-
ment.

Past History: He has gained body weight, 109 lbs to 210 lbs. in the past two
years. Two years ago, he was hospitalized at the Veterans Administration Hos-
pital for alcoholic intoxication. Eighteen years ago, he was admitted to this
hospital with the same problem and at that time he was informed that he had
nervous spasm. At the age of 35 years, he had a hemorrhoidectomy. At age 16
he had skull fracture because of car accident. At the age of 10 years, a ton-
sillectomy was performed. There is no history of nervous breakdown.

Childhood diseases: Measles.  No known allergies.

In 1944, when he was in the service, he had an episode of gonorrhea.

Family History: His father, age 77, and his mother age, 71, died from strokes.
He has one brother, age 55, and four sisters, ages 53, 50, 49, and 45, who are
all  in good health. He has one son, age 21 who is in good health. He stated that
two uncles had stomach cancer and one uncle was an alcoholic. There is a family
history of hypertension, but no history of epilepsy.

Social History: He eats a regular diet, smokes two or three packs of cigaretes
per day since age 18. He drinks heavily. He has drank Vodka and Wine since age
18 when he was in the service.  He is working at the present time for a retarded
childrens school as an assistant supervisor, for three years. Before this job,
he had worked for Boeing Company for 12 years. His education is junior high
school graduate. In August 62, he divorced. Since then, he has not remarried.

Review of Systems:
HEENT: He has had a long history of headaches which usually occur in the morning
after getting up and also he has a denture, upper and lower sides. Sometimes he
can have double vision.
CV:    He has hypertension when he is nervous or excited.
GI:  Frequent history of upset GI tract. Bowel movements are regular. He has a
good appetite. No history of diarrhea or bloody stool.
GU: No history of dysuria or polyuria.
NM: He is always nervous and worrying about something.

PHYSICAL EXAMINATION

Temperature 99°. Height 6'2". Weight 210 lbs. Pulse 100 per minute. BP, right and
left arms: 150/90. Respiration: 20.

000168

WP_PC000080863

Ex_13-000187

Page 2   H & P
Purkey, Jack

General Appearance: Well developed, well nourished white male who appears to be
nervous.

HEENT: Negative.
Chest: Clear and anterior-posteriorly expanded.

CV: No murmurs. Regular sinus rhythm. Cardiac sounds were diminished.

Abdomen: Soft. The liver was palpable, 3 cm. below the right costal margin.
No splenomegaly.

Skin: Dry and cool.

Bones and Joints: No limitation of movement or edema.

Glandular: No lymphadenopathy.

NM: The deep tendon reflexes are intact.

IMPRESSION: 1) Hypertensive vascular disease.
            2) Chronic alcoholism.
            3) Anxiety syndrome.
            4) Rule out chronic obstructive pulmonary disease.

K.S.KIM, MD/k

2880

**000169**

WP_PC000080864

Ex_13-000188

PROGRESS NOTES

PURKEY, JACK----293

2/10/71   Will order a liver scan on the patient.  General condition seems to be fairly good.

                                          Dr. Rex Lee/HMJ

2/12/71   Progressing satisfactorily.

                                          Dr. Rex Lee/HMJ

2/14/71   The patient was dismissed.

          PROV DIAG:  Hypertension and chronic alcoholism.

          FINAL DIAG:  1.  Hypertension, essential.  2.  Hiatus hernia, symptomatic.
                       3.  Chronic alcoholism.

          CONDITION ON DISCHARGE:  Improved.

          DISCHARGE MEDICATIONS:  C-vim T, 1 PID; Mylanta, 2 teaspoonsful, QID, PC & HS;
          Librium, 10 milligrams, TID.  He was given Mag. Sulphate, 2 ccs. IM prior to dis-
          missal as his serum magnesium was 1.13 with a normal of 1.8 to 3.1.  He was also
          given B-12, one thousand micrograms, IM and Lipoplex, 2 ccs. IM.

                                  _____
                                          Dr. Rex Lee/HMJ

2881

**000170**

WP_PC000080865

Ex_13-000189

PURKEY, JACK                    DISCHARGE SUMMARY              DRS. LEE AND POLING

Adm.  2/9/71
Dis.  2/14/71


LABORATORY WORK:

HGB:  18.2
HCT  52.6%
WHITE COUNT:  21,600 with 76 polys, 3 stabs, 15 lymphs, 5 monos, 1 baso.
UA:  PH 8.0, specific gravity 1.035, protein trace, sugar negative, 0--2 WBCs.
ELECTROLYTES:  Normal
REPEAT CBC:  HGB 14.5
HCT:  43.8%
WHITE COUNT:  10,700 with 68 polys, 1 stab, 26 lymphs, 4 monos, 1 eosin.
SED RATE:  17
SERUM MAGNESIUM 113
2 HR. POST PRANDIAL BLOOD SUGAR:  110
24 HR. CEPH FLOC:  Negative
48 HR. CEPH FLOC:  Trace
SERUM ZINC:  195 mcgm.%
          PROFILE:  Within normal limits except BUN of 30,
TOTAL BILIRUBIN:  2
CHEST X-RAY:  Negative
ROSE BENGAL CLEARANCE:  Normal
UPPER G.I.:  Revealed sliding hiatal hernia during valsalva as described with
deformity of the duodenal bulb.  No active ulcer crater or obstruction noted.
EKG:  No definite evidence of myocardial damage.  Sinus  tachycardia.


                                        DRS. LEE AND POLING/mr


2882

                    WP_PC000080866

Ex_13-000190

KANSAS STATE RECEPTION AND DIAGNOSTIC CENTER

## Report of Psychiatric Examination

PURKEY, Wesley I.                                             Charles Marsh, M. D.
3722-C
May 24, 1971

### I.   Identification

This inmate is a nineteen year old, white, single, Catholic laborer from
Wichita, Kansas, who was convicted by jury trial in Sedgwick County Court, of
first degree burglary and on September 1, 1970, was sentenced to a controlling
term of ten to twenty-one years.  He was admitted to Kansas State Industrial
Reformatory on October 12, 1970, and was received by transfer to Kansas State
Reception and Diagnostic Center on October 22, 1970.  Prior to completion of
the evaluation, he was sent back to District Court October 30, 1970, being re-
admitted to KSIR, March 11, 1971, and being again transferred to KRDC April 1,
1971, for completion of the psychiatric evaluation.

