**ST. JOSEPH HOSPITAL REHABILITATION CENTER**
**WICHITA, KANSAS**

134 N. Charles · City 67203 us

| PHONE | DATE | | TYPE | PHYSICIAN | |
|-------|------|--|------|-----------|--|
| 267-7624 | 8-31-72 | 0300 | Emer. | Dr. O'Donnell M.D. | |

| DATE OF BIRTH | SEX | RACE | STATUS | DOCTOR: |
|---------------|-----|------|--------|---------|
| ▓▓▓▓ | M | W | M SX D C | 1. E.R. ☐  2. ATTENDING ☐  3. HOUSE ☐ |

X-RAY 2642710

NOTIFICATION
POL. ☐   SCHRF. ☐

| RESPONSIBLE PARTY | (RELATIONSHIP) | PLACE OF EMPLOYMENT | ADDRESS OF EMPLOYER |
|-------------------|----------------|---------------------|---------------------|
| Pt.    unemployed | | | |
| Carrie Burke | Aunt | above address & phone | |

**HISTORY** BY _____ TIME 0300 ...

☑ ALLERGIES: NKA.    TT > 1 yr

| | $ |
|--|--|
| AMBL. | |
| E.R. | $ 7.00 |
| O.P.C. | $ |
| DRUGS | $ 1.00 |
| X-RAY | $ 38 |
| LAB. | $ 15.50 |
| SOLN. | $ 2.50 |
| O.R. | $ |
| E.K.G. | $ |
| M&S | $ 23.50 |
| PROF. FEE | $ 6.00 |
| I.V. start | 4.00 |

**FINDINGS:** T: _____ O☐ R☐ P: _____ R: _____ BP: 150/100 TIME 0300

DR. CALLED O'Donnell Jr.    SV 0340    TIME 0305

**DIAGNOSTIC IMPRESSION** ...

**EXAMINED BY** _____ M. D. TIME 0305

**TREATMENT:**
☐ TETANUS TOXOID 0.5 cc I.M. ...

**Condition:**  Good _____  Serious _____
Time 0350  Fair X  Critical _____

| ORDERS CALLED DR. _____ | TIME _____ |
|---|---|
| R X-RAY REQUESTED | TIME |
| A | Skull Series 2750 |
| D | R Elbow 1100 |
| I | |
| O | |
| L | |
| O | |
| G | |
| Y | |

IMPRESSION:

| L A B | 1 BASO |
|-------|--------|
| | CBC: Hct 47.0  Hgb 16.8  WBC 7400 Diff |
| | segs 45  stabs 3  lymphs 42  monos 6  eos 3 |
| | UA: Sp.G. _____ pH _____ Prot. _____ Sug. _____ ket. _____ |
| | WBC: _____ RBC: _____ epith _____ casts _____ |
| | Sugar _____ OTHER: _____ |
| | ☐ TYPE & X-MATCH _____ UNITS; REQUESTED BY _____ |
| | TIME REQUESTED _____ REPORTED _____ |

| INSTRUCTIONS TO: | PATIENT | DATE | NURSE |
|------------------|---------|------|-------|
| | Purkey, Wesley I | 8-31-72 | |
| DOCTOR  Dr. O'Donnell Jr. | ADDRESS | | TELEPHONE |
| SEE CALL  DOCTOR | | | |

**DISPOSITION:** ☑ ADMIT _____ 276 c
☐ DISCHARGED HOME    **000844**

TIME    ACKNOWLEDGED

**AUTHORIZATIONS ON REVERSE SIDE MUST BE SIGNED BY PATIENT OR AUTHORIZED PERSON.**

43044A

Ex_13-000217

NURSES NOTES                                                           FORM G-6

| DATE | |
|---|---|

Thursday Aug. 31, 1972

8-31-72 450 Admitted 20 yr old male percent from ER̄c injury to ride side forehead. Pt appears to be well orientated to time & place & speaks coherently T 98.6 P 84 R 14 BP 110/50. No known allergies. Was x-rayed here in room 970. Takes nerve pills. Valuables - Billfold & L4 & 1 Credit card. V/s taken as ordered & recorded on special graphic. Craniotomy of normal expect. Rt pupil appears slightly more dilated than Lft. ASA gr I given for headache. IV infusing well. No apparent nausea. Relatives @ bedside appear very apprehensive.

8-31-72 Dr. O'Donnell here, orders noted - dressing removed from head
8³⁰ IV d'c - all S.C. taken -
Family here - no special
12⁰⁰ T.B. Tine test given L fore arm and circled c̄ pen. Beulah RN
2-3 Resting - offers no complaints - Beulah RN  A. Peters
8/31/72 3⁴⁵ Fluet  4³⁵ Reg diet served taken well.
5⁷ Watching TV - visitors. Upon bedside commode - mod amt soft brown stool - spec → lab for guiac.
9⁰⁰ Ready for sleep.  10⁵⁰ Fluet  Johnston LPN

Friday, Sept. 1, 1972

9-1  12⁰⁰ Appears to be sleeping  4³⁰ Slept all night. Dsg dry
9/1/72 Dr. O'Donnell Sr. in @ 8¹⁵am - Ice pack discontinued on R elbow - Band Aide applied as ordered. Consult request for Dr. George sent to Admitting - Message for Dr. George called to One C  A. Peters RN
Dr. George in @ 11³ᵃam - Progress note written - No orders  A. Peters RN

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER
WICHITA, KANSAS

PURKEY WESLEY I  Room No. 376  Bed C
M 20 L A O'Donnell

000845

Ex_13-000218

Case 2:19-cv-00414-JPH-DLP   Document 23-18   Filed 09/12/19   Page 14 of 55 PageID #: 4286

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER
WICHITA, KANSAS

SURG. E.  Room No. _____ Bed _____
8

PURKEY WESLEY I                34
M 20 L A O'Donnell

| DATE | |
|---|---|
| 9-1-72 | 2⁰⁰ Resting - apparently comfortable. Blubing con Reading & time Test appears very very _(a. Peters R.n)_ |
| | 3⁰⁰ Pt Resting - diet taken well - 5-8:30 Watch T.V. & resting - 9 P.M Care given - 10:30 apped to be asleep - _G. Adams R.n._ |
| | _Sat., Sept. 2, 1972_ |
| 9-2 | 13⁰⁰ Sleeping. - 5:45 Suture lines Remains dry. Wound & neg. Has Slept well 5 c̄o _M. Costella R.n_ |
| 9/2 | Dr. LA O'Donnell gvo in "no orders" - Dr. Welshear visits - Psych test being done by patient - |
| | up to B. Rm prm. Relative on phone with desk quite often - Pt seems co-operative, working on psych test |
| | 3⁰⁰ Visiting - Beuling vpn. |
| | 3:15, Pt not in room. Re checked room at 3:40, and Pt still not in room. Security at hospital notified. Police department notified. Dr O'Donnell SW notified. |
| | 5:15, Pt still out of room. Security officer at hospital checking building and is unable to find pt at this time - |
| | 10:30, Pt still has not returned to building _J Anderson R.n._ |
| | 9-3-72 |
| | 12⁰⁰ Remains AWOL - Noct Supervisor Advised. |
| | 6⁰⁰ Has not returned to Rm. no further information known of Pt. _M. Costella R.n_ |
| | 7:30 Remains OOB - Dr LA O'Donnell SW here 8 AM dismissal order - Dr. Welshear called - Dismissal order obtained @ 9 AM - Aunt - Carrie Burke called notified that patient's personal articles will be in Security Office _Mary H Castella_ |

FORM G-6

NURSING NOTES

000846

Ex_13-000219

Case 1:19-cv-03570-TSC   Document 23-2   Filed 09/12/19   Page 22 of 26 PageID #: 3402

Urgent Band Made

ST. FRANCIS HOSPITAL, WICHITA, KANSAS

| | | | | | |
|---|---|---|---|---|---|
| CASE NO. | 398646 | ROOM 775/$52.00 RES. | XX | INT. Moyer | |
| PATIENT | Purkey, Mrs. Velma L. | DATE OF BIRTH ▮▮▮▮▮ | S.S.NO. Not Avail. | | |
| ADDRESS | 427 Hiram | PLACE OF BIRTH Kansas | | | |
| CITY & STATE | Wichita, Kansas 67213 | TELEPHONE 264 2902 | SERVICE Medical | | |
| REASON FOR ADMISSION | Hypertension and Unexplained weakness | | | | |
| CHILD—S. M. W. D. | Divorced | SEX Female | RACE White | AGE 47 | |
| RELIGION | Catholic | PARISH-CHURCH-SYN. | St. Joseph | | |
| DATE OF ADM. | 2-3-73 | TIME 5:25P.M. | REGISTRAR Tompkins/pt | | |
| DISMISSED | | TIME | CASHIER | | |
| FORMER ADM. DATE | 12-26-72 | NAME | Same MAIDEN NAME Johnson | | |
| PHYSICIAN | Dr. C.T.Hagan | | SPECIAL DIET YES NO XX | | |
| PERSON TO NOTIFY | Mrs. Purkey O.L.Darling | | RELATION StepFather | | |
| ADDRESS | 122 N. Sedgwick | | PHONE WH31603 | | |
| PERSON RESPONSIBLE TO PAY THIS ACCOUNT | Mrs. Velma L. Purkey | | RELATION Self | | |
| ADDRESS | Same | PHONE Same | BANK | | |
| COMPANY | Unemployed | OCCUPATION | ADDRESS | | |
| PERSON SUBMITTING ADM. INFORMATION | Case#395129(Verified) | | RELATION | | |
| ADDRESS | | | PHONE | | |
| INSURANCE: MEDICARE NO. | | MEDICAIDE NO. XXPT | | | |
| INSURANCE: OTHER | | POLICY NO. | GP ☐ | IND ☐ | |
| B.C. — B.S. IDENTIFICATION NO. | | GROUP NO. | | | |
| BENEFIT DATE | EFFECTIVE DATE: | | DED. DIAGN. X-RAY? | | |
| B.C. OUT OF STATE | | ROOM ALLOW. | | | |
| B. C. MEMBER NAME | | E. B. R. | MAJOR MEDICAL: | | |
| REMARKS: | | | U.S. VETERAN YES NO | | |

DATE OF DISMISSAL 3-7-23   TIME 12:30P.M.

WED MAR 7 1973   FINAL SUMMARY Utilization Committee Reviewed FEB 26 1973

Diagnosis on Admission (to be completed 24 hours after admission) Hypertension, depression

Date of onset

Final Diagnosis Depressive Neurosis Cardiovascular disease with hypertension

Complications and Wound Infections

Remarks

Consultation with Morrow

Condition on Discharge

☐ Recovered   ☐ Improved   ☐ Unimproved   ☐ Not Treated   ☐ Expired   ☐ Autopsy

Service: Surg.   Neuro Surg.   Med.   O. B. Gyn.   Ped.   Urology   Ortho.   E. E. N. T.   Neuropsychiatry

Operations:

] FORMER ADMISSIONS [

Date 1-3-73   Case No. 395129

Reviewed for Filing by Medical Records Committee
FORM 01-003

SIGNATURE OF ATTENDING PHYSICIAN

ORIGINAL—1

000022

Case 2:19-cv-00424-JPS-DLP    Document 25-2    Filed 08/12/19    Page 21 of 26 PageID #: 5463

ST. FRANCIS HOSPITAL
WICHITA, KANSAS

CONSULTATION RECORD

DATE    2-7-73

NAME Purkey, Velma L.    398646    ROOM OR WARD NO.    2N8    DOCTOR  C. T. Hagan

CONSULTING PHYSICIAN    T. F. Morrow

REPORT REQUESTED REGARDING

SIGNATURE OF ATTENDING PHYSICIAN

## REPORT

**FINDINGS**

This 47-year old woman was admitted to St. Francis Hospital medical service last Saturday after she has experienced some spells of nearly passing out. She was very apprehensive and fearful of losing control. When seen today, she expressed ideas that maybe she was going out of her mind but she has had trouble over many years but is at a point where she doesn't know if she can take much any longer. She reported being here in the hospital right after Christmas following an altercation with her son. She said at that time the doctor had suggested that she see a psychiatrist but she really couldn't do that. She said she has doctored for her nerves over a number of years and taken nerve medicine but had never seen a psychiatrist; she didn't really think she needed a psychiatrist. She stated, "I knew I wasn't going out of my mind."

Mental status is marked by a patient who is a pale, washed out, worried, troubled appearing woman who appears about her stated age of 47. She speaks of being very uneasy and afraid and stated she just might get sick at any time. She apologized for possibly crying. She put much emphasis on maintaining control, being proper and being a lady. She reminded me and herself that she was grown up and that there wasn't any need for her to carry on in the way that she did. She was able to describe her situation fairly clearly, certainly wasn't guarded. She indicated long standing difficulties and going on against all odds. Her speech and train of thought was somewhat slowed. This, I believe, was the effect of medication. She speaks of being quite depressed, although she has her ups and downs. There was no evidence of disorganization of thinking nor serious perceptual distortions. Picture is primarily that of a person who is experiencing a depression. There is evidence to support a diagnosis of an underlying personality disorder or possibly a more serious personality disorganization. She at this time states she wants to see what can be done about her condition. She agreed to a plan of action to include transfer to the open section and a period of observation and treatment there.

CHART COPY
(81-973)    T. F.Morrow, M.D./Jolene 2-7-73 d 2-8-73 t    SIGNATURE OF CONSULTANT

000023    WP_PC000010520

Ex_13-000221

Case 2:19-cv-00414-JPS-DLP   Document 25-2   Filed 09-13-19   Page 26 of 29 PageID #: 3864



ST. FRANCIS HOSPITAL
Wichita, Kansas

NAME OF PATIENT: Purkey, Velma L.

ATTENDING PHYSICIAN: Dr. T. F. Morrow

HOSPITAL NO: 398646
DATE OF ADM: 2-3-73
DATE OF DIS: 3-7-73

DISCHARGE SUMMARY:
*******************

This 47-year-old, divorced woman was admitted to St. Francis medical service February 3, 1973. She was seen in consultation because of a history of marked emotional disturbance and recurrent and persistent spells of tension and physical disturbances. She was transferred to the open psychiatric section after she had received clearance on her physical state. She has been in treatment for a medical condition by Dr. C. T. Hagan. On the psychiatric service with combination of cardiovascular drugs and an antidepressant, she did show a notable response and relief of her symptoms. She was able to deal with some of the distressing factors in her life and make some plans for follow up care. She was dismissed improved on March 7, 1973 with final diagnosis of (1) depressive neurosis, (2) cardiovascular disease with hypertension.

Dr. T. F. Morrow

000024

-12-73d/5-5-73t

Case 2:19-cv-00414-JPM-DLP   Document 25-7   Filed 08/12/19   Page 1 of 14 PageID #: 3483

Urgent band made

**S. ST. FRANCIS HOSPITAL, WICHITA, KANSAS**

CASE NO. 411193    ROOM 286 $50.00   RES.    XX    INT. XX
PATIENT    Purkey,Mrs Velma L    DATE OF BIRTH [redacted]   S.S.NO. not avail.
ADDRESS    427 Hiram    PLACE OF BIRTH Kansas
CITY & STATE    Wichita,Kansas 67213    TELEPHONE 264 2902
REASON FOR ADMISSION Observation    SERVICE Psychiatry
CHILD-S, M. W. D.    Divorced    SEX Female    RACE White    AGE 48
RELIGION    Catholic    PARISH-CHURCH-SYN. St Joseph
DATE OF ADM.    7-10-73    TIME 6:15 pm    REGISTRAR Fines/jr
DISMISSED    TIME    CASHIER
FORMER ADM. DATE 2-3-73    NAME    MAIDEN NAME Johnson
PHYSICIAN    Dr TF Morrow    SPECIAL DIET YES    NO X
PERSON TO NOTIFY    OL Darling    RELATION Stepfather
ADDRESS    122 N Sedgwick   Bus: 9433257    PHONE 04 31603
PERSON RESPONSIBLE TO PAY THIS ACCOUNT    Velma L Purkey    RELATION Self
ADDRESS    Same    PHONE Same BANK
COMPANY    None    OCCUPATION Unemployed    ADDRESS
PERSON SUBMITTING ADM. INFORMATION    Case#398645 verified    RELATION
ADDRESS    PHONE
INSURANCE: MEDICARE NO.    MEDICAIDE NO. [redacted]
INSURANCE: OTHER    POLICY NO.    IND
B. C. - B/S. IDENTIFICATION NO.    GROUP NO.
BENEFIT DATE    EFFECTIVE DATE:    DED.    DIAGN. X-RAY?
B. C. OUT OF STATE    ROOM ALLOW.
B. C. MEMBER NAME    E. B. R.    MAJOR MEDICAL:
REMARKS:    U.S. VETERAN YES    NO

DATE OF DISMISSAL    7-26-73    TIME 12:15 PM.

THU JUL 26 1973    FINAL SUMMARY    JUL 16 1973
Utilization Committee Reviewed

Diagnosis on Admission (to be completed 24 hours after admission) Depressive Neurosis
Date of onset
Final Diagnosis    DEPRESSIVE NEUROSIS

Complications and Wound Infections

Remarks

Consultation With
Condition on Discharge
☐Recovered  ☐Improved  ☐Unimproved  ☐Not Treated  ☐Expired  ☐Autopsy
Service: Surg.  Neuro Surg.  Med.  O. B. Gyn.  Ped.  Urology  Ortho.  E. E. N. T.  Neuropsychiatry
Operations:

☐ FORMER ADMISSIONS ☐
Date 2-3-73    Case No. 398646
Reviewed for Filing by Medical Records Committee    SIGNATURE OF ATTENDING PHYSICIAN
FORM 01-003

ORIGINAL-1

0034 0064

000043

Ex_13-000223

ST. FRANCIS HOSPITAL
WICHITA KANSAS

NAME OF PATIENT: Furkey Velma L.                                 DATE OF ADM:
ATTENDING PHYSICIAN: Dr. Morrow                                  DATE OF DIS:
                                                                 HOSPITAL NO: 411193

This 41 year old divorced was admitted to St. Francis Hospital open psychiatric section on 7-10-73 with complaints of tenseness and inability to eat and sleep. She was unable to function at home. Medications were of no particular use to her.

Physical examination revealed no notable findings.

CBC; UA; Serology were not remarkable.

Treatment consisted of drug therapy in the form of Elavil 25 mg qid; Prolixin 1 mg tabs 2 at hs; Dalmane 15mg 2 at hs prn for sleep. In addition she was continued on Inderal 40mg qid; Diuril 500 mg bid; and Aprescline 100 mg qid which she was receiving by prescription from Dr. C.T.Hagan. In the hospital setting she was able fairly rapidly to gain symptomatic relief. Some of the situational problems she has were discussed and plans were made for out-patient follow-up care and she was dismissed improved on 7-26-73.

FINAL DIAGNOSIS:              Depressive neurosis.

                                                    Dr. Morrow/p; 8-2-73d; 8-21-73t

000044

Ex_13-000224

Case 3:16-cv-00414-JPL-DLB   Document 23-4   Filed 08/02/19   Page 3 of 14 PageID #: 3485

ST. FRANCIS HOSPITAL   7 10 73   93
WICHITA, KANSAS        2 NORTHEAST
HISTORY

PURKEY, VELMA L F48W
NAME _____ ROOM ____ BED ____  DOCTOR
                                     411193 DR TP MORROW
INFORMANT _____  427 WILRAM  MA
                                     7 10 73

| FAMILY | AGE | | | HEALTH, IF LIVING OR CAUSE OF DEATH. NOTE ESPECIALLY HEREDITARY OR INFECTIOUS DISEASES | |
| | DEAD | LIVING | | | |
| FATHER | | | | | |
| MOTHER | | | | | |
| BROTHERS | | | | See prev record | |
| SISTERS | | | | | |
| CHILDREN | | | | | |

PAST HISTORY STATE HERE DISEASES FROM CHILDHOOD TO DATE, HABITS, MENSTRUAL HISTORY, OPERATIONS, ETC.

See prev record

**CHIEF COMPLAINT** Stomach tight, can't eat, can't sleep.

**PRESENT ILLNESS** My family is making a nervous wreck out of me, I'm pooped, I don't know what will happen, just know something awful will happen — So tired.
She had been in the hospital in Feb '73 at which time she was treated for a depression. She felt fine when she left, She went to the CMHC day care program and got along there on full day schedule. Then her younger son "started giving me trouble" and she has gone down hill since.

**REVIEW OF SYSTEMS:**

SIGNATURE OF HOUSE PHYSICIAN _____
SIGNATURE OF ATTENDING PHYSICIAN _____
CONTINUE ON BACK FOR P. L.                    HISTORY

000045

Ex_13-000225

ST. FRANCIS HOSPITAL

PROGRESS RECORD

7 10 73

PUCKLEY VELMA L F40W
S11193 DR TF MORROW
427 HIRAM  MA
7 10 73  1

NAME

DATE

7/11/73    Adm note

A 40 yr old divorcee who has had considerable trouble over a long period of time. Difficulties with family and her health have been present — longer than she can remember.

She has a short period of unbroken functioning following her last visit but has gone downhill again with a recurrence of depression with many physical symptoms.

She at present is fairly alert. She acts slowly with little new energy or zest. Her main preoccupation is her trouble with her family, she describes repeatedly her lack of interest and feeling completely lost.

She is oriented in all spheres.

Imp: 1. Depressive neurosis

000046

Ex_13-000226

ST. FRANCIS HOSPITAL

PROGRESS RECORD

7 10 73

2 NORTHEAST

PUCKEY, VELMA L F48W

411193 DR TF MORROW

427 HIRAM MA

7 10 73 1

6-21

NAME ________ ROOM ______ BED ______ DOCTOR ______

| DATE | |
|---|---|
| | Adm. Note |
| 7/11/73 | A 48 yr old divorcee who has had considerable trouble over a long period of time. Difficulties with family and her health have been present – longer than she can remember. |
| | She had a short period of improved functioning following ECT last winter but has gone downhill again with a recurrence of depression with many physical symptoms. |
| | She at present is fairly alert. She talks slowly with little real energy or zest. Her main preoccupation is her trouble with her family. She describes repeatedly her lack of energy or interest and feeling completely lost. |
| | She is oriented in all spheres. |
| | Imp: 1 – Depressive Neurosis |
| | [signature] |

11-308

PROGRESS RECORD

0034-0074



DRESIE & JORGENSEN
815 Union National Building
Wichita, Kansas  67202
AM 7-4231

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

WESLEY PURKEY, by and through     )
his guardian and next of friend,  )
CARRIE BURKE, and CARRIE BURKE,   )
                                  )
                   Plaintiffs,    )     C   14479
                                  )     Case No.
vs.                               )
                                  )
BILLY G. MORTIMER and             )
C. G. MORTIMER,                   )
Seward, Kansas,                   )
                                  )
                   Defendants.    )     **COPY**
_____)

### PETITION

COMES NOW the plaintiffs and for their cause of action against the defendants state and say:

1. That on or about March 7, 1968 at the intersection of Vine Street and Kellogg Street in Wichita, Sedgwick County, Kansas the defendant, Billy G. Mortimer, negligently drove a 1966 IHC Truck into the automobile occupied by Wesley Purkey and owned by Carrie Burke; the owner of said truck is defendant, C. G. Mortimer.

2. That at such time, and all times mentioned herein, the defendant, Billy G. Mortimer, was acting as the agent, servant and employee of the defendant, C. G. Mortimer, the owner of said truck.

3. That as a result of the negligent acts of the defendant, Billy G. Mortimer, at the time and place aforesaid, the plaintiff received injury to his body and incurred expenses for medical attention and hospitalization in the amount of Eight Hundred Eighty-eight and 65/100 ($888.65) Dollars.

000804

Ex_13-000228

4.   That the plaintiff, Carrie Burke, has received damage to her automobile in the amount of Four Hundred Fifty and No/100 ($450.00) Dollars which was the result of the negligent acts of the defendant, Billy G. Mortimer; that plaintiff, Carrie Burke paid Twenty and No/100 ($20.00) Dollars to Red Ball to have her automobile towed from the place of the accident.

5.   That as a result of the negligent act aforesaid, plaintiff Wesley Purkey suffered great pain to the body and mind to his damage in the amount of Five Thousand and No/100 ($5,000.00) Dollars.

WHEREFORE, the plaintiff, Wesley Purkey, prays for judgment against the defendants herein and each of them in the sum of Five Thousand Eight Hundred Eighty-eight and 65/100 ($5,888.65) Dollars and the plaintiff, Carrie Burke, prays for judgment against the defendant herein and each of them in the sum of Four Hundred Seventy and No/100 ($470.00) Dollars, plus the cost of this action and any other relief that the court may see fit to grant and further requests that this matter be tried to a jury. dh

DRESIE & JORGENSEN

By _____
    Attorneys for Plaintiffs

000805

Ex_13-000229

IN THE DISTRICT COURT OF ___SEDGWICK___ COUNTY, KANSAS

FILED C-14479

JUN 4  9 42 AM

WESLEY PURKEY, by and through his guardian and next of friend, CARRIE BURKE, AND ~~CARRIE BURKE~~

DOROTHY I. VAN ARSDALE CLERK

DEPUTY C-14470

_____ Plaintiff

vs.

BILLY G. MORTIMER AND C. G. MORTIMER (PERSONAL SERVICE ON BOTH DEFENDANTS PLEASE) AT SEWARD, KANSAS

_____ Defendant

## SUMMONS

**COPY**

To the above-named Defendant:

You are hereby summoned to defend an action brought in the District Court of ___SEDGWICK___ County, and required to serve upon ___JAMES F. RICHEY___, plaintiff's attorney, whose address is ___815 Union National Bldg., Wichita, Kansas___, a pleading to the petition which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. Your pleading also must be filed with the District Court of ___SEDGWICK___ County. As provided in section 60-213 (a), your answer must state as a counterclaim any related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

(Seal of District Court)

DOROTHY I. VAN ARSDALE
Clerk of said District Court

MAY 24 1968

By Betty _____

Deputy Clerk

### RETURN ON SERVICE OF SUMMONS

I hereby certify that I received the foregoing summons at 9:25 o'clock A. M. on the 28th day of ___May___, 19 68, and I served the same in the following manner:

(1) By delivering on the ___31st___ day of ___May___, 19 68, a copy of the summons, copy of the petition, and copy of _____ to each of the within-named defendants ___Billy G. Mortimer and C. G. Mortimer, one and the same person, personally at 7:10 PM.___

(2) By leaving on the _____ day of _____, 19___, for each of the within-named defendants _____

A copy of the summons, a copy of the petition, and _____ at the respective dwelling place or usual place of abode of said defendants with some person of his or her family of suitable age and discretion.

(3) Corporate or Partnership Return: On the _____ day of _____, 19___, by _____

(4) After diligent search and inquiry was unable to find the within-named defendant _____

on the _____ day of _____, 19___.

All done in ___Stafford___ County, Kansas.

Sheriff's fees:

| | |
|---|---|
| Summons | 1.00 |
| Petition Not Found | 1.00 |
| Mileage | 2.70 |
| Total | 4.70 |

Russell Fox

Sheriff of ___Stafford___ County, Kansas

By _____

Deputy.

2  **000806**

Ex_13-000230



6/20/68



To,
District Court of Segwick County, Kansas
Attention, clerk of said District Court,
DOROTHY I. VAN ARSDALE

No. C-14479

B. G. MORTIMER or BILLY G. MORTIMER, defendant, one and the same
person, pleads not guilty of negligence, and that plaintiff,
WESLEY PURKEY, through his guardian, CARRIE BURKE, shall pay for
all Court costs and fees incurred from this action.

Signed
BILLY G. MORTIMER
or
B. G. MORTIMER

*B. G. Mortimer*

**000807**

Ex_13-000231



In the District Court of
Sedgwick County, Kansas

WESLEY PURKEY, by and through
his guardian and next of friend,
CARRIE BURKE, and CARRIE BURKE

                          Plaintiff

                  vs.                          No. C-14479

BILLY G. MORTIMER and C. G. MORTIMER

                          Defendant

REQUEST FOR PLACING CASE ON JURY TRIAL CALENDAR.

On this 12th day of July, 19 68, the undersigned

attorney requests the Clerk of the Court to place this case upon the jury trial Calendar.

MAIL COPY TO ALL ATTORNEYS OF RECORD
OR ADVERSE PARTIES IF NOT REPRESENTED BY COUNSEL.                    ATTORNEY FOR PLAINTIFF X
                                                                             DEFENDANT

000808

Ex_13-000232

DRESIE & JORGENSEN
815 Union National Building
Wichita, Kansas  67202
AM 704231

COPY

FILED C-14479

Aug 19  9 54 AM '58

DORDTH ... CLERK

DEPUTY _____

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

WESLEY PURKEY, by and through
his guardian and next of friend,
CARRIE BURKE, and CARRIE BURKE,  Plaintiffs,

vs.

BILLY G. MORTIMER and
B. G. MORTIMER,
Seward, Kansas,                    Defendants.

Case No. C 14479

MOTION FOR DEFAULT JUDGMENT

COMES NOW the plaintiffs by and through their attorneys, Dresie & Jorgensen, and moves the Court for a default judgment as prayed for in plaintiffs petition for the lack of a sufficient answer by the defendant, or defendants, within the proper time.

DRESIE & JORGENSEN

By _____
       Attorneys for Plaintiffs

NOTICE OF MOTION

TO THE PARTIES IN THE ABOVE ENTITLED CAUSE AND THE ABOVE NAMED BILLY G. MORTIMER AND B. J. MORTIMER, SEWARD, KANSAS:

Please take note that the above motion will be brought on for hearing before the Court on the 30th day of August, 1968 at 9:30 o'clock a.m. or as soon thereafter as counsel can be heard.

DRESIE & JORGENSEN

By _____
     Attorneys for Plaintiffs

CERTIFICATE OF MAILING

I hereby certify that a copy of the above was forwarded to B. G. Mortimer, Box 142, Seward, Kansas, this 16th day of August, 1968.

_____
     James F. Richey

**000809**

Ex_13-000233



IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS    FILED C-14479

Aug 15  8 15 AM '6

WESLEY PURKEY, by and through his ⟩
guardian and next of friend, CARRIE ⟩
BURKE, and CARRIE BURKE,          ⟩
                    Plaintiff⟩

DOROTHY I. VAN ARSDALE
      CLERK
DEPUTY ___dh___

            vs                ⟩     Case No.   C 14479
                              ⟩
                              ⟩
BILLY G. MORTIMER and C. G. MORTIMER,  ⟩
                              ⟩
                  Defendant⟩

NOTICE OF INTENDED DISMISSAL

The above entitled case will be dismissed on the __29th__ day

of ___August___, 1968, for lack of prosecution unless cause

be shown for not doing so.

_____
Administrative Judge

cc:   Mr. James F. Richey

      8-15-68

8

000810

Ex_13-000234



COPY

WESLEY PURKEY, by and through
his guardian and next of friend,
CARRIE BURKE, AND CARRIE BURKE

vs.

BILLY G MORTIMER and
B. G. MORTIMER

CASE No. C-14479

Attorneys:

For Plaintiffs JAMES F RICHEY

For Defendants

Date Filed   August 19, 1968

Motion   MOTION FOR DEFAULT JUDGMENT----TO BE HEARD AUGUST 30, 1968
AT 9:30 A. M.

Last Ruling:

Sustained   Date AUG 3 0 1968

Date

Date

Date

Date

Journal Entry Filed

000811

Ex_13-000235

DRESIE & JORGENSEN
815 Union National Building
Wichita, Kansas  67202
AM 7-4231

FILED C-14479
SEP 3  4 57 PM '68
DOROTHY A. VAN ARSDALE,
CLERK
DEPUTY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

WESLEY PURKEY, by and through       )
his guardian and next of friend,    )
CARRIE BURKE, and CARRIE BURKE,     )
                                    )
                        Plaintiffs,)
                                    )      Case No. C-14479
vs.                                 )
                                    )
BILLY G. MORTIMER,                  )
Seward, Kansas,                     )
                                    )
                        Defendant.  )
                                    )



JOURNAL ENTRY OF JUDGMENT BY DEFAULT

NOW on this _30th_ day of ~~September~~ _August_, 1968, this cause coming
on to be heard on the motion of the plaintiff by and through their
attorneys, Dresie and Jorgensen, and the above named defendant
comes not and it appearing to the Court that said defendant has
been duly served as to law; that defendant has not appeared
herein and no sufficient answer or other pleading has been served
or filed in this action by the said defendant and that the time
to appear and answer or filing or other pleadings has fully expired.

That the Court finds on or about March 7, 1960 the defendant,
Billy G. Mortimer, negligently drove a 1966 IHC truck into the
automobile occupied by Wesley Purkey and owned by Carrie Burke
at the intersection of Vine Street and Kellogg Street in Wichita,
Sedgwick County, Kansas.

That the Court further finds as a result of the negligent
act of the defendant the plaintiff, Wesley Purkey, received
injury to his body and incurred expense for medical attention
and hospitalization in the amount of Eight Hundred Eighty-eight
and 65/100 ($888.65) Dollars; that the plaintiff, Wesley Purkey,

9  000812

suffered great pain to the body and mind to his damage in the amount of Five Thousand and No/100 ($5,000.00) Dollars; that the plaintiff, Carrie Burke, received damage to her automobile in the amount of Four Hundred Fifty ($450.00) Dollars and expense of having her automobile towed in the amount of Twenty and No/100 ($20.00) Dollars.

IT IS ORDERED AND ADJUDGED that the defendant be, and he is hereby, adjudged to be in default in this action.

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff, Carrie Burke, is given judgment in the amount of One Thousand Three Hundred Fifty-eight and 65/100 ($1,358.65) Dollars and that the plaintiff, Wesley Purkey, be given a judgment in the amount of $5,000.00.

IT IS FURTHER ORDERED AND ADJUDGED that the cost of this action be taxed to the defendant in the amount of $20.90.

_____
Judge

Approved:
James T. Richey
Attorney for Plaintiffs

**000813**

Ex_13-000237

DRESIE & JORGENSEN
815 Union National Building
Wichita, Kansas 67202
AM 7-4231

FILED
C-14479

DEC 18

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

WESLEY PURKEY, by and through
his guardian and next of friend,
CARRIE BURKE, and CARRIE BURKE,

               Plaintiffs,

vs.

BILLY G. MORTIMER,

               Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. C-14479



### O R D E R

NOW on this __18th__ day of December, 1968, this matter comes on for hearing on the oral motion of the counsel for the plaintiffs and moves the court for an order granting the $400.00 that has been paid into the Clerk of the District Court to be paid by said Clerk to Carrie Burke, one of the plaintiffs herein, said amount is for partial satisfaction of the judgement granted herein.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED that the Clerk of the District Court pay to Carrie Burke and Dresie & Jorgensen, her attorneys, $400.00 for partial satisfaction of the judgement entered herein. Motion of the plaintiffs is sustained.

IT IS SO ORDERED.

_____
Judge

APPROVED:

DRESIE & JORGENSEN

By _____

000814

Ex_13-000238

In the District Court of the County of Sedgwick, in said State:

Wesley Purkey, by and through his guardian and
next of friend, Carrie Burke, **Plaintiff**
and Carrie Burke, **vs.**

Billy G. Mortimer                                        No. C-14479

                                        **Defendant**

DOROTHY I VAN ARSDALE
CLERK
DEPUTY



The Clerk of the above Court will please issue an ____execution____ ____against the property

of Defendant ____Billy G. Mortimer____

in the above entitled cause, directed to the Sheriff of ____Sedgwick____ ____County, Kansas to execute

according to law.

Dated this ____13th____ day of ____August____ , A. D. 19 __73__.

John F. Jorgensen    Attorney for Plaintiff

COPY

000815

**GENERAL EXECUTION**

COPY

For Clerk's Use Only

APP. DOCKET NO. _C 14479_

Aug 15  1 46 PM '73

DOROTHY I. VANARSDALE CLERK

DEPUTY _____

STATE OF KANSAS ⎫
                ⎬ ss
Sedgwick County ⎭

WESLEY PURKEY, By and through is guardian and next friend, Carrie Burke Plaintiff

BILLY G. MORTIMER _____ Defendant

Case No. __C 14479__

THE STATE OF KANSAS, TO THE SHERIFF OF___SEDGWICK___COUNTY, GREETING:

The undersigned Clerk of the District Court of Sedgwick County, Kansas, hereby certifies that in the above entitled matter in said court there is a record of an unsatisfied judgment on which the following named judgment debtor or debtors are indebted as follows:

Judgment Debtor or Debtors   Billy G. Mortimer

Date of Judgment   _9-3-68_____19___

Judgment Balance Due   $ _1,358.65  Carrie Burke_
                          _5,000.00  Wesley Purkey_

Rate of Interest   _____%

Costs Unpaid   $__4.00____

You are hereby directed to seize any non-exempt property, real or personal, in your County and belonging to the judgment debtor or debtors and cause the same to be sold in satisfaction of said judgment and costs, including your costs and expenses on this Execution, and interest on said judgment from the date thereof, all in accordance with Article 24 of the Code of Civil Procedure. You are further directed to return this Writ together with your report of your proceedings hereon within sixty (60) days from the date hereof.

WITNESS, MY HAND AND SEAL OF SAID COURT, affixed at my office in Wichita, this _13th_ day of _August_____, A.D. 19_73_.

John F. Jorgensen
Atty. for Pltf.

DOROTHY I. VAN ARSDALE
_____ Clerk of District Court
By_____ Deputy

**000816**

Ex_13-000240

**SHERIFF'S RETURN**

COPY

FILED
APP. DOCKET NO. 674479

Aug 15  1 46 PM '73

DOROTHY I. VANARSDALE
CLERK

DEPUTY

I received the above General Execution on the _____ day of _____ 19 ___ at _____,
_____ m. Pursuant to the directions thereof, I make the following report:

288

Proceeds of Sale  $ _____

Expenses:

Sheriff's Fees     $ _____

Mileage            $ _____

Publication Cost   $ _____

Received this writ this _____ 14 ___ day of aug ___ 19 73
Executed the same this _____ day of ___ 19 ___
Date returned this writ _____ 15 __ day of aug ___ 19 73
Levy Made _____
Sheriff Docket _____  1.00
Sheriff Fee  not found  1.00
Additional Persons _____
Mileage @ _____
Total _____  2.00

Johnnie Darr
George Miller

JOHNNIE DARR, Sheriff
_____, Deputy

IN WITNESS WHEREOF I make this Return this _____ day of _____, 19 ___.

Sheriff, _____ County, Kansas

By _____
Deputy

(Sheriff's Return must include date and place of levy, description of goods or real estate levied upon,

copy of notice and publisher's affidavit, date and place of sale, etc.)

000817

Ex_13-000241

Urgent Band Made    ST. FRANCIS HOSPITAL, WICHITA, KANSAS

CASE NO. **423489**    ROOM 2NW-43 $55.00 RES.    XX    INT.    XX

| | | |
|---|---|---|
| PATIENT | Purkey, Mrs. Velma L. | DATE OF BIRTH ████████  s.s. 20  No t  Avail |
| ADDRESS | 427 Hiram | PLACE OF BIRTH Kansas |
| CITY & STATE | Wichita, Kansas  67213 | TELEPHONE  264-2902 |
| REASON FOR ADMISSION | Observation | SERVICE Psychiatry |
| CHILD-S, M, W, D. | Divorced  SEX Female  RACE  White | AGE 48 |
| RELIGION | Catholic  PARISH-CHURCH-SYN.  St. Josephs | |
| DATE OF ADM. | 12-18-73  TIME 5:20 PM  REGISTRAR  Wolfe/sw | |
| DISMISSED | TIME  CASHIER | |
| FORMER ADM. DATE | 7-10-73  NAME  MAIDEN NAME  Johnson | |
| PHYSICIAN | Dr. T. W. Morrow  SPECIAL DIET  YES  NO | |
| PERSON TO NOTIFY | O. L. Darling  RELATION  StepFather | |
| ADDRESS | 122 North Sedgwick  Bus. 943-3257  PHONE  843-1603 | |
| PERSON RESPONSIBLE TO PAY THIS ACCOUNT  Mrs. V. L. Purkey  RELATION  Patient | | |
| ADDRESS | Same  PHONE  Same BANK | |
| COMPANY | None  OCCUPATION  Unemployed | |
| PERSON SUBMITTING ADM. INFORMATION  Case# 411193  Verified By  RELATION  Patient | | |
| ADDRESS | Same  PHONE  Same | |
| INSURANCE MEDICARE NO. | MEDICAIDE NO. | |
| INSURANCE OTHER | POLICY NO.  GP ☐  IND ☐ | |
| B. C. — B.S. IDENTIFICATION NO. | GROUP NO. | |
| BENEFIT DATE  EFFECTIVE DATE | DID  DIAGN. X-RAY? | |
| B.C. OUT OF STATE | ROOM ALLOW | |
| B.C. MEMBER NAME | E. B. R  MAJOR MEDICAL | |
| REMARKS: | Pt. want to be moved to a semi room with stereo  VETERAN  YES  NO | |

DATE OF DISMISSAL  1-10-74  TIME

THU JAN 10 1974  FINAL SUMMARY (23 days)  UTILIZATION COMMITTEE REVIEW  JAN 2 1974

Diagnosis on Admission (to be completed 24 hours after admission)

Date of onset

Final Diagnosis  ACUTE ALCOHOL INTOXICATION
DEPRESSIVE NEUROSIS
HYPERTENSIVE CARDIOVASCULAR DIS.

Complications and Wound Infections

Remarks

Consultation With  C. T. Hagen

Condition on Discharge

☑ Recovered    ☐ Improved    ☐ Unimproved    ☐ Not Treated    ☐ Expired    ☐ Autopsy

Service: Surg.  Neuro Surg.  Med.  O. B. Gyn.  Ped.  Urology  Ortho  E. E. N. T.  Neuropsychiatry

Operations

FORMER ADMISSIONS

Date 7-10-73  Case No. 411193

SIGNATURE OF ATTENDING PHYSICIAN

Reviewed for Filing by Medical Records Committee
FORM 01-003

ORIGINAL—1

000048

WF_PC00000000

Ex_13-000242



Form SG-996

Date: March 4, 1974

ST. FRANCIS HOSPITAL

MEDICAL RECORDS

929 N. Emporia                                    RE: VELMA PURKEY     3304
Wichita, Ks. 57214

ATT: RITA PHELAN              CONFIDENTIAL

This is my authorization to release any medical information that may be requested

by the Director of the Sedgwick County Department of Social Welfare, or his rep-

resentative.

Signed: _Velma Purkey_

Ex_13-000243



PATIENT'S NAME:   Purkey, Velma L.                          HOSP. NO:  423489
ADDRESS:                                                     DATE OF ADM:  12-18-73
ATTENDING PHYSICIAN:   Dr. T. F. Morrow                     DATE OF DIS:

DISCHARGE SUMMARY:
*******************

This 48 year old divorced woman admitted to St. Francis Hospital psychiatric section 12-18-73.
She was extremely nervous, feeling very bad. She is having trouble sleeping and eating and
she reached a point at home where she could no longer care for herself. She gave a history
of increasing intake of alcohol for a period of a few weeks. This along with situational
factors resulted in her finally getting down.

PHYSICAL EXAMINATION:  Revealed woman who appeared both acutely and chronically ill. Face
was edematous, blood vessels over the cheeks were notably prominent, blood pressure was 140/100.

LABORATORY STUDIES:  Including CBC, UA, serology, SMA 12 revealed a RBC of 3.8, MCV 110, MCH
37, abnormalities in potassium, chlorides, carbon dioxide which was repeated about 8 days
later showed notable improvement with still some borderline findings on blood studies. Patient
has been under care C. T. Hagen and she was seen by him for review of a medical condition here.
Treatment consisted of supportive care in the hospital setting with drug therapy in the form
of Hygroton 50 mg daily, Indural 40 mg q.i.d. and Teractan 25 mg prn orally.

Patient improved physically and to some extent psychologically. The patient's performance
outside of the hospital has been quite borderline with her being in continuous difficulties
and unable to function much beyond minimal housekeeping and self care. She was unable to
make any very positive steps towards her care. She did decide that she wanted to try herself
at home again. She was dismissed improved with final diagnosis of: 1) Acute alcohol intoxi-
cation. 2) Depressive neurosis. 3) Hypertensive cardiovascular disease.

Dr. T. F. Morrow/LS/1-21-74d/2-8-74t

000050

Ex_13-000244

**ST. FRANCIS HOSPITAL**
WICHITA, KANSAS
**HISTORY**

12.18.73   2 NORTHWEST

PURKEY, VELMA L. F48W
MORROW
427   HIRAM    MA
12-18-73

| FAMILY | AGE | | HEALTH, IF LIVING OR CAUSE OF DEATH. NOTE |
|---|---|---|---|
| | DEAD | LIVING | ESPECIALLY HEREDITARY OR INFECTIOUS DISEASES |
| FATHER | | | |
| MOTHER | | | |
| BROTHERS | | | *See prev record* |
| SISTERS | | | |
| CHILDREN | | | |

PAST HISTORY: STATE HERE DISEASES FROM CHILDHOOD TO DATE, MARIES, MENSTRUAL HISTORY, OPERATIONS, ETC.

*See prev record*

**CHIEF COMPLAINT** "I feel awful"

**PRESENT ILLNESS** For several weeks now pt says she has been having trouble eating and sleeping. In the past few days she has been feeling worse to the point she could no longer go on. She reports she has been drinking and that her condition has been worsened by this.

**REVIEW OF SYSTEMS:**

CNS — headache
CR — high blood pressure under medication
GI — stomach upset, no eating
GU — WR

01-181

**000051**

SIGNATURE OF HOUSE PHYSICIAN

ATTENDING PHYSICIAN

HISTORY

WP PC000010

Ex_13-000245



Ex_13-000246

ST. FRANCIS HOSPITAL, WICHITA, KANSAS

CASE NO. 436225    7    ROOM 2 NW#10-57  SEXES    XX    INT. XX

PATIENT    Purkey, Mrs. Velma T.    DATE OF BIRTH ▮▮▮▮    S.S.NO. ▮▮▮▮

ADDRESS    427 Hiram    PLACE OF BIRTH Kansas

CITY & STATE    Wichita, Kansas  57213    TELEPHONE  264-2902

REASON FOR ADMISSION Observation    SERVICE Psychiatry

CHILD-S. M. W. D.    Divorced    SEX Female    RACE    White    AGE 48

RELIGION    Catholic    PARISH CHURCH SYN.    St. Joseph's

DATE OF ADM.    5-29-74    TIME 6:05 P.M.    REGISTRAR  Krkosska/jjk

DISMISSED    TIME    CASHIER

FORMER ADM. DATE    12-18-73    NAME    MAIDEN NAME    Johnson

PHYSICIAN    Dr. T F Morrow    SPECIAL DIET  YES    NO XX

PERSON TO NOTIFY    O. L. Darling    RELATION  Step-Father

ADDRESS    122 North Sedgwick  Bux· 943-3257    PHONE    943-1603

PERSON RESPONSIBLE TO PAY THIS ACCOUNT    Mrs. V.L. Purkey    RELATION    Patient

ADDRESS    Same    PHONE    Same    BANK

COMPANY    None    OCCUPATION    ADDRESS

PERSON SUBMITTING ADM. INFORMATION    Case #423489 Verified by Mrs. Purkey    Patient

ADDRESS    Same    PHONE    Same

INSURANCE: MEDICARE NO.    MEDICAIDE NO. XXPT

INSURANCE  OTHER    POLICY NO.    GP ☐    NO ☐

B. C. - B. S. IDENTIFICATION NO.    GROUP NO.

BENEFIT DATE    EFFECTIVE DATE    DED.    DIAGN. X-RAY?

B. C. OUT OF STATE    ROOM ALLOW.

B. C. MEMBER NAME    E. B. R.    MAJOR MEDICAL

REMARKS:    U.S. VETERAN  YES    NO

---

DATE OF DISMISSAL  6-6-74    TIME  6 pm

FINAL SUMMARY

THU JUN  6 1974   (8 days)    Utilization Committee Reviewed JUN 3  1974

Diagnosis on Admission (to be completed 24 hours after admission)    CNS disease

Date of onset

Final Diagnosis    Non Psychotic OBS due to tolic t Metitalic Factors

2. Depressive Neurosis

Complications and Wound Infections

Remarks

Consultation With

Condition on Discharge

☐ Recovered    ☐ Improved    ☐ Unimproved    ☐ Not Treated    ☐ Expired    ☐ Autopsy

Service: Surg.    Neuro Surg.    Med.    O. B. Gyn.    Ped.    Urology    Ortho.    E. E. N. T.    Neuropsychiatry

Operations:

FORMER ADMISSIONS

Date  12-18-73    Case No.  423487    [signature] Thomas F. Morrow

Reviewed on filing by Medical Records Committee

FORM 01-003    SIGNATURE OF ATTENDING PHYSICIAN

ORIGINAL-1

000015

Ex_13-000247

ST. FRANCIS HOSPITAL
WICHITA, KANSAS

NAME OF PATIENT:     Purkey, Mrs. Velma L.          HOSPITAL NO.:  436225
ATTENDING PHYSICIAN: Dr. Morrow                     DATE OF ADM.:  12-18-73
                                                    DATE OF DIS.:  6-6-74

DISCHARGE SUMMARY:
*****************

HISTORY:              This 48 year old divorced woman was admitted to the
open psychiatric service following the onset of dizziness unsteadiness, inability to
see clearly, and double vision. Symptoms have come on over a period of a week or so.
After further observation at home she was admitted to the hospital for evaluation.

PHYSICAL EXAMINATION:     Revealed primarily unsteadiness in walking and a veering
to the right. Neurological examination otherwise not remarkable.

LABORATORY STUDIES:        Showed evidence of anemia, trace of bile in the urine,
normal plasmacrit, elevation of alkaline phosphatase and SGOT.

HOSPITAL COURSE:          Patient was seen in consultation by Dr. C.T. Hagan.
He recommended continuing conservative management. She has been on Inderal 40 mg.
q.i.d. This was the only medication that was continued during the hospitalization.
With hospital care symptoms gradually disappeared. There was concluded that her
symptoms were possibly related to toxic factors in both drugs and alcohol which
patient has been in the process of discontinuing. There have been evidences of
forgetfullness and impaired concentration, probably on a toxic basis. She was dismissed
improved, with a plan for follow-up outpatient care.

FINAL DIAGNOSIS:          1. Non Psychotic organic brain syndrome due to
nutritional and metabolic factors.
                          2. Depressive neurosis.

Dr. Morrow/7-8-74 d-7-16-74 t/DDD

000016

5 29 74        2NX-10  1
          2-NORTHWEST ST. FRANCIS HOSPITAL
                              Wichita, Kansas
PURKEY, VELMA L.  RAW
436225 DR. TF MONNCH
427 HIRAM      MA
5-29-74    1

## PERMISSION TO LEAVE THE GROUNDS:

I hereby give permission that _____
be allowed to leave the grounds of the hospital with or without the attendance of an employee of that in-
stitution, at the discretion of the physicians of the St. Francis Hospital. I hereby release the St. Francis
Hospital, its physicians, and employees, from the responsibility for anything that may occur while the pa-
tient is off the grounds of the St. Francis Hospital.

## REQUESTS FOR RECREATIONAL, SPORTS, AND MANUAL ARTS ACTIVITIES:

I hereby request that _____
be permitted to participate in all recreational activities under the supervision of the St. Francis Hospital
and at the direction of the physician. Such recreational activities include those which are approved by the
physician. I also request that the above named patient be permitted to participate in all manual arts activ-
ities under the direction of the physician. I am fully aware of the hazards which accompany participation
in sports and manual arts activities and hereby release the St. Francis Hospital from any and all liability
which may arise while the patient is engaging in any of these activities.

Signed: X _Velma L. Purkey_        Address: X _427 Hiram_

Relation to patient: _____

Witness: _Mary M. Test_

NS:1-15-64

Ex_13-000249

5 29 74        2NW-10   1    ST. FRANCIS HOSPITAL
               2-NORTHWEST         WICHITA, KANSAS
                                      HISTORY

NAME  FURKEY, VELMA L.  F48W                ROOM        BED        DOCTOR
      436225 DR. TP MORROW                    1
INFORMANT 427 HIRIM    M                                           DATE

| FAMILY | 6 | 21 | AGE | 1 | | | | HEALTH, IF LIVING OR CAUSE OF DEATH. NOTE ESPECIALLY HEREDITARY OR INFECTIOUS DISEASES | |
|---|---|---|---|---|---|---|---|---|---|
| | | DEAD | LIVING | | | | | | |
| FATHER | | | | | | | | | |
| MOTHER | | | | | | | | | |
| BROTHERS | | | | | | | | | |
| SISTERS | | | | | | | | | |
| CHILDREN | | | | | | | | | |

PAST HISTORY STATE HERE DISEASES FROM CHILDHOOD TO DATE, HABITS, MENSTRUAL HISTORY, OPERATIONS, ETC.

CHIEF COMPLAINT    Can't see right
PRESENT ILLNESS    dizzy and unsteady

Three days ago while driving she noted lines
in the street coming together and at hand
dust seemed to come at her. She felt
very bad the next day and was very
unsure on her feet. When seen at
the office yesterday she still was having
blurring of vision and an occasional double
image. When walking she tended to
veer to the right.
    It has been on inderal and aspirin
for almost 2 months. She has been denied
pills for any other medication. She also
says she has stopped drinking.

REVIEW OF SYSTEMS

OT-181

SIGNATURE OF HOUSE PHYSICIAN
SIGNATURE OF ATTENDING PHYSICIAN
CONTINUE ON BACK FOR P. I.                              HISTORY

0034.0.0.106
000018

Ex_13-000250

Mrs. Velma Purkey
May 29, 1974

Mrs. Purkey was seen at the office today after she had called yesterday. She reported having an experience of driving down the street with her car and finding that she was seeing double and that the lines in the street were going off to the right, in fact, she seemed to be right up on the curb even though she was in the center lane. She continued to see double with blurring as well. She stated, too, that she had much trouble walking around, had the sensation like she was going to fall again to the right.

She decided she wanted to see how she would get along and try to keep an office appointment. Today vision is better, although she still does have times when she sees figures, one along side of the other, feels very unsteady and unsure of herself. She has not had an episode such as this before. A week ago she did have three days when she had what she calls "dry heaves." She reports that she hasn't had anything to drink now for three weeks. This may or may not be reliable. She has not had any medications, at least, prescribed by me for at least a month and a half.

A preliminary examination reveals pupils are round and equal, react alike. Extra ocular movements are normal, there is no nystagmus. Tongue is in mid-line, no notable facial weakness. There is no rigidity in head or neck. Patient can stand erect with eyes open and closed. Has some difficulty in standing on the right foot. On finger to nose test there is gross tremor bilaterally but it is accomplished with fair accuracy. When she walks she takes small steps and goes quite carefully, tends to veer to the right.

Patient is quite anxious and apprehensive and relates again a series of events involving family members. She is most concerned with how awful she feels and the difficulties that she is having in getting around. I told her I thought the condition warranted hospital observation, evaluation. She elected to follow this recommendation and arrangements are being made for admission.

Thomas F. Morrow, M.D.

TFH:cc

9034 0109

000019

Ex_13-000251

Urgent Band Made          ST. FRANCIS HOSPITAL, WICHITA, KANSAS

CASE NO. 471281          ROOM 294/$67/00   REG.      XX          INT.     XX

PATIENT          Purkey, Mrs. Velma L.      DATE OF BIRTH          S.S.NO. Not Avail.

ADDRESS          134 North Charles      PLACE OF BIRTH  Kansas

CITY & STATE          Wichita, Kansas  67203      TELEPHONE  None

REASON FOR ADMISSION Observation          SERVICE Psychiatry

CHILD-S. M. W. D.     Divorced     SEX  Female     RACE     White          AGE 50

RELIGION          Catholic     PARISH-CHURCH-SYN.     St. Joseph

DATE OF ADM.     8-13-75     TIME  5:00 PM     REGISTRAR  Mmeds/am

DISMISSED          TIME          CASHIER

FORMER ADM. DATE  About one Year ago  NAME          MAIDEN NAME  Johnson

PHYSICIAN          Dr. T. Morrow          SPECIAL DIET  YES     NO

PERSON TO NOTIFY  .O. L. Darling          RELATION  Step-Father

ADDRESS          122 North Sedgwick  Wichita, Kansas1     PHONE  943 1603

PERSON RESPONSIBLE TO PAY THIS ACCOUNT  Mrs. Velma L. Purkey     RELATION  Patient

ADDRESS          Same          PHONE          Same  BANK

COMPANY          None     OCCUPATION          ADDRESS

PERSON SUBMITTING ADM. INFORMATION     Mrs Velma L. Purkey     RELATION  Pateint

ADDRESS          Same          PHONE          Same

INSURANCE: MEDICARE NO.          MEDICAIDE NO.     XX PT

INSURANCE: OTHER          POLICY NO.          GP ☐          IND ☐

B. C. – B. S. IDENTIFICATION NO.          GROUP NO.

BENEFIT DATE          EFFECTIVE DATE          DED.          DIAGN. X-RAY?

B. C. OUT OF STATE          ROOM ALLOW.

B. C. MEMBER NAME          E. B. R.          MAJOR MEDICAL:

REMARKS:          U.S. VETERAN  YES          NO

DATE OF DISMISSAL          9-5-75          TIME  12⁴⁵ PM

FRI SEP 5 1975

NO. OF DAYS:     23          AUG 1 8 1975

PHYSICIANS DATA          UTILIZATION COMMITTEE REVIEW

Final Diagnosis (List In Order of Importance):

Non-Psychotic OBS due to Alcohol

OTHER ALCOHOLIC HALLUCINOSIS

Secondary Diagnosis or Complications:  EPISODIC EXCESSIVE DRINKING

Operations or Procedures:

Delivery:

Discharged:     Recovered:     Improved:     Uninproved:     Not Treated:     Left Amas:     Expired:     Autobsy:     Coronor's Case

Service:  Surgery:     Neuro Surgery:     Medicine:     OB-GYN:     Urology:     Orthopedics:     Eye:     Ent:

Psychiatry     Neurology     Pediatrics

Consultant(s):

Surgeon(s):

IRMER ADMISSION DATE:  5-29-74          CASE NO.

Approved          Date

Reviewed by Medical Records and/or Audit Committee          Signature of Attending Phy

000053

ORIGINAL–1          WP_PC000010591

Ex_13-000252