Case 2:19-cv-00414-JPH-DLP   Document 23-4   Filed 09/12/19   Page 12 of 14 PageID #: 3494

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
SOCIAL SECURITY ADMINISTRATION

Form Approved.
OMB No. 72-R0364

### GENERAL AUTHORIZATION FOR MEDICAL INFORMATION

I hereby authorize any physician, hospital, agency or other organization to disclose to the Social Security Administration or to the State agency that may review my application for disability benefits under the Social Security Act, any medical records or other information about my disability.

Velma L. Purkey                                    6 - 21-76
SIGNATURE OF CLAIMANT (Or person acting on his behalf)          (Date)

Copied
7/25/ - N+P
DS on 7/5/76
LC

122 N. Sedgwick
STREET ADDRESS

Wichita, Kansas   67203          943-1603
CITY          STATE          ZIP CODE          PHONE

Velma L. Purkey                    [redacted]
Name and Social Security Number of Wage Earner (Please print or type)

| IDENTIFYING INFORMA- TION FOR HOSPITALS | a. ADMISSION DATE(S) | b. DISCHARGE DATE(S) | c. (Give any necessary additional data such as Bldg., clinic, patient no., etl.) ☐ IN-PATIENT ☐ OUT-PATIENT |
|---|---|---|---|
| | d. BIRTH DATE | | e. NAME AND ADDRESS AT TIME OF ADMISSION (If different) |

FORM SSA-827b (10-71)

000054

WP  PC000010592

Ex_13-000253

ST. FRANCIS HOSPITAL
WICHITA, KANSAS

NAME OF PATIENT:        Purkey, Velma L.              HOSPITAL NO.:   471281
ATTENDING PHYSICI..     Dr. T. Morrow                 DATE OF ADM.:   8-13-75
                                                      DATE OF DIS.:   9-5-75

DISCHARGE SUMMARY:
*******************

HISTORY:           This 50 year old divorced woman was admitted to the open psychiatric
service 8-13-75 after an office interview. There she was quite troubled, speech was thick,
slurred. She reported a series of difficulties with her family and acknowledged that she
had been drinking. She was hospitalized.

PHYSICAL EXAM:         Revealed no abnormal findings.

LAB:               Laboratory studies including a CBC, UA, serology revealed no abnormal-
ities. SMA 12 showed a cholesterol of 319, total bilirubin 1.3, alkaline phosphatase 131,
LDH 205 and SGOT of 94. 2-hour blood sugar was 136. Pap smear revealed no abnormal findings.
A series of urine tests for sugar and acetone were all negative.

HOSPITAL COURSE:       Treatment consisted of supportive hospital care. With Taractan 25 mg
I.M. prn. Two days after admission the patient began to experience visual hallucinations,
was very restless and it was necessary to transfer her to IPCU. The worse condition cleared
in the course of 4 days and she was returned to the open section. As she improved, plans
were made for follow up outpatient care including her living at a halfway house. She was
dismissed pending completion of these arrangements. Final diagnosis was; 1. alcoholic
hallucinosis.

Dr. T. Morrow/pa/9-25-75D/9-30-75T

0034-0124

000055



Ex_13-000255

**WICHITA, KANSAS 67214**

| Patient Days | | EMERGENCY | URGENT | ELECTIVE | Tech. Sig. _____ |
|---|---|---|---|---|---|
| 1 | | ☒ | ☐ | ☐ | Case No. / 95086 |

Date – Case No.  2-16-76 14773825    CO10

Name  FUNKEY WESLEY    1-846-I MICU

Doctor – House Physician  MED/OSEOPRETJIE/ADJ:AY MED M 24 S

Phone – Here Before  2526724 M0

Religion  DOSE GIVEN  362/595

MICU
IN 2-16-76

Insurance

Guarantor  PU KEY WESLEY    C CLATE/FMTE

Address

City – State – Zip Code    SLEG    P U

Date Dismissed 2-17-76

MC – ETC – TIME

Room – Bed – Type – Price

Service – Sex – Age – Marital  FEB 17 1976

Birth Date – Race

Specific Church

Insurance

Relationship to Patient

Employer

County

| | CODE NO. |
|---|---|
| **SUMMARY SHEET** | (Med. Recds. Only) |

**CONSULTANTS:** Dr. Tehan

**TENTATIVE DIAGNOSIS CAUSING ADMISSION:** Overdose

**FINAL PRIMARY DIAGNOSIS CAUSING ADMISSION:**
**OR CAUSE OF DEATH**  Overdose

**SECONDARY DIAGNOSIS:**

**COMPLICATIONS AFTER ADMISSION:** 0

**SURGICAL PROCEDURES IN ORDER OF IMPORTANCE:** 0

**CONFIDENTIAL**
**NOT FOR RE-RELEASE**

**OTHER PROCEDURES:**

| | | | | | |
|---|---|---|---|---|---|
| 86.6 ☐ Spinal Puncture | 88.2 ☐ Bronchography | 86.8 ☐ Radioisotope Scanning | 88.5 ☐ Heart Cath: | 73.0 ☐ Medical Induction of Labor | |
| 96.7 ☐ Bone Marrow Aspir. | 88.3 ☐ Cholecystography & Cholangiograph | 97.1 ☐ Radioisotope Therapy | ☐ Rt. ☐ Lt. | 73.1 ☐ Surgical Induction of Labor | |
| 93.1 ☐ Closed Cardiac Massage | 98.4 ☐ IVP | 99.7 ☐ Radioisotope Uptake | 34.0 ☐ Thoracentesis | EPISIOTOMY: | |
| 93.2 ☐ Elec. Defib. & Ctr. Shock | 98.5 ☐ Retrograde Pyelography | 99.8 ☒ Ultrasonic Radiography | 99.2 ☐ Angiocardiography | 73.7 ☐ s low forceps | |
| 95.6 ☐ Trac. or Fixation s̄ manip. for reduction | 98.6 ☐ Cystography | 99.9 ☐ Other Radio. | 31.2 ☐ Tracheostomy Permanent | 73.1 ☐ c low forceps | |
| | 98.7 ☐ Nephrotomography | 97.0 ☐ Deep Radiation Therapy | 97.3 ☐ Elec. Shock Therapy | 73.2 ☐ Midline (+73.7) | |
| 92.0 ☐ Otoscopy | 99.5 ☐ Mammography | 97.0 ☐ Super Voltage or mega. | 97.4 ☐ Insulin Shock Therapy | ☐ Lt. ☐ Rt. Mediolateral | |
| 92.9 ☐ Rhinoscopy | 98.8 ☐ Hysterography | irrad. | 97.6 ☐ Psychotherapy | 73.3 ☐ Low Forceps s̄ Episiotomy | |
| 92.1 ☐ Laryngoscopy & Tracheoscopy | 93.1 ☐ Myelography | 37.3 ☐ Chemotherapy | 34.6 ☐ Exchange Transf. | 34.1 ☐ Male Circumcision (NB) | |
| 92.4 ☐ Endoscopy of colon & rectum | 99.0 ☐ Cerebral arteriography | 97.2 ☐ Hormone Therapy | NEEDLE BIOPSY: | | |
| 92.6 ☐ Colposcopy | 99.1 ☐ Aortography | 97.9 ☐ Other Therapy | 50.0 ☐ Liver | | |
| 92.9 ☐ Other endoscopy Fiberoptic exam, any site | 99.9 ☐ Other Contrast Radiography | 97.6 ☐ Physical Therapy | 96.7 ☐ Bone Marrow | ☐ Other _____ | |

**CONDITION ON DISMISSAL:**

| | RECOVERED | IMPROVED | UNIMPROVED | DIED | AUTOPSY |
|---|---|---|---|---|---|
| | ☐ SERV. PRIV. | ☒ | ☐ | ☐ | ☐ |

ASSIGNED TO HOUSE OFFICER  ☐ ☐

UNASSIGNED TO HOUSE OFFICER  ☐

SIGNED _____  Ruth

UTILIZATION  Mung
Attending Physician

VIEWED _____ Date _____ Committee Name  Overdose
Diagnosis for nursing

**DIET ORDER**    **ACTIVITY ORDER**

☐ REGULAR    ☐ BED REST

☐ SOFT    ☐ BRP

☐ LIQUID    ☐ UP AD LIB

☐ CLEAR LIQUID

NS CLASS _____

**FLOOR RECORD**

Ex_13-000256

MR-102 (REV. 5-74)

WICHITA, KANSAS 01214

| DATE | TIME | ADMIT. CLERK | PHYSICIAN L.A. | | | | USE ONLY | ADMITTED CASE NO. |
|---|---|---|---|---|---|---|---|---|
| 2 15 76 | 2328 | CHR | Dr. O'Donnell Sr. lenos- fred Goodfoster-Murry | | | | | |

| LAST NAME | FIRST NAME | MIDDLE INITIAL | ADDRESS | CITY | STATE | ZIP CODE | TEL. NO. |
|---|---|---|---|---|---|---|---|
| Purkey | Wesley | | | city | | | |

| DATE OF BIRTH | AGE | RACE | SEX | MARITAL STATUS | HAVE YOU EVER BEEN A PATIENT HERE? IF ANSWER IS YES, YOUR NAME THEN. | IN-PATIENT / OUT-PATIENT | HAVE YOU EVER BEEN X-RAYED BEFORE | YES / NO |
|---|---|---|---|---|---|---|---|---|
| MO. 6 DAY YEAR 52 | 23 | W | M | S-SINGLE D-DIVORCED M-MARRIED S W-WIDOWER | no | | | |

| PLACE OF EMPLOYMENT | ADDRESS | CITY | STATE | ZIP CODE | DEPARTMENT & OCCUPATION |
|---|---|---|---|---|---|
| | | | | | |

| NAME OF RESPONSIBLE PARTY (IF OTHER THAN PATIENT) | ADDRESS | CITY | STATE | ZIP CODE | TEL. NO. |
|---|---|---|---|---|---|
| | | | | | |

| NAME OF NEAREST RELATIVE OR FRIEND - RELATION | ADDRESS | CITY | STATE | ZIP CODE | TEL. NO. |
|---|---|---|---|---|---|
| Cindy    friend | same as pt. | | | | |

| NAME OF HOSPITALIZATION INSURANCE | ADDRESS | CITY | STATE | | POLICY NUMBER | DATE EFFECTIVE |
|---|---|---|---|---|---|---|
| | | | | | | |

| NAME OF INSURED | S.S. # | COMP. OR ADD. INS. | | | CODE | PLAN | AGREE. |
|---|---|---|---|---|---|---|---|
| | | ILLNESS | X INJURY | ON THE JOB | | | |

"THE UNDERSIGNED HEREBY CONSENTS TO NECESSARY TREATMENT AND AGREES TO PAY FOR SERVICES RENDERED TO THIS PATIENT. AUTHORITY IS GIVEN TO RELEASE INFORMATION REQUESTED BY INSURANCE COMPANIES AND OTHER PERTAINING TO PAYMENT FOR SERVICES."    unable ti sign

| ITEM NO. | QUANTITY | CHARGE | ITEM NO. | QUANTITY | CHARGE | ITEM NO. | QUANTITY | CHARGE | ITEM NO. | QUANTITY | CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01404 | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| NAME OF PHYSICIAN | PLACE PHONED | TIME | CALLED BY | RESULTS |
|---|---|---|---|---|
| Dr. LaO'Donnel Sr | home | 11⁵⁰ | AF | make cross. |
| DR. Murray Res. for cross. | | | | here |

**CHIEF COMPLAINT AND HISTORY**

IN VIA AMBULANCE - Pt reported to have taken an overdose.CHR

W.S.U. ☐  SEC. ☒  N.S. ☒  CHAP. ☒  W.P.D. ☒  S.O. ☐  COR. ☐

**PHYSICAL FINDINGS:**

| ALLERGIES: | DIAGNOSIS: | | TIME | B/P | P | R | T |
|---|---|---|---|---|---|---|---|
| none known | | | 11³⁰ | 104/4 | 88 | 20 | |

| TETANUS STATUS | | LABORATORY: | CBC ☒ | UA ☒ | | | |
|---|---|---|---|---|---|---|---|
| / /7 | UNKNOWN ☐  WILL CK. WITH DR. ☐ | CULTURE OF_____ | | ECG ☐ | | | |
| | | OTHER_____ | | | | | |

**PHYSICIAN'S ORDERS & TREATMENT:**

Blood, urine, gastric contents for drug screen, Bl. glucose, elect., PCT, SMAC

11³⁰ᵖᵐ IV 1000cc D5½NS c̄ #18 Jelco into (R) forearm — infused c Guser RN

11⁴⁵ #18 Salem Sump tube inserted c Guser RN

12¹⁵ Lavaged c̄ H₂O

IV Bottle #2 D5-½NS c̄ 10meq KCL

12³⁵/cc Darvon IV now c Guser RN

#16 foley inserted by S.N.

Chest X-ray (portable)

| | ADMITTED ☐ | ROOM NO._____ |
|---|---|---|
| | DISMISSED ☐ DATE 2-16-76 | INSTRUCTION SHEET ☒ TIME 12³⁰ |
| | HOUSE STAFF | |
| | EMER. ROOM OR ESPA PHYSICIAN | |
| | ATTENDING OR FAMILY PHY. | |
| | NURSE | |

OUT-PATIENT RECORD                    MEDICAL RECORDS

Ex_13-000257

HISTORY - PHYSICAL EXAM - PROGRESS NOTES
MR-04 (3-67604)

1-646-3
STA 787

WESLEY MEDICAL CENTER
Wichita, Kansas 67214

PURKEY 14793626 WESLEY
MED/GOODPASTURE MED M 24
MURRAY
2-16-76 B

USE THE DESCRIPTIVE HEADING IN WRITING UP RECORD

| COMPLAINT | PHYSICAL EXAMINATION |
| PRESENT ILLNESS | PROVISIONAL DIAGNOSIS |
| PAST HISTORY | PROGRESS NOTES |
| FAMILY HISTORY | CONDITION ON DISCHARGE |
| | FINAL DIAGNOSIS |

DATE     P.E. Arm — multiple needle marks Along veins For Arm

Imp: ① Overdose
? Alchl, Tranxene vs Hard Drug Overdose

R. Murray

Ex_13-000258

HISTORY – PHYSICAL EXAM – PROGRESS NOTES
MR-04 (3-67604)

WESLEY MEDICAL CENTER
Wichita, Kansas 67214

1-646-3
STA 787

PURKEY 14793626 WESLEY
MED/GOODPASTURE/ MED M 2
MURRAY
2-16-76 B ▮▮▮▮

USE THE DESCRIPTIVE HEADING IN WRITING UP RECORD

COMPLAINT          PHYSICAL EXAMINATION
PRESENT ILLNESS    PROVISIONAL DIAGNOSIS
PAST HISTORY       PROGRESS NOTES
FAMILY HISTORY     CONDITION ON DISCHARGE
                   FINAL DIAGNOSIS

| DATE | |
|------|---|
| 2/15/76 | ID: 23 y/o white married male who lives Wichita Kansas. Dr. O'Donnell is his physician. Pt. unable to give history. |
| | CC: Overdose × 1½ hr. PTA |
| | HPI: Pt. was OK at 7 pm this evening. At 10:15 became very sleepy and drowsy. Soon became unarousable and brought to E.R. Pt. wife thought overdosed. No history of prior attempt. |
| | TRANXENE — 5 tabs given |
| | Alcohol — unknown Amount |
| | Tylenol #3 — unknown amount. |
| | No history of TRAUMA |
| | Past History — Accident — Car Accident 6 yr. Ago. |
| | Surgery — Ø |
| | Medical — Ø |
| | Medicine — Ø |
| | Allergy — Ø |
| | Fi History — Mother — D.M. |
| | Aunt — D.M. |
| | P.E. w/d w/n white male with mild resp. depression |
| | V.S. Temp 98.6  R 18  P 80  BP 10%0 |
| | Eyes — Pupils react weakly, mildly dilated, no hemorrhage or exudate, Dolls eyes |
| | Fundi — soft reflex bilaterally |
| | Nose — no discharge |
| | Mouth — no lesions |
| | Neck — no T.JVP  thyroid wnl |
| | Heart — rate 85  reg  NO murmur S₁ or S₂ |
| | Lungs — clear, moves air poorly |
| | Abd — No organomegaly  no tenderness, normal B.S. |
| | Pulses — B, R, U , F, DP, PT + 1 = bilaterally |
| | Neuro — reflex +1 = bilaterally |
| | responds to pain but no speed. |
| | Babinski absent. |

R. Murray

HISTORY – PHYSICAL EXAM – PROGRESS NOTES

Ex_13-000259

WESLEY MEDICAL CENTER
OUT-PATIENT RECORD
Wichita, Kansas

CONT'D

CASE NUMBER: 23152154              DATE: 2/6/76

NAME OF PATIENT: Wesley Parkey

ADDRESS: 1341 Charles    PHYSICIAN: Dr. Goodposture

NAME OF NEXT OF KIN:
DESCRIPTION OF VALUABLES:

TIME POLICE CALLED:              TIME NEXT OF KIN CALLED:
TIME READY FOP PRESS RELEASE:    TIME CORONER CALLED:
TIME BODY RELEASED BY CORONER:   TIME BODY RELEASED BY POLICE:

_____     _____
   Signature of person receiving body              Time

DOCTOR'S ORDERS AND TREATMENT:   (Cont'd)

Attached #16 Foley. Urine return was checked @ 1000cc.

Urine was clear. —ua to lab— for Routine + drugscreen.

                Steve Hardidty CST

Money and clothes given to ~~time~~ error 97.
                            girlfriend

Ex_13-000260

HISTORY - PHYSICAL EXAM - PROGRESS NOTES
R-04 (3-57604)

WESLEY MEDICAL CENTER
Wichita, Kansas 67214

Wesley Peekley

USE THE DESCRIPTIVE HEADING IN WRITING UP RECORD

COMPLAINT                     PHYSICAL EXAMINATION
PRESENT ILLNESS               PROVISIONAL DIAGNOSIS
PAST HISTORY                  PROGRESS NOTES
FAMILY HISTORY                CONDITION ON DISCHARGE
              FINAL DIAGNOSIS

| DATE | |
|------|---|
| | # Overdose |
| 2/16/76 | (S) Pt. much more responsive |
| | (O) U/A - WNL    Glucose 249 n IV glucose |
| | PCT - neg    142/3.7 |
| | CXR - WNL    104/26 |
| | Lungs - clear    Drug screen - 97 mg % Alcohol |
| | Heart - rate 50-60 |
| | (A) Improving Overdose |
| | (P) ① DC IV, Foley |
| | ② Advance to Reg Diet |
| | ③ DC Cardiac Monitor in AM |
| | ④ Transfer to Dr. Jahn |
| | R. Murry |
| | |
| | |
| | |
| 2/17/76 | Overdose |
| | (S) Pt. very Alert, eats well |
| | (O) 140/4.7    Lungs - clear |
| | 103/28    Heart - rate 60 ee no murmur |
| | Exposure to Hepatitis 4-5 weeks ago - only around person |
| | drank from glass.    Pt. uses IV dope - Heroin, etc |
| | (A) Improved Overdose |
| | (P) Transfer to Dr. Jahn |
| | R. Murray |

HISTORY - PHYSICAL EXAM - PROGRESS NOTES

Ex_13-000261

REPORT OF CONSULTATION
R-05 (10-69REV.)

WESLEY MEDICAL CENTER
Wichita, Kansas 67214

FROM: ATTENDING PHYSICIAN _GOODPASTURE_

TO:    CONSULTING PHYSICIAN _JEHAN_

Date of Request: _2/16/76_

REPORT REQUESTED REGARDING:

_Psych status_

SIGNATURE OF ATTENDING PHYSICIAN    _Murphy_ / _Goodpasture_    M.D.

Date of Report: _Feb 17 76_    **REPORT**

FINDINGS:

A 24 year old white single male adm. on Feb 16, 76 after taking 7-8 Tranxene and then drunk excessive amount of Alcohol. States he did not realize what this would do to him and just wanted to get high. Denies any problem. Got out of prison last December after spending 5 years behind the bars for burglary. Denies having any difficulties in getting adjusted. Was under the care of Dr. Ihihara

DIAGNOSIS: 5 years ago, period was hospitalized at St. Francis at that for explosive behaviour.

RECOMMENDATIONS: Seems withdrawn Communicated poorly, has speech impairment. Denies any depression or suicidal thoughts. offered him Counselling at MHC, he does not he needs it. May be discharged

SIGNATURE OF CONSULTANT ___    M.D.

CANARY — CHART
WHITE — ATTENDING PHYSICIAN
PINK — CONSULTING PHYSICIAN

S. J

REPORT OF CONSULTATION

Ex_13-000262

WESLEY MEDICAL CENTER

HISTORY – PHYSICAL EXAM. – PROGRESS NOTES

USE THE DESCRIPTIVE HEADING IN WRITING UP RECORD

COMPLAINT                           PHYSICAL EXAMINATION
PRESENT ILLNESS                     PROVISIONAL DIAGNOSIS
PAST HISTORY                        PROGRESS NOTES
FAMILY HISTORY                      CONDITION ON DISCHARGE
                    FINAL DIAGNOSIS

PURKEY, WESLEY

14793626

*Jssipasture*

(R. D. Murray, M.D.)

DISCHARGE SUMMARY:   ADM 2-25-76: DIS 2-17-76

CONSULTATION:  Dr. Jehan
TENTATIVE DIAGNOSIS CAUSING ADMISSION:  Overdose.
FINAL DIAGNOSIS:  Overdose.
COMPLICATIONS:  None.
SURGICAL PROCEDURES:  None.

PATIENT IDENTIFICATION:  23-year-old, white married male who lives in Wichita, Ks.
Dr. O'Donnell is his physician.  Patient was unable to give history prior to admis-
sion.

HISTORY:  Patient was apparently okay 4-5 hours prior to admission.1 1/2 hours prior
to admission the patient became very sleepy and drowsy, soon became unarousable and
was brought to the ER.  Patient's wife thought the patient had overdosed.  No history
of a previous attempt.  Patient was known to have taken some alcohol but unknown
amount.  Tranzene 5 tabs and Tylenol #3 unknown amount.

PAST HISTORY:  Accident, car accident 6 years ago.  Surgeries none.  Medical none.
Medicines none.  Allergies none.

FAMILY HISTORY:  Mother has diabetes.  Aunt has diabetes.

PHYSICAL EXAM:  Well developed, well nourished, white male with mild respiratory
depression.  Vital signs:  Temp 98.6, respirations 18, pulse 80, BP 100/70.
EYES:  Pupils react weakly, mildly dilated,  Discs are sharp; no hemorrhages or
exudate.  Doll's eye negative.  Ears:  Light reflexes bilaterally.  Nose and.mouth
within normal limits..  Neck thyroid within normal limits.  No increase in JVP.
Heart rate 85, regular rhythm; no murmur, S-3 or S-4.  Lungs clear.  Moves air
poorly.  Abdomen no organomegaly, no tenderness, normal bowel sounds.  Pulses
brachial, radial, ulnar, dorsalis pedis, posterior tibial +1 and equal bilaterally.
Neuro reflexes +1 equal and bilateral./  Responds to pain but unable to speak
intelligently.  Babinski is absent.

LAB DATA:  Drug screen 96 mg% blood acohol.  Meprobamate or Equanil 30 micrograms
per ML.  Hepatitis associated antigen negative.  Glucose 249 but IV of D-5 W going.
Sodium 137, potassium 3.2, chloride 103, CO2 of 24.  UA within normal limits.
Arterial blood gases pH 7.28, PCO2 of 52, PO2 of 72.  Oxygen saturation 92.  PCT
negative.  Creatinine .8 BUN 3. 2/17 electrolytes sodium 140, potassium 4.7, chloride
103, PO2 of 28.  Urine drug screen Meprobamate positive.  Salicylate positive.
Ekg tracing within normal limits.  Chest x-ray within normal limits.

HOSPITAL COURSE:  It was unknown what the patient had exactly taken.  It was felt
to be alcohol and possibly some Transene which acts like Valium.  Patient was given
IV D-5W .45 normal saline running at 200 cc per hour.  AFter urine output 10 ML
of potassium was added to each 1000 cc.  Patient's stomach was lavaged.  Arterial

MR-26 (6-6734)

Ex_13-000263

blood gases were obtained. It was felt the patient was ventilating well enough on his own and did not require intubation. Patient was kept on oxygen for approximately first 12 hours. Patient did have a good urine output to the intake of fluids which were forced during the first 18 hours. It took approximtely 18 hours for the patient towake up, be coherent and to carry on an intelligent conversation. Patient was transferred to Dr. Jehan and then patient was discharged.

Patient's discharge meds and instructions. Patient to return to Dr. Jehan PRN. No medications were given.

RDM/1t
DICT 2-22-76
TR 2-24-76
RR                                              R. D. MURRAY, M.D.

Ex_13-000264



5-19-16 B
YARRUH
WED\COODBY2IUUS WED H 5-
PGEWEX IV18J8PSP WE2IEL

**ROUTINE URINALYSIS** — 41301

| Test | | Value | Normal |
|---|---|---|---|
| | COLOR | | YEL |
| 41277 | SP. GR. | | 1.015-1.025 |
| 41236 | PH | | ACID |
| 41129 | PROTEIN | | 0 |
| 41196 | GLUCOSE | | 0 |
| 41111 | KETONES | | 0 |
| 41152 | BILE | | 0 |
| 41202 | HEMATEST | | 0 |
| 41210 | MICROSCOPIC | | |
| | RBC | | OCC HPF |
| | WBC | | OCC HPF |
| | CASTS | | 0 LPF |
| | CRYSTALS | | |
| | MISC | | |

| | TEST | VALUE | NORMAL |
|---|---|---|---|
| 44230 | GLUCOSE | | 65-116 |
| 39701 | UREA N | | 9-16 |
| 39963 | BILIRUBIN | | |
| | TOTAL | | 0.2-1.2 |
| | DIRECT | | 0-0.4 |
| | INDIRECT | | 0.2-1.2 |
| 39883 | AMYLASE | | 60-180 |
| 39156 | ELECTROLYTES | | |
| 39164 | NA | 138 | 135-145 |
| 39172 | K | 47 | 3.6-6.6 |
| 39180 | CL | 105 | 98-108 |
| 39198 | CO₂ | 27 | ADULTS 20-30 CHILD 18-25 |

FORM MR-111 (1-76 REV.)    *SPECIAL REPORT FORM*
DIRECTOR OF LABORATORIES
LEO P. CAWLEY, M.D.

**COMPLETE BLOOD COUNT**

| | Test | | Value | Normal |
|---|---|---|---|---|
| 41400 | HGB | | | GM% 16±2 (M)  13±2 (F) |
| 41392 | HCT | | | % 47±8  41±6 |
| 41434 | WBC | | | CU. MM 5-10 × 10³ |
| 41368 | | | | |
| | DIFF | MYELOCYTES | | % |
| | | JUVENILES | | % |
| | | BANDS | | % |
| | | SEGMENTED | | % 50-70 |
| | | LYMPHOCYTES | | % 20-30 |
| | | MONOCYTES | | % 4-8 |
| | | EOSINOPHILES | | % 2-4 |
| | | BASOPHILES | | % 0-0.5 |
| | | MORPHOLOGY | | |

| | Test | | Value | Normal |
|---|---|---|---|---|
| 41954 | FIBRINOGEN QUANT | | | 170-410 mg % |
| 41525 | PROTHROMBIN TIME | | | SEC 11-14 |
| | CONTROL | | | SEC |
| 41483 | PART THROMBOPLASTIN | | | SEC < 40 |
| | CONTROL | | | SEC |
| 38315 | GRAM STAIN | | | |
| 38265 | PREGNANCY TEST | | | |
| 38745 | SCREENING MONO | | | |
| 40246 | SALICYLATE | | | |
| 44479 | CARDIAC PROFILE | | | |
| 39222 | SGOT | | | 9-35 |
| 40147 | LDH | | | 90-200 |
| 40410 | CPK | | | 0-50 |
| 40311 | SGPT | | | 5-35 |

2 16 76    1-646-3
PURKEY  14793626  WESLEY
MED/GOODPASTURE  MED N 24
MURRAY
2-16-76 B
J. Fletcher RN

| | BLOOD GASES (ARTERIAL OR MICRO) — 40055 | |
|---|---|---|
| DATE | | HOUR |
| pH | | 7.35-7.45 |
| PCO₂ | | 35-45 |
| BE | | 0 ± 3 |
| HCO₃ | | 23-29 |
| PO₂ | | > 70 |
| O Sat | | > 93% |

REMARKS    Called

BLEEDER

TECHNOLOGIST    CP    DATE  2/16

WESLEY MEDICAL CENTER
WICHITA, KANSAS
**STAT**    CHART

| | | | | | | |
|---|---|---|---|---|---|---|
| 39172 | K | 10.4 | 3.5-5.5 | 40147 | LDH | 90-200 |
| 39180 | CL | | 98-108 | 40410 | CPK | 0-50 |
| 39198 | CO₂ | 26 | ADULTS 20-30 CHILD 18-25 | 40311 | SGPT | 5-35 |

FORM MR-111 (1-76 REV.)    *SPECIAL REPORT FORM*
DIRECTOR OF LABORATORIES
LEO P. CAWLEY, M.D.

TECHNOLOGIST    DATE  2-16

WESLEY MEDICAL CENTER
WICHITA, KANSAS
**STAT**    CHART

MR-72 (9-74 REV.)

DIRECTOR OF LABORATORIES
LEO P. CAWLEY, M.D.

WESLEY MEDICAL CENTER
WICHITA, KANSAS
**SEROLOGY**    CHART

FORM MR-111 (1-76 REV.)    *SPECIAL REPORT FORM*
DIRECTOR OF LABORATORIES
LEO P. CAWLEY, M.D.

WESLEY MEDICAL CENTER
WICHITA, KANSAS
**STAT**    CHART

FORM MR-111 (1-76 REV.)    *SPECIAL REPORT FORM*
DIRECTOR OF LABORATORIES
LEO P. CAWLEY, M.D.

WESLEY MEDICAL CENTER
WICHITA, KANSAS
**STAT**    CHART

LEO P. CAWLEY, M.D.

**STAT**

Ex_13-000266

| | TEST | VALUE | NORMAL |
|---|---|---|---|
| ☐ 41301 | ROUTINE URINALYSIS | | |
| | COLOR | | YEL |
| ☐ 41277 | SP GR | | 1 015-1 025 |
| ☐ 41236 | PH | | ACID |
| ☐ 41129 | PROTEIN | | 0 |
| ☐ 41186 | GLUCOSE | | 0 |
| ☐ 41111 | KETONES | | 0 |
| ☐ 41152 | BILE | | 0 |
| ☐ 41202 | HEMATEST | | 0 |
| ☐ 41210 | MICROSCOPIC | | |
| | RBC | | OCC./HPF |
| | WBC | | OCC./HPF |
| | CASTS | | O/LPF |
| | CRYSTALS | | |
| | MISC. | | |

| | TEST | VALUE | NORMAL |
|---|---|---|---|
| ☒ 44230 | GLUCOSE | | 65-115 |
| ☒ 39701 | UREA N | 3 | 9-16 |
| 39958 | BILIRUBIN | | |
| | TOTAL | | 0 2-1.2 |
| | DIRECT | | 0-0.1 |
| | INDIRECT | | 0 2-1.2 |
| 39883 | AMYLASE | | 60-180 |
| ☒ 39156 | ELECTROLYTES | | |
| 39164 | NA | 142 | 135-145 |
| 39172 | K | 3.7 | 3.5-5.5 |
| 39180 | CL | 104 | 98-108 |
| 39198 | CO₂ | 26 | ADULTS 20-30 / CHILD 18-25 |

FORM MR-111 (1/76 REV.)    *SPECIAL REPORT FORM
DIRECTOR OF LABORATORIES
LEO P CAWLEY, M.D

| | 41350 | COMPLETE BLOOD COUNT | | |
|---|---|---|---|---|
| ☐ 41400 | HGB | | M | F |
| ☐ 41392 | HCT | | 47.8 | 41.6 |
| ☐ 41434 | WBC | | CU MM 5 10 × 10³ | |
| ☐ 41368 | | | | |
| DIFF | N MYELOCYTES | | % | |
| | N JUVENILES | | % | |
| | N BANDS | | % | |
| | N SEGMENTED | | % 50-70 | |
| | LYMPHOCYTES | | % 20-30 | |
| | MONOCYTES | | % 4-6 | |
| | EOSINOPHILES | | % 2-4 | |
| | BASOPHILES | | % 0-0.5 | |
| | MORPHOLOGY | | | |

| ☐ 41954 | FIBRINOGEN QUANT | | |
|---|---|---|---|
| | | | 170-410 -% |
| 41525 | PROTHROMBIN TIME | | SEC 11-14 |
| | CONTROL | | SEC |
| 41483 | PART THROMBOPLASTIN | | SEC < 40 |
| | CONTROL | | SEC. |
| 38315 | GRAM STAIN | | |
| 38265 | PREGNANCY TEST | | |
| 38745 | SCREENING MONO | | |
| 40246 | SALICYLATE | | 0 |
| 44479 | CARDIAC PROFILE | | |
| ☐ 39222 | SGO-T | | 9-35 |
| ☐ 40147 | LDH | | 90-200 |
| ☐ 40410 | CPK | | 0-50 |
| 40311 | SGPT | | 5-35 |

2 14 74    1-646-31
ST287

PURKEY 14793626 WESLEY
MED/GOODPASTURE MED H 24
MURRAY
2-16-76 B

2/16   6% am

☐ ISOL Pt          ☐ OTHER AT
☐ SGY AT           ☐ X-RAY AT

☐ 40055   BLOOD GASES (ARTERIAL OR MICRO)

| DATE | | HOUR | |
|---|---|---|---|
| pH | | | 7 35-7 45 |
| PCO | | | 35-45 |
| B E | | | 0 ± 3 |
| HCO | | | 23-28 |
| PO | | | > 70 |
| O Sat | | | > 93% |

REMARKS
Creatinine 0.8 mg%
Normals = 0.6-1.2

TECHNOLOGIST    DATE
2-16

WESLEY MEDICAL CENTER
WICHITA, KANSAS
**STAT**

CHART

MR-72 (9-74 REV.)

DIRECTOR OF LABORATORIES
LEO P CAWLEY M.D

WESLEY MEDICAL CENTER
WICHITA, KANSAS
**SEROLOGY**

CHART

FORM MR-111 (1/76 REV.)    *SPECIAL REPORT FORM
DIRECTOR OF LABORATORIES
LEO P CAWLEY M.D

WESLEY MEDICAL CENTER
WICHITA, KANSAS
**STAT**

CHART

DIRECTOR OF LABORATORIES
LEO P CAWLEY, M.D.

WESLEY MEDICAL CENTER
WICHITA, KANSAS
**STAT**

CHART

**STAT**

Ex_13-000267

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 38778 | F.T.A.-ABS | | | | | | | |
| ☐ | 38745 | INFECTIOUS MONONUCLEOSIS SCREEN | | | | | NEG | | |
| ☐ | 44180 | COCCIDIOIDOMYCOSIS PRECIPITINS | | | | | 0 | | |
| ☐ | 38752 | HISTOPLASMOSIS AGGLUTININS | | | | | 0 | | |
| ☐ | 38448 | TOXOPLASMOSIS IFA | | | | | <1:16 | | |
| ☐ | 44537 | STREPTOZYME | | | | | NEG | | |
| ☐ | 38687 | ANTISTREPTOLYSIN "0" (ASO) | | | TODD UNITS | | <1:166 | | |
| ☐ | 38711 | C-REACTIVE PROTEIN (CRP) | | | | | 0 | | |
| ☐ | 38794 | LEPTOSPIRAL AGG | | | | | 0 | | |
| ☐ | 38786 | RHEUMATOID FACTOR | | | | | < 1:20 | | |
| ☐ | 38950 | THYROID HEMAGGLUTINATION | | | | | | | |
| | | | | | | | < 1:25 | | |
| ☐ | 38869 | TRICHINOSIS | | | | | 0 | | |
| ☐ | 38729 | FEBRILE AGGLUTININS (COMPLETE) | | | | | | | |
| ☐ | 38976 | SALMONELLA (ONLY) | | | | | | | |

GROUP

| | A | B | C | D | E |
|---|---|---|---|---|---|
| SOMATIC (0) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| ☐ | 38695 | BRUCELLA (ONLY) | | | < 1:20 |
| ☐ | 38877 | TULAREMIA (ONLY) | | | 0 |
| ☐ | 38802 | PROTEUS OX19 (ONLY) | | | 0 |

age 23

☐ ISOL. PT.    ☐ OTHER AT____
☐ SGY AT____    ☐ X-RAY AT____

☐ SEROLOGIC TEST FOR
(SPECIFY)____

BLEEDER

TECHNOLOGIST    DATE 2-16-76

MR-72 (9-74 REV.)

DIRECTOR OF LABORATORIES
LEO P CAWLEY M D

WESLEY MEDICAL CENTER
WICHITA, KANSAS
**SEROLOGY**

CHART

FORM MR-111 (1-76 REV.)    SPECIAL REPORT FORM
DIRECTOR OF LABORATORIES
LEO P CAWLEY M D

WESLEY MEDICAL CENTER
WICHITA, KANSAS
**STAT**

CHART

DIRECTOR OF LABORATORIES
LEO P CAWLEY M D

WESLEY MEDICAL CENTER
WICHITA, KANSAS
**STAT**

CHART

LEO P. CAWLEY, M.D.

**STAT**

Ex_13-000268

| | COLOR | | YEL | | 41392 | HCT | % | 47±8  41±6 |
| 41277 | SP GR | | 1.015-1.025 | | 41434 | WBC | CU MM 5-10 × 10³ | |
| 41206 | PH | | 4.5-8.0 | | 41368 | | | |
| 41129 | PROTEIN | | | | DIFF | N MYELOCYTES | % | |
| 41186 | GLUCOSE | | | | | N JUVENILES | % | |
| 41111 | KETONES | | | | | N BANDS | % | |
| 41152 | BILE | | | | | N SEGMENTED | % 50-70 | |
| 41202 | HEMATEST | | | | | LYMPHOCYTES | % 20-30 | |
| 41210 | MICROSCOPIC | | | | | MONOCYTES | % 4-8 | |
| | REC | | /HPF | | | EOSINOPHILES | % 2-4 | |
| | WBC | | /HPF | | | BASOPHILES | % 0-0.5 | |
| | CASTS | | /LPF | | | MORPHOLOGY | | |
| | CRYSTALS | | | | | | | |
| | MISC | | | | | | | |

*Called to D Durrow RN Copy for*

| | TEST | VALUE | NORMAL | | | | |
| 44200 | GLUCOSE | | 60-115 | | FIBRINOGEN QUANT | 170-410 mg | |
| 39701 | UREA N | | 5-25 | 41526 | PROTHROMBIN TIME | SEC 11-14 | |
| 39958 | BILIRUBIN | | | | CONTROL | SEC | |
| | TOTAL | | 0.1-1.2 | | PARTIAL THROMBOPLASTIN | SEC < 40 | |
| | DIRECT | | 0-0.3 | | CONTROL | SEC | |
| | INDIRECT | | 0-0.9 | 38215 | GRAM STAIN | | |
| 29833 | AMYLASE | | 80-180 | 38268 | PREGNANCY TEST | | |
| 39166 | ELECTROLYTES | | | 38745 | SCREENING MONO | | |
| 39164 | NA | | 135-145 | 40246 | SALICYLATE | 0 | |
| 39172 | K | | 3.5-5.0 | 44473 | CARDIAC PROFILE | | |
| 55-90 | CL | | 95-108 | 39000 | SGO T | 8-35 | |
| 39136 | CO₂ | | 24-32 | 40147 | LDH | 90-200 | |
| | | | | 40410 | CPK | 0-50 | |
| | | | | 40311 | SGPT | 5-35 | |

FORM VR-111 (1176 REV)      SPECIAL REPORT FORM
DIRECTOR OF LABORATORIES
LEO P CAWLEY, M.D.

GOODPASTURE MED N 2
MURRAY
2-16-76 B ▮▮▮

L-646³

2/16 N Goodwin RN 1¹⁵/am

☐ ISOL Pt          ☐ OTHER AT_____
☐ SGY AT_____   ☐ X-RAY AT_____

☑ 40055   BLOOD GASES (ARTERIAL OR MICRO)
DATE 2/16/76  HOUR @ 1²⁰/am

| pH | 7.28 | | 7.35-7.45 |
| PCO | | 52 | 35-45 |
| BE | -½ | | 0 ± 3 |
| HCO | | 27 | 23-26 |
| PO | 72 | | > 70 |
| O Sat | | 92 | > 93% |

REMARKS
*Australian Antigen*
BLEEDER

TECHNOLOGIST                    DATE
CA 2/16/76

WESLEY MEDICAL CENTER
WICHITA, KANSAS
**STAT**                          CHART

FORM VR-111 (1176 REV) (UM)      SPECIAL REPORT FORM
DIRECTOR OF LABORATORIES
LEO P CAWLEY, M.D.

WESLEY MEDICAL CENTER
WICHITA, KANSAS
**STAT**                          CHART

LEO P. CAWLEY, M.D.

**STAT**

| | | ROUTINE URINALYSIS | VALUE | NORMAL |
|---|---|---|---|---|
| X | 41301 | ROUTINE URINALYSIS | | |
| | | COLOR | | YEL. |
| ☐ | 41277 | SP. GR. | 1.003 | 1.015-1.025 |
| ☐ | 41236 | PH | 5.5 | ACID |
| ☐ | 41129 | PROTEIN | O | 0 |
| ☐ | 41186 | GLUCOSE | 1+ | 0 |
| ☐ | 41111 | KETONES | O | 0 |
| ☐ | 41152 | BILE | O | 0 |
| ☐ | 41202 | HEMATEST | O | 0 |
| ☐ | 41210 | MICROSCOPIC | | |
| | | RBC | O | OCC./HPF |
| | | WBC | O | OCC./HPF |
| | | CASTS | O | O/LPF |
| | | CRYSTALS | O | |
| | | MISC. | Occ epith | |

| | | TEST | VALUE | NORMAL |
|---|---|---|---|---|
| ☐ | 44230 | GLUCOSE | | 65-115 |
| ☐ | 40329 | UREA N | | 9-16 |
| ☐ | 39958 | BILIRUBIN | | |
| | | TOTAL | | 0.2-1.2 |
| | | DIRECT | | 0-0.4 |
| | | INDIRECT | | 0.2-1.2 |
| ☐ | 39883 | AMYLASE | | 60-180 |
| ☐ | 39156 | ELECTROLYTES | | |
| ☐ | 39164 | NA | | 135-145 |
| ☐ | 39172 | K | | 3.5-5.5 |
| ☐ | 39180 | CL | | 98-108 |
| ☐ | 39198 | CO₂ | | ADULTS 20-30 CHILD 18-25 |

FORM MR-111 11-74 (Rev. 10M)    *SPECIAL REPORT FORM
DIRECTOR OF LABORATORIES
LEO P. CAWLEY, M.D.

LEO P. CAWLEY, M.D.

| | | COMPLETE BLOOD COUNT | | GM% 16±2 13±2 |
|---|---|---|---|---|
| ☐ | 41400 | HGB | | |
| ☐ | 41392 | HCT | | % 47±8 41±6 |
| ☐ | 41434 | WBC | | CU. MM 5-10 x 10³ |
| ☐ | 41368 | | | |
| | DIFF | N MYELOCYTES | | % |
| | | N JUVENILES | | % |
| | | N BANDS | | % |
| | | N SEGMENTED | | % 50-70 |
| | | LYMPHOCYTES | | % 20-30 |
| | | MONOCYTES | | % 4-6 |
| | | EOSINOPHILES | | % 2-4 |
| | | BASOPHILES | | % 0-0.5 |
| | | MORPHOLOGY | | |

| | | | | |
|---|---|---|---|---|
| ☐ | 41954 | FIBRINOGEN QUANT. | | 170-410 mg % |
| ☐ | 41525 | PROTHROMBIN TIME | | SEC. 11-14 |
| | | CONTROL | | SEC. |
| ☐ | 41483 | PART THROMBOPLASTIN | | SEC. < 40 |
| | | CONTROL | | SEC. |
| ☐ | 38315 | GRAM STAIN | | |
| ☐ | 38265 | PREGNANCY TEST | | |
| ☐ | 38745 | SCREENING MONO | | |
| ☐ | 40246 | SALICYLATE | | 0 |
| ☐ | 44479 | CARDIAC PROFILE | | |
| ☐ | 39222 | SGO-T | | 9-35 |
| ☐ | 40147 | LDH | | 90-200 |
| ☐ | 40410 | CPK | | 0-50 |
| ☐ | 40311 | SGPT | | 5-35 |

WESLEY MEDICAL CENTER
WICHITA, KANSAS
STAT
STAT

5-18-18 B

2315 2154
2-1676 3/
1-646 3
Purkey Wesley
age 23 male

D. Goodposture/Mary

☐ ISOL. Pt.    ☐ OTHER AT
☐ SGY AT    ☐ X-RAY AT

40055    BLOOD GASES (ARTERIAL OR MICRO)

| DATE | | HOUR | |
|---|---|---|---|
| pH | | | 7.35-7.45 |
| PCO₂ | | | 35-45 |
| B.E. | | | 0 ± 3 |
| HCO₃ | | | 23-28 |
| PO₂ | | | > 70 |
| O₂ Sat | | | > 93% |

REMARKS: aa for drug screen
to Follow

BLEEDER

TECHNOLOGIST  mel    DATE 2/16

CHART

# TOXICOLOGY

| TEST | VALUE | THERAPEUTIC RANGE | TEST | VALUE | THERAPEUTIC RANGE |
|---|---|---|---|---|---|
| ANTI-CONVULSANT SCREEN I | | | ANTI-CONVULSANT SCREEN II | | |
| Dilantin | | 10-20 Ug/ml | Zarontin | | >40 Ug/ml |
| Mysoline | | 10-15 Ug/ml | Milontin | | Not estab |
| Phenobarbital | | 15-50 Ug/ml | Mesantoin | | Not estab |
| | | | Celontin | | Not estab |

| BLOOD DRUG SCREEN | VALUE | THERAPEUTIC RANGE (Tentative) | URINE DRUG SCREEN | VALUE |
|---|---|---|---|---|
| Blood Alcohol | 96 | 100 mg% Legally Intoxicated | Amphetamines | |
| Salicylate | neg | 5-25 mg% | Barbitureates | |
| Placidyl | | | Benzodiazepines | |
| (Ethchlorvynol) | neg | 1-2 mg% | Phenothiazines | |
| Dilantin | neg | 10-20 Ug/ml | Morphine | |
| (Diphenlhydantoin) | | | Methadone | |
| Doriden | | | Darvon | |
| (Glutethimide) | neg | 5-15 Ug/ml | Demerol | |
| | | | Cocaine | |
| Barbiturates | | | Codeine | |
| Pentabarbital | neg | 5-10 Ug/ml | Other | |
| Secobarbital | | 5-10 Ug/ml | | |
| Amobarbital | | 5-20 Ug/ml | | |
| Phenobarbital | | 15-50 Ug/ml | ATOMIC ABSORPTION METHODOLOGY | |
| Noludar | | | | VALUE  NORMAL |
| (Methyprylone | neg | 10-20 Ug/ml | | Adult 9-10.5 mg/dl |
| Meprobamate | | | Calcium, Serum | Infant 10-12 mg/dl |
| (Equanil) | 30 | 5-30 Ug/ml | Calcium, Urine | 100-300 mg/day |
| Methaqualone | | | Magnesium, Serum | Adult 1.5-2.5meq/L |
| (Quaalude) | neg | 5-10 Ug/ml | Zinc, Serum | 55-150 Ug/dl |
| Other | | | Lithium, Serum | 0-2.0 meq/L |
| | | | Chromium, Urine | Toxic >10 Ug/dl |
| | | | Gold, Serum | |

| | | THERAPEUTIC RANGE | | INTERPRETATION |
|---|---|---|---|---|
| SERUM BROMIDE | | Up to 150mg/dl | | Mature Fetal Lungs=2/1 or Greater |

| HEAVY METALS (Reinsch Test) | RELATIVE SENSITIVITY | | | |
|---|---|---|---|---|
| | | L/S RATIO | | Intermediate or |
| | | L/S RATIO | | Transitory=1/1 |
| Arsenic | 0.10 mg/10 ml | | | Immature=<1/1 |
| Bismuth | 0.20 mg/10 ml | | | |
| Mercury | 0.05 mg/10 ml | | | |
| Antimony | 0.020 mg/10ml | | | |

ASSOCIATED LABORATORIES, INC.
P. O. Box 2858
Wichita, KS  67201
(316) 686-7161
HEW 15-1014
MEDICARE 8041

David L. Palmer, M.D.,, DIRECTOR

3/15/76  DATE          TECHNOLOGIST

1038  948
PURKEY 23152154 WESLEY  2/16/76   DEPT  10
ER)
DR GOODPASTURE
WESLEY MEDICAL CENTER
550 N. HILLSIDE
1-646-3

WICHITA,        KS 67214
STAT
DRUG SCREEN, BLOOD

VR   1

Ex_13-000271

AS  . .TED LABORATORIES, INC.          IRECTOR
P. O. Box 2858    Wichita, KS 67201         David L. Palmer, M.D.
           (316) 686-7161
HEW 15-1014              MEDICARE 8041

RADIOCHEMISTRY

Aldosterone                    _____ng/dl  plasma 8 am fasting, normal Na+
                                         diet, recumbent: 3-16 ng/dl
                                                  upright: 4-30 ng/dl
                                         urine, normal Na+ diet: 2-20 ug/24hr
                                               low Na+ diet: 17-44 ug/24hr

Renin (angiotensin)            _____ng/ml/hr        PRA ng/ml/hr
                                         dietary Na+/24 hr supine   upright
                                    normal (100-180mEq): 1.05+0.53 2.75+0.89
                                 low (10mEq for 4 days): 3.30+1.07  6.03+2.07

                               Therapeutic Range

Digoxin                        _____ng/ml 0.5-2.2 ng/ml
Digitoxin                      _____ng/ml 5.0-30.0 ng/ml

Cortisol   AM                  _____ug/dl 5-20 ug/dl
           PM                  _____ug/dl 5-20 ug/dl

Hepatitis Associated Antigen (Au)   neg.            negative

$B_{12}$                       _____pg/ml 140-900 pg/ml

Serum Folate                   _____ng/ml 5-21 ng/ml

Gastrin                        _____pg/ml Fasting:  50-155 pg/ml
                                                Postprandial:  80-170 pg/ml

_____  KB  _9-16-76_       103860        2/16/76      DEPT  11
    TECHNOLOGIST      DATE        PURKEY Z3152154 WESLEY   M   23
                                 ER
PATHOLOGISTS                     DR GOODPASTURE           Sp. Core
__ Leo P. Cawley, M.D.           WESLEY MEDICAL CENTER
__ George E. Fritz, M.D.         550 N. HILLSIDE          $1-646^3$
__ Heinz K. Grohs, M.D.
__ Tom Hiratzka, M.D.
__ Jesse H. Marymont, M.D.       WICHITA,        KS 67214
__ David L. Palmer, M.D.         STAT
   Carol A. Sleeper, M.D.        AUSTRALIA ANTIGEN

Ex_13-000272

T O X I C O L O G Y

| TEST | VALUE | THERAPEUTIC RANGE | TEST | VALUE | THERAPEUTIC RANGE |
|---|---|---|---|---|---|
| ANTI-CONVULSANT SCREEN I | | | ANTI-CONVULSANT SCREEN II | | |
| Dilantin | | 10-20 Ug/ml | Zarontin | | >40 Ug/ml |
| Mysoline | | 10-15 Ug/ml | Milontin | | Not estab |
| Phenobarbital | | 15-50 Ug/ml | Mesantoin | | Not estab |
| | | | Celontin | | Not estab |

BLOOD DRUG SCREEN — THERAPEUTIC RANGE (Tentative)

URINE DRUG SCREEN

| Blood Alcohol | 59 | 100 mg% Legally Intoxicated |
| Salicylate | negative | 5-25 mg% |
| Placidyl (Ethchlorvynol) | | 1-2 mg% |
| Dilantin (Diphenlhydantoin) | | 10-20 Ug/ml |
| Doriden (Glutethimide) | | 5-15 Ug/ml |
| Barbiturates | | |
| Pentabarbital | | 5-10 Ug/ml |
| Secobarbital | | 5-10 Ug/ml |
| Amobarbital | | 5-20 Ug/ml |
| Phenobarbital | | 15-50 Ug/ml |
| Noludar (Methyprylone | | 10-20 Ug/ml |
| Meprobamate (Equanil) | 13 | 5-30 Ug/ml |
| Methaqualone (Quaalude) | negative | 5-10 Ug/ml |
| Other | | |

URINE DRUG SCREEN
Amphetamines
Barbitureates
Benzodiazepines
Phenothiazines
Morphine
Methadone
Darvon
Demerol
Cocaine
Codeine
Other

ATOMIC ABSORPTION METHODOLOGY

| | VALUE | NORMAL |
|---|---|---|
| | | Adult 9-10.5 mg/dl |
| Calcium, Serum | | Infant 10-12 mg/dl |
| Calcium, Urine | | 100-300 mg/day |
| Magnesium, Serum | | Adult 1.5-2.5meq/L |
| Zinc, Serum | | 55-150 Ug/dl |
| Lithium, Serum | | 0-2.0 meq/L |
| Chromium, Urine | | Toxic >10 Ug/dl |
| Gold, Serum | | |

| | | THERAPEUTIC RANGE |
|---|---|---|
| SERUM BROMIDE | | Up to 150mg/dl |

INTERPRETATION
Mature Fetal Lungs=2/1 or Greater

HEAVY METALS (Reinsch Test)   RELATIVE SENSITIVITY

L/S RATIO _____   Intermediate or
L/S RATIO _____   Transitory=1/1
Immature=<1/1

| Arsenic | | 0.10 mg/10 ml |
| Bismuth | | 0.20 mg/10 ml |
| Mercury | | 0.05 mg/10 ml |
| Antimony | | 0.020 mg/10ml |

ASSOCIATED LABORATORIES, INC.
P. O. Box 2858
Wichita, KS  67201
(316) 686-7161
HEW 15-1014
MEDICARE 8041

David L. Palmer, M.D., DIRECTOR

2/16/76    X Hesen
DATE        TECHNOLOGIST

860
103943    2/16/76    DEPT  10
PURKEY,WESLEY 23152154    M    23
ER.    Special care
DR.GOODPASTUER
WESLEY MEDICAL CENTER
550 N. HILLSIDE    called DT

WICHITA,    KS 67214
2-16-76
DRUG SCREEN, BLOOD    7611

STAT    LL    1

Ex_13-000273

## TOXICOLOGY

| TEST | VALUE | THERAPEUTIC RANGE | TEST | VALUE | THERAPEUTIC RANGE |
|---|---|---|---|---|---|
| ANTI-CONVULSANT SCREEN I | | | ANTI-CONVULSANT SCREEN II | | |
| Dilantin | | 10–20 Ug/ml | Zarontin | | >40 Ug/ml |
| Mysoline | | 10–15 Ug/ml | Milontin | | Not estab |
| Phenobarbital | | 15–50 Ug/ml | Mesantoin | | Not estab |
| | | | Celontin | | Not estab |

| BLOOD DRUG SCREEN | VALUE | THERAPEUTIC RANGE (Tentative) |
|---|---|---|
| Blood Alcohol | | 100 mg% Legally Intoxicated |
| Salicylate | | 5–25 mg% |
| Placidyl (Ethchlorvynol) | | 1–2 mg% |
| Dilantin (Diphenlhydantoin) | | 10–20 Ug/ml |
| Doriden (Glutethimide) | | 5–15 Ug/ml |
| Barbiturates | | |
| Pentabarbital | | 5–10 Ug/ml |
| Secobarbital | | 5–10 Ug/ml |
| Amobarbital | | 5–20 Ug/ml |
| Phenobarbital | | 15–50 Ug/ml |
| Noludar (Methyprylone | | 10–20 Ug/ml |
| Meprobamate (Equanil) | | 5–30 Ug/ml |
| Methaqualone (Quaalude) | | 5–10 Ug/ml |
| Other | | |

URINE DRUG SCREEN

| | |
|---|---|
| Amphetamines | negative |
| Barbitureates | |
| Benzodiazepines | |
| Phenothiazines | |
| Morphine | |
| Methadone | |
| Darvon | |
| Demerol | |
| Cocaine | |
| Codeine | |
| Other Meprobamate | positive |
| Salicylate | positive |

ATOMIC ABSORPTION METHODOLOGY

| | VALUE | NORMAL |
|---|---|---|
| Calcium, Serum | | Adult 9–10.5 mg/dl |
| | | Infant 10–12 mg/dl |
| Calcium, Urine | | 100–300 mg/day |
| Magnesium, Serum | | Adult 1.5–2.5meq/L |
| Zinc, Serum | | 55–150 Ug/dl |
| Lithium, Serum | | 0–2.0 meq/L |
| Chromium, Urine | | Toxic >10 Ug/dl |
| Gold, Serum | | |

| | | THERAPEUTIC RANGE |
|---|---|---|
| SERUM BROMIDE | | Up to 150mg/dl |

| HEAVY METALS (Reinsch Test) | RELATIVE SENSITIVITY |
|---|---|
| Arsenic | 0.10 mg/10 ml |
| Bismuth | 0.20 mg/10 ml |
| Mercury | 0.05 mg/10 ml |
| Antimony | 0.020 mg/10ml |

INTERPRETATION

Mature Fetal Lungs=2/1 or Greater

| | | |
|---|---|---|
| L/S RATIO | | Intermediate or |
| L/S RATIO | | Transitory=1/1 |
| | | Immature=<1/1 |

ASSOCIATED LABORATORIES, INC.
P. O. Box 2858
Wichita, KS 67201
(316) 686-7161
HEW 15-1014
MEDICARE 8041

David L. Palmer, M.D., DIRECTOR

2/12/76
DATE            TECHNOLOGIST

6 e ASt
103853        2/16/76        DEPT 10
PURKEY 23152154WESLEY    M   23
ER
DR GOODPASTURE  1-6463   Dis 2/17
WESLEY MEDICAL CENTER
550 N. HILLSIDE

WICHITA,        KS 67214

DRUG SCREEN, URINE

DISMISSED

Ex_13-000274

# T O X I C O L O G Y

| TEST | VALUE | THERAPEUTIC RANGE | TEST | VALUE | THERAPEUTIC RANGE |
|---|---|---|---|---|---|
| **ANTI-CONVULSANT SCREEN I** | | | **ANTI-CONVULSANT SCREEN II** | | |
| Dilantin | | 10-20 Ug/ml | Zarontin | | >40 Ug/ml |
| Mysoline | | 10-15 Ug/ml | Milontin | | Not estab |
| Phenobarbital | | 15-50 Ug/ml | Mesantoin | | Not estab |
| | | | Celontin | | Not estab |

| BLOOD DRUG SCREEN | VALUE | THERAPEUTIC RANGE (Tentative) | Gastric DRUG SCREEN | VALUE | |
|---|---|---|---|---|---|
| Blood Alcohol | | 100 mg% Legally Intoxicated | Amphetamines | negative | |
| Salicylate | | 5-25 mg% | Barbitureates | | |
| Placidyl | | | Benzodiazepines | | |
| (Ethchlorvynol) | | 1-2 mg% | Phenothiazines | | |
| Dilantin | | 10-20 Ug/ml | Morphine | | |
| (Diphenlhydantoin) | | | Methadone | | |
| Doriden | | | Darvon | | |
| (Glutethimide) | | 5-15 Ug/ml | Demerol | | |
| | | | Cocaine | | |
| | | | Codeine | | |
| Barbiturates | | | Other | | |
| Pentabarbital | | 5-10 Ug/ml | | | |
| Secobarbital | | 5-10 Ug/ml | | | |
| Amobarbital | | 5-20 Ug/ml | | | |
| Phenobarbital | | 15-50 Ug/ml | **ATOMIC ABSORPTION METHODOLOGY** | | |
| Noludar | | | | VALUE | NORMAL |
| (Methyprylone | | 10-20 Ug/ml | | | Adult 9-10.5 mg/dl |
| Meprobamate | | | Calcium, Serum | | Infant 10-12 mg/dl |
| (Equanil) | | 5-30 Ug/ml | Calcium, Urine | | 100-300 mg/day |
| Methaqualone | | | Magnesium, Serum | | Adult 1.5-2.5meq/L |
| (Quaalude) | | 5-10 Ug/ml | Zinc, Serum | | 55-150 Ug/dl |
| Other | | | Lithium, Serum | | 0-2.0 meq/L |
| | | | Chromium, Urine | | Toxic >10 Ug/dl |
| | | | Gold, Serum | | |

| | VALUE | THERAPEUTIC RANGE | | | INTERPRETATION |
|---|---|---|---|---|---|
| SERUM BROMIDE | | Up to 150mg/dl | | Mature Fetal Lungs=2/1 or Greater | |

| HEAVY METALS (Reinsch Test) | VALUE | RELATIVE SENSITIVITY | | VALUE | INTERPRETATION |
|---|---|---|---|---|---|
| | | | L/S RATIO | | Intermediate or |
| | | | L/S RATIO | | Transitory=1/1 |
| Arsenic | | 0.10 mg/10 ml | | | Immature=<1/1 |
| Bismuth | | 0.20 mg/10 ml | | | |
| Mercury | | 0.05 mg/10 ml | | | |
| Antimony | | 0.020 mg/10ml | | | |

ASSOCIATED LABORATORIES, INC.
P. O. Box 2858
Wichita, KS 67201
(316) 686-7161
HEW 15-1014
MEDICARE 8041

David L. Palmer, M.D., DIRECTOR

_____      _____
DATE          TECHNOLOGIST

103854          2/16/76          DEPT 10
PURKEY 23152154 WESLEY    M    23
ER      1-6463
DR GOODPASTURE
WESLEY MEDICAL CENTER
550 N. HILLSIDE

WICHITA,          KS 67214

DRUG SCREEN GASTRIC CONTENT

Ex_13-000275

PROGRESSIVE HEMATOLOGY I REPORT FOR
INTENSIVE CARE AND SPECIAL CARE

-92 (AM 10-73 Rev.)

**WESLEY MEDICAL CENTER**
WI. ., KANSAS          1-646-3

Purkey, Wesley

| DATE | HGB M=15+2gm% F=13+2gm% | HCT M=47+8% F=41+6% | WBC 5-10 X $10^3$/cumm | DIFFERENTIAL BANDS 3-5% | SEGS 52-64% | LYMPHS 20-30% | MONO 4-6% | EOS 2-4% | BASO 0-1% | PLATELET ESTIMATE NOR | DEC | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 13.4 | 39 | 6,200 | | 36 | 57 | | 7 | | ✓ | | RBC appear normal (2) 64 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| | PRO TIMES CONT 12-14 | PT. | PA% 50-100% | DATE | SED RATE. M-O- 7mm F -O-15mm | RETIC 0.2-1.5% | PLATELET 140,000- 350,000 | LEE-WHITE 10-15 min | MISCELLANEOUS AND REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

NAME: Purkey, Wesley          HOSPITAL #: 14793626

DOCTOR: Goodpasture          AGE: 23

Ex_13-000276

Case 1:19-cv-03570-TSC   Document 1-5   Filed 11/26/19   Page 25 of 60

LEADS I, II, III    AVR-AVL-AVF    V1-V2-V3    V4-V5-V6    CAL. 1 MV

PURKEY, WESLEY    DR. H. GOODPASTURE    646-3



PERMAPAPER NO. 9270-0767    hp HEWLETT · PACK/

PURKEY, WESLEY

| | | | |
|---|---|---|---|
| AURICULAR RATE | 79 | ELECTRICAL AXIS | +60° |
| VENTRICULAR RATE | 79 | PR INTERVAL | .16 |
| RHYTHM | sinus | QRS INTERVAL | .06 |
| | | QT INTERVAL | .38 |

AGE: 24    DR. H. GOODPASTURE    DATE: 2-16-76    # 14793626    RM.: 646-3

ST segment elevation in V5 and V6 (1 mm). Tracing is within normal limits.

gs

Ex_13-000277

PHYSICIAN'S ORDERS
MR-03 (4-67 REV.)

**WESLEY MEDICAL CENTER**
WICHITA, KANSAS 67214

1-646-3
STA 787

PURKEY 14393626 WESLEY
MED/GOODPASTURE MED M
MURRAY
2-16-76 B

| NOTED BY NURSE | WRITTEN DATE | HOUR | √ | ORDER AND SIGNATURE | Rx** |
|---|---|---|---|---|---|
| | 2/15/71 | | ✓ | (1) Admit to MIICU | |
| | | | ✓ | (2) Dx - Drug Overdose | |
| | | | ✓ | (3) Bedrest w. Ambulate with Assistance — H.II | |
| | | | ✓ | (4) Diet - NPO till ~ alert the proper by dict | |
| | | | ✓ | (5) VS q 30 min x 4 then q 1hr x 2 thing q 4 hr. | |
| | | | | (6) SMAC | |
| | | | | (7) Lytes STAT call to Dr. Murray | |
| | | | | (8) CBC w/A FCT BS STAT | |
| | | | | (9) Urine and Serum Drug screen Stat call to Dr. Murray | |
| | | | ✓ | (10) HAA | |
| | | | | (11) CXR Port. Now Re overdose | |
| | | | ✓ | (12) EKG tonight | |
| | | | | (13) IV D5W/.45 N.S. to run at 200cc/hr. Add 10 meg KCl to 1000cc bottle | |
| | | | ✓ | (14) Weigh Daily, I+O | |
| | | | | (15) Foley Catheter | |
| | | | | (16) Gastric lavage → Drug Screen    R. Murray | |
| | | | | (17) Lytes BUN, Cr. in AM | |
| | | | ✓ | (18) ABG Now call to Dr. Murray | |
| | | | ✓ | (19) Neuro check q 1 hr. x 4 then 2 hr. x 2 then q 4 hr. | |
| | | | ✓ | (20) NG tube    R. Murray | |
| M Goodwin RN | 2/16 | 1³⁰/a | ✓ | Add 30 mEq KCl to each liter of IV fluid P.O. Dr. Murray /M Goodwin R. Murray | |
| 2 Fletcher RN | 2-16-76 | 845 pm. | | (1) ↓ IV to 125 cc/hr.    R. Murray | |
| 2 Fletcher RN | 2-16-76 | | ✓ | (1) ↑ IV to 175 cc/hr. | |
| | | | ✓ | (2) Cardiac Monitoring + O AM | |
| | | | ✓ | (3) Lytes at ~ then    R. Murray | |

**Authorization is given for the pharmacy dispensing of a generic (Therapeutic) equivalent medication, identical in strength, dosage form, and content of active ingredient as governed by the pharmacy committee of this hospital UNLESS THIS COLUMN IS CHECKED NEXT TO THE ORDERED MEDICATION . . .

Ex_13-000278

PHYSICIAN'S ORDERS
MR-03 (4-67 REV.)

1-646-3
STA 787

**WESLEY MEDICAL CENTER**
WICHITA, KANSAS 67214

PURKEY 14793626 WESLEY
MED/GOODPASTURE MED H 24
MURRAY
2-16-76 R ▪■▐

| NOTED BY NURSE | WRITTEN DATE | HOUR | V | ORDER AND SIGNATURE | RX** |
|---|---|---|---|---|---|
| | | | | ① DC IV | |
| | | | | ② DC Foley | |
| | | | | ③ Advance to Reg. Diet. | |
| | | | | ④ Transfer Consult to → Dr. Jehan ↓OK Re overdose | |
| | | | | ⑤ DC Cardiac Monitor IN AM   R. Murray | |
| A. Hull | 2/16/76 | 5³⁰ | | | |
| M. Fletcher RN | 2/16/76 | | | ① Ambulate ad lib   Rick Murray | |
| M. Fletcher RN | Feb 17, 76 | | ✓ | Dismiss if O.K. with Dr. Good Pasture.   SJ | |
| J. Fletcher RN | 2-17-76 | | | Dismiss per Dr. Murray / Truax   R. Murray ✓ | |
| | | | | | |

**Authorization is given for the pharmacy dispensing of a generic (Therapeutic) equivalent medication, identical in strength, dosage form, and content of active ingredient as governed by the pharmacy committee of this hospital UNLESS THIS COLUMN IS CHECKED NEXT TO THE ORDERED MEDICATION . . .

Ex_13-000279



BLOOD PRESSURE GRAPHIC
MR-60(4-67801)

WESLEY MEDICAL CENTER
Wichita, Kansas 67214

1-646-3
STA 787

PURKEY 14793626 WESLEY
MED/GOODPASTURE MED M 2
MURRAY
2-16-76 B

*EXTEND VERTICAL LINE THROUGH DATE SPACE FOLLOWING
LAST BLOOD PRESSURE RECORDED FOR THAT DATE

RECORD: B. P. IN BLUE.
PULSE IN RED.

NEUROLOGICAL CHECK LIST
NS-90 (AM 4-74 Rev.)

**ORIENTATION**
1. Place, date, time, person.
2. Partial orientation or inconsistent.
3. Grossly disoriented.
4. Unable to communicate.

**LEVEL OF CONSCIOUSNESS**
1. Bright, awake, alert
2. Somnulent, lethargic, but arouses easily.
3. Arouses with some difficulty.
4. Unresponsive to aggressive stimulant, but arouses to pain.
5. Totally unresponsive.

**EXTREMITY STRENGTH**
0- normal for patient
-1  slight weakness
-2  moderate weakness
-3  extensive weakness
-4  paralysis or no
    strength  (Movement)

PURKEY 14793626 WESLEY
MED/GO COPASTURE MED M 2
MURRAY
2-16-76 B

| Date | Time | T | P | R | B/P | Out Put | CVP | Pupil Size & Reaction Draw | | Arm Movement | | Leg Movement | | ORIENT. | CONSC I. | Remarks |
|------|------|---|---|---|-----|---------|-----|------|------|------|------|------|------|------|------|---------|
| | | | | | | | | Lt. | Rt. | Lt. | Rt. | Lt. | Rt. | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

Ex_13-000281

NEUROLOGICAL CHECK LIST
NS-90 (AM 4-74 Rev.)

**ORIENTATION**
1. Place, date, time, person.
2. Partial orientation or inconsistent.
3. Grossly disoriented.
4. Unable to communicate.

**LEVEL OF CONSCIOUSNESS**
1. Bright, awake, alert
2. Somnulent, lethargic, but arouses easily.
3. Arouses with some difficulty.
4. Unresponsive to aggressive stimulant, but arouses to pain.
5. Totally unresponsive.

**EXTREMITY STRENGTH**
0- normal for patient
-1 slight weakness
-2 moderate weakness
-3 extensive weakness
-4 paralysis or no
    strength (Movement)

PURKEY 14793626 WESLEY
MED/GO (OPASTURE MED M 24
MURRAY
2-16-76 B

| Date | Time | T | P | R | B/P | Out Put | CVP | Pupil Size & Reaction Draw Lt. | Rt. | Arm Movement Lt. | Rt. | Leg Movement Lt. | Rt. | ORIENT. | CONSCI. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16/7/6 | 10⁸ | 97⁴ | 53 | 16 | 100/68 | | | O + | O + | O | O | O | O | 3 | 3 | |
| | 2⁰ | 97⁸ | 60 | 16 | 102/70 | | | O + | O + | O | O | O | O | 1-2 | 1-2 | |
| | 6 | 98⁴ | 64 | 18 | 110/80 | | | C + | C + | O | O | O | O | 1-2 | 1-2 | |
| | 10 | 98⁰ | 56 | 15 | 120/82 | | | C + | C + | O | O | O | O | 2 | R | |
| 1/7 | 2⁰⁰ | 98² | 64 | 16 | 90/60 | | | O + | O + | O | O | O | O | 2 | 2 | |
| | 6⁰⁰ | 98⁴ | 56 | 16 | 110/68 | | | O + | O + | O | O | O | O | 2 | 2 | |
| | 10 | 98 | 60 | 16 | 110/60 | | | O + | O + | O | O | O | O | 1 | 1 | |

PURKEY 14793626 WESLEY
MED/GO (OPASTURE MED M 24
MURRAY
5 16 16 B

Ex_13-000282

| DATE | | 7/10 | 7/7 | -/10 | -/11 |
|---|---|---|---|---|---|
| PERSON ASSIGNED TO PATIENT | 11-7 | C Snellen | H. Gaston. NUA | | |
| | 7-3 | D. Franklin LPN | M. Hickman LPN | | |
| | 3-11 | D Baurem LPA | | | |
| TEAM LEADER | 11-7 | M. Goodwin LN | M. Goodwin RN | | |
| | 7-3 | T. Fletcher R.N. | T. Fletcher RN | | |
| | 3-11 | D Shendley CA | | | |
| DAILY BLOOD PRESSURE | | | | | |
| WEIGHT | | | 166# | | |
| STOOLS | | O    O    O | O  error  TT | | |
| DIET — TYPE | | NPO | | | |
| DIET — APPETITE | | B NPO  L NPO  D W | B W  L     D | B     L     D | B     L     D |
| DOCTORS' VISITS | | ✓ ✓ | ✓  ↑↓ | | |
| Dr. Goodpasture | | ✓ | | | |
| Dr. Murry | | ✓ | | | |
| Dr Ross | | ✓ | | | |
| COMPLETE BED BATH | | ✓ 8³⁰ AM. | | | |
| ASSIST BATH | | | | | |
| SHOWER | | | 8⁰⁰ | | |
| TUB | | | | | |
| AM care | | 6⁰⁰ | 6⁰⁰ | | |
| BACK RUB | | ✓ 8³⁰ A | ✓ | O | |
| | | | | | |
| | | | | | |
| ORAL CARE (TYPE) | | ✓ 2⁰⁶ | ✓ self Brushed | | |
| | | | | | |
| DANGLE | | | | | |
| CHAIR | | | | | |
| ACTIVITY AMBULATE | | X1 | ✓ Begi freq. | | |
| Bedrest | | ↑3 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TREATMENTS | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| SITZ BATH | | | | | |

Ex_13-000283

MEDICATION - TREATMENT GRAPHIC RECORD
MR-62 (6-73 REV.)

WESLEY MEDICAL CENTER
Wichita, Kansas 67214

i-646-3
STA 787

PURKEY 14793626 WESLEY
MED/GOODPASTURE MED M-2
MURRAY

| | | DATE | 2/16 | | | | | | 2/17 | | | | | | 2/18 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PULSE | TEMP. | A.M. | | | P.M. | | | A.M. | | | P.M. | | | A.M. | | | P.M. | | | A.M. | | | P.M. |
| | | | 3 | 7 | 11 | 3 | 7 | 11 | 3 | 7 | 11 | 3 | 7 | 11 | 3 | 7 | 11 | 3 | 7 | 11 | 3 | 7 | 11 | 3 | 7 | 1 |

(Pulse/Temperature graph with rows: 160–106, 150–105, 140–104, 130–103, 120–102, 110–101, 100–100, 90–99, 80–98, 70–97, 60 RESP 40, 50–30, 40–20, 30–10. INDICATE PULSE IN RED INK. INDICATE TEMPERATURE IN BLUE INK.)

| | 11-7 | 24Hr.Tot | 7-3 | 3-11 | 11-7 | 24Hr.Tot | 7-3 | 3-11 | 11-7 | 24Hr.Tot | 7-3 | 3-11 | 11-7 | 24Hr.Tot | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADMISSION B/P | | | | | | | | | | | | | | | | |
| PARENTERAL | | 2540 | | | | 1560 | | | | | | | | | | |
| ORAL | NPO | 2000 | NPO | 800 | 200 | 1600 | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| TOTAL INTAKE | NPO | 2500 | | 800 | 200 | 2500 | | | | | | | | | | |
| URINE | 2000 | 2000 | 500 | 160 | 1000 | 1660 | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| TOTAL OUTPUT | 2000 | 2000 | 500 | 160 | 1000 | 1660 | | | | | | | | | | |

| MEDICINE NURSE | 11-7 — 7-3 — 3-11 | | | 11-7 — 7-3 — 3-11 | | | 11-7 — 7-3 — 3-11 | | | 11-7 — 7-3 — 3-11 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

MEDICATIONS

INTRAVENOUS THERAPY

1,000 cc D5½ NS
+ 20 meq KCl     #1 ER #204 #409
                 #204 #409

Ex_13-000284



Ex_13-000285

STA. 787

**ADMISSION NURSES' NOTES**
MR-58 (7-73 REV.)

**WESLEY MEDICAL CENTER**
Wichita, Kansas 67214

PURKEY 14793626 WESLEY
MED/GOODPASTURE MED M 24
MURRAY
2-16-76 B ███

| Date | Time | |
|------|------|--|
| 2/16/76 | 1⁰⁰/A | Occupation: Harmans |

Religion: CATHELIC

Relative to be called if needed: CARRIE BURCE      Phone: ███ ███

Patient wants to be addressed as: Wesley

How admitted: Ambulatory ☐  Wheelchair ☐  Cart ☒  UA to Lab: Yes ☐ No ☐

Reason for hospitalization: OD.      Known allergies None known

Admitted from: PAC ☐   ER ☒   X-ray ☐   OR ☐   Direct Admit ☐

Vital signs: T 96²/R  P 68  R 26  B/P 108/62  Ht. 6'1"  Wt. 185

Pt. has been to X-ray @ Wesley before: Yes ☐ ?  No ☒

Special food restriction or diet: Yes ☐  No ☒

Prosthesis: Dentures, Upper ☐  Lower ☐   Contact Lens   Rt ☐  Lt ☐   Glasses ☐

Other: _____

Date of last Anesthesia: Unknown   Type: _____

Attending physician notified by: Ambulance came by ferrin  Time: 10⁵ PM

Pt. brought own medications: Yes ☐   No ☐   Pt's meds sent to Pharmacy by: _____

Valuables: Given to relative ☐      Left in P.A.C. ☐

Signature _____

| Date | Time | Observations | Date | Time | Observations |
|------|------|-------------|------|------|-------------|
| 2/16/76 | 1⁰/A | See next nursing notes. | | | |

Ex_13-000286

NURSES' NOTES
MR-59 (4-67602)

WESLEY MEDICAL CENTER
Wichita, Kansas 67214

1-646-3
STA.787

FURKEY 14793626 WESLEY
MED/GOODPASTURE MED M 2
MURRAY
2-16-76 B

| DATE | TIME | OBSERVATIONS | DATE | TIME | OBSERVATIONS |
|------|------|--------------|------|------|--------------|
| 2/16 | 1⁰⁰ | From ER. Per CART c̄ Attendant | | | et security - IV INfusing |
| | | (R) arm @ 2000 hr. Foley patent c̄ Amber color urine 1400 in |
| | | Foley bag - Pupils Dilated Reacts slowly - Ng tube in place |
| | | et clamped - VS - 108/62 - 68-26 - 96² UN Responsive @ |
| | | this time to painful stimuli |
| | 1³⁰ | VS - 110/60 - 72=24 - Responds only slightly - Pupils Dilated |
| | | Reacts slowly - IV infusing - Foley patent |
| | 2⁰⁰ | VS - 110/64 - 72-24 - Responding some. Pupils A little |
| | | less Dilated - Responds slowly |
| | 2³⁰ | VS - 110/70 - 72-16 - Responds c̄ Difficulty - Preset |
| | | slowly. mumbles few words unable to understand. |
| | 3⁰⁰ | VS - 134/92 - 81-24 T 96³R. P≠BM. Responds better |
| | | to painful stimuli - still unable to understand words |
| | 5⁰⁰ | VS - 128/82 - 80-20 Ng tube DC - Ambulated c̄ |
| | | help to hall et Back - did poorly. Unable to understand |
| | | words - will not open eyes by self |
| | 6⁰⁰ | VS - 130/80 - 84-20 - 98² - Foley patent c̄ amber color urine |
| | | 2000 from trap - Skin warm et Dry color good. PERL. |
| | | moves All to painful stimuli - very lethargic - Arouses |
| | | c̄ Difficulty. ng tube DC @ 520 - IV infusing (R) arm |
| | | @ 2000 hr - Had a poor insert c̄ Snell rp n - |
| 2/16 | 7³⁰ | PT. IN BED c̄ H.O.B. ELEVATED. LETHARGIC ET DIFFICULT TO AROUSE |
| | | SKIN WARM ET DRY - COLOR GOOD c̄ PINK TONES. IV. FUSING |
| | | WELL IN RT ARM FOLEY INC - DRAINING WELL. c̄ AMBER COLOR |
| | | URINE. |
| | 8³⁰ | AM. CARE GIVEN STILL VERY difficult TO AROUSE. VISITOR HERE |
| | | UNABLE TO AROUSE. PT AROUSES ET ANSWERS QUESTIONS WHEN NUR |
| | | TALKS TO HIM. |
| | 9³⁰ | IV. IN RT. ARM fusing well @ 200cc hr. FOLEY DRAINING WELL. |
| | 10⁰⁰ | BP. 100/68 @ 53 @ 16 T 97⁴@ LETHARGIC RESPONDS POORLY. DR INC ET |
| | | CHECKED PT. IVAC ON @ 175 IN RT ARM PT. PLACED ON MONITOR c̄ |
| | | HR O.R. |
| | 30 | | | | STIMULATION VISITOR HERE |

Ex_13-000287

NURSES' NOTES
MR-59R (4-67602)

| DATE | TIME | OBSERVATIONS | DATE | TIME | OBSERVATIONS |
|------|------|--------------|------|------|--------------|
| 2/12/10 | 11³⁰ | IVAC @ 175 FOLEY IN - DRAINING | | | WELL. — RESPONDS TO STIMULATION — |
| | | WILL ANSWER QUESTIONS ET | | | OPEN EYES WHEN TALKED TO — |
| | 12³⁰ | IVAC GOING @ 175 FOLEY DRAINING — | | | MONITOR ON Ē HR. O.R. SEEMS |
| | | TO BE RESPONDING MORE AT | | | THIS TIME — |
| | 1³⁰ | MORE ALERT AT THIS TIME — BECOMMING MORE ORENTATED — |
| | 2⁵⁰ | IS AWARE — ABLE TO COMMUNICATE. SAT UP IN BED ET BRUSHED |
| | | OWN TEETH Ē HELP — STATED HE TOOK ③or④ GREY SLEEPING PILLS |
| | | ET 4 LARGE WHITE PAIN PILLS WAS DRINKING WINE ET SEVERAL |
| | | BEERS LAST PM. REMEMBERS GOING HOME BUT DOES NOT REMEMBE |
| | | COMMING TO HOSPITAL. STATES HE WANTS TO SEE HIS DOCTOR. ET |
| | | WANTS TO GO HOME. ALSO STATES HE IS HUNGRY AT THIS TIME. |
| | 3⁰⁰ | MONITOR GOING Ē HR OR. IVAC @ 175 IN RT ARM. MONITOR OR. PATTER |
| | | IN BRADYCARDIA COLOR GOOD Ē PINK TONES IN CHEEKS. SKIN WARM ET |
| | | DRY FOLEY IN ET DRAINING WELL — AMBER COLOR URINE PT IN BED Ē |
| | | H.O.B ELEVATED. IS AWAKE ET ALERT — ORIENTATED TO SURROANDING.S. CRANI |
| | | CHECKS EVEN ET REACT TO LIGHT. STATES HE WOULD LIKE SOMETHING |
| | | TO EAT. ET DRINK — — D. Franklin LPN — |
| | 4p | Skin warm and dry color good. Pt awake |
| | | and oriented. Slurred words slightly. Monitor |
| | | pattern appears to be sinus bradycardia |
| | | rate 56. IV infusing into right forearm |
| | | at 175 cc/hr per IVAC. Foley draining light |
| | | amber urine. |
| | 5p | IV dc'd and foley dc'd. Foley emptied for 1160cc. |
| | | amber urine. Pt wanting to smoke. |
| | 6p | Pt ate dinner diet well. Girlfriend at bedside |
| | | Pt talks inappropriate at times. |
| | 8p | Pt confused. Talking if he was at home, |
| | | thinks people are here who are not. |
| | | Pt talks about going to leave the hos. |

Ex_13-000288

STA 787

PURKEY 14793626 WESLEY
MED/GO COPASTURE MED M 24
MURRAY
2-16-76 B

| DATE | TIME | OBSERVATIONS | DATE | TIME | OBSERVATIONS |
|---|---|---|---|---|---|
| | | pital when told where he is. Seems to be oriented at times, then talks unappropriately. Pt looking for things he like a paper bag, his lighter he just had and other things that aren't in the room or just don't exist. | | | |
| | 10p | Pt ambulated in hall, tolerated well. Pt stated he was going to "sign myself out." But finally stated he would stay the night. Then pt state "look, there are fifteen mice up there (pointing at the ceiling)" or maybe "they are bugs." appear unalarmed about seeing "mice or bugs." | | | |
| | 11p | Skin warm and dry. Color good. Pt has not voided since cath DC'd at 5:00. Appears to be resting. ——— D Bourbird NA | | | |
| 2/17 | 12°° | Awake. Appears confused @ times. Hallucinating. Appears oriented @ times. Orientation comes & goes. Skin warm & dry, color good. Monitor c hourly over rides. Out in hall in chair to smoke cigarette. Tol. ambulation well c assistance | | | |
| | 2°° | Awake. Confused. Vitals taken: BP-98/60, P-64, R-16, T-98² Hourly over rides obtained. Skin warm & dry, color good. Voided 680cc clear amber urine. Sleeps @ short intervals only. | | | |
| | 4°° | Sleeping @ short intervals. Very restless & confused. Skin warm & dry, color good. | | | |
| | 6°° | Awake. Very confused!!!! Skin warm & dry, color good. Vitals taken, BP-118/68, P-56, R-16, T-98⁴ Stood to weigh-166# Ambulates self c reg. Restless & agitated. Monitor DC'd by RN. Slept poor. | | | |
| | 6³° | Awake. Walking about room. Appears very restless & agitated @ this time. D. Saxton NA | | | |

NURSES' NOTES

Ex_13-000289

NURSES' NOTES
MR-59R (4-67602)

| DATE | TIME | OBSERVATIONS | DATE | TIME | OBSERVATIONS |
|------|------|--------------|------|------|--------------|
| 2/7 | 8⁰⁰ | Skin warm & dry - color good. Awake - appears disoriented @ times. Tolerated breakfast well. Ambulated to shower room & shower taken. Oral care per self. Ambulated to nurses station to make a phone call. — | | | |
| | 10⁰⁰ | Girl Friend here - Pt. ambulated to lounge to smoke. Offers no complaints @ this time. — | | | |
| | 12⁰⁰ | Tolerated lunch well. Visiting c girlfriend. No complaints | | | |
| | 1⁰⁰ | Dismissed c belongings. Ambulated c nurse escort. M Hickman RN | | | |

Ex_13-000290

Case 1:19-cv-03570-TSC    Document 1-5    Filed 11/26/19    Page 39 of 60

2-17-76

Home

23152154

**WESLEY MEDICAL CENTER**
**DEPARTMENT OF ROENTGENOLOGY—REPORT**
WICHITA, KANSAS

479362    dismissed

X-RAY NO.    236010

| NAME | SEX | AGE | SERVICE | DOCTOR | EXAMINATION DATE |
|------|-----|-----|---------|--------|------------------|
| PURKEY, WESLEY | M | 23 | ER-046 | GOOD PASTURE/ACS | 2-16-76 |

PORT. CHEST: 12:40 A.M.

THE HEART & LUNGS ARE GROSSLY WITHIN NORMAL LIMITS. THE PT. HAS A NASOGASTRIC TUBE IN PLACE.

S.E. HERSHORN, MD./SP 2-16-76

RAD-06 (8-67-10M)

CHART



Ex_13-000291

Technicon SMAC System

PREPARED TO THE SPECIFICATIONS OF: ASSOCIATED LABORATORIES, INC.
WICHITA, KS 67214

| 103860 | PURKEY, WESLEY |  |
| MEDICAL RECORD | PATIENT'S NAME |  |
| DOCTOR'S NAME | LOCATION | 000008 IDee |
| REMARKS |  |  |

| 02/16/76  13:15 | 8. |
| DATE/TIME | SEQUENCE NO. |

| Test | Value | Unit | Test | Value | Unit |
|---|---|---|---|---|---|
| Calcium | 8.8 | mg/dl | Iron | 81. | mcg/dl |
| Glucose | 161. | mg/dl | Alk. P'tase | 55. | U/L |
| BUN | 4. | mg/dl | CPK | 39. | U/L |
| Creatinine | 0.8 | mg/dl | LDH | 177 | U/L |
| Uric Acid | 5.7 | mg/dl | SGOT | 17. | U/L |
| Triglycerides | 181. | mg/dl | SGPT | 24. | U/L |
| Cholesterol | 124. | mg/dl | Na | 143 | meq/L |
| Total Protein | 6.4 | g/dl | K | 3.0 | meq/L |
| Albumin | 3.7 | g/dl | Cl | 106 | meq/L |
| Total Bili | 0.2 | mg/dl | CO2 | 20. | meq/L |
| A/G | 1.37 |  | Globulin | 2.70 |  |
| BUN/ Creatinine | 5.00 |  | Balance Na- (Cl+CO2) | 17.00 |  |

479362

```
103860          2/16/76      DEPT  12
PURKEY 23152154 WESLEY   M   23
ER
DR GOODPASTURE
WESLEY MEDICAL CENTER    Called 10:50PM
550 N. HILLSIDE             2/16/76
                            R.U.H
WICHITA,         KS 67214
STAT
SMAC                     ADM
                                  VR   1
```

Ex_13-000292

St. Francis Hospital and School of Nursing - Wichita, Kansas

# EMERGENCY MEDICAL RECORD

PLEASE TYPE or PRINT LEGIBLY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ASE NO. E497708. | | | | | | | DATE PREVIOUS ADM. (IF ANY) |
| AGE 1 | HC | | | | | | |

| FAMILY NAME | FIRST NAME | MIDDLE INITIAL | RELIGION | PHONE. PATIENT OR RESPONSIBLE PARTY | ADMISSION DATE AND HOUR | | |
|---|---|---|---|---|---|---|---|
| URKEY WESLEY I | | · | CATH | 264-3198 | 05-28-76  11:44 AM | | IP |

| DRESS | CITY | STATE | ZIP | AGE | RACE | SEX | DATE OF BIRTH | CIVIL STATUS M S W D SEP | NAME LAST ADM. |
|---|---|---|---|---|---|---|---|---|---|
| | WICHITA KS | | 67203 | 024 | W | M | | MAR | |

| EMPLOYER OF PATIENT (IF ANY) | ADDRESS OF EMPLOYER | MAIDEN NAME |
|---|---|---|
| LLIS AUTO AUCTION | | |

| RELATIVE OR FRIEND; PARENT OR GUARDIAN IF MINOR | ADDRESS | PHONE NO. |
|---|---|---|
| URKEY TIEA WIF | | |

| NAME AND STATE B/C - B/S PLAN | CONTRACT NO. | GROUP NO. | NAME OF SUBSCRIBER |
|---|---|---|---|
| | | | |

| SOC. SEC. NO. | MEDICARE NO. | MEDICAID NO. | WORK COMP.? |
|---|---|---|---|
| | | | YES    NO  X |

OTHER INSURANCE INFORMATION-IF GROUP NAME AND ADDRESS OF EMPLOYER

INDIVIDUAL POLICY-INSURANCE CO. AND ADDRESS-POLICY NO.

| PERSON OR COMPANY RESPONSIBLE FOR PAYMENT OF SERVICE-INCLUDE ADDRESS | | | PHONE NO. |
|---|---|---|---|
| URKEY WESLEY I    134 N CHARLES    WICHITA KS | | | 264-3198 |
| EMPLOYER OF RESPONSIBLE PARTY (IF OTHER THAN PATIENT) | ADDRESS | | RELATION OF PARTY |
| LLIS AUTO AUCTION | | | SEL |

---

### AUTHORIZATION FOR EMERGENCY TREATMENT

The undersigned has been informed of the emergency care and treatment considered necessary for the patient hereinbefore mentioned and acknowledges that the treatment and procedures will be performed by or under the supervision of a licensed physician selected by the undersigned or approved by the undersigned.

The nature of the ailment, the nature and purpose of the proposed procedure, the risks and unfortunate results or possible complications and of unforeseen physical conditions within the body, and the possible alternatives have been explained to and understood by the undersigned.

The undersigned hereby requests that said care and treatment be carried out by Dr. ___Daniels___ and agrees to assume any risks involved. The undersigned is aware that the practice of medicine and surgery is not an exact science and acknowledges that no guarantees have been made as to the results that may be obtained from the care and treatment.

Date 5-28-76   Time 12:00   A.M./P.M.   Signed X_____ PATIENT

Helen white LPN   Or _____   _____
WITNESS            AUTHORIZED PERSON      RELATION TO PATIENT

---

### COMMUNICATION WITH ATTENDING STAFF DOCTOR

| NAME OF DOCTOR | NO. PHONED | TIME | CALLED BY | RESULTS |
|---|---|---|---|---|
| M DANIELS ACC | | | | |
| Pantoscoy | acc | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| NOTIFIED: | RELATIVE ◯ | POLICE ◯ | CORONER ◯ | BY WHOM | TIME | AM PM |
|---|---|---|---|---|---|---|

OFFICER'S SIGNATURE: _____   DISTRICT: _____

DANIELS    LABORATORY: YES ◯   **000850**   X-RAY: YES ⊗   NO ◯

MEDICAL RECORDS

Ex_13-000293

Case 2:19-cv-00414-JPH-DLP   Document 23-18   Filed 09/12/19   Page 19 of 55 PageID #: 4291

X-RAY ☒   LAB. ◯   ADMIT ◯

St. Francis Hospital School of Nursing - Wichita, Kansas

CASE NO. *497708*
PAGE 2

**EMERGENCY MEDICAL RECORD**
PLEASE TYPE or PRINT LEGIBLY

PATIENT NAME *Puckey, Wesley I*      DR. *Santorcoy*

BRIEF HISTORY / NURSES NOTES:
IF ACCIDENT STATE WHERE, WHEN AND HOW INJURED; IF ILLNESS DESCRIBE   TEMP. 97⁶   P 60   R 16   BP 112/80

Amb Self - in fight @ So Meridan c̄ City Police Black ⓇEye Wed nights - left side of face swollen - nose & left jaw - 40 inj. no known med allergies - 3½ mos ago tet. - Exam Dr Dr RAWIEUS 12¹⁵ X-Ray HTB For Nose & Facial Bones - RX - advised & released amb. c̄ Instructions

_Billy Hogan_
_Helen White LPN_
NURSES SIGNATURE

PHYSICIANS REPORT:
CONDITION ON ADMISSION:   GOOD ⊙   FAIR ___   POOR ___   SHOCK ___   HEMORRHAGE ___   COMA ___

Swelling of left face with Purple discoloration of left face below eye no diplopia.

TREATMENT AND ORDERS: X ray nose & facials

DIAGNOSIS: Contusion of face.

DISPOSITION OF CASE: _Home_

CONDITION ON DISCHARGE:
GOOD ⊙   FAIR ___   POOR ___

REFERRED TO DR.: _None_                DATE

INSTRUCTIONS TO PATIENT: See Ashtaeny Clinic if symptoms persist.

PATIENT'S SIGNATURE _Wesley Puckey_   DATE May 28/1976   TIME 7 50 AM/PM   ATTENDING PHYSICIAN _____ M.D.
31-185                                                   MEDICAL RECORDS

**000851**

Ex_13-000294

# DIAGNOSTIC TEST RESULTS

(TEMPORARY RECORD OF VERBAL REPORTS)

### LABORATORY

| PROCEDURE | REPORT | REPORTED BY | TIME |
|-----------|--------|-------------|------|
|           |        |             |      |
|           |        |             |      |
|           |        |             |      |
|           |        |             |      |
|           |        |             |      |

### X—RAY

| PROCEDURE | REPORT | REPORTED BY | TIME |
|-----------|--------|-------------|------|
|           |        |             |      |
|           |        |             |      |
|           |        |             |      |
|           |        |             |      |

### E K G

### OTHER

**000852**

Ex_13-000295

**ST. FRANCIS HOSPITAL**
X—RAY DEPARTMENT

01-382

| | | | |
|---|---|---|---|
| PURKEY | WESLEY | I | M. M. SOMERS, M.D., DIRECTOR |
| Last | First | Int. | |

| | | | | |
|---|---|---|---|---|
| Add. | ███████ | | Film No. | D 13269 |
| Date | 5-28-76 Age 24 M. /9/ Birth Date ███████ | | Part Exam. | NASAL BONES/FACIAL BONES |
| Dr. | R.M. DANIELS | Case No. | Room No. | ER |

Nasal bone:  No fracture of the nasal bone is seen.

Facial bones:  No evidence of fracture about the facial bones.    (HIK:cj)

*Herbert J. Hodson M.D.*

**Radiology**

000853

Ex_13-000296

**ST. FRANCIS HOSPITAL**
**X—RAY DEPARTMENT**
*M. M. SOMERS, M.D., DIRECTOR*

01-382

| | | | |
|---|---|---|---|
| PURKEY | WESLEY | I. | |
| ast | First | Int. | |

| | | | |
|---|---|---|---|
| dd. | | Film No. | D 13269 |
| ate 5/28/76   Age 24 M. F // Birth Date | | Part Exam. | ZYGOMA LT. |
| r. DANIELS | Case No. | Room No. | ER/ACC |

The left zygoma is minimally depressed. No definite fracture is seen. However, with a history of trauma in this area with the fracture depressed slightly, probably represents a green—stick type of fracture. (HIK:be)

*Herbert J. Hodson M.D.*

000854

KANSAS STATE RECEPTION AND DIAGNOSTIC CENTER

Report of Psychiatric Evaluation

PURKEY, Wesley
23457
November 16, 1976

Evaluating Team:
    Mario Arredondo, M.D., Psychiatrist
    Mani Lee, LMSW, Social Worker
    Larry Zimmerman, M.S., Psychologist

I.    Identification:

        Mr. Wesley Purkey is a 24 year old, common-law married, Caucasian, common laborer with a GED from Wichita, Kansas, who was convicted by pleas of guilty of robbery and theft along with parole violation and on September 27, 1976, was sentenced in the Sedgwick County District Court to a controlling term of 1 to 20 years. He was also sentenced on September 1, 1970, in the same court to a controlling term of 10 to 20 years for burglary. Mr. Purkey was transferred from KSIR to KRDC on October 28, 1976, for the purpose of evaluation.

        The sources of information used in the report include: Mr. Purkey's extensive penal records; interviews with the subject; a case report from his parole officer, Mr. Preston Miller; background information completed by his common-law wife; a transcript from Hutchinson Community Junior College.

II.    Clinical-Historical Data:

        A. Offender's background

        Mr. Purkey was evaluated at KRDC on May 24, 1971 and on October 10, 1974. The reports are on file and will be made available to authorized persons or agencies.

        Upon completion of his evaluation at KRDC in 1974, he was transferred to KSIR where he stayed until April, 1975, working mostly in the kitchen as a butcher and baker. He was placed in the Toronto Honor Camp for about five months before he was sent back to KSIR in September, 1975, for violating the rules with drinking. He was finally paroled in December, 1975.

        He worked as a cook for three days in February, 1976. He also worked at a car wash as an attendant for some weeks and other short-term labor jobs. Mr. Purkey explained that he could not hold a job because he did not know how to behave outside prison. He said, "I acted like doing time even out there. Outside jobs require entire different work habits and I didn't know what they were. And because I knew I was coming back to prison, I wanted to enjoy as much as I could."

        Mr. Purkey used drugs and alcohol very heavily during the short period that he was free. He was hospitalized at the Wesley Medical Center in January 1976 for an overdose of heroin.

        In February, 1976, Mr. Purkey formed a common-law relationship with a 19 year old woman who has a three year old daughter from her previous

000867

Ex_13-000298

PURKEY, Wesley                          -2-            Report of Psychiatric Evaluation

relationship.  The wife stated that she would wait for his return, but Mr.
Purkey is not sure of the future of this relationship.  The wife and her child
are supported by welfare and it is questionnable if she will be a positive
resource for him.  Mr. Purkey's alcoholic mother appears to be in the same
state as before and will not be any help for Mr. Purkey.

Although Mr. Purkey claims that he has earned some academic credits
through the Hutchinson Junior College, the record shows that he withdrew from
all the courses.  Mr. Purkey, however, expresses some realistic plans for
his future that he will take some more training in welding, during his
incarceration.

B. Offender's Version of the Present Offense

"It happened in April, 1976.  I was arrested for robbery and theft
because I was trying to do a favor for my old girlfriend.  We went to a guy
who owed her some money and asked him to give her the money back.  He and I
got into an argument and cussed at each other.  I slapped him once and he
gave her three or four dollars.  After that, we went to a bar and drank.  When
we were through with drinking, we drove somebody else's car home, because
we didn't have any transportation and we saw the car with the key in it.  I
was arrested about a month later."

III.  Psychiatric Examinational Data:

This writer has read the information available in the chart, including
previous evaluations done at our institution in 1971 and 1974.

A. General Impression Conveyed

Few significant changes from previous evaluations are noted.  Mr.
Purkey is an alert, good looking, tall, well-developed individual with brown
hair, hazel eyes and a moustache.  When talking with him, one has the impression
of his being a detached, distant individual who speaks in a very casual manner
about his present and past offenses.  There is not the least hint of remorse
about his offense as he insists he was simply going to help a girlfriend collect
a debt and they simply took a car because they needed transportation.  This
gives the impression of a complete lack of responsibility with little
regard for either property or feelings of others.

B. Part Processes

Intellectually he appears to be about average from the manner in
which he presents his ideas.  At no time are abnormalities in orientation,
perceptions, thought processes or reality testing noted.  His attention,
ability to concentrate and to recall are within normal limits.  He admits
auditory and visual hallucinations in the past related to his use of speed,
amphetamines but denies their presence at other times.  He acknowledges
drinking excessively and using barbiturates, heroin and other drugs.  With
no delusional ideation apparent, he is rather distrustful of others,

000868

PURKEY, Wesley I.                         -3-          Report of Psychiatric Evaluation

particularly people in positions of authority.  He seeks his immediate satisfaction with an absence of reflection prior to action.  His dreams consist of being on the streets and simply having fun.  He describes having periods of not knowing what to do.  At these times he thinks of trying to find a job or of going someplace but then finds himself using drugs the next morning.  He states he became more heavily involved with drugs after he knew he would be going to jail.

Emotionally he is calm most of the time and exhibits a consistent detachment during the interviews.  However, when emotionally laden material such as the subject of his mother is presented, he appears to be both uncomfortable and uneasy.  He has some inner anxiety but makes efforts to conceal it.  In general he does not show much feeling.  However, when he is confronted or if he perceives he is not going to receive what he wants, he instantly becomes tearful, hostile and angry.  It is apparent that he also has many underlying feelings of abandonment, loneliness and hopelessness.

C. Integrative Personality Patterns

It is apparent our inmate has many difficulties in forming relationships with others partly due to his distrustfulness and partly due to his long term fears of abandonment.  The most important person in his life seems to be his great aunt with whom he went to live for a time following his release from the reformatory in 1975.  It would appear that there are exploitative qualities to this relationship also.

He describes his relationship with his present common-law wife as being good, saying she was attempting to help him get away from the use of drugs and alcohol and to maintain a job.  However, he describes their having frequent arguments about this and states he has slapped her a couple of times.  She appears to have a desire to remain with him but he is at best ambivalent as he has difficulties in being in the position of provider.

He usually associates with people of his same antisocial tendencies.  He is both action and present oriented as he feels he has many things to catch up on, saying he has missed many good things by having to serve so much time.  He has worked very little, usually drinking, partying and using drugs as a way to forget the realities of life.

He has a noticeably low self-esteem and at the same time a sense of being victimized, being unable to see his own participation in the things he finds himself involved in.  He acknowledges occasional self-destructive ruminations, saying he has overdosed about five or six times but with no conscious thought of committing suicide.  He has no insights and motivation for making change is questionable although he will acknowledge something is wrong and he might need some help.  He would consent to receiving help from others but is not interested in active participation.  It is to be noted he has not been able to profit from previous opportunities at receiving help.

000869

Ex_13-000300

PURKEY, Wesley I.                              -4-              Report of Psychiatric Evaluation

He expects to serve some time although at other times he thinks he might receive probation.  When released, he states he will have a job, marry and have a family as well as participate in drug rehabilitation.  It would appear that he is unable at the present time to deal with the problems he would encounter in attempting such a life.

IV.  Recapitulation of the Evaluation Process:

In summary, this 24 year old inmate is the product of a chaotic family environment with both parents alcoholics, irresponsible and rejecting during his formative years.  He has a long history of delinquency from early adolescent years with many involvements with the law and placement in different institutions but with little profit from them.

There is no sign of psychosis or defined neurotic problems.  Our team concurs with his previous diagnosis of antisocial personality.  He has a noted lack of concern for others, an absence of remorse, self-centeredness, repeated offenses and a hedonistic style of life.  Under a facade of passivity and compliance, there is an angry, tense and hostile young man who has tremendous difficulties in adjusting to society's rules.  He seems unable to cope with the daily frustrations of the common life without resorting to alcohol, drugs or illegal behavior such as in his present offense.

He appears to be in need of the structure of the correctional system (KSIR).  His primary need is to gain some motivation for changing his lifestyle perhaps through counseling where he might voice his unresolved feelings toward his family as he seems to keep his negative feelings inside and then to act them out.  He will require help with development of self-esteem and he needs to be made aware of his self-destructive tendencies.  He could benefit from additional trainining and courses if he so desires.  Prognosis is guarded in view of the longstanding nature of his difficulties.

The evaluation team concludes that the best placement for this man at the time of the evaluation would be the Kansas State Industrial Reformatory.

Karl K. Targownik, M.D., FAPA
Clinical-Director, KRDC

KKT:MA:cc

000870

Ex_13-000301

Case 2:19-cv-00414-JPH-DLP    Document 23-5    Filed 09/12/19    Page 1 of 115 PageID #: 3497

## JOSEPH MEDICAL CENTER
360. .AST HARRY • WICHITA, KANSAS 67218

A 494981

| EL | URG | EM | CONS | | | SM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | | |

**PATIENT NAME:** Purkey, Velma L
**PHYSICIAN:** J Morgan **PHY CD:** 157
**NURSE UNIT:** 07 **ROOM NO.:** 308 **BD:** A **ACC CD:** S
**ADMISSION DATE:** 5 31 80 **TIME:** 13:35pm

**BIRTH DATE:** [redacted] **AGE:** 54 **RACE:** W **SEX:** F **MARITAL STATUS:** D
**RELIGION-PARISH-CHURCH-SYN.:** Catholic **REL CD:** C **CH:** 1440 **CD:** 
**BAPTIZED:** YES X **CO.:** SG **CO CD:** 087
**DISMISSAL DATE:** JUN 3 0 1980

**PATIENT ADDRESS:** **VET:** YES NO X
**PREV. ADMISSION & NAME THEN:** yes **FATHER'S NAME:** dec **MOTHER'S MAIDEN NAME:** dec
**PATIENT'S SOC. SEC. NO.:** [redacted]33

**RESPONSIBLE PARTY:** Velma L Purkey **RELATION:** pt
**ADDRESS:** 122 N Sedgwick, Wichtia KS 67213
**RESP. PARTY SOC. SEC. NO.:** same 943 1603

**EMPLOYER OF RESPONSIBLE PARTY:** none

**SPOUSE OF RESPONSIBLE PARTY:** div.

**NEXT OF KIN:** Ol Darling **RELATION:** st/fa **DAY PHONE:** 943 1603 **NIGHT PHONE:** same **OTHER FAMILY MEMBERS ADMITTED:** family

**NOTIFY IN CASE OF EMERGENCY:** same **DAY PHONE:** 26&44501 **NIGHT PHONE:** same **OTHER PERSON TO CALL IN EMERG.:** Gary Purkey **REL:** son **PHONE:** no phone

**INJURED ON JOB:** YES NO X **RESPONSIBLE PARTY INSURANCE:** none

**TYPE OF SERVICE:** M **ADMITTING DIAGNOSIS:** alcoholic **ADM:** ALC **XAM** **PREPARED BY:** sam

### PHYSICIAN'S DATA

**PROVISIONAL DIAGNOSIS:** Alcoholism manifested by acute & chronic abuse & personality changes.

**FINAL DIAGNOSIS:** Same

**CODE NO.** 303.91 310.1 535.5

**SECONDARY DIAGNOSIS OR COMPLICATIONS:** Gastritis

**OPERATIONS: (IF ANY)**

1000

**CONSULTANT:** Bradle

**DISPOSITION OF PATIENT:** ALIVE

THIS IS TO CERTIFY THAT I HAVE CAREFULLY REVIEWED THIS PATIENT'S ATTACHED RECORDS AND TO THE BEST OF MY KNOWLEDGE FIND THEM TO BE ACCURATE AND COMPLETE.

**ATTENDING PHYSICIAN:** James D M — WP PC000010325

G - 293 REV: 2 - 76

000057

SUMMARY SHEET

Ex_13-000302

PURKEY, Velma
308-A
A494981
HISTORY AND PHYSICAL

CHIEF COMPLAINT:  Alcoholism.

This patient was here approximately two years ago and spent a month's time on the ATU Unit.  As I recall, she had quite a lot of difficulty with delerium tremens during that hospitalization.  She reminds me that she left several times but came back. She did finally finish the course.  She has gotten back on the drinking heavily recently, but has had no other serious problems.  See old chart for details.

PAST HISTORY:  See old chart.

FAMILY HISTORY:  See old chart.

REVIEW OF SYSTEMS:
Head - No complaints.
EENT - No complaints.
GI - No complaints.
GU - No complaints.
Cardiorespiratory - No complaints.

PHYSICAL EXAMINATION:  Slender white female in no acute distress.

Head - Negative.

EENT - Negative.

Neck - No abnormalities.

Chest - Clear to auscultation and percussion.  Good mobility of the diaphragm.

Heart - Regular rate and rhythm.

Abdomen - Spleen and kidneys not palpable.  Liver is two fingerbreadths below the right costal margin.  No hernias.

Pelvic and rectal - Not done.

Neurological - Negative.

Musculoskeletal - Negative.

IMPRESSION:   1.   Fatty liver secondary to alcoholism.
              2.   Alcoholism manifested by acute and chronic abuse and personality change.


J. Morgan, M.D./mlr
Dict 6-1-80

16.0

**000058**

Ex_13-000303

ST. JOSEPH MEDICAL CENTER
WICHITA, KANSAS 67218

PURKEY, Velma L.    308-A    A494981

6-2-80    This patient is still experiencing some withdrawal problems but is having no new complaints. Will continue the de-toxification treatment on her.

J. Morgan, M.D./mlr    Dict 6-3-80

PURKEY, VELMA L.    308-A    #494981    J. MORGAN, M.D.

6-3-80    This patient is still experiencing some withdrawal complaints. We won't give her her clothes today. She appears to be somewhat better than yesterday but has some stomach pains and belching. We'll try some Bentyl and see how she does. She says that she is quite nervous and feels like crying. Her physical examination remains unchanged.    Dict. 6-3-80/bkk    J.MORGAN, M.D.

Patient Identification

PURKEY VELMA L    494981
F 54 J Morgan

000059

PROGRESS NOTES

FORM G-5

WP_PC000010327

Ex_13-000304

ST. JOSEPH MEDICAL CENTER
WICHITA, KANSAS 67218

| | |
|---|---|
| | PURKEY, VELMA L.   308-A   #A 494981 |
| 6/4/80 | She seems to be settling down a little bit more today.  If she improves we will let her start the program tomorrow. |

DR. JAMES MORGAN   /st

| | |
|---|---|
| 6/5/80 | PURKEY, VELMA L.   308   494981 |

This patient appears to be reasonably settled down today.  She is alert and cooperative and has a smile on her face.  We will let her have her clothes and begin meetings.  She desires to have a pelvic and pap exam which we will do next week.

DR. JAMES MORGAN/mr

Patient Identification

PURKEY VELMA L   494981
F 54 J Morgan

1612

000060

WP_PC000010328

PROGRESS NOTES 308

FORM G-5

Ex_13-000305

ST. JOSEPH MEDICAL CENTER
WICHITA, KANSAS 67218

PURKEY, VELMA L.    308-A        #A 494981

6/7/80    This patient appears to be doing everything she can to get out of this treatment unit this weekend on a pass.  She states she has to go to church on Sunday and that she has to go home and get some clothes and she has to do this and she has to do that.  I talked to her at length in Ray's office and temporarily signed a pass provided that she talk to Ray.  Later in the morning Ray and I talked and we tore the pass up and did not grant her permission to leave the hospital.  We felt she was using every kind of an excuse to get out and that she was not quite ready to leave at this time.  She was upset about this but I feel, in general, this was the best thing to do.

DR. JAMES MORGAN    /st

PUrkey, Velma L.    306-A    494981    J. Morgan, M.D.

6-10-80    Breast exam was normal bilaterally. Pelvic was done and was found to be within normal limits. Pap test was done and report will be checked on ata later date. Rectal exam is normal.

Patient Identification 308 Purkey

PURKEY VELMA L    494981
F 54 J Morgan

000061

WP_PC000010329

PROGRESS NOTES

Ex_13-000306

ST. JOSEPH MEDICAL CENTER
WICHITA, KANSAS 67218

| 6-13-80 | *Shipley scores:* VQ: 73 |
| | AQ: 78 |
| | CQ: 104 |

| 6/13/80 | PERKINS, VELMA    306    494981 |

ATU STAFF NOTE

SOCIAL:  Is treatment-wise, is not making much progress, not thinking clearly
and is confused.

DR. D. L. TRUDEAU/JLP/mr · 6/13/80

| 6/23/80 | PURKEY, VELMA    222    494981    DR. JAMES MORGAN |

This patient is complaining of abdominal pain.  Will get an upper GI. and a
gallbladder on her.

DR. JAMES MORGAN/mr

Patient Identification

1614

PURKEY VELMA L    494981
F 54 J Morgan

ACHL 3B    WP_PC000010330

PROGRESS NOTES 308

000062

FORM G—5

Ex_13-000307

ST. JOSEPH MEDICAL CENTER
WICHITA, KANSAS 67218

6/24/80 | PURKEY, VELMA L.    222 A    494981

This patient complains of back and abdominal pain. She had her gallbladder x-ray

this morning.  She is quite upset emotionally and I tried to calm her down.

Hopefully she will get some relief after her x-rays and she gets calmed down.

DR. J. MORGAN/mr   6/24/80

PURKEY, Velma L.    222-A    A494981                    ATU STAFF NOTE

6-27-80 | SOCIAL:  Will be discharged Monday.  Has madeno significant progress.  Has

good sponsors in AA.

D. Trudeau, M.D. by JLP/mlr    Dict 6-27-80

Patient Identification   306. Purkey                                    1615

PURKEY VELMA L    494981        F        Z
F 54 J Morgan                          AC-UP 35
                          000063                  WP_PC000010331

FORM G-5                                   PROGRESS NOTES

Ex_13-000308

Case 2:19-cv-00414-JPH-DLP    Document 23-5    Filed 09/12/19    Page 8 of 115 PageID #: 3504

ST. JOSEPH MEDICAL CENTER
WICHITA, KANSAS 67218

PIRKEY, VELMA          494981                                J. MORGAN, M.D.

DISCHARGE SUMMARY:

This patient was admitted voluntarily to the ATU for treatment of alcoholism.

She states that she was here approximately 2 years ago for a month long stay.

At that time, she had quite a lot of difficulty with DTs.  The patient's old

chart was unable to be obtained.

Laboratory evaluation:. The patient's blood chemistry showed an LDH of moderate

elevation, 222, and cholesterol of 355.  Routine blood andurine was essentially

within normal limits.   EKG was normal for her age.  Chest X-ray was within

normal limits.  Pap test revealed a Class I negative test.  X-rays of her

gallbladder and Upper GI were performed and normal.

Consultation was made by Dr. Babb for evaluation.  This is a routine evaluation

showing her cognitive abilities to be in the lower 10% of the general population

and her age group.  She has a psychological attitude of distrust and alienation.

She is one to manipulate others.  No other suggestions were made on psychological

evaluation.  She had no other consultation.

Hospital Course:  The patient was quite jumpy during her hospitalization and had

a lot of abdominal complaints.  This was when her gallbladder and Upper GI were

done.  It was felt that probably she did have gastritis.  She was very unsure of

herself on dismissal.  She was dismissed to be followed in the AA program and

counselling.

Dismissal diagnosis:  Alcoholism in remission.

                      Gastritis.

Prognosis:  Fair.

                                        J. MORGAN, M.D. Dict.  7-31-80 fr

Patient Identification

1610

FORM G-5

<span style="color:red">000064</span>

PROGRESS NOTES

Ex_13-000309

ST. JOSEPH MEDICAL CENTER
WICHITA, KANSAS
67218

Consulting Service or Physician _____

Report requested regarding _____ _Koval_

_M.D._

Signature of attending Physician

REPORT

Findings, Diagnosis and Recommendations:

MMPI

$\underline{481"3\ \underline{29}\ 7'\ \underline{06} - 5}$

$F - L/K$

D.O.B ▮▮▮▮▮

Velma L. Purkey is a 54 yr old Female referred for psych. Testing as part of routine admission orders on the ATU. Date of Testing 6/12/80.

Intellectual Test Data: VQ 73, AQ 78, CQ 104. This reflects cognitive abilities in the lower 10% of the general population in her age group.

Personality Testing suggests an early established attitude of distrust of other people & an over riding feeling of alienation from the general social environment. PTs with such profiles are apt be quite selfish and self centered & demanding & critical of others. The latter may well be present in a passive way utilizing guilt To manipulate others. One way of avoiding facing psych problems and manipulating others is apt To involve complaints about somatic problems. In interacting with her This latter area should be avoided. PT is also apt To project blame for various problems on To other people & or uncontrollable circumstances.

Patient Identification

Signature of Consultant

Date: 6/20/80

_J. E. Boyd_

1617

orm G-8   Rev 3-75

000065

WP PC000010333
CONSULTATION RECORD

Ex_13-000310

St. Joseph Medical Center
Wichita, Kansas

## ATU ADMISSION AND ASSESSMENT

Admission from   ☒ER   ☐Admitting   ☐Allergies  _NKA_

☒Ambulatory   ☐W.C.   ☐Cart   Dentures:   ☐Upper   ☒Lower   ☐Partial   ☐None

Date _5-31-80_   Time _245_ A.M. P.M. _test here_

No. of previous ATU admissions _2_   _1978_   Prosthesis:   ☐Glass eye _____   ☐Contacts

Temperature _____   Pulse: Apical ____   Radial ____   ☒Glasses   ☐Limb   ☐Hearing Aid

Respirations _____   BP _____   Values to safe _NO_   Env. No. ____   ☐With relatives

Height _5'4"_   Weight _____                                                    ☐None

Religion _Catholic_  Baptised   ☒Yes   ☐No

Medications in possession:
_Nitrostat 1/150 gr, prn_
_Inderal 40 mg tid_                                      Communion   ☐Yes   ☒No

Disposition of medications:   ☐To Pharmacy for identification   Taken home:   ☐Yes   ☐No

By whom _____

_Hawkins Rn_                              _5-31-80_   Relationship _____

Signature                                Date

### To be completed by R.N. or L.P.N. upon admission

Any discomfort? _Stomach pains_
_very nervous_

Reason for admission – Pt.'s own concept: _____
_alcoholic_

Current Medications: _Inderal 40mg tid_
_Nitrostat prn_

Hx. of Drug Abuse _Valium 5mg - maybe_
Age _____   _5 of them in the last wk_
_1 this am_

What problem is drinking causing for you? _____
_everything_

When did you start drinking? _1952 heavy drinking_

What kind of liquor do you drink? _everything_
_bourbon_
Longest period of sobriety in last 6 months? _____
_none_

How often and how much do you drink at the present?
_1 qt everyday_

Past treatment for alcoholism: _____
_worked @ Dee's halfway_
_house_

Circle appropriate responses:

SKIN – rash, drainage, lesions, bruises, lacerations, scars, pruritus, abnormal color or turgor, (no present problem noted)

MUSCULAR – skeletal – paralysis, tremor, numbness, movement impairment, leg pain, tenderness, no problem noted

URINARY SYSTEM –dysuria, frequency, hematuria, nocturia, incontinence

G.I. TRACT – nausea, vomiting, bleeding, diarrhea

PAST Hx. – epilepsy, diabetes, hypertension, arthritis, kidney, nervous disorder, heart, GYN _Need Pap_
_borderline diabetic_

WITHDRAWAL ASSESSMENT:

Level of Consciousness – alert, drowsy, comatose, semi-comatose, oriented, disoriented, obviously intoxicated

Blood Alcohol Level – _____

PAST Hx. – Withdrawal seizures, DT's, frequent blackouts, passouts, withdrawal severity

Amount consumed day of admission _1 pint_
Last time patient was dry _last September or first October_

Signature _____   Date _____
_SRS Form Completed_

Patient Identification

PURKEY VELMA L        494981
F 54 J Morgan

**000066**

ATU ADMISSION AND ASSESSMENT

ACHL 3B

WP_PC000010367

P-528

Ex_13-000311

St. Francis Hospital
Wichita, Kansas

000027

Ex_13-000312