PATIENT'S NAME:         PURKEY, Velma Louise
ATTENDING PHYSICIAN:    Dr. C. T. Hagan
UNIT NUMBER:            089-655
CASE NUMBER:            B633717
DATE OF ADMISSION:      1-31-81
DATE OF DISCHARGE:      2-28-81

FINAL DIAGNOSIS:        1.  Pancreatic carcinoma.
                        2.  Extensive metastatis disease to the omentum, intestine,
and liver.
                        3.  Obstructive jaundice secondary to the pancreatic
carcinoma.

OPERATIONS AND PROCEDURES:  Exploratory laparotomy with biopsy of the metastatic node on
February 9, 1981.

CONSULTANTS:            Dr. H. J. Biermann

HISTORY:                This 55 year old white female, who has a known history of
alcholism, presented with a three week history of sharp, severe pain in the right flank
and epigastrium. This seemed to radiate through to the back. The patient complained of
milder more diffused abdominal pain all over her abdomen. Also, stated for the last week
she had been noticing increasing constipation and dark, yellowish, brown color to the
urine. She denied any change of color in her bowel movements. She noticed no blood in
her vomitus. No melena, or hematochezia. She has been quite nauseated and the vomiting
had been going on for several years. The patient apparently was seen in the office one
month ago, at which time a sonogram was done of the abdomen showing diffused enlargement
of the pancreas. At that time, she was not jaundiced, however, since then she had
developed marked jaundice and is admitted at this time for that complaint.

PHYSICAL EXAMINATION:       Vital signs were within normal limits. In general, the
patient did appear markedly jaundiced. She was, also, quite anxious. HEENT was quite
unremarkable except for scleral icterus. The lungs were essentially clear with a few
basilar rales on the right side. Heart revealed an S1 and S2. The abdomen was
distended with abdominal girth with of 83 cm at the umbilicus. There was marked
tenderness in the epigastrium and right upper quadrant. No rebound or guarding noted.
Shifting dullness approximately 8 cm when turned to the left lateral decubitus position.
The liver was felt to be approximately 4 cm below the right costal margin. There was a
fullness in both flanks which probably represented ascitic fluid. Extremities were
essentially unremarkable. Neurological, also, was intact.

LABORATORY:                 CBC on admission showed hemoglobin 10.1. White count 10,100
with a normal differential. The platelet count was 421,000. Protime was 12.6 with a
control of 12.5. SMA-24 showed a decreased albumin of 3.4. Alkaline phosphatase markedly
increased at 1,257. Total bilirubin was 5.4 with 4.4 direct. Creatinine was 1.6. LKD
was 2.15. SGOT was 51. SGPT was 65. Amylase was 21 with lipase of 12. The acidic fluid

Continue on page 2

SIGNED BY: _____ M.D.

St. Francis Hospital OF WICHITA, INC
P.O. BOX 1568    WICHITA, KANSAS 67201

| HISTORY AND PHYSICAL | INTERVAL HISTORY | CONSUL-TATION | OPERATION | FINAL SUMMARY | SPECIAL REPORTS |
|---|---|---|---|---|---|
|  |  |  |  | XXX |  |

000028

Ex_13-000313

PATIENT'S NAME:        PURKEY, Velma Louise
Unit and Case No:      089-655-   B633717
Doctor:                Dr. C. T. Hagan

FINAL SUMMARY Continued Page 2

showed a specific gravity of 1.015 with an amylase of 4. Urinalysis was essentially unremarkable. EKG showed a normal sinus rhythm with a rate of 73.

RADIOLOGY:              Data, CT scan of the abdomen showed considerable ascites and pleural fluid. There was an enlargement of the head and proximal body of the pancreas with a suggestion of an early pseudocyst. There was, also, secondary dilatation of the biliary tree noted. Abdominal sonogram showed a good deal of ascites with no evidence of masses on the anterior abdominal wall. Chest x-ray showed bilaterally discoid changes in the bases probably a left pleural fluid, also.

HOSPITAL COURSE:        The patient was admitted and the afore mentioned studies were performed. The patient, also, underwent percutaneous transheptic cholangiography which revealed dilated ducts and probably obstruction at the distal common duct. The patient was subsequently taken to surgery by Dr. Biermann at which time it was noted that the patient had extremely large pancreatic carcinoma with essentive metastasis to the omentum and the liver. The patient's postoperative course was very unremarkable, however, she did continue to be extremely weak. She did recover from her surgery to the point where she was able to walk around. However, progressively, she became more weak, more short of breath, markedly more jaundiced and the ascitic fluid began to return. She, also, noticed a considerable amount of peripheral edema probably secondary to hypoalbuminemia. The patient was informed of her condition and prognosis and made arrangements to see both of her sons prior to her expiration. Her course continued downhill until on February 28th, she did pass away.

Dr. C. T. Hagan/Dr. Cannata
6-6-81D & 6-8-81T/bab

SIGNED BY: _____ M.D.

St. Francis Hospital OF WICHITA, INC.
P.O. BOX 1358    WICHITA, KANSAS 67201

| HISTORY AND PHYSICAL | INTERVAL HISTORY | CONSUL-TATION | OPERATION | FINAL SUMMARY | SPECIAL REPORTS |
|---|---|---|---|---|---|
| | | | | XXX | |

000029

Ex_13-000314

Name:    PURKEY, Velma Louise                Room: 608B    Doctor: C.T. Hagan, M.D.

Unit:    089-655            Case No.: B633717            Date:    1-31-81

HOSPITAL REGULATION: All Positive and Important Negative Findings Shall Be Recorded

CHIEF COMPLAINT:              Abdominal pain.

HISTORY OF PRESENT ILLNESS:        This is a 55 year old white female, who has a known history of alcholism for several years.  Patient states that for about the last three weeks she has had sharp, severe pain in the right flank and the epigastrium.  The pain in the epigastrium seems to radiate through to the back, and then also seems to complain of some milder, more diffuse abdominal pain all over her abdomen.  This pain does not seem to be related to meals or activity.  She gets minimal relief with rest or flexion of the hips.   She also states that for about the last week she has noticed increasing constipation and a dark yellowish-brown color to her urine.  She denies any change in the color of her bowel movements, stating that they are still brown in color.  Patient also has a long history of nausea and vomiting, which has been going on for several years.  She states this has possibly been slightly worse lately.  She has noticed no blood in her vomitus.  She denies any melena or hematochezia.  Patient did have a sonogram in Dr. Hagan's office approximately one month ago, which showed diffuse enlargement of the pancreas.  At that time, serum amylase and lipase levels were within normal limits, and the patient was not jaundiced.  She has developed a marked jaundice since then.  Patient also states that over the last two to three weeks she has noticed increasing abdominal distention.  She denies much gas passage, though.

PAST HISTORY:              The patient had the usual childhood diseases, and has had very few serious adult illnesses.  She has been treated for hypertension for approximately twelve to thirteen years, and states that this is under fairly good control at the present time.  She also has a past history of some type of heart problem for which she apparently took Nitroglycerin, however she denies any anginal symptoms at the present.
    OPERATIONS:              Include a tonsillectomy and adenoidectomy as a child.  She had a bartholin cyst removed in 1974, and she has had numerous D&C's for menometrorrhagia, however she has not had any of these since she underwent menopause in 1973.
    INJURIES:              She denies any serious injuries.

FAMILY HISTORY:              Patient's father was unknown, no history on her paternal side was elicited.  Patient's mother died at age 68 of a CVA, she also had heart disease, high blood pressure and diabetes mellitus.  Patient had a maternal aunt with diabetes, and a maternal uncle with high blood pressure, CVA and myocardial infarction.  Patient also had a maternal grandfather with high blood pressure.  She has had no brothers and sisters, and has no other history of diabetes mellitus, heart disease or cancer in the family.

CONTINUED:

SIGNED BY:_____ M.D.

St. Francis Hospital OF WICHITA, INC.
P.O. BOX 1358    WICHITA, KANSAS 67201

| HISTORY AND PHYSICAL XXX | INTERVAL HISTORY | CONSUL- TATION | OPERATION | FINAL SUMMARY | SPECIAL REPORTS |
|---|---|---|---|---|---|
| | | | | | |

000030

Ex_13-000315

Name:               PURKEY, Velma Louise
Unit and Case No: 089-655 B633717
Doctor:             C.T. Hagan, M.D.

HISTORY Continued Page 2

SOCIAL HISTORY:

ALLERGIES:              Patient denies any allergies.

HABITS:                 She does smoke, has smoked approximately 1 to 1 1/2 packs per day for the last 35 years. Patient does have a considerable drinking history, going back to 1952 until the present. The patient has stopped intermittently during that time, but has been very reluctant to undergo any formal therapy until six months ago, at which time she was in the ATN unit at St. Jo for her alcoholism. The patient states she continued to drink after that, up until six weeks ago, when she noticed the increasing nausea, vomiting and abdominal pain, for which she sought help from Dr. Hagan. She states that she has not drank since then.

MEDICATIONS:            At the present time is Inderal 40mg three times a day, Hygroton 50mg daily, Indocin 25mg four times a day for shoulder arthritis, and Tylenol #3 as needed for pain.

REVIEW OF SYSTEMS:

GENERAL:                The patient denies any definite weight loss. States that she weighed 114 pounds in the office three weeks ago, and weighed approximately 120 pounds six months ago, but she states she has been trying to loose weight. She denies any fever, chills or sweats.

SKIN:                   Patient does note the yellow discoloration to her body and her eyes, which she's noted for the last couple of weeks.

HEENT:                  Patient has occasional frontal headaches. States that she's a rather nervous individual, and gets these fairly frequently. She denies any blurring of vision, decrease in hearing, throat pain or dysphagia.

RESPIRATORY:            Patient denies any cough, shortness of breath, but does complain of dyspnea on exertion, although this has not seemed to change recently.

CARDIOVASCULAR:         Except for the previously mentioned history of possible angina, patient has no present symptoms of angina.

GASTROINTESINTAL:       See HPI.

GENITOURINARY:          Patient denies any dysuria, frequency or incontinence. She has had occasional urinary tract infections in the past, but none recently.

GYNECOLOGICAL:          Patient is a gravida 4, para 4, white female, who has two living children. Patient states that her first and third child died just a few days after birth of unknown causes. Patient has apparently had rather severe episodes of menomentrorrhagia before menopause, for which she received D&C's. She underwent menopause in 1973 and has had no further problems since then. She states that she does have a slight yellow discharge at the present time, but no itching or burning.

LOCOMOTOR:              The patient denies any dizziness, unsteadiness, states that she is able to get around the way that she would like to, although she has noticed increased weakness in the last few weeks.

CONTINUED:

SIGNED BY: _____ M.D.

St. Francis Hospital OF WICHITA, INC.
P.O. BOX 1358    WICHITA, KANSAS 67201

| HISTORY AND PHYSICAL | INTERVAL HISTORY | CONSUL-TATION | OPERATION | FINAL SUMMARY | SPECIAL REPORTS |
|---|---|---|---|---|---|
| | | | | | |

000031



Name:                PURKEY, Velma Louise
Unit and Case No: 089-655 B633717.
Doctor:              C.T. Hagan, M.D.

HISTORY Continued Page 3

REVIEW OF SYSTEMS (CONT.):
    NEUROPSYCHIATRIC:            Patient has a long history of psychiatric problems, the primary one being related to her chronic alcoholism.  Patient has had numerous social crises in her life, including being raped by her son. She presently lives alone and is employed at Town and Country as a desk clerk, doing office work.  She states that she enjoys her job, but it makes it difficult for her to work with the pain that she's having at the present time.

C.T. Hagan, M.D./Dr. Cannata
2-3-81 D&T/mhc

SIGNED BY: _____ M.D.

| HISTORY AND PHYSICAL | INTERVAL HISTORY | CONSUL-TATION | OPERATION | FINAL SUMMARY | SPECIAL REPORTS |
|---|---|---|---|---|---|

St. Francis Hospital OF WICHITA, INC.
P.O. BOX 1358    WICHITA, KANSAS 67201

000032

Ex_13-000317

Name:    PURKEY, Velma Louise              Room; 6089    Doctor: C.T. Hagan, M.D.

Unit:    089-655      Case No.: B633717              Date:    1-31-81

Height        Weight        Temp.        P.        Resp.        B.P.

GENERAL:    Vital signs were as noted. This is a 55 year old white female who appears slightly older than her stated age. She does appear markedly jaundiced. She appears quite anxious, but does cooperate with the interview.

HEENT:    Tympanic membranes appear normal. There is slight cerumen in the left canal. Marked scleral icterus is noted with a small arcus senilis bilaterally. Pupils are quite myotic, but there is some small response to light. Fundi appear relatively benign. Nasopharynx and oropharynx are essentially normal. Patient does wear lower dentures.

NECK:    Reveals no JVD, no adenopathy or goiter. Carotid pulses are 2+/4 bilaterally, no bruits are noted.

LUNGS:    Clear to percussion except for a few basilar rales in the right side. There is marked dullness at the left base with what appears to be elevation of the left diaphragm on inspiration. It is not noted that this seems to change. The right diaphragm does seem to move approximately 2cm with deep inspiration. Patient's inspirations are slightly shallow because of the abdominal pain which she says she is experiencing.

HEART:    Reveals an S1 and S2, which were slightly decreased in intensity. No abnormal heart sounds are noted, except for possibly a short, soft sound immediately after S2, which may represent some type of click.

ABDOMEN:    Extended. Abdominal girth is approximately 83cm at the umbilicus. Patient does have marked tenderness in the epigastrium and in the right upper quadrant, however is difficult to find any area of the abdomen that is not at least diffusely tender. Patient has no rebound or guarding. Shifting dullness is noted with a shift of approximately 8cm when turned into the left lateral decubitus position. Liver edge is difficult to palpate due to the distention. It is felt to be possibly about 4cm

CONTINUED:

SIGNED BY: _____ M.D.

St. Francis Hospital OF WICHITA, INC.
P.O. BOX 1358      WICHITA, KANSAS 67201

| HISTORY AND PHYSICAL | INTERVAL HISTORY | CONSUL-TATION | OPERATION | FINAL SUMMARY | SPECIAL REPORTS |
|---|---|---|---|---|---|
| XXX | | | | | |

000033

NAME:
Unit and Case No.:
Doctor:

PURKEY, Velma Louise
089-655 B633717
C.T. Hagan, M.D.

PHYSICAL Continued Page 2

ABDOMEN (CONT):

below the right costal margin in the midclavicular line. Spleen is not palpable. There is a fullness in both flanks when the patient is lying supine. Patient does have some tenderness in her flank on pounding, but this could not be definitely called CVA tenderness. Bowel sounds are normal active.

GENITOURINARY AND RECTAL:

Pelvic examination reveals the vagina and BUS to be normal. No significant discharge can be noted. Cervix appears parous, does not appear to be enlarged, no lesions are noted. Uterus is in the midline, is slightly retroflexed, but is of normal, non-gravid size. Right adnexa is well palpated and feels of normal size, non-tender. Left adnexa is more difficult to palpate due to the abdominal tenderness, but is not felt to be enlarged. Rectal examination is normal. No hemorrhoids are noted.

EXTREMITIES:

Patient has no edema. Distal pulses are 2/4 at the dorsalis pedis and 1/4 in the posterior tibial. Patient has 2/4 deep tendon reflex at the knee, with no reflex elicited at the ankle. The upper extremities: there's a 1/4 biceps reflex bilaterally, but no brachial radialis or triceps elicited. Babinski is negative.

NEUROLOGICAL:

Patient has decreased sensation from about the mid calf down, bilaterally, in kind of a stocking distribution. This seems to be more pronounced distally in the lower extremities. No decrease in touch sensation can be elicited in the upper extremities. Proprioception appears to be intact, as is vibratory sense. Heel-to-shin and finger-to-nose are done fairly appropriately, and Romberg is negative. Cranial nerves II-XII appear to be intact.

SKIN:

Reveals the patient to be markedly jaundiced. There are numerous areas of spider telangiectasias, but do blanch on pressure in the upper thorax, these being noted mainly on the anterior thorax. There are also several, small, 1 to 2mm, slightly raised, red lesions on the chest wall, which appear to be cherry angiomatous type lesions. Lower

CONTINUED:

SIGNED BY: _____ M.D.

| HISTORY AND PHYSICAL | INTERVAL HISTORY | CONSUL-TATION | OPERATION | FINAL SUMMARY | SPECIAL REPORTS |
|---|---|---|---|---|---|

St. Francis Hospital OF WICHITA, INC.
P.O. BOX 1358    WICHITA, KANSAS 67201

000034

Ex_13-000319

NAME:                          PURKEY, Velma Louise
Unit and Case No.:             080-655 0633717
Doctor:                        C.T. Hagan, M.D.

PHYSICAL Continued Page 3

SKIN (CONT.):                  extremites show numerous areas of venous varicosities.

IMPRESSION:                    55 year old white female with approximately a two week
                               history of jaundice, and associated abdominal pain, with a
                               known history of alcoholism. Rule out obstructive jaundice
                               secondary to acute or chronic pancreatitis, mass lesion,
                               cholelithiasis or common duct stones, etc. Need to also
                               rule out primary liver disease, etc.

PLAN:                          See orders.

C.T. Hagan, M.D./Dr. Cannata
2-3-81 D&T/mhc

SIGNED BY: _____ M.D.

St. Francis Hospital OF WICHITA, INC.
P.O. BOX 1358    WICHITA, KANSAS 67201

| HISTORY AND PHYSICAL XXX | INTERVAL HISTORY | CONSUL-TATION | OPERATION | FINAL SUMMARY | SPECIAL REPORTS |
|---|---|---|---|---|---|
| | | | | | |

000035

Ex_13-000320



ST FRANCIS HOSPITAL OF WICHITA, INC    RADIOLOGY DEPARTMENT

NAME:     FURKEY VELMA LOUISE                ROOM: 6089              CASE: R633717
ADDRESS:  134 N SEDGWICK                     UNIT: 0089655           FILM: A3173
          WICHITA      KS 67203                                     DATE: 01/31/81
AGE: 055 SEX: F    BIRTHDAY: ▓▓▓▓▓▓
DR: C T HAGAN                                PART EXAMINED: ABD,CHEST

CHEST:  THE EXAMINATION SHOWS SOME ELEVATION OF THE LEFT HEMIDIAPHRAGM.
THERE ARE BILATERAL DISCOID CHANGES IN THE BASES.  THERE APPEARS TO BE
SOME FLUID ALSO IN THE LEFT BASE. THE REMAINDER OF THE LUNGS ARE CLEAR.
THE HEART IS NORMAL IN SIZE.

IMPRESSION:  BILATERAL DISCOID CHANGES IN THE BASES.  PROBABLE LEFT
             PLEURAL FLUID.

ABDOMEN:  THE BOWEL GAS PATTERN IS NORMAL.  THERE IS SOME MILD CALCIFICATION
OF THE ABDOMINAL AORTA WHICH IS NOT DILATED.  THE LIVER AND SPLEEN ARE
NOT ENLARGED. NO ABNORMAL MASS LESIONS ARE SEEN.  THERE ARE SOME
CALCIFICATIONS IN THE LEFT UPPER QUADRANT OF THE ABDOMEN PROBABLY
CALCIFICATIONS IN THE SPLENIC ARTERY.

IMPRESSION:  ARTHROSCLEROTIC VASCULAR DISEASE.  OTHERWISE NO ACUTE PROCESS
             IS SEEN IN THE ABDOMEN.  RH/LO

Radiology

000036

Ex_13-000321



ST FRANCIS HOSPITAL OF WICHITA, INC   RADIOLOGY DEPARTMENT

NAME:     PURKEY VELMA LOUISE           ROOM: 6089          CASE: B633717A
ADDRESS: 124 N SEDGWICK                 UNIT: 0089655       FILM: A3173
         WICHITA      KS 67203                              DATE: 02/02/81
AGE: 055 SEX: F     BIRTHDAY: ████████
DR: C T HAGAN.                          PART EXAMINED: ABD SONOGRAM

THE PATIENT HAS A GOOD DEAL OF ASCITIES.   THERE IS NO EVIDENCE OF ANY
MASSES OFF THE ANTERIOR ABDOMINAL WALL WHICH IS THE BEST AREA TO LOOK
FOR MALIGNANCY.   THIS APPEARS TO BE JUST PLAIN ASCITIES.   THE LIVER
HAS A NORMAL ECHO PATTERN DISPITE THE HISTORY OF SCEROSIS.   NO
OTHER FINDINGS CAN BE SEEN AS ALL THE BOWEL LOOPS ARE FLOATING TOGETHER
AND OBSCURING ALL THE OTHER STRUCTURES IN THE ABDOMEN.   HIK/LO

Radiology

000037                    WP-PC000010627

Ex_13-000322

ST. FRANCIS HOSPITAL
RADIOLOGY DEPARTMENT
M. M. SOMERS, MD, DIRECTOR OF RADIOLOGY

PURKEY     VELMA     L
Last          First          Int.

Add.  124 N SEDGWICK                          Film No.      S# 11133

Date 02-03-81   Age 55**   Birth Date 06-21-25   Part Exam. CT ABDOMEN

Dr. HAGAN, CT          Case No.  B# 633717     Room No.   6089

CT000038

Ex_13-000323



CT findings: Areas of higher X-ray absorption than normal are indicated by hatching the respective region, areas having lower absorption by dotting it. Mass displacements and ventricular enlargements are marked by overdrawing the respective structures.

CT Scan

000039

Ex_13-000324



ST FRANCIS HOSPITAL OF WICHITA, INC  RADIOLOGY DEPARTMENT
NAME:    PURKEY VELMA LOUISE               RCON: 6089          CASE: B633717B
ADDRESS: 124 N SEDGWICK                     UNIT: 0089455       FILM: S11133
         WICHITA    KS 67203                                   DATE: 02/03/81
AGE: 055 SEX: F    BIRTHDAY: ███████
DR: C T HAGAN                               PART EXAMINED: C.T. ABDOMEN

COMPUTERIZED TOMOGRAPHIC STUDY OF THE UPPER ABDOMEN SHOWS THERE IS BILATERAL
PLEURAL FLUID PRESENT.  THERE IS EXTENSIVE ASCITES PRESENT.  THE LIVER IS
NOT ENLARGED BUT THERE IS DILATATION OF THE BILIARY TREE NOTED.  THE PANCREAS
APPEARS TO BE TOP NORMAL IN SIZE.  THERE IS SOME CALCIFICATION ALONG THE
DORSAL ASPECT OF THE PANCREAS WHICH APPEARS TO LIE WITHIN THE SPLENIC ARTERY
RATHER THAN WITHIN THE PANCREAS ITSELF AT THE LEVEL OF THE JUNCTION OF THE
BODY AND HEAD OF THE PANCREAS.  THERE IS INCREASED BULK WITH ABOUT A 4 CM.
LESION WHICH CONTAINS SOME LOW DENSITY ANTERIORLY.  THE APPEARANCE IS
SUGGESTIVE OF POSSIBLY A MASS OR WITH A CLINICAL HISTORY GIVEN AN AREA OF
EARLY PSEUDOCYST FORMATION  INVOLVING THE PROXIMAL BODY AND HEAD OF THE
PANCREAS.  NO ABNORMAL RETROPERITONEAL PERIAORTIC OR PERICAVAL ADENOPATHY
IS NOTED.  THE KIDNEYS APPEAR NORMAL.  THERE IS CONSIDERABLE ASCITES PRESENT
THROUGHOUT THE ABDOMEN.

IMPRESSION   CONSIDERABLE ASCITES.  PLEURAL FLUID.  ENLARGEMENT OF THE
             HEAD AND PROXIMAL BODY OF THE PANCREAS WITH SUGGESTION OF
             EARLY PSEUDOCYST.  THERE IS SECONDARY DILATATION OF THE
             BILIARY TREE NOTED.  CLINICAL CORRELATION AND FOLLOW-UP
             STUDY ADVISED AS APPROPRIATE.  HZ/DW

000040                                    WP_PC000010630

Ex_13-000325

ST. FRANCIS HOSPITAL OF WICHITA, INC.

WICHITA, KANSAS   1  31 81        6089        2

6 CENTER

AUTHORIZATION FOR MEDICAL AND/OR    VELMA LOUISE
SURGICAL TREATMENT OR PROCEDURE     089/655
                                    CT HAGAN
                                    F  55  W
                                    01 31 81              0112

In re: _Velma Purkey_                    , the undersigned hereby authorizes
       (patient)

Dr. _C. T. Hagan_                (and whomever he may designate as his assistants)
to administer such treatment as is necessary, and to perform the following operation or procedure:

_Percutaneous transhepatic cholangiogram_
(Name of operation and/or procedure)

and such additional operations or procedures as are considered therapeutically necessary on the
basis of findings during the course of said operation. I also consent to the Administration of
such anesthetics as are necessary, with the exception of

_No Spinal_
(None, Spinal Anesthesia, or Other)

_____. Any tissues or part surgically

removed may be disposed of by the hospital.

I certify that I have read and fully understand this Authorization, the type or nature of my ail-
ment, the purposes of the proposed treatment or procedure, the alternative modes of treatment, the
possible complications and the advantages and possibilities of success, all of which were ex-
plained to me by Dr. _C. T. Hagan_         . I also certify that no guarantee or assurance
has been made as to the results that may be obtained.

Date _2-4_        19 _81_

Time _9:50_        a.m. / p.m.

Witness _____        Signed: _Velma Purkey_
                                            (Patient or nearest Relative)

Witness _Dolores Carter VC_
                                            (Relationship)

Authorization must be signed by the patient, or by the nearest relative in the case of a minor; or
when patient is physically or mentally incompetent.

01-043                                                    12/24/75; lb

**000041**

WP_PC000010631

Ex_13-000326



ST FRANCIS HOSPITAL OF WICHITA INC  RADIOLOGY DEPARTMENT

NAME:      PURKEY VELMA LOUISE              ROOM: 6089            CASE: B633717
ADDRESS: 124 N SEDGWICK                     UNIT: 0089655         FILM: A3173
         WICHITA     KS 67203                                     DATE: 02/04/81
AGE: 055 SEX: F     BIRTHDAY: ▓▓▓▓▓▓
DR: C T HAGAN                          PART EXAMINED: PERCUTANEOUS HEPATIC

                                               CHOLANGIOGRAM.

THE EXAM WAS DONE BY DR. C.T. HAGAN.   THE NEEDLE WAS PLACED IN THE LIVER USING
STERILE TECHNIQUE.  DR. HAGAN IMMEDIATELY ENTERED A BRANCH OF THE RIGHT
HEPATIC DUCT. CONTRAST WAS INJECTED.   THERE IS MARKED AREA OF NARROWING WHICH
IS BOWED, JUST PAST THE AREA WHERE THE RIGHT AND LEFT HEPATIC DUCTS JOIN.  IT
IS VERY SMOOTH, THERE IS NO IRREGULARITY TO IT.  WE THEN SEE THE DISTAL COMMON
BILE DUCT WHICH IS MOST OF THE DUCT, ABOUT 85 TO 90 PERCENT OF IT, AND THIS
IS NORMAL.  WE NEVER SEE THE GALLBLADDER HOWEVER, OR CYSTIC DUCT.  WE TOOK
DELAYED FILMS WHICH SHOWED THERE IS SOME OBSTRUCTION AND THAT THE DUCT SYSTEM
IS MILDLY DILATED.  THE LESION HAS SEVERAL POSSIBILITIES, THE ONLY BENIGN ONE
OF WHICH WOULD BE THAT THIS IS A LARGE STONE TRAPPED IN THE PROXIMAL DUCT. THIS
IS A RARE AREA  AS   THEY ARE USUALLY TRAPPED AROUND THE AMPULLA. THE SMOOTH-
NESS AND LACK OF IRREGULARITY ALONG WITH THE ROUND DEFECT COULD REPRESENT AN
NODE WHICH IS PUSHING IN FROM THE OUTSIDE.  THE FACT THAT WE DO NOT SEE THE
GALLBLADDER WOULD MAKE THE POSSIBILITY OF CARCINOMA OF THE GALLBLADDER, WHICH
HAS METASTASIZED TO THE PORTA HEPATIS A VERY STRONG ONE.  DESPITE THE FACT THAT
WE KNOW THE PANCREAS IS ENLARGED ON PREVIOUS EXAMS,  THE DISTAL DUCT DOES NOT
APPEAR TO BE INVOLVED, AND FOR THE WHOLE PANCREAS TO BE INVOLVED THERE
SHOULD HAVE BEEN A CARCINOMA AT THE HEAD OF PANCREAS, WHICH ALSO WOULD
INVOLVED THE DISTAL DUCT.  PRIMARY CARCINOMA OF THE COMMON DUCT ITSELF IS
A POSSIBILITY, HOWEVER IT IS VERY SMOOTH AND DOES NOT APPEAR TO BE IRREGULAR.
IT APPEARS TO BE MORE LIKELY AN EXTRINSIC DEFECT OR DUE TO A SMOOTH DEFECT
WITHIN THE LUMEN.  THE DIFFICULTY WHICH WILL BE ENCOUNTERED WITH THIS LESION,
IS THERE IS PROBABLY NOT ENOUGH COMMON DUCT TO BYPASS OR TO DIVERT  THE BILE
FLOW.  HIK/JA

000042

Radiology

WP_PC000010632

Ex_13-000327

KANSAS STATE RECEPTION AND DIAGNOSTIC CENTER

Psychological Report

PURKEY, Wesley I.
23451
May 19, 1981                                                      Age:  29

Mr. Purkey has been previously evaluated at KRDC with the last one being in November of 1976.  Please refer to these reports for expounding information regarding his social, psychological, and psychiatric backgrounds.  It is available to authorized persons and agencies.

Mr. Purkey was a white male of average weight and stature who possessed a fairly muscular build.  He had tattoos on both arms, short brown hair with a mustache and hair on his chin.  He seemed to encounter some difficulty expressing himself verbally and this was characterized by occasional stammering.  He was found to be cooperative and he did endeavor to volunteer information about himself especially with regard to his use of drugs and those events which precipitated his present incarceration.

He recounted that he paroled out of KSP in July of 1980 and that he was out for approximately three weeks before being apprehended by the police on the present charges.  He stated that immediately after his release he started heavy polydrug use again and this seemed to play an important role in his returning to the incarcerative setting.  He stated that he was supposed to attend a drug counseling program after his release but chose not to when he heard an aunt had died in Wichita.  Consequently, he left the Kansas City area to return to Wichita and then began to engage in heavy drug abuse.

While previously incarcerated, Mr. Purkey recounted that he had been involved in transactional analysis groups, the guides for better living course, and college courses of which he completed approximately six hours.  He also indicated that he had been involved in a welding training course.

Psychological group test results estimated Mr. Purkey to be functioning within the Average range of intelligence with vocabulary and conceptual problem solving skills within that same range.  His reading and math abilities were assessed to be on the twelfth and tenth grade levels respectively.  On the tests of vocational aptitude, he performed on superior levels in the areas of form perception and clerical perception with average performance levels in the areas of motor coordination, manual dexterity, spatial reasoning and numerical reasoning.  Average performance levels were also attained in the areas of verbal reasoning and finger dexterity.  He was administered an MMPI and his profile suggested that he may be an individual who is highly rebellious and non-conforming as well as unreliable.  He may harbour shallow feelings and loyalties to those around him while maintaining poor family and social relationships.  Such an individual may be moody and resentful and liable to make a good impression at first and sometimes give evidence of great insight.  A non internalization of recognized social conventions may be another dynamic of such an individual.  He may tend to be touchy and overly responsive to the opinions of others.  Excessive use of alcohol and drugs may be associated with Mr. Purkey as well as defects in judgement.

WP_PC000017577

Ex_13-000328

PURKEY, Wesley I.                    -2-                    Psychological Report

    Mr. Purkey expressed an interest in continuing his education. Vocationally, he did state that he would like to receive some type of training but he was uncertain as to the specific area. It is felt that he should become involved in some type of vocational training endeavor to allow for the development of a marketable skill. Involvement in a drug counseling program seems to be imperatively warranted by his continued excessive polydrug use.

John Thomas
Psychologist

JT:nc

WP_PC000017578

Ex_13-000329

FILED

NAME

APR 3  6 51 AM '84

CLERK
18TH
SED
BY

Patient ___Jack Wesley Purkey_____ Age _60_ Address _____6____ Date__ March 11,1984

Officers present ___W.P.D._____ Time notified _9:30AM_ Date of Birth _____ Sex _Male_

**STATE OF KANSAS**
Office of Coroner
*Sedgwick, County*
REPORT OF DEATH

Accession No. _____
Date _____

Place of death _____ Time & Date of Death __Time Unknown on March11,1984_

Autopsy, Yes   No   Body removed to _Cochran_____ Burial _Lakeview Crematory Wichita, Kansas___

Recent attending Physician _None_____ When _____

Information By ___W.P.D.___     Address

Identified By  Wesley J Purkey (Son)     Autopsy By _W.G. Eckert M.D.___

**CIRCUMSTANCES OF DEATH** (*Medical history if available*)

Statements of witnesses (their names)   (Accident, Suicide, Homicide, Natural.)

His body was found in his apartment about 9:30 A.M. on March 12, 1984.

He had last been seen alive on March 11, 1984.

Findings: Sitting in an overstuffed chair. There is a bullet hole behind

his right ear, a revolver lays nearby. His body is beginning to decompose.

Disposition of Body:

DIAGNOSIS:

Provisional _____

Final __Bullet wound of the head._
See autopsy report.
Toxicological Requests:

_____ CORONER

*Use reverse side for more details*

Approved by
THE KANSAS BUREAU OF INVESTIGATION

FORM 1

COPY

WHITE COPY – COUNTY CLERK
CANARY COPY – DISTRICT CORONER
PINK COPY – DEPUTY DISTRICT CORONER

000201

Ex_13-000330

01/20/2016 WED 15:19 FAX                                                    ☑003/005

# MEDICOLEGAL AND FORENSIC SCIENCES
# INTERNATIONAL

WILLIAM G. ECKERT, M.D.
*DIRECTOR*

P.O. BOX 8282 / WICHITA, KANSAS 67208 / (316) 685-7612

THE     REPORT  OF  POSTMORTEM  EXAMINATION

CASE  NUMBER W-96

NAME  John Palky                AUTHORITY  Dr Robt Daniels      DATE OF DEATH  3-9-84

AGE   60                        OFFICIAL PRESENT Det Katchis    DATE OF AUTOPSY 3-12-84

SEX M   RACE   W                LOCATION   WMS                  TIME OF AUTOPSY 3pm

PATHOLOGICAL FINDINGS

Gunshot wound of right side of head behind the ear
Massive destruction of brain and hemorrhage

TOXICOLOGICAL FINDINGS

EVIDENCE TAKEN

Blood, Bullet- Handed after marking to Det Katchis

PATHOLOGIST
William G. Eckert MD

COPY

**000202**

Ex_13-000331

01/20/2016 WED 15:20 FAX                                                ☑004/005

2.    W-96

EXTERNAL EXAMINATION -    The body is that of an elderly white male who is roubust , weighing 200 lbs and measuring 6'1½" in length.  He is clothed in is checkered trousers, black socks and shoes.  He has urine soaked white jockey shorts,  He is noted to have a 25cm mid sternal scar on his anterior chest.   There is a bullet hole of a contact type in the region behind his right ear at a point 68 3/4 inches above his right heel.   The hole is 4mm in diameter and has a 1mm zone of injury.   There are no other signs of trauma present.  He was edentulous and no injuries were seen in his mouth. The eyes were gray and sunken.  His hair was short and white.  No organ enlargement was noted.

INTERNAL EXAMINATION-   The head was symmetrical.   The scalp shows a perf-oration in the right side behind the ear.   There is noted blackened marks about the entrance hole in the skull.   There was a fragment of the bullet found in the temporalis muscle on the right side where a great deal of blood was seen.    There was a 2½inch round stainless steel plate in his mid frontal bone covering a defect in his skull.   There were two screws which held it in place.   The skull cap was removed revealing a massive destruction of the brain with a tract from right to left and backward.  The bullet impacted in the posterior region of the left parietal bone.  The bone was cracked here. the bullet was distorted  and of small caliber and found in the subdural space on the left side.   It was removed, marked P/W and handed directly to Detective Katchis of the Wichita Police Dept. Laboratory.

                        The brain weighed 1250 grams and had the tract from the right temporal lobe of the brain to the left posterior region of the parieta lobe.   The circle of willis was intact and the brain externally showed no scarring or adhesions under the stainless steel plate.   There was no sign of old injury, hemorrhage tumor or natural disease processes seen. The dura was stripped from the base of the skull and no fractures were seen.   The Pituitary is in normal position and size.



000203

PAGE   THREE   W-96

INTERNAL EXAMINATION

NECK. No injuries seen in the soft tissues.  The larynx and trachea are patent and the thyroid was in normal position and size.  The vessels are unremarkable.

CHEST   GENERAL  No defects or deformities were seen. There was no fluid or adhesions in the pleural cavity.

LUNGS   WEIGHT LEFT 800 GMS   RIGHT 850   GMS
The Pleural surfaces are congested.  The parenchyma is unremarkable except for a considerable amount of edema bilaterally.  The bronchi are patent as are the pulmonary vessels.

HEART   WEIGHT   800   GMS
The pericardial cavity is obliterated by adhesions.  There are three bypas openings in the anterior first part of the thoracic aorta.  The venous grafts are intact and patent.  The coronaries showed severe calcification. There is scarring in the septum and posterior left ventricle.

ABDOMEN   GENERAL   No fluid or adhesions are seen.

LIVER   WEIGHT   GMS  1900
The capsule is smooth.  The cut surface is reddish yellow.  The gall bladder and biliary system was unremarkable.

SPLEEN   WEIGHT  100  GMS
The capsules strip with ease.  The cut surface is congested.

ADRENALS   Normal size and shape.

PANCREAS   Autolysed

KIDNEYS   WEIGHT   RT 140 GMS   LEFT 130 GMS
The capsules strip with ease showing a congested surface.  The cut surface is congested.   The ureters are unremarkable.

STOMACH   CONTENTS  30   CC
Mucosa normal.

GI TRACT   No obstruction, tumor formation, hemorrhages or ulcer

BLADDER  The bladder is distended with 350cc of urine.  The mucosa is congested.

GENITALIA   The prostate is enlarged.'  The external genitalia is normal.

SKELETAL STRUCTURES   Normal



000204

Ex_13-000333

PRISON HEALTH SERVICES INCORPORATED

PHS

# HISTORY AND PHYSICAL

☐ Initial/New Man
☐ Bi-annual
☐ _____ Violator
☐ Escapee
☐ Employee

Date 1/1/93
H&F — C
Health Unit

| Blood Pressure | 138/74  56  12  97⁸ | | Height | 6'1" | | Vision | Rt. 20/ 20 | Lt. 20/ 20 |
| Date of Tetanus Toxoid | 1989 | | Weight | 183½# | | With ☐ Glasses | Without ☒ Glasses |

## TESTS

| | Normal | Abnormal | | | Normal | Abnormal | | Allergies |
|---|---|---|---|---|---|---|---|---|
| | ✓ | | Urinalysis | | ✓ | | TB Skin Test When Treated 1/11/93 | NKA |
| | | | CBC | | | | Sickle Cell | |
| | | | VDRL   When Treated | | | | Pap Smear | |
| | | | GC    When Treated | | | | Chest X-Ray | |

## HISTORY

| YES | WHO | F = Family  S = Self | YES | WHO | F = Family  S = Self | YES | WHO | F = Family  S = Self |
|---|---|---|---|---|---|---|---|---|
| ✓ | S | Scarlet Fever | | | High/Low Blood Pressure | | | Use Tobacco |
| | | Diphtheria | | | Stomach Ulcers | | | Mental Illness |
| | | Rheumatic Fever | | | Gallbladder/Gallstones | | | Attempted Suicide |
| | | Childhood Diseases | ✓ | S | Hepatitis | | | Presently on any Psychotrophic Meds. |
| | | Wear Glasses | ✓ | S | Heart Trouble | | | |
| | | Eye, Ear, Nose or Throat Problems | | | Rupture-Hernia | | | |
| ✓ | S | Sinusitis/Hay Fever | | | Appendicitis | | | Illness/Injury Un-noted |
| ✓ | S | Diabetes | | | Hemorrhoids/Rectal | | | |
| ✓ | S | Dizziness/Fainting Spells | ✓ | S | Kidney Stones (Blood/Urine) | | | Do you bleed excessively after injury or Tooth Extraction? |
| | | Sickle Cell/Trait | | | Arthritis/Rheumatism | | | |
| | | Gunshot Wounds | | | Bone/Joint Deformity | | | Any Operations?  When? |
| ✓ | S | Stutters | | | Epilepsy/Fits | | | |
| ✓ | S | Back Problems | | | Bed Wetting | | | |
| | | Veneral Disease | | | Drug Adiction | | | |
| | | Tuberculosis (Live with anyone) | | | Alcoholism | | **Female Inmates** | |
| | | | | | Homosexual Tendencies | # Pregnancies _____ | # Miscarriages _____ |
| | | | | | | Age of Menses _____ | Last Menses _____ |

PREVIOUS HOSPITALIZATIONS (Secure Inmate Authorization For Medical Record Information) prior kidney stones, Stabbing Lt. Neck, Abdomen, hit on head with pipe

| Date | Hospital | Date | Hospital | Date | Hospital |
|---|---|---|---|---|---|

## PHYSICAL

| | Normal | Abnormal | | | Normal | Abnormal | | Remarks |
|---|---|---|---|---|---|---|---|---|
| | ✓ | | Head, Neck and Scalp | | ✓ | | Ext. Genitalia | |
| | ✓ | | Mouth and Throat | | ✓ | | Skin  Tattoo present | |
| | ✓ | | Ears and Eardrums | | ✓ | | Breast | |
| | ✓ | | Eyes and Pupils | | ✓ | | Upper Extremities | |
| | ✓ | | Chest and Lungs  thin chest | | ✓ | | Lower Extremities | |
| | ✓ | | Cardiovascular — hyperlipidemia | | | | Spine/Muscoskeltal | |
| | ✓ | | Abdomen, Incl. Hernia | | N/A | | Pelvic Exam | |
| | ✓ | | Anus and Rectum | | | | | Classification  II |

| Nurse's Signature  Margaret Mynthu | Date 1/11/93 | Physician's Signature  ____ E. Caroll | Date 1-12-93 |

## INFORMATION

Emergency Addressee  Jeanette Purker  ▮▮▮▮  Telephone # ▮▮▮▮

Home Address  Telephone #

County  Sentence  Spouse/Next-of-Kin  Relationship  Wife

Alias  Place of Birth  S  M  W  D  Social Security #

Inmate Name (Last, First, Middle)  Purley, Wesley  Date of Birth ▮▮▮  Age 40  R/S W/M  AIS.#

000984

Ex_13-000334

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## KANSAS DEPARTMENT OF CORRECTIONS
### PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| | | *(handwritten clinical notes)* | | | *(handwritten physician orders)* |

*(Handwritten patient notes, including references to Dr. Payne, tachycardia, physical, CPX Class II given by Goff, CXR done, CPX lab work and other blood tests drawn, UA for CTS was done 1-7-92, signed Shelli Hill R.T.; patient seen for physical, stiffness and low back pain, smoker, ENT, chest, etc.)*

*(Handwritten physician orders, including Appt 1-14-93, Class II, LN X5 days, EKG, CBC Sedrate, PE chest Xray, UA, Lumbo-Sacral spine Xray, signed Payne MD, dates 4-7-93, 4-11-93, 1953)*

| INMATE NAME | (LAST, FIRST, MIDDLE) Purkey, Wesley | DATE OF BIRTH 000985 | AGE 40 | R/S a/m | ID# |
|-------------|--------|-----|-----|-----|-----|

70008 (5/91)

Ex_13-000335

| Mrn # 6002941 | Pub Ind | Pt Type | Adm Source | Birthdate | Room - Bed | Campus | Svc | Adm Date | Adm Time |
|---|---|---|---|---|---|---|---|---|---|
| Case # 60029410010 | O | | EO | | 0220-B | SJC | PPR | 05/02/98 | 22:22 |

**PATIENT INFORMATION**

PURKEY ,WES I  —  Age 46  | Sex M | Race 1 | MS M | Vet | Fin S | Inf Ind | | Last Adm Date

KS

Alias

Church Info

0099   NO SPECIFIED RELIGION

UNSPECIFIED RELIGION

SS#  | Accident Info  N

Relative Information | Emergency Contact Information

PURKEY ,  SPOUSE | NONE ,TO GIVE   UNRELATED

KS | 999 999-9999

999 999-9999

Attending Physician | Family Physician

500702   BHARATI, RALPH | 000000   NONE

Referring Physician | Resident Physician

000000   OTHER DOCTOR

Admitting Diagnosis / Chief Complaint

PSYCHOSIS NOS R/O PSYCHOSIS DUE TO SUBSTANCE ABUSE

**EMPLOYER**

PLUMBER   S/E

WICHITA   KS  316 999-9999

99999

292.9
305.60

**GUARANTOR**

Guar Address | Guar Employer

PURKEY ,WES I | PLUMBER

| WICHITA   KS

PATIENT | 99999

| 316  999-9999

**INSURANCE**

| INSURANCE COMPANY | SUBSCRIBER | PRIMARY PROVIDER PLAN1 |
|---|---|---|
| | INS PLAN # | CERT. # |
| | GROUP # | |
| PRIOR? | HOSP. | ADM   DSG |
| | | PRIMARY PROVIDER PLAN2 |
| | INS.PLAN # | CERT. # |
| | GRP# | |
| | | PRIMARY PROVIDER PLAN3 |
| | INS.PLAN # | CERT. # |
| | GRP# | |
| | | PRIMARY PROVIDER PLAN4 |
| | INS.PLAN # | CERT. # |
| | GRP# | REPRINT COPY |

**COMMENTS**

NO INS TO FILE

28854  05/02/98  22:31

| DISCHARGE Date/Time | L.O.S. |
|---|---|

Patient Name   PURKEY ,WES I

Patient Case #   60029410010

ViaChristi
Regional Medical Center

WP906436

| | | | |
|---|---|---|---|
| **PATIENT NAME:** | PURKEY, WES I | **UNIT/ROOM#:** | J2B 0220 |
| **MED REC NO:** | 6002941 | **DATE OF BIRTH:** | ▓▓▓ |
| **CASE NUMBER:** | 060029410010 | **PATIENT AGE:** | 46 |
| **ADMIT DATE:** | 05/02/1998 | **HOSP SVC:** | PPR |
| **DISCH DATE:** | 5-3-99 | **PT/FACILITY:** | O/St. Joseph Campus |

## HISTORY AND PHYSICAL

IDENTIFICATION:
 A 46-year-old, white male.

CHIEF COMPLAINT:
 "They are planning to kill me."

REASON FOR ADMISSION:
 Danger to self and others.

HISTORY OF PRESENT ILLNESS:
 This 45-year-old, white American male was reportedly doing fine up to four or five days ago when he started to act paranoid and told his wife that somebody was trying to poison him. He also woke up his wife, saying while he was asleep he was sprayed with a poisonous mist several times, and his blood has poison in it. This kind of paranoid behavior has been going on for the past four days. He also told his wife that his house is wired and they can see his wife and children and himself all the time. Last night, the wife had called the police three times because of his paranoid behavior. The patient has been acting strange according to wife, extremely anxious and suspicious of everybody and restless. He has told his wife that because he has lately slept with a drug dealer's wife, the drug dealer has threatened to have him murdered. The wife reports that she has been married to this man for the past 11 years or so and that he is not on any drugs. However, he stated that he has probably using crank a week ago or so. It appeared to me that the wife is minimizing or concealing things about his past or current history of substance abuse. The reason the wife brought him to the hospital today at this time is because he was getting out of control because of agitation, anxious, and paranoid behavior.

PAST PSYCHIATRIC HISTORY:
 None reported at this time.

PAST MEDICAL HISTORY:

| | | |
|---|---|---|
| **VIA CHRISTI** | **NAME:** | PURKEY, WES I |
| **REGIONAL MEDICAL CENTER** | **CASE #:** | 060029410010 |
| **WICHITA, KANSAS** | **MR#:** | 6002941 |
| | **ADMIT DATE::** | 05/02/1998 |
| **HISTORY AND PHYSICAL** | **DISCH. DATE:** | |

12156                                                                   Page 1 of 4

Ex_13-000337

| PATIENT NAME: | PURKEY, WES I | UNIT/ROOM#: | J2B 0220 |
| MED REC NO: | 6002941 | DATE OF BIRTH: | ▮▮▮▮▮ |
| CASE NUMBER: | 060029410010 | PATIENT AGE: | 46 |
| ADMIT DATE: | 05/02/1998 | HOSP SVC: | PPR |
| DISCH DATE: | | PT/FACILITY: | O/St. Joseph Campus |

Nothing significant reported at this time. No history of head trauma, etc. in recent past.

**SUBSTANCE ABUSE HISTORY:**
Used crack cocaine a week ago or so, quantity unknown, duration unknown.

**PAST MEDICAL HISTORY:**
Not available. Past history regarding drug abuse is not available at this time. The patient regularly smokes one to two packs of regular cigarettes a day per day for the past 2 years or so.

**SOCIAL HISTORY:**
Works as a plumber. Currently in his second marriage, a father of three children, education unknown.

**FAMILY HISTORY:**
Not known at this time.

**MENTAL STATUS EXAMINATION:**
The patient is alert, oriented times three, well-groomed, anxious, agitated, pacing up and down in the emergency room, difficult to curtail in the emergency room. He stated that there are people waiting out in the lounge who are planning to have him murdered, and they have been asked to by a certain drug dealer whose wife he had slept with. Speech is normal to rapid, but goal-directed. Frustrated because nobody believes in him. Thoughts are organized. Paranoid delusions are present. Visual hallucinations and somatic hallucinations present. While I was interviewing him, he suddenly got up and left the room, saying they are "spraying me with their mist," and he started to rub his skin vigorously as he stated he could feel the thin layer of the mist that is penetrating his skin and entering his blood stream. He denied experiencing auditory hallucinations. Recent events are poor. Attention span is poor. Judgment and insight grossly impaired. Benign homicidal or suicidal ideation. Extremely fearful of being murdered.

| **VIA CHRISTI** **REGIONAL MEDICAL CENTER** **WICHITA, KANSAS** **HISTORY AND PHYSICAL** | NAME: | PURKEY, WES I |
| | CASE #: | 060029410010 |
| | MR#: | 6002941 |
| | ADMIT DATE:: | 05/02/1998 |
| | DISCH. DATE: | |

12156

Page 2 of 4

WP906438

Ex_13-000338

| PATIENT NAME: | PURKEY, WES I | UNIT/ROOM#: | J2B 0220 |
| MED REC NO: | 6002941 | DATE OF BIRTH: | ▉▉▉▉ |
| CASE NUMBER: | 060029410010 | PATIENT AGE: | 46 |
| ADMIT DATE: | 05/02/1998 | HOSP SVC: | PPR |
| DISCH DATE: | | PT/FACILITY: | O/St. Joseph Campus |

PHYSICAL EXAMINATION:

GENERAL: This is a 45-year-old, well-built, white male.

HEENT: Normocephalic and atraumatic. Pupils equal, round, reactive to light and accommodation. ENT examination within normal limits.

NECK: Supple without jugular venous distention, lymphadenopathy or thyromegaly.

CHEST: Clear to auscultation.

HEART: Regular rate and rhythm.

ABDOMEN: Soft, nontender and bowel sounds are audible.

GU: Deferred.

NEUROLOGICAL: Cranial nerves II-XII grossly intact. No sensory or motor deficits elicited on the gross examination of both systems. Deep tendon reflexes are 2+ in upper and lower extremities bilaterally.

EXTREMITIES: Multiple tattoos on both the upper limbs and some on trunk. No edema or cyanosis noted.

IMPRESSION:
Psychosis, not otherwise specified, rule out substance abuse psychosis, crack cocaine.

PLAN:
Admit the patient to a safe environment, protect from injury to self or others, close observation to be maintained. Routine labs including UDS, blood alcohol, etc., will be done. Will use appropriate psychotropic medications to keep him calm. Need to get more information regarding drug abuse. Whey would a 45-year-old man

| VIA CHRISTI<br>REGIONAL MEDICAL CENTER<br>WICHITA, KANSAS<br><br>HISTORY AND PHYSICAL | NAME: | PURKEY, WES I |
| | CASE #: | 060029410010 |
| | MR#: | 6002941 |
| | ADMIT DATE:: | 05/02/1998 |
| | DISCH. DATE: | |

12156

Page 3 of 4

ORIGINAL
WP906439

Ex_13-000339

| | | | |
|---|---|---|---|
| **PATIENT NAME:** | PURKEY, WES I | **UNIT/ROOM#:** | J2B 0220 |
| **MED REC NO:** | 6002941 | **DATE OF BIRTH:** | ▓▓▓▓▓ |
| **CASE NUMBER:** | 060029410010 | **PATIENT AGE:** | 46 |
| **ADMIT DATE:** | 05/02/1998 | **HOSP SVC:** | PPR |
| **DISCH DATE:** | | **PT/FACILITY:** | O/St. Joseph Campus |

suddenly start using crack cocaine?  Will consider consulting addictionologist if needed.  Case was discussed with Dr. Bharati.

Hamid Q Sial, M.D.

Ralph Bharati, M.D.

Dictated by Hamid Q Sial, M.D.

JOB #: 1149
D: 05/02/1998
T: 05/03/1998 12:04 A /lk

cc:    Ralph Bharati, M.D.
       Hamid Q Sial, M.D.

| | | |
|---|---|---|
| **VIA CHRISTI** | **NAME:** | PURKEY, WES I |
| **REGIONAL MEDICAL CENTER** | **CASE #:** | 060029410010 |
| **WICHITA, KANSAS** | **MR#:** | 6002941 |
| | **ADMIT DATE::** | 05/02/1998 |
| **HISTORY AND PHYSICAL** | **DISCH. DATE:** | |

12156

Page 4 of 4

ORIGINAL
WP906440

Ex_13-000340

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. J^  ^PH CAMPUS

3600 E. HARRY - WICHITA, KS.
689-5000

EMERGENCY
DEPARTMENT

CASE NO.: _____
M.R. NO.: _____

JBLICITY INFO. _____

PATIENT TYPE _____ SERVICE _____ RECURRING PT. _____ REGISTER TECH. _____ DATE OF SERVICE _____ TIME _____

NAME _____ TITLE _____ DOB _____ AGE _____ SEX _____ MARITAL STATUS _____ RACE _____ SS # _____

ADDRESS _____ ALIAS _____ RELIGION _____ OCCUPATION _____

PHONE _____ EMPL. _____ EMPL. ADD _____ PHONE _____

NAME _____ ADDRESS _____

PHONE _____ SS# _____ RELATIONSHIP _____ EMPL _____

EMP. ADDRESS _____

EMER NOTIF. NAME _____

PHONE _____

PRI. INS. _____

INS. AUTHORIZATION # _____ GROUP/EMPL. _____

SUBSCRIBER _____ RELATION _____

SEC. INS. _____ CODE _____ POLICY # _____ PRIMARY PROVIDER _____

INS. AUTHORIZATION # _____ GROUP/EMPL _____ EMPL. ADDRESS _____

SUBSCRIBER _____ DOB _____ ADDRESS _____ RELATION _____

ACCIDENT INFO _____ DATE _____ TIME _____ HANDICAP _____ PRIMARY LANGUAGE _____ ADMIT PHYS _____

CHIEF COMPLAINT _____ ATT. PHYS. _____ PRIMARY PHYS.

M#6002941    C#60029410010    05/02/98   20:25
PURKEY ,WES I      DR:NONE
DOB: [redacted]           SEX:M       FC:S
C [redacted]  KS [redacted]     EMM 2885

DO YOU HAVE AN ADVANCE DIRECTIVE? Y [ ] N [ ]  DO YOU HAVE THE DIRECTIVE WITH YOU? Y [ ] N [ ]  VALUABLES? Y [ ] N [ ]
LIVING WILL OR DURABLE POWER OF
ATTORNEY FOR HEALTH CARE          INFORMATION DISTRIBUTED: DATE _____ INITIALS _____ INITIALS _____

| LAB | | DR./AGENCY | TIME CALLED / RESPONDED | RESPONSE |
|---|---|---|---|---|

**CBC**
ME ORDERED

WBC _____ RBC _____ HGB _____ HCT _____
PLATELETS _____ LYMPH % _____ MONO % _____ GRAN % _____

ME RECEIVED

SEGS _____ STABS _____ LYMPH _____ MONO _____
ESO _____ BASO _____ (OTHER) _____

**CHEM**
7 14
MULTI
ME ORDERED
ME RECEIVED

NA+ _____ K+ _____ CL _____ CO₂ _____
BUN _____ CREAT _____ GLU _____ ANION GAP _____
CHOL _____ TRIG _____ ALK PHOS _____ SGOT _____
SGPT _____ GGT _____ CPK _____ LDH _____
T. BILI _____ TP _____ ALB _____ URICA _____
CA _____ PHOS _____ MG _____ CK-MB _____
AMYLASE _____ ETOH _____ PREG _____ DIGOXIN _____
THEOPHYLLIN _____ DILANTIN _____ PT _____ PTT _____
(OTHER) _____

**INTERVENTION**

| TIME | SEE EPISODE SHEET ☐   MEDICATIONS/TREATMENTS/IVS |
|---|---|
| | MEDICATIONS |
| 2125 | [illegible handwriting] 1 mg  Im |
| 2135 | Haldol 2 mg  Im  Burse in |
| | Vo..SIAL. |
| | D'Oher |

**UA**
ME ORDERED
ME RECEIVED

COLOR _____ CLARITY _____ SpG 1.0 _____
PH _____ BLOOD _____ PRO _____ UROBIL _____ LEUK _____
NIT _____ GLU _____ KET _____ BILI _____
WBC _____ RBC _____ EPI _____ BACT _____

**MICRO**
ME ORDERED
ME RECEIVED

RAPID STREP _____ MONO SPOT _____
KOH _____
WET PREP _____
GRAM STAIN _____
CULTURE OF _____

IV

**X-RAY**
-PORT
-DEPT
TIME OUT
IE RETURNED

CHEST         C-SPINE         ABD. SERIES
SKULL         L-SPINE
OTHER: _____
INTERPRETATION:

OTHER (RT/M&S)

IB
C
IRT
IRRIED

BY: _____
RADIOLOGIST

ABG
OTHER
TERPRETATION

EKG
INTERPRETATION

| INSTRUCTION SHEETS | DISPOSITION | PROVISIONAL DIAGNOSIS | ATTENDING REFERRAL PHYSICIAN SIG. |
|---|---|---|---|
| 2   3 _____ | HOME   ADMIT | ECS PHYSICIAN SIG | |
| | TRANSFER   AMA | | |

HEALTH INFORMATION MANAGEMENT

ORM NO. G-018 REV. 10/93

Ex_13-000341

Via Chri
Regional Medical Center
St. Joseph Campus

**EMERGENCY CARE SERVICES**

E#

PATIENT NAME: Ales Perker

DATE OF BIRTH

DATE 5/2/98   TIME 2020

☐ EMERGENT   ☐ URGENT
☐ NON-URGENT   ☐ QUICK CARE

**TRIAGE ASSESSMENT**

HOW ARRIVED: ☐ AMB ☐ CART ☐ W/C ☐ CARRIED   ☐ EMS UNIT #   SB ___FW___   CC ___MONITOR___

INITIAL VITALS:   TEMPERATURE 96.4 ☐ ORAL ☐ AX ☐ R   PULSE 121 ☐ REGULAR ☐ IRREGULAR   RESP 20   B.P. 144/81   ROOM #

S: CHIEF COMPLAINT: Possible ingestion of toxic chemical in house area 7-8 hours last noc possible OD eval

O: TRIAGE EXAM: anxious, skin warm pink dry. Sts people were at top 100% last noc. Wide conjus. Pupils clear & equal etc.

PAST MEDICAL HX: 70. 100/0.

MEDICATIONS: O

ALLERGIES:

☐ SMOKER ☐ NON SMOKER   LMP   GRAVIDA   PARA   MISCARRIAGE   LAST TETANUS:

TRIAGE NURSE SIGNATURE: Virginia of Bradley 2025

TRIAGE ORDERS:

**EMERGENCY CARE NOTES**

| VISUAL ACUITY | | | | WEIGHT: | ☐ ANIMAL BITE | ☐ CONTRACT CO. | ☐ AUTHORIZATION | ☐ POLICE | TIME | PRIMARY INS. |
| GS | OD | OU | | PRIMARY NURSE: | | PATIENT PHYSICIAN O | | ECS PHYSICIAN | | |

**VITAL SIGNS**

| TIME: | T | P | R | B.P. |
|---|---|---|---|---|
| | | | | / |
| | | | | / |
| | | | | / |
| | | | | / |
| | | | | / |
| | | | | / |

**NURSING ASSESSMENT**

TIME:   NURSING DX:

2040  pt escorted to rm #9 /gowned  B.m.

2041  ICCC #9  Butler

2050  pt reports people were spraying chemicals down from the roof last night. Type of chemicals unknown. has not urinated only once today. pt wants toxicology done. Believes that someone is trying to kill him. pt wants blood drawn. nBeely.

2110  ICCC #9

Assessment center here to see pt; pt currently adjusting to admission pt cooperative

2153  victim sleeping

2200  to ATU via w/c c security & ECS

**DISPOSITION**

☐ HOME   ☐ OFFICE   ☐ AMA
☐ AMB   ☐ WC   ☐ CART   ☐ CARRIED

DISMISSAL TIME

ACCOMPANIED BY

RN SIGNATURE

ADMIT TIME 2145

RM # ATU READY @

REPORT CALLED @

BY

TRANSPORTED TO RM. @

BY

☐ O₂   ☐ MONITOR

TRANSFER TO

@ _____ PER _____

☐ EXPIRED @

**CONDITION**

☐ GOOD   ☐ FAIR
☐ SERIOUS   ☐ CRITICAL

AUDITOR SIGNATURE

CLASSIFICATION
I   II   III   IV   V   VI

INITIAL SIGNATURE

INITIAL SIGNATURE   WP906442

INITIAL SIGNATURE

P-1143 REV. 9/83

ORIGINAL: MEDICAL RECORD   CANARY: FILE   PINK: PHYSICIAN   GOLD: INSURANCE

Ex_13-000342

# VIA CHRISTI — ST. JOSEPH MEDICAL CENTER
## EMERGENCY DEPARTMENT

Patient ID: 60029410010   Name:   PURKEY ,WES I   Age: 46   Sex: M
Medical Record Number: 6002941

Patient complains ofpeople on roof last night spraying a chemical in his room
for approximately today prior to arrival The chemical was activated by a beam.

REVIEW OF SYSTEMS: as above.
PAST MEDICAL HISTORY: see chart.
SOCIAL HISTORY: see chart
FAMILY HISTORY: see chart

PHYSICAL EXAM:   vital signs: See Nurse's notes. The patient is alert and
cooperative.
EYES: PERRL, there is no discharge or injection.  Bilateral EOMs are intact.
NECK: Supple, nontender.
LUNGS: clear to auscultation and breath sounds equal. No wheezes, rales or
rhonchi appreciated.
HEART: regular rate and rhythm.
ABDOMEN: soft, nontender.
NEUROLOGICAL: Alert.  Motor functions within normal limits for this patient.

LAB(0):  Not ordered.

INTERVENTION:

DIAGNOSIS:  Psychosis, 298.9

DISPOSITION:  CONSULT:  assessment center  was consulted by phone .

H. STOPP, D.O.
Sun May 03, 1998

WP906443

Ex_13-000343

| Date/Time Specialty | PHYSICIAN'S PROGRESS NOTES |
|---|---|
| 5/3/98 12:40 | Pt seen c̄ Wife & ex wife. Pt not psychotic & wife himself — Requesting D/C. D/C today. *Ralph Bharati MD* |

PURKEY, WES
OCE94I00IO    PHYSICIAN'S PROGRESS NOTES
VIA CHRISTI REGIONAL MEDICAL CENTER
BHARATI, RALPH    05/02 WICHITA, KS.
UNSPECIFIED    11-97  VC-128
RELIGION
46    M    6002941

PATIENT IDENTIFICATION
PURKEY, WES I
6OCE94IOOIO    05/02/98    ET    O
BHARATI, RALPH
UNSPECIFIED RELIGION
46    M    6002941

WP906444

Ex_13-000344

| Date/Time Specialty | PHYSICIAN'S PROGRESS NOTES    # dictated |
|---|---|
| 05/02/98 10:30 PM | Admission Note

- Identification: 45 years White American Male-.

Chief Complaint: They are planning to kill me.

Reason for Admission: Danger to self/others.

HPI:- This 45 years old white-American male was reportedly doing fine up until 4-5 days ago when he started to act paranoid & told his wife that somebody is trying to poison him, he also woke up his wife saying that while he was asleep a he was sprayed with a poisnous mist several times & now his blood has poison in it. This kind of paranoid behavior has been going on past 4 days. He also told his wife that his house is wired & 'they' can see his wife & children and himself all the time.

Because of this paronia he is extremely anxious suspious of every body + restless.

He told his wife that because he has lately slept with a drug dealers wife, the drug dealer has threatened to kill him.

The wife reports that she is married to this man past to 11 years & that he is not on any drugs however stated that he has probably used CRANK a week ago or so. It appeared to me that the wife is minimizing or concealing facts about his past his tory of substance Abuse. |

PURKEY, WES I
6002941C010   05/02/98   ET   0

VIA CHRISTI REGIONAL MEDICAL CENTER
WICHITA, KS
PHYSICIAN'S PROGRESS NOTES
VC128   12/97

PATIENT IDENTIFICATION
UNSPECIFIED RELIGION
46   M   6002941

WP906445

Ex_13-000345

| Date/Time Specialty | PHYSICIAN'S PROGRESS NOTES |
|---|---|
| 05/02/98 | PAST PSV HISTORY: None reported at this time. PAST MEDICAL H/O: Nothing reported at this time no H/O head trauma etc in recent past. Substance Abuse H/O: USED CRANK Cocaine. 1 wk ago. past H/o not available at this time. Smokes regular ciggerettes 1-2 pack/day. Personal Social H/o: works as a plummer, currently in his second marriage, father of 3 children. Education unknown. |
| | Family H/o not known at this time. |
| | MSE 8 Alert, Oriented, well groomed, anxious agitated difficult to control in the ER. Speech normal, goal directed, frustrated because nobody believes in him thoughts organized PARANOID DELUSIONS, VISUAL HALLUCINATION + SOMATIC HALLUCINATIONS Present, while I was interviewing him he suddenly got up + left the room saying they are spraying me with the mist. Then started to rub his skin vigorously as he could feel the thin layer of the mist. Denied experiencing auditory Hallucinations. Memory for recent events poor. Attention span poor. Judgement + insight grossly impaired. Denied SI/HI, extremely fearful of being murdered. |

VIA CHRISTI REGIONAL MEDICAL CENTER
WICHITA, KS
PHYSICIAN'S PROGRESS NOTES
VC128  12/97

PATIENT IDENTIFICATION

PURKEY, WES I
05/02/98  ET  0
BHARATI, RALPH
UNSPECIFIED RELIGION
46  M  6002941

WP906446

Ex_13-000346

3

| Date/Time Specialty | PHYSICIAN'S PROGRESS NOTES |
|---|---|
| 05/02/98 | PE: unremarkable except for HEA multiple TATOO over the arms/trunk. |
| | IMPRESSIONS. |
| | 1. PSYCHOSIS NOS. R/O SUBSTANCE INDUCED PSYCHOSIS. (CRANK). |
| | PLAN. Admit Pt to safe enviroment. Protect from injury to self/others. Close Observation to be maintained. Routine Labs including UDS, BUL ETOH. Will use appropriate Psychotropic medications to keep him calm. Need to gather more information regarding drug abuse, why would a 45 yr old man suddenly start using CRANK, Cocaine. Will Consider Consulting Addictionologist. Case was discussed with Dr. Bharati. |
| | will be maintained on elopment risk.          Hamiet Sial MD. |
| | Note; Pt's wife requests that pt. should not be dismissed until such time that dismissal plans have been discussed with her. |
| | wife phone NO s Home   316-529-8893. Work. 681-2991- (12 noon to 1PM). Ex. Wife who also accompanied the pt. Home  Pager. 2-61-7724. Home/work?:  524-9122 |

VIA CHRISTI REGIONAL MEDICAL CENTER
WICHITA, KS
PHYSICIAN'S PROGRESS NOTES
VC128   12/97

PURDEY. WES
PATIENT IDENTIFICATION 02/98   ET
BHARATI, RALPH
UNSPECIFIED RELIGION
46   M   6002941

WP906447

Ex_13-000347

| Date/Time Discipline | MULTIDISCIPLINARY PROGRESS NOTES |
|---|---|
| 5/2/98 2210 | pt. adm. from ER. Awake, alert, cooperative. Obtained vs et oriented to rm. pt. accomp. by wife + ex-wife, who are friends. pt. said he's unable to void only but 1x today. Did admit IV drug use 4 days ago, before that wife says it was 15 yrs. ago that he used drug. pt. fell asleep within 10 min. of adm. family left #'s. will provide safe environ. + observe closely. Med nsg.— miller R |
| 5-3-98 23-07 | P#/Distill. Thoughts T: Observe/monitor on all rounds. pt. has slept quietly, eyes closed even respirations. M Brooks LPN |
| 5/3/98 | 07-1250- Tx. plan reviewed c̄ pt. See tx. plan for update. K Smith RN — |

VIA CHRISTI REGIONAL MEDICAL CENTER
WICHITA, KS
MULTIDISCIPLINARY PROGRESS NOTES
VC129  12/97

PATIENT IDENTIFICATION

PURKEY ,WES I
60025410010  05/02/98  ET  0
BHARATI, RALPH
UNSPECIFIED RELIGION
46  M  6002941

WP906448

Ex_13-000348

| DIAGNOSIS: Psychosis NOS | | | | ADMISSION DATE: | | |
|---|---|---|---|---|---|---|
| PATIENT'S REASON FOR ADMISSION: Paranoid - thought people were trying to poison him | | | | | | |
| STRENGTHS/ASSETS: Supportive wife | | | | | | |
| DISCHARGE GOALS: | | | | | | |

| COMPREHENSIVE PROBLEMS IDENTIFIED | | DATE | PRIORITY CODE |
|---|---|---|---|
| # 1 Distorted thoughts | | 5/2/98 | A |
| # 2 | | | |
| # 3 | | | |
| # 4 | | | |
| # 5 | | | |
| # 6 | | | |
| # 7 | | | |
| # 8 | | | |
| # 9 | | | |
| #10 | | | |

| TREATMENT PLAN REVIEW WITH PATIENT | | | | PRIORITY CODES LEGEND | |
|---|---|---|---|---|---|
| DUE DATE | DATE DONE | PATIENT SIGN. | STAFF SIGN. | A = Immediate          C = By Discharge<br>B = By First Staffing          D = Deferred | |
| 5/4 | 5/3/98 | W | Komith R | Initiated by Signature | Date |
| | | | | BN Sterile RN | 5/2 |
| | | | | Case Manager Signature | Date |
| | | | | | 5/2/98 |
| | | | | Physician Approval | Date |
| | | | | Ralph Bharati | 5/3/98 |

PATIENT IDENTIFICATION

PURKEY ,WES I
6003941001D  05/02/98  ET  0
BHARATI, RALPH
UNSPECIFIED RELIGION
46  M  6002941

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
WICHITA, KANSAS 67218

PSYCHIATRIC MULTIDISCIPLINARY TREATMENT PLAN

WP906449 F-850 Rev. 12/95   KQ-156   Page 1 of ____

| FAMILY/SIGNIFICANT OTHER CONTACTS | | | |
|---|---|---|---|
| DATE | PERSON CONTACTED | NATURE OF CONTACT | PN ENTRY Yes/No |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**STAFFING NOTES**

| DATE: | | ATTENDANCE: | | | |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

DISCUSSION/RECOMMENDATIONS:

| DATE: | | ATTENDANCE: | | | |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

DISCUSSION/RECOMMENDATIONS:

PATIENT IDENTIFICATION  CC02  10010  05/02/98  ET  VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
BHARATI, RALPH
WICHITA, KANSAS 67218
UNSPECIFIED RELIGION
45  M  60  PSYCHIATRIC N    DISCIPLINARY    MENT PLAN
WP906450
P-830  Rev 12/95   KO-156   Page 2 of

Ex_13-000350

| PROBLEM # __1__ | Distorted Thoughts |
|---|---|

**EVIDENCED BY:** Hallucinations (auditory, visual, tactile, olfactory), fear, distrust or suspicion, agitation, confusion, aggression toward others or property, self-destructive behavior, attention deficits, inability to discriminate between real and unreal perceptions, inability to make decisions, rambling, incoherent or unintelligible speech, talking out loud when no one is present, listening intently to no apparent stimuli, delusions.

**LONG-TERM GOAL:** Patient will establish effective coping strategies, and develop plan to deal with hallucinations.

| SHORT-TERM OBJECTIVES | START | TARGET | RESOLVED |
|---|---|---|---|
| 1. Patient and others will be free of injury in any 24-hour period. | 5/2/98 | 5/5 | 5/3 |
| 2. Patient will experience decreased hallucinations. | 5/2/98 | 5/5 | |
| 3. Patient will express decreased fear, anxiety and agitation. | 5/2/98 | 5/5 | |
| 4. Patient will participate in the real environment and be involved in one structured activity daily. | 5/2/98 | 5/5 | |

**MULTIDISCIPLINARY TREATMENT TEAM APPROACHES/NAMES/DISCIPLINES**

| Date Implemented | | | | | |
|---|---|---|---|---|---|
| 5/2 | Establish therapeutic rapport with patient. | | | | |
| _Komuth R_ | | | | | |
| 5/2 | Be aware of all surrounding stimuli, and decrease stimuli or move client to another area if indicated. | | | | |
| _Komuth R_ | | | | | |
| 5/2 | Communicate with the patient verbally in direct, concrete and specific terms, avoid gesturing, abstract ideas and innuendoes. | | | | |
| | | | | | |
| | Encourage patient to make staff aware of hallucinations when they occur, or when they interfere with patient's ability to converse and carry out activities. | | | | |
| | | | | | |
| 5/2 | Provide structured environment with as many routine ADL's as possible and provide simple activities that the patient can realistically accomplish. | | | | |
| | | | | | |
| | Be alert for signs of increased fear/anxiety/agitation. Intervene with one-to-one contact, time-out in room and prn medications (as ordered) as appropriate. | | | | |
| | | | | | |
| 5/2 | Orient to reality: address patient by name; repeat self-introduction as needed; state time regularly; have clock in plain view; regularly state location; state date; have calendar in plain view; explain routine and policies; interpret sights, sounds and odors in the environment.. | | | | |
| | | | | | |

| PATIENT IDENTIFICATION | VIA CHRISTI REGIONAL MEDICAL CENTER |
|---|---|
| PURKEY ,WES I<br>6002941OO1O  O5/O2/98  ET  O<br>BHARATI, RALPH<br>UNSPECIFIED RELIGION<br>46  M  6002941 | ST. JOSEPH CAMPUS<br>WICHITA, KANSAS 67218<br><br>PSYCHIATRIC MULTIDISCIPLINARY TREATMENT PLAN<br><br>P-830-8   Rev. 12/95   KQ-156   Page _____ of _____ |

WP906451

Ex_13-000351

## PROBLEM UPDATE

Problem # ___1___

| | STATUS |
|---|---|
| 5/3/98 - Discharge - Pt. alert + oriented. No distorted thoughts observed. Wife + ex-wife both here for discharge. Both are supportive. Pt. plans to call Dr. Bharati's O.P. tx. program to discuss past drug use c̄ a counselor there.                                 KSmithR | |
| | 3 |
| Encouraged to attend AA/CA several x's/wk. KSmithR | |

STATUS CODES LEGEND: 0 = Worse; 1 - No improvement; 2 = Some improvement; 3 = Resolved

PATIENT IDENTIFICATION

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
WICHITA, KANSAS 67218

PURKEY ,WES I
FCC2941001C  C5/02/98  ET  0
BHARATI, RALPH
UNSPECIFIED RELIGION
          46  M  ⌐002941

PSYCHIATRIC MULTIDISCIPLINARY TREATMENT PLAN

P-830-D   Rev. 12/95   KQ-156   Page _____ of _____

WP906452

Ex_13-000352

G - 11
PHYSICIANS ORDER                VIA CHRISTI REGIONAL MEDICAL CENTER - ST. JOSEPH CAMPUS - WICHITA KS 67218

| DATE | TIME | ORDERS | NOTE: Specify route of Administration on Medication Orders | Rx·· |
|------|------|--------|------|------|

Rx·· Authorization is given for the dispensing of a generic (Therapeutic) equivalent medication as governed by the Pharmacy & Therapeutics Committee UNLESS THIS COLUMN IS CHECKED NEXT TO THE ORDERED MEDICATION.

~~Admit P~~

05/02/98
- Observation Status APCU under c/o Dr. Bharitti
- Diagnosis: Psychosis NOS R/o Psychosis due to Substance A

✓ - LABS: GEN HEALTH PANEL.
        Blood Alchohol.
        UA    UDS.

✓ - DIET : GENERAL -
- ACTIVITYS AS TOLERATED.

Rx - HALDOL 2-5mg PO/Conc/IM   q 6-8° PRN
        for agitation -
Rx - ATIVAN 1mg PO/IM   q 8° PRN for agitation-
Rx - Logentin 0.5-1mg PO   q 6-8 hrs PRN for EPS.

FAXED
DEVELOPMENT PRECAUTIONS

5/2/98

5/3/98 12:40  ① D/C today.
5/3/98 12:45  ② Attend M's & C.A
noted  ③ If Pt. Wants He Can have F/U in my office
        & see event s Tucker  RalphBharath MD

| | | 05/02/98  20:25 | | |

M#6002941    C#60029410010
PURKEY, WES I     DR:NONE
DOB:                    SEX:M        FC:S
CLEARWATER    KS 67026         EMM 2885

ATY        219B

Ex_13-000353

G-135
PHYSICIANS ORDER          VIA CHRISTI REGIONAL MEDICAL CENTER - ST JOSEPH CAMPUS

| DATE | TIME | ORDERS | NOTE: Specify route of Administration on Medication Orders | Rx** |
|------|------|--------|---------|------|

Rx** Authorization is given for the dispensing of a generic (Therapeutic) equivalent medication as governed by the Pharmacy & Therapeutics Committee UNLESS THIS COLUMN IS CHECKED NEXT TO THE ORDERED MEDICATION.

**BEHAVIORAL HEALTH TUBERCULOSIS RISK ASSESSMENT PROTOCOL AND ORDERS**

5/3/98  0820

I. Complete T.B. screening on every admit. If routine TB skin test ordered on admit orders, replace with TB screening protocol.

A. Patient TB risk assessment  (√ if applicable)                                SCORE
    1. New cough present ≥ 3 weeks----------------------------------------------------3   0
    2. Coughing up blood-------------------------------------------------------------4   0
    3. If cough present, does the patient have:
        a. Night sweats----------------------------------------------------------------1   __
        b. Homeless/lives in shelter/half way house or prison-------------------------1   __
        c. Substance abuser/alcoholism------------------------------------------------1   __
        d. Fever, chills, unitentional weight loss, tires easily-----------------------1   __
        e. Native American, Black, Hispanic, or recent immigrant
            from Asia , Latin America, or Africa--------------------------------------1   __
        f. Known positive TB skin test in past & did not complete preventative therapy---------1   __
    4. Known HIV or other immunosuppression-------------------------------------------3   0
                                                        ADMISSION TOTAL SCORE----- 0

5/3/98  0820  noted KSmith RN

II. If score is ≥ 5 on admission, order: (see below for further orders is ≥ 7)
    A. Chest X-ray and note "Priority TB Screen" on clinical information on request. If chest X-ray shows: cavitary lesion, fibrosis, infiltrate (especially in upper lobe) OR if R/O TB or myco-bacterial infections is included in radiology report, OR if there is any X-ray abnormality in a known HIV infected person, contact physician to consider sputum for AFB smear and culture (If ordered, collect 3 specimens, ideally first AM sputum daily X 3 days)
    B. Initiate TB skin test. (If pt. has had positive TB skin test in the past, do not repeat)
    C. During diagnostic period, place mask on patients who are undergoing further TB work-up and defer from group activities.
    D. Complete additional assessment: (√ if applicable)                            SCORE
        1. Admission Total Score-----------------------------------------------------------.
        2. Chest X-ray with cavitating lesion---------------------------------------------3   __
        3. Chest X-ray with upper lobe infiltrate or fibrosis----------------------------2   __
        4. New positive TB skin test------------------------------------------------------1   __
        5. Positive AFB smear------------------------------------------------------------3   __
                                                        TOTAL SCORE------ ____

III. If score ≥ 7 at any time, consult infection control/house supervisor regarding other precautions. (Staff respirators, HEPA filter room, Airborne precautions) and notify attending physician.

so 818.6
new 7-97

_PHYSICIAN'S SIGNATURE_

| DRUG ALLERGIES | | UNIT | ROOM |
|----------------|--|------|------|
| NKA | PATIENT NAME - PLATE IMPRESSION | 2B ATU | 220B |
| | | PATIENT NAME - HAND WRITTEN | |

Pink Copy - Original - Retain on Chart                    WP906454

**PHYSICIAN'S ORDERS**

Ex_13-000354

DSCH:05/02/98
ADM:05/02/98

0220-B

CUMULATIVE SUMMARY OF LAB RESULTS AS OF  05/04/98  0009

HEMATOLOGY

---- CELL COUNTS --------------------------------

| | TEST | WBC | RBC | HGB | HCT | MCV | MCH | MCHC | RDW | PLATELET |
|---|---|---|---|---|---|---|---|---|---|---|
| | LOW | 4.8 | 4.60 | 14.0 | 42.0 | 82.0 | 27.0 | 32.0 | 11.5 | 150 |
| | HIGH | 10.8 | 6.20 | 18.0 | 52.0 | 99.0 | 32.0 | 36.0 | 14.5 | 400 |
| | UNITS | THOUS | MILL | G/DL | % | FL | PG | G/DL | % | THOUS |
| 05/02/98 2300 | | 9.0 | 5.20 | 15.9 | 45.9 | 88.1 | 30.6 | 34.6 | 12.0 | 239 |

| | TEST | MPV | NEUTRO% | LYMPH% | MONO% | EOS% | BASO% | ABS GRANULOCYTE |
|---|---|---|---|---|---|---|---|---|
| | LOW | 6.5 | 42.0 | 13.0 | 4.0 | 0.0 | .0 | 1.9 |
| | HIGH | 12.2 | 78.0 | 45.0 | 13.0 | 6.0 | 2.0 | 7.0 |
| | UNITS | FL | % | % | % | % | % | THOUS |
| 05/02/98 2300 | | 7.8 | 64.4 | 24.1 | 9.6 | 1.4 | .5 | 5.8 |

| | TEST | ABS LYMPHOCYTE | MONO ABSOLUTE | EOSINOPHIL ABS | BASOPHIL ABS |
|---|---|---|---|---|---|
| | LOW | 0.8 | .3 | .0 | .0 |
| | HIGH | 3.3 | 1.0 | .5 | .2 |
| | UNITS | THOUS | THOUS | THOUS | THOUS |
| 05/02/98 2300 | | 2.2 | .9 | .1 | .0 |

---- RBC MORPHOLOGY ----------------------

| | TEST | RBC MORPH |
|---|---|---|
| 05/02/98 2300 | | NORMAL |

CHEMISTRY

---- SERUM ELECTROLYTES---------------------

| | TEST | SODIUM | POTASSIUM | CHLORIDE | BUN | GLUCOSE | CREATININE |
|---|---|---|---|---|---|---|---|
| | LOW | 135 | 3.5 | 95 | 7 | 65 | 0.5 |
| | HIGH | 145 | 5.0 | 110 | 20 | 115 | 1.2 |
| | UNITS | MEQ/L | MEQ/L | MEQ/L | MG/DL | MG/DL | MG/DL |
| 05/02/98 2300 | | 135 | 3.6 | 102 | 21 H | 102 | 0.8 |

---- ROUTINE BLOOD CHEMISTRY ---------------

| | TEST | CALCIUM | PROTEIN | ALBUMIN | BILIRUBIN TOTAL |
|---|---|---|---|---|---|
| | LOW | 8.5 | 6.0 | 3.5 | 0.1 |
| | HIGH | 10.5 | 8.0 | 5.0 | 1.1 |
| | UNITS | MG/DL | G/DL | G/DL | MG/DL |
| 05/02/98 2300 | | 9.5 | 7.7 | 4.5 | 0.9 |

---- ENZYMES -----------------------------

| | TEST | ALK PHOS | AST-SGOT |
|---|---|---|---|
| | LOW | 25 | 0 |
| | HIGH | 115 | 40 |
| | UNITS | U/L | U/L |
| 05/02/98 2300 | | 63 | 27 |

**Footnotes**
H = HIGH

VIA CHRISTI REGIONAL MEDICAL CENTER
CLINICAL LABORATORY
WICHITA, KANSAS
CLIA # 17-D-0452076
CLIA # 17-D-0451945      CONTINUED....    WP906455

PURKEY, WES I
MED. REC.#: (00000)6002941
CASE: 6002941-0010    PAT. TYPE  B
SEX: M    AGE:   46 YRS
DR:  BHARATI RALPH

PAGE:  1

Ex_13-000355

```
DSCH:05/02/98
 ADM:05/02/98                                                                    0220-B
                    CUMULATIVE SUMMARY OF LAB RESULTS AS OF  05/04/98 0009
```

### SPECIAL CHEMISTRY

```
---- DRUG SCREEN: BLOOD --------------------

            TEST  ETHANOL, SERUM
            UNITS    MG/DL
 05/02/98 2300    NONE DET

---- DRUGS OF ABUSE SCREEN: URINE ---------

            TEST  BARB URINE   CANNABINOIDS   COCAINE U   OPIATES URINE   BENZODIAZEPINE
 05/02/98 2300    NEGATIVE       NEGATIVE      NEGATIVE     NEGATIVE         NEGATIVE

            TEST  AMPHET/METHAM   PHENCYCLIDINE   CREATININE URIN   URINE ETHANOL
            LOW                                                          0
            HIGH                                                         0
            UNITS                                    MG/DL              MG/DL
 05/02/98 2300    POSITIVE *       NEGATIVE          373 f               0
CREATININE URIN (04/02/98 -- Current)
            Creatinines of less than 20 mg/dL are abnormally dilute.

---- ENDOCRINOLOGY -------------------------

            TEST  TSH
            LOW   0.35
            HIGH  5.50
            UNITS uIU/ML
 05/02/98 2300    1.96
```

### URINALYSIS/FECES

```
----- MACROSCOPIC UA ------------------------

            TEST  SPECIMEN      COLOR       APPEARANCE    SPEC GRAV    PH       PROTEIN
            LOW                                           1.003        5.0        NEG
            HIGH                                          1.030        8.0
 05/02/98 2233    VOIDED        DK YELL       CLEAR       1.025        5.5      TRACE *

            TEST  GLUCOSE       KETONES        BILE        BLOOD      UROBILINOGEN
            LOW   NEGATIVE        NEG           NEG         NEG         < 1.0
            HIGH
 05/02/98 2233    NEG          TRACE *          NEG         NEG          1.0

            TEST  LEUKOCYTE ESTER   NITRITE
            LOW       NEG             NEG
            HIGH
 05/02/98 2233        NEG             NEG
```

**Footnotes**
* = ABNORMAL, f = Footnote

```
VIA CHRISTI REGIONAL MEDICAL CENTER          PURKEY, WES I
CLINICAL LABORATORY                          MED. REC.#: (00000)6002941
WICHITA, KANSAS                              CASE: 6002941-0010   PAT. TYPE  B
CLIA # 17-D-0452076                          SEX: M     AGE:   46 YRS
CLIA # 17-D-0451945       END OF REPORT      DR:  BHARATI RALPH
                                       WP906456
                                                                    PAGE:   2
```

Ex_13-000356

DSCH:
ADM:05/02/98                                                                                    J2B  0220-B

CUMULA... & SUMMARY OF L... RESULTS AS OF  ...03/98 0009

### HEMATOLOGY

---- CELL COUNTS ------------------------------

| | TEST | WBC | RBC | HGB | HCT | MCV | MCH | MCHC | RDW | PLATELET |
|---|---|---|---|---|---|---|---|---|---|---|
| | LOW | 4.8 | 4.60 | 14.0 | 42.0 | 82.0 | 27.0 | 32.0 | 11.5 | 150 |
| | HIGH | 10.8 | 6.20 | 18.0 | 52.0 | 99.0 | 32.0 | 36.0 | 14.5 | 400 |
| | UNITS | THOUS | MILL | G/DL | % | FL | PG | G/DL | % | THOUS |
| 05/02/98 2300 | | 9.0 | 5.20 | 15.9 | 45.9 | 88.1 | 30.6 | 34.6 | 12.0 | 239 |

| | TEST | MPV | NEUTRO% | LYMPH% | MONO% | EOS% | BASO% | ABS GRANULOCYTE |
|---|---|---|---|---|---|---|---|---|
| | LOW | 6.5 | 42.0 | 13.0 | 4.0 | 0.0 | .0 | 1.9 |
| | HIGH | 12.2 | 78.0 | 45.0 | 13.0 | 6.0 | 2.0 | 7.0 |
| | UNITS | FL | % | % | % | % | % | THOUS |
| 05/02/98 2300 | | 7.8 | 64.4 | 24.1 | 9.6 | 1.4 | .5 | 5.8 |

| | TEST | ABS LYMPHOCYTE | MONO ABSOLUTE | EOSINOPHIL ABS | BASOPHIL ABS |
|---|---|---|---|---|---|
| | LOW | 0.8 | .3 | .0 | .0 |
| | HIGH | 3.3 | 1.0 | .5 | .2 |
| | UNITS | THOUS | THOUS | THOUS | THOUS |
| 05/02/98 2300 | | 2.2 | .9 | .1 | .0 |

---- RBC MORPHOLOGY ----------------------------

| | TEST | RBC MORPH |
|---|---|---|
| 05/02/98 2300 | | NORMAL |

### SPECIAL CHEMISTRY

---- DRUG SCREEN: BLOOD --------------------

| | TEST | ETHANOL, SERUM |
|---|---|---|
| | UNITS | MG/DL |
| 05/02/98 2300 | | NONE DET |

VIA CHRISTI REGIONAL MEDICAL CENTER
CLINICAL LABORATORY
WICHITA, KANSAS
CLIA # 17-D-0452076
CLIA # 17-D-0451945          END OF REPORT

**PURKEY, WES I**
MED. REC.#: (00000)6002941
CASE: 6002941-0010   PAT. TYPE  B
SEX: M    AGE:   46 YRS
DR:  BHARATI RALPH

PAGE:  1

WP906457

Ex_13-000357

PAGE 1 OF

**ViaChristi**
Regional Medical Center

**24 HOUR
MEDICATION ADMINISTRATION RECORD**

ALLERGIES: * INDICATES, SEE CHART FOR ADDITIONAL ALLERGIES

*NKDA*

PATIENT:        PURKEY, WES I
ID NUMBER:      (00000)6002941
PHYSICIAN:      BHARATI RALPH
AGE:            46 YRS
SEX:            M
ADMIT DATE:     05/02/98
ROOM - BED:     0220-B                    J2

DIAGNOSIS:   PSYCHOSIS NOS R/O PSYCHOSIS DU. E TO SUBSTANCE ABUSE

| MEDICATION / IV SOLUTIONS | FROM 05/03/98 0300-1459 TO 1500-0259    05/04/98 |
|---|---|
| 5/2  Haldol 2.5mg Q6-8° prn Agitation  PO IM Core | |
| 5/2  Ativan 1 mg Q8° prn Agitation  PO IM Core | |
| 5/2  Cogentin 0.5-1mg po Q6-8° prn EPS | |

| MAR CK | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|
| M.E.Brook   cntr | MEBS | | | | |

WP906458

00100484

°ERMANENT CHART COPY

10/

Ex_13-000358

PAGE    OF

**ViaChristi**
Regional Medical Center

**24 HOUR**
**MEDICATION ADMINISTRATION RECORD**

ALLERGIES: * INDICATES, SEE CHART FOR ADDITIONAL ALLERGIES

PATIENT:
ID NUMBER:
PHYSICIAN: PURKEY .WES I
AGE:    6002 9410010   05/02/98   ET   0
SEX:    BHARATI, RALPH
ADMIT DATE: SPECIFIED RELIGION
ROOM - BED:                          46   M   6002941

**DIAGNOSIS:**

| MEDICATION / IV SOLUTIONS | FROM | 0300 - 1459 TO 1500 - 0259 |
|---|---|---|
| 5/2 | PO<br>IM<br>Core | |
| Haldol 2-5 mg Q6-8° prn ag.klu | | |
| 5/2 | Po<br>Im<br>ook | |
| Ativan 1mg Q8 prn agitation | | |
| 5/2 | PO | |
| Cogentin 0.5-1mg po Q6-8° prn EPP | | |

| MAR CK | INIT | SIGNATURE | INIT | SIGNATURE | INIT |
|---|---|---|---|---|---|
| | | | | | |

WP906459

PERMANENT CHART COPY

00484                                                                                      10/94

Ex_13-000359

HEIGHT: 6'1"

| DATE | TIME | TEMP | PULSE | RESP | BLOOD PRESSURE LYING | SIT | STAND | WEIGHT | COMMENTS | INITIALS |
|------|------|------|-------|------|-------|-----|-------|--------|----------|----------|
| 5/3/98 | 0800 | 96⁴ | 86 | 20 | | 107/61 | | 168 | | K0 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| INITIALS | SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE |
|----------|-----------|----------|-----------|----------|-----------|
| K0 | KSmith R | | | | |
| | | | | | |
| | | | | | |

PATIENT IDENTIFICATION

PURKEY ,WES I
FCC29410010  05/02/98  ET  0
(SHARATI, PALPH
UNSPECIFIED RELIGION
46  M  6002941

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
WICHITA, KANSAS 67218

BHS PATIENT GRAPHIC FORM

WP906460    2/97    KQ-156    Page 1 OF 2

Ex_13-000360

| DATE | SHIFT | INTAKE | | | | OUTPUT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ORAL | PAREN-TERAL | TUBE FEED | TOTAL | EMESIS | URINE | NG | JP | STOOL | TOTAL |
| | 3RD | | | | | | | | | | |
| | 1ST | | | | | | | | | | |
| | 2ND | | | | | | | | | | |
| | TOTAL | | | | | | | | | | |

| DATE | SHIFT | INTAKE | | | | OUTPUT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ORAL | PAREN-TERAL | TUBE FEED | TOTAL | EMESIS | URINE | NG | JP | STOOL | TOTAL |
| | 3RD | | | | | | | | | | |
| | 1ST | | | | | | | | | | |
| | 2ND | | | | | | | | | | |
| | TOTAL | | | | | | | | | | |

| DATE | SHIFT | INTAKE | | | | OUTPUT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ORAL | PAREN-TERAL | TUBE FEED | TOTAL | EMESIS | URINE | NG | JP | STOOL | TOTAL |
| | 3RD | | | | | | | | | | |
| | 1ST | | | | | | | | | | |
| | 2ND | | | | | | | | | | |
| | TOTAL | | | | | | | | | | |

| DATE | SHIFT | INTAKE | | | | OUTPUT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ORAL | PAREN-TERAL | TUBE FEED | TOTAL | EMESIS | URINE | NG | JP | STOOL | TOTAL |
| | 3RD | | | | | | | | | | |
| | 1ST | | | | | | | | | | |
| | 2ND | | | | | | | | | | |
| | TOTAL | | | | | | | | | | |

| DATE | SHIFT | INTAKE | | | | OUTPUT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ORAL | PAREN-TERAL | TUBE FEED | TOTAL | EMESIS | URINE | NG | JP | STOOL | TOTAL |
| | 3RD | | | | | | | | | | |
| | 1ST | | | | | | | | | | |
| | 2ND | | | | | | | | | | |
| | TOTAL | | | | | | | | | | |

PATIENT IDENTIFICATION

PURKEY ,WES I
6002 1410010   05/02/98   ET   0
BHARATI, RALPH
UNSPECIFIED RELIGION
46   M   02941

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
WICHITA, KANSAS 67218

BHS PATIENT GRAPHIC FORM

P-1613    2/97              KQ-156   Page 2 OF 2

WP906461

Ex_13-000361

**ORIENTATION/ADMISSION CHECKLIST DATA (Initial each item when completed)**

___*16*___ Orientation to unit given    ___*16*___ Unit information provided    ___*by*___ Treatment plan initiated

___*16*___ Patient rights provided    ___*16*___ Releases signed    ___*16*___ Search completed

| PATIENT LEARNING OBJECTIVES | LEARNING RESOURCES | PT/SO RESPONSE | DATE/ INITIALS | COMMENTS |
|---|---|---|---|---|
| I. Verbalizes knowledge of medication(s), purpose, dose & side effects.<br>a) antipsychotic<br>b) antianxiety<br>c) antidepressant<br>d) antimanic<br>e) antiparkinsonian<br>f) anticonvulsant<br>g) other _____<br>h) other _____<br>i) other | Discussion with nurse and handouts. | | | |
| II. Verbalizes knowledge of signs and symptoms of illness/diagnosis.<br>a) Schizophrenia<br>b) Depression<br>c) Bipolar Affective Disorder<br>d) other _____<br>e) other _____<br>f) other | | | | |
| III. Knows discharge instructions and follow-up plan.<br>a) When to call physician re: medication concerns and/or side effects.<br>b) When to call physician re: signs and symptoms of illness.<br>c) Follow-up appointment(s)/plan.<br>d) Community resources.<br>e) other _____<br>f) other _____ | 1:1 c nurse | Pt A/C | 5/3/98 Ko. | Info. given to pt. on Dr. Bharat's O.P. program (CD) |

**KEY TO PATIENT RESPONSES:**    A - Verbalizes Understanding    B - Gives Return Demonstration with Explanations    C - Needs Practice/ Reinforcement    D - Recall Limited

PT/SO = Patient/Significant Other

Signatures:

| Ko - Ksmith (h) | | | bro Bilsenlake |
|---|---|---|---|
| | | | |

| PATIENT IDENTIFICATION | VIA CHRISTI REGIONAL MEDICAL CENTER ST. JOSEPH CAMPUS WICHITA, KANSAS 67218 |
|---|---|
| TURKEY ,WES I<br>£0019410010  06/02/98  ET  0<br>KHARATI, RALPH<br>... ILITO RELIGION<br>46  M  6002941 | PATIENT EDUCATION RECORD - BHS<br>P-1172-01   Rev. 12/96   KQ-156   Page 1 of 2 |

WP906462

Ex_13-000362

| PATIENT LEARNING OBJECTIVES | LEARNING RESOURCES | PT/SO RESPONSE | DATE/ INITIALS | COMMENTS |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**KEY TO PATIENT RESPONSES:**    A - Verbalizes Understanding    B - Gives Return Demonstration with Explanations    C - Needs Practice/ Reinforcement    D - Recall Limited

PT/SO = Patient/Significant Other

Signatures:

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| PATIENT IDENTIFICATION | VIA CHRISTI REGIONAL MEDICAL CENTER ST. JOSEPH CAMPUS WICHITA, KANSAS 67218 |
|---|---|
| PURKEY ,WES I €(0?3410010   03/C2/98  ET  0 PHAGATI, RALPH MED RELIGI( 46  A  ,0C2941 | PATIENT EDUCATION RECORD - BHS |

WP906463    P-1172-01   Rev.   KQ-156   Pag. 2

Ex_13-000363

| PATIENT NAME: Wes I Purkey | ADMIT DATE/TIME: 5/2/98 / 2200 | | |
|---|---|---|---|
| PHYSICIAN: Bharati | PRIMARY THERAPIST: | | |

| ADMITTED TO: | | Observ. upgraded | Date: | PRE-CERTIFICATION NUMBER | |
|---|---|---|---|---|---|
| ☐ Inpatient  ☒ Observation | | to admit w/i 2 days | Time: | | |

| INSURANCE TYPE: NONE | REFERENCE NUMBER: | |
|---|---|---|
| REVIEW AGENCY: | CONTACT: | PHONE: |

| PLAN OF CARE APPROVED? ☐ Yes ☐ No      If no, reason? | |
|---|---|

| DIAGNOSIS: | Axis III: |
|---|---|
| Axis I: | Axis IV: |
| Axis II: | Axis V: |

| Estimated LOS: | Approved LOS: | Actual LOS: | Dismissal Date: |
|---|---|---|---|

| Treatment Modalities: | ☐ Treatment Plan | ☐ Individual Therapy | ☐ Family Therapy | ☐ School |
|---|---|---|---|---|
| ☐ Process Group | ☐ Medications | ☐ Psych Testing | ☐ Consults | ☐ Other: |
| Discharge Plan: | ☐ Individual Therapy | ☐ Family Therapy | ☐ Support Groups | ☐ Placement: |
| ☐ Psych Day Outpt. | ☐ Adult Eve. Outpt. | ☐ Adol Eve. Outpt: ☐ Psy ☐ CD ☐ Dual | | ☐ Psych Partial |
| ☐ ATS Partial | ☐ ATS Partial Plus | ☐ Other: | | |

**IF PATIENT HAS NO INSURANCE, ADMIT AS OBSERVATION AND COMPLETE THE FOLLOWING:**

| Legal Services Notified? | By: | | Interviewed for Benefits? | By: | |
|---|---|---|---|---|---|
| ☐ Yes ☐ No | Date: | Time: | ☐ Yes ☐ No | Date: | Time: |

**IF PATIENT HAS MEDICAID, OR NO INSURANCE, COMPLETE THE FOLLOWING:**

| Consortium Contacted? | By: J Sathio PRN | Pre-Certification Number: | If not contacted, reason: |
|---|---|---|---|
| ☒ Yes ☐ No | Date: 5/2/98  Time 2230 | | |
| Screened by QMHP? | Location: | If not screened, why? | |
| ☐ Yes ☐ No | Date:        Time: | | |
| Approved for Admission? | Remain Observation? | Remember to upgrade observation patients to full admission after | |
| ☐ Yes ☐ No | ☐ Yes ☐ No | two calendar days and indicate date and time above. | |

**FOLLOW-UP ON DENIED ADMISSIONS:**

| DATE | TIME | |
|---|---|---|
| | | Physician notified and asked to complete appeal information sheet if clinical need to stay is determined. |
| | | Consortium/insurance company notified of appeal, and information faxed to Consortium/insurance co. |
| | | Physician-to-physician contact made via phone. |
| | | Appeal approved - upgraded to admission. |
| | | Appeal denied. Physician and Director/Manager notified. |
| | | Physician and family/significant other agree patient can be discharged (no harm to self/others). Pt. DC'd |

**FOLLOW-UP ON APPROVED ADMISSIONS ON THE BACK>>>>>>>>**

5/2/58

STAFF SIGNATURE J Sathio RN      DATE: 5/2/98 @ 2230

PATIENT IDENTIFICATION

PURKEY , WES I
6003410010   05/02/98   ET   0
BHARATI, RALPH
UNSPECIFIED RELIGION
46   M   6002941

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
WICHITA, KANSAS 67218

BHS INSURANCE TRACKING FORM

WB906464   Rev. 12/95   KQ-156   Page 1 of 2

Ex_13-000364

| | | | NEXT REVIEW | # OF DAYS | |
|---|---|---|---|---|---|
| DATE | TIME | CONTACTED | DATE | APP'D | ADDITIONAL INFORMATION |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

FOLLOW-UP ON APPROVED ADMISSIONS:

---

PATIENT IDENTIFICATION

PURKEY, WES T
6009941CC10   05/02/98   ET
BHARATJ, RALPH
UNSPECIFIED RELIGION
45   M   6002941

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
WICHITA, KANSAS  67218

BHS INSURANCE TRACKING FORM

WP906465  1435   Rev. 12/    KQ-156   Page 2

Ex_13-000365

| DATE | SHIFT | OBSERVATION<br>1=q15"<br>2=q30"<br>3=1:1 | PRECAUTIONS<br>0=None  4=Fall  8=Seizure<br>1=Suicide  5=Restraints  9=Eating<br>2=Homicide  6=Assault<br>3=Elopement  7=Detox | SLEEP<br>1=Insomnia<br>2=Naps/Drowsy<br>3=Sleep (Indicate # of hours) | INITIALS |
|---|---|---|---|---|---|
| 5/2 | 7-3 | | | | |
| | 3-11 | 2 | 3 | 3  1⁰ | ᵇ₀ |
| | 11-7 | 2 | 3 | 3 - | MSB |
| COMMENTS: | | | | | |
| 5-3 | 7-3 | 2 | 3 | 2 | Ko |
| | 3-11 | | | | |
| | 11-7 | | | | |
| COMMENTS: | | | | | |

| DATE | SHIFT | SIDE EFFECTS<br>0=None observed<br>1=Observed & reported<br>2=See Simpson Scale | APPEARANCE<br>0=Neat/clean<br>1=Unclean<br>2=Bizarre | ADL'S<br>0=Independent<br>1=Assisted<br>2=Total Care | DIET<br>0=Refused  4=100%<br>1=25%  5=Food from<br>2=50%  home<br>3=75%  6=Supplements | | INITIALS |
|---|---|---|---|---|---|---|---|
| 5/2 | 7-3 | | | | B | L | |
| | 3-11 | 0 | 0 | 0 | D ⸺ | | ᵇ₀ |
| | 11-7 | 0 | 0 | 0 | ⸺ | | MSB |
| COMMENTS: | | | | | | | |
| 5-3 | 7-3 | 0 | 0 | 0 | B  2 | L  5 | Ko |
| | 3-11 | | | | D | | |
| | 11-7 | | | | | | |
| COMMENTS: | | | | | | | |

| DATE | SHIFT | GROUPS<br>0=Refused<br>1=Attends<br>2=Not scheduled | MENTAL STATUS/<br>SEVERITY<br>0=Oriented x3  A=Mild<br>1=Delusional  B=Moderate<br>2=Hallucinating  C=Severe<br>3=Intoxicated<br>4=Confused  e.g. C4 | BEHAVIOR/PSYCHOMOTOR<br>0=Normal/Stable  5=Apathetic  10=Hyperverbal<br>1=Labile  6=Hostile/  11=Slow<br>2=Irritable/  Angry  Delayed<br>Intense  7=Agitated  12=Restless<br>3=Depressed  8=Intrusive  13=Pacing<br>4=Manic  9=Helpless | INITIALS |
|---|---|---|---|---|---|
| 5/2 | 7-3 | | | | |
| | 3-11 | 2 | 2C | 11, 9 5 | ᵇ₀ |
| | 11-7 | 2 | ⸺ | ⸺ | MSB |
| COMMENTS: | | | | | |
| 5-3 | 7-3 | 2 | 0 | 0 | Ko |
| | 3-11 | | | | |
| | 11-7 | | | | |
| COMMENTS: | | | | | |

| Initials | Signature | Initials | Signature | Initials | Signature | Initials | Signature |
|---|---|---|---|---|---|---|---|
| | | | | Ko | Komarik | ᵇ₀ | R.S.B.W |
| | | | | | | MSB | M. Brooks CMHA |
| | | | | | | More spaces on the back→→ | |

PATIENT IDENTIFICATION

FOGGTY ,WES I
CCC?9410010  05/02/98  ET  0
EMANATI, RALPH
UNSPECIFIED RELIGION
46  M  GCC2941

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
WICHITA, KANSAS 67218

BEHAVIORAL HEALTH SERVICES FLOWSHEET

P-1482    Rev. 4/97    KQ-156    Page 1 OF 2

WP906466

Ex_13-000366

| DATE | SHIFT | OBSERVATION<br>1=q15"<br>2=q30"<br>3=1:1 | PRECAUTIONS<br>0=None  4=Fall  8=Seizure<br>1=Suicide  5=Restraints  9=Eating<br>2=Homicide  6=Assault<br>3=Elopement  7=Detox | SLEEP<br>1=Insomnia<br>2=Naps/Drowsy<br>3=Sleep (Indicate # of hours) | INITIALS |
|---|---|---|---|---|---|
| | 7-3 | | | | |
| | 3-11 | | | | |
| | 11-7 | | | | |
| COMMENTS: | | | | | |
| | 7-3 | | | | |
| | 3-11 | | | | |
| | 11-7 | | | | |
| COMMENTS: | | | | | |

| DATE | SHIFT | SIDE EFFECTS<br>0=None observed<br>1=Observed & reported<br>2=See Simpson Scale | APPEARANCE<br>0=Neat/clean<br>1=Unclean<br>2=Bizarre | ADL'S<br>0=Independent<br>1=Assisted<br>2=Total Care | DIET<br>0=Refused  4=100%<br>1=25%  5=Food from home<br>2=50%  6=Supplements<br>3=75% | | INITIALS |
|---|---|---|---|---|---|---|---|
| | 7-3 | | | | B | L | |
| | 3-11 | | | | D | | |
| | 11-7 | | | | | | |
| COMMENTS: | | | | | | | |
| | 7-3 | | | | B | L | |
| | 3-11 | | | | D | | |
| | 11-7 | | | | | | |
| COMMENTS: | | | | | | | |

| DATE | SHIFT | GROUPS<br>0=Refused<br>1=Attends<br>2=Not scheduled | MENTAL STATUS/SEVERITY<br>0=Oriented x3  A=Mild<br>1=Delusional  B=Moderate<br>2=Hallucinating  C=Severe<br>3=Intoxicated<br>4=Confused  e.g. C4 | BEHAVIOR/PSYCHOMOTOR<br>0=Normal/Stable  5=Apathetic  10=Hyperverbal<br>1=Labile  6=Hostile/Angry  11=Slow Delayed<br>2=Irritable/Intense  7=Agitated  12=Restless<br>3=Depressed  8=Intrusive  13=Pacing<br>4=Manic  9=Helpless | | INITIALS |
|---|---|---|---|---|---|---|
| | 7-3 | | | | | |
| | 3-11 | | | | | |
| | 11-7 | | | | | |
| COMMENTS: | | | | | | |
| | 7-3 | | | | | |
| | 3-11 | | | | | |
| | 11-7 | | | | | |
| COMMENTS: | | | | | | |

| Initials | Signature | Initials | Signature | Initials | Signature | Initials | Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

PATIENT IDENTIFICATION

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
WICHITA, KANSAS 67218

BEHAVIORAL HEALTH SERVICES FLOWSHEET

WP906407  P-1482  Rev. 4  KQ-156  p 2 OF 2

Ex_13-000367

REFERRAL SOURCE: _____

BROUGHT BY: _____

PRIMARY CARE PHYSICIAN: _____
PSYCHIATRIST: _____
THERAPIST: _____
CCM: _____
LEGAL GUARDIAN: _____

CHIEF COMPLAINT (in patient's own words):
Pt reports people were spraying chemicals down from his roof last night — Type of chemical unknown. Wants toxicology done.

PRECIPITATING EVENTS (current stressors, life changes, losses, etc.):

PERTINENT HISTORY: 46 yr. old W male
Denies any Ψ hx, possible drugs — pt unable to give any information. Very agitated

STAFF SIGNATURES: _____ RN    DATE/TIME: 5/2/98 @ 2200

PATIENT IDENTIFICATION

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
WICHITA, KANSAS 67218

M#6002941    C#60029410010    05/02/98    20:25
PURKEY ,WES I    DR:NONE
DOB: [ ]    SEX:M    FC:S
CLEARWATER    KS 67026    EMM 2885

HS ASSESSMENT/ADMISSION FORM

P-1551
WP906468    Rev. 8/97    KQ-156    PAGE 1

Ex_13-000368

S A D P E R S O N S = SCORE
(1)(1) (2) (1) (1) (2) (1)(2) (1) (2)

CAGE QUESTIONAIRE

| | | YES | NO |
|---|---|---|---|
| 1. Have you ever felt you ougth to cut down on your drinking? _unknown_ | | ☐ | ☐ |
| 2. Have people annoyed you by criticizing your drinking? | | ☐ | ☐ |
| 3. Have you ever felt bad or guilty about you drinking? | | ☐ | ☐ |
| 4. Have you every had a drink first thing in the morning to steady your nerves or to get rid of a | | ☐ | ☐ |

IMPRESSION/RECOMMENDATION:

admit to ATU Overflow from APCU

STAFF SIGNATURES: J. Jathur RN                5/2/98 @ 2200

PATIENT IDENTIFICATION:

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
WICHITA, KANSAS 67218

BHS ASSESSMENT/ADMISSION FORM
WP906469

P-1551    Rev. 8/97    KO-156    Page 2

Ex_13-000369

## MENTAL STATUS REVIEW

| GENERAL APPEARANCE | | MOOD | | MEMORY | |
|---|---|---|---|---|---|
| ☐ Neat/clean | ☐ Personal hygiene | ☐ Cheerful | ☐ Calm | ☐ No impairment | ☐ Impairment |
| ☐ Dress | ☐ Good | ☐ Euphoric | ☐ Elevated | | ☐ Immediate |
| ☐ Appropriate | ☐ Poor | ☐ Labile | ☐ Histrionic | | ☐ Recent |
| ☐ Inappropriate | | ☐ Tearful | ☐ Depressed | | ☐ Remote |
| ☐ Disheveled | ☐ Unkempt | ☐ Apathetic | ☐ Irritable | **COGNITION/ATTENTION** | |
| ☐ Eccentric | ☐ Seductive | ☐ Fearful | ☐ Anxious | ☐ No impairment | ☐ Distractibility/ |
| **ORIENTATION** | | ☐ Hostile | ☐ Suspicious | ☐ Impaired abstract | poor concen. |
| ☐ Alert | ☐ Impaired | ☐ Pessimistic | ☐ Guilty | thinking | ☐ Confusion |
| ☐ Oriented x 4 | ☐ Time | ☐ Distress | ☐ Grieving | ☐ Indecisiveness | |
| | ☐ Place | ☐ Unremarkable | ☐ | **INSIGHT** | |
| | ☐ Person | **AFFECT** | | ☐ Good | ☐ Fair |
| | ☐ Purpose | ☐ Congruent | ☐ Spontaneous | ☐ Poor | ☐ Lacking |
| | | with mood | ☐ Detached | | |
| **BEHAVIOR/MOTOR ACTIVITY** | | ☐ Animated | ☐ Blunted | **PHYSICAL/SENSORY DISABILITIES** | |
| ☐ Eye contact | ☐ Tense | ☐ Restricted | ☐ | ☐ None | ☐ Assistive device |
| ☐ Good | ☐ Agitated | ☐ Flattened | ☐ | ☐ Impairment | ☐ |
| ☐ Poor | ☐ Defiant | **ATTITUDE TOWARDS EXAMINER** | | ☐ Hearing | ☐ |
| ☐ Argumentative | ☐ Rageful | ☐ Open | ☐ Friendly | ☐ Vision | ☐ |
| ☐ Aggressive | ☐ Destructive | ☐ Positive | ☐ Anxious | ☐ Physical | |
| ☐ Combative | ☐ Repetitious | ☐ Denial | ☐ Non-revealing | | |
| ☐ Uncoordinated | ☐ Impulsive | ☐ Minimizing | ☐ Suspicious | | |
| ☐ Restless | ☐ Compulsive | ☐ Demanding | ☐ Provocative | | |
| ☐ Tremors/Tics | ☐ Lethargy | ☐ Cooperative | ☐ Uncooperative | | |
| ☐ Vindictive | ☐ Wandering | ☐ Resistive | ☐ Withdrawn | | |
| ☐ Fatigue | ☐ Loss of interest in | ☐ Hostile | ☐ Argumentative | | |
| ☐ Catatonic | activities | ☐ Charming | ☐ Vindictive | | |
| ☐ Social/ | ☐ Feigning | **THOUGHT CONTENT/PERCEPTIONS** | | | |
| Occupational | of symptoms | ☐ No disorder | ☐ Flight of ideas | ☐ Racing | |
| Sexual activities | ☐ Avoidance | ☐ Loose association | ☐ Circumstantial | ☐ Illogical | |
| ☐ Increase | | ☐ Bizarre | ☐ Disorganized | ☐ Delusions | |
| ☐ Decrease | | ☐ Paranoid | ☐ Preoccupation | ☐ Grandiose | |
| **SPEECH** | | ☐ Hallucinations | ☐ Ideas of reference | ☐ Illusions of perceptual distortions | |
| ☐ Normal for | ☐ Logical/Coherent | ☐ Auditory | ☐ Derealization | ☐ Depersonalization | |
| age/intellect | ☐ Speech Imped. | ☐ Visual | ☐ Obsessive | ☐ | |
| ☐ Incoherent | ☐ Rapid/Pressured | ☐ Tactile | | ☐ | |
| ☐ Loud | ☐ Sparse/Slow | ☐ Olfactory | | ☐ | |
| ☐ Slurred | ☐ Soft/Inaudible | ☐ Hallucinations with substance abuse | | | |
| ☐ Mumbled | ☐ Rambling | | | | |
| ☐ Tangential | ☐ Screaming | | | | |

STAFF SIGNATURE: _(signature)_ RN   DATE/TIME: 5/2/98 @ 2200

PATIENT IDENTIFICATION

M#6002941   C#60029410010   05/02/98   20:25
PURKEY, WES I   DR:NONE
DOB: ▮▮▮▮
CLEARWATER   KS 67026   SEX:M   FC:S
EMM 2885

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
WICHITA, KANSAS 67218

BHS ASSESSMENT/ADMISSION FORM

WP906470
P-1551   Rev. 4/96   KQ-156

Ex_13-000370

| GLOBAL ASSESSMENT SCALE (GAS) by Robert L. Spitzer, M.D., Miriam Gibbon, MSW, and Jean Endicott, PhD. | |
|---|---|
| 100 - 91 | ☐ No symptoms  ☐ Superior functioning in a wide range of activities  ☐ Life's problems never seem to get out of hand  ☐ Is sought by others because of his warmth and integrity. |
| 90 - 81 | ☐ Transient symptoms may occur, but good functioning in all areas  ☐ Interested and involved in a wide range of activities  ☐ Socially effective  ☐ Generally satisfied with life  ☐ "Everyday" worries that only occasionally get out of hand. |
| 80 - 71 | ☐ Minimal symptoms may be present but no more than slight impairment in functioning  ☐ Varying degrees of "everyday" worries and problems that sometimes get out of hand. |
| 70 - 61 | ☐ Some mild symptoms (e.g., depressive mood and mild insomnia) OR ☐ some difficulty in several areas of functioning, but generally functioning pretty well  ☐ Has some meaningful interpersonal relationships and most untrained people would not consider him "sick." |
| 60 - 51 | ☐ Moderate symptoms OR ☐ generally functioning with some difficulty (e.g., ☐ few friends and ☐ flat affect, ☐ depressed mood and ☐ pathological self-doubt, ☐ euphoric mood and ☐ pressure of speech, ☐ moderately severe antisocial behavior). |
| 50 - 41 | ☐ Any serious symptomatology or impairment in functioning that most clinicians would think obviously requires treatment or attention (e.g., ☐ suicidal preoccupation or ☐ gesture, ☐ severe obsessional rituals, ☐ frequent anxiety attacks, ☐ serious antisocial behavior, ☐ compulsive drinking). |
| 40 - 31 | ☐ Major impairment in several areas, such as ☐ work, ☐ family relations, ☐ judgment, ☐ thinking, or ☐ mood (e.g., depressed woman avoids friends, neglects family, unable to do housework), OR ☐ some impairment in reality testing or ☐ communication (e.g., speech is at time obscure, illogical, or irrelevant), OR ☐ single serious suicide attempt. |
| 30 - 21 | ☐ Unable to function in almost all areas (e.g., ☐ stays in bed all day), OR ☐ behavior is considerably influenced by either delusions or hallucinations, OR ☐ serious impairment in communication (e.g., sometimes incoherent or unresponsive) or ☐ judgment (e.g., acts grossly inappropriately). |
| 20 - 11 | ☐ Needs some supervision to prevent hurting self or others, or to maintain minimal personal hygiene (e.g., ☐ repeated suicide attempts, ☐ frequently violent, ☐ manic excitement, ☐ smears feces), OR ☐ gross impairment in communication (e.g., ☐ largely incoherent or ☐ mute). |
| 10 - 1 | ☐ Needs constant supervision for several days to present hurting self or others, or ☐ makes no attempt to maintain minimal personal hygiene. |
| **RATING AT OR NEAR ADMISSION:**  011 | **RATING AT OR NEAR DISCHARGE:** |

| CHILDREN'S GLOBAL ASSESSMENT SCALE (CGAS) (For children 4 to 16 years of age) by David Shaffer, M.D., Madelyn S. Gould, Ph.D., James Brasic, M.D., Paul Ambrosini, M.D., Prudence Fisher, Hector Bird, M.D., and Satwant Aluwahlia, M.D. | |
|---|---|
| 100-91 | *Superior functioning in all areas* (at home, at school, and with peers); involved in a wide range of activities and has many interests (e.g., has hobbies or participates in extracurricular activities or belongs to an organized group such as Scouts, etc.); likable, confident; "everyday" worries never get out of hand; doing well in school; no symptoms. |
| 90-81 | *Good functioning in all areas*; secure in family, school, and with peers; there may be transient difficulties and "everyday" worries that occasionally get out of hand (e.g., mild anxiety associated with an important exam, occasional "Blowups" with siblings, parents, or peers). |
| 80-71 | *No more than slight impairment in functioning* at home, at school, or with peers; some disturbance of behavior or emotional distress may be present in response to life stresses (e.g., parental separations, deaths, birth of a sib), but these are brief and interference with functioning is transient; such children are only minimally disturbing to others and are not considered deviant by those who know them. |
| 70-61 | *Some difficulty in a single area, but generally functioning pretty well* (e.g., sporadic or isolated antisocial acts, such as occasionally playing hooky or petty theft; consistent minor difficulties with school work; mood changes of brief duration; fears and anxieties which do not lead to gross avoidance behavior; self-doubts); has some meaningful interpersonal relationships; most people who do not know the child well would not consider him/her deviant but those who do know him/her well might express concern. |
| 60-51 | *Variable functioning with sporadic difficulties or symptoms in several but not all social areas*; disturbance would be apparent to those who encounter the child in a dysfunctional setting or time but not to those who see the child in other settings. |
| 50-41 | *Moderate degree of interference in functioning in most social areas or severe impairment of functioning in one area*, such as might result from, for example, suicidal preoccupations and ruminations, school refusal and other forms of anxiety, obsessive rituals, major conversion symptoms, frequent anxiety attacks, poor or inappropriate social skills, frequent episodes of aggressive or other antisocial behavior with some preservation of meaningful social relationships. |
| 40-31 | *Major impairment in functioning in several area and unable to function in one of these areas*, i.e., disturbed at home, at school, with peers, or in society at large, e.g., persistent aggression without clear instigation; markedly withdrawn and isolated behavior due to either mood or thought disturbance, suicidal attempts with clear lethal intent; such children are likely to require special schooling and/or hospitalization or withdrawal from school (but this is not a sufficient criterion for inclusion in this category). |
| 30-21 | *Unable to function in almost all areas*, e.g., stays at home, in ward, or in bed all day without taking part in social activities *or severe impairment in reality testing or serious impairment in communications* (e.g., sometimes incoherent or inappropriate). |
| 20-11 | *Needs considerable supervision to prevent hurting others or self* (e.g., frequently violent, repeated suicide attempts) *or to maintain personal hygiene or gross impairment in all forms of communication*, e.g., severe abnormalities in verbal and gestural communication, marked social aloofness, stupor, etc. |
| 10-1 | *Needs constant supervision (24-hour care) due to severely aggressive or self-destructive behavior or gross impairment in reality testing, communication, cognition, affect, or personal hygiene.* |
| **RATING AT OR NEAR ADMISSION** | **RATING AT OR NEAR DISMISSAL** |

STAFF SIGNATURE: _____ RN          DATE/TIME: 5/2/98 @ 2200

PATIENT IDENTIFICATION

I#6002941    C#60029410010    05/02/98    20:25
IRKEY ,WES I    DR:NONE
)B:
          SEX:M    FC:S
EARWATER    KS 67026
          EMM 2885

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
WICHITA, KANSAS 67218

BHS ASSESSMENT/ADMISSION FORM
WP906471
P-1551    Rev. 4/96    KQ-156

Ex_13-000371

**DISPOSITION:**

☑ Admitted   ☐ Internal Referral   ☐ External Referral   ☐ Refused Recommendation   ☐ No Service Needed

**ADMITTING MODALITY:**

☐ Inpatient   ☐ Partial Hospitalization   ☐ Day IOP   ☐ Evening IOP   ☐ Partial Hospitalization Plus   ☐ Low Intensity OP

☐ Relapse Prevention   ☐ Traditional Therapy

**AGE TRACK:**

☐ Child   ☐ Adolescent   ☑ Adult   ☐ OATS   ☐ LIFE   ROOM #

COMMENTS/FOLLOW-UP INSTRUCTIONS:

admit to ATU overflow for APCU

STAFF SIGNATURE: _____ RN        DATE/TIME: 5/2/98 @ 2200

PATIENT IDENTIFICATION

M#6002941    C#60029410010    05/02/98    20:25
PURKEY, WES I    DR:NONE
DOB: ▮▮▮▮▮
CLEARWATER    KS 67026    SEX:M    FC:S    EMM 2885

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
WICHITA, KANSAS 67218

BHS ASSESSMENT/ADMISSION FORM
WP906472

P-1551    Rev. 4/96    KQ-156
Record; Yellow Copy to BHS Assessment Center

Ex_13-000372

☒ Search completed (See Valuables Checklist)

☐ Information obtained from patient    ☐ From other party - Name/Relationship:

Accompanied to hospital by - Name/Relationship:

Legal Guardian - Name/Relationship:

Reason for hospitalization (Patient's Words): "I guess I was just awfully paranoid."

Patient's goals for hospitalization (Patient's Words): "To get over paranoia + I think I have."

| Date: 5/2/98 | T 977 P 96 R 20 | ☒ From Emer. Room | ☐ Prev VCRMC Med | Religion Catholic |
| | BP 108/70 | ☐ From Assess. Ctr. | ☐ In last 30 days? | Church |
| | Height 6'1" Weight 168# | ☐ Direct Admit | ☐ Prev VCRMC Psych | Baptized ☒ Yes ☐ No |
| Time: 2210 | Immunizations Current? ☐ Y ☐ N | ☐ Other: | ☐ In last 30 days? | Communion |
| | Special Diet? general | ☐ Emergency Hold | ☐ Prev VCRMC ATS | yes |
| | | ☐ Court Order | ☐ In last 30 days? | |

| PROTHESIS AND EQUIPMENT (Also see Valuables Checklist) | Not Used | Uses | Bed-side | Left Home | ALLERGIES (include foods/meds/dyes/etc.) ☒ No known reactions | Rash | Hives | Dysp-nea | H/A | N/V | Oth-er |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒ Eyeglasses | | | | ✓ | | | | | | | |
| ☐ Contact Lenses | | | | | | | | | | | |
| ☐ Hearing Aid | | | | | | | | | | | |
| ☐ Dentures: ☐ Partials | | | | | | | | | | | |
| ☐ Lowers ☐ Uppers | | | | | | | | | | | |
| ☐ Braces/Retainer | | | | | | | | | | | |
| ☐ Other: | | | | | | | | | | | |
| ☐ Other: | | | | | | | | | | | |

Staff Signature: _Miller RN_    Date: 5/2/98    Time: 2210

PATIENT IDENTIFICATION

DURFEY, WES I
FCCS 4130010  05/02/98  ET  O
BHARATI, RALPH
UNSPECIFIED RELIGION
46  M  6002941

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
WICHITA, KANSAS 67218

BHS NURSING HISTORY & ASSESSMENT

WP906473    B-1616    4/97    KQ-156    Page 1 OF 8

Ex_13-000373

| LIVING ARRANGEMENT (CURRENT): *lives c̄ (w) + 3 kids ages 13,12,10* |
|---|
| SUPPORT SYSTEM(S)/PERSON(S)  ☐ CCM  ☐ Pet  ☐ Companion  ☐ Home Health  ☐ Aide  ☐ EAP  ☐ Other  *family* |
| LEISURE ACTIVITIES: |
| Past:                                                  Present: *lift weights, ice skate* |
| RELIGIOUS/SPIRITUAL ISSUES/NEEDS (orientation, practices, rituals): |
| LOSS OR GRIEF ISSUES: |
| ETHNIC/CULTURAL VALUES (background, rituals, traditions, special foods): |
| LEGAL PROBLEMS:  *∅* |
| ☐ Past/Pending Court  ☐ Charges Current  ☐ Convictions  ☐ Probation  ☐ Parole  ☐ DUI  ☐ Arrest History |
| SRS Worker:                      Attorney:                       Probation Officer: |
| EDUCATION (if applicable):  *3 yrs. colleg.* |
| ☐ No problems identified  ☐ Truancy  ☐ Disciplinary Problems  ☐ Suspensions  ☐ Performance Problems |
| ☐ Learning Disability |
| OCCUPATIONAL/FINANCIAL HISTORY: |
| ☒ Employed          Employer: *Reddi Rooter*                                Length of time *1 mo.* |
| ☐ Unemployed  ☐ Unable to maintain a job  ☐ Workman's Comp  ☐ Disability/SSI     Military Service ☐ Yes  ☒ No |
| ☐ Active  ☐ Veteran  Branch:              ☐ Combat experience  ☐ Service-connected disability  ☐ Dishonorable Discharge |
| ☐ Retired                      ☐ Financial Problems |
| COMMUNICATION              ☒ No problem identified |
| ☐ Difficulty understanding what others say to you      ☐ Difficulty making yourself understood by others |
| ☐ English speaking  ☐ Reads English  ☐ Writes English  ☐ Primary Language: |
| ☐ Other |
| BASIC NEEDS:  ☐ Housing  ☐ Transportation  ☐ Financial  ☐ Child Care  ☐ Legal  ☐ Medical  ☐ Community Support |
| OTHER NEEDS:  ☐ Safety  ☐ Detox  ☐ Nutrition  ☐ Family Education: |
| ☐ Illness/Medication Teaching Needs: |
| FAMILY PSYCHIATRIC HISTORY ☒ None Known |

Staff Signature: *K. Smith RN*          Date: *5/3/98*       | Time: *0830*

| PATIENT IDENTIFICATION | VIA CHRISTI REGIONAL MEDICAL CENTER |
|---|---|
| PURSLEY, WES I F001410010  05/02/98  ET  0 PSYCHIAT., DALEH UNSPECIFIED RELIGION 46  M  6002941 | ST. JOSEPH CAMPUS WICHITA, KANSAS 67218 |
| | BHS NURSING HISTORY & ASSESSMENT |
| | P-1616    4/97         KQ-156    Page 2 OF 8 |

WP906474

Ex_13-000374

| CURRENT MEDICATIONS (Prescribed and Over-The-Counter) | Schedule | Time Last Dose Taken | Left at Home | Sent to Pharmacy | Kept at Bedside | Sent Home w/ (Name) |
|---|---|---|---|---|---|---|
| 1. ∅ | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |

Person responsible for administering patient's medications: ☑ Self ☐ Other, specify: _____

☐ Patient has a history of not taking prescribed medications

Approximate percent of time patient takes medications currently: _____ % of the time

Reason(s) for non-adherence to medication regime (check all that apply):

☐ Side effects, specify: _____   ☐ Did not need medication          ☐ Felt better
_____                              ☐ Med didn't seem to be working    ☐ Ran out of pills
☐ Friend or family recommended stopping  ☐ Forgot to take medications     ☐ No money to buy medications
☐ Did not go in for shots              ☐ Sold for profit                  ☐ Because consuming alcohol
☐ Other: _____                    ☐ Other: _____                ☐ Other: _____

Patient perception of effects and acceptability of medication regime: _____

What might help make the medication regime easier to manage? _____

| CHEMICAL HISTORY PAST 6 MOS | AGE FIRST USE | METHOD | FRE-QUENCY | AMT USED | LAST USE | AMT LAST USE | WITHDRAWAL POTENTIAL/HISTORY |
|---|---|---|---|---|---|---|---|
| Alcohol | | | 2X mo. | | last w/e | | |
| Tranquilizers/Sedatives ∅ | | | | | | | |
| Narcotics    cran | | | 1X 4 day ago - first time in "a long time" | | | | |
| Amphetamines | | | | | | | |
| Hallucinogenics | | | | | | | |

| DATA REGARDING PAST SERIOUS AND CHRONIC ILLNESSES, INFECTIONS, INJURIES, SURGERIES | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. ∅ | mo/yr | / | 5. | | mo/yr | / |
| 2. | mo/yr | / | 6. | | mo/yr | / |
| 3. | mo/yr | / | 7. | | mo/yr | / |

Staff Signature: Komal R    Date: 5/3/98    Time: 0820

PATIENT IDENTIFICATION

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
WICHITA, KANSAS 67218

BHS NURSING HISTORY & ASSESSMENT

P-1616    4/97    KQ-156    Page 3 OF 8

WP906475

Ex_13-000375

| | CURRENT SYSTEMS DATA (Check the problem and explain; place an X in the first column if no problems observed or verbalized or NA if not applicable) |
|---|---|
| | **SKIN:** ☐ denies significant history ☐ pruritis ☐ rash ☐ hives ☐ discoloration ☐ bruises ☐ ulcerations ☐ wounds ☐ scars ☐ poor turgor ☐ acne ☒ tattoos ☐ ears pierced L___ # of holes R___ # of holes ☐ birthmarks ☐ dry ☐ oily *numerous tattoos all over body.* |
| | **HEAD/NECK:** ☒ denies significant history ☐ pain ☐ diplopia ☐ loss of vision ☐ epistaxis ☐ stiffness ☐ loose/missing teeth ☐ hoarseness ☐ responds to normal sounds ☐ headaches ☐ migraines ☐ recent dental work ☐ dentures: ☐upper ☐lower ☐partial ☐have dentures in Yes☐ No☐ ☐ glasses ☐ contacts ☐ needs eye exam |

**RESPIRATORY:** ☒ denies significant history ☐ pain ☐ cough ☐ sputum ☐ dyspnea ☐ wheezing ☐ irregular breathing ☐ stridor ☐ retraction ☐ asthma ☐ bronchitis ☐ emphysema ☐ last TB skin test _____ results _____
☐ last chest x-ray _____ results _____ *smokes 1 ppd*

**CARDIOVASCULAR:** ☒ denies significant history ☐ pain ☐ palpitations ☐ edema ☐ varicosities ☐ clubbed fingers ☐ cyanotic nails ☐ irregular rate/rhythm/sounds

**GASTROINTESTINAL:** ☒ denies significant history ☐ pain ☐ nausea ☐ vomiting ☐ distension ☐ bleeding ☐ ostomy ☐ diarrhea ☐ constipation ☐ uses laxatives Changes: ☐ appetite ☐ weight ☐ bowel habits ☐ color Nutritional Status: _____

**GENITOURINARY:** ☒ denies significant history ☐ burning ☐ frequency ☐ incontinence ☐ nocturia ☐ pain ☐ enuresis ☐ sexual dysfunction ☐ difficulty urinating ☐ painful sexual intercourse ☐ pruritis Changes: ☐ urine amount ☐ urine color ☐ urine smell

**SEXUAL FUNCTIONING:** ☒ no problem identified ☐ active ☐ birth control/protection ☐ pain ☐ impotency ☐ STD's ☐ current ☐ treated ☐ past ☐ treated    ☐ age became sexually active _____ ☐ high risk behavior ☐ HIV+ ☐ AIDS ☐ needs education ☐ partner(s) ___ 0 ___ 1 ___ >1 ___ M ___ F ___ Both

**REPRODUCTIVE/GENITAL SYSTEMS – FEMALE:** ☐ denies significant history ☐ breast tenderness ☐ breast lumps ☐ breast discharge ☐ vaginal spotting ☐ vaginal discharge ☐ possible pregnancy (date LMP _____) ☐ hysterectomy ☐ duration of menses ☐ dysmenorrhea ☐ menopause (age _____) ☐ tubal ligation ☐ regular self breast exam ☐ amenorrhea ☐ date most recent gynecological exam _____ ☐ date most recent mammogram _____

**REPRODUCTIVE/GENITAL SYSTEMS – MALE:** ☐ lesions ☐ edema ☐ lumps ☐ discharge ☐ erythema ☐ circumcision ☐ vasectomy ☐ hemorrhoids ☐ regular testicular self exam ☐ gynecomastia ☐ impotence

**MUSCULOSKELETAL:** ☒ denies significant history ☐ weakness ☐ cramps ☐ pain ☐ swelling ☐ stiffness ☐ injury ☐ deformity ☐ arthritis ☐ degenerative bone/muscle disease type _____

**NEUROLOGICAL:** ☒ denies significant history ☐ tremor ☐ tics ☐ seizures ☐ vertigo ☐ memory loss ☐ tingling ☐ pain ☐ numbness ☐ hot extremities ☐ cold extremities Changes: ☐ grip ☐ gait ☐ history of back/spine injury ☐ history of concussion/head injury ☐ open ☐ closed

**EATING:** ☒ denies significant history ☐ appetite increase ☐ appetite decrease ☐ self-induced vomiting ☐ binge eating ☐ weight gain amount _____ how long _____ ☐ weight loss amount _____ how long _____

**SLEEP:** ☒ denies significant history ☐ hypersomnia ☐ insomnia ☐ napping ☐ nightmares ☐ night terrors ☐ night sweats ☐ nocturia # of times _____ ☐ sleep apnea

Staff Signature: *K Smith RN*    Date: 5/3/98    Time: 08 30

| PATIENT IDENTIFICATION | VIA CHRISTI REGIONAL MEDICAL CENTER ST. JOSEPH CAMPUS WICHITA, KANSAS 67218 |
|---|---|
| PURKEY , WES I f... 14.0010  05/02/98  ET  0 CINCINATI, RALPH UNSPECIFIED RELIGION 46  M  6002941 | BHS NURSING HISTORY & ASSESSMENT |
| | P-1616    4/97    KQ-156    Page 4 OF 8 |

WP906476

Ex_13-000376

| PRIOR PSYCHIATRIC/CHEMICAL DEPENDENCY TREATMENT HISTORY AND CURRENT STATUS (Treatment/Hospitalization) | | | | | |
|---|---|---|---|---|---|
| **WHERE** | **WHEN** | **WITH WHOM** | **FOR** | | **OUTCOME** |
| Ø | | | | | |
| | | | | | |
| | | | | | |

| OUTPATIENT SERVICES/SUPPORTS | | | | | |
|---|---|---|---|---|---|
| | **NAME** | **AGENCY** | **PHONE** | **FREQ/LAST SAW** | **NOTIFIED?** |
| Comm. Case Mgr. | | | | | ☐ Yes ☐ No |
| Therapist | Ø | | | | ☐ Yes ☐ No |
| Addictions Ther. | | | | | ☐ Yes ☐ No |
| Psych Home Health | | | | | ☐ Yes ☐ No |
| Med Home Health | | | | | ☐ Yes ☐ No |
| Psychiatrist | | | | | ☐ Yes ☐ No |
| Family Physician | | | | | ☐ Yes ☐ No |
| Attendant Care | | | | | ☐ Yes ☐ No |
| Day Hospital/IOP | | | | | ☐ Yes ☐ No |
| Dual Diag. Prog. | | | | | ☐ Yes ☐ No |
| Parole/Prob. Officer | | | | | ☐ Yes ☐ No |
| SRS Worker | | | | | ☐ Yes ☐ No |
| Payee | | | | | ☐ Yes ☐ No |
| Supportive family | | | | | ☐ Yes ☐ No |
| Supportive friend/ sponsor | | | | | ☐ Yes ☐ No |

| | | | |
|---|---|---|---|
| ☐ Breakthrough Club: | | ☐ Project Independence: | |
| ☐ Support Group/AA: | | ☐ School: | |
| ☐ Responsibility for child care | | ☐ Daytime structure, describe: | |
| ☐ Patient satisfied with structure of day? ☐ Yes ☐ No | | ☐ Other: | |

**SADPERSONS** | If patient scores a 6 or higher, complete a Suicide Assessment and indicate findings in the Progress Notes.

| _1_ | _1_ | _0_ | _0_ | _0_ | _0_ | _0_ | _0_ | _0_ | _0_ | = | _2_ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S | A | D | P | E | R | S | O | N | S | | |
| 1 | 1 | 2 | 1 | 1 | 2 | 1 | 2 | 1 | 2 | | |

| | | | |
|---|---|---|---|
| **S** = Sex | Male | **R** = Rational thinking loss | Organic brain syndrome or psychosis |
| **A** = Age | < 19 or > 45 | **S** = Separated, divorced, widowed | |
| **D** = Depression or Hopelessness | Admits depression, ↓ concentration, appetite, sleep, libido | **O** = Organized or serious attempt | Well thought out plan or life-threatening presentation |
| **P** = Previous attempts or psychiatric care | Previous inpatient or outpatient care | **N** = No social supports | No close family, friends, job, or active religious affiliation |
| **E** = Excessive alcohol or drug use | Stigma of chronic addiction or recent frequent use | **S** = Stated future intent | Ambivalent about or determined to repeat attempt |

Staff Signature: _Ksmith RN_   Date: _5/3/98_ | Time: _0830_

PATIENT IDENTIFICATION

PURALY ,WES I
6002 910010 05/02/98 ET 0
EMRLAT]. RALPH
UN...CIFIC RELICION
45 A 6002941

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
WICHITA, KANSAS 67218

BHS NURSING HISTORY & ASSESSMENT

WP906477   P-1616   4/97   KQ-156   Page 5 OF 8

Ex_13-000377

| GENERAL APPEARANCE | | MOOD | | MEMORY | |
|---|---|---|---|---|---|
| ☒ Neat/clean | ☒ Personal hygiene | ☐ Cheerful | ☒ Calm | ☒ No impairment | ☐ Impairment |
| ☒ Dress | ☒ Good | ☐ Euphoric | ☐ Elevated | | ☐ Immediate |
| ☒ Appropriate | ☐ Poor | ☐ Labile | ☐ Histrionic | | ☐ Recent |
| ☐ Inappropriate | | ☐ Tearful | ☐ Depressed | | ☐ Remote |
| ☐ Disheveled | ☐ Unkempt | ☐ Apathetic | ☐ Irritable | **COGNITION/ATTENTION** | |
| ☐ Eccentric | ☐ Seductive | ☐ Fearful | ☐ Anxious | ☒ No impairment | ☐ Distractibility/ |
| **ORIENTATION** | | ☐ Hostile | ☐ Suspicious | ☐ Impaired abstract | poor concen. |
| ☒ Alert | ☐ Impaired | ☐ Pessimistic | ☐ Guilty | thinking | ☐ Confusion |
| ☒ Oriented x 4 | ☐ Time | ☐ Distress | ☐ Grieving | ☐ Indecisiveness | |
| | ☐ Place | ☐ Unremarkable | ☐ | **INSIGHT** | |
| | ☐ Person | **AFFECT** | | ☐ Good | ☒ Fair |
| | ☐ Purpose | ☒ Congruent | ☐ Spontaneous | ☐ Poor | ☐ Lacking |
| | | with mood | ☐ Detached | | |
| **BEHAVIOR/MOTOR ACTIVITY** | | ☐ Animated | ☐ Blunted | **PHYSICAL/SENSORY DISABILITIES** | |
| ☒ Eye contact | ☐ Tense | ☐ Restricted | ☐ _____ | ☒ None | ☐ Assistive device |
| ☒ Good | ☐ Agitated | ☐ Flattened | ☐ _____ | ☐ Impairment | ☐ _____ |
| ☐ Poor | ☐ Defiant | **ATTITUDE TOWARDS EXAMINER** | | ☐ Hearing | ☐ _____ |
| ☐ Argumentative | ☐ Rageful | ☒ Open | ☒ Friendly | ☐ Vision | ☐ _____ |
| ☐ Aggressive | ☐ Destructive | ☐ Positive | ☐ Anxious | ☐ Physical | |
| ☐ Combative | ☐ Repetitious | ☐ Denial | ☐ Non-revealing | | |
| ☐ Uncoordinated | ☐ Impulsive | ☐ Minimizing | ☐ Suspicious | | |
| ☐ Restless | ☐ Compulsive | ☐ Demanding | ☐ Provocative | | |
| ☐ Tremors/Tics | ☐ Lethargy | ☒ Cooperative | ☐ Uncooperative | | |
| ☐ Vindictive | ☐ Wandering | ☐ Resistive | ☐ Withdrawn | | |
| ☐ Fatigue | ☐ Loss of interest in | ☐ Hostile | ☐ Argumentative | | |
| ☐ Catatonic | activities | ☐ Charming | ☐ Vindictive | | |
| ☐ Social/ | ☐ Feigning | **THOUGHT CONTENT/PERCEPTIONS** | | | |
| Occupational | of symptoms | ☒ No disorder | ☐ Flight of ideas | ☐ Racing | |
| Sexual activities | ☐ Avoidance | ☐ Loose association | ☐ Circumstantial | ☐ Illogical | |
| ☐ Increase | | ☐ Bizarre | ☐ Disorganized | ☐ Delusions | |
| ☐ Decrease | | ☐ Paranoid | ☐ Preoccupation | ☐ Grandiose | |
| **SPEECH** sl. stuttering | | ☐ Hallucinations | ☐ Ideas of reference | ☐ Illusions of perceptual distortions | |
| noted at times | | ☐ Auditory | ☐ Derealization | ☐ Depersonalization | |
| ☒ Normal for | ☐ Logical/Coherent | ☐ Visual | ☐ Obsessive | ☐ _____ | |
| age/intellect | ☐ Speech Imped. | ☐ Tactile | | ☐ _____ | |
| ☐ Incoherent | ☐ Rapid/Pressured | ☐ Olfactory | | ☐ _____ | |
| ☐ Loud | ☐ Sparse/Slow | ☐ Hallucinations with substance abuse | | | |
| ☐ Slurred | ☐ Soft/Inaudible | | | | |
| ☐ Mumbled | ☐ Rambling | | | | |
| ☐ Tangential | ☐ Screaming | | | | |

SPECIFIC SYMPTOMS (IF APPLICABLE): _____

_____

_____

Staff Signature: Ksmith R.J     Date: 5/3/98     | Time: 0835

PATIENT IDENTIFICATION

SWEENY ,WES I
(CCC 14;CC10   05/02/98  ET  O
SWANATI, RALPH
UNSPECIFIED RELIGION
46  M  6002941

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
WICHITA, KANSAS 67218

BHS NURSING HISTORY & ASSESSMENT

P-1616     4/97     KQ-156     Page 6 OF 8

WP906478