### II.   Clinical-Historical Data

#### A.   Offender's Background

The family background prior to/and during this inmate's childhood has
been extremely chaotic.  The inmate's father and mother were married and
divorced in 1943.  That marriage ended in divorce after just one month.  In
1944, his mother married for the second time and three children were born to
this union.  The first died the day following his birth; the second lived and the
third died in 1951, two days following his birth.  The inmate's mother subsequently
divorced her husband and in the same year, 1951, remarried her first husband, the
father of the inmate.  The inmate was the only child born to that union; however,
his father, Mr. Jack Purkey, adopted his half-brother, Gary.  His mother divorced
his father again in 1962 when the inmate was ten years old.  Following that
divorce, according to the maternal grandmother, the inmate's mother was neglectful
of her two children "all she thought about was alcohol and men.  She would leave
for five or six days at a time."  According to a maternal aunt, the mother of
the inmate became "promiscuous, often bringing her male friends into the home
for sexual relations."  Due to her inappropriate behavior, the aunt required that
she leave.  She did and took the inmate with her leaving the half-brother in the
care of the aunt.  However, the inmate was returned to her home within a few
days and continued to reside with her until the present time.  When he was ap-
proximately fourteen, the court appointed the aunt as his legal guardian.  Prior
to starting school, this inmate had "polio" which effected the use of his left
leg ("he drug it around").  In 1968, he was involved in an automobile accident in
which he sustained a head injury.  There was no indication that he had residual
from that head injury.  During the latter part of the seventh and the eighth grade
the aunt apparently began experiencing difficulty in controlling his behavior.
He was referred to the Wichita Psychiatric Center for evaluation because of truancy
and antisocial behavior at school.  He also had physical complaints of headaches

000847

Ex_13-000191

PURKEY, Wesley I.                    -2-                    Report of Psychiatric Examination

and dizziness for which his family physician could find no organic basis.  An examination at that time was essentially normal as far as physical and neurological findings.  The psychological evaluation revealed that he was experiencing a personality disorder centering around "psychosexual identification problems." The recommendation that he be sent to the Boys Industrial School was not carried out due to lack of room at the school.  He subsequently began psychotherapy on an outpatient basis with Dr. F. D. Newton, Wichita, Kansas and later with Dr. Paul G. Murphy.  He was continuing psychotherapy at the time of his arrest for his current offense.

In the past few years, he has been arrested August 12, 1969 for burglary and attempted rape; March 2, 1970, for burglary and larceny; April 9, 1970, for burglary and attempted rape; and July 29, 1970, for kidnap and attempted rape.

B.  Offender's Version of the Present Offense

The inmate states that on the 8th of August, he and his older brother were riding around drinking.  "We had had several drinks, and my brother wanted to borrow my car.  I loaned it to him, four or five hours later he hadn't returned and I started looking for him.   We went to this house where we had been before and when nobody came to the door, I forced the screen door open, walked into the room and this girl was lying there, apparently asleep.  When I put my hand on her hip she awoke.  Her older sister walked into the room and I left. After a few days, they served me with a complaint that I had attempted to rape her."

## III.  Examinational Data

This inmate is a well developed, rather tall, Caucasian male who appears approximately his stated age of nineteen.  He has a somewhat "wild, bizarre" expression on his face but does, however, seem to be in control of himself.  He apparently is not actively hallucinating at this time and reports no delusional thinking, but one gets the feeling that, while talking to him, there may be some things going on that he is not telling about.  He is correctly oriented, uses language effectively, and accurately, his actions appear appropriate to the situation, he is mildly depressed but in spite of this, he portrays a feeling of being slightly hyperactive.  In speaking with him, one gets no feelings of his having developed any lasting relationships.  The relationship between him and his great aunt, which apparently has been the most significant, appears to be one in which he obtains what he needs from her, but gives little if anything in return.  As stated above, he appears distant in his relationships, has indicated very little in the way of a value system, seems to keep people at a distance, through "weird and unpredictable behavior" and appears to relate to people through their mutual need for immediate gratification.  His behavior is often very impulsive.

## IV.  Recapitulation of the Evaluation Process

This inmate would best be described by the American Psychiatric Association diagnosis of schizophrenia reaction schizo-effective type, depressed.  This diagnosis is superimposed upon a pre-existing antisocial personality characterized by selfishness, callousness, irresponsibility, impulsiveness, and the inability to feel guilt or learn from experience and punishment.

000848

Ex_13-000192

PURKEY, Wesley                              -3-                          Report of Psychiatric Examination

It is unfortunate that this inmate was not able, in the eighth grade, to
receive help that was recommended by the Wichita Psychiatric Center. The recom-
mendation at that point was that he needed institutional care and treatment and that
he should be sent to BIS. The need for structure at that point was recognized and
is still needed. There is no doubt that this inmate is seriously emotionally ill
and further, no doubt, that he needs treatment. It appears that psychotherapy on
an outpatient basis, is probably not adequate to help him maintain the control he
needs (he was in psychotherapy at the time of the current offense). Therefore, it
is recommended that he receive treatment on an inpatient basis where the ward
structure and milieu can help him maintain control, a portion of which would have
to do with helping him maintain control over his alcoholic intake.

The inmate has worked mainly on short-term, common labor jobs. It does not
appear appropriate at this time to involve him in any formal vocational or
educational training program. However, when he does become more emotionally
stable training in auto mechanics, truck driving, machine operator or fork-lift
truck operator training would appear to be realistic. Because of his excitability
and depression, accentuation on sublimation of underlying anger through working
out in the gym, pounding on things and competitive type sports would appear to be
in order.

The legal status of this man appears unclear to us. If he falls under the
120 days jurisdiction we suggest commitment by the proper procedures to Larned
State Hospital general population. If he remains in the correctional system, a
short stay in the Kansas Industrial Reformatory will provide a good therapeutic
milieu. Upon parole time, we suggest to consider our recommendations for commit-
ment to Larned State Hospital outside the Kansas Security Hospital (Dillon Unit).

Karl K. Targownik M.D.

Karl K. Targownik, M. D.
Clinical Director

CM:KKT:cls

000849

Ex_13-000193

IM-1503 Rev. 10-69
LSH-360-Rev.

RELEASE SUMMARY

LARNED STATE HOSPITAL
Larned, Kansas

IDENTIFYING INFORMATION:                    BUILDING Voc.Rehab.
                                                     Pinel

Name PURKEY, Wesley Ira    Age 20   Race White   Case Number 20,655

Marital Status Never Married         Occupation Welder

admitted to the Larned State Hospital for the 1st time from Sedgwick

County on    12-29-72            on a    Voluntary            basis
        (date of admission)              (type of admission)

DATE & TYPE OF RELEASE Temp. Visit 3-16-73; Extended 3-30-73
                       Discharged while on Temp. Visit: 4-13-73

The attending physician was D. H. Davis, M. D.            and the final

diagnoses were: PHYSICAL   Healthy Male        **CONFIDENTIAL**

This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal regulations (42 C.F.R., Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

**FURTHER DISCLOSURE PROHIBITED**

PSYCHIATRIC Passive Aggressive Personality with
            Depressive Features.

REASON FOR ADMISSION:

According to the patient's parole office, Mr. Robert Lindt, Wichita, the
patient was having problems while serving parole for burglary, first
degree.  After several incidents including a charge of joy riding, the
parole board gave Wes a choice to enter Larned State Hospital and obtain
vocational training or have his parole revoked.  He chose to enter the
hospital.

PERTINENT FINDINGS AT THE TIME OF ADMISSION:

1. Physical examination ht 6'1", wt 173, T 98.6 P 100, BP 130/70
scar forehead. Tattoo forearms.

2. Routine laboratory, X-ray and Special Examinations :VDRL: Non-Reactive
BLOOD MORPHOLOGY:  Hgb. 15.4, MCHC 35.5, WBC 7,100, Hematocrit 43%,
Count 100, Baso. 1, Eosins. 1, Stabs. 2, Segs. 56, Lymphs. 40  BLOOD SUGAR:
2 hr pc 77, BUN 7.0, URINALYSIS:  Color - yellow, Character - hazy,
Reaction 6.0, Specific Gravity 1.023.WBC 10-12-/hpf, Ep.Cells 1-2/hpf,
3. Psychiatric examination
Wesley was cooperative, well oriented as to time, place and person.  His
thought content was centered with his problems with the law.  He was some-
what depressed.  He evidenced poor judgment and has some difficulties in
accepting responsibilities.  No distortions of perception or hallucinatory
experiences could be elicited.  His memory seemed to be preserved for all
events and his intelligence seemed to be in the average range.  His thought
process was logical, coherent and in relation to his hospitalization and his

(continued on page two)                                    Cont'd.

**000250**

PATIENT'S NAME     Purkey, Wesley I.                    CASE NO. 20,655

ROUTINE LABORATORY:  Bacteria - occ., Yeast 1+. Normal Chest.

PSYCHIATRIC EXAMINATION:  Continued from Page 1

problems with the law.  His mood was appropriate to the situation.
He admitted having severalb problems with the law and admitted to being
jailed twice after he left KSIR because of drinking problems.

**000251**

Ex_13-000195

Purkey, Wesley I.    20,655

Wesley Perkey entered T.O.W.E.R. January 15, 1973 completing January 19, 1973 He completed 6 vocational evaluations in 4 days.  The Kuder Personal and the Kuder Vocational Preference tests, Bass Orientation Inventory, and the G.A.T.B. were not given due to his low reading level of 6.2. The clerical and electronics evaluations were above average.  The machine shop, and sewing machine evaluations were average.  The drawing and workshop assembly were below average.  He has a fair spectrum of vocational potential, providing his poor listening habits and motivation improve.
Wes participated in the Resocialization Class from 2-5-73 to 3-2-73.  The instructors report stated that he participated in class discussions tho at times it seemed quite superficial.  He did well in all didactic material, attended classes regularly, and his grooming was good.  Wes was placed on a work evaluation at the Laundry and it was reported that he was a good worke even though he did not particularly like the job.

Wesley Perkey is ambulatory, capable of taking care of his personal needs

and working.  He was placed on Temp. Visit 3-16-73; Extended 3-30-73 and Discharged while on Temp. Visit 4-13-73.  He left the Vocational Rehabilitation Unit for employment as a Welder with the Maywrith Company, Dodge City, Kansas.  He is residing at the Osage Apartments, 504 1st St. Dodge City, Kansas

RECOMMENDATIONS. (instructive . . . . . . . . . . . . . . . . . . . . . . measures besides medication; referrals and plans for follow-up.)

Financial assistance and follow up services will be provided by

Vocational Rehabilitation.  Vivien Hanna is the Vocational Rehabilitation Counselor.

MEDICATION                                    Sinequan - 25 mg. tid

DATE 5-4-73        UNIT

ATTENDING PHYSICIAN                    APPROVED 5-4-73
                                       Section Chief
Dict: DHD  4-27-73
Typed: dc  5-3-73

**000252**

Ex_13-000196

LSH-319(

## SUMMARY OF HOSPITALIZATION
## LARNED STATE HOSPITAL
Larned, Kansas

STAFF CONFERENCE NOTE

Page 1

IDENTIFICATION:

Patient _____ PURKEY, Wesley _____ Case Number 20,655 _____ Section & Adult Unit Building Pinel Bldg

Date of Staffing _____ 1-12-73 _____ Attending were Marcos Lara, M.D.; Robert Yo

Psychologist: Katherine Busse, Social Worker; Kathleen Garner, PA I; Dorothy Young,

Adj. Therapist.

ADDITIONAL INFORMATION NOT INCLUDED IN CASE SUMMARY:

The patient is attending his assignment regularly. He also is quiet and cooperative

on the ward but he does not socialize with the other patients and could be considered

a loner.

SIGNIFICANT OPINIONS OF PARTICIPATING STAFF MEMBERS:

The patient seems to be an immature dependent individual who has some difficulty in

accepting responsibilities. He has a long record of inappropriate and illegal behavi

This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal Regulations (42 C.F.R., Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

CONFIDENTIAL

FURTHER DISCLOSURE PROHIBITED

000253

SUMMARY OF HOSPITALIZATION
LARNED STATE HOSPITAL
Larned, Kansas

STAFF CONFERENCE NOTE, continued:

Page ___2___

Name ___PURKEY, Wesley___

Case No. ___20,655___

Section & Bldg. ___Adult Unit#1, Pinel Bld___

PROGNOSIS:

___Good.___

RECOMMENDATIONS:

1. He will be referred to Vocational Rehabilitation for TOWER testing to decide future placement.

ESTABLISHED DIAGNOSIS:

a. Physical ___Healthy male.___

b. Psychiatric ___Passive Aggressive Personality with Depressive Features.___
(Use official diagnostic nomenclature with code number)

Completed by:

Robert Yohman
Psychologist
(Title)

Katherine Busse
Social Worker

Kathleen Garner
P A I

Dorothy Young
Adj. Therapist

Ward Physician    Marcos Lara, M.D.    , M.D.

Date ___1-12-73___

ML:ccw    Dict: 1-12-73;typed:1-29-73

2 of 2

000254

Ex_13-000198

FURTHER DISCLOSURE

This information has been disclosed to you from r: ... is protected by Federal Law. ... per Limit you ... of it without the ... of the person to whom it pertains, otherwise permitted by such regulations. A ge: authorization for the release of medical or other information is NOT sufficient for this purpose.

SUMMARY OF HOSPITALIZATION
**LARNED STATE HOSPITAL**
Larned, Kansas

LSH-365

CASE SUMMARY

IDENTIFYING INFORMATION:

Name ___PURKEY, Wesley Ira___ Age __21__ Race __White__ Case No. __20,655__

Marital Status ___Never Married___ Occupation __Welder__ Religion __Catholic__

admitted to the Larned State Hospital,__Adult Unit #1__, __Pinel__, for the __first__ time
                           (section)           (building)

fr ___Sedgwick___ County on ___12-29-72___ on a ___Voluntary___ basis
                      (date of admission)         (type of admission)

Patient's status was changed to _____ on _____ .

REASON FOR ADMISSION:

    According to the patient's parole officer, Mr. Robert Lindt, Wichita, the patient was having problems while serving parole for burglary, first degree. After several incident including a charge of joy riding, the parole board gave Wes a choice to enter Larned Sta Hospital and eventually obtain vocational training or to have his parole revoked. The patient chose to enter Larned State Hospital.

    HISTORY OF ILLNESS: The patient had never been in any mental hospital until his present admission to Larned State Hospital. In the past few years he was arrested on 8-12-69 for burglary and attempted rape; 3-2-70 for burglary and larceny; 4-9-70 for burglary and attempted rape; and 7-29-70 for kidnap and attempted rape. We do not have the disposition of these charges available. WEsley's first felony as an adult was burglary, 1st degree for which he was sentenced 10-21 on 9-1-70 by the Sedgwick County District Court. On 10-12-70 he was admitted to KSIR and on 10-22-70 was transferred to Kansas State Reception and Diagnostic Center for evaluation. Prior to the completion of his evaluation he was returned to the court, by court order, on 11-2-70. Subsequently he

1 of 4

000255

LSH-365

**SUMMARY OF HOSPITALIZATION**
**LARNED STATE HOSPITAL**
Larned, Kansas

CASE SUMMARY, continued:

Page ____2____

Name ____PURKEY, Wesley Ira____

Case No. ____20,655____ Section ____Adult Unit # 1____

Building ____Pinel____

REASON FOR ADMISSION ~~&~~ HISTORY OF ILLNESS(continued):

was readmitted to KSIR on 3-11-71 and on 4-1-71 was transferred to Kansas State Receptic and Diagnostic Center. He was given the diagnosis of Schizophrenia Reaction, Schizo-Affective Type, Depressed, superimposed upon a pre-existing antisocial personality chara terized by selfishness, callousness, irresponsibility, impulsiveness, and the inability feel guilt or learn from experience and punishment. He was released on parole 7-18-72. His progress was very poor. On 10-4-72 he was placed in the halfway house in order to have a more structured environment until he became fully employed, which he never did. On 12-5-72 he went to his mother's house and took her car without permission. She filed a complaint against him for auto theft, which was reduced to joy riding. On 12-15-72 he pled guilty and received a sentence of 30 days and a $50.00 fine. These were suspended on the condition that he voluntarily submit himself to Larned State Hospital for evalua-

BACKGROUND INFORMATION: tion and treatment. Also, the patient's parole officer states that he is hoping Wesley will receive Vocational Rehabilitation training while at Larned State Hospital and will be encouraged to seek employment in some area other than Wichita after discharge.

BACKGROUND INFORMATION

The family background prior to and during the patient's childhood has been extremely chaotic. The patient's father and mother were married and divorced one month later in 1943. In 1944 the patient's mother married another man. The patient's half-brother, Gary Purkey, was born to this union on 5-20-48. In 1951 the patient's mother divorced her husband and remarried her first husband. Wesley was the only child born to them,

**000256**

Ex_13-000200

C A S E   S U M M A R Y

Re: PURKEY, Wesley Ira
Page: IIa.

BACKGROUND INFORMATION(continued):

but his father adopted Gary. Wesley was born, healthy, on 1-6-52. His development
was within normal limits. He began stuttering at a very early age and received speech
therapy at the Institute of Logopedics in Wichita, Kansas, during his early school
years. Also, prior to his school years, according to his aunt, he experienced what
she described as polio, which affected the use of one leg. He got along well within
the family setting during his early childhood. In 1962, when Wesley was 10 years old,
his mother again divorced his father. The mother was employed and became neglectful
of the children. According to the aunt, the mother became openly promiscuous and often
brought her male friends into the home for sexual situations. The patient's father and
mother both were always very heavy drinkers and the mother continued to have drinking
problems. Therefore, Mrs. Burke, a great aunt who had lived with the family for several
years, asked Wesley's mother to leave the home, which she did. When Wesley was ap-
proximately 14, the court appointed his aunt as his legal guardian, as the whereabouts
of the father were unknown. Wesley attended school thru the 8th grade, making average
and below average grades.

During the 8th grade he was referred to the Wichita Psychiatric Center for evaluation
because of his truancy and antisocial behavior at school, and primarily because of his
physical complaints of headaches and dizziness for which his family physician could
find no organic basis. He was subsequently admitted to St. Francis Hospital where a
complete diagnostic checkup revealed that he was experiencing a serious personality
disorder, centering around a psychosexual problem of identification. The recommendation
was made that he be sent to BIS, but this was not carried thru. Therefore, Wesley
began psychotherapy on an outpatient basis with Dr. F.C. Newsom in Wichita, Kansas.
He was then referred to Dr. Paul G. Murphy, Ph.D.(Psychologist) where he remained in
psychotherapy until his offense in 1970. Wesley also reports being in Lake Afton Boys
Ranch for joy riding, car theft, etc". We have requested information from them but it
has not yet been received. After he quit school prior to completing the 9th grade, he

000257

S U M M A R Y
Re: PURKEY, Wesley
Page: 2b.

BAC KGR OUND INFORMATION(continued):

entered Wichita Auto Mechanics School, which he attended for a short period of time. He took the GED while at KSIR but missed passing by 2 points. Wesley's work experience has consisted of unskilled, short-term, and odd jobs for very short periods of time. He was employed at Wesley Hospital in Wichita, Kansas as a housekeeping technician from 1-6-70 to 1-13-70. He voluntarily terminated this job, as he does most jobs, by simply not reporting for work. They indicated that they might consider him for re-employment in the future if work were available. Wesley has never been married. He would like to enter the military but his parole officer says not until his parole ends in 7-1974. His health history includes a head injury which he sustained from an auto accident in 1968, subsequent to which he was treated at St. Francis and St. Joseph Hospital in Wichita. He denies excessive use of alcohol but says that when he does drink it can become a problem. He admits to trying speed, marijuana, and hash at parties. His half-brother, Gary is presently in the county jail for robbery. He has served 1 year at KSIR for forgery, 2nd degree and attempted burglary and 1 year at KSP for burglary.

Wesley's future plans include aide training at Vocational Rehabilitation and eventually job placement in some area other than Wichita. His parole officer asks that he not be returned to Wichita, indicating that Wesley gets along better away from his mother. The parole officer related the following incident to this social worker, as an example. On Christmas Eve, 1972, patient's mother brought a bottle of whiskey to his residence. She talked him into drinking with her until he passed out. Then she went to the hospita and accused him of raping her. The police talked with Wesley, but did not pursue the charge, as the mother denied it when sober. Therefore, the parole officer, too, wishes that Wes could work in Dodge City or elsewhere after his discharge from Larned State Hospital.

KB:ccw
Dict,typed:1-10-73

Katherine Busse
Social Worker

000258

SUMMARY OF HOSPITALIZATION
LARNED STATE HOSPITAL
Larned, Kansas

LSH-365

CASE SUMMARY, continued:

Page____3____

Name_____PURKEY, Wesley_____

Case No.___20,655_____SectionAdult Unit #

Building_____Pinel_____

SUMMARY OF MEDICAL HISTORY:

_____He has had the usual childhood diseases without complication.  According to the pati

_____he had meningitis when he was about 4 years old.  He has a history of being unconsci

_____twice for short periods of time.  Tonsillectomy.  Had a high fever when he was a chi

'AMINATIONAL DATA:

a.  Physical & Neurological Examinations:__No pathological significant findings._____

b.  Laboratory, X-ray & Special Examinations:__2hr pc blood sugar 77, BUN 7.0, Hgb. 15.4, MCHC

_____33.5, Hct. 43%.  Urinalysis showed yellow color, hazy character, reaction 6.0, Album

_____Sugar and Acetone negative, WBC 10-12/hpf, bacteria occasional, occult blood negativ

_____Serology was non reactive.  Chest xray was reported as normal chest.

c.  Psychiatric Examination:__Mr. Purkey is a 20 year old white male, single, Catholic, wel

_____with a ninth grade education who was admitted to this hospital on a voluntary basis I

_____cause he was drinking and acting in a bizarre way in the community.  Upon his admiss

_____he was cooperative, well oriented as to time, place and person. His thought content

_____centered in his problems with the law.  He was somewhat depressed.  He seemed to be

_____dependent individual who evidenced a poor judgment and now has some difficulties in

_____cepting responsibilities.  He admitted to being in KSIR for two years for burglary;

3 of 4

**000259**

Ex_13-000203

C A S E   S U M M A R Y

Re: PURKEY, Wesley

Page: 4a.

PSYCHIATRIC EXAMINATION(continued):

ing responsibilities; however, he is quiet and cooperative on the ward.  He is

attending his assignment regularly but he does not socialize very much with the

other patients.

000260

Ex_13-000204

## SUMMARY OF HOSPITALIZATION
### LARNED STATE HOSPITAL
Larned, Kansas

CASE SUMMARY, continued:

Page __2__  4

Name _____ PURKEY, Wesley _____

Case No. __20,655__ Section __Adult Unit /__

Building _____ Pinel _____

c. Psychiatric Examination, continued also admitted to having been in jail two times after h

left KSIR on 7-18-72 for drinking problems. He was placed on the following medicati

upon admission: Sinequan 25mg TID, Thorazine 100mg q6h prn for agitation, Thorazine

IM prn once a day AM or PM if patient refuses his regular medication. Prior to the

he was interviewed and he appeared clean in person and dress, long-haired, cooperati

well oriented as to time, place and person; no distortions of perception or hallucin

experiences could be elicited. His memory seemed to be preserved for all the events

his intelligence seemed to be average. His thought process was logical, coherent, w

relation to his hospitalization and his problems with the law. His mood was appropr

to the situation. He admitted having been having several problems with the law and

he admitted to being jailed twice after he left KSIR because of drinking problems.

Purkey seems to be a very dependent individual, immature, with some difficulty in ac

(see attached sheet)

DIAGNOSTIC IMPRESSION:

a. Physical _____ Healthy male. _____

b. Psychiatric ___ Passive Aggressive Personality with Depressive features. ___

RECOMMENDATIONS:

To be made at Staff Conference.

Pages 1 & 2
Completed by: _____
Katherine Busse
Social Worker

_____, M.D.
Ward Physician   Marcos Lara, M.D.

(Title)

Date _____

Date _____ 1-12-73
ML:ccw      Dict: 1-12-73;typed:1-29-73

4 of 4

000261

Ex_13-000205

## ST. JOSEPH HOSPITAL AND REHABILITATION CENTER

3400 G . AVE.    WICHITA, KANSAS 67218    A 89-9071-1

| PATIENT NAME | | | | | PHYSICIAN L A | PHY CD | PHYSICIAN | | PHY CD | ROOM NO. | ACC CD | NURS. STAT. | ADMISSION DATE | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purkey Wesley I | | | | | O'Donnell | 170 | | | | 276C | W | 8 | 8-31-72 | 4:14; |

| BIRTH DATE | AGE | RACE | SEX | MARITAL STATUS | DEP. | REL CD | RELIGION-PARISH-CHURCH-SYN. | | BAPTIZED YES NO | COUNTY | CO. CD. | FIN. CD | DISMISSAL DATE | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | 20 | W | M | S | 0 | C | St Joseph's | 1440 | x | | SG | 087 | SEP 3 | 1972 |

| PATIENT ADDRESS (IF DIFFERENT THAN RESP. PARTY.) | PREV. ADMISSION & NAME THEN | FATHER'S NAME | MOTHER'S MAIDEN NAME | PATIENT'S SOC. SEC. NO. |
|---|---|---|---|---|
| | yes | Jack Purkey | Johnson | |

| RESPONSIBLE PARTY | RELATION | ADDRESS | | | RESP. PARTY SOC. SEC. NO. | PHONE |
|---|---|---|---|---|---|---|
| Wesley I Purkey | self | ▮ Wichita Ks 67203 | | | | 267-6724 |

| EMPLOYER OF RESPONSIBLE PARTY | ADDRESS | LENGTH OF SERVICE | HOURLY | SALARY | PEN NO. OR POSITION | PHONE |
|---|---|---|---|---|---|---|
| unemployed | | | | | | |

| SPOUSE OF RESPONSIBLE PARTY | EMPLOYER | | OWN | RENT |
|---|---|---|---|---|
| Single | lives with aunt | | | |

| NEXT OF KIN | RELATION | DAY PHONE | NIGHT PHONE | OTHER FAMILY MEMBERS ADMITTED | VETERAN YES NO |
|---|---|---|---|---|---|
| emp at Masonic Home work | | 267-0271 | | | |
| Carrie Burke | aunt | 267-6724 | 267-6724 | family | x |

| NOTIFY IN CASE OF EMERGENCY | | DAY PHONE | NIGHT PHONE | OTHER PERSON TO CALL IN EMERG. | REL | PHONE |
|---|---|---|---|---|---|---|
| Carrie Burke | aunt | same | same | Velma Purkey | mother | 264-1777 |

| TYPE OF SERVICE | INTERN | INTERN CODE | INSURANCE COMPANY | ADDRESS | POLICY NUMBER |
|---|---|---|---|---|---|
| S | | | no insurance  car accident | | |

| ADMITTING DIAGNOSIS | ADM. CODE | PERSONAL REFERENCE | ADDRESS | PHONE | PREPARED BY |
|---|---|---|---|---|---|
| head injury & lacerations | | Father Ostrander | 145 N Millwood | listed | 1e |

PHYSICIAN'S DATA

PROVISIONAL DIAGNOSIS (TO BE COMPLETED WITHIN 24 HOURS AFTER ADMISSION)

Multiple lacerations, face and forehead, as noted above.
Acute cerebral concussion.

FINAL DIAGNOSIS:

Same; plus emotional instability and behavior problem, partly
genetic and partly environmental.

CODE NO.

873.7
850.0
E812
311.5

SECONDARY DIAGNOSIS OR COMPLICATIONS:

OPERATIONS: (IF ANY)

CONSULTANT                                           SURGEON

DISPOSITION OF PATIENT

| ALIVE | DEATH | AUTOPSY |
|---|---|---|
| | | |

| ST. JOSEPH HOSPITAL AND REHABILITATION CENTER THIS RECORD | THIS IS TO CERTIFY THAT I HAVE CAREFULLY REVIEWED THIS PATIENT'S ATTACHED RECORDS AND TO THE BEST OF MY KNOWLEDGE FIND THEM TO BE ACCURATE AND COMPLETE. |
|---|---|
| REVIEWED          APPROVED | |
| MEDICAL RECORDS COMMITTEE | ATTENDING PHYSICIAN |

G-293

000833

SUMMARY SHEET

Ex_13-000206

PURKEY, WESLEY I.                276 C          343071          DR. LA. ODONNELL, SR.

HISTORY AND PHYSICAL

This patient was in this hospital several years ago following an autoaccident also. He was transferred from St. Francis Hospital Emergency Room to Intensive Care at this hospital, and documentation as to findings at that time are on the records. Kindly consult. The patient has had no prior surgery. Initial consult last evening with the personnel of the Emergency Room following admission was to the degree that the vital signs were relatively stable, and the patient sustained a long laceration, curved, of the left forehead, and several smaller lacerations of the right mandible area, and a small transverse laceration of the right elbow. History was that this patient was working on a car with the hood up at midnight, attempting to repair the same, and the vehicle was hit in the rear by another vehicle, causing the patient's injuries as noted above. Additional information later from the officer who investigated disclosed the fact that the patient was unconscious several minutes following injury and for this reason primarily this patient was admitted. The patient has been under my professional care for a number of years, most recently several weeks ago for treatment of acute GC and was treated for a traumatic chondritis in 1964, lower anterior rib cage area; however the patient is not seen very often. This is an 18-year-old, Caucasian male. One-half cc. of adult tetanous toxoid was given in the Emergency Room prior to admission.

PHYSICAL EXAMINATION: An 18-year-old Caucasian male.
GENERAL CONDITION: Satisfactory at this time. Blood pressure on the morning of this examination is 120/80 in the supine. Pulse is approximately 84, and the rhythm is regular. Respiratory rate is 18, and the rhythm is regular. We note a small one-half inch transverse laceration, superficial, over the olecranon process, right elbow. No sutures. Band-aid in place. We note a long, curved U-shaped laceration of the left forehead area, about 3 inches long with the edges approximated by multiple sutures. We note 2 small longitudinal transverse lacerations along the right lower mandible area which are approximated by suture. Rib cage is not tender to manipulation and the rest of the physical is as indicated. The patient responds to questions very well.
EYES: Pupils are equal and regular and react well to light and accomodation.
WEIGHT: Approximately 160 pounds.
EYES: The fundus is clear. There is no papilledema. Sclera is clear. External ocular movements are normal.
EARS: External ear canals are clear. Myringes are normal.
NARES: Patent. Septum is straight. Turbinates are normal. No abnormal exudates.
MOUTH: Teeth are in good repair. Oral cavity and pharynx are normal.
LUNGS: Lung fields are clear to auscultation and percussion note is resonant throughout.
HEART: Rate is as indicated above. Rhythm is normal. Apex beat is in the 5th intercostal on the left well within the nipple line. There are no murmurs.
ABDOMEN: Soft. No scars, tenderness, or abnormal masses. No enlargement of the normal viscera. The inguinal and femoral rings are intact.
GENITALIA: Normal for age.
EXTREMITIES: Lower extremities free of edema. No traumatic bruising or lacerations. Deep reflexes are active and equal bilateral, upper and lower.

ADMISSION ENTRANCE DIAGNOSIS: Multiple lacerations, face and forehead, as noted above.
Acute cerebral concussion.

000834

L. A. ODONNELL, SR., M.D./lr 8-31

Ex_13-000207

## PROGRESS NOTES

9/1/72 — Consult initiated. 20 y.o. w♂ just returned from two years at Hutch for 1st° burglary after eval at diagnostic center. Previously in Afton for joyriding but apparently not seriously delinquent. Has not gotten along ā family for a long time & while in Hutch aunt "helped him out" ā $ & visits so he said he'd come live here ā her & help her out. Now "sees it as a crutch" and wants out from under. I see little apparent discomfort in this young man. Will be followed by Dr Wellshear & consult completed —

---

PURKEY, WESLEY I.        276            343071            DR. L. A. ODONNELL, SR.

8-31-72    This patient was admitted last night via Emergency Room following an auto accident. Sustained multiple lacerations to the forehead and chin area, right elbow. Vital signs are stable at this time. Iv is discontinued; about out. Craniotomy checks are discontinued. SMA 12, thyroid profile, PT time, stool for guiaic, PPR q.i.d. p hs EKG. Entrance orders OK'd except the craniotomy check and the IVs. No report on X-ray studies as of this time. Will go by and review. Will hopefully make up the history and physical on this date.

L. A. ODONNELL, SR., M.D./fr 8-31

---

PURKEY WESLEY I
M 20 L A O'Donnell

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER
WICHITA, KANSAS

PROGRESS NOTES
FORM G-5

Room No.        Bed

000835

Ex_13-000208

PROGRESS NOTES

9/1/72    PURKEY, WESLEY    276                          343071

Generalized condition O.K., blood chemistry available and within good range.

No report on chest X-ray, however auscultation of the chest is normal.  Heart

action is normal.  Blood presaure is 110/80.  Fundi, bilateral are normal.

Pupils equal and react to light well.  Skin laceration is healing, open.  Ice

pack discontinued to right elbow and Bandaid applied to superficial laceration

area.  Will stop by and review the chest film.  No report on skull X-rays--will

review.  Psychogenic consult requested.  This patient has had a severe emotional

unstable background, both genetic and environmental and I think he is heading

for trouble.  Perhaps we can help him.  Skin test, Tine, applied yesterday

but not enough to read.  Chair rest and bathroom privileges ordered.  Temperature

and pulse are stable.  Abdomen is soft.  Extremities are normal.  Reflexes are

normal.  Conversation with his mother indicates behavior problem at home and

this is part of the reason for the psycogenic consult which is requested.

DR. L. A. O'DONNELL, SR./mr    Dict. 9/1/72

PURKEY, WESLEY I.    276    #343071              DR. O'DONNELL, SR

9/2/72    Psychiatric consult notes yesterday noted the final suggestions.  The skin
wounds are healing nicely.  The eye grounds are stable.  Pupils are equal and
regular and react well.  Bital signs are stable.  General condition as far as
somatic problems are concerned they are within normal range.  Consult with mother
regarding behavior problems in the past which seems to be the prime problem here.
And for which reason that psychiatric consul was called.
DR. O'DONNELL, SR/ef
DICT: 9/8/72

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER
PURKEY WESLEY I          WICHITA, KANSAS
M 20 L A O'Donnell
ROGRESS NOTES                   Room No. 276   Bed   C
RM G—5

000836

Ex_13-000209

## PROGRESS NOTES

## PROGRESS NOTES

| 9/3/72 | PURKEY, WESLEY    276    343071 |

This patient took French leave of the hospital yesterday afternoon and has not been seen since. Psychiatric consult yesterday left psychological evaluation sheets to be filled out. This was partially done and the patient was to be seen on an out patient basis. I think the general physical condition is all right on this patient, however sutures are still in place and must be removed. I will try and contact his relatives Tuesday and see if we cannot get him in to do this; otherwise I am turning this patient over to psychiatrist for whatever help we can get. This patient with immediate injury noted has an emotional instability and behavior problem, partly genetic and partly environmental. I think he needs psychiatric treatment much and has needed it for some time. Will try and take care of the somatic problems.

DR. L. A. O'DONNELL, SR./mr   Dict. 9/3/72

3430    8

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER
WICHITA, KANSAS

PROGRESS NOTES
RM G—5

Room No. _____   000837

Ex_13-000210

## CONSULTATION RECORD

Date_____

Hosp. No._____

Name_____  Room or Ward No._____  Bed_____  Doctor_____

Consulting Service or Physician_____

Report requested regarding_____

_Signature of attending Physician_

#### REPORT

Findings_ _pt wants to cont eval as out pt OK c no. He will finish U tests & leave them c nurse who will send them to I-C. pt to call my office next wk for appnt._

Diagnosis_____

Recommendations_____

Form G-8

PURKEY WESLEY I
M 20 L A O'Donnell          343(        8          Signature of Consultant
                                   000838              CONSULTATION RECORD

PHYSICIAN'S ORDERS
FORM G-10 REV. 11/70

## ST. JOSEPH HOSPITAL & REHABILITATION CENTER
### WICHITA, KANSAS 67218

| DATE | TIME | ORDERS | NOTE: Specify route of Administration on Medication Orders |
|------|------|--------|------|
| 5-31-72 | 0370 | 1) Admit | |
| | | 2) Diet as tol | |
| | | 3) Routine VS q 15 min x4 & then q 1 h x 4 then q 4 h | |
| | | 4) Craniotomy check q 1 h | |
| | | 5) Bedrest | |
| | | 6) Routine lab | |
| | | 7) Cold pack ® elbow | |
| | | 8) IV fluids 1000cc L.R. to run 100cc/h | |
| | | 9) Aspirin gr X q 3-4 h PRN Headache | |
| | | 10) Dr. L.A. O'Donnell Sr. to see the AM | |
| | 7⁰ | A. Peters RN | M. Creswell |
| 5-31-72 | 8³⁰ am | DC - IV | |
| | | DC Craniotomy Check | |
| | | SMA 18 | |
| | | Thyroid profile | |
| | | T.B. tine | |
| | | Stool for guiac | |
| | | TPR qic - | |
| | | P.A. Chest | |
| | | E.K.G. | |
| | 9⁴⁰ | A. Peters R.N. | ✓ ___ |

| DRUG ALLERGIES | | | UNIT | ROOM |
|---|---|---|---|---|
| No Known | PURITY WESLEY J 20 L A O'Donnell 134 N Charles | 3430 | Surg F | 276-C |
| | | | Puskey, Wesley | |
| | PATIENT NAME – PLATE IMPRESSION **000839** | | PATIENT NAME – HAND WRITTEN | |

PHYSICIANS ORDERS     Yellow Copy – Duplicate – PHARMACY COPY

Ex_13-000212

PHYSICIAN'S ORDERS
FORM G-10 REV. 11/70

## ST. JOSEPH HOSPITAL & REHABILITATION CENTER
WICHITA, KANSAS 67218

| DATE | TIME | ORDERS | NOTE: Specify route of Administration on Medication Orders |
|------|------|--------|------|

9-1-72  DC Ice Pack.

BRP - c̄ chair rest

Bandaid to "R" elbow

Have Dr (Don) George see Pt.

NO Dr O'Donnell / Benign (A....)

A. Peters R.N.

ST. JOSEPH HOSPITAL & REHABILITATION CENTER    **NURSING UNIT**

CONSULTATION NOTIFICATION

INSTRUCTIONS

1. Original - Place on Patient's Chart.
2. Send remaining copies to Admitting Office. Tube Setting C6.
3. Fill out completely.

| NURSING UNIT & NO. | DATE | PATIENT'S NAME, CASE NO., SEX, AGE, PHYSICIAN, & PATIENT'S ADDRESS |
|------|------|------|
| SURG F | 9/1/72 | PURKEY WESLEY I |
| ROOM & BED NO. | 276- C | M 20 L A O'Donnell  134 N Charles |

| PREPARED BY: | CONSULTANT | CODE NUMBER (ENTERED BY ADMITTING) |
|------|------|------|
| A. Peters R.N. | D George | |
| | CONSULTANT DOCUMENT AVAILABLE  CIRCLE ONE (YES) NO | |

REMARKS

Requested by Dr. L.A. O'Donnell Sr.

G-350

9/2/72 ✓ please send psych. tests to 1-C when pt has completed them.
Castillo RN

| DRUG ALLERGIES | | UNIT | ROOM |
|------|------|------|------|
| No Known | PURKEY WESLEY I    3430 | Surg F    J DE18 | 276-C |

PATIENT NAME – PLATE IMPRESSION  **000840**    PHYSICIAN'S ORDERS    PATIENT NAME – HAND WRITTEN

Ink Copy – Original – Retain on Chart    Yellow Copy – Duplicate – PHARMACY COPY

PHYSICIAN'S ORDERS
FORM G-10 REV. 11/70

## ST. JOSEPH HOSPITAL & REHABILITATION CENTER
### WICHITA, KANSAS 67218

| DATE | TIME | ORDERS | NOTE: Specify route of Administration on Medication Orders |
|---|---|---|---|
| 7/3/72 | 8³⁰ Am. | Dismissed. Dr. Willshear to be in charge of pt. To return to office for Suture removal. Dr. L A O'Donnell Sr. M Costello RN | |
| 7/3/72 | 9⁰⁰ | Dismiss — Send Psycho Tests to office. PO Dr. Willshear  M Costello RN | |

| DRUG ALLERGIES | | | UNIT | ROOM |
|---|---|---|---|---|
| PURKEY WESLEY I<br>M 20 L A O'Donnell | 343( | | 3 | |
| PATIENT NAME – PLATE IMPRESS | | | PATIENT NAME – HAND WRITTEN | |

000841

Pink Copy – Original – Retain on Chart        PHYSICIAN'S ORDERS        Yellow Copy – Duplicate – PHARMACY COPY

Ex_13-000214

| NAME Purkey, Wesley I    ROOM 276-343071 | |
| ADD. ████ ████ | ST. JOSEPH HOSPITAL |
| DATE 8-31-72    X-RAY NO. 264710 | AND REHABILITATION |
| PHYSICIAN L O'Donnell    AGE 20 SEX m ev | CENTER |
| RADIOLOGISTS:  E.J. FITZGERALD, P.M. MURPHY, H.D. CLIFTON, MD'S. | 3400 GRAND AVE. |

EXAM.

PA CHEST

WICHITA, KANSAS 67218

CONCLUSION:

DEPARTMENT
OF
RADIOLOGY

   NEGATIVE CHEST
   NO CHANGE SINCE  3-8-68

RADIOLOGISTS
–0–
E. J. FITZGERALD, M.D.
PAUL M. MURPHY, M.D.
H. D. CLIFTON, M.D.

REPORT:

Examination of the chest in the PA projection fails to reveal evidence
of active parenchymal pathology or pleural effusion. The cardiac
silhouette is normal.

Signed_____

FITZGERALD, MURPHY & CLIFTON, RADIOLOGISTS

Form G-19 R

pmmcr

000842

Ex_13-000215

276

| NAME | PURKEY, WESLEY I | ROOM ORE –430444 |
|---|---|---|
| ADD. | | 0-191553 – |
| DATE | 8-31-72 | X-RAY NO. N-264710 |
| PHYSICIAN | O Donnell | AGE 20 SEX m     bf |
| RADIOLOGISTS: | E.J. FITZGERALD, P.M. MURPHY, H.D. CLIFTON, MD'S. | |

**ST. JOSEPH HOSPITAL AND REHABILITATION CENTER**

3400 GRAND AVE.
WICHITA, KANSAS 67218

EXAM.
AP LAT RT ELBOW TOWNES, PA RT LT LAT SKULLS

CONCLUSION:

NEGATIVE RIGHT ELBOW
NEGATIVE SKULL

**DEPARTMENT OF RADIOLOGY**

RADIOLOGISTS
– 0 –
E. J. FITZGERALD, M.D.
PAUL M. MURPHY, M.D.
H. D. CLIFTON, M.D.

REPORT:

Examination of the right elbow in the AP and lateral projection fails to reveal evidence of fracture, dislocation or other significant bony abnormality.

Examination of the skull in the PA occipital and each lateral projection fails to reveal evidence of fracture or other abnormality of the cranial wall or intracranial structures. There is no evidence of increased intracranial pressure. The sella is normal.

Signed _____
FITZGERALD, MURPHY & CLIFTON, RADIOLOGISTS

Form G-19 R

HDC CR

**000843**

Ex_13-000216