| GLOBAL ASSESSMENT SCALE (GAS) by Robert L. Spitzer, M.D., Miriam Gibbon, MSW, and Jean Endicott, PhD. | |
|---|---|
| 100 - 91 | ☐ No symptoms  ☐ Superior functioning in a wide range of activities  ☐ Life's problems never seem to get out of hand  ☐ Is sought by others because of his warmth and integrity. |
| 90 - 81 | ☐ Transient symptoms may occur, but good functioning in all areas  ☐ Interested and involved in a wide range of activities  ☐ Socially effective  ☐ Generally satisfied with life  ☐ "Everyday" worries that only occasionally get out of hand. |
| 80 - 71 | ☐ Minimal symptoms may be present but no more than slight impairment in functioning  ☐ Varying degrees of "everyday" worries and problems that sometimes get out of hand. |
| 70 - 61 | ☐ Some mild symptoms (e.g., depressive mood and mild insomnia) OR ☐ some difficulty in several areas of functioning, but generally functioning pretty well  ☐ Has some meaningful interpersonal relationships and most untrained people would not consider him "sick." |
| 60 - 51 | ☐ Moderate symptoms OR ☐ generally functioning with some difficulty (e.g., ☐ few friends and ☐ flat affect, ☐ depressed mood and ☐ pathological self-doubt, ☐ euphoric mood and ☐ pressure of speech, ☐ moderately severe antisocial behavior). |
| 50 - 41 | ☐ Any serious symptomatology or impairment in functioning that most clinicians would think obviously requires treatment or attention (e.g., ☐ suicidal preoccupation or ☐ gesture, ☐ severe obsessional rituals, ☐ frequent anxiety attacks, ☐ serious antisocial behavior, ☐ compulsive drinking). |
| 40 - 31 | ☐ Major impairment in several areas, such as ☐ work, ☐ family relations, ☐ judgment, ☐ thinking, or ☐ mood (e.g., depressed woman avoids friends, neglects family, unable to do housework), OR ☐ some impairment in reality testing or ☐ communication (e.g., speech is at time obscure, illogical, or irrelevant), OR ☐ single serious suicide attempt. |
| 30 - 21 | ☐ Unable to function in almost all areas (e.g., ☐ stays in bed all day), OR ☐ behavior is considerably influenced by either delusions or hallucinations, OR ☐ serious impairment in communication (e.g., sometimes incoherent or unresponsive) or ☐ judgment (e.g., acts grossly inappropriately). |
| 20 - 11 | ☐ Needs some supervision to prevent hurting self or others, or to maintain minimal personal hygiene (e.g., ☐ repeated suicide attempts, ☐ frequently violent, ☐ manic excitement, ☐ smears feces), OR ☐ gross impairment in communication (e.g., ☐ largely incoherent or ☐ mute). |
| 10 - 1 | ☐ Needs constant supervision for several days to present hurting self or others, or ☐ makes no attempt to maintain minimal personal hygiene. |

| RATING AT OR NEAR ADMISSION: | 61  5/3/98 at 0830 | RATING AT OR NEAR DISCHARGE: | 70  16 |
|---|---|---|---|

11 on adm. by asseas. Ctr. Staff

| CHILDREN'S GLOBAL ASSESSMENT SCALE (CGAS) (For children 4 to 16 years of age) by David Shaffer, M.D., Madelyn S. Gould, Ph.D., James Brasic, M.D., Paul Ambrosini, M.D., Prudence Fisher, Hector Bird, M.D., and Satwant Aluwahlia, M.D. | |
|---|---|
| 100-91 | Superior functioning in all areas (at home, at school, and with peers); involved in a wide range of activities and has many interests (e.g., has hobbies or participates in extracurricular activities or belongs to an organized group such as Scouts, etc.); likable, confident; "everyday" worries never get out of hand; doing well in school; no symptoms. |
| 90-81 | Good functioning in all areas; secure in family, school, and with peers; there may be transient difficulties and "everyday" worries that occasionally get out of hand (e.g., mild anxiety associated with an important exam, occasional. "Blowups" with siblings, parents, or peers). |
| 80-71 | No more than slight impairment in functioning at home, at school, or with peers; some disturbance of behavior or emotional distress may be present in response to life stresses (e.g., parental separations, deaths, birth of a sib), but these are brief and interference with functioning is transient; such children are only minimally disturbing to others and are not considered deviant by those who know them. |
| 70-61 | Some difficulty in a single area, but generally functioning pretty well (e.g., sporadic or isolated antisocial acts, such as occasionally playing hooky or petty theft; consistent minor difficulties with school work; mood changes of brief duration; fears and anxieties which do not lead to gross avoidance behavior; self-doubts); has some meaningful interpersonal relationships; most people who do not know the child well would not consider him/her deviant but those who do know him/her well might express concern. |
| 60-51 | Variable functioning with sporadic difficulties or symptoms in several but not all social areas; disturbance would be apparent to those who encounter the child in a dysfunctional setting or time but not to those who see the child in other settings. |
| 50-41 | Moderate degree of interference in functioning in most social areas or severe impairment of functioning in one area, such as might result from, for example, suicidal preoccupations and ruminations, school refusal and other forms of anxiety, obsessive rituals, major conversion symptoms, frequent anxiety attacks, poor or inappropriate social skills, frequent episodes of aggressive or other antisocial behavior with some preservation of meaningful social relationships. |
| 40-31 | Major impairment in functioning in several area and unable to function in one of these areas, i.e., disturbed at home, at school, with peers, or in society at large, e.g., persistent aggression without clear instigation; markedly withdrawn and isolated behavior due to either mood or thought disturbance, suicidal attempts with clear lethal intent; such children are likely to require special schooling and/or hospitalization or withdrawal from school (but this is not a sufficient criterion for inclusion in this category). |
| 30-21 | Unable to function in almost all areas, e.g., stays at home, in ward, or in bed all day without taking part in social activities or severe impairment in reality testing or serious impairment in communications (e.g., sometimes incoherent or inappropriate). |
| 20-11 | Needs considerable supervision to prevent hurting others or self (e.g., frequently violent, repeated suicide attempts) or to maintain personal hygiene or gross impairment in all forms of communication, e.g., severe abnormalities in verbal and gestural communication, marked social aloofness, stupor, etc. |
| 10-1 | Needs constant supervision (24-hour care) due to severely aggressive or self-destructive behavior or gross impairment in reality testing, communication, cognition, affect, or personal hygiene. |

| RATING AT OR NEAR ADMISSION | | RATING AT OR NEAR DISMISSAL | |
|---|---|---|---|

Staff Signature: Komith RW    Date: 5/3/98    Time: 0830

PATIENT IDENTIFICATION

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
WICHITA, KANSAS 67218

BHS NURSING HISTORY & ASSESSMENT

P-1616      4/97      KQ-156    Page 7 OF 8

WP906479

Ex_13-000379

**FAMILY/SIGNIFICANT OTHER DATA:** *No family here at time of assessment.*

Family Member/SO Name and Relationship to Patient:

Phone Numbers Where Family/SO Can Be Reached:

Family/SO Perception of Problem:

Description of Family/SO Previous Treatment Involvement:

Other Comments:

Information Provided to Family/SO Regarding Unit:

| ☐ Visiting Hours | ☐ Name of Case Manager | ☐ Unit-Specific Policies |
| ☐ Phone Number | ☐ Name of Physician | |

**LEARNING BARRIERS:**

Staff Signature: *K Smith RN*    Date: 5/3/98    Time: 0830

PATIENT IDENTIFICATION

FORSEY, WES I
ADU 941UC1T  05/02/98  ET  O
WICHITA, PALFH
UNSPECIFIC RELIGION
46  M  6002941

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
WICHITA, KANSAS 67218

BHS NURSING HISTORY & ASSESSMENT

P-1616    4/97    KQ-156    Page 8 OF 8

WP906480

Ex_13-000380

## VIA CHRISTI - ST. JOSEPH ADDICTIONS TREATMENT RESIDENTIAL PATIENT GUIDELINES

These patient guidelines are provided by the facility to maintain a safe and recovery oriented environment for you while you are here for treatment. Please read them carefully and, if they are not clear to you, discuss it with a staff member/

Failing to observe any one of the following four rules may result in being discharged from treatment:

1. No alcohol or drug use.
2. No violence or threats of violence.
3. No sexual conduct with others on the unit.
4. No vandalism or destruction of property.

Violating the following may result in a loss of privileges:

1. Late or missing scheduled group, lecture or other activity.
2. Have visitors other than scheduled times.
3. Using telephones for more than ten minutes.
4. Misusing hospital equipment.
5. Not following directions of staff.
6. Smoking in any area other than the designated smoking area.
7. No male patients in female patients rooms and visa versa.
8. No using vulgar language in disrespectful or threatening manner towards staff or other patients.
9. The time to be in your room is 10:30 p.m., except Saturdays by 1:00 a.m.

My signature indicates my having read and agree to follow the above guidelines.

Patient Signature: _Wes Turley_         Date _5/3/98_

TURLEY ,WES I
6CC194ICCIO  05/C2/98  ET  O
TURLEY, RALPH
UNSPECIFIED RELIGION
        46  M  6002941   WP906481

Ex_13-000381

# WAIVER OF RESPONSIBILITY

## RISKS OF SMOKING

**RISK: SHORTENED LIFE EXPECTANCY.** 25-year-old 2-pack a day smokers have life expectancy 8.3 years shorter than non-smoking contemporaries. Other smoking levels: proportional risk.

**RISK: LUNG CANCER.** Smoking cigarettes "major cause in both men and women." (SG 1979)

**RISK: LARYNX CANCER.** In all smokers (including pipe and cigar) It's 2.9 to 17.7 times that of nonsmokers.

**RISK: MOUTH CANCER.** Cigarette smokers have 3 to 10 times as many oral cancers as nonsmokers. Pipes, cigars, chewing tobacco also major risk factors. Alcohol seems synergistic carcinogen with smoking.

**RISK: CANCER OF ESOPHAGUS.** Cigarettes, pipes and cigars increase risk of dying of esophageal cancer about 2 to 9 times. Synergistic relationship between smoking and alcohol.

**RISK: CANCER OF BLADDER.** Cigarette smokers have 7 to 10 times risk of bladder cancer as nonsmokers. Also synergistic with certain exposed occupations: dye-stuffs, ect.

**RISK: CANCER OF PANCREAS.** cigarette smokers have 2 to 5 times risk of dying of pancreatic cancer as nonsmokers.

**RISK: CORONARY HEART DISEASE.** Cigarette smoking is major factor; responsible for 120,000 excess U.S. deaths from coronary heart disease (CHD) each year.

**RISKS: CHRONIC BRONCHITIS AND PULMONARY EMPHYSEMA.** Cigarette smokers have 4-25 times risk of death from these diseases as nonsmokers. Damage seen in lungs of even young smokers.

**RISKS: STILLBIRTH AND LOW BIRTHWEIGHT.** Smoking mothers have more stillbirths and babies of low birthweight-more vulnerable to disease and death.

**RISKS: CHILDREN OF SMOKING MOTHERS SMALLER, UNDERDEVELOPED PHYSICALLY AND SOCIALLY, SEVEN YEARS AFTER BIRTH.**

**RISK: PEPTIC ULCER.** Cigarette smokers get more peptic ulcers and die more often of them; cure is more difficult in smokers.

**RISK: ALLERGY AND IMPAIRMENT OF IMMUNE SYSTEM.**

**RISKS: ALTERS PHARMACOLOGIC EFFECTS OF MANY MEDICINES, DIAGNOSTIC TESTS AND GREATLY INCREASES RISK OF THROMBOSIS WITH ORAL CONTRACEPTIVES.**

## BENEFITS OF QUITTING SMOKING

**BENEFIT: REDUCES RISK OF PREMATURE DEATH** cumulatively. After 10-15 years, ex-smokers' risk approaches that of those who've never smoked.

**BENEFIT:** Gradual decrease in risk. **After 10-15 years, risk approaches that of those who never smoked.**

**BENEFIT: Gradual reduction of risk** after smoking cessation. **Reaches normal after 10 years.**

**BENEFIT:** Reducing or eliminating smoking/drinking reduces risk in first few years; **risk drops to level of nonsmokers in 10-15 years.**

**BENEFIT:** Since risks are dose related, reducing or eliminating smoking/drinking **should have risk-reducing effect.**

**BENEFIT: Risk decreases gradually to that of nonsmokers over 7 years.**

**BENEFIT:** Since there is evidence of dose-related risk, reducing or eliminating smoking should have risk-reducing effect.

**BENEFIT: SHARPLY DECREASES RISK AFTER ONE YEAR.** After 10 years ex-smokers' risk is same as that of those who never smoked.

**BENEFIT: COUGH AND SPUTUM DISAPPEAR** during first few weeks. **Lung function may improve** and rate of deterioration slow down.

**BENEFIT:** Women who stop smoking before 4th month of pregnancy **eliminate risk of stillbirth and low birth weight** caused by smoking.

**BENEFIT:** Since children of non-smoking mothers are bigger and more advanced socially, inference is that **not smoking during pregnancy might avoid such underdeveloped children.**

**BENEFIT:** Ex-smokers get ulcers but these are **more likely to heal rapidly and completely** than those of smokers.

**BENEFIT:** Since these are direct, immediate effects of smoking, they are obviously **avoidable by not smoking.**

**BENEFIT: MAJORITY OF BLOOD COMPONENTS ELEVATED BY SMOKING RETURN TO NORMAL AFTER CESSATION.** Non-smokers on Pill have much lower risks of thrombosis.

I _____ request smoking privileges while I am a patient in Via Christi - St. Joseph Campus Addictions Treatment Unit. I agree to smoke only in my room and other designated smoking areas. I have read and understand the risks of smoking and the benefits of quitting. I relieve Via Christi - St. Joseph Campus and my attending physician of any responsibility in my decision to smoke.

Signature _____

Witness _____          Date  5/3/98

**PATIENT IDENTIFICATION**
PURKEY ,WES I
600 4130:0   05/02/98   ET   O
PURKEY, RALPH
UNSPECIFIED RELIGION
              46   M   6002941

VIA CHRIST REGIONAL MEDICAL CENTER -
ST. JOSEPH CAMPUS
WICHITA, KANSAS 67218

WAIVER OF RESPONSIBILITY

P-1216 SJ 28105-2 2/96

WP906462

Ex_13-000382

## PATIENT RIGHTS - BEHAVIORAL HEALTH SERVICES

You have certain rights while you are a patient at Via Christi Regional Medical Center. Those rights include the following:

1. You may wear your own clothes, keep your own personal possessions and certain toilet articles, and keep and spend your own money.

2. You may use the telephone when it is available to receive and make confidential calls. You may send and receive unopened letters, cards and other correspondence.

3. You may receive visitors each day during regular visiting hours.

4. You will not be subjected to any hazardous or experimental procedures without your being told about it and without your agreeing to it. If your doctor suggests such a procedure, you will be fully informed and you will be asked to consent to the procedure in writing.

5. At your request, your physician will explain the nature of all medications and treatments prescribed, the reason for the prescription, and the most common side effects.

6. You may communicate by letter with the Secretary of Social and Rehabilitation Services, the executive director or administrator of the Medical Center, any court, any attorney, or any physician of your choice. You may also receive letters from these persons or agencies.

7. You may be visited by your personal physician, attorney or minister at any reasonable time.

8. You are to be informed of your rights upon admission to the Medical Center.

At times, and for good cause, some of these privileges may be restricted if so ordered in the professional judgment of your physician. However, your rights will never be restricted with respect to Items 4 through 8. A statement explaining the reasons for any restriction to these rights will be entered on your record and a copy will be available to you (your parent or guardian if you're a minor) or your legal representative. Notice of such restrictions will be communicated in a timely fashion.

As a voluntary patient, you have the right to request discharge from this program by giving a written request for discharge to treatment personnel. The head of the treatment facility will discharge you within a reasonable time not to exceed three (3) days (excluding weekends and holidays) after the receipt of your written request.

PATIENT SIGNATURE: _____ DATE: _____

STAFF SIGNATURE: _____ DATE: 5/3/98

| PATIENT IDENTIFICATION | VIA CHRISTI REGIONAL MEDICAL CENTER |
|---|---|
| HUMPTY ,WES I<br>EOO 441C010  05/02/98  ET  O<br>CRABATI, RALPH<br>UNSPECIFIED RELIGION<br>46  M  6002941 | ST. JOSEPH CAMPUS<br>WICHITA, KANSAS  67218<br><br>PATIENT RIGHTS - BHS<br><br>P-1334      Rev. 5/96      KQ-156      Page 1 OF 1 |

White - Medical Records  Yellow - Patient

WP906483

Ex_13-000383

( \_\_    (        (        (        (

**ITEMS KEPT AT NURSE'S STATION:**

| DESCRIPTION OF ITEMS | SIGNATURE OF PATIENT UPON REMOVAL | DATE REMOVED |
|---|---|---|
| Brut cologne + aftershave | | 5/3/98 |
| | | |
| | | |
| | | |
| | | |
| | | |

*List additional items on back*

**ITEMS SENT TO SAFE:** ∅

| | | | |
|---|---|---|---|
| | | | |
| | | | |

**ITEMS SENT TO SECURITY:** ∅

| | | | |
|---|---|---|---|
| | | | |
| | | | |

**MEDICATIONS SENT TO PHARMACY?**        ☐ YES        ☒ NO

Via Christi Regional Medical Center is not responsible for patient's money, credit cards, checks or food stamps. Any cash over twenty dollars, credit cards, checks, or food stamps should be sent home or they will be sent to the safe. Via Christi is not responsible for any items the patient keeps on his/her person or in his/her room. Via Christi is not responsible for any items brought in after admission. Knives, guns and weapons of any kind or size will be confiscated and sent to Security. All medications not sent home are sent to Pharmacy for identification unless a physician's order states patient may take own medications. Patient may send their personal belongings and medications home on admission. Medications may be picked up at the Pharmacy on discharge. Valuables may be retrieved from the safe on discharge. **By signing below, I acknowledge that I have read and understand these unit policies and listed:**

| Patient's Signature on Admission: | Staff Signature on Admission: | Date: | Time: |
|---|---|---|---|
| | Ksmith R | 5/3/98 | 0915 |

For Patient Transfer: Have all items been accounted for on transfer?   ☐ YES  ☐ NO    If no, please explain: _____

| Patient's Signature on Transfer: | Staff Signature on Transfer: | Date: | Time: |
|---|---|---|---|
| | | | |

For Patient Discharge: Have all items been accounted for on discharge?  ☐ YES   ☐ NO  If no, please explain: _____

| Patient's Signature on Discharge: | Staff Signature on Discharge: | Date: | Time: |
|---|---|---|---|
| x | Ksmith R | 5/3/98 | 1250 |

| PATIENT IDENTIFICATION | VIA CHRISTI REGIONAL MEDICAL CENTER |
|---|---|
| PURKEY ,WES I | ST. JOSEPH CAMPUS |
| 600241C010  05/02/98  ET  0 | WICHITA, KANSAS 67218 |
| BHARATI, RALPH | |
| UNSPECIFIED RELIGION | BHS VALUABLES CHECKLIST |
| 46  M  6002941 | |

WP906484        R 1504        Rev. 12/96        KQ-156        Page 1 of 2

Ex_13-000384

**ADDITIONAL ITEMS:**

| DESCRIPTION OF ITEMS | SIGNATURE OF PATIENT UPON REMOVAL | DATE REMOVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PATIENT IDENTIFICATION

JURNEY ,WES I
6C0 1941CC10  05/02/30  ET  0
: KRATI, RALPH
UA PE IFIED RELIGION
46   8005941

VIA CHRISTI REGIONAL MEDICAL CENTER
ST. JOSEPH CAMPUS
WICHITA, KANSAS  67218

BHS VALUABLES CHECKLIST

P-1504          Rev. 12/96          KQ-156          Page 2 of 2

WP906485

Ex_13-000385

| PATIENT NAME: | Wes Purkey | | | DATE: | 5/3/98 | | TIME: | 1250 |
|---|---|---|---|---|---|---|---|---|

| FAXED/SENT TO: | | FAXED/SENT TO: | |
|---|---|---|---|
| RELEASE SIGNED | ☐ Yes  ☐ No | RELEASE SIGNED | ☐ Yes  ☐ No |

**AXIS I DIAGNOSIS:** Psychosis NOS

**AXIS II DIAGNOSIS:**

| WAS THE PATIENT COURT HOLD? | ☐ Yes ☒ No | | TYPE: | ☐ Mental  ☐ Drug/ETOH |
|---|---|---|---|---|
| PATIENT LEFT HOSPITAL: | ☒ AMBULATORY | ☒ ROUTINE | ☐ AMA | ☐ ELOPED |
| DISCHARGED TO: | ☒ HOME | ☐ OTHER | ☐ ADULT PARTIAL | ☐ ADOLESCENT PARTIAL |

| VITAL SIGNS: | Temp | 96.4 | Pulse | 86 | Resp | 20 | B/P | 107 61 | WEIGHT | 168 |
|---|---|---|---|---|---|---|---|---|---|---|

| IF VITAL SIGNS ARE ABNORMAL, HAS PHYSICIAN BEEN CONTACTED? | N/A | ☐ Yes  ☐ No |
|---|---|---|

| GLOBAL ASSESSMENT SCORE (GAS): | ON ADMISSION | 11 | ON DISCHARGE | 70 |
|---|---|---|---|---|

| TREATMENT PLAN PROBLEM RESULTS: | #1 3 | #2 | #3 | #4 | #5 | #6 |
|---|---|---|---|---|---|---|

0 = Worse     1 = No Improvement     2 = Some Improvement     3 = Resolved

**VALUABLES:** ☐ Receipt  ☒ Belongings Returned

**LAB RESULTS**   COPY OF STANDING ORDER RESULTS ATTACHED ☐ Yes  ☐ No  Please Explain:

| LAB TYPE | DATE | RESULTS | LAB TYPE | |
|---|---|---|---|---|
| Lithium | | | Drug Screen | ☐ Positive  ☐ Negative |
| Depakote | | | WBC | FAX TO PHARM? Yes   No |
| Tegretol | | | Other | |
| Abnormal Lab (Detail) | | | | |

**MEDICATIONS**

None

☐ Pharmacy Receipt
☐ Reviewed
☐ Prescriptions Sent
☐ Patient Able to Purchase

**ALLERGIES:** NKA

**APPOINTMENTS**

| | WITH | WHERE | WHEN |
|---|---|---|---|
| Case Manager: | | | |
| Therapist: | | | |
| Doctor: | | | |
| School: | | | |

Other: Follow up with Dr. Bharatis O.P. program for eval.

For Via Christi Services Transfers Only: Copy of H&P ☐Yes   Nursing Assessment ☐Yes   Copy of Pertinent Consults ☐Yes

Drs. Order for Service ☐Yes   If not included please explain:

Complete For Adolescent Services Only: CBCL ☐Yes   Developmental Questionnaire ☐Yes   Immunization Record ☐Yes

Staff Signature: KSmith RN     Date/Time: 5/3/98  1245

| PATIENT IDENTIFICATION | VIA CHRISTI REGIONAL MEDICAL CENTER |
|---|---|
| ... | ST. JOSEPH CAMPUS  Wichita, Kansas 67218 |
| | Behavioral Health Services - Nursing Discharge Summary |
| | P-1337   Rev. 10/97   LE-156   Page 1 of 1 |

White Copy To Permanent Medical Record; Bottom Half of Canary Copy To Patient/Family;Pink to Out Patient Sevices

WP906486

Ex_13-000386

# AFFIDAVIT OF CUSTODIAN OF BUSINESS RECORDS

State of Kansas
County of Wyandotte

Patient Name: _Wesley Purkey_
MR # _9818908_
DOB: ███████

I, __Jennifer Eyring__, being first duly sworn, on oath, depose and say that:

(1) I am a duly authorized custodian of the medical records for the following entity:

    ☒    **University of Kansas Hospital Authority**

    ☒    **UKP (University of Kansas Physicians)**

    and have the authority to certify those records.

(2) The copy of the records attached to this affidavit is a true copy of

    ☒  **all** of the medical records described in the attached subpoena or request.

    ☐  **only part** of the records described in the attached subpoena or request, but are **all** of the medical records that the University of Kansas Hospital Authority maintains.

    ☐  **Other**: _____

(3) The University of Kansas Hospital records were prepared by the personnel or staff of the business or persons acting under their control, in the regular course of the business at or about the time of the act, condition or event recorded.  The University of Kansas Physicians (UKP) records were prepared by the UKP personnel or staff of the business or persons acting under UKP control, in the regular course of the business at or about the time of the act, condition or event recorded.

(4) The copy consists of ___99___ pages.    ☐ paper copies  ☒ electronic copies

(5)  ☐  If this box is checked the above entity in item 1 does NOT have any of the requested records.

_Jennifer Eyring_ _____ Signature of Custodian

Subscribed and sworn to before the undersigned on _March 11, 2015_ .

_Jennifer E Holt_ _____ Notary Public

JENNIFER E. HOLT
MY COMMISSION EXPIRES
September 1, 2015
OFFICIAL SEAL

WP906336

Ex_13-000387



KUMC 74-569-3
Rev. 4-91

THE UNIVERSITY KANSAS HOSPITAL

RECORD OF ADMISSION
(FACE SHEET)

| | | | |
|---|---|---|---|
| **Med Rec No** | 9818908 | **Adm Date** | 09/13/98 |
| **Patient Name** | PURKEY          WESS | | |
| **Birthdate** | [REDACTED]  Age  46 Race  1 Mar St  M | | |
| **SSN** | [REDACTED]  Sex  M  Rel  CAT Vet | **Guarantor** | PURKEY          WESS          S |
| **Street** | | **Street** | [REDACTED] |
| **City-St-Zip** | KANSAS CITY     KS   66111 | **City-St-Zip** | KANSAS CITY     KS   66111 |
| **Tel No.** | [REDACTED]  County  WY | **Tel No** | [REDACTED]  SSN  [REDACTED] |
| **Patient Employer** | REDI ROOTER (NEW) | **Employer** | REDI ROOTER (NEW) |
| **Street** | | **Street** | |
| **City-St-Zip** | | **City-St-Zip** | |
| **Tel No** | | **Tel No** | |
| **Fathers Name** | | **Emergency Contact** | [REDACTED] ,DONNA          R |
| **Mothers Name-Maiden** | | **City-St** | Tel No  [REDACTED]-9102 |
| **Church** | UNKNOWN | **Ref Doctor or Agency** | SELF REFERRAL/NONE |
| **City-St** | | **Street** | |
| **Pt Impairment** | | **City-St-Zip** | |

| | | | |
|---|---|---|---|
| **Adm No** | 22863179  **Adm Time** 1147P  **Pt Sts**  I | **Pt Type** S Service  MCA  **Room-Bed No** 461901 | |
| **Fin Class** | PRIVATE PAY          **Precert #** | **Adm Dr.** MEYERS DAVID | |
| **Adm Diag** | RULE OUT MYOCARDIO INFARCTION | **Sec Diag** | |

| CODE (1) | DIAGNOSES/OPERATIONS/PROCEDURES |
|---|---|
| 786.50 (1) | Atypical chest pain |
| 292.89 (2) | Drug induced anxiety |
| 682.3 (3) | Cellulitis of bilateral forearm |
| 305.90 (4) | Polysubstance drug abuse |

WP906337

9-14-98
**DISCHARGE DATE**

Ex_13-000388

THE UNIVERSITY OF KANSAS HOSPITAl
3901 Rainbow Boulevard •Kansas City, Kansas |

### CONSENT UPON ADMISSION TO HOSPITAL FOR MEDIC

1. **MEDICAL CONSENT**

   I, _____ knowing that _____ am (is) suffering from a condition requiring hospital care do hereby voluntarily consent to such hospital care, encompassing routine diagnostic procedures and medical treatment by the medical staff of the University of Kansas Hospital, or their assistants or designees as necessary in their judgement.

2. **PRACTICE OF MEDICINE**

   I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as to the result of treatments or examinations or operation in the hospital.

3. **UNIVERSITY HOSPITAL**

   As a University Hospital and teaching center, patients are seen by staff physicians and other observers in accordance with usual practices of this medical facility. Photography, preparation of drawings and closed circuit television are frequently desirable as part of patient care and advancement of medical knowledge and education and I consent in their use.

4. **SCIENTIFIC STUDY AND DISPOSAL OF HUMAN TISSUE AND BODY FLUIDS**

   I consent to the University of Kansas Hospital, the retention, study, use and/or disposal of any blood, fluid. specimen or tissues which may be removed from me during my hospitalization.

5. **RELEASE OF INFORMATION (GENERAL)**

   I hereby authorize the University of Kansas Hospital to notify my primary or referring physician, if any, that I am an inpatient. The Hospital is further authorized to furnish from the patient record information to the referring or primary physician and to any insurance company or authorizing agency for the purpose of obtaining payment of the account of the hospital or any physician for services provided to the patient.

6. **RELEASE OF INFORMATION (ALCOHOL OR DRUG ABUSE)**

   The University of Kansas Hospital is authorized to furnish from the patient's record requested information or excerpts to the referring physician, if any, and to any insurance company or authorizing agency for the purpose of obtaining payment of the account of the Hospital or any physician for services provided to the patient. University of Kansas Hospital is further authorized to release such information as may be required, from the patient's record, to its medical personnel to facilitate providing medical services to patient; to central registries concerning types of drugs and dosage; to patient's family and to patient's attorney, upon written request from such attorney, endorsed by patient.

7. **PERSONAL VALUABLES**

   The University of Kansas Hospital strongly urges you to have all personal belongings sent home. Small items of value such as money, jewelry, credit cards. etc may be placed in our safe in the Admitting Office. THE UNIVERSITY OF KANSAS HOSPITAL IS NOT RESPONSIBLE FOR LOSS OR DAMAGE TO ANY BELONGINGS OR VALUABLES YOU MAY CHOOSE TO KEEP WITH YOU. I understand that the University of Kansas Hospital is not responsible for the loss or damage of any personal items (i e. money, credit cards, jewelry, clothing, etc.) I wish to keep with me and that the University of Kansas Hospital will not replace any lost or damaged goods.

8. I CONSENT / REFUSE (circle) to the release of my Social Security Number _____ to the manufacturer of any medical device implanted or prescribed to me so I may be notified in the event of a recall.

_____
(Signature)

Signature of Witness

Signature of Authorizing Person(s)

_____
Patient

Date _____

or _____
Nearest Relative

Time _____ AM/PM

_____
Relationship to Patient

WP906338

Ex_13-000389

816908          22663179
PURKEY ,WESS
U    1/M    45Y    01051952

**THE UNIVERSITY OF KANSAS HOSPITAL**
3901 Rainbow Boulevard  •  Kansas City, Kansas 66160

4619

## CONSENT UPON ADMISSION TO HOSPITAL FOR MEDICAL TREATMENT

1.  MEDICAL CONSENT

    I, _____ knowing that _____ am (is) suffering from a condition requiring hospital care do hereby voluntarily consent to such hospital care, encompassing routine diagnostic procedures and medical treatment by the medical staff of the University of Kansas Hospital, or their assistants or designees as necessary in their judgement.

2.  PRACTICE OF MEDICINE

    I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as to the result of treatments or examinations or operation in the hospital.

3.  UNIVERSITY HOSPITAL

    As a University Hospital and teaching center, patients are seen by staff physicians and other observers in accordance with usual practices of this medical facility.  Photography, preparation of drawings and closed circuit television are frequently desirable as a part of patient care and advancement of medical knowledge and education and I consent in their use.

4.  SCIENTIFIC STUDY AND DISPOSAL OF HUMAN TISSUE AND BODY FLUIDS

    I consent to the University of Kansas Hospital, the retention, study, use and/or disposal of any blood, fluid, specimen or tissues which may be removed from me during my hospitalization.

5.  RELEASE OF INFORMATION (GENERAL)

    I hereby authorize the University of Kansas Hospital to notify my primary or referring physician, if any, that I am an inpatient.  The Hospital is further authorized to furnish from the patient record information to the referring or primary physician and to any insurance company or authorizing agency for the purpose of obtaining payment of the account of the hospital or any physician for services provided to the patient.

6.  RELEASE OF INFORMATION (ALCOHOL OR DRUG ABUSE)

    The University of Kansas Hospital is authorized to furnish from the patient's record requested information or excerpts to the referring physician, if any, and to any insurance company or authorizing agency for the purpose of obtaining payment of the account of the Hospital or any physician for services provided to the patient.  University of Kansas Hospital is further authorized to release such information as may be required, from the patient's record, to its medical personnel to facilitate providing medical services to patient; to central registries concerning types of drugs and dosage; to patient's family and to patient's attorney, upon written request from such attorney, endorsed by patient.

7.  PERSONAL VALUABLES

    The University of Kansas Hospital strongly urges you to have all personal belongings sent home.  Small items of value such as money, jewelry, credit cards, etc may be placed in our safe in the Admitting Office. THE UNIVERSITY OF KANSAS HOSPITAL IS NOT RESPONSIBLE FOR LOSS OR DAMAGE TO ANY BELONGINGS OR VALUABLES YOU MAY CHOOSE TO KEEP WITH YOU.  I understand that the University of Kansas Hospital is not responsible for the loss or damage of any personal items (i.e. money, credit cards, jewelry, clothing, etc.) I wish to keep with me and that the University of Kansas Hospital will not replace any lost or damaged goods.

8.  I CONSENT / REFUSE (circle) to the release of my Social Security Number to the manufacturer of any medical device implanted or prescribed to me so I may be notified in the event of a recall.

Signature of Witness

Date  091498

Time _____ AM/PM

Signature of Authorizing Person(s)

Patient

or _____
      Nearest Relative

_____
      Relationship to Patient

WP906339

Ex_13-000390

**UNIVERSITY OF KANSAS HOSPITAL**
**3901 Rainbow Blvd.**
**Kansas City, Kansas 66160-7280**

| | | | |
|---|---|---|---|
| **PATIENT NAME:** PURKEY, WESS | | **MR#/PT#:** 9818908/22863179 | |
| **ADMITTED:** 09/13/98 | | **DISCHARGED:** 09/14/98 | |
| **ATTENDING STAFF PHYSICIAN:** David Meyers, M.D. | | **ROOM #:** -- | |
| **RESIDENT:** | Joseph Santiago, M.D. | | |

**REASON FOR ADMISSION:** This is a 46-year-old white male with a history of IV drug abuse, polysubstance abuse, and multiple tattoos who after shooting intravenously crushed Ritalin and an unknown amphetamine experienced approximately 2 to 2.5 hr of left upper chest pressure with tingling in the left arm accompanied by anxiety and dyspnea.

**PHYSICAL EXAMINATION:** Significant findings on presentation and physical exam were vital signs of afebrile and examination was essentially within normal limits with the exception of tender, warm, erythematous areas in bilateral antecubital IV drug injection sites. There were multiple firm indurated areas in the antecubital fossae with warm, well-demarcated, erythematous, warm areas that were tender to touch over both forearms immediately distal from the antecubital fossae bilaterally.

**LABORATORY AND X-RAY:** Chest x-ray was unremarkable. EKG was also unremarkable as well. Urine drug screen was remarkably negative. Labs were essentially within normal limits.

**HOSPITAL COURSE:** The patient was evaluated for rule out myocardial infarction and placed on heparin and nitroglycerin patch, and 12.5 mg of metoprolol, and was started on Ancef 1 gm IV q.8h. after blood cultures times two were drawn. Blood cultures were still negative at time of discharge. The patient was essentially afebrile with only a low-grade temp to 38.7 the night of admission. He remained chest pain-free with no abnormalities on telemetry. The morning following an exercise stress treadmill test was performed which was completely within normal limits. The patient was subsequently discharged in good condition. He was started on Keflex p.o. for his cellulitis. A Psychiatry consult was obtained per the patient's request regarding his polysubstance abuse. Recommendations were made to the patient on inpatient on a voluntary inpatient drug rehab program in Wyandotte County, which the patient was pleased with and stated he would look into for assistance in resolving his drug addictions.

**FINAL DIAGNOSIS:**      Rule out myocardial infarction.
                         Atypical chest pain, likely secondary to
                         drug-induced anxiety.
                         Cellulitis of bilateral forearms.

**OPERATIONS AND PROCEDURES:**
                         None dictated.

**INSTRUCTIONS AND DISPOSITION:** Physical activity and diet are to be ad lib. Patient is counseled on drug cessation and healthy living including exercise and proper diet. Medications on discharge are Keflex 500 mg one p.o. q.i.d. for ten days for his skin infection secondary to IV drug

CHART COPY

CASE SUMMARY
WP906340

Ex_13-000391

**UNIVERSITY OF KANSAS HOSPITAL**
**3901 Rainbow Blvd.**
**Kansas City, Kansas 66160-7280**

**PATIENT NAME:**              PURKEY, WESS

**MEDICAL RECORD NUMBER:**     9818908

abuse.  For followup care, he will be following up with the General
Medicine Clinic in two weeks for re-evaluation of improvement of his
cellulitis.

David Meyers, M.D.
Attending Staff Physician

(This report will become an official part of the medical record when
reviewed and <u>AUTHENTICATED</u> by the attending physician.)

Joseph Santiago, M.D. / 01081
D:  09/15/98    07:23
T:  09/16/98    03:53
5120/P

cc: Joseph Santiago, M.D.

CHART COPY

CASE SUMMARY
WP906341

Ex_13-000392

```
PT CARE DOCUMENTATION                                    Page  1
PURKEY ,WESS              M   46    46  / 461901  MCA    Pt#:     22863179
Atn Dr: MEYERS DAVID
                  Assessment Date: 09/13/98  Time: 23:47    MR#: 9818908
----------------------------------------------------------------------
 Patient Allergies:    NKDA


----------------------------------------------------------------------
  DSCH MEDS
     Medicines                                               AG0166
       Name              Dose  Freq Route Next Source
       (Include OTC Drugs)             Dose
       Keflex            500mg  qid  po
  ====================================================================
  DIET INSTRU                                      RESPONSIBLE PARTY
     Feed instr                                        AG0166
       As tolerated
  ====================================================================
  ACTIVITYREST                                     RESPONSIBLE PARTY
     Instructions                                      AG0166
       As tolerated
  ====================================================================
  RETURN APPT.
     Clinic/MD                                          AG0166
       F/U general med clin    588-3928




  ====================================================================
  VALUABLES                                        RESPONSIBLE PARTY
     Comments                                           NS0193
       jeans and shoes only- left with patient
  ====================================================================
  DISCHARGE                                        RESPONSIBLE PARTY
     Date            091498                            AG0166
     Time            1600                              AG0166
     Type            Home                              AG0166
     Transp/mode     Ambulate                          AG0166
     Transport       Car                               AG0166
     ActiveNsgDx                                       AG0166
       High risk for injury secondary to diagnosis.
     Comment                                           AG0166
       All lines DC, all discharge teach complet
```

```
============================END OF REPORT=================================
     The above information has been reviewed with me and I received a copy.
```

_____
Patient Signature

DISCHARGE INSTRUCTIONS
                    16:03 09/14/98 FROM C228,ZNPATGFD

S4616666

WP906342

Ex_13-000393

73-778

| The University of Kansas Medical Center 3901 Rainbow Blvd. Kansas City, KS 66160-7231 Phone Number: 588-5000 Physician's Order Form | TAKE HOME MEDICATION FORM | Addressograph |
|---|---|---|

**Physicians:**

1. **PRINT** Patient Information, Patient Diagnosis, and Physician's Name

2. **CIRCLE** Number of Prescriptions

3. **SIGNATURE REQUIRED** for Each Prescription

4. **INSERT DEA #** if Needed

Prescription Invalid Without This Information

**Nursing:** –

For Prescriptions to be Filled at KUMC Outpatient Pharmacy:

1. **SIGN Full** Name of Nurse Faxing Form

2. **INDICATE** When Prescriptions Should be Ready for the Patient

3. **FAX Completed** Form to Ext. 2385

4. **SEND Original** to Pharmacy With Patient

9818908    22663175
PURKEY , WESS
U    1/M    46Y    01061952
P    NON-MEDICARE

Patient Room #/ Unit: _____

Please Have Prescriptions Ready By:
Date/Time _____

Nurse Faxing: _____

PURKEY, WESS    46

CEMMITIS, R/O MI    SANTIAGO    1  2  3  4  5  6  7    9/14/98

| Medication | Strength | Quantity | DEA Number |  |
|---|---|---|---|---|
| KEFLEX | 500 mg | QS x 10 DAYS |  |  |
| Instructions | Signature | | Refills | Dispense by Non-Proprietary name unless checked here ☐ |
| i po QID x 10 DAYS | | | 0 | |
| Medication | Strength | Quantity | DEA Number |  |
| Instructions | Signature | | Refills | Dispense by Non-Proprietary name unless checked here ☐ |
| Medication | Strength | Quantity | DEA Number |  |
| Instructions | Signature | | Refills | Dispense by Non-Proprietary name unless checked here ☐ |
| Medication | Strength | Quantity | DEA Number |  |
| Instructions | Signature | | Refills | Dispense by Non-Proprietary name unless checked here ☐ |
| Medication | Strength | Quantity | DEA Number |  |
| Instructions | Signature | | Refills | Dispense by Non-Proprietary name unless checked here ☐ |
| Medication | Strength | Quantity | DEA Number: |  |
| Instructions | Signature | | Refills | Dispense by Non-Proprietary name unless checked here ☐ |
| Medication | Strength | Quantity | DEA Number |  |
| Instructions | Signature | | Refills | Dispense by Non-Proprietary name unless checked here ☐ |

**ORIGINAL MUST BE PRESENTED TO PHARMACY BEFORE PRESCRIPTIONS WILL BE GIVEN TO PATIENT**

WP906343
TAKE HOME MEDICATION FORM

Ex_13-000394

73-779

| | | | |
|---|---|---|---|
| **University of Kansas Hospital**<br>3901 Rainbow Boulevard<br>Kansas City, Kansas 66160<br>PHYSICIAN'S ORDER FORM | | **ADDRESSOGRAPH** | |

| MEDICATION SCHEDULE | | | |
|---|---|---|---|
| BID 09-17 | Q2Hr ODD or EVEN Hrs | Q12Hr | 09-21 |
| TID 09-15-21 | Q6Hr 09-15-21-03 | QDAY | 09-or 21 |
| TID ac 07-11-17 | or | QHS | 2100 |
| TID pc 09-13-19 | 00-06-12-18 | 1 & 3 Hr | 09-11-13-15 |
| | Q8Hr 09-17-01 | pc & HS | 18-20-21 |
| | TID 08-12-18 w/meals | | |

Room #

All orders must be written in the metric system & include
date, time, and physician's signature.

| DATE & TIME | c m p # | DISCHARGE PHYSICIAN ORDERS | RPh Init |
|---|---|---|---|
| 9/14/98 | | | |
| | | 1.   Discharge Patient   WESS PURKEY | |
| | | a) Date:  9/14/98 | |
| | | b) Destination:   HOME | |
| | | 2.   Discharging Staff Physician:   D MYERS | |
| | | 3.   Discharging House Staff:   JP SANTIAGO | |
| | | 4.   Summary Dictation By:   JP SANTIAGO | |
| | | 5.   Instructions to the Patient: | |
| | | a) Follow-up:  TI WKS c̄ GEN. MEDICINE CLINIC  (F/U CELLULITIS) | |
| | | b) Activity  AD LIB | |
| | | c) Diet:  AD LIB | |
| | | 6.   Medications: (Take Home Medication Form)  see form.   _SANTIAGO_ | |

ABOVE ORDERS REVIEWED AND APPROVED: _____   _____ATTENDING STAFF

WP906344

DATE: _____   **PHYSICIAN'S ORDER FORM**

Ex_13-000395

74-546    R 9/95

| | | |
|---|---|---|
| **University of Kansas Hospital**<br>3901 Rainbow Blvd.<br>Kansas City, Kansas 66160<br>**PHYSICIANS' ORDER FORM** | **ADDRESSOGRAPH**<br>PURKEY, WESS | |

**MEDICATION SCHEDULE**

ROOM 4619

| | | | |
|---|---|---|---|
| BID 09-17<br>TID 09-15-21<br>TID ac 07-11-17<br>TID pc 09-13-19 | Q2Hr ODD or EVEN Hrs<br>Q6Hr 09-15-21-03<br>or<br>00-06-12-18<br>Q8Hr 09-17-01<br>TID  08-12-18 w/meals | Q12Hr    09-21<br>QDAY    09 or 21<br>QHS    2100<br>1&3 Hr    09-11-13-15<br>pc & HS    18-20-21 | All orders must be written in the metric system & include date, time, and physician's signature. |

NURSING: Please forward the top carbon copy to the pharmacist.

| DATE & TIME | C m p # | ORDERS | RPh Init |
|---|---|---|---|
| 9/14/98<br>1645 | | PLEASE SET-UP FOR EXERCISE TREADMILL STRESS TEST<br>RXR TODAY<br>SANTIAGO | |
| 9/14 @ 11⁰⁰ VT (OM?) | | | |
| 9/14/98<br>1200 | | SOCIAL WORK CONSULT FOR PLACEMENT FOR DRUG REHAB<br>#19<br>SANTIAGO/ | |
| 9/14 @ 12:15 VT (OM?) | | | |
| 9-14-98<br>11:50 | | ① Socue Wote Consut<br>② DIC IN<br>③ DIC Pt nowe today. | |

Another brand of drug identical in form and content may be dispensed unless noted on order.

DATE: _____

Ex_13-000396

74-546   R 9/95

| University of Kansas Hospital<br>3901 Rainbow Blvd.<br>Kansas City, Kansas 66160<br>PHYSICIANS' ORDER FORM | ADDRESSOGRAPH |
|---|---|

**MEDICATION SCHEDULE**

| | | | ROOM |
|---|---|---|---|
| BID 09-17<br>TID 09-15-21<br>TID ac 07-11-17<br>TID pc 09-13-19 | Q2Hr ODD or EVEN Hrs<br>Q6Hr 09-15-21-03<br>or<br>00-06-12-18<br>Q8Hr 09-17-01<br>TID 08-12-18 w/meals | Q12Hr   09-21<br>QDAY   09 or 21<br>QHS   2100<br>1&3 Hr   09-11-13-15<br>pc & HS   18-20-21 | All orders must be written in the metric system & include date, time, and physician's signature. | NURSING:<br>Please forward the top carbon copy to the pharmacist. |

| DATE & TIME | C m p # | ORDERS | RPh Init |
|---|---|---|---|
| 0040 9-14 | | *(illegible handwritten orders)* Pt may not have nicotine patch (2) NTG patch to stay on & team will re-eval in PM ⓢ Activity to BRP ④ Repeat urine ordered any screen. *(signature)* AN | |
| 0045 | ✓ | AN | |
| 9/14/98 0600 | | Blood Cx 2 sets 2 sites #42#43<br>~~Timentin 3.1g PIVg 6°~~ MH<br>Ancef 7g IV g 8° *(illegible)* | |
| 0615 | | AN | |
| | | AN | |
| 9/14/98 0745 | | PLEASE HOLD BREAKFAST THIS AM — NPO FOR NOW (✓ MEDS) *(illegible crossed out)* *(signature)* SANTIAGO/4664 | |
| 9/14 | | @0800 V.T (SAS) — | |
| 9/14/98 | | 0800 ✱ Hold Metoprolol ✝ Remove nitro for now until further orders. per I.U Dr. Santiago *(signatures)* | |

Another brand of drug identical in form and content may be dispensed unless noted on order.

DATE: _____

WP906346
**PHYSICIANS' ORDER FORM**

Ex_13-000397

74-546   R 9/95

| | University of Kansas Hospital<br>3901 Rainbow Blvd.<br>Kansas City, Kansas 66160<br>PHYSICIANS' ORDER FORM | ADDRESSOGRAPH<br>Purkey, Wess |
|---|---|---|

| MEDICATION SCHEDULE | | ROOM 98188908 |
|---|---|---|

| BID 09-17<br>TID 09-15-21<br>TID ac 07-11-17<br>TID pc 09-13-19 | Q2Hr ODD or EVEN Hrs<br>Q6Hr 09-15-21-03<br>or<br>00-06-12-18<br>Q8Hr 09-17-01<br>TID   08-12-18 w/meals | Q12Hr   09-21<br>QDAY   09 or 21<br>QHS   2100<br>1&3 Hr   09-11-13-15<br>pc & HS   18-20-21 | All orders must be written in the metric system & include date, time, and physician's signature. | NURSING:<br>Please forward the top carbon copy to the pharmacist. |
|---|---|---|---|---|

| DATE & TIME | Cmp# | ORDERS | RPh Init |
|---|---|---|---|
| 9/13/98 2300 | | Admit orders<br>Admit to 46 telemetry bed<br>Cond. Stable<br>Dx - CP RO MI<br>Call: Hurwitz 2342 until 0800 then CCU team<br>Vitals - per routine<br>All: NKDA<br>Diet - Low Sat Fat Cardiac<br>Act - Bed rest<br>Lab - Serial cardiac enzymes c ECG's x 2 sets q 8°, first set 0600<br>AM Lytes BUN Cr Gl CBC<br>Meds - Heparin 5000 U bolus then adjust per protocol, start 1000 U/h IV<br>NTG patch .4 mg/h, on Now<br>ASA 325 mg PO qd<br>Metoprolol 12.5 mg PO bid<br>Benadryl 50 mg PO q hs PRN<br>Nursing - Call T > 38⁵ P > 100 BP > 140/90<br>Tremor, Nausea.<br>Send Urine for Street drug screen<br>D/C @06 - heparin protocol | |

Another brand of drug identical in form and content may be dispensed unless noted on order.

WP906347
**PHYSICIANS' ORDER FORM**

DATE: _____

Ex_13-000398

| The University of Kansas Hospital | ADDRESSOGRAPH |
|---|---|
| 3901 Rainbow Boulevard<br>Kansas City, Kansas 66160<br>**PHYSICIAN'S ORDER FORM**<br><br>ROOM.#  4619 | Purkey, Wess<br>SF1ESOE<br>PURKEY Wess  90478908<br>U |

All orders must be written in the metric system & include date, time, and physician's signature.

**NURSING:** Please forward the carbon copy to the pharmacist.

| Date & Time | Order # | | Initial RN | Initial RPh | Time Schedule & Start Time |
|---|---|---|---|---|---|
| | | **CARDIOVASCULAR HEPARIN INFUSION PROTOCOL** | | | |
| 9/13/98 | | 1.  Heparin 5000 u bolus IV now  *done* | | | |
| | | 2.  Heparin 20,000u/500cc D5/W IV | | | |
| | | 3.  Initiate heparin infusion 1,000u/hour (25cc/hour) *done* | | | |
| | | 4.  Draw first PTT in 6 hours, then draw PTT per protocol guidelines* | | | |
| | | 5.  Adjust heparin infusion rate to maintain PTT 60-85 secs** | | | |

| PTT | BOLUS units | Stop Dose For: | **Rate Change cc/hr Infusion (min) | Repeat PTT* | | | |
|---|---|---|---|---|---|---|---|
| <50 | **5000u** | 0 min | +4 cc/hr (increase by 160 u/hr) | 6 HRS | | | |
| 50-59 | 0 | 0 min | +3 cc/hr (increase by 120 u/hr) | 6 HRS | | | |
| 60-85 | 0 | 0 min | 0(No change) | Next AM | | | |
| 86-95 | 0 | 0 min | -1 cc/hr (decrease by 40 u/hr) | Next AM | | | |
| 96-105 | 0 | **30 min** | -3 cc/hr (decrease by 120 u/hr) | 6 HRS | | | |
| >106 | 0 | **60 min** | -4 cc/hr (decrease by 160 u/hr) | 6 HRS | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | 6.  Heparin should be discontinued and house officer paged if significant bleeding | | | |
| | | events occur (including suspected or confirmed hemorrhagic stroke or internal | | | |
| | | bleeding.) | | | |

Legend :
u= units
sec.= seconds
min.= minutes
hr = hour

Above Orders Reviewed And Approved _____  Attending Staff

Date 9/13/98

WP906348

**PHYSICIAN' ORDER FORM**
**CARDIOVASCULAR HEPARIN INFUSION PROTOCOL**

Ex_13-000399

73-323

BINDING LINE

THE UNIVERSITY OF KANSAS MEDICAL CENTER
3901 RAINBOW BOULEVARD • KANSAS CITY, KANSAS

**HISTORY, PHYSICAL EXAMINATION AND
PROGRESS NOTES**

Purkey, Wess
78188908

| DATE | |
|---|---|
| 9/13/98 2230 | Resident Admit Note 46 yo wm multiple tatoos, ho poly substance. Pt reports episode, "band" pain around head and Abdomen c̄ "bright light", SOB today onset ~1800, duration ~ 1.5° p shooting up. Spontaneously remitted. Had ↑ episode diarrhea. Currently pain free. |
| | T 36⁶   137/80   73   16   100% on RA |
| PMH IVDA | chest CTA Ⓑ                    Rectal H⊖ Brown Stool Heart RRR Abd BS⊕ soft |
| NKDA | Ext ∅-edema |
| Meds ∅ prescribed | CxR - ∅ cardiomegaly, ∅ infiltrate ECG - NSR V, ↑ in V |
| | Lab: 141/97/10  3.6/28/.8 (110  13.3\17.2/49.3\ 174  A∅ 63  INR 1.1  AST 41  CK 716, 366 |
| SH | Mg 1.7  Troponin .02  MB 15, 21 |
| IVDA | |
| Tob ⊕ | |
| EtOH ⊕ -wk end | AP CP - RO MI, CK and MB somewhat ↑, If Myocardial involvement, probable mechanism vasospasm. Will not anticoagulate as NH Clot rupture extremity unlikely. NH Will admit and follow serial enzymes, ECG. Tx c̄ ASA NH NTP .4, Benadryl. Repeat ECG shows ST ↑ < ⅓ MM V₁,₂,₃ ∴ will Anticoagulate |

WP906349

Ex_13-000400

| DATE | |
|------|--|
| 9/14/98 0600 | N.t.C |

N.t.C
Called for Tender, warm, raised site at injection sites Ⓑ.

PE — Afebrile
Bilat AC raised tender injection sites.
Pt generally warm - globally

A/P discoloration difficult to assess
color difficult to assess 2° tattoos.
Possible Cellulitis
Probable local rxn to irritant injected
as pt claims to have injected 140 mg
of crushed then dissolved ritalin, then
unknown "speed" for 24° prior to admission,
yet was ⊖.
Will do Blood Cx then start ancef.

WP906350

BINDING LINE

Ex_13-000401

73-324

BINDING LINE

**THE UNIVERSITY OF KANSAS MEDICAL CENTER**
3901 RAINBOW BOULEVARD • KANSAS CITY, KANSAS

**HISTORY, PHYSICAL EXAMINATION AND PROGRESS NOTES**

| DATE | |
|------|---|
| | STAFF NOTE   PCP: None |
| 9/14/98 | DIAGNOSIS: |
| | 46 y/o wm plumber c̄ CC: CP, had onset during IV speed (not cocaine) of constant SP heaviness s̄ exac (rubbing) assoc factors lasting 3 hrs. No antecedent CV hx. |
| | Meds: ∅   All: ∅   PMH: Drug abuse |
| | FH: No MI   SH: ⊕ cigs, ROS: Above ⊕ Drugs ⊕ EtOH |
| | BP=107/57  P=77  T=38⁷  R=20, Tattoo's. ⊕ foram cellulitis. HEENT-OK. Clear lungs. RR s̄ C̄ (S₃/S₄/rub. Abd Sang. No sign |
| | EKG - Normal |
| | RECOMMENDED TREATMENT: |
| | Imp: Doubt Coronary spasm Cellulitis |
| | Rec: ⊥ ⊖ enzymes then EST Psych consult. Keflex |
| | I have personally seen and examined this patient, and reviewed the available diagnostic studies. |
| | I concur with the initial management and have supervised the treatment thus far. |
| | |
| | STAFF PHYSICIAN SIGNATURE |
| | WP906351 |

Ex_13-000402

73-323

BINDING LINE

THE UNIVERSITY OF KANSAS MEDICAL CENTER
3901 RAINBOW BOULEVARD • KANSAS CITY, KANSAS

**HISTORY, PHYSICAL EXAMINATION AND
PROGRESS NOTES**



| DATE | CCC/RPN |
|------|---------|
| 9/14/98 0745 | Pt c̄ complaints this AM — of problems o̅v̅n̅ c̄ pain/tenderness ⑧ arms. |
| | vitals: tmv 38⁷  BP ¹⁰⁷/₅₇  HR 77  RR 20  wt 77.5 kg |
| | Chest ⑧ CTA    CV distinct but RRR ø̸ m/r/g mild |
| | Abd ⊕ BS NT/ND soft      Ext ø c/c/E c̄ ⑧ forearms — areas of erythema/tenderness c̄ |
| | nodular ou̅n̅ injection sites. |
| | labs: 139 \| 102 \| 11 ⟨ 97   11-2 ⟩ 14.3 ⟨ 143 |
| | 3.9 \| 27 \| 0.8     31.7 |
| | | 1948 | 2052 | 0531 | repeat VBS ⑤ |
| | CK | 366 | 316 | 217 | |
| | CKMB | 21 | 15 | 10 | |
| | Trop | 0.02 | 0.02 | 0.02 | |
| A/P | 46 y/o woman c̄ poss drug-induced anxiety vs. vasospasm c̄ poss cellulitis 2° to IVDA ⑧ arms. |
| | — Currently on Ancef 1 g IV Q8° for cellulitis of ⑧ arms. |
| | — CKC D's non diagnostic; suggestion of ~~intraseptal~~ septal D's but ST's not reversible. |
| | — Consider stress treadmill now or as outpt. |
| | 1. Reviewed mds c̄ gu... _(signature)_ MD SANTIAGO |
| | 3. F/u c̄ pt. ... |
| 9/14/98 1340 | Treadmill stress test Bruce protocol — exercised for 9'50 — peak HR 175 bpm >100% NO chest pain, no ectopy no ECG Δs   dp 24.850 Borg scale 7 percent 1xu age 13. Duke score ⊕ 9 |
| | Wilson MD (1234) |

WP906352

Ex_13-000403

PCP Author

_HeLa_ -0

**MEDICARE ONLY**

☐ GC - Supervision of Resident

1936

| | I N | UNIVERSITY OF KANSAS MEDICAL CENTER **EMERGENCY TREATMENT RECORD** | O U T |
|---|---|---|---|

☐ No Modifier-Teaching Physician Only

FACULTY REVIEW

| MEDICAL RECORD NO. | VISIT | | | FC P | DATE 091398 | TYPE SERVICE ERM | PATIENT ACCOUNT NUMBER |
|---|---|---|---|---|---|---|---|

| PATIENT'S LAST NAME | FIRST WESS | MIDDLE | AGE 46 | BIRTHDATE | SEX M | RACE 1 | RELIGION C | MARITAL STATUS |
|---|---|---|---|---|---|---|---|---|

PURKEY

| ADDRESS | | ACCIDENT: |
|---|---|---|

LOCATION _____

| CITY KANSAS CITY | STATE KS | ZIP 66111 | TELEPHONE |
|---|---|---|---|

ON JOB    YES ☐   NO ☐    DATE _____

EMPLOYER    REDI ROOTER (NEW)    TELEPHONE

WORKMAN'S COMP. YES ☐    NO ☐    TIME _____

| NEAREST RELATIVE DONNA | TELEPHONE | RELA-TIONSHIP R | | ARRIVED BY D | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|

| BILL TO: LAST NAME PURKEY | WESS | RELATIONSHIP S | | TELEPHONE |
|---|---|---|---|---|

| ADDRESS | CITY KANSAS CITY    KS    66111 | CLERK EM038 | CONTROL DRIVERS LICID |
|---|---|---|---|

INSURANCE

Z01   PRIVATE PAY

GROUP NO:

PCN DR NA:

POLICY NO:

AUTHORIZATION FOR TREATMENT    I HEREBY CONSENT AND AUTHORIZE THE ADMINISTRATION OF WHATEVER ANESTHETICS AND THE PERFORMING OF WHATEVER OPERATION OR OTHER TREATMENT AND PROCEDURE DECIDED TO BE ADVISABLE FOR PATIENT.

| SIGNATURE (OR REASON PERSON CANNOT SIGN) | RELATIONSHIP Wife | WITNESS |
|---|---|---|

| CHIEF COMPLAINT PATIENT STATES | CONDITION ON ARRIVAL GOOD ☐  FAIR ☐  POOR ☐  CRITICAL ☐ | TIME 1930 | BP 137/80 | T 36 | P 73 | R 16 |
|---|---|---|---|---|---|---|

CH PAIN/CHILLS

| PRIOR TREATMENT AND DATE | ALLERGIES NKDA | LMP | PREGNANT YES ☐  NO ☐ | WT. |
|---|---|---|---|---|

CURRENT MEDS.

NURSE'S NOTES "Speed overdose" Heart racing, H.A., Stomach Pain

NURSE'S SIGNATURE

PRIVATE MD    SELF REFERRAL/NONE

ADDRESS

EMERGENCY SERVICE MD    PAMELA

| | FP | M | S | P | OB | PSY |
|---|---|---|---|---|---|---|

HISTORY AND PHYSICAL EXAM

CONSULTING MD

| | N | CAR | ENT | NS | OPH | OR | PL | UR | M | S | PED | OB | PSY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

resident care supervised — chest "tightness" c nl EKG p usg vasoconstrictive drugs. Description is atypical but nonclerical ⊕ √ Agree c need to R/O care, flags

FINAL DIAGNOSIS: Chest pain

CONDITION:    786.50

SPECIFIC INSTRUCTIONS:

| TREATMENT RENDERED:    DATE 091398 | |
|---|---|
| ☐ EXAMINATION EVALUATION | ☐ X-RAYS    ☐ CAST OR SPLINT |
| ☐ LACERATION SIZE | ☐ LAB. TEST    ☐ CRUTCHES |
| ☐ NO. OF SUTURES | ☐ E.K.G.    ☐ TETANUS |
| ☐ MEDICATIONS _____ | |

AFTERCARE INSTRUCTION SHEETS GIVEN:

☐ HEAD INJURY    ☐ D.C.    ☐ COLD/SORE THROAT
☐ CAST CARE    ☐ FEVER    ☐ VOMITING/DIARRHEA
☐ CRUTCH WALKING    ☐ U.T.I.    ☐ BACK EXERCISES
☐ WOUND CARE    ☐ VAGINITIS

DISPOSITION
☐ HOME    ☐ E.R. RETURN    ☐ DATE _____
☐ ADMIT    ☐ TRANSFER    ☐ HOSP. _____
☐ CLINIC    APPT DATE _____
WP906353    REVIEW DATE _____

| SIGNATURE OF PATIENT | (74-321-6 Rev. 1/98) | SIGNATURE RESPONSIBLE MD. | ATTENDING M.D. |
|---|---|---|---|

Ex_13-000404

WP906354

and Findings (cont'd)

Impression:

SULTATION: (Time requested )

2050- WP & 540/590, normal for sex + age 550

Dtx given

atory & X-Ray Data (time sent return )

| University of Kansas Hospital<br>3901 Rainbow Boulevard<br>Kansas City, Kansas 66160<br>PHYSICIAN'S ORDER FORM | ADDRESSOGRAPH |
|---|---|

**MEDICATION SCHEDULE**

| | | | |
|---|---|---|---|
| BID 09-17 | Q2Hr ODD or EVEN Hrs | Q12Hr 09-21 | |
| TID 09-15-21 | Q6Hr 09-15-21-03 | QDAY 09-or 21 | |
| TID ac 07-11-17 | or | QHS 2100 | |
| TID pc 09-13-19 | 00-06-12-18 | 1 & 3 Hr 09-11-13- | |
| 15 | | | |
| | Q8Hr 09-17-01 | pc & HS 18-20-21 | |
| | TID 08-12-18 w/meals | | |

Room #

All orders must be written in the metric system & include date, time, and physician's signature.

NURSING: Please forward the top carbon copy to the pharmacist.

| DATE & TIME | c m p # | EMERGENCY DEPT ORDER | RPh Init |
|---|---|---|---|
| 9/ | | 1) ~~Breathing tx~~ cancelled | |
| | | 2) CXR ~~(2 view)~~ | |
| | | _S. Wordlaw-Watkins_ MD | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Another brand of drug identical in form and content may be dispensed unless noted on order.

ABOVE ORDERS REVIEWED AND APPROVED: _____ ATTENDING STAFF

WP906355

**EMERGENCY DEPARTMENT ORDER**

DATE: _____       **PHYSICIAN'S ORDER FORM**

Ex_13-000406

→ using ritalin 100mg - 140mg 24°
→ unknown "speed" substance 1° ago

fine up to 1° ago                                    currently cont
  . chest tightness,
  . extrem. cold
  . faint feeling      (+) SOB
  . dry throat    ↓  Stomach cramping
  ∅ tachycardia     (+) chills
  HA band around   (+) diarrhea
       sides

PmHx            SHx                     NKDA    Tetanus 18 mths ago
 ∅             - tob 1½ppd
              Etoil 6pack
 Meds          · 5-6x /4mths → speed
 ∅            Heroine, speed
              ∅4x.

WP906356

Ex_13-000407

**UNIVERSITY OF KANSAS HOSPITAL**
3901 Rainbow Boulevard
Kansas City, Kansas 66160-7220

(A)

Rm: 63
Bed: 5

## EMERGENCY DEPARTMENT FLOWSHEET

**TRIAGE**
CC: "speed overdose" Heart racing,
HA; stomach pain
Meds: _____
Taken recently: _____
Allergies: berries NKDA

| Time | BP | P | R | Temp | O₂ Sat | WT | Age |
|------|------|----|----|------|--------|----|----|
| 1930 | 137/80 | 73 | 16 | 36⁶ | 100% | | 46 |
| | | | Lmp | | Pregnant Yes☐ No☐ | | |

**Allergy bracelet in place** ☐ Yes ☐ NA

Behavior:  age appropriate  active  listless  uncooperative  (cooperative)  combative  agitated  Other: _____

Psychological: anxious  depressed  coping: (appropriate)/inappropriate  at risk of violence to self/others: _____

Mode of Arrival: ☒ Ambulatory ☐ WC ☐ Cart ☐ Carried ☐ Police  **History**: Cardiac  (Respiratory)  Diabetes  Hypertension

Renal disease  (Seizures)  Sickle Cell  Psychiatric problems

**Category**: ☐ emergent  ☐ urgent  ☒ non-urgent

(Smoking)  (ETOH)  (Recreational Drugs)  Other _____

Tetanus Status: <5 yrs.  >5 yrs.

**Status**: ☐ Denial  ☐ No information  ☐ Police hold  ☐ Regular

Given Patient Rights Handbook. ☐ Yes ☐ No

Offered Advanced Directive Information. ☐ Yes ☐ No

Transported to room per:  ☐ cart  ☐ WC  ☒ ambulatory  ☐ carried by parent  Triage R.N. Brown

**PRE HOSPITAL TREATMENT**

☐ O₂  ☐ Intubation  ☐ Bag/Mask  ☐ CPR  ☐ Defibrillation  ☐ IV/Site ____  ☐ NG ☐ MAST trousers ☐ up ☐ down  ☐ Thumper

Immobilization:  ☐ cervical collar  ☐ spine board  ☐ splints/site _____  ☐ restraints _____

**Time physician notified** 1935

**INITIAL ASSESSMENT**

Skin: (warm)  cool  rash  bruising  abrasion  avulsion  pale  flushed  mottled  burn  laceration (length) _____

Capillary refill:  NA (normal)  prolonged

Musculoskeletal: NA  swelling  pain  deformity  Describe: _____

Respiratory: (spontaneous)  stridor  labored  drooling  retractions  nasal flaring  SOB

wheezes  cyanosis  assisted  cough productive/nonproductive,  pain with inspiration

Cardiac: NA  JVD  (chest pain)  diaphoresis  nausea  peripheral edema  (SOB)  pacemaker

Neurological:  NA  pupils: (reactive)/nonreactive  confused  ↓LOC

posturing  oriented: (person)/place/time

ENT: NA  Ears: R/L  pain  drainage  ↓ hearing  Throat: pain  dysphagia  hoarse

Eyes: NA  R/L  red  tearing  discharge  foreign object

GI: NA  nausea/vomiting  diarrhea  constipation  abdominal distention

ascites  ↓ appetite  (pain)  Blood: emesis  stool

GU: NA  pain  frequency  retention  Bleeding

GYN: NA  Gravida ____ Para ____ AB ____ LC ____

discharge  pain  bleeding  hysterectomy  TL

Pediatrics:  Up to date on immunizations:  Yes  No

**SAFETY LEVEL:** (A)  B  C  D

☒ ORIENTED AND AMBULATORY

☐ SIDE RAILS UP

☐ RESTRAINTS ☐ RUE ☐ RLE ☐ LUE ☐ LLE

☐ CONSTANT OBSERVATION

DATE: 1/13/10

1. Abrasion
2. Avulsion
3. Burn
4. Contusion
5. Crepitus
6. Ecchymosis
7. Penetration
8. Hematoma
9. Laceration
10. Fracture
11. Deformity
12. Pain

Nurse's Notes
Pt states he feels like he
got some bad speed
today. also reports IV
drug use today. reports
c̄ chest tightness/racing heart.
signature Brown

PUPILS
R [diagram] L

**EMERGENCY DEPARTMENT FLOWSHEET**

WP906357

Ex_13-000408

## VITAL SIGNS

| TIME | TEMP ORAL RECTAL TYMPANIC | BP ARTERIAL AUTO MAN | P | CARDIAC RHYTHM | R | BREATH SOUNDS | CHARACTER | O2 | SaO2 | LOC | PUPILS | | | | MOTOR | | | | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | SIZE R | L | REACTION R | L | UE R | LE | UE L | LE | |
| 0015 | | 123 75 80 | | SR | 16 | CTA | NL | RA | 900 | 1 | | | | | | | | | |
| 0120 | | 108 66 72 | | SR | 16 | CTA | NL | RA | 98 | 1 | | | | | | | | | |
| 0220 | | 109 68 69 | | SR | 16 | | NL | RA | 96 | 1 | | | | | | | | | |
| 0325 | | 109 64 72 | | SR | 16 | | NL | RA | 99 | 1 | | | | | | | | | |

## LEGEND:

| BREATH SOUNDS | LEVELS OF CONSCIOUSNESS | PUPILS | PUPIL GAUGE (mm) | MOTOR |
|---|---|---|---|---|
| CL = Clear | 1 = Alert, oriented | + = Brisk | 2 3 4 5 6 7 8 9 | 4 = NORMAL |
| CR = Crackles | 2 = Responds to voice | S = Sluggish | | 3 = DECREASED |
| W = Wheezes | 3 = Responds to pain | - = No React | | 2 = FLACCID |
| D = Diminished | 4 = No response | E = Edematous, (not tested) | | 1 = POSTURING |
| A = Absent | | | | |

## NURSES NOTES



## IV THERAPY    Site #1 _____    Site #2 _____    Site #3 _____

| TIME | GAUGE | SITE | SOL/AMT | RATE | CC INFUSED | INITIALS |
|---|---|---|---|---|---|---|
| 1935 | 18 | RFA | | | | B |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

I HAVE RECEIVED THE Tetanus, diphtheria /Tetanus VACCINE INFORMATION. I CONSENT TO THE VACCINATION.

SIGNATURE _____    CHECK HERE IF FOR MINOR _____

WP906358

Ex_13-000409

| GLASGOW OMA SCALE | | | MEDICATION | DOSE | ROUTE | SITE | INITIALS | RESPONSE/REACTION | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| Verbal | Motor | Total | Tetanus manufacturer _____ Lot #_____ Exp date_____ | | | | | | |
| | | | Baby Aspirine | 162mg | PO | — | JB | | 1945 KEG / labs sent |
| | | | | | | | | | 1945 Voids |
| | | | | | | | | | 2000 V Ring |
| | | | | | | | | | 2025 Resp c M |
| | | | | | | | | | 2140 second worker c po |
| | | | | | | | | | 245 called for bed |
| | | | | | | | | | 2045 labs resent |

**GLASGOW COMA SCALE**

| Responds | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| EYES OPEN | None | To Pain | To Sound | Spontan-eously | | |
| VERBAL | None | Incompre-hensible Sound | Inappro-priate Words | Confused Conver-sation | Oriented | |
| MOTOR | None | Exten-sion | Flexion Abnormal | With-drawal | Localizes Pain | Obeys Commands |

(WEAK)

EKG STRIP:

☐ Diagnostic tests and procedures have been explained to the patient.

**LABS**: (Circle those drawn)
CBC/DIFF X____ ABG X____ ACETAMINOPHEN SALICYLATE PROFILE
ASTRA PT/PTT FIBRINOGEN RETIC ESR MG ALK PHOS AST ALT
AMYLASE LIPASE T. BILI CK/ISOS CKMB LD/ISOS ETOH DIGOXIN
THEOPH DILANTIN SERUM DRUG URINE DRUG UA URINE HCG
BLOOD HCG GGTP ACETONE C troponin
CULTURE/SENSITIVETY: WOUND SERUM SPUTUM URINE THROAT
GC CHLAMYDIA T&C ____ UNITS OF _____
OTHER _____

**X-RAYS:** CHEST C SPINE T SPINE L SPINE PELVIS KUB CT_____
SONO_____ OTHER_____

**TESTS/PROCEDURES**:

| OUTPUT | | |
|---|---|---|
| TIME | TYPE | AMOUNT |
| | | |
| | | |
| | | |
| | | |

| TOTALS | |
|---|---|
| IN | |
| OUT | |

DISCHARGE SUMMARY
☐ Pt. Discharge Form completed
☐ Instruction sheet given
☐ Pt./family verbalizes understanding of:
  ☐ Instructions  ☐ Medications
☐ Admitted to: 4619 Report called 2320
discharged/transferred: _____
Time out: 2320 Initials: JB

| TIME | PROCEDURE/TESTS |
|---|---|
| | Straight catheter |
| | Foley catheter |
| | Pelvic exam |
| | D&C |
| | NG |
| | Gastric lavage |
| | Peritoneal lavage |
| | Spinal tap |
| | Suture/suture removal |
| | I&D |
| | Cast/splint |
| | Eye irrigation |
| | Visual acuity R____ L____ |
| | with  without glasses |
| | |
| | |
| | |

| TIME | PROCEDURE/TESTS |
|---|---|
| 1940 | EKG |
| | Cardiac monitoring |
| | Alarms: ON / Limits HR____ SBP___ |
| | Chest tubes X____ |
| | Arterial line_____ |
| | IV pumps X____ |
| | **RT TREATMENT** |
| 2025 | _____ |
| 2. | _____ |
| 3. | **DEXTROSE STICK** |
| | _____ |
| | **GUAIAC/OCCULT BLOOD** |
| | NG_____ |
| | Urine_____ |
| | Stool_____ |

| INITIALS | SIGNATURE |
|---|---|
| JB | Brown |

WP906359

Ex_13-000410

## NURSING PLAN OF CARE

1. KNOWLEDGE DEFICIT, Related to: _____
   PLAN/IMPLEMENTATION:
   ☐ Assess learning needs
   ☐ Explain all procedures/treatments and answer patient's/significant others' questions
   ☐ Review Patient Instruction Sheet
   ☐ Complete Patient Discharge Sheet
   EXPECTED OUTCOME: Pt./Significant other will verbalize knowledge or demonstrate skills required for self-care or care at home.
   EVALUATION: OUTCOME MET ( )    UNMET ( )
   _____ Initials_____

2. HIGH RISK FOR INJURY, Related to: ___ _____
   PLAN/IMPLEMENTATION:
   ☐ Assess for risk factors _____
   ☐ Bed rails up    ☐ Restraints UE _/_ Reason_____
   ☐ CO              LE _/_   _____
   ☐ Orient pt. to person, place, time with each contact.
   EXPECTED OUTCOME: Pt. will not sustain injury while in the Emergency Department.
   EVALUATION: OUTCOME MET ( )    UNMET ( )
   _____ Initials_____

3. PAIN, Chronic/Acute (Circle)  Scale: 1_____10
   PLAN/IMPLEMENTATION:
   ☐ Assess location, duration, intensity, and onset of pain
   ☐ Provide comfort measures:
      ☐ Immobilization by _____
      ☐ Elevation of _____
      ☐ Medication as ordered _____
      ☐ Other _____
   ☐ Monitor effectiveness of pain relief
   EXPECTED OUTCOME: Pt. will indicate that pain has decreased
   EVALUATION: OUTCOME MET ( ) UNMET ( )
   Pain Relief Scale: 1_____10
   _____ Initials_____

4. ANXIETY
   PLAN/IMPLEMENTATION:
   ☐ Assess level of anxiety: mild  moderate  severe  panic
   ☐ Provide reassurance and support i.e. "I am close by."  "I will care for you."
   ☐ Provide timely, concerned care and check pt's needs frequently.
   ☐ Use simple concrete directions/information.
   ☐ Promote ventilation/exploration of feelings/concerns.
   EXPECTED OUTCOME: Pt. will indicate verbally or through behavior that anxiety has decreased.
   EVALUATION: OUTCOME MET ( )    UNMET ( )
   _____ Initials_____

5. FLUID VOLUME DEFICIT, Related to:_____
   PLAN/IMPLEMENTATION:
   ☐ Monitor and document VS q____.
   ☐ Assist pt. when moving to sitting or standing position.
   ☐ Place bed in trendelenburg for signs of shock unless contraindicated, i.e. head injury
   ☐ Initiate IV access and administer IV fluids as ordered.
   ☐ Draw lab specimens and monitor lab values as ordered.
   EXPECTED OUTCOME: Pt. will achieve and maintain adequate blood pressure during Emergency Department stay.
   EVALUATION: OUTCOME MET ( )    UNMET ( )
   _____ Initials_____

6. INEFFECTIVE AIRWAY CLEARANCE Related to: _____
   PLAN/IMPLEMENTATION:
   ☐ Assess resp. status: rate, rhythm, breath sounds, cough and sputum, $SAO_2$ and ABG.
   ☐ Position patient to maximize oxygenation status
   ☐ Suction airway prn.
   ☐ Administer $O_2$ as ordered.
   ☐ Administer medications as ordered.
   EXPECTED OUTCOME: Pt. will maintain a patent airway throughout E.D. stay.
   EVALUATION: MET ( )    UNMET ( )
   _____ Initials_____

7. HIGH RISK OF VIOLENCE TOWARD SELF/OTHERS
   PLAN/IMPLEMENTATION:
   ☐ Make appropriate room assignment
   ☐ Encourage to express feelings verbally rather than physically
   ☐ Be cautious; if you sense danger, get help
   ☐ Do not touch the patient, allow space
   ☐ CO
   ☐ Restraints
   EXPECTED OUTCOME: Pt. will not harm self or others during ED stay.
   EVALUATION: OUTCOME MET ( )    UNMET ( )
   _____ Initials_____

8. ALTERATION IN TISSUE PERFUSION, related to: _____
   PLAN/IMPLEMENTATION:_____
   ☐ Assess and monitor LOC, VS, neuro signs, pulses, skin color, UO,
   ☐ Maximize patent airway
   ☐ Position to maximize BP (supine/trendelenburg)
   ☐ Elevate edematous extremity unless contraindicated by CHF
   ☐ Provide medications/treatments as ordered
   EXPECTED OUTCOME: Maintains or regains adequate perfusion to ____.
   EVALUATION: MET ( )    UNMET ( )
   _____ Initials_____

## ADMISSION INVENTORY OF CLOTHES AND VALUABLES

**CLOTHING**

| | | | |
|---|---|---|---|
| ☐ Coat/jacket | ☐ Tie | ☐ Shirt/blouse | ☐ Underwear |
| ☐ Hat | ☐ Belt-suspenders | ☐ T-shirt | ☐ Night clothing |
| ☐ Gloves | ☐ Trowsers | ☐ Sweater | ☐ Robe |
| ☐ Dress | ☐ Shorts | ☐ Bra | ☐ Socks |
| ☐ Suit | ☐ Skirt | ☐ Slip | ☐ Shoes/boots |
| ☐ | ☐ | ☐ | ☐ |

**PERSONAL EFFECTS**

| | | | |
|---|---|---|---|
| ☐ Artificial limb | ☐ Brace | ☐ Billfold | ☐ Rings |
| ☐ Cane/crutches | ☐ Walker | ☐ Purse | ☐ Watch |
| ☐ WC | ☐ Dentures | ☐ Cash $____ | ☐ Earrings |
| ☐ Glasses/contacts | ☐ Hearing Aide | ☐ Checks | ☐ Bracelet |
| ☐ | ☐ | ☐ Credit cards | ☐ Necklace |
| ☐ | ☐ | ☐ Keys | ☐ Pocket knife |

SIGNATURE: _____

**PRE-HOSPITAL EQUIPMENT WITH PATIENT:** MAST pants, IV pump, splints, spine board, other _____

**DISPOSITION OF ITEMS:** _____

WP906360

Ex_13-000411

The University of Kansas Medical Center
3901 Rainbow Boulevard • Kansas City, Kansas

**KUMC Emergency Department**
**Physician Documentation**

Chief Complaint: _____ Referred By: _____

HPI: 40 yo W ♂ presents to KUER c/o chest tightness, SOB, lightheadness, NA, chills approx 1 hr p̄ smoking unknown substance (? speed, crack). He also c/o chills, dry throat, diarrhea, and and cramping. He also has been using ritalin over past 24° currently. Pt c/o chest tightness. Pt wanting rehab.

PMH: Substance abuse (heroine, speed) using speed daily for 4 mths.

SH: tobb 1½ ppd, EtOH 12 pack/weekend, Street drugs heroine, speed, ritalin

LMP: _____ G____ Para____ LC____ AB____

Last Tetanus: 18 mths ago

Meds: Ø

Allergies: NKDA

ROS: denies palp.

PE:
General Appearance: alert with anxious R̄

☐ see nurse flow sheet  Vital Signs: HR 73  BP 131/80  RR 16  T 36.6° (po/pr/tympanic)

O₂sat_____ on_____ L O₂

☐ see nurse flow sheet Orthostatics: HR_____ BP_____   HR_____ BP_____   HR_____ BP_____

symptoms?_____yes _____no

Time: 1930

HEENT EOMI, PERRL pupils ~ 3-4mm
OP clear, neck soft, supple
CV RRR Ø m
CHEST CTAB
ABD flat, soft, ND/NT, BS+, Ø masses,
EXT Ø C/C/E Ø deformities
SKIN warm, dry, intact.
NEURO: CN II-XII intact. Sensory, motor intact. Ø gross deficits

Lying

Sitting

Standing

WP906961
1 of 2

Ex_13-000412

The University of Kansas Medical Center

3901 Rainbow Boulevard • Kansas City, Kansas

**KUMC Emergency Department**

**Physician Documentation**

mg 1.7

| | | |
|---|---|---|
| 141 | 99 | 10 |
| Na+ | Cl | BUN | / 110 Glu |
| 3.6 | 28 | 0.8 |
| K+ | Co2 | Cr |

Lab:

| Ca | Pro | Alk Phos 63 | ph |
| Po4 | Alb | AST (SGOT) 41 | |
| Uric | Bili | Chol | |

ABG:　　on____Lo2

　　CO2　　　O2

UCG___ sβHCG___

PT 2.6 PTT 27.8 INR 1.1

13.3 WBC 　Hb 17.2 / Plt 174

Hct 49.3

Troponin 0.02

UDS (-)

ETOH <13

@ 2057 @1948

CK 316　366

CKMB 15　21

% 5.0　6.0

segmented 59 lymphocytes 21

bands_____ monocytes 20

eosiniphil_____

Other: _____

UA: WNL

X-Ray: CXR: ¼ acute processes

EKG: NSR rate 75 inv. T waves　Monitor: _____

　　un V1, V2

ED Course: Pt seen, examined labs/xrays obtained D/W Dr. Kite. Informed CCU resident (Hurwitz) for admission.

Pt notes improvement in CP prior to transfer ↳ spontaneously

Procedures: _____

Impression:

1. Amphetamine abuse 　　2. CP

3. _____ 　　4. _____

Plan　Admit to CCU service to R/O MI

F/U in_____ clinic with Dr. _____ on _____ or prn.

Aftercare sheet given for: _____

Special Instructions: _____

Meds:　1. _____ 　　2. _____
(Number dispensed)
　　3. _____ 　　4. _____

Signatures:

Med Student_____ 　Resident S Wordlaw-Watkins MD 　Staff

2 of 2

WP906362
**Physician Documentation**

Ex_13-000413

Form 73-173
Rev. 12-96

| THE UNIVERSITY OF KANSAS MEDICAL CENTER 3901 RAINBOW BOULEVARD • KANSAS CITY KANSAS 66160 **CONSULTATION REPORT** | 9818908            9818908 PURKEY , WESS |
|---|---|

| **To:** (Attending Physician or Department) | **Date** 9-14-98 |
|---|---|
| **Patient's Name** PURKEY , WESS   #9818908 | **Room** 4619 |

Referred to you for the following reason:

46 y/o WM IVDA abuse (polysubstance ē save paranoid ideation requesting psychiatric assistance re: addiction /other issues.

SANTIAGO
4664

| URGENT ☐   ROUTINE ☑ | **ATTENDING NAME**(print)  D. MYERS | **ATTENDING'S SIGNATURE** |
|---|---|---|

TO:

Our findings and recommendations are as follows:

Pt c/o 46 y/o m w m Aknowledges he is addicted to Ritalin & has ~~relapsed~~ Relapsed last 6 mo. x3. Today gives no history supportive of any dx other than Stimulant dependence. MSE-AOx3 Affect full euthymic Speech clear spontaneous G/H all edel G/H? no SI good insight into need for substance abuse treatmen. Agree = Resident note & Recomendation.

| DATE 9-14-98 | STAFF (print) Charles I. Taylor Dr | SIGNATURE |
|---|---|---|

*Continue on Reverse Side*

**All requests for consultations between members of the Staff, and also the opinion of the consultant, are to be made in writing. Such written opinions are to be incorporated as part of the Hospital records.**

Ex_13-000414

Wess Purkey ████████ 9818908

CC - IVDA, paranoia

HPI - Pt is 46 y/o WM admitted 9/13/98 with head and abdomen tightness after injection of substance (crushed & dissolved Ritalin - 140mg - per chart/pt). Pt states he's requested help c̄ "addiction issues." He states he'd been off drugs ~10 yrs but has used ~3x in past 2 months. He states he uses Ritalin, which he calls "speed." He states he uses 120-130mg/20 hrs. He states the binges usually last ~1 day. He states his use is all IV s̄ shared needles. He states >10 yrs ago he had daily use of Ritalin, Heroin, & Dilaudid. MJA in past, last use 3 weeks ago. ~6 pk beer/week. ⊕ Difficulty stopping once he starts, ⊕ all day use, ⊕ tolerance, ⊘ WD, ∅ med problems, ⊕ significant losses 2° speed, ⊕ long desire to quit. ⊕ Cravings on WD. ⊕ Drug dreams on WD. He notes irritability recently & anger. He believes these Sx predate his resumption of speed. He denies depression > 1 day. He notes anhedonia when "using," but not otherwise. He denies ↓ sleep c̄ ↑ energy. He states recent use has interferred c̄ work. He denies ~~paranoo~~ paranoia, AH, & VH (x distortions c̄ drug use). He denies SI or HI. He does note low mood c̄ use & passing thoughts of suicide when using. with thought of OD on drugs of abuse. ∅ Hx, ∅ suicide attempts

| PMH - NKDA | FH - "whole family is | SH - 3 yrs college |
| ∅ med probs | nuts," none in tx | Plumber |
| Meds: ASA c̄ QD | Bro ⎫ | Married, lives c̄ |
|  | Parents ⎬ Drugs & | wife & 3 children |
|  | ⎭ Alcohol | Smokes 1½ PPD |

MSE A/B - cooperative, good eye contact, multi taka
T/S - ∅SI/HI, ∅AH/VH / RRR & goal-directed
M/A - "subtle" 3/10; Bright relative to 3
O/M/I - A&Ox3/3; Immed 3/3 p̄ 5min 3/3;
Pres 3/4; world ⇌ dlrow; Abs ⊕
I/J - Good - recognizes problem, wants tx

Impression - Stimulant dependence
Substance - induced mood d/o

Recommend - Contact social services to arrange for rehab program.

Michael Leeson, MD, PhD

Ex_13-000415

#9818908          Purkey Wess          4619

UNIVERSITY OF KANSAS HOSPITAL
DEPARTMENT OF DIETETICS & NUTRITION
3901 Rainbow Blvd., Kansas City, KS 66160-7250

**NUTRITION CARE PLAN (NCP)**

Screening Form   Passed out by_____ Date_____
                 Collected by_____ Date_____

SCREENING: Date/Initial_____
Admit Dx/Problems: R-O-M I_____

Ht: _____   Wt. _____   Usual Wt. _____   Gain / Lost _____   Weeks / Months _____   Albumin _____
Past Diet: _____ Food Allergy / Intolerance: _____
Swallowing Problems: ___ Yes ___ No

| NUTRITION CARE LEVEL | DIETITIAN MONITORING:   Date/Initial |
|---|---|
| Basic ☐_____   Moderate ☐_____   Comprehensive ☐_____ | |
| GUIDELINES FOR DIETETIC TECHNICIANS: (date/initial entries) | |
| | FOOD PREFERENCES: |

| Date | B N E | Diet Order | Menu Initials | Date | OBSERVATIONS: (Pt's Intake, Acceptance, Understanding, etc. q 3 days) |
|---|---|---|---|---|---|
| 9/14/98 | B | #24 Low fat(40G) (Cardiac diet) np | | | |
| 9/14 | N | #44. NPO np = 44D/pm | | | |
| 9-14 | E | discharged pm | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

B=Breakfast, N=Noon, E=Evening

| Initials | Signature | Initials | Signature | Initials | Signature | Initials | Signature |
|---|---|---|---|---|---|---|---|
| | | np | npraad | | | | |
| | | DM | Dora Martin | | | | |
| | | | | | | | |

Dietetic Technicians                                    Dietitian/Dietetic Intern

WP906365
**NUTRITION CARE PLAN**

Rev. 5/96

Ex_13-000416

```
UNIVERSITY OF KANSAS MEDICAL CENTER                          9818908          22863179                          PAGE:    1
39TH AND RAINBOW BLVD.                                       PURKEY ,WESS
KANSAS CITY, KANSAS 66160                                    MCA    U     1/M              ROOM-BED: 4619-01
------------------------------------------------------------------------------------------------------------------------
Allergies

                          09/14/98
VITAL SIGNS                 00:15        03:00        03:10        08:00        11:53        15:50
  TEMPERATURE               36.1         38.7         37.1         37.6         37.2         37.6
  BP                       107/57       101/49                    118/63       120/60       123/62
  PULSE                       77           57                        52           55           61
  R                          20           20                        18           18           24
  WT in KG                 77.900
========================================================================================================================
I/O DAY TOTALS        DATE: 09/13/98
  INTAKE        07 - 15   15 - 23   23 - 07  DAY TOTAL       OUTPUT        07 - 15   15 - 23   23 - 07   DAY TOTAL
ORAL                                   120       120      URINE VOIDED
HEPARIN                                125       125      STOOL                                  1              1
               -------   -------   -------   -------                      -------   -------   -------   -------
  TOTALS          0         0        245       245                           0         0         1            1
24 HOUR FLUID BALANCE:        244
==========================I/O DAY TOTALS CONTINUED ON NEXT PAGE==========================================================
I/O DAY TOTALS        DATE: 09/14/98
  INTAKE        07 - 15   15 - 23   23 - 07  DAY TOTAL       OUTPUT        07 - 15   15 - 23   23 - 07   DAY TOTAL
ORAL             180                            180      URINE VOIDED
HEPARIN                                                  STOOL
               -------   -------   -------   -------                      -------   -------   -------   -------
  TOTALS         180        0         0        180                           0         0         0            0
24 HOUR FLUID BALANCE:        180
==========================END OF I/O TOTALS=============================================================================
                          09/13/98
ADM INFO                    23:58
  Pref name                 WESS
  Reason hosp             See Text
  Admit from              ED/CSC
  Arrived from             Home
  Arrival mode              W/C
  Accompany by            Spouse
  Arrival time             0000
  Informant                 Self
  Cont person1            See Text
  Cont 1 Hm ph            See Text
  Cont 1 relat            Spouse
  Prev. x-ray               no
  Comment                 See Text
09/13/98  23:58        Reason hosp                         NS0193       NS0193
     r/o mi
09/13/98  23:58        Cont person1                        NS0193       NS0193
   janette wess
09/13/98  23:58        Cont 1 Hm ph                        NS0193       NS0193
   0002995832
09/13/98  23:58        Comment                             NS0193       NS0193
   reported weight 185, height reported as 6 foot 1 inches
========================================================================================================================
                          09/13/98
SELF DETERM                 23:58
  Rec RightsBk              yes
  Copy on unit              no
  Comment                 See Text
09/13/98  23:58        Comment                             NS0193       NS0193
   will look at booklet and inform staff if he desires to complete
========================================================================================================================
                          09/13/98
ORIENTATION                 23:58
  Unit                      yes
  Call light                yes
  Bed Control               yes
  Television                yes
  Telephone                 yes
  Visiting hrs              yes
  ID band                   yes
  Family Room               yes
  Allergy band              yes
  Smoking pol               yes
  Contraband                yes
========================================================================================================================
                          09/14/98
NUTRITION                   00:15
  WT in KG                 77.900
========================================================================================================================
                          09/14/98
VITAL SIGNS                 00:15
  BP                       107/57       101/49                    118/63       120/60       123/62
  R                          20           20                        18           18           24
  PULSE                      77           57                        52           55           61
  TEMPERATURE               36.1         38.7         37.1         37.6         37.2         37.6
========================================================================================================================
                          09/13/98     09/14/98
SAFETY RISK                 23:58        09:49
  Safety level              B            B
  Unfam surrnd              yes          yes
  Sight impar               yes          yes
==========================GROUP CONTINUED===============================================================================

                                                                      PRINTED BY:
PERMANENT CHART COPY               DETAIL MULTI-DISIPLINARY ASSESSMENT    CLARA              , RUCKER
```

SMR55105

WP906366

Ex_13-000417

```
UNIVERSITY OF KANSAS MEDICAL CENTER                        9818908                22863179                        PAGE:    2
39TH AND RAINBOW BLVD.                                     PURKEY ,WESS
KANSAS CITY, KANSAS 66160                                  MCA    'U        1/M              ROOM-BED:  4619-01
```

Allergies

| | 09/13/98 23:58 | 09/14/98 09:49 | | | | | |
|---|---|---|---|---|---|---|---|
| SAFETY RISK  CONTINUED | | | | | | | |
| Invasiv dev | yes | yes | | | | | |
| Subst abuse | yes | yes | | | | | |
| Safety prot | yes | yes | | | | | |

| | 09/13/98 23:58 | 09/14/98 09:49 | | | | | |
|---|---|---|---|---|---|---|---|
| CARDIVASCULR | | | | | | | |
| Cardiovasc | WDL | WDL | | | | | |
| Homan's Sign | neg | neg | | | | | |
| Neck veins | flat | flat | | | | | |
| Heart sounds | normal | normal | | | | | |
| C/V Comment | See Text | See Text | | | | | |
| 09/13/98   23:58   C/V Comment | | | | NS0193 | NS0193 | | |
| on tele | | | | | | | |
| 09/14/98   09:49   C/V Comment | | | | AG0166 | AG0166 | | |
| on tele | | | | | | | |

| | 09/13/98 23:58 | 09/14/98 09:49 | | | | | |
|---|---|---|---|---|---|---|---|
| ACT/EX RESP | | | | | | | |
| Respiratory | WDL | WDL | | | | | |
| Cough | denies | denies | | | | | |
| Resp Cmnt | See Text | See Text | | | | | |
| 09/13/98   23:58   Resp Cmnt | | | | NS0193 | NS0193 | | |
| on room air and denies sob at present | | | | | | | |
| 09/14/98   09:49     Resp Cmnt | | | | AG0166 | AG0166 | | |
| on room air and denies sob at present | | | | | | | |

| | 09/13/98 23:58 | 09/14/98 09:49 | | | | | |
|---|---|---|---|---|---|---|---|
| MUSCULOSKEL | | | | | | | |
| Musculoskele | WDL | WDL | | | | | |
| Limited ROM | | RUE | | | | | |
| Joint Cmnt | See Text | See Text | | | | | |
| 09/13/98   23:58   Joint Cmnt | | | | NS0193 | NS0193 | | |
| right ac with area of swelling/warmth with 5 cm diameter of redness | | | | | | | |
| Pt stated that this is where he injected the ritalin | | | | | | | |
| 09/14/98   09:49     Joint Cmnt | | | | AG0166 | AG0166 | | |
| right ac with area of swelling/warmth with 5 cm diameter of redness | | | | | | | |
| Pt stated that this is where he injected the ritalin | | | | | | | |

| | 09/13/98 23:58 | 09/14/98 09:49 | | | | | |
|---|---|---|---|---|---|---|---|
| PAIN | | | | | | | |
| Loc of pain | denies | R arm | | | | | |

| | 09/13/98 23:58 | 09/14/98 09:49 | | | | | |
|---|---|---|---|---|---|---|---|
| GI/ABDOMEN | | | | | | | |
| GI | WDL | WDL | | | | | |
| Last BM | 9-13-98 | 9-13-98 | | | | | |
| Frequency | See Text | See Text | | | | | |
| RUQ BS | present | present | | | | | |
| LUQ BS | present | present | | | | | |
| RLQ BS | present | present | | | | | |
| LLQ BS | present | present | | | | | |
| 09/13/98   23:58   Frequency | | | | NS0193 | NS0193 | | |
| qd | | | | | | | |
| 09/14/98   09:49   Frequency | | | | AG0166 | AG0166 | | |
| qd | | | | | | | |

| | 09/13/98 23:58 | 09/14/98 09:49 | | | | | |
|---|---|---|---|---|---|---|---|
| GU | | | | | | | |
| GU | WDL | WDL | | | | | |

| | 09/13/98 23:58 | 09/14/98 09:49 | | | | | |
|---|---|---|---|---|---|---|---|
| ELIMINATION | | | | | | | |
| Bedpan/urinl | yes | yes | | | | | |
| Urine color | yellow | yellow | | | | | |

| | 09/13/98 23:58 | | | | | | |
|---|---|---|---|---|---|---|---|
| ROLE/RELATON | | | | | | | |
| Lives with | Spouse | | | | | | |
| ChildrenHome | 3 | | | | | | |
| Dependents | Spouse | | | | | | |
| | Child | | | | | | |
| DC to home | yes | | | | | | |
| Help at home | Spouse | | | | | | |
| Hr available | 24hrs | | | | | | |

| | 09/14/98 09:49 | | | | | | |
|---|---|---|---|---|---|---|---|
| ADL | | | | | | | |
| Bathed | Assist | | | | | | |
| Bath type | Sponge | | | | | | |
| Linen Chg | Cmplt | | | | | | |
| # of assist | 1 | | | | | | |

```
PERMANENT CHART COPY                    DETAIL MULTI-DISIPLINARY ASSESSMENT        PRINTED BY:
                                                                                     CLARA          , RUCKER
```

SMR55105

WP906367

Ex_13-000418

```
UNIVERSITY OF KANSAS MEDICAL CENTER                    9818908            22863179                        PAGE:    3
39TH AND RAINBOW BLVD.                                 PURKEY ,WESS
KANSAS CITY, KANSAS 66160                              MCA    'U      1/M            ROOM-BED:  4619-01
```
--------------------------------------------------------------------------------------------------------------------------
Allergies

```
                              | 09/13/98  |
                              |  23:58    |
REST/SLEEP                    |           |
   UsualBedtime               |  2200     |
   Avg # hr slp               |     7     |
   Sleep meds                 | See Text  |
   09/13/98  23:58   Sleep meds                              NS0193        NS0193
           denies
====================================================================================================================
                              | 09/14/98  |
                              |  09:49    |
REST/SLP SHF                  |           |
   Rest/Sleep                 |   yes     |
====================================================================================================================
                              | 09/14/98  |
                              |  09:49    |
WOUND1                        |           |
   Type                       |   RUE     |
   Location                   |   RUE     |
   Length                     |   7cm     |
   Width                      |   7cm     |
   Depth                      |    ?      |
====================================================================================================================
                              | 09/13/98  | 09/14/98  |
                              |  23:58    |  09:49    |
SELF PERCPTN                  |           |           |
   Adeq info                  |   yes     |   yes     |
   Comments                   | See Text  | See Text  |
   09/13/98  23:58   Comments                               NS0193        NS0193
           denies depression or suicidial ideations
   09/14/98  09:49   Comments                               AG0166        AG0166
           denies depression or suicidial ideations
====================================================================================================================
                              | 09/13/98  | 09/14/98  |
                              |  23:58    |  09:49    |
MED DEVICES                   |           |           |
   Equip/Suppls               |   yes     |   yes     |
   PeripheralIV               |  Monit    |  Monit    |
====================================================================================================================
                              | 09/13/98  | 09/14/98  |
                              |  23:58    |  09:49    |
R ANTEARM IV                  |           |           |
   Phleb stage                |  none     |  none     |
   Infil stage                |  none     |  none     |
   Comment                    | See Text  | See Text  |
   09/13/98  23:58   Comment                                NS0193        NS0193
           patent
   09/14/98  09:49   Comment                                AG0166        AG0166
           patent
====================================================================================================================
                              | 09/13/98  | 09/14/98  |
                              |  23:58    |  09:49    |
MED EQUIPMNT                  |           |           |
   IV pump sngl               |   yes     |   yes     |
   Telemetry                  |   yes     |   yes     |
====================================================================================================================
BODY FIGURE
   09/14/98  09:49       Body Figure                         AG0166        AG0166
                         FRONT                        BACK
```

```
             ....        +-----------------+       ....
            /     \      | A  = ABRASION   |      /     \
           |       |     | B  = BURN       |     |       |
            \     /      | C  = BRUISING   |      \     /
                         | D  = CONTUSIONS |
             ..) (..     | E  = DRAIN      |      ..) (..
            /       \    | F  = INCISION   |     /       \
        /PP .       |    | G  = LACERATION |    /  .      |
        |..| /      |    | H  = LESION     |    |..| /    |
                    |    | I  = PRESS SORE |         |
           /  / \   \    | J  = PUNCTURE   |    /  / \   \
          /  /   \   \   | K  = RASH       |   /  /   \   \
         /  /     \   \  | L  = SCAR       |  /  /     \   \
    (R) |..|     |..|    | M  = SHEAR      | |..|     |..| (R)
                         | O  = STOMA      |
                         | P  = OTHER      |
                         +-----------------+
```

```
                              | 09/13/98  |
                              |  23:58    |
GENERAL CMNT                  |           |
   Assess By                  | See Text  |
   Comments                   | See Text  |
   09/13/98  23:58   Assess By                               NS0193        NS0193
           J Gorman RN
   09/13/98  23:58   Comments                                NS0193        NS0193
           Dr notified of schelduled EKG and results printed on EKG along with
           informing doctor of left AC color/size increase to involvment to mid
           forearm.
           Dr here with patient viewing left ac and EKG. Pt is in A-fib. Blood
           cultures drawn and sent per doctor request. enzymes and am labs sent
           earlier at 6 am.
====================================================================================================================
                              | 09/13/98  |
                              |  23:58    |
TOBACCO/ALC                   |           |
   Tobacco use                | Cigarete  |
   Duration                   |  20+yrs   |
=============================GROUP CONTINUED========================================================================
```

```
PERMANENT CHART COPY                    DETAIL MULTI-DISIPLINARY ASSESSMENT        PRINTED BY:
                                                                                     CLARA         , RUCKER
```

SMR55105

WP906368

Ex_13-000419

```
UNIVERSITY OF KANSAS MEDICAL CENTER              9818908          22863179                        PAGE:   4
39TH AND RAINBOW BLVD.                           PURKEY ,WESS
KANSAS CITY, KANSAS 66160                        MCA   'U      1/M          ROOM-BED:  4619-01
```

Allergies

```
                         | 09/13/98 |
                         |  23:58   |
TOBACCO/ALC   CONTINUED  | 1-2 pack |
  Amount/day             |  Weekly  |
  Alcohol Use            |   Beer   |
  Prefers                | See Text |
  Tab/Alc Cmnt           |   yes    |
  StrtDrugInh            |          |
  09/13/98  23:58  Tab/Alc Cmnt     |            NS0193    |    NS0193
    3-4 cans of beer at week. Last etoh yesterday
==================================================================
                         | 09/13/98 |
                         |  23:58   |
STREET DRUGS             | Amphetam |
  Street drugs           |  Seldom  |
  Frequency              |  091398  |
  Last use               |   yes    |
  Susp Abuse             |          |
==================================================================
                         | 09/13/98 |
                         |  23:58   |
ACTIVITY                 | See Text |
  Occupation             | college  |
  Grade level            |  Right   |
  Handedness             |   yes    |
  EnoughEnergy           |          |
  09/13/98  23:58  Occupation       |            NS0193    |    NS0193
    plumer
==================================================================
                         | 09/13/98 |
                         |  23:58   |
DWELLING                 |  House   |
  Dwelling               |          |
==================================================================
                         | 09/13/98 |
                         |  23:58   |
CAGE                     |   yes    |
  CutDown/Stop           |   yes    |
  Annoyed by             |   yes    |
  Guilty                 |   no     |
  Eye opener             |          |
==================================================================
                         | 09/13/98 |
                         |  23:58   |
CAGE SCORE               | See Text |
  Comments               |          |
  09/13/98  23:58  Comments         |            NS0193    |    NS0193
    Dr aware of above and patients desire to get help to stop
==================================================================
                         | 09/13/98 | 09/14/98 |
                         |  23:58   |  09:49   |
EYES                     |   WDL    |   WDL    |
  Norms                  |  Bilat   |  Bilat   |
  Imp vision             |          |          |
==================================================================
                         | 09/13/98 | 09/14/98 |
                         |  23:58   |  09:49   |
EARS                     | See Text | See Text |
  Comment                |          |          |
  09/13/98  23:58  Comment          |            NS0193    |    NS0193
    glasses at home
  09/14/98  09:49  Comment          |            AG0166    |    AG0166
    glasses at home
==================================================================
                         | 09/13/98 | 09/14/98 |
                         |  23:58   |  09:49   |
MENT/NEUROL              |  alert   |  alert   |
  LOC                    | Vrblcmnd | Vrblcmnd |
  Eyes Open              |  Verbal  |  Verbal  |
  Best Respons           | Multistp | Multistp |
  Commands               |          |          |
==================================================================
                         | 09/13/98 | 09/14/98 |
                         |  23:58   |  09:49   |
COMM/BHAVIOR             |   yes    |   yes    |
  undrstnd ill           | See Text | See Text |
  Teach/Learn            |  Approp  |  Approp  |
  Affect                 |          |          |
  09/13/98  23:58  Teach/Learn      |            NS0193    |    NS0193
    all medication and procedures explained prior to initiation
  09/14/98  09:49  Teach/Learn      |            AG0166    |    AG0166
    all medication and procedures explained prior to initiation
==================================================================
                         | 09/13/98 |
                         |  23:58   |
DIET                     |   Good   |
  Appetite               |   no     |
  Rec wght chg           |          |
==================================================================
                         | 09/14/98 |
                         |  09:49   |
NUTRITION                |   NPO    |
  Diet                   | See Text |
  Comment                |          |
  09/14/98  09:49  Comment          |            AG0166    |    AG0166
    NPO until further notice.
==================================================================
```

PERMANENT CHART COPY              DETAIL MULTI-DISIPLINARY ASSESSMENT        PRINTED BY:
                                                                             CLARA          , RUCKER

SMR55105

WP906369

Ex_13-000420

```
UNIVERSITY OF KANSAS MEDICAL CENTER          9818908          22863179                    PAGE:    5
39TH AND RAINBOW BLVD.                        PURKEY ,WESS
KANSAS CITY, KANSAS 66160                     MCA    U       1/M          ROOM-BED:  4619-01
```

Allergies

| | 09/13/98 23:58 | 09/14/98 09:49 | | | | | |
|---|---|---|---|---|---|---|---|
| SKIN | | | | | | | |
| Skin | WDL | WDL | | | | | |

| | 09/13/98 23:58 | | | | | | |
|---|---|---|---|---|---|---|---|
| BRADEN SCALE | | | | | | | |
| Sensory Perc | 4 | | | | | | |
| Activity | 1 | | | | | | |
| Nutrition | 3 | | | | | | |
| Moisture | 3 | | | | | | |
| Mobility | 4 | | | | | | |
| Friction | 3 | | | | | | |

| | 09/13/98 23:58 | | | | | | |
|---|---|---|---|---|---|---|---|
| BRADEN SCORE | | | | | | | |
| Calcul score | 018 | | | | | | |
| Rec bed/matt | See Text | | | NS0193 | NS0193 | | |
| 09/13/98 23:58 Rec bed/matt | | | | | | | |
| None; observe for changes | | | | | | | |

| | 09/13/98 23:58 | | | | | | |
|---|---|---|---|---|---|---|---|
| COPE/STRESS | | | | | | | |
| Recent Loss | denies | | | | | | |
| Help w/stres | See Text | | | | | | |
| Supp person | See Text | | | | | | |
| 09/13/98 23:58 Help w/stres | | | | NS0193 | NS0193 | | |
| workout | | | | | | | |
| 09/13/98 23:58 Supp person | | | | NS0193 | NS0193 | | |
| family | | | | | | | |

| | 09/13/98 23:58 | | | | | | |
|---|---|---|---|---|---|---|---|
| VALUABLES | | | | | | | |
| Comments | See Text | | | | | | |
| 09/13/98 23:58 Comments | | | | NS0193 | NS0193 | | |
| jeans and shoes only- left with patient | | | | | | | |

| | 09/13/98 23:58 | 09/14/98 09:49 | | | | | |
|---|---|---|---|---|---|---|---|
| COGNITABILTY | | | | | | | |
| undrstnd ill | yes | yes | | | | | |
| Grade level | college | | | | | | |

| | 09/13/98 23:58 | | | | | | |
|---|---|---|---|---|---|---|---|
| RN SUSPECT | | | | | | | |
| StrtDrugInh | yes | | | | | | |

| | 09/13/98 23:58 | | | | | | |
|---|---|---|---|---|---|---|---|
| MOTOR SKILLS | | | | | | | |
| Handedness | Right | | | | | | |

| | 09/13/98 23:58 | | | | | | |
|---|---|---|---|---|---|---|---|
| SP/LANG/COG | | | | | | | |
| Handedness | Right | | | | | | |
| Grade level | college | | | | | | |
| Occupation | See Text | | | | | | |
| 09/13/98 23:58 Occupation | | | | NS0193 | NS0193 | | |
| plumer | | | | | | | |

| | 09/13/98 23:58 | 09/14/98 00:15 | | | | | |
|---|---|---|---|---|---|---|---|
| ANTHROPOMETC | | | | | | | |
| WT in KG | | 77.900 | | | | | |
| Rec wght chg | no | | | | | | |

```
DSCH MEDS
  09/14/98  15:56     Medicines                        AG0166       AG0166
             Name            Dose  Freq Route Next  Source
             (Include OTC Drugs)             Dose
             Keflex          500mg  qid  po
```

| | 09/14/98 15:56 | | | | | | |
|---|---|---|---|---|---|---|---|
| DIET INSTRU | | | | | | | |
| Feed instr | See Text | | | | | | |
| 09/14/98 15:56 Feed instr | | | | AG0166 | AG0166 | | |
| As tolerated | | | | | | | |

| | 09/14/98 15:56 | | | | | | |
|---|---|---|---|---|---|---|---|
| ACTIVITYREST | | | | | | | |
| Instructions | See Text | | | | | | |
| 09/14/98 15:56 Instructions | | | | AG0166 | AG0166 | | |
| As tolerated | | | | | | | |

```
RETURN APPT.
  09/14/98  15:56     Clinic/MD                        AG0166       AG0166
             F/U general med clin   588-3928
```

```
=========================TEXT CONTINUED ON NEXT PAGE=========================================

PERMANENT CHART COPY                DETAIL MULTI-DISIPLINARY ASSESSMENT     PRINTED BY:
                                                                           CLARA        , RUCKER
```

SMR55105

Ex_13-000421

```
UNIVERSITY OF KANSAS MEDICAL CENTER              9818908              22863179                      PAGE:    6
39TH AND RAINBOW BLVD.                           PURKEY ,WESS
KANSAS CITY, KANSAS 66160                         MCA     U      1/M            ROOM-BED:  4619-01
```
Allergies

RETURN APPT.  CONTINUED
  09/14/98  15:56     Clinic/MD                              AG0166          AG0166

```
=====================================================================================================
                            |  09/14/98  |            |            |            |            |
DISCHARGE                   |   15:56    |            |            |            |            |
  Date                      |   091498   |            |            |            |            |
  Time                      |    1600    |            |            |            |            |
  Type                      |    Home    |            |            |            |            |
  Transp/mode              | Ambulate   |            |            |            |            |
  Transport                |     Car    |            |            |            |            |
  ActiveNsgDx               |  See Text  |            |            |            |            |
  Comment                   |  See Text  |            |            |            |            |
  09/14/98   15:56    ActiveNsgDx        |            |    AG0166          AG0166
      High risk for injury secondary to diagnosis.
  09/14/98   15:56    Comment            |            |    AG0166          AG0166
      All lines DC, all discharge teach complet
=====================================================================================================
                            |  09/13/98  |            |            |            |            |
DSCH INFO                   |   23:58    |            |            |            |            |
  Lives with                |   Spouse   |            |            |            |            |
  ChildrenHome              |      3     |            |            |            |            |
  Dependents                |   Spouse   |            |            |            |            |
                            |    Child   |            |            |            |            |
  DC to home                |    yes     |            |            |            |            |
  Help at home              |   Spouse   |            |            |            |            |
  Hr available              |   24hrs    |            |            |            |            |
  Dwelling                  |   House    |            |            |            |            |
=====================================================================================================
                            |  09/13/98  |  09/14/98  |            |            |            |
ASSESS SUM                  |   23:58    |   09:49    |   15:56    |            |            |
  assessperf                |   GORMAN   |    ELAM    |    ELAM    |            |            |
*****************************************************************************************************
* AG0166   LISA          ELAM          AGY RN             NS0152  RHEA          BONWELL        RN - 46    *
* NS0193   JANICE        GORMAN        RN - UNIT 46       NS0738  JANET         WALSH          HCA 46     *
* NS0820   ROBBIN        ANDERSON      HCA                                                               *
*****************************************************************************************************
```

```
=========================END OF REPORT=============================================================
```

PERMANENT CHART COPY                    DETAIL MULTI-DISIPLINARY ASSESSMENT     PRINTED BY:
                                                                               CLARA          , RUCKER

SMR55105

WP906371

Ex_13-000422

73-570

BINDING LINE

THE UNIVERSITY OF KANSAS MEDICAL CENTER
KANSAS CITY, KANSAS

## PATIENT CARE PROGRESS RECORD
### NURSING

SEISHARKY, WES
PURITY, WES
U    1/3  9813908

FORMAT: PROBLEM NUMBER AND TITLE:    S = SUBJECTIVE;    O = OBJECTIVE;    A = ANALYSIS;    P = PLANS

| DATE/TIME | PROBLEM NUMBER | TITLE AND S.O.A.P. RECORDING | DATE/TIME | PROBLEM NUMBER | TITLE AND S.O.A.P. RECORDING |
|---|---|---|---|---|---|
| 9-13-98 | 3557 | Pt admitted to tele # 473 SR HR 60-80s ———— Kandler | | | |
| 9-14-98 | 2430 | Pt SRISD. Stripposted Kandler | | | |
| 9-14-98 | 0205 | HD √3. SD HR 60-80. Kandler | | | |
| | 0330 | Pt did dys wk SOs. C low HR parameters written. ... June ... ordered ——— Kandler | | | |
| | 0400 | Pt tachy à HR @ 100. Sustained ... Stripposted ——— Kandler | | | |
| | 0555 | HD √3 Pt on SD, page T-waves ... Kandler | | | |
| | 1010 | Pt ... | | | |
| | 1215 | HR to 4H. Bunda ... | | | |
| | 1405 | Pt ... D3 ... | | | |
| | 1515 | Pt DC'd from tele. Walsh | | | |

WP906372

Ex_13-000423

University of Kansas Hospital
3901 Rainbow Boulevard
Kansas City, Kansas 66160-7220

Pu ky , Wes

addressograph    PURKEY ,WESS

Department of Nursing

Admit Date and Time:_____
Physician and Beeper#: _____
Room# _____ Telemetry# _____
Diagnosis and CV History _NON-I_  _W Crack_____
 Current rhythm _____ CV Meds. _____
_____
Notify physician of :   HR< _____ or > _10O_ and _____

PR: _160_ ms    QRS: _86_ ms    QT: _320_ ms

Pulse Rate: _85_ bpm    Pacemaker: Y/(N)    Signature: _____

PR: _200_ ms    QRS: _30_ ms    QT: _400_ ms

Pulse Rate: _80_ bpm    Pacemaker: Y/N    Signature: _____

WP906373

Ex_13-000424



Strip Chart

473 : PURKY, WES 4619-1     Printed on 14-Sep-98 at 00:32:15

WP906374

Page 1

Ex_13-000425



Ex_13-000426

74-5 16   R 11/94

UNIVERSITY OF KANSAS HOSPITAL
3901 RAINBOW BLVD. KANSAS CITY, KANSAS 66160
**MEDICATION ADMINISTRATION RECORD**
24 HOURS FROM 0800 THRU 0759

INJECTION SITE CODES:
INTRAMUSCULAR
a - Right deltoid
b - Left deltoid
c - Right vastus lateralis
d - Left vastus lateralis
e - Right gluteus medius
f - Left gluteus medius
g - Right ventral gluteal
h - Left ventral gluteal
SUBCUTANEOUS
i - Right upper abdomen
j - Left upper abdomen

k - Right lower abdomen
l - Left lower abdomen
m - Right upper hip
n - Left Upper hip
o - Right anterior upper arm
p - Right posterior upper arm
q - Right lateral upper arm
r - Left anterior upper arm
s - Left posterior upper arm
t - Left lateral upper arm
u - Right anterior thigh
v - Left anterior thigh
w - Right upper back
x - Left upper back

| Initials Identification | | |
|---|---|---|
| 07-15 | | |
| 15-23 | | |
| 23-07 | | |
| Checked by: | | |

**ALLERGIES:**
NKDA

**CIRCLE OMITTED DOSES AND EXPLAIN IN NURSES NOTES**

heparin gtt - protocal.
25cc°-

NTG patch 0.4mg -on - Team will review + write admin Am

ASA 325mg po QD

KCl 12.5mg po BID

Ancef 1U Q8°

Benadryl 50mg po QHS prn

EllH/labs @1400

WP906376

**24 HOUR MEDICATION ADMINISTRATION RECORD**

Ex_13-000427

74-5 16   R 11/94

UNIVERSITY OF KANSAS HOSPITAL
3901 RAINBOW BLVD. KANSAS CITY, KANSAS 66160
**MEDICATION ADMINISTRATION RECORD**
24 HOURS FROM 0800 THRU 0759

**INJECTION SITE CODES:**
INTRAMUSCULAR
a - Right deltoid
b - Left deltoid
c - Right vastus lateralis
d - Left vastus lateralis
e - Right gluteus medius
f - Left gluteus medius
g - Right ventral gluteal
h - Left ventral gluteal
SUBCUTANEOUS
i - Right upper abdomen
j - Left upper abdomen

k - Right lower abdomen
l - Left lower abdomen
m - Right upper hip
n - Left Upper hip
o - Right anterior upper arm
p - Right posterior upper arm
q - Right lateral upper arm
r - Left anterior upper arm
s - Left posterior upper arm
t - Left lateral upper arm
u - Right anterior thigh
v - Left anterior thigh
w - Right upper back
x - Left upper back

| Initials Identification | |
|---|---|
| 07-15 | |
| 15-23 | |
| 23-07 | |
| Checked by: | |

**ALLERGIES:**

NKDA

**CIRCLE OMITTED DOSES AND EXPLAIN IN NURSES NOTES**

Heparin 5,000 u Bolus IV - protocol

start @ 1000 u/° PTT off = 25 cc

NTG patch 0.4 mg/° Iam to Am. eval in Am.

in ER

ASA 325 mg po QD

Metaprolol 25 mg po BID. ER

Ancef 1 g IV Q8° start Am

Benadryl 50 mg po QHS prn.

urine

Am Blood OB. A1c c PTT & Am labs

EKG @ 06 & 14

WP906377

**24 HOUR MEDICATION ADMINISTRATION RECORD**

Ex_13-000428

```
09/23/98                                                                    PAGE 1
20:55                          UNIVERSITY OF KANSAS HOSPITAL
                         3901 Rainbow Blvd. Kansas City,Ks 66160
                                    (913) 588-1700

        NAME: PURKEY,WESS                                       LOC:  46
        HOSP: 9818908                                           ROOM: 461901
        ACCT: 000022863179
        SEX:  M   AGE: 46Y
        DX:   RULE OUT MYOCARDIO INFARCTION      DR: MEYERS,DAVID   MCA
        ADMIT DATE:  09/13/98                    DISCHARGE DATE:  09/14/98
```

```
  .
        ****************************************** HEMATOLOGY-CBC ****************************************
TEST:     WBC       RBC       HGB       HCT       PLT       MPV       MCV       MCH      MCHC      RDW
UNITS:    K/UL      M/UL      G/DL       %        K/UL       %        FL        PG        %         %
LO-HI:  4.5-11.0  4.4-5.5  13.5-16.5   40-50    150-400    7-11     80-100    26-34     32-36     11-15

09/13/98
  1948   13.3 H    5.60 H    17.2 H    49.3       174      8.9       88.1      30.7      34.9      12.1
09/14/98
  0531   11.2 H    4.55      14.3      39.7 L     143 L    8.6       87.2      31.4      36.0      12.0
```

```
        ********************************** AUTOMATED DIFFERENTIAL **********************************
TEST:     GRAN      LYMPH     MONO
UNITS:     %         %         %
LO-HI:    41-77     24-44     4-12

09/13/98
  1948    ***       22 L      ***
          (a)                 (a)
09/14/98
  0531    71        22 L      7
```

```
        ************************************ MANUAL DIFFERENTIAL ************************************
TEST:     SEG       LYMPH     MONO
UNITS:     %         %         %
LO-HI:    41-77     24-44     4-12

09/13/98
  1948    59        21 L      20 H
```

```
---FOOTNOTES---
(a)    RESULTS OUT OF DETERMINABLE RANGE
```

```
              H = HIGH      L = LOW      C = CRITICAL      * = ABNORMAL
                                        CONTINUED
  .    9818908                  LABORATORY MEDICAL RECORDS SUMMARY           461901
       PURKEY,WESS                                                          PAGE 1
                                       WP906378
```

Ex_13-000429

```
09/23/98                                                                    PAGE 2
20:55                          UNIVERSITY OF KANSAS HOSPITAL
                           3901 Rainbow Blvd. Kansas City,Ks 66160
                                      (913) 588-1700

        NAME:PURKEY,WESS                                            LOC:46
        HOSP:9818908                                                ROOM:461901
        ACCT:000022863179
        SEX:M
        AGE:46Y
    .
```

```
        ******************************** MORPHOLOGY AND PLATELET SCAN ********************************
TEST:     PLT EST          RBC MORPH
UNITS:
LO-HI:

09/13/98
   1948   NORMAL           NORMAL

        ***************************************** COAGULATION *****************************************
TEST:     PROTIME   INR     APTT
UNITS:      SEC              SEC
LO-HI:    10.2-13.2        23.2-32.6

09/13/98
   1948    12.2     1.1     27.1
   2057    12.6     1.1     27.8
09/14/98
   0531                     26.8

        ****************************************** CHEMISTRY ******************************************
```

| TEST: | NA | K | CL | CO2 | ANION GAP | GLUCOSE | BUN | CREAT | CALCIUM | MG |
|-------|------|------|------|------|------|------|------|------|------|------|
| UNITS: | MMOL/L | MMOL/L | MMOL/L | MMOL/L | | MG/DL | MG/DL | MG/DL | MG/DL | MEQ/L |
| LO-HI: | 137-147 | 3.7-5.0 | 98-110 | 21-30 | 8-12 | 70-110 | 8-20 | 0.5-1.2 | 9.0-11.0 | 1.1-1.9 |
| 09/13/98 | | | | | | | | | | |
| 1948 | 141 | **3.6 L** | 99 | 28 | | 110 | 10 | 0.8 | 10.5 | 1.8 |
| 2057 | | | | | | | | | | 1.7 |
| 09/14/98 | | | | | | | | | | |
| 0531 | 139 | 3.9 | 102 | 27 | 10 | 97 | 11 | 0.8 | | |

```
        ===================================== CHEMISTRY =============================================
TEST:     TP      ALB     TOTAL
                          BILI
UNITS:    G/DL    G/DL    MG/DL
LO-HI:    6.0-8.0 3.5-5.0 0.2-1.0

09/13/98
   1948   8.7 H    5.0    1.3 H
```

```
              H = HIGH      L = LOW      C = CRITICAL      * = ABNORMAL
                                     CONTINUED
        9818908                 LABORATORY MEDICAL RECORDS SUMMARY              461901
        PURKEY,WESS                                                            PAGE 2
                                       WP906379
```

Ex_13-000430

```
09/23/98                                                                    PAGE 3
20:55                         UNIVERSITY OF KANSAS HOSPITAL
                          3901 Rainbow Blvd. Kansas City,Ks 66160
                                   (913) 588-1700

        NAME:PURKEY,WESS                                          LOC:46
        HOSP:9818908                                              ROOM:461901
        ACCT:000022863179
.       SEX:M
        AGE:46Y
```

```
***************************************** ENZYMES ********************************************
TEST:       AST      ALK PHOS    CK      CKMB    PERCENT    CKMB    TROPONIN T
           (SGOT)                                 CKMB      MASS
UNITS:      U/L       U/L       U/L      U/L       %       NG/ML    NG/ML
LO-HI:      7-40     25-110    35-232    0-15              <5

09/13/98
  1948      41 H       63      366 H    21 H      6.0               0.02
  2057                         316 H     15       5.0               0.02
09/14/98
  0531                          217      10       5.0      2.4      0.02
  1532                          163       9       6.0      1.3      0.02
```

```
******************************************* DRUG LEVELS ****************************************
TEST:       ALCOHOL
            ETHANOL
UNITS:      MG/DL
LO-HI:

09/13/98
  1948      <13
```

```
******************************************* TOXICOLOGY *****************************************

09/13/98
  1948  STAT DRUG TEST-URINE
        PHENCYCLIDINE (PCP)    NEG     [NEG]
        BENZODIAZEPINES        NEG     [NEG]
        COCAINE                NEG     [NEG]
        AMPHETAMINES           NEG     [NEG]
        CANNABINOIDS           NEG     [NEG]
        OPIATES                NEG     [NEG]
        BARBITURATES           NEG     [NEG]
        INTERPRETATION
                               RESULTS WERE OBTAINED BY IMMUNOASSAY METHODS
                               AND ARE PRESUMPTIVE ONLY.
                               POSITIVE INDICATES PRESENCE OF SUBSTANCE
                               WITH CHARACTERISTICS SIMILAR TO DRUG-

                                          <<RESULTS CONTINUED ON NEXT PAGE>>
```

.

```
            H = HIGH      L = LOW      C = CRITICAL      * = ABNORMAL
                                    CONTINUED
        9818908                 LABORATORY MEDICAL RECORDS SUMMARY        461901
        PURKEY,WESS                                                      PAGE 3
                                     WP906380
```

Ex_13-000431

```
09/23/98                                                                    PAGE 4
20:55                          UNIVERSITY OF KANSAS HOSPITAL
                           3901 Rainbow Blvd. Kansas City,Ks 66160
                                     (913) 588-1700

        NAME:PURKEY,WESS                                          LOC:46
        HOSP:9818908                                              ROOM:461901
        ACCT:000022863179
        SEX:M
        AGE:46Y
```

************************************************ TOXICOLOGY ****************************************************

```
        STAT DRUG TEST-URINE                        <<CONTINUED FROM PREVIOUS PAGE>>
                                     DRUG CLASS OR METABOLITE IN CONCENTRATIONS
                                     EQUAL TO OR EXCEEDING VALUES LISTED.
                                     PHENCYCLIDINE (PCP)        25 NG/ML
                                     BENZODIAZEPINES           200 NG/ML
                                     COCAINE                   300 NG/ML
                                     AMPHETAMINES              300 NG/ML
                                     CANNABINOIDS               25 NG/ML
                                     OPIATES                   200 NG/ML
                                     BARBITURATES              200 NG/ML
09/14/98
   1321  TOXICOLOGY, URINE         POSITIVE.
                                   RESULTS WERE OBTAINED BY THIN LAYER CHROMATOGRAPHY AND/OR IMMUNOASSAY
                                     METHODS AND ARE PRESUMPTIVE ONLY. SUBSTANCES PRESENT-CHARACTERISTICS
                                     SIMILAR TO:
                                   NICOTINE METABOLITES
```

*********************************** URINE MACROSCOPIC ************************************

| TEST: | COLOR | TURBID | SP GR | PH | PROT | GLU | KET | BILI | BLOOD | UROBIL | NIT | LEUK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNITS: | | | | | | | | | | | | |
| LO-HI: | | CLEAR | 1.003-1.035 | 4.6-8.0 | NEG | NEG | NEG | NEG | NEG | NORM | NEG | NEG |

```
09/13/98
```

| 1948 | YELLOW | CLEAR | 1.005 | 7.0 | NEG | NEG | NEG | NEG | NEG | NORMAL | NEG | NEG |

*********************************** URINE MICROSCOPIC ************************************

| TEST: | WBC | RBC | EPITHELIAL CELLS |
|---|---|---|---|
| UNITS: | /HPF | /HPF | /HPF |
| LO-HI: | 0-2 | 0-2 | 0-2 |

```
09/13/98
```

| 1948 | OCCASIONAL | NONE | RARE |

```
            H = HIGH      L = LOW      C = CRITICAL      * = ABNORMAL
                                       CONTINUED
        9818908                LABORATORY MEDICAL RECORDS SUMMARY        461901
        PURKEY,WESS                                                      PAGE 4
                                    WP906381
```

Ex_13-000432

09/23/98                                                                    PAGE 5
20:55                          UNIVERSITY OF KANSAS HOSPITAL
 .                       3901 Rainbow Blvd. Kansas City,Ks 66160
                                  (913) 588-1700

     NAME:PURKEY,WESS                                          LOC:46
     HOSP:9818908                                              ROOM:461901
     ACCT:000022863179
     SEX:M
     AGE:46Y


     ********************************** BLOOD CULTURES AND STAINS **********************************
 09/14/98  BLOOD CULTURE
    0600    ACC. NO.:  M32653                      FINAL 09/20/98
            SPECIMEN DESCRIPTION:   BLOOD LEFT ANTECUBITAL
            SPECIAL REQUESTS:       NONE

            CULTURE RESULT:    1.  NO GROWTH 5 DAYS

 09/14/98  BLOOD CULTURE
    0600    ACC. NO.:  M32654                      FINAL 09/20/98
            SPECIMEN DESCRIPTION:   BLOOD LEFT FA
            SPECIAL REQUESTS:       NONE

 .          CULTURE RESULT:    1.  NO GROWTH 5 DAYS


              H = HIGH     L = LOW     C = CRITICAL     * = ABNORMAL
                                   END OF REPORT
        9818908                LABORATORY MEDICAL RECORDS SUMMARY          461901
        PURKEY,WESS                                                       PAGE 5
                                      WP906382

Ex_13-000433

Case 1:19-cv-03570-TSC   Document 1-7   Filed 11/26/19   Page 56 of 151

PURKEY, WESS                    13 SEP 1998            7:50:54PM                        9818908

46 yrs      Male

PR     167    .*CONFIRMED AND REVIEWED BY DAVID MEYERS MD.
QRSD    87    . NORMAL SINUS RHYTHM, RATE   75                                        22863179
QT     356                                  - NORMAL ECG -
QTc    398                                                                            2

--AXES--                                                                              Requested by
P       70                                                                            HITE
QRS     77                                                                            Tech JA
T       68                                                                            Room 65
                                                                                      Edited   C-HP7K5

THE UNIVERSITY OF KANSAS MEDICAL CENTER - UNIDENTIFIED DEPT.          DAVID G. MEYERS, M.D. - 14 SEP 1998  1:07:27PM



Loc 72700                                          25 mm/sec  10.0 mm/mV      F ~ W 0.50-100

Ex_13-000434

Case 1:19-cv-03570-TSC   Document 1-7   Filed 11/26/19   Page 57 of 151

PURKEY, WESS                          13 SEP 1998            10:48:00PM                        9818908

46 mon      Male

PR     167    *REVIEWED BY DAVID MEYERS MD
QRSD    84    . SINUS RHYTHM, RATE =   75                                                      22863179
QT     359    . PROLONGED PR FOR AGE
QTc    401                                    - NORMAL ECG -                                   22

--AXES--
P       74                                                                      Requested by
QRS     74                                                                      HITE
T       71                                                                      Tech JA
                                                                               Room 65
                                                                               Edited   C-HP7P1

THE UNIVERSITY OF KANSAS MEDICAL CENTER - UNIDENTIFIED DEPT.          DAVID G. MEYERS, M.D. - 14 SEP 1998  1:03:07PM



Loc 72700                                                          25 mm/sec  10.0 mm/mV        F ~ W 0.50-100

Ex_13-000435

Case 1:19-cv-03570-TSC    Document 1-7    Filed 11/26/19    Page 58 of 151

PURKEY,WESS                         14 SEP 1998          5:38:02AM                          9818908

46 yrs      Male


PR      154     .*CONFIRMED AND REVIEWED BY DAVID MEYERS MD.
QRSD    86      .*SINUS ARRHYTHMIA                                                    22863179
QT      382      *RATE 52 TO 80
QTc     412     .*POOR R-WAVE PROGRESSION                                            25
                                                    - ABNORMAL ECG -
--AXES--                                                                            Requested by
P       56                                                                          MEYERS
QRS     64                                                                          Tech 99
T       69                                                                          Room 4619
                                                                                    Edited   C-HP7K5

THE UNIVERSITY OF KANSAS MEDICAL CENTER - 4 NE              DAVID G. MEYERS, M.D. - 14 SEP 1998  1:00:19PM



Loc 72746                                           25 mm/sec  10.0 mm/mV       F ~ W 0.50-100

Ex_13-000436

Case 1:19-cv-03570-TSC   Document 1-7   Filed 11/26/19   Page 59 of 151

PURKEY, WESS                          14 SEP 1998           2:01:44PM                          9818908

46 yrs      Male


PR     149    .*CONFIRMED AND REVIEWED BY MARVIN DUNN MD.
QRSD    84    .*SINUS BRADYCARDIA, RATE  50
QT     386    .*MULTIPLE ATRIAL PREMATURE BEATS
QTc    362    .*ACCELERATED AV CONDUCTION
                                      - OTHERWISE NORMAL ECG -                         26

--AXES--                                                                    Requested by
P       58                                                                  MEYERS
QRS     72                                                                  Tech 10
T       72                                                                  Room 4619
                                                                            Edited   C-HP7K5

THE UNIVERSITY OF KANSAS MEDICAL CENTER - 4 NE              MARVIN I. DUNN, M.D. - 15 SEP 1998  9:40:52AM



Loc 72746                                          25 mm/sec  10.0 mm/mV     F ~ W 0.50-100

Ex_13-000437

University of Kans  Medical Center
3901 Rainbow Blvd
Kansas City, Kansas 66160-7234
Department of Radiology
================================================================================

Medical Record #: 9818908                          Patient Name: PURKEY, WESS
IP/OP: OER                          Attending Dr.: ALLIN, DENNIS M      (ERM)
Comments:
Radiologist: DEBORAH HELLINGER, D.O.              Resident:
Date Performed: 09/13/98          Accident Date:
Procedure Code: 1-41491846-1 (

================================================================================

CHEST:

Findings:

Single view of the chest was obtained on 9/13/98.  No previous examination is
available for comparison.

The lungs are slight hyperaerated.  The pulmonary vasculature and heart size
appear within normal limits.  No evidence of acute pulmonary infiltrates.

IMPRESSION:

MILD HYPERAERATION.


_____, M.D.
                REPORTED BY: DEBORAH HELLINGER, D.O./mrc


Dictated on: 09/14/98 Transcribed on: 09/15/98  by MRC

                          RADIOLOGY REPORT

Page:1
                              WP906387

Ex_13-000438



**University of Kansas Medical Center**
**3901 Rainbow Boulevard**
**Kansas City, Kansas  66160**

| ALLERGIES | | |
|---|---|---|
| Date | (List all known adverse and allergic drug reactions) | Signature |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| DIAGNOSES/PROCEDURES | | | | |
|---|---|---|---|---|
| Date | (List significant diagnoses & conditions and known operative & invasive procedures) | Date of Onset | Date Resolved | Signature |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Medications on Back**

WP906388
**AMBULATORY CARE PATIENT SUMMARY LIST**                    Page 1 of 2

Ex_13-000439

PCP Authorization _____  14 35  7  C  S-1

**MEDICARE ONLY**

☐ GC - Supervision of Resident

☐ No Modifier-Teaching Physician Only

UNIVERSITY OF KANSAS MEDICAL CENTER
**EMERGENCY TREATMENT RECORD**

I N / O U T

| MEDICAL RECORD NO. | VISIT | | FC | DATE | TYPE SERVICE | | PATIENT ACCOUNT NUMBER |
|---|---|---|---|---|---|---|---|

| PATIENT'S LAST NAME | FIRST | MIDDLE | AGE | BIRTHDATE | SEX | RACE | RELIGION | MARITAL STATUS |
|---|---|---|---|---|---|---|---|---|
| | WESLEY | | | | | | | |

ADDRESS

ACCIDENT:

| CITY | STATE | ZIP | TELEPHONE |
|---|---|---|---|

LOCATION _____

EMPLOYER                        TELEPHONE

ON JOB   YES ☐   NO ☐   DATE_____

WORKMAN'S COMP.  YES ☐  NO ☐  TIME _____

| NEAREST RELATIVE | TELEPHONE | RELA-TIONSHIP | | ARRIVED BY | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|

| BILL TO: LAST NAME | RELATIONSHIP | | TELEPHONE |
|---|---|---|---|

| ADDRESS | CITY | | CLERK | CONTROL |
|---|---|---|---|---|
| | KANSAS CITY | KS | Brooke /E ... | |

INSURANCE

GROUP NO     POLICY NO

AUTHORIZATION FOR TREATMENT — I HEREBY CONSENT AND AUTHORIZE THE ADMINISTRATION OF WHATEVER ANASTHETICS AND THE PERFORMING OF WHATEVER OPERATION OR OTHER TREATMENT AND PROCEDURE DECIDED TO BE ADVISABLE FOR PATIENT.

| X SIGNATURE (OR REASON PERSON CANNOT SIGN) | RELATIONSHIP | WITNESS |
|---|---|---|
| Wesley | | |

| CHIEF COMPLAINT PATIENT STATES | CONDITION ON ARRIVAL | TIME | BP | T | P | R |
|---|---|---|---|---|---|---|
| | GOOD ☐ FAIR ☐ POOR ☐ CRITICAL ☐ | 1386 | 137/76 | 3C9 | 68 | 16 |

| PRIOR TREATMENT AND DATE | ALLERGIES | LMP | PREGNANT | WT. |
|---|---|---|---|---|
| | NKDA | | YES ☑ NO ☐ | |

| CURRENT MEDS. | Ø | NURSE'S SIGNATURE | RD |
|---|---|---|---|

NURSE'S NOTES   evidence collection

PRIVATE MD

ADDRESS

EMERGENCY SERVICE MD

| HISTORY AND PHYSICAL EXAM | | FP | M | S | P | OB | PSY |
|---|---|---|---|---|---|---|---|

CONSULTING MD

N  CAR  ENT  NS  OPH  OR  PL  UR  M  S  PED  OB  PSY

Pt here for evidnce Collect; pat here for medical
Treatmt

| FINAL DIAGNOSIS: Evidnce collect | TREATMENT RENDERED:   DATE _____ |
|---|---|
| CONDITION: SU | ☐ EXAMINATION EVALUATION  ☐ X-RAYS  ☐ CAST OR SPLINT |
| | ☐ LACERATION SIZE  ☐ LAB. TEST  ☐ CRUTCHES |
| SPECIFIC INSTRUCTIONS: V72.4 | ☐ NO. OF SUTURES  ☐ E.K.G.  ☐ TETANUS |
| | ☐ MEDICATIONS _____ |

AFTERCARE INSTRUCTION SHEETS GIVEN:            DISPOSITION

| ☐ HEAD INJURY | ☐ D.C. | ☐ COLD/SORE THROAT | ☐ HOME | ☐ E.R. RETURN | ☐ DATE _____ |
|---|---|---|---|---|---|
| ☐ CAST CARE | ☐ FEVER | ☐ VOMITING/DIARRHEA | ☐ ADMIT | ☐ TRANSFER | ☐ HOSP. _____ |
| ☐ CRUTCH WALKING | ☐ U.T.I. | ☐ BACK EXERCISES | ☐ CLINIC | APPT DATE _____ | |
| ☐ WOUND CARE | ☐ VAGINITIS | | | REVIEW DATE _____ | |

WP906389

| SIGNATURE OF PATIENT | (74-321-6 Rev. 1/98)  SIGNATURE RESPONSIBLE MD. | ATTENDING M.D. |
|---|---|---|

Ex_13-000440

UNIVERSITY OF KANSAS HOSPITAL
3901 Rainbow Boulevard
Kansas City, Kansas 66160-7220

KUMC EMER          10/30/98
PURKEY ,WESLEY
9818908    BD ▓▓▓▓▓        Rm: 79
22895114   KS A33    1404       Bed: 1

## EMERGENCY DEPARTMENT FLOWSHEET

**TRIAGE**
CC: _Needs rape kit done evidence emer LC_

Meds: Ø
Taken recently

Allergies NKDA

| Time | BP | P | R | Temp | O₂ Sat | WT | Age |
|------|-----|----|----|------|--------|----|-----|
| 1356 | 137/76 | 68 | 16 | 36.9 | 96% | | 46 |
| ♀ | | | | Lmp | Pregnant Yes No | | |

**Allergy bracelet in place   Yes   (NA)**

Behavior:   age appropriate   active   listless   uncooperative   cooperative   combative   agitated   Other

Psychological   anxious   depressed   coping   appropriate   inappropriate   at risk of violence to self/others  _asthma_

Mode of Arrival   (Ambulance)   W.C.   Cart   Carried   (Police)   **History** Cardiac   (Respiratory)   Diabetes   Hypertension

**Category**      emergent   (urgent)   non-urgent                Renal disease   Seizures   Sickle Cell   Psychiatric problems

Tetanus Status   <5 yrs   >5 yrs                          (Smoking)  (ETOH)  (Recreational Drugs)  Other _____

Given Patient Rights Handbook (Yes) No        **Status**   Denial   No information  ☒ Police hold   Regular

Offered Advanced Directive Information (Yes) No

Transported to room per:   cart   WC   (ambulatory)   carried by parent   Triage R.N _L Chapman RN_

## PRE HOSPITAL TREATMENT

O₂   Intubation   Bag/Mask   CPR   Defibrillation   IV/Site ____   NG   MAST trousers   up   down   Thumper

Immobilization:   cervical collar   spineboard   splints/site _____   restraints _____

## INITIAL ASSESSMENT                                    **Time physician notified _____**

Skin (warm) cool   rash   bruising   abrasion   avulsion   pale   flushed   mottled   burn   laceration (length) _____

Capillary refill: (NA) normal   prolonged

Musculoskeletal (NA) swelling   pain   deformity   Describe _____

Respiratory: (spontaneous) stridor   labored   drooling   retractions   nasal flaring   SOB

wheezes   cyanosis   assisted   cough productive/nonproductive, pain with inspiration

Cardiac (NA) JVD   chest pain   diaphoresis   nausea   peripheral edema   SOB   pacemaker

Neurological:   NA   pupils: reactive/nonreactive   confused   ↓LOC

posturing   oriented: /person/place/time

ENT: NA   Ears R/L   pain   drainage   ↓hearing   Throat: pain   dysphagia   hoarse

Eyes NA   R/L   red   tearing   discharge   foreign object

GI: NA   nausea/vomiting   diarrhea   constipation   abdominal distention

ascites   ↓appetite   pain   Blood: emesis   stool

GU: NA   pain   frequency   retention   Bleeding

GYN: NA   Gravida _____ Para _____ AB _____ LC _____

discharge   pain   bleeding   hysterectomy   TL

Pediatrics:   Up to date on immunizations:   Yes   No

**Nurse's Notes**

_See inside_

signature _____

**SAFETY LEVEL:** (A)   B   C   D

☑ ORIENTED AND AMBULATORY

☑ SIDE RAILS UP

☐ RESTRAINTS   ☐ RUE   ☐ RLE   ☐ LUE   ☐ LLE

☐ CONSTANT OBSERVATION

DATE: _10-30-98_

1. Abrasion
2. Avulsion
3. Burn
4. Contusion
5. Crepitus
6. Ecchymosis
7. Penetration
8. Hematoma
9. Laceration
10. Fracture
11. Deformity
12. Pain

PUPILS

R_____ L_____

## EMERGENCY DEPARTMENT FLOWSHEET

WP906390

Ex_13-000441

## VITAL SIGNS

| TIME | TEMP ORAL RECTAL TYMPANIC | BP ARTERIAL AUTO MAN | P | CARDIAC RHYTHM | R | BREATH SOUNDS | CHARACTER | O$_2$ | SaO$_2$ | LOC | PUPILS | | | MOTOR | | | |
|------|------|------|---|------|---|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | | | | | | | | SIZE R    L | REACTION R    L | | UE R    LE | UE L    LE | | Eyes |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

SHERIFF

WYANDOTTE COUNTY, KANSAS

DEPUTY SHERIFF

**WYANDOTTE COUNTY SHERIFF'S OFFICE**
**(913) 573-2861**

710 North 7th Street        Kansas City, KS 66101

## LEGEND:

BREATH SOUNDS
CL = Clear
CR = Crackles
W = Wheezes
D = Diminished
A = Absent

LEVELS OF CONSCIOUSNESS
1 = Alert, oriented
2 = Responds to voice
3 = Responds to pain
4 = No response

PUPILS
+ = Brisk
S = Sluggish
- = No React
E = Edematous, (not tested)

PUPIL GAUGE (mm)
2 3 4 5 6 7 8 9

MOTOR
4 = NORMAL
3 = DECREASED
2 = FLACCID
1 = POSTURING

**NURSES NOTES** 46yo m to ED per wy. Co Sheriffs office for evidence collection. Pt. walked handcuffed to Run c officers. Pt in [illegible] Nurse described collection process. Blood drawn from ® AC. & cleaned c Iodine sol. one Red top tube + one lav. top tube drawn, labled + evidence tape placed time + initials. Head Head hair + pubic hair pulled, placed in separate envelopes & labeled & evidence tape placed. Time date & initials placed on tape. Saliva sample collected on filter paper placed & sealed & labeled in a [illegible]. all Samples placed in large Brown envelope labeled c pt name evidence tape placed. time date & initials. all evidence given to Deputy Sheriff. Melvin Cotton [illegible] [illegible] RN.

## IV THERAPY     Site #1 _____ Site #2 _____ Site #3 _____

| TIME | GAUGE | SITE | SOL/AMT | RATE | CC INFUSED | INITIALS |
|------|-------|------|---------|------|------------|----------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

I HAVE RECEIVED THE Tetanus, diphtheria /Tetanus VACCINE INFORMATION. I CONSENT TO THE VACCINATION.     SIGNATURE _____     CHECK HERE IF FOR MINOR _____

WP906391

Ex_13-000442

| GLASGOW COMA SCALE | | | MEDICATION | | ROUTE | | INITIALS | RESPONSE/REACTION | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| Verbal | Motor | Total | Totand. manufacturer Lot # Exp. date | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

### GLASGOW COMA SCALE

EKG STRIP

| Responds | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| EYES OPEN | None | To Pain | To Sound | Spontan- eously | | |
| VERBAL (WEAK) | None | Incompre- hensible Sound | Inappro- priate Words | Confused Conver- sation | Oriented | |
| MOTOR | None | Exten- sion | Flexion Abnormal | With- drawal | Localizes Pain | Obeys Commands |

Diagnostic tests and procedures have been explained to the patient.

### OUTPUT

| TIME | TYPE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

DISCHARGE SUMMARY

| TOTALS | |
|---|---|
| IN | |
| OUT | |

- ☐ Pt. Discharge Form completed
- ☐ Instruction sheet given
- ☐ Pt./family verbalizes understanding of:
  - ☐ Instructions  ☐ Medications
- ☐ Admitted to: _____ Report called _____
  discharged/transferred: _____
  Time out: _____  Initials: _____

| INITIALS | SIGNATURE |
|---|---|
| AB | B |
| | |
| | |

**LABS**: (Circle those drawn)
CBC/DIFF X_____  ABG X_____  ACETAMINOPHEN  SALICYLATE  PROFILE  ASTRA  PT/PTT  FIBRINOGEN  RETIC  ESR  MG  ALK PHOS  AST  ALT  AMYLASE  LIPASE  T. BILI  CK/ISOS  CKMB  LD/ISOS  ETOH  DIGOXIN  THEOPH  DILANTIN  SERUM DRUG  URINE DRUG  UA  URINE HCG  BLOOD HCG  GGTP  ACETONE
CULTURE/SENSITIVETY:  WOUND  SERUM  SPUTUM  URINE  THROAT  GC  CHLAMYDIA  T&C ____ UNITS OF _____
OTHER _____

**X-RAYS:**  CHEST  C SPINE  T SPINE  L SPINE  PELVIS  KUB  CT_____
SONO_____  OTHER_____

**TESTS/PROCEDURES**:

| TIME | PROCEDURE/TESTS | TIME | PROCEDURE/TESTS |
|---|---|---|---|
| _____ | Straight catheter | _____ | EKG |
| _____ | Foley catheter | _____ | Cardiac monitoring |
| _____ | Pelvic exam | _____ | Alarms: ON / Limits HR_____ SBP___ |
| _____ | D&C | _____ | Chest tubes X_____ |
| _____ | NG | _____ | Arterial line_____ |
| _____ | Gastric lavage | _____ | IV pumps X _____ |
| _____ | Peritoneal lavage | | **RT TREATMENT** |
| _____ | Spinal tap | 1.____ | _____ |
| _____ | Suture/suture removal | 2.____ | _____ |
| _____ | I&D | 3.____ | _____ |
| _____ | Cast/splint | _____ | **DEXTROSE STICK** |
| _____ | Eye irrigation | _____ | _____ |
| _____ | Visual acuity  R_____ L_____ | _____ | _____ |
| _____ | with  without glasses | _____ | **GUAIAC/OCCULT BLOOD** |
| _____ | _____ | _____ | NG_____ |
| _____ | _____ | _____ | Urine_____ |
| _____ | _____ | _____ | Stool_____ |

WP006392

Ex_13-000443

## NURSING PLAN OF CARE

1. KNOWLEDGE DEFICIT, Related to: *ev evidence collection*
PLAN/IMPLEMENTATION:
☐ Assess learning needs
☐ Explain all procedures/treatments and answer patient's/significant others' questions
☐ Review Patient Instruction Sheet
☐ Complete Patient Discharge Sheet
EXPECTED OUTCOME: Pt./Significant other will verbalize knowledge or demonstrate skills required for self-care or care at home.
EVALUATION. OUTCOME MET ( )    UNMET ( )
_____ Initials_____

2. HIGH RISK FOR INJURY, Related to: _____
PLAN/IMPLEMENTATION:
☐ Assess for risk factors _____
☐ Bed rails up    ☐ Restraints UE _/_ Reason_____
☐ CO                    LE _/_   _____
☐ Orient pt. to person, place, time with each contact.
EXPECTED OUTCOME: Pt. will not sustain injury while in the Emergency Department.
EVALUATION: OUTCOME MET ( )    UNMET ( )
_____ Initials_____

3. PAIN, Chronic/Acute (Circle)  Scale: 1_____10
PLAN/IMPLEMENTATION:
☐ Assess location, duration, intensity, and onset of pain
☐ Provide comfort measures:
☐ Immobilization by _____
☐ Elevation of _____
☐ Medication as ordered _____
☐ Other _____
☐ Monitor effectiveness of pain relief
EXPECTED OUTCOME: Pt. will indicate that pain has decreased
EVALUATION: OUTCOME MET ( ) UNMET ( )
Pain Relief Scale: 1_____10
_____ Initials_____

4. ANXIETY
PLAN/IMPLEMENTATION:
☐ Assess level of anxiety: mild  moderate  severe  panic
☐ Provide reassurance and support i.e. "I am close by." "I will care for you."
☐ Provide timely, concerned care and check pt's needs frequently.
☐ Use simple concrete directions/information.
☐ Promote ventilation/exploration of feelings/concerns.
EXPECTED OUTCOME: Pt. will indicate verbally or through behavior that anxiety has decreased.
EVALUATION: OUTCOME MET ( )    UNMET ( )
_____ Initials_____

5. FLUID VOLUME DEFICIT, Related to: _____
PLAN/IMPLEMENTATION:
☐ Monitor and document VS q____.
☐ Assist pt. when moving to sitting or standing position.
☐ Place bed in trendelenburg for signs of shock unless contraindicated, i.e. head injury
☐ Initiate IV access and administer IV fluids as ordered.
☐ Draw lab specimens and monitor lab values as ordered.
EXPECTED OUTCOME: Pt. will achieve and maintain adequate blood pressure during Emergency Department stay.
EVALUATION: OUTCOME MET ( )    UNMET ( )
_____ Initials_____

6. INEFFECTIVE AIRWAY CLEARANCE Related to: _____
PLAN/IMPLEMENTATION:
☐ Assess resp. status: rate, rhythm, breath sounds, cough and sputum, $SAO_2$ and ABG.
☐ Position patient to maximize oxygenation status
☐ Suction airway prn.
☐ Administer $O_2$ as ordered.
☐ Administer medications as ordered.
EXPECTED OUTCOME: Pt. will maintain a patent airway throughout E.D. stay.
EVALUATION: MET ( )    UNMET ( )
_____ Initials_____

7. HIGH RISK OF VIOLENCE TOWARD SELF/OTHERS
PLAN/IMPLEMENTATION:
☐ Make appropriate room assignment
☐ Encourage to express feelings verbally rather than physically
☐ Be cautious; if you sense danger, get help
☐ Do not touch the patient, allow space.
☐ CO
☐ Restraints
EXPECTED OUTCOME: Pt. will not harm self or others during ED stay.
EVALUATION: OUTCOME MET ( )    UNMET ( )
_____ Initials_____

8. ALTERATION IN TISSUE PERFUSION, related to: _____
PLAN/IMPLEMENTATION: _____
☐ Assess and monitor LOC, VS, neuro signs, pulses, skin color, UO,
☐ Maximize patent airway
☐ Position to maximize BP (supine/trendelenburg)
☐ Elevate edematous extremity unless contraindicated by CHF
☐ Provide medications/treatments as ordered
EXPECTED OUTCOME: Maintains or regains adequate perfusion to ____.
EVALUATION: MET ( )    UNMET ( )
_____ Initials_____

## ADMISSION INVENTORY OF CLOTHES AND VALUABLES

| CLOTHING | | | | PERSONAL EFFECTS | | | |
|---|---|---|---|---|---|---|---|
| ☐ Coat/jacket | ☐ Tie | ☐ Shirt/blouse | ☐ Underwear | ☐ Artificial limb | ☐ Brace | ☐ Billfold | ☐ Rings |
| ☐ Hat | ☐ Belt-suspenders | ☐ T-shirt | ☐ Night clothing | ☐ Cane/crutches | ☐ Walker | ☐ Purse | ☐ Watch |
| ☐ Gloves | ☐ Trowsers | ☐ Sweater | ☐ Robe | ☐ WC | ☐ Dentures | ☐ Cash $____ | ☐ Earrings |
| ☐ Dress | ☐ Shorts | ☐ Bra | ☐ Socks | ☐ Glasses/contacts | ☐ Hearing Aide | ☐ Checks | ☐ Bracelet |
| ☐ Suit | ☐ Skirt | ☐ Slip | ☐ Shoes/boots | ☐ | ☐ | ☐ Credit cards | ☐ Necklace |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ Keys | ☐ Pocket knife |

SIGNATURE: _____

PRE-HOSPITAL EQUIPMENT WITH PATIENT: MAST pants, IV pump, splints, spine board, other _____
DISPOSITION OF ITEMS: _____

WP906393

Ex_13-000444

UNIVERSITY OF KANSAS HOSPITAL
DIVISION OF CARDIOVASCULAR DISEASES
3900 RAINBOW BLVD. KANSAS CITY, KS. 66160

DATE OF PROCEDURE: 09/14/98                    TARGET HR: 174
REFERRING PHYSICIAN: David G. Meyers M.D.
PATIENT NAME: WESS PURKEY
AGE: 46                                         PAT ID NO: 9818908
SEX: Male                                       ROOM NO:

**HISTORY/INDICATIONS:**
This patient with no previous known cardiac history presents for evaluation of chest pain.

**CARDIAC MEDICATIONS:**
No known cardiac medications.

**INFORMED CONSENT:**
The procedure, indications, potential complications and available alternatives were explained to the patient who appeared to understand and indicated this.  Opportunity for questions was provided and informed consent obtained.

**STANDARD BRUCE PROTOCOL ECG STRESS TEST:**
The patient was exercised for 9 minutes 50 seconds and achieved a peak stress heart rate of 175 bpm, which was 101% of the target HR,  and a peak stress blood pressure of 142/47 mm Hg resulting in a double product of 24.9 thousand.  The patient achieved a MET level of 12.9. The test was terminated due to attainment of maximum HR.  This patient exhibited good functional capacity for age.

**PRE-STRESS ECG INTERPRETATION:**
Electrocardiograms were obtained in the supine, sitting, and standing positions and with hyperventilation.  Left ventricular hypertrophy by voltage, otherwise normal.

**STRESS/RECOVERY PERIOD:**
During the stress period there was no significant ST segment change compared to baseline.  There was dyspnea and fatigue and no chest pain. There was no evidence of arrhythmia.  There was a normal blood pressure response to stress.  During the recovery period there was no evidence of angina, ST segment change or ventricular ectopy.

**IMPRESSION:**
Maximal (101% of target HR) heart rate limited ECG STANDARD BRUCE PROTOCOL stress test which was NEGATIVE for ECG evidence of inducible ischemia.

SIGNATURE:_____
                Julian J Nunez, M.D.

SIGNATURE:_____
                David B. Wilson M.D.

Date: 09/15/98        CARDIOVASCULAR STRESS TEST REPORT        PURKEY WESS
Time: 04:23 PM                                                      9818908
                                                            DOB: ███████

WP906394

Ex_13-000445



Figure 1. Nomogram of the Prognostic Relations Embodied in the Treadmill Score.

Determination of prognosis proceeds in five steps. First, the observed amount of exercise-induced ST-segment deviation (the largest elevation or depression after resting changes have been subtracted) is marked on the line for ST-segment deviation during exercise. Second, the observed degree of angina during exercise is marked on the line for angina. Third, the marks for ST-segment deviation and degree of angina are connected with a straight edge. The point where this line intersects the ischemia-reading line is noted. Fourth, the total number of minutes of exercise in treadmill testing according to the Bruce protocol[7] (or the equivalent in multiples of resting oxygen consumption [METs] from an alternative protocol) is marked on the exercise-duration line. Fifth, the mark for ischemia is connected with that for exercise duration. The point at which this line intersects the line for prognosis indicates the five-year survival rate and average annual mortality for patients with these characteristics.

WP906395

Ex_13-000446

Pre-Exercise Patient Assessment

| Presenting Problem/Indication for Treadmill Testing |
|---|

☐ Chest pain

    ☑ Typical (includes all of the following)
       a. chest discomfort involving sternum or left arm and may radiate to either shoulder, either arm, or the jaw, or may be isolated with discomfort to the shoulder, jaw, arms or upper abdomen only
       b. occurring usually during exercise and has occurred more than once
       c. usually disappears within 10 minutes after patient has ceased or decreased intensity of exertion
       d. relieved within 2 to 5 minutes with SL nitroglycerin

    ☐ Atypical--2 to 3 of the above but not all  (ie. similar precipitating factors but pain quality is different-- sharp or stabbing, or typical pain description but atypical precipitating factors

    ☐ Non-anginal--neither quality nor precipitating causes of angina
☐ Pre-op eval
☐ Screening for evidence of exercise induced ischemia
☐ Evaluation of palpitations, arrhythmias_____
☐ Evaluation of significance of known coronary artery disease
☐ Other:_____

| Clinical History (please check appropriate answers) |
|---|

Has the patient had previous:
☐ MI Date_____    ☐ CABG Date_____
☐ PTCA Date_____    Cath Date_____

Does the patient have a history of the following:
☐ HTN    Diabetes    Smoking _1 1/2_ pk/yr  Valvular Disease
☐ CAD    PVD

Other risk factors?
☐ Age    Obesity  Abnormal lipids  Family history

IV Site/size_____
   ☐ IV checked for patency, s redness or swelling
COMMENTS_____
Signature_____

Pre-Exercise Patient Assessment

WP906396

Ex_13-000447

Purkey, Wess
9818908

THE UNIVERSITY OF KANSAS MEDICAL CENTER
Rainbow Blvd at 39th Kansas City, Kansas 66160

Date 9-14-98                    CARDIOVASCULAR DEPARTMENT __

Age 44   Maximal HR 174   Pre-Exercise HR 48   Standing BP 106 / 62   Supine BP 124 / 67
         85% MHR 148        90% MHR

☐ TRACINGS APPROVED BY Nunez        Referring MD Meyers

BRUCE PROTOCOL

Type of test: Maximal Submaximal Canceled Rescheduled _____
              Thallium  Cardiolite  Echo

Total Minutes of Exercise        9    min    50    sec

| STAGE | MPH | GRADE | MIN | HR | BP | S | MIN | HR | BP | S | MIN | HR | BP | S |
|-------|-----|-------|-----|----|----|----|-----|----|----|----|-----|----|----|----|
| 1 | 1.7 | 10 | 1 | 99 | 105/55 | | 2 | 100 | 111/59 | | 3 | 96 | 123/57 | |
| 2 | 2.5 | 12 | 4 | 114 | 114/51 | | 5 | 121 | 147/61 | | 6 | 128 | 139/69 | |
| 3 | 3.4 | 14 | 7 | 145 | 14/46 | | 8 | 152 | 153/61 | | 9 | 158 | 142/47 | |
| 4 | 4.2 | 16 | 10 | | | | 11 | | | | 12 | | | |
| 5 | 5.0 | 18 | 13 | | | | 14 | | | | 15 | | | |
| 6 | 5.5 | 20 | 16 | | | | 17 | | | | 18 | | | |
| 7 | 6.0 | 22 | 19 | | | | 20 | | | | 21 | | | |

Symptoms (S) C-chest pain DS-Dyspnea H-Headache CP-Calf Pain
Blank-No symptoms   TH-Thallium injection CD-Cardiolite injection
RECOVERY

| MIN | HR | BP | S | MIN | HR | BP | S | MIN | HR | BP | S |
|-----|----|----|----|-----|----|----|----|-----|----|----|----|
| IMMD | 135 | 142/67 | | SIT1 | 143 | 112/68 | | 2 | 96 | 130/70 | |
| SUP3 | 94 | 153/75 | | 4 | 88 | 155/77 | | 5 | 80 | 134/73 | |
| 6 | 62 | 125/71 | | 7 | 84 | 133/69 | | 8 | 65 | 125/74 | |
| 9 | | | | 10 | | | | 11 | | | |
| 12 | | | | 13 | | | | 14 | | | |
| 15 | | | | 16 | | | | 17 | | | |
| 18 | | | | 19 | | | | 20 | | | |
| 21 | | | | 22 | | | | 23 | | | |

Reasons Stopped: ☒ Maximum HR (100%)  ☐ Chest pain  ☐ Dyspnea  ☐ Fatigue
    ☐ Target HR (85%)  ☐ Leg discomfort  ☐ Other _____
Comments: _____

PHYSICIAN/NURSE SIGNATURE _____

TREADMILL EXERCISE TEST BRUCE PROTOCOL

Ex_13-000448

Q5000 STRESS TEST SUMMARY

9/11/98    13:16

Patient: PURKEY  MESS  BAY                          Attending: DR. NUNEZ

ID: 98189006                                        Referring: DR. MEYERS

Age:     46                                         Max Predicted HR: 174
                                                    of Max Predicted HR achieved: 100%

Weight: 186
                                                    SETTING HR:   90
Sex:     M                                          Max HR: 175 @ 10:40

Medications                                         SETTING BP:  ---
                                                    Max systolic  BP: 155 @ 13:40
                                                    Max diastolic BP:  77 @ 13:40

                                                    METS achieved: 12.9

Interpretation

WP906398

Ex_13-000449

Q5000 TABULAR FINAL REPORT

9/14/98                                                                  page 1

Patient: PURKEY, WESS IGNE

Treadmill protocol: BRUCE

Attending: DR. NUNEZ

Referring: DR. MEYERS

ST MEASUREMENTS

Level    J+60
Slope    J+20 to J+60
Integ    J+10 to J+80
Stop Integ @ baseline

| Event | Time | Speed (mph) | Grade (%) | BP (mm-Hg) | ST Slope (mm/sec) Lead V2 | ST Slope (mm/sec) Lead V5 | ST Level (mm) Lead V5 | Comment |
|---|---|---|---|---|---|---|---|---|
| rest - SITTING | | | | | 3 | 5 | 0.5 | |
| rest - SUPINE | | | | 124/57 | 2 | 5 | 0.4 | |
| rest - STANDING | | | | 106/62 | 0 | 6 | 1.0 | |
| rest - HYPERVENTILATION | | | | | 2 | 8 | 1.2 | |
| rest - POST-HYPERVENT | | | | | 2 | 8 | 1.1 | |
| stage 1 | 1:00 | 1.7 | 10.0 | 105/55 | 0 | 8 | 1.1 | |
| | 2:00 | 1.7 | 10.0 | 111/59 | 2 | 10 | 1.0 | |
| | 3:00 | 1.7 | 10.0 | 123/57 | 1 | 8 | 1.0 | |
| stage 2 | 1:00 | 2.5 | 12.0 | 111/51 | 1 | 13 | 0.9 | |
| | 2:00 | 2.5 | 12.0 | 117/61 | - 2 | 15 | 1.0 | |
| | 3:00 | 2.5 | 12.0 | 132/69 | 0 | 18 | 0.8 | |
| stage 3 | 1:00 | 3.4 | 11.0 | 141/16 | 2 | 14 | 0.3 | |
| | 2:00 | 3.4 | 11.0 | 153/61 | 6 | 22 | 0.1 | |
| | 3:00 | 3.4 | 11.0 | 112/17 | 0 | 26 | 0.0 | |
| stage 4 | 0.50 | 4.2 | 16.0 | | - 1 | 22 | - 0.5 | |
| stop exercise @ 9:50 | | | | | | | | |
| recovery | 1:00 | 1.2 | 0.0 | 112/68 | 8 | 31 | 0.3 | |
| | 2:00 | 1.2 | 0.0 | 130/70 | 2 | 20 | - 0.3 | |
| | 3:00 | 1.2 | 0.0 | 152/75 | 0 | 9 | - 0.1 | |
| | 4:00 | 1.2 | 0.0 | 155/77 | 0 | 8 | - 0.1 | |
| | 5:00 | 1.2 | 0.0 | 131/73 | 0 | 7 | 0.0 | |
| | 6:00 | 1.2 | 0.0 | 125/71 | 1 | 7 | 0.0 | |
| | 7:00 | 1.2 | 0.0 | 133/69 | 0 | 5 | - 0.1 | |
| | 8:00 | 1.2 | 0.0 | 128/71 | 1 | 7 | 0.1 | |
| | 8:13 | 1.2 | 0.0 | | 0 | 5 | 0.1 | |

WP906399

Ex_13-000450

Patient: PURKEY, WESS 46NE
ID: 9818908

9/14/98



WP906400

Ex_13-000451



PURKEY, WESS 46NE
Average Beat
Rest SITTING
HR 50
ST level $V_5$ 0.5
ST slope $V_5$ 5
ST index $V_5$ 1.0
ST int $V_5$ 0

Date 9/14/98
Rest SUPINE
HR 48 BP 124/ 57
ST level $V_5$ 0.4
ST slope $V_5$ 5
ST index $V_5$ 0.9
ST int $V_5$ 0

9818908
13:16
Rest STANDING
HR 91 BP 106/ 62
ST level $V_5$ 1.0
ST slope $V_5$ 6
ST index $V_5$ 1.6
ST int $V_5$ 0

Rest HYPERVENTILATION
HR 81
ST level $V_5$ 1.2
ST slope $V_5$ 8
ST index $V_5$ 2.0
ST int $V_5$ 0

Rest POST-HYPERVENT
HR 93
ST level $V_5$ 1.1
ST slope $V_5$ 8
ST index $V_5$ 1.9
ST int $V_5$ 0

Stage: 1
HR 99 BP
ST level
ST slope
ST index
ST int

Case 1:19-cv-03570-TSC    Document 1-7    Filed 11/26/19    Page 74 of 151

WP906404

Ex_13-000452



Ex_13-000453



Ex_13-000454

WP906403

Case 1:19-cv-03570-TSC    Document 1-7    Filed 11/26/19    Page 77 of 151



ecovery  4:00
R  82  BP 155/ 77
T level  $V_5$ - 0.4
T slope  $V_5$    8
T index  $V_5$   0.4
T int  $V_5$ -   3

Recovery  5:00
HR  80  BP 134/ 73
ST level  $V_5$   0.0
ST slope  $V_5$    7
ST index  $V_5$   0.7
ST int  $V_5$    0

Recovery  6:00
HR  62  BP 125/ 71
ST level  $V_5$   0.0
ST slope  $V_5$    7
ST index  $V_5$   0.7
ST int  $V_5$ -   1

Recovery  7:00
HR  89  BP 133/ 69
ST level  $V_5$ - 0.1
ST slope  $V_5$    5
ST index  $V_5$   0.4
ST int  $V_5$    0

Recovery  8:00
HR  65  BP 128/ 74
ST level  $V_5$   0.1
ST slope  $V_5$    7
ST index  $V_5$   0.8
ST int  $V_5$    0

Recovery  8:13
HR  66
ST level  $V_5$   0.1
ST slope  $V_5$    5
ST index  $V_5$   0.6
ST int  $V_5$    0

WP906404

Ex_13-000455

Case 1:19-cv-03570-TSC    Document 1-7    Filed 11/26/19    Page 78 of 151

PURKEY, VESS 46NE                    981▨▨▨

| | | | |
|---|---|---|---|
| 12 Lead Simultaneous | Date 09/14/98 | | ST level  V5   0.5 |
| Rest SITTING | 25 mm/sec | Gain x1 | ST slope  V5     5 |
| Speed  0.0 mph | HR  73 | ER  12 | ST index  V5   1.0 |
| Grade  0.0 % | BP   0/  0 | Filter .05 - 100Hz | ST int   V5     0 |



WP906405

Ex_13-000456

Case 1:19-cv-03570-TSC   Document 1-7   Filed 11/26/19   Page 79 of 151

PURKEY, WESS 46NE                9818____

| | | | |
|---|---|---|---|
| 12 Lead Simultaneous | Date 09/14/98 | | ST level  V$_5$  0.4 |
| Rest SUPINE | 25 mm/sec | Gain x1 | ST slope  V$_5$   5 |
| Speed  0.0 mph | HR  48 | ER  6 | ST index  V$_5$  0.9 |
| Grade  0.0 % | BP 124/ 57 | Filter .05 - 100Hz | ST int   V$_5$   0 |



WP906406

Ex_13-000457



Ex_13-000458



Ex_13-000459

Case 1:19-cv-03570-TSC   Document 1-7   Filed 11/26/19   Page 82 of 151

PURKEY, WESS 46NE                    981...

| | | | |
|---|---|---|---|
| 12 Lead Simultaneous | Date 09/14/98 | | ST level  V$_5$  1.1 |
| Rest POST-HYPERVENT | 25 mm/sec | Gain x1 | ST slope  V$_5$  8 |
| Speed  0.0 mph | HR  91 | ER  0 | ST index  V$_5$  1.9 |
| Grade  0.0 % | BP 106/ 62 | Filter .05 - 100Hz | ST int  V$_5$  0 |



WP906409

Ex_13-000460

Case 1:19-cv-03570-TSC    Document 1-7    Filed 11/26/19    Page 83 of 151

PURKEY, WESS 46NE            9818

| | | | |
|---|---|---|---|
| 12 Lead Simultaneous | Date 09/14/98 | | ST level V$_5$  1.1 |
| Stage: 1  1:01 | 25 mm/sec | Gain x1 | ST slope V$_5$  8 |
| Speed 1.7 mph | HR 99 | ER 0 | ST index V$_5$  1.9 |
| Grade 10.0 % | BP 105/ 55 | Filter .05 - 100Hz | ST int  V$_5$  0 |



WP906410

Ex_13-000461

Case 1:19-cv-03570-TSC   Document 1-7   Filed 11/26/19   Page 84 of 151

PURKEY, WESS 46NE                 981-

| | | | |
|---|---|---|---|
| Average 12 Lead | Date 09/14/98 | | ST level  $V_5$   1.1 |
| Stage:  1  1:14 | 25 mm/sec | Gain x1 | ST slope  $V_5$   12 |
| Speed  1.7 mph | HR  98 | ER  0 | ST index  $V_5$   2.3 |
| Grade 10.0 % | BP 105/ 55 | | ST int  $V_5$    0 |



WP906411

Ex_13-000462

Case 1:19-cv-03570-TSC   Document 1-7   Filed 11/26/19   Page 85 of 151

PURKEY, VESS 46NE                    981

| 12 Lead Simultaneous | Date 09/14/98 | | ST level | $V_5$ | 1.0 |
| Stage: 1  2:01 | 25 mm/sec | Gain x1 | ST slope | $V_5$ | 10 |
| Speed  1.7 mph | HR 100 | ER  0 | ST index | $V_5$ | 2.0 |
| Grade 10.0 % | BP 111/ 59 | Filter .05 - 100Hz | ST int | $V_5$ | 0 |

WP906412

Ex_13-000463



WP906413

Ex_13-000464

Case 1:19-cv-03570-TSC    Document 1-7    Filed 11/26/19    Page 87 of 151

PURKEY, WESS 46NE                9818

| | | | |
|---|---|---|---|
| 12 Lead Simultaneous | Date 09/14/98 | | ST level $V_5$  1.0 |
| Stage:  2  0:00 | 25 mm/sec | Gain x1 | ST slope $V_5$  8 |
| Speed  2.5 mph | HR  96 | ER  0 | ST index $V_5$  1.8 |
| Grade 12.0 % | BP 123/ 57 | Filter .05 - 100Hz | ST int  $V_5$  0 |



WP906414

Ex_13-000465



PURKEY, WESS 46NE
12 Lead Simultaneous
Stage: 2  1:01
Speed 2.5 mph
Grade 12.0 %

Date 09/14/98
25 mm/sec
HR 114
BP 114/ 51

9818

Gain x1
ER  0
Filter .05 - 100Hz

ST level  V5   0.9
ST slope  V5   13
ST index  V5   2.2
ST int    V5   0

WP906415

Ex_13-000466

Case 1:19-cv-03570-TSC   Document 1-7   Filed 11/26/19   Page 89 of 151

PURKEY, WESS 46NE                981    3

| | | |
|---|---|---|
| 12 Lead Simultaneous | Date 09/14/98 | ST level $V_5$   1.0 |
| Stage:  2  2:01 | 25 mm/sec   Gain x1 | ST slope $V_5$   15 |
| Speed  2.5 mph | HR 121   ER  0 | ST index $V_5$   2.5 |
| Grade 12.0 % | BP 147/ 61   Filter .05 - 100Hz | ST int   $V_5$    0 |



WP906416

Ex_13-000467

Case 1:19-cv-03570-TSC    Document 1-7    Filed 11/26/19    Page 90 of 151

PURKEY, VESS 46NE                    981

| | | |
|---|---|---|
| Average 12 Lead | Date 09/14/98 | ST level V$_5$  0.9 |
| Stage: 2 2:51 | 25 mm/sec    Gain x1 | ST slope V$_5$  20 |
| Speed 2.5 mph | HR 127    ER 0 | ST index V$_5$  2.9 |
| Grade 12.0 % | BP 132/ 69 | ST int V$_5$   0 |



WP906417

Ex_13-000468





PURKEY, WESS 46NE
12 Lead Simultaneous
Stage: 3 1:01
Speed 3.4 mph
Grade 14.0 %

Date 09/14/98
25 mm/sec
HR 145
BP 141/ 46

981

Gain x1
ER  0
Filter .05 - 100Hz

ST level V5 0.3
ST slope V5 14
ST index V5 1.7
ST int  V5  0

WP906419

Ex_13-000470

Case 1:19-cv-03570-TSC    Document 1-7    Filed 11/26/19    Page 93 of 151

PURKEY, WESS 46NE                    9818

12 Lead Simultaneous    Date 09/14/98                    ST level   V5    0.1
Stage:  3  2:01         25 mm/sec     Gain x1            ST slope   V5    22
Speed  3.4 mph          HR 152        ER   0             ST index   V5    2.3
Grade 14.0 %           BP 153/ 61     Filter .05 - 100Hz  ST int    V5 -   2



WP906420

Case 1:19-cv-03570-TSC   Document 1-7   Filed 11/26/19   Page 94 of 151

PURKEY, WESS 46NE                981

| | | |
|---|---|---|
| Average 12 Lead | Date 09/14/98 | ST level  $V_5$   0.0 |
| Stage:  3  2:51 | 25 mm/sec   Gain x1 | ST slope  $V_5$   25 |
| Speed  3.4 mph | HR 157   ER   0 | ST index  $V_5$   2.5 |
| Grade 14.0 % | BP 142/ 47 | ST int    $V_5$ -  2 |



WP906421

Ex_13-000472

Case 1:19-cv-03570-TSC   Document 1-7   Filed 11/26/19   Page 95 of 151

PURKEY, WESS 46NE                 98189:8

| | | | |
|---|---|---|---|
| 12 Lead Simultaneous | Date 09/14/98 | | ST level  $V_5$  0.0 |
| Stage:  4  0:00 | 25 mm/sec | Gain x1 | ST slope  $V_5$  26 |
| Speed  4.2 mph | HR 158 | ER  0 | ST index  $V_5$  2.6 |
| Grade 16.0 % | BP 142/ 47 | Filter .05 - 100Hz | ST int  $V_5$ - 2 |



WP906422

Ex_13-000473

Case 1:19-cv-03570-TSC   Document 1-7   Filed 11/26/19   Page 96 of 151

PURKEY, VESS 46NE                 981?08

| | | | |
|---|---|---|---|
| 12 Lead Simultaneous | Date 09/14/98 | | ST level  $V_5$ - 0.5 |
| Recovery  0:01 | 25 mm/sec | Gain x1 | ST slope  $V_5$   22 |
| Speed  1.2 mph | HR 172 | ER  1 | ST index  $V_5$   1.7 |
| Grade  0.0 % | BP   0/  0 | Filter .05 - 100Hz | ST int   $V_5$ -   5 |



I          aVR          $V_1$          $V_4$

II          aVL          $V_2$          $V_5$

III          aVF          $V_3$          $V_6$

WP906423

Ex_13-000474

Case 1:19-cv-03570-TSC   Document 1-7   Filed 11/26/19   Page 97 of 151

PURKEY, WESS 46NE                    9818____

| 12 Lead Simultaneous | Date 09/14/98 | | ST level | $V_5$ | 0.3 |
|---|---|---|---|---|---|
| Recovery 1:01 | 25 mm/sec | Gain x1 | ST slope | $V_5$ | 31 |
| Speed 1.2 mph | HR 143 | ER 2 | ST index | $V_5$ | 3.4 |
| Grade 0.0 % | BP 112/ 68 | Filter .05 - 100Hz | ST int | $V_5$ - | 2 |



WP906424

Ex_13-000475



Ex_13-000476



PURKEY, WESS 46NE                9818 4-

12 Lead Simultaneous      Date 09/14/98

Recovery 2:01      25 mm/sec      Gain x1                          ST level      V5 - 0.3

Speed 1.2 mph      HR 116      ER  3      ST slope      V5   20

Grade 0.0 %      BP 130/ 70      Filter .05 - 100Hz      ST index      V5   1.7

                                                          ST int      V5 -   4

I                              aVR                        V1                        V4

II                            aVL                        V2                        V5

III                          aVF                        V3                        V6

WP906426

Ex_13-000477



Ex_13-000478

Case 1:19-cv-03570-TSC    Document 1-7    Filed 11/26/19    Page 101 of 151

PURKEY, VESS 46NE                    981XXXX
12 Lead Simultaneous    Date 09/14/98                   ST level   $V_5$ - 0.4
Recovery  4:01          25 mm/sec    Gain x1            ST slope   $V_5$     8
Speed  1.2 mph          HR 82        ER   9             ST index   $V_5$   0.4
Grade  0.0 %            BP 155/ 77   Filter .05 - 100Hz ST int     $V_5$ -   3



WP906428

Ex_13-000479



PURKEY, WESS 46NE
12 Lead Simultaneous
Recovery  6:01
Speed  1.2 mph
Grade  0.0 %

Date 09/14/98
25 mm/sec
HR  62
BP 125/ 71

9818463

Gain x1
ER  1
Filter .05 - 100Hz

ST level    V5   0.0
ST slope    V5    7
ST index    V5   0.7
ST int      V5 -  1

WP906429

Ex_13-000480



Ex_13-000481

EXERCISE TREADMILL INFORMED CONSENT

To determine my cardiovascular response to exercise, I voluntarily agree to engage in an exercise test.  The information obtained about my heart and circulation will be used to help my doctor understand more about any problems related to my heart and advise me about activities in which I may engage.

The test I will undergo will be performed by walking on a moving belt (treadmill), with gradually increasing effort.  I will be asked to put forth a good effort before the test is stopped.

During the test, a physician or cardiovascular nurse will monitor my heart rhythm (EKG), blood pressure and response to exercise. I will tell the supervising physician or cardiovascular nurse immediately if I should develop symptoms such as fatigue, shortness of breath, chest discomfort, or other abnormal symptoms.

Risks of the testing procedure are minimal and rare but can include: fainting, falling, irregularities of heart beat, and very rarely,  heart attack, stroke or death (less than 1 in 10,000 cases).  Professional staff will be present during testing and emergency treatment is available if it becomes necessary.

I have read and fully understand the above and consent to perform this exercise stress test.

Patient_____   Date_9/14/98_____

Witness_____   Date_____

Age_46_   Weight_186_   DOB_████_   Height_6'1"_
Medications_____

CORRECT | WALK ERECT NEAR FRONT OF BELT HANDS RESTING ON HAND RAIL.    INCORRECT | WALKING BENT OVER HANGING ONTO HAND RAIL FOR SUPPORT.

WP906431

FIGURE 9–3. Correct and incorrect posture for treadmill walking. It is very important to instruct the patient in the proper technique. Erect posture is all important.

Ex_13-000482

University Of Kansas Medical Center
3901 Rainbow Blvd.
Kansas City, Kansas 66160
Department of Radiology

## RADIOLOGY REPORT

PATIENT NAME: WESLEY  PURKEY                    MEDICAL RECORD #: 9818908
BIRTHDATE: ▮▮▮▮▮▮▮▮                              SEX: M CLASS: Outpatient
REFERRING AGENCY: OPD                           ROOM/BED:
ADMITTING DIAGNOSIS:  854.00
INSURANCE: FREDERICK A DUCHARDT JR.             ACCIDENT DATE:
ADMISSION #: 000087629770

| ORDERING DOCTOR | ATTENDING DOCTOR | REFERRING DOCTOR |
|---|---|---|
| DAVID F. PRESTON | DAVID F. PRESTON | DAVID PRESTON,MD |
| 2152 KU HOSPITAL | 2152 KU HOSPITAL | 3901 RAINBOW BLVD |
|  |  | KANSAS CITY, KS. |
| PHONE #: ▮▮▮▮▮▮ | PHONE #: ▮▮▮▮▮▮ | PHONE #: |
| BEEPER: ( | BEEPER: ( |  |
| FAX #: | FAX #: |  |

BUNDLE: <BUNDLE_DOC>
RESIDENTS:
RADIOLOGIST: REGINALD DUSING M.D.

EXAM DATE: 10/03/2003    NM 1300 -  PET BRAIN METABOLISM                Order #: 90001
EXAM COMMENTS: CLOSED HEAD INJURY          ;NKDA
CPT MODIFIERS:        MN:  ABN:   Ordered By: DR2205  Ordered For: 10/03/2003

EXAM:

PET BRAIN METABOLISM:

CLINICAL HISTORY:

This is a 51-year-old male referred by Dr. David F. Preston for evaluation of brain metabolism.

TECHNIQUE:

After placing the patient in a room controlled for light and sound for at least 20 minutes, the patient was injected with 10 millicuries of F18-FDG.  45 minutes thereafter, brain imaging was initiated, using a dedicated PET scanner.  Reconstruction of brain images was performed in sagittal, coronal, and temporal long axis planes.  The intensity was normalized to the thalamus and basal ganglia.

FINDINGS:

There is a mild decrease in activity in the vermis portion of the cerebellum.

There is normal activity in the occipital lobes.

There is a moderate to marked decrease in metabolic activity in the anterior third of both temporal lobes, left slightly worse than right.  There is patchy decrease of mild to

Dictated on:
Transcribed on: Oct  7 2003  4:49PM        Last Corrected by MR1 on: Oct  7 2003  4:49PM
Electronically signed on: Oct  8 2003  5:35PM by REGINALD DUSING M.D.
Printed on: October 9, 2003 (10:22am)    Page: 1 of 2
WP906432

Ex_13-000483

University Of Kansas Medical Center
3901 Rainbow Blvd.
Kansas City, Kansas 66160
Department of Radiology

## RADIOLOGY REPORT

PATIENT NAME: WESLEY  PURKEY                    MEDICAL RECORD #: 9818908
BIRTHDATE: ████████                            SEX: M CLASS: Outpatient
REFERRING AGENCY: OPD                          ROOM/BED:
ADMITTING DIAGNOSIS:  854.00
INSURANCE: FREDERICK A DUCHARDT JR.            ACCIDENT DATE:
ADMISSION #: 000087629770

| ORDERING DOCTOR | ATTENDING DOCTOR | REFERRING DOCTOR |
|---|---|---|
| DAVID F. PRESTON | DAVID F. PRESTON | DAVID PRESTON,MD |
| 2152 KU HOSPITAL | 2152 KU HOSPITAL | 3901 RAINBOW BLVD |
| | | KANSAS CITY, KS. |
| , . | , . | PHONE #: |
| PHONE #: ████████ | PHONE #: ████████ | |
| BEEPER: ( | BEEPER: ( | |
| FAX #: | FAX #: | |

moderate intensity in the middle third of the right temporal lobe, and mild decrease in the posterior third.  The posterior two-thirds of the left temporal lobe have normal intensity activity.

Activity in the basal ganglia and thalami appears normal.

Activity in the prefrontal area is within normal limits, with only mild asymmetry, being mildly decreased on the right.  However, there is moderate to marked focal decrease in the dorsal lateral aspect of the right frontal lobe, seen best on images 49-53.

There is moderate to marked focus of decreased metabolism in the low right parietal area, seen best on coronal images 71-81.

IMPRESSION:

THERE IS MODERATE TO MARKED DECREASED ACTIVITY IN THE ANTERIOR THIRD OF BOTH TEMPORAL LOBES.  THIS IS OFTEN ASSOCIATED WITH PREVIOUS CLOSED-HEAD INJURY, AND MAY EFFECT SHORT-TERM MEMORY, SINCE IT INVOLVES THE REGION OF THE HIPPOCAMPUS BILATERALLY.

THE MODERATELY LARGE AREA OF DECREASED ACTIVITY IN THE RIGHT LOW PARIETAL AREA CAN ALSO BE ASSOCIATED WITH CLOSED-HEAD INJURY, AND INDICATES DECREASED METABOLISM IN A PORTION OF THE BRAIN THAT DEALS WITH ONE'S ABILITY TO PERCEIVE AND IDENTIFY SOCIAL CONTEXT FROM FACIAL EXPRESSIONS.

THE AREA OF DECREASED METABOLISM IN THE DORSAL LATERAL RIGHT FRONTAL LOBE HAS BEEN ASSOCIATED WITH TASK AND SHORT-TERM MEMORY DIFFICULTY IN PATIENT'S WITH SCHIZOPHRENIA.

DECREASED ACTIVITY IN THE REGION OF THE VERMIS IS FOUND IN ASSOCIATION WITH PATIENTS WITH FORMS OF AUTISM.

Dictated on:
Transcribed on: Oct  7 2003  4:49PM        Last Corrected by MR1 on: Oct  7 2003  4:49PM
Electronically signed on: Oct  8 2003  5:35PM by REGINALD DUSING M.D.
Printed on: October 9, 2003 (10:22am)    Page: 2 of 2
WP906433

Ex_13-000484

University Of Kansas Medical Center
3901 Rainbow Blvd.
Kansas City, Kansas 66160
Department of Radiology

## RADIOLOGY REPORT

PATIENT NAME: WESLEY   PURKEY
BIRTHDATE: ▮▮▮▮▮▮▮▮
REFERRING AGENCY: RAD
ADMITTING DIAGNOSIS:  854.00
INSURANCE: FREDERICK A DUCHARDT JR.
ADMISSION #: 000087629770

MEDICAL RECORD #: 9818908
SEX: M CLASS: Outpatient
ROOM/BED:

ACCIDENT DATE:

| ORDERING DOCTOR | ATTENDING DOCTOR | REFERRING DOCTOR |
|---|---|---|
| DAVID F. PRESTON | DAVID F. PRESTON | DAVID PRESTON,MD |
| 2152 KU HOSPITAL | 2152 KU HOSPITAL | 3901 RAINBOW BLVD |
| | | |
| , . | , . | KANSAS CITY, KS. |
| PHONE #: ▮▮▮▮▮ | PHONE #: ▮▮▮▮▮ | PHONE #: |
| BEEPER: | BEEPER: | |
| FAX #: | FAX #: | |

BUNDLE: <BUNDLE_DOC>
RESIDENTS: KRISTEN MYGDAL  M.D.
RADIOLOGIST: SOLOMON BATNITZKY M.D.

EXAM DATE: 10/03/2003    MRI0300 -   MRI HEAD WITHOUT/W CONTRAST        Order #: 90002
EXAM COMMENTS: HEAD INJURY                ;NKDA
CPT MODIFIERS:         MN:   ABN:   Ordered By: DR0259  Ordered For: 10/03/2003

EXAM:

MRI OF THE HEAD WITHOUT CONTRAST

CLINICAL HISTORY:

Patient is a 51 year-old male with a history of head injury.

TECHNIQUE:

Multiple contiguous axial T1 weighted, T2 weighted, and FLAIR images were obtained through
the head, as well as post contrast T1 weighted images in all three planes.

FINDINGS:

Dr Batnitzky has personally reviewed these images and formulated the interpretations and
opinions expressed in this report.

No prior studies are available for comparison.

The ventricles and sulci are at the upper limits of normal in size for the patient's age.
There are a few areas of increased signal intensity on the T2 weighted images within the
periventricular white matter bilaterally.  No enhancing lesions are seen.  No mass effect
or midline shift is identified.  The basilar cisterns are well visualized.  Note is again
made of a right concha bullosa.  There is mucosal thickening within the right maxillary

Dictated on: Oct  3 2003  4:09PM
Transcribed on: Oct  3 2003  4:55PM        Last Corrected by MR6 on: Oct  3 2003  4:55PM
Electronically signed on: Oct  7 2003  9:07AM by SOLOMON BATNITZKY M.D.
Printed on: October 8, 2003 (10:21am)   Page: 1 of 2

Ex_13-000485

University Of Kansas Medical Center
3901 Rainbow Blvd.
Kansas City, Kansas 66160
Department of Radiology

## RADIOLOGY REPORT

PATIENT NAME: WESLEY  PURKEY                    MEDICAL RECORD #: 9818908
BIRTHDATE: ███████████                          SEX: M CLASS: Outpatient
REFERRING AGENCY: RAD                           ROOM/BED:
ADMITTING DIAGNOSIS:  854.00
INSURANCE: FREDERICK A DUCHARDT JR.             ACCIDENT DATE:
ADMISSION #: 000087629770

| **ORDERING DOCTOR** | **ATTENDING DOCTOR** | **REFERRING DOCTOR** |
|---|---|---|
| DAVID F. PRESTON | DAVID F. PRESTON | DAVID PRESTON,MD |
| 2152 KU HOSPITAL | 2152 KU HOSPITAL | 3901 RAINBOW BLVD |
| | | |
| , . | , . | KANSAS CITY, KS. |
| PHONE #: ███████ | PHONE #: ███████ | PHONE #: |
| BEEPER: | BEEPER: | |
| FAX #: | FAX #: | |

sinus.

IMPRESSION:

1.   A FEW FOCAL AREAS OF WHITE MATTER DISEASE, WHICH MAY BE SECONDARY TO MICROVASCULAR
ISCHEMIA, HOWEVER, A DEMYELINATING PROCESS COULD ALSO PRODUCE THIS APPEARANCE.
2.   RIGHT MAXILLARY SINUSITIS.

Dictated on: Oct  3 2003  4:09PM
Transcribed on: Oct  3 2003  4:55PM        Last Corrected by MR6 on: Oct  3 2003  4:55PM
Electronically signed on: Oct  7 2003  9:07AM by SOLOMON BATNITZKY M.D.
Printed on: October 8, 2003 (10:21am)   Page: 2 of 2
WP906435

Ex_13-000486

February 05, 1999 / 14:25

## LARNED STATE HOSPITAL
## PATIENT INFORMATION FORM

| | | |
|---|---|---|
| **Name:** PURKEY, WESLEY IRA | **Case No:** | 20655 DC |
| **AKA:** | **Adm No:** | 2 |
| **SSN:** ▮ | **Adm Date:** | 02/04/1999 |
| **Resident County:** Wyandotte | **Adm Time:** | 13:00 |
| **Responsible County:** Wyandotte | **Adm Ward:** | E2 |
| **Legal County:** Wyandotte | **Adm Prog:** | STATE SECURITY HOSPITAL |
| **Brought By:** Peace Officer | **Last Disch:** | 04/13/1973 |
| **Screened By:** No Screening | | |

**Address:** ▮
    KANSAS CITY, KS   66109
**Living Situation:** Largely capable of self care

**Home Phone:** (913) 772-0498
**Work Phone:**

| | | | |
|---|---|---|---|
| **DOB:** ▮ | | **Race:** | European/Caucasian |
| **Age:** | 47 | **Ethnicity:** | Anglo-Saxon |
| **Sex:** | Male | **Citizenship:** | American Born |
| **Marital:** | Married | **Religion:** | Christian |
| **Birthplace:** | KANSAS CITY, KS | **Education:** | Three Years of College |
| **Veteran:** | Not a Veteran | **Occupation:** | Skilled Craftsmen/Trades Plumber |

——— LEGAL ———

**Admission Status:**    **Date**    **Status Changes**
  KSA 22-3302
  Comp. Evaluation

  KSA 22-3219
  Insanity Evaluation

**SRS Custody Status:**
  No

——— GUARDIAN ———
**Name:**                  **Relationship:**
**Address:**             **Home Phone:**
                          **Work Phone:**

——— EMERGENCY CONTACT ———
**Name:**    Jeanette L. Purkey    **Relationship:** Spouse
**Address:** ▮    **Home Phone:**   (913) 772-0498
        Kansas City, KS 66109    **Work Phone:**

——— COMMENTS ———
First Degree Murder, Off-Grid, Person Felony; Aggravated Robbery, Level 3,
Person Felony; Theft, Class A Misdemeanor 98-CR22022

**Prepared by:** *Cheryl Schaler*
             OA III         **Date:** 2/5/99

WP909150
000304

**PATIENT INFORMATION FORM**

MS-115

Rev. 7/96

## LARNED STATE HOSPITAL

| DISCHARGE DATE | DISCHARGE PROGRAM NAME | DISCHARGE WARD |
|---|---|---|
| 03/25/99 | State Security Hospital | Dillon East II |

### TYPE OF DISCHARGE

x    Discharged Direct
_____ Discharged While on Temporary Visit
_____ Discharged While on Hospital Visit
_____ Discharged While on Temporary Transfer
_____ Discharged Against Medical Advice
_____ Discharged While on AWOL
_____ Permanent Transfer Out
_____ Death While Inpatient
_____ Death While on Temporary Visit
_____ Death While on Hospital Visit
_____ Death While on Temporary Transfer
_____ Death While AWOL

### DISCHARGED TO

Wyandotte County District Court

### REFERRED TO

Wyandotte County District Court

DISCHARGE DATA ENTERED BY: _Sally Pyrwell  OAIII_    DATE: _4|8|99_
                                               Signature and Title

WP909151
000305

Ex_13-000488

LARNED STATE HOSPITAL
Larned, Kansas
9/87

SSH 45 - EAST II

PURKEY, Wesley Ira

**PREVIOUS HOSPITALIZATIONS**

**MS-34**

#20,655 DC

Include Hospitalization at other
Psychiatric/Chemical Dependency Facilities,
Temporary Transfers for Medical Treatment,
Administrative Transfers and Building Transfers

| PROGRAM TITLE | ADMISSION DATE | DISCHARGE DATE | AXIS I & AXIS II DIAGNOSES |
|---|---|---|---|
| STATE SECURITY HOSPITAL Larned, KS Dillon Building - East II | 02/04/99 | 03/25/99 | Axis I:  Cocaine Dependence, In a Controlled Environment (304.20); Nicotine Dependence, In a Controlled Environment (305.10); Depressive Disorder NOS (311) Axis II: Antisocial Personality Disorder (301.7) [Principal Diagnosis] |

000306

Ex_13-000489

**REFERENCE ADDRESSES AND RELATIONSHIPS**

SPOUSE: Jeanette Purkey   925 S 25th   Kansas City, KS   66109

　　　　　　　NAME　　　　　　　　　　　　　　　　　　ADDRESS

MOTHER:

　　　　　　　NAME　　　　　　　　　　　ADDRESS　　　　　　　BIRTHPLACE

FATHER:

　　　　　　　NAME　　　　　　　　　　　ADDRESS　　　　　　　BIRTHPLACE

CHILDREN:

　　　　　　　NAME　　　　　　　　　　　ADDRESS

　　　　　　　NAME　　　　　　　　　　　ADDRESS

　　　　　　　NAME　　　　　　　　　　　ADDRESS

　　　　　　　NAME　　　　　　　　　　　ADDRESS

　　　　　　　NAME　　　　　　　　　　　ADDRESS

BROTHERS AND SISTERS:

OTHERS INTERESTED:

<div align="center">**000307**</div>

Ex_13-000490

LARNED STATE HOSPITAL                                                      Larned, Kansas
                                                                                 MS-35

## RELEASE SUMMARY

**Name:** PURKEY, Wesley Ira          **Case No.:** 20,655          **Ward:** East II

**Admission Date:** 02/04/99          **No. of Admission:** 2          **Age:** 47
**Responsible Co:** Wyandotte          **Resident Co.:** Wyandotte          **Legal Co.:** Wyandotte
**Marital Status:** Married          **Occupation:** Skilled Craftsmen          **Race:** European/Caucasian
**Legal Entry Status:** K.S.A. 22-3302 Competency Evaluation and K.S.A. 22-3219 Insanity Evaluation
**Attending Physician:** J.L.L. Fernando, M.D.

**Date and Type of Release:** 03/25/99 Discharged to Wyandotte County District Court.
**ADMISSION DIAGNOSES**

Axis I Diagnosis: Polysubstance Dependence, in a Controlled Environment (304.80): Depressive Disorder NOS (311)

Axis II Diagnosis: Antisocial Personality Disorder (301.7)

Axis III (Only physical disorders related to DSM-IV Axes) Diagnosis: None

Axis IV: Code _8_  Statement(s): Legal issues

Axis V: Admission GAF _40_  Past Year GAF _0_

Physical Disorders Not Related to DSM-IV Axes: None

**DISCHARGE DIAGNOSES**

Axis I Diagnosis: (2) Cocaine Dependence, In a Controlled Environment (304.20); (3) Nicotine Dependence, In a Controlled Environment (305.10); Depressive Disorder NOS (311)

Axis II Diagnosis: (1) Antisocial Personality Disorder (301.7) **PRINCIPAL DIAGNOSIS**

Axis III (Only physical disorders related to DSM-IV Axes) Diagnosis: None

Axis IV: Code _8_  Statement(s): Legal issues

Axis V: Discharge GAF _50_  Past Year GAF _45_

Physical Disorders Not Related to DSM-IV Axes: None

Length of Stay: _49 days_

WP000154
**000308**

Ex_13-000491

Larned State Hospital                                                                      MS-35
Larned, Kansas                                                                             Page 2

**RELEASE SUMMARY**

**Name:** PURKEY, Wesley                 **Case No.:** 20,655                 **Ward:** East II

### REASON FOR ADMISSION

Mr. Purkey was admitted to State Security Hospital (SSH) for the second time on February 4, 1999, as a referral from Wyandotte County District Court under the provisions of K.S.A. 22-3302 and K.S.A. 22-3219 for evaluation of his competency to stand trial and evaluation of his mental state at the time of the alleged offense (lack of mental state) respectively. He is charged with one count each of First Degree Murder, Aggravated Robbery and Theft Under $500.00.

### PERTINENT FINDINGS AT THE TIME OF ADMISSION

**Physical Examination:** Blood pressure 120/70, pulse 68 per minute, respirations 18 per minute, temperature 96.7°F., height 6'1" and weight 184 pounds. Patient presented as an essentially healthy male.

**Admission Laboratory, X-ray and Special Examinations:** PPD reported as negative. CBC revealed low RBC of 4.34 (normal 4.60-6.20), low hemoglobin of 13.5 (normal 14.0-18.0), low hematocrit of 39.8% (normal 40.0-54.0) and elevated stabs of 10% (normal 2-8), Prothrombin time reported as within therapeutic range, Complete Liver revealed mildly elevated SGOT of 38 (normal 9-34) and mildly elevated SGPT of 53 (normal 4-37), Serum Creatinine and electrolytes were reported as within normal limits, Thyroid Panel revealed low T3 uptake of 15% (normal 23-35) with T4 uptake within normal limit, TSH (thyroid stimulating hormone) reported as within normal limits, and HIV was reported as negative.

**Admission Psychiatric Examination:** Mr. Purkey appeared as a forty-seven-year-old, slender, tall, short-haired, white male sporting a goatee and appearing his stated age. He had tattoos distributed over both upper extremities. He was friendly, polite and cooperative. There was no evidence of abnormal movements. Speech was clear and of normal pace. Thought process showed no evidence of a thought disorder and content of thought showed no evidence of delusions. With regard to perceptual disorders (hallucinations), Mr. Purkey denied any. Mood was considered labile and affect was considered appropriate. At the time of the intake interview, Mr. Purkey admitted to poor impulse control. He denied any suicidal or homicidal ideations. Orientation to time, place and person was considered satisfactory. Memory in the areas of immediate recall, recent memory and remote memory was well within normal range.

### CLINICAL RESUME

**Clinical Course Summary:** During his stay at State Security Hospital, nursing personnel indicated he would become angry easily and had an incident with the chemical dependency counselor during one of his classes. In general, there were no management or behavioral problems on the unit. He was prescribed Paxil 10 mg p.o. hs. which was discontinued at patient's request. There was no symptomatology or signs indicative of acute psychosis or mood disorder that needed psychotropic medication during his hospitalization. Mr. Purkey continued to complain of a dysthymic mood and his affect showed underlying irritability. Psychological screening for neuropsychological types of impairment revealed no indication of gross dysfunction.

With reference to the issue of competency to stand trial, Mr.. Purkey is well aware of the legal charges which have been brought against him and the seriousness of them. He is also aware of what could happen if he is found guilty. He expressed a basic understanding of the courtroom procedures. His mental state does not indicate any affective instability and from all indications, he possesses the affective stability required to assist his attorney in preparing and presenting a legal defense. It is the opinion of the staff that he fulfills the criteria to be considered competent to stand trial.

After reviewing all available data, the staff concluded there was no description of or description about Mr. Purkey's functioning which would indicate that during the time period in question on 10/27/98, he acted in a demented manner or had experienced symptoms of a psychotic process (delusions or hallucinations) which

**000309**

Larned State Hospital                                                          MS-35
Larned, Kansas                                                                Page 3

## RELEASE SUMMARY

**Name:** PURKEY, Wesley              **Case No.:** 20,655        **Ward:** East II

impaired his ability to know the nature and quality of his acts or distinguish between right and wrong.  Therefore, it is the opinion of staff that he was not experiencing a major mental illness on or around the time period in question which would indicate he "lacked the mental state" required as an element of the offenses charged.

**Final Assessment:**
**Mental Status at Time of Release:** He was oriented in all spheres and was able to engage in goal directed conversation without difficulty.  He denied hallucinatory phenomena or beliefs which might be described as delusional or bizarre.

**Physical Status at Time of Release:** Hypertension controlled with medication.

**Extent to Which Patient is Able to Meet His Basic Needs:** Patient is able to meet his basic needs.

**Prognosis:** Based upon previous criminal history, continued antisocial activities and continued dependence upon illegal drugs, prognosis for better social functioning is considered poor.

**Assessment of Dangerousness:** Due to patient's present legal charges and history of polysubstance dependence, he should be considered potentially dangerous to self and others.

**Reason for Release:** Completion of forensic procedures and report of results sent to the court.

**Discharged To:** Wyandotte County District Court.

**Referred To:** Wyandotte County District Court.

**Recommendations:** Patient be returned to the custody and jurisdiction of Wyandotte County District Court for further legal disposition.

**Recommended Diet:** Regular diet, no restrictions.

**Recommended Physical Activity:** As tolerated by the patient.

**Medications on Release:** A five day supply of Feldene 20 mg daily and Aspirin 650 mg daily for shoulder pain was sent with the patient.


Phyllis Giles, Medical Records Technician        Date    04/07/99
Person Preparing Summary


J.L.L. Fernando, M.D.                             Date    4.13.99
Responsible Clinician

Date Received: 04/06/99
Date Typed: 04/07/99 pg

WP000156
**000310**

Ex_13-000493

CONFIDENTIAL

whose confidentiality is protected by Federal Law. Federal Regulations (42 C.F.R., Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

# FORENSIC EVALUATION REPORT

**Participating Members:**
George Strobel, LBSW, Social Worker
Beverly Debes, RN, Ward Nurse
Robert Huerter, M.S., LMLP, Psychologist
J.L.L. Fernando, M.D., Psychiatrist

## PURKEY, Wesley Ira
#20,655 DC (Wyandotte Co. Case #98-CR-2202)

### I.    Identifying Information:

Staff at State Security Hospital met at a conference to review, discuss and to interview Wesley Purkey in order to provide an opinion regarding Mr. Purkey's competency to stand trial and an opinion regarding his mental status at the time of the alleged crime. Wesley Purkey was admitted to State Security Hospital for the second time on February 4, 1999, as a referral from Wyandotte County District Court under the provisions of K.S.A. 22-3302 and K.S.A. 22-3219 for evaluation of his competency to stand trial and evaluation of his mental state at the time of the alleged offense (lack of mental state) respectively.  He is charged with one count each of First Degree Murder, Aggravated Robbery and Theft Under $500.00.

### II.    Background Information:

Information from a Social History complied on January 10, 1973 (when Mr. Purkey was admitted the previous time to Larned State Security Hospital) was utilized in complying background information for this report.  Mr. Purkey was born on January 6, 1952, without any problems at birth and his developmental milestones were reached within normal limits.  Reports indicate that he began stuttering at a very early age and received speech therapy at the Institute of Logopedics, Wichita, Kansas, during his early school years.  According to the reports, prior to his school years Mr. Purkey experienced what was described as "polio" which affected the use of one leg.  He got along well within the family setting during his early childhood.

1

Ex_13-000494

Family background, during Mr. Purkey's childhood, was described as extremely chaotic. Mr. Purkey indicated during his growing up period with the parents, it was his grandmother who brought him up because "parents were drunk most of the time". He described he had an extreme lack of affection and his parents indicated to him most of the time "don't do this, don't do that all the time". He indicated he cannot ever remember his father giving him a hug.  During interviews he specifically mentioned that when he was 9 years old, one Thanksgiving because of his speech impediment when he asked for the mashed potatoes, his father threw a bowl full of jelly in his face.  Reports indicate that in 1951 Mr. Purkey's mother divorced her husband and remarried her first husband.  In 1962 when Mr. Purkey was 10 years old, his mother again divorced his father.  The mother was employed and became neglectful of the children.   According to an aunt, the mother became openly promiscuous and often brought her male friends into the home for sexual situations. As indicated previously, Mr. Purkey's father and mother both were always very heavy drinkers and the mother continued to have a drinking problem.  When Mr. Purkey was approximately 14 years of age, the court appointed his aunt as the legal guardian at which time the whereabouts of his father were unknown.  Mr. Purkey attended school through eighth grade making average and below average grades. During the eighth grade, he was referred to the Wichita Psychiatric Center for Evaluation because of his truancy,  antisocial behavior at school and primarily because of his physical complaints of headaches and dizziness for which his family physician could find no organic basis. After he quit school prior to completing ninth grade, Mr. Purkey entered the Wichita Auto Mechanics School which he attended for a short period of time.  He took a General Education  Development test  while at the Kansas State Industrial Reformatory but missed passing by two points.  Mr. Purkey's work experience had consisted of unscheduled short-term and odd jobs for very short periods of time.  He was employed at Wesley Hospital, Wichita, Kansas, as a housekeeping technician from 01-06-70 to 01-30-70.  He terminated his job as he did most jobs by simply not reporting for work.  (It has been indicated that the employees would have considered him for re-employment if future work was available.) During the interviews while he was at State Security Hospital, Mr. Purkey indicated his employment history consisted of working as a busboy, herding cattle, in pipeline laying, construction, roofing and as a plumber.  The last being while he was in prison.

III.    Psychiatric History:

As was indicated previously, Mr. Purkey was referred to the Wichita Psychiatric Center for evaluation during his eighth grade school year.  Reports indicated he was subsequently admitted to St. Francis Hospital where a complete

2

000312

Ex_13-000495

diagnostic checkup revealed he was experiencing a serious personality disorder centering around a psychosexual problem of identification. The reports also indicated that Mr. Purkey had psychotherapy on an outpatient basis in Wichita, Kansas, and later was referred to a psychologist where he remained in psychotherapy until his offense in 1970. At this time, he was also reported to be in Lake Afton Boys Ranch for Joyriding, Car Theft, etc.

Mr. Purkey was admitted for the first time to Larned State Hospital on December 29, 1972, on a voluntary basis (while on parole). According to his parole officer, he had been "having problems while serving parole for Burglary, First Degree". After several incidents, including a charge of Joyriding, the parole board gave Mr. Purkey a choice to enter Larned State Hospital and obtain vocational training or have his parole revoked in court. After he had undergone vocational evaluation, Mr. Purkey was placed on a temporary visit status from Larned State Hospital on 03-17-73 so that he could begin a job as a welder in Kansas City, Kansas. He was discharged from temporary visit status on 04-13-73. His final psychiatric diagnosis at that time was: Passive Aggressive Personality with Depressive Features.

## IV.   Substance Abuse History:

Mr. Purkey gave a history of extensive substance abuse with Ritalin, methamphetamine, crack, and cocaine. He indicated he started using all these substances at age 15 and used them intermittently most of the time intravenously. He also indicated he used to use methamphetamine and cocaine, smoking them some of the time. With relation to sharing needles, he indicated "no, but possible". He indicated he used about a gram to one and one/half grams a day of methamphetamine. He also indicated he "free based also". Mr. Purkey indicated that during the times he used these substances, he felt very euphoric and felt as if he was "king of the hill". He also indicated during the times he was using cocaine and methamphetamine, his sexual appetite was enhanced "although you couldn't do much". He indicated he used these substances most of the time to feel and "get something I did not have and for piece of mind". Mr. Purkey indicated he was admitted one time to the Kansas University Medical Center for a drug overdose of Ritalin and cocaine. Apparently he received one-to-one counseling while he was at Lansing in 1995 and 1996 for drug usage.

000313

Ex_13-000496

## V.     Legal History:

Reports indicate that Mr. Purkey was first arrested on 08-12-69 for Burglary and Attempted Rape; on 03-12-70, he was arrested for Burglary and Larceny; and on 04-09-70, he was arrested for Burglary and Attempted Rape. Reports indicated no disposition of these cases. Mr. Purkey was charged with Burglary in the First Degree as his first felony and was sentenced to 10-21 years at the Kansas State Industrial Reformatory (KSIR) on 09-01-70 by Sedgwick County District Court; on 10-12-70, he was admitted to KSIR; on 10-22-70, he was transferred to the Kansas State Reception and Diagnostic Center (KSRDC) for evaluation; prior to this evaluation, he was returned to court by a court order on 11-02-70. Subsequently, he was admitted to KSIR on 03-11-71 and on 04-01-71 transferred to KSRDC. (Diagnoses given at this time consisted of: Schizophrenic Reaction, Schizoaffective Type, Depressed Superimposed Upon Pre-existing Antisocial Personality Characterized by Selfishness, Callousness, Irresponsibility, Impulsiveness and Inability to Feel Guilt or Learn From Experience and Punishment.) On 10-14-72, he was placed in a halfway house in order to have a more structured environment until he became fully employed, which he never did. Reports indicate that on 12-05-72, he went to his mother's house and took her car without permission; she filed a complaint against him for Auto Theft which was reduced to Joyriding. On 12-15-72, he pled guilty and received a sentence of 30 days and $50.00 fine. These were suspended on condition that he voluntarily submit himself to Larned State Hospital for evaluation.

In the present case, Mr. Purkey is charged with one count each of First Degree Murder, Aggravated Robbery and Theft. A co-defendant in the same case was also charged with Misdemeanor Theft and three co-defendants were charged with one count of Aiding a Felon. It is alleged that on or about 10-27-98, Mr. Purkey killed his 80-year-old female victim by repeatedly striking her on the head with a hammer. The crime was committed during the course of a burglary.

## VI.    Mental Status Examination On Admission and Functioning On the Unit:

At the time of admission to State Security Hospital on February 14, 1999, Mr. Purkey appeared as a 47-year-old, slender, tall, short-haired, white male sporting a goatee and appearing his stated age. He has tattoos distributed over both upper extremities. He was friendly, polite and cooperative; he broke into tears at the end of the intake interview. There was no evidence of abnormal movements. Speech was clear and of normal pace. Thought process showed no evidence of a thought disorder and content of thought showed no evidence of delusions. With regard to

4

000314

Ex_13-000497

perceptual disorders (hallucinations), Mr. Purkey denied any. Mood was considered labile and his affect was considered appropriate. At the time of the intake interview, Mr. Purkey admitted to poor impulse control. He denied any suicidal or homicidal ideations. Orientation to time, place and person was considered satisfactory. Memory in the areas of immediate recall, recent memory, remote memory was well within normal range.

During his stay at State Security Hospital, nursing personnel indicated that he gets angry easily and had an incident with the chemical dependency counselor during one of the classes. In general, there were no management or behavioral problems on the unit. Mr. Purkey indicated he was taking Paxil, 10 mg, at bedtime at the time of admission, but after a few days this was discontinued at his own request. There was no symptomatology or signs indicative of acute psychosis or mood disorder that need psychotropic medication during the time he stayed on the unit. Mr. Purkey continued to complain of a dysthymic mood and his affect showed underlying irritability. On several occasions, Mr. Purkey explained that his problems were due to his chaotic and unsettling life he had experienced previously, and because of cocaine and methamphetamine "being laced by chemicals and pesticides".

## VII.    Psychological Information:

Psychological information provided by Robert Huerter, Licensed Masters Level Psychologist, indicated the following:

> According to the Weschler Adult Intelligence Scale-Revised (abbreviated adaptation), Mr. Purkey scored a Verbal I.Q. of 95, average; a Performance I.Q. of 85, low average; and a Full-Scale I.Q. of 89, low average. Before taking this test, Mr. Purkey stated to the psychometric technician, "I didn't sleep last night. My brain is not functioning." Nonetheless, it is the impression of this examiner as determined by the patient's adaptive level of functioning and performance during mental status examinations, that current test scores provide an accurate reflection of his overall intellectual potential.

> Psychological screening for neuropsychological types of impairment revealed no indication of gross dysfunction.

5

**000315**

Ex_13-000498

During all contacts with Mr. Purkey, his general appearance was appropriate. He was oriented in all spheres and he was able to engage in goal directed conversation without apparent difficulty. In spite of occasional and brief stammering, Mr. Purkey spoke in a rapid, flowing and connected manner. There was no indication of defensiveness in his interactions with this examiner as Mr. Purkey openly volunteered considerable personal information about himself. The content of his thought did not reveal anything clinically significant. When questioned specifically, he denied experiencing hallucinatory phenomena or beliefs which might be described as delusional or bizarre. Throughout contacts with the patient he made no attempts to emphasize the fact that he was placed in a difficult and unsettling environment. At several points, he emphasized having a good awareness as to his parental responsibilities including a need to be an example to his son. His overall mood at this particular time reflects anxiousness, concern and a significant degree of victim empathy. Without seemingly making an attempt to rationalize his behavior or to manipulate this examiner, Mr. Purkey cried while talking about the victim of his crime.

In direct contrast to the attitude he displayed during interviews, the patient made an attempt to feign rather severe psychiatric symptoms on personality testing. For an individual of average intelligence, it would seem he could have made a more sophisticated attempt to manipulate the test data. However, he exaggerated a degree of psychopathology to such a degree so as to render both personality tests as invalid. Ironically as much as the patient made efforts to make himself appear high emotionally distressed on testing, he does not present as an individual who, in the opinion of this examiner, does present as being emotionally distraught. He does not impress this examiner as being an individual who possesses an ongoing psychotic process but his longitude and general history reflects he has been exposed to a number of potentially traumatizing events in his life. Because of these early life experiences, he has some

6

000316

Ex_13-000499

identity issues which apparently have never been resolved. In addition, addiction to drugs and depression are problems which have plagued him throughout most of his adult life. Even when symptoms of depression and drug seeking behaviors are not present, his core character traits which are antisocial in nature do rise to a new set of problems which make it difficult for him to function while in society.

## VIII.   Diagnostic Considerations:

Based upon the longitudinal and general history, and available clinical data (including interviews), the following diagnoses are applicable to Mr. Purkey: Antisocial Personality Disorder; Cocaine Dependence; Nicotine Dependence; and Depressive Disorder, Not Otherwise Specified. During several interviews, Mr. Purkey indicated a chaotic/unsettling environment that he grew up in as a child and adolescent and the turmoil he has as an adult. He also complained he has continued to have a dysthymic mood although presenting symptomatology (previously and at present time) do not indicate a major depressive disorder. He also has an extensive substance abuse history and it is difficult to separate his substance abuse history from the dysthymic mood as to which one caused the other. During interviews, Mr. Purkey also indicated part of the burglarizing that he carried out during his adolescent and early adult time was to obtain money to maintain his drug habit.

## IX.   Opinion:

With reference to the issue of competency to stand trial, Mr. Purkey is well aware of the legal charges which have been brought against him and the seriousness of them. He is also aware what could happen to him if he is found guilty of his charges. He expresses a basic understanding of the basic courtroom procedures and expresses a desire to be found competent to stand trial. He also indicated he was "not very happy" with his present attorney and when he returns to court, he will probably request a change of attorney. His mental state does not indicate any affective instability and from all indications, he possesses the affective stability required to assist his attorney in preparing and presenting a legal defense. Therefore, it is the opinion of the staff that Mr. Purkey fulfills the criteria to be considered competent to stand trial.

7

WP009163
000317

Ex_13-000500

In reference to the events which occurred on or around October 27, 1998, available records which included police report, a brief report from Wyandotte County Jail, Mr. Purkey's previous psychiatric records from Larned State Hospital and all data generated during the course of Mr. Purkey's current evaluation at this hospital were reviewed. Mr. Purkey has explained in several interviews in a very organized and narrative manner that he purchased and smoked crack cocaine in the hours just prior to going to the home of the victim. Upon arrival at the victim's home, he smoked crack cocaine in her bathroom. As explained by Mr. Purkey, he "couldn't breathe" and fell down while coming out of the bathroom. In falling "she saw the pipe and asked about it". It caused his heart to start "racing" and he soon realized he had his "hand over her mouth and blood everywhere". Mr. Purkey, in several interviews, has given a very constant account of the events leading to his arrest and there was no change in the manner he related the events on that day. He readily admits he had been smoking cocaine while he was in the victim's house and become rather emotional during the times he had explained the events. Mr. Purkey also indicated this event occurred probably about 10:30 am on that day and he was in the house until about 7:00-8:00 pm. During this period, he went back to check on the victim. Mr. Purkey indicated he was arrested three days later (on October 31, 1998) at a correctional officer's house while he was having coffee with the correctional officer. Mr. Purkey also indicated during interviews that he was planning to turn himself in. All in all, Mr. Purkey continued to provide with a sequencing of events which were consistent with that found in the police reports dated 10-31-98. As indicated by his self-reported long-term functioning prior to the time period in question and his adjustment since that time, it is the opinion of the staff that Mr. Purkey was manifesting symptoms of cocaine induced agitation and a fear of being caught during the time period in question. Thus the staff concluded after reviewing all available data, there was no description of or description about Mr. Purkey's functioning which would indicate that during the time period in question on 10-27-98 he acted in a demented manner or had experienced symptoms of a psychotic process (delusions or hallucinations) which impaired his ability to know the nature and quality of his acts or distinguish between right and wrong. Therefore, it is the opinion of this staff that Mr. Purkey was not experiencing a major mental illness (disease of the mind) on or around the time period in question which would have indicated he "lacked the mental state" required as an element of the offenses charged.

J.L.L. Fernando, M.D.
Psychiatrist

Date: 3.16.99

jlh

8

WP909164
000318

Ex_13-000501

Larned State Hospital
Larned, Kansas
08/98

**INTEGRATED PSYCHIATRIC INTAKE ASSESSMENT**
**MS-66**
Page 1

SSH 45      East II

PURKEY, Wesley Ira

#20,655 DC

**SECTION A** INSTRUCTIONS: Complete this section within 24 hours of admission.

Brought By: _Wyandotte Co Officers._

Date _2-4-99_ Time _2 pm_ Name _____

Address _███  ███  ███  █_  5. County _Wyandotte_

Age _77_ Date of Birth _____ Sex _M_ Race _C_ Dominant Language _English._

In Emergency Contact _Jeanette Purkey_ Phone _(913) 772-0498_

Address _███████_ _Levenworth_ Relationship _Wife._
66048

Legal Guardian _N/A_

Number of Admissions _2_ Legal Status _KSA 22-3219/330_ Religion _christian_

Cash/Checks/Currency Brought on Admission: _∅_

VITAL SIGNS: _96_ Temperature  _68_ Pulse  _18_ Respirations  _120/74_ Blood Pressure
_6'1"_ Height  _184_ Weight  _Gray_ Hair  _blue_ Eyes

Current Medications, Supplements, Nonprescription Drugs

| Name | Dose | Last Dose | Reason For |
|------|------|-----------|------------|
| Paxil | 10mg hs | "Last night" | Depression |
| | | | |
| | | | |

Allergies/Sensitivities

| Allergens | Symptoms | Treatment |
|-----------|----------|-----------|
| NKA | | |
| | | |
| | | |

Alcohol/Drug Abuse History:

| Drug Usage *Indicates Drug of Choice | Route of Use | Age 1st Used | Frequency of Use Prior to Admission/Incarceration | Quantity Used Prior to Admission/Incarceration | Tolerance/Longest Period of Abstinence | Last Used |
|---|---|---|---|---|---|---|
| Ritalin/Meth-? | I.V. | 15 y/o | intermittently | mod/heavy | — | 9 yrs go |
| Crack | I.V. | 15/yr | intermittently | mod/heavy | — | 9 yrs go |
| Cocaine | I.V. | 15 y/o | intermittently | mod/heavy | — | 9 yrs go. |

CURRENT MEDICAL/PHYSICAL PROBLEMS: _Denies_ _Pt. reports having had a mild heart attack 4 mo. ago at KU Med Center - also reports hx of asthma since age 8 or 9 yrs. of age, but not on any medication._

SUICIDAL ATTEMPTS/IDEATIONS: _Denies at this time but attempted suicide last Oct 1998, after he allegedly committed the crime._

WP000165
**000319**

Ex_13-000502

**Larned State Hospital**
Larned, Kansas
08/98
**INTEGRATED PSYCHIATRIC INTAKE**
**ASSESSMENT**
**MS-66**
Page 2

SSH 45      East II

PURKEY, Wesley Ira

#20,655 DC

---

**ACTIVITY/REST PATTERNS:**
Patterns of sleep:
Number of hours per night: 6 - 8
Use of sleep aids: Ø
Pattern of awakening during the night: a lot

Rested upon awakening: No

Personal Hygiene/Activities of Daily Living (ADL):
Patterns of self-care:  Independent X

Requires assistance with: Ø
Mobility (specify ambulatory aids if required):

Hygiene:
Toileting:
Feeding:
Other:
Describe personal hygiene and general appearance:
Clean, neat

**DENTAL APPLIANCE:**
Indicate Dentures (upper or lower, partial), or Braces: Ø

Ambulatory: Yes          Other:

**NUTRITION:**
✓ Well Nourished        ___ Special diet (specify):
___ Obese                     Regular
___ Emaciated             3 Meals per day
___ Gastric tube          Ø Snacks per day

Do you feel you have or have you ever been told you have
an eating disorder? If yes, what? None

**WEIGHT:**
If significant change noted, specify planned or unplanned,
amount, and time frame:
Lost 20 + lbs. during last 3 mo.

**ELIMINATION:**
BOWEL HABITS                    BLADDER HABITS
| Number of stools/day      ___ Urgency
X Soft/formed                     ___ Hematuria
___ Constipation once in     ___ Nocturia
___ Blood in stool awhile    ___ Ostomy device
___ Other                            ___ Other Ø

**REPRODUCTIVE PATTERN:**
Pregnant: ___ Yes   ___ No

Date of last menses:

**GLASSES**
___ None          X Glasses for reading
___ Contacts    ___ Prosthetic Eye
___ Unknown

**BUILD**
___ Small          ___ Medium
✓ Large            ___ Unknown

TATTOOS      x +           Name
SCARS         -/-/-/-/-/-   Length
BRUISES       ⬭            Size
LACERATION  —           Length
SWELLING    ⬭            Size
RASH                           Size
MARK          〰〰        Length

X Pierced Ears
3 Number of holes in ears
each ear   ✓ Right ✓ Left

ANTERIOR          POSTERIOR

WP900166
000320

Larned State Hospital
Larned, Kansas
08/98
**INTEGRATED PSYCHIATRIC INTAKE ASSESSMENT**
**MS-66**
Page 3

SSH 45        East II

PURKEY, Wesley Ira

#20,655 DC

CHIEF COMPLAINT *(Include source of information and reliability)*: _Denies_

HISTORY OF PRESENT ILLNESS *(Include onset of illness and circumstances leading to admission)*: This is the first LSSH for this 47 Caucasian male referred from Wyandotte Co under the provisions of KSA 22-3214 and KSA 22-3302. He has been charged with first degree murder, the victim being an "80 yr old lady", whom patient allegedly murdered with a hammer. He has a history of substance abuse and antisocial behavior which have led to several arrests and conviction. He was admitted to LSH in 1972-1973 and diagnosed as having a "Schizphrenic Reaction" and antisocial personality disorder. He has admitted to a H/o Psychoactive drug abuse consisting of Amphet/Ritalin and Crack/Cocaine, mostly self-administered IV.

WP909167

**000321**

Ex_13-000504

United State Hospital
Larned, Kansas
08/98
**INTEGRATED PSYCHIATRIC INTAKE
ASSESSMENT
MS-66**
Page 4

SSH 45      East II

PURKEY, Wesley Ira

#20,655 DC

**THIS PAGE MAY BE ELIMINATED IF SECTION "B" IS BEING COMPLETED AT THIS TIME.**

Mental Status (Includes the following areas: appearance/attitude, behavior, thought processes/content, perception, mood/affect, and cognitive functioning):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DIAGNOSES (Use official diagnostic nomenclature):

Axis I: (Please designate principal diagnosis if it is on Axis II):_____

_____

Axis II:_____

Axis III:_____

_____

Physician Signature                      R.N. Signature

Date_____  Time_____      Date_____  Time_____

WP909168
**000322**

Ex_13-000505

State Hospital
Larned, Kansas
08/98
**INTEGRATED PSYCHIATRIC INTAKE**
**ASSESSMENT**
**MS-66**
Page 5

SSH 45        East II

PURKEY, Wesley Ira

#20,655 DC

---

**SECTION B INSTRUCTIONS:** Complete this section by the end of the first full working day following admission.

**SIGNIFICANT HISTORY**

**Mental Health** *(Include medication responses, circumstances, and frequency of previous hospitalizations, family history; physical/sexual abuse as victim or abuser.)* Has been admitted to LSH back in 1972-1973, diagnosed with "Schizophrenia reaction, schizoaffective type and Antisocial Personality disorder". Currently on Paxil.

**Developmental/Family:** met nl developmental milestones. Has been exposed to a chaotic family environment.

**Physical Health** *(Include medications; major physical health problems/needs and potential interactions with mental health problems/needs, high risk behaviors for HIV.)* Denies.

**Education/Work:** Has an A.S. degree in Literature at Chemeeka Jr College, Salem, Oregon.

**Cultural Issues:** None.

**Legal Issues:** Has had prior arrests and convictions.

**HEALTH HISTORY PATIENT/FAMILY:**

| (Check appropriate box) | Patient | Mother | Father | Other | Elaborations |
|---|---|---|---|---|---|
| Alcoholism | | ✓ | ✓ | ✓ | Brother |
| Arthritis | | | | | |
| Asthma | | | | | |
| Cancer | | ✓ | | | Pancreatic Ca (now deceased) |
| Diabetes | | ✓ | | | |
| Drug Abuse/Dependence | ✓ | | | ✓ | Brother |
| Glaucoma | | | | | |
| Heart Disease | | | | | |
| High Blood Pressure | | | | | |
| Jaundice | | | | | |
| Mental Illness | | | | | |
| Mental Retardation | | | | | |
| Obesity | | | | | |
| Rheumatic Fever | | | | | |
| Stroke | | | | | |
| Thyroid Disorders | | | | | |
| Tuberculosis | | | | | |
| Seizures | | ✓ | | | |
| High Risk Behaviors | ✓ | | | | |

WP909169
000323

Larned State Hospital
Larned, Kansas
08/98
**INTEGRATED PSYCHIATRIC INTAKE
ASSESSMENT
MS-66**
Page 6

SSH 45      East II

PURKEY, Wesley Ira

#20,655 DC

**MENTAL STATUS:**

Appearance: _Slender, tall, short-haired, sporting a goatee and appearing the stated age. Has tattoos, diffusely distributed over both upper extremities._

Attitude (Include cooperation, guardedness, avoidance): _Friendly, polite and cooperative; broke into tears at the end of the interview._

Behavior (Include psychomotor activity, abnormal movements): _no evidence of abnormal movements._

Speech (Include rate, e.g. normal, slow, mute, rapid; quality; and abnormalities, e.g. aphasia, dysarthria): _Clear, of normal pace._

Thought Processes (Include logical and organized, circumstantial, tangential, disorganized, flight of ideas; describe in terms specific to this patient): _no evidence of thought disorder_

Thought Content (Include delusions, ideas of reference; describe in terms specific to this patient): _no evidence of delusions_

Perceptual Disorders (Include hallucinations, illusions; describe in terms specific to this patient): _Denies_

Mood and Affect (Include stability; congruence/incongruence): _Mood is labile. Affect is appropriate_

WP909170
**000324**

Ex_13-000507

Larned State Hospital
Larned, Kansas
08/98
**INTEGRATED PSYCHIATRIC INTAKE**
**ASSESSMENT**
**MS-66**
Page 7

SSH 45    East II

PURKEY, Wesley Ira

#20,655 DC

Impulse Control *(Include ability to control aggressive, hostile, sexual impulses)*: Has poor impulse control, by his own admission and by history.

Suicidal and/or Homicidal Behavior/Ideation *(Describe in terms specific to this patient)*: Denies at this time.

Cognitive Functioning Examination *(Describe any tests used in making the following interpretations)*: Sensorium/level of consciousness (Indicate whether awake, responsive, lethargic, fluctuation): Alert and responsive.

Orientation
    Time: Knows the date

    Place: Knows the name of the Hospital

    Person: Knows his name.

Memory
    Immediate Recall *(three objects after five minutes, digit span, serial numbers)*: Could recall 3/3 objects after 5 min. Could do digit span of 3 and 5. Could do serial numbers.

    Recent Memory *(events of past 24 hours)*: Could recall what he had for supper last night. Could recall where he came from (prior to admission)

    Remote Memory *(personal/nonpersonal)*: Could recall DOB, wife's address and phone #

    Ability to abstract and generalize *(Include proverbs and similarities)*: Good.

    Estimation of Intelligence *(Indicate above average, average or below average and how evidenced)*: Average, based on fund of knowledge.

    Insight/Judgment *(Include awareness of mental illness and understanding of consequences of actions; describe in terms specific to this patient)*: Both fair at this time.

WP909171
000325

Ex_13-000508

Larned State Hospital
Larned, Kansas

08/98

**INTEGRATED PSYCHIATRIC INTAKE
ASSESSMENT**

MS-66

Page 8

SSH 45      East II

PURKEY, Wesley Ira

#20,655 DC

**ADVANCE DIRECTIVES** (Complete only for patients 18 and older). If the patient has executed an advance directive, the original or a copy must be included in the clinical record.)
The patient has executed a (check all that apply):

☐ Living Will
☐ Consent for a do-not-resuscitate order
☐ Durable power of attorney for health care decisions

The patient has received written information on Advance Directives: ☐ Yes      ☐ No

**LEISURE INTERESTS** (Please indicate interests):

✓Active Group Sports    __Fishing/Hunting/Camping
✓Less Active Sports    ✓Movies
✓Swimming    __Gardening/Plants
✓Walking    ✓Arts and Crafts
✓Cooking    ✓Exercise/Weight Training
__Dances    ✓Listening to Music
✓Table Games/Cards    __Playing Instruments
✓Computers    ✓Singing/Choir
✓Library/Reading    ✓Community Trips
__Other    __Other_____

Medical Assessment of limitation precautions for participation in Therapeutic/Recreational/Leisure Activities:
__Self-abusive        __Diabetic
__Sun sensitive meds    __No cigarettes
__Physical limitations    __Suicidal
__Limit liquids        ✓Asthma *pt. reports he has asthma*
__Heart Problems    __No Swimming
__Elopement Precautions    __Wanders
__Seizure Precautions
__Sexually inappropriate
__Other:_____

Please list other vocational interests or hobbies:
_Plumbing_____

Overall, do you prefer to spend time alone or with others?
_Spend time ē my family or alone_____

**MANAGED CARE**
Community agencies utilized prior to admission (Department of Corrections, Social and Rehabilitation Services, Private Organizations, Mental Health Center, AA/NA, etc):_____
_____

ASSETS: _Average intelligence. Has college degree. Coherent speech. Has marketable job skills._

PATIENT'S PERCEPTION OF STRENGTHS AND WEAKNESSES: _Strengths: "I don't have any" - Weaknesses: "I don't know"_

**RECOMMENDATIONS AND INITIAL TREATMENT**

Medical: _None_

Psychiatric: _Will continue on Paxil_

Nursing: _Orient to ward & ward rules & explain points program_

Social Services: _PROVIDE ROUTINE SERVICES_

WP008172
000326

Ex_13-000509

Larned State Hospital
Larned, Kansas
08/98
**INTEGRATED PSYCHIATRIC INTAKE ASSESSMENT**
**MS-66**
Page 9

SSH 45    East II

PURKEY, Wesley Ira

#20,655 DC

Psychological Services: _will be provided_

Activity Therapy: _Will be assessed at a later date_

Nutritional:    ☑ No nutritional concerns noted at this time
☐ Further intervention/assessment indicated based upon: _____

Other Consultative Services: _none_

Assessment of Dangerousness: _Dangerous to others and self when under the influence, especially._

DIAGNOSES (Use official diagnostic nomenclature):
Axis I (Please designate principal diagnosis if it is on Axis II): _Polysubstance Dependence, in a controlled environment. Depressive disorder NOS._

Axis II: _Antisocial Personality Disorder_

Axis III: _None_

Axis IV: Code __8__    Statement: _Legal issues_

Axis V: Admission GAF __40__        Past Year GAF __0__

Other Physical Disorders Not Related to DSM-IV: _none_

Sign and Date:

_____ LPN ____ 12-4-99

_____ 12/4/99
Physician Signature

_____ 2,04.99
_____ LMSW 2-5-99
_____ RN 2-4-99
R/N. Signature

☑ Original - Master File
‐‐ Copy - Treatment File

WP900173
**000327**

Ex_13-000510

| Larned State Hospital<br>Larned, Kansas | 8/95 | SSH 45     EAST II |
|---|---|---|
| **PSYCHOLOGICAL INFORMATION**<br>**MS-56** | | PURKEY, Wesley<br><br>#20,655 DC |
| Date: March 5, 1999           Page 1 | | |

### REASON FOR REFERRAL:

Mr. Purkey was referred to this facility under the provisions of KSA 22-3302 and KSA 22-3219. As a result, this psychological evaluation will provide an opinion in reference to Mr. Purkey's competency to stand trial and an opinion in reference to his mental state at the time of the alleged criminal offenses.

### ASSESSMENT PROCEDURES UTILIZED:

Millon Clinical Multiaxial Inventory-III (MCMI-III), Minnesota Multiphasic Personality Inventory-2 (MMPI-2), Bender Motor Gestalt, Wechsler Adult Intelligence Scale-Revised (WAIS-R) (abbreviated adaptation), Competency Screening Test (CST), patient's hospital file, observations of patient on the ward, and several psychodiagnostic interviews.

### ASSESSMENT:

According to the WAIS-R (abbreviated adaptation), Mr. Purkey scored a Verbal IQ of 95, average; a Performance IQ of 85, low average; and a Full Scale IQ of 89, low average. Before taking this test, Mr. Purkey stated to the psychometric technician, "I didn't sleep last night. My brain in not functioning." Nonetheless, it is the impression of this examiner as determined by the patient's adaptive level of functioning and performance during mental status examinations that current test scores provide an accurate reflection of his overall intellectual potential.

Psychological screening for neuropsychological types of impairment revealed no indication of gross dysfunction.

During all contacts with Mr. Purkey, his general appearance was appropriate, he was oriented in all spheres, and he was able to engage in goal-directed conversation without apparent difficulty. In spite of occasional and brief stammering, Mr. Purkey spoke in a rapid, flowing, and connected manner. There was no indication of defensiveness in his interactions with this examiner as Mr. Purkey openly volunteered considerable personal information about himself. The content of his thought did not reveal anything clinically significant. When questioned specifically, he denied experiencing hallucinatory phenomena, or beliefs which might be described as delusional or bizarre. Throughout contacts with the patient, he made no attempts to emphasize the fact that he was raised in a difficult and unsettling environment. At several points, he emphasized having a good awareness as to his parental responsibilities, including a need to be an example to his son. His overall mood at this particular time reflects anxiousness, concern, and a significant degree of victim empathy. Without seemingly making an attempt to rationalize his

000328

Ex_13-000511

| Larned State Hospital<br>Larned, Kansas | 8/95 | SSH 45     EAST II |
|---|---|---|
| **PSYCHOLOGICAL INFORMATION<br>MS-56** | | PURKEY, Wesley<br><br>#20,655 DC |
| Date: March 5, 1999 | Page 2 | |

behaviors or to manipulate this examiner, Mr. Purkey cried while talking about the victim of his crimes.

In direct contrast to the attitude he displayed during interviews, the patient made an attempt to feign rather severe psychiatric symptoms on personality testing. For an individual of average intelligence, it would seem he could have made a more sophisticated attempt to manipulate the test data. However, he exaggerated the degree of his psychopathology to such a degree so as to render both personality tests as invalid. Ironically, as much as the patient made efforts to make himself appear highly emotionally distressed on testing, he does present as an individual who, in the opinion of this examiner, does present as being emotionally distraught. He does not impress this examiner as being an individual who possesses an ongoing psychotic process, but his longitudinal history reflects he has been exposed to a number of potentially traumatizing events in his life. Because of these early life experiences, he has some identity issues which apparently have never been resolved. In addition, addiction to drugs and depression are problems which have plagued him throughout most of his adult life. Even when symptoms of depression and drug-seeking behaviors are not present, his core character traits, which are antisocial in nature, give rise to an new set of problems which make it difficult for him to function well in society.

### COMPETENCY ISSUES:

In reference to the issue of competency to stand trial, Mr. Purkey is aware of the legal charges which have been brought against him and the seriousness of them. He expresses a basic understanding of the courtroom procedures, and he expresses a desire to be found competent to stand trial. From all indications, he possesses the affective stability required to assist his attorney in the preparing and presenting of a legal defense. Thus, it is the opinion of this examiner that Mr. Purkey easily meets the standard for competency to stand trial.

### MENTAL STATE:

In reference to the events which occurred on or around October 27, 1998, this examiner reviewed available records which included police reports, a brief report from the Wyandotte County Jail which indicated Mr. Purkey had been incarcerated since October 30, 1998, the patient's previous psychiatric records from Larned State Hospital, and all data which were generated during the course of the patient's current evaluation at this hospital. As explained by Mr. Purkey in an organized narrative account, he had purchased and smoked crack cocaine in the hours just prior to going to the home of the victim on October 27, 1998. Upon arrival at the victim's home, he smoked crack cocaine in her bathroom. As

000329

Ex_13-000512

| Larned State Hospital<br>Larned, Kansas | 8/95 | SSH 45    EAST II |
|---|---|---|
| **PSYCHOLOGICAL INFORMATION**<br>**MS-56** | | PURKEY, Wesley |
| | | #20,655 DC |
| Date: March 5, 1999 | Page 3 | |

explained by Mr. Purkey, he "couldn't breath" and fell down while coming out of the bathroom. In falling, "she saw the pipe and asked about it." It caused his heart to start "racing," and he soon realized he had his "hand over her mouth and blood is everywhere." Mr. Purkey continued to provide this examiner with a sequencing of events which were consistent with that found in the police report dated October 31, 1998. As indicated by his self-reported long-term functioning prior to the time period in question, and his adjustment since that time, it is the opinion of this examiner that Mr. Purkey was manifesting symptoms of a cocaine-induced agitation, paranoia, and a fear of being caught during the time period in question. Thus, this examiner concluded after reviewing all available data that there was no description of or description about Mr. Purkey's functioning which would indicate that during the time period in question, October 27, 1998, he acted in a demented manner or had experienced symptoms of a psychotic process (delusions or hallucinations), which impaired his ability to know the nature and quality of his acts or distinguish between right and wrong. Therefore, it is the opinion of this examiner that Mr. Purkey was not experiencing a major mental illness, disease of the time, on or around the time period in question which would have indicated he "lacked the mental state" required as a element of the offenses charged.

## DIAGNOSTIC IMPRESSIONS:

Axis I: Cocaine Dependence; Nicotine Dependence; and Depressive Disorder NOS
Axis II: Antisocial Personality Disorder

_____
Robert Huerter, LMLP

_____3-10-99_____
Date

Date Dictated: 03/05/99 RH
Date Received: 03/05/99
Date Typed: 03/10/99 dar

_Original - Master File
_Copy - Treatment File

WP000176
000330

Ex_13-000513

Larned State Hospital
Larned, Kansas

LSSH  45   EAST II

**CONTINUATION SHEET**
**MS-130**

PURKEY, Wesley Ira

#20,655 DC

CORE HISTORY UPDATE
Date:   February 12, 1999                    Page 1

**PERIOD COVERED:**  12/29/72 to 02/04/99

**SOURCES OF INFORMATION:**

1.    Interviews with patient (reliability estimated as fair)
2.    Wyandotte County District Court order for patient's present commitment to State
      Security Hospital (Case No. 98 CR 2202)
3.    Police reports of investigation
4.    Master file information covering patient's first hospitalization at Larned State
      Hospital

**SUMMARY OF ACTIVITIES WHILE SEPARATED FROM HOSPITAL:**

Mr. Purkey was admitted for the first time to Larned State Hospital on 12/29/72, on a
Voluntary basis (while on parole).  According to his parole officer, he had been "having
problems while serving parole for burglary, first degree.  After several incidents including
a charge of joy riding, the parole board gave Wes a choice to enter Larned State Hospital
and obtain vocational training or have his parole revoked."

After he had undergone vocational evaluation, Mr. Purkey was placed on Temporary Visit
status from the hospital on 03/17/73 so that he could begin a job as a welder in Kansas
City, Kansas.  He was discharged from Temporary Visit status on 04/13/73.  His final
psychiatric diagnosis was Passive-Aggressive Personality with Depressive Features.

Mr. Purkey recently stated that he had initially returned to Wichita after his release from
Larned State Hospital.  Although he had done some welding, his primary occupation
throughout the years has been as a plumber.  He had wanted to join the military service,
but never did.

He is presently in his second marriage, and has three sons (ages 13, 11 and 10) and one
daughter (age 19).

In the present case, Mr. Purkey is charged with one count each of First Degree Murder
(Off-Grid Person Felony), Aggravated Robbery (Level 3 Person Felony), and Theft under
$500 (Class A Non-Person Misdemeanor).  A co-defendant in the same case was also
charged with misdemeanor Theft, and three co-defendants were charged with one count
of Aiding a Felon (Level 8 Non-Person Felony).  It is alleged that on or about 10/27/98, Mr.
Purkey killed his 80-year-old female victim by repeatedly striking her on the head with a
hammer.  The crime was committed during the course of a burglary.

No information was made available concerning the patient's behavior during his
incarceration which began on 10/30/98 was transported to State Security Hospital on

000331

| Larned State Hospital<br>Larned, Kansas<br>**CONTINUATION SHEET**<br>**MS-130**<br>CORE HISTORY UPDATE<br>Date:   February 12, 1999          Page 2 | SSH  45   EAST II<br>PURKEY, Wesley Ira<br>#20,655 DC |
|---|---|

02/04/99, pursuant to KSA 22-3302, for an evaluation of his competency to stand trial.

**COLLATERAL RESOURCE INVOLVEMENT:**

Upon completion of the patient's evaluation, he will be discharged and returned to the custody and jurisdiction of the committing court for further legal disposition of his case.

**FUTURE POTENTIALS/PROSPECTS:**

Recommendations will be made at the patient's Forensic Staff Conference.


George Strobel, LBSW

2-17-99
Date

Date Dictated: 021/2/99
Date Received: 02/12/99
Date Typed: 02/17/99 GS:pm

__Original - Master File
__Copy - Treatment File

WP000178
000332

Ex_13-000515

LARNED STATE HOSPITAL
Larned, Kansas

SSH 43 EAST II

PURKEY, Wesley Ira

**PHYSICAL AND NEUROLOGICAL EXAMINATION**

**MS-103**

#20,655 DC

Page 1 of 6

Date of Examination: 2/4/99      Time: 3:25 pm   Age: 47

Vital Signs: Blood Pressure (Right Arm Sitting): 120/70 am   Pulse: 68   Respirations: 18

(Oral/Rectal) Temperature: 96.2 °F  *Height: 6'1"   * Weight: 184   (* Nursing Notes)

## GENERAL APPEARANCE

1 Well developed
2 poorly developed
3 Well nourished
4 poorly nourished
5 obese
6 thin
7 cachectic
8 Alert
9 confused
10 apprehensive
11 Cooperative
12 uncooperative
Comments _____

## SKIN

13 Good turgor
14 poor turgor
15 Good texture
16 dry
17 scaly
18 delicate
19 thick
20 No lesions
21 lesions
22 scars
Comments Abdomen
Superf Knife wounds / scar
Scar on forehead

## HAIR

23 Normal distribution
24 alopecia
25 scalp
26 eyebrows
27 axilla
28 pubis
29 hypertrichosis
30 face
31 body
32 hirsutism
Comments _____

## NAILS

33 Normal
34 clubbing
35 brittle
36 ridging
Comments _____

## FACE

37 No lesions
38 moon
39 dull
40 plethoric
41 acromegalic
Comments _____

## HEAD

42 Normal scalp
43 Normal skull
44 microcephaly
45 hydrocephaly
46 irregular contour
Comments _____

## EYES

47 Globes normal
48 absent R
49 absent L
50 exophthalmos
51 hard R
52 hard L
53 Normal lids
54 chalazion R
55 chalazion L
56 xanthoma R
57 xanthoma L
58 blepharitis R
59 blepharitis L
60 ptosis R
61 ptosis L

62 Normal conjunctiva
63 pterygium
64 pterygium L
65 pale conjunctiva
66 Normal sclerae
67 icterus
68 Cornea normal
69 corneal scar R
70 corneal scar L
71 interstitial keratitis R
72 interstitial keratitis L
73 arcus senilis
74 Lens normal
75 cataract R
76 cataract L
77 lens absent R
78 lens absent L
79 Iris normal
80 iritis R
81 iritis L
82 Funduscopic
83 not able to be tested
84 vessels normal
85 tortuosity R
86 tortuosity L
87 A/V nicking R
88 A/V nicking L
89 exudates
90 hemorrhages
91 Discs discrete
92 cupping R
93 cupping L
Comments _____

## EARS

94 Canal clear
95 filled with cerumen R
96 filled with cerumen L
97 inflamed R
98 inflamed L
99 serous exudate R
100 serous exudate L
101 purulent exudate R
102 purulent exudate L

✓ Original - Master File
_ Copy - Treatment File

Use page 6 for additional comments and descriptions

WP008170
000333

Ex_13-000516

## PHYSICAL AND NEUROLOGICAL EXAMINATION (MS-103) - Page 2 of 6

103 Drums normal
104 cannot be visualized R
105 cannot be visualized L
106 erythema R
107 erythema L
108 perforation R
109 perforation L
Comments _____
_____
_____

### NOSE

110 No abnormalities
111 inflamed mucosa R
112 inflamed mucosa L
113 obstruction R
114 obstruction L
115 perforated septum
116 deviated septum
Comments _____
_____
_____

### MOUTH

117 Normal
118 leukoplakia
119 mucosal lesions
120 Gums normal
121 bleed to touch
122 hypertrophy
123 pyorrhea
124 gingivitis
125 Teeth in good repair
125 poor repair
127 edentulous
128 dentures
129 tongue lesions
Comments _____
_____
_____

### PHARYNX

130 Normal
131 inflamed
132 infected
133 Tonsils normal
134 absent
135 enlarged
136 infected
Comments _____
_____
_____

### NECK

137 Supple
138 wry neck
139 limitation of motion
140 tracheal deviation
141 tracheotomy scar
142 nuchal rigidity

Comments _____
_____
_____

### THYROID

143 Non-palpable
144 palpable thyroid
145 diffuse enlargement
146 nodular
147 bruit
Comments _____
_____
_____

### BREASTS

148 No masses
149 mass present R
150 mass present L
151 several masses R
152 several masses L
153 surface lesion R
154 surface lesion L
155 post-op mastectomy R
156 post-op mastectomy L
157 gynecomastia R
158 gynecomastia L
Comments _____
_____
_____

### THORAX

159 Rib cage normal
160 pigeon breast
161 pectus excavatum
162 barrel chest
163 thoracotomy scar
Comments _____
_____
_____

### LUNGS

164 Equal bilateral expansion
165 unequal expansion
   Tactile fremitus:
166 increased R
167 increased L
168 decreased R
169 decreased L
170 Clear to percussion
171 dull R
172 dull L
173 hyperresonant R
174 hyperresonant L
175 Clear to auscultation
   Breath sounds:
176 diminished R
177 diminished L
178 wheezes
179 wet rales
180 musical rales

181 crepitant rales
182 friction rub
Comments _____
_____
_____

### HEART

183 PMI normal location
184 PMI is __ cm L of MCL
185 and in __ interspace
186 No cardiomegaly
187 heart enlarged __ cm
   to L of MCL
188 Regular rhythm
189 rhythm irregular
190 No murmurs
191 systolic murmur
192 mitral area
193 aortic area
194 pulmonic area
195 left sternal border
196 diastolic murmur
197 mitral area
198 aortic area
199 pulmonic area
200 left sternal border
   systolic murmur radiates to:
201 neck
202 axilla
203 loud MI
204 opening snap
205 friction rub
Comments _____
_____
_____

### ABDOMEN

206 Symmetrical
207 asymmetrical
209 obese
209 diastasis recti
210 scar present
211 several scars present
212 tenderness or pain
213 rigidity
214 colostomy
215 Liver non-palpable
216 liver palpable
217 liver is hard
218 liver is tender
219 liver is nodular
220 liver is smooth
221 Spleen non-palpable
222 palpable spleen
223 spleen is hard
224 spleen is tender
225 spleen is nodular
226 spleen is smooth
227 Kidneys non-palpable
228 right kidney palpable
229 left kidney palpable
230 No palpable mass

000334

Ex_13-000517

LARNED STATE HOSPITAL
Larned, KS

SSH 45 EAST 11

**PHYSICAL AND NEUROLOGICAL EXAMINATION**
**MS-103**

PURKEY, Wesley Ira

#20,655 DC

Page 3 of 6

| | |
|---|---|
| 231 palpable mass | |
| 232 No hernias | |
| 233 inguinal hernia R | |
| 234 inguinal hernia L | |
| 235 umbilical hernia | |
| 236 femoral hernia R | |
| 237 femoral hernia L | |

Comments _____
_____
_____

**BACK**

239 No skeletal abnormalities
239 kyphosis
240 lordosis
241 scoliosis
242 limitation of motion
243 muscle spasm
244 muscle weakness
245 muscle tenderness
246 No CVA tenderness (costal vertebral angle)
247 bony tenderness
Comments _____
_____
_____

**LYMPH SYSTEM**

248 No palpable nodes
249 palpable nodes
250 lymphedema
251 lymphangitis
Comments _____
_____
_____

**VASCULAR**

252 No abnormalities
253 varicosities
254 aneurysm
Comments _____
_____
_____

**EXTREMITIES**

255 No abnormalities
256 Pulses bilaterally equal
257 absent R
258 absent L

259 diminished R
260 diminished L
261 pitting edema
262 non-pitting edema
263 amputation
Comments _____
_____
_____

**BONES AND JOINTS**

264 Within normal limits
265 contracture
266 dislocation
Comments _____
_____
_____

**MALE GENITALIA**

267 Normal male
268 circumcised
269 hypospadias
270 phimosis
271 chancre
272 scar
273 ulcer
274 tumor
275 Testes normal
276 undescended testis R
277 undescended testis L
278 atrophic testis R
279 atrophic testis L
280 absent testis R
281 absent testis L
282 No scrotal mass
283 hydrocele R
284 hydrocele L
285 scrotal mass R
286 scrotal mass L
Comments _____
_____
_____

**RECTAL**

287 Sphincter tone normal
288 sphincter tone lax
289 Small firm prostate
290 prostate enlarged
291 prostate hard
292 prostate soft
293 prostate tender

294 prostate nodular
295 prostate absent
296 No rectal masses
297 mass present
298 fissure
299 fistula
300 pilonidal cyst
301 hemorrhoids
302 hemorrhoidal tags
Comments _____
*w/s Keratotic Patches*
*on both buttock,*
*Possibly by other in hard*
*surface.*

**PELVIC**

303 External genitalia normal
304 perineum excoriated
305 perineum leukoplakia
306 perineum ulceration
307 perineum atrophic
308 perineum fistulae
309 Vaginal mucosa normal
310 atrophic
311 ulcerated
312 creamy discharge
313 foamy discharge
314 bloody discharge
315 cystocele
316 cystocele
316 rectocele
317 Cervix normal
318 absent
319 erosion
320 tumor
321 infection
322 Uterus normal
323 uterus enlarged
324 descensus present
325 retroverted
326 retroflexed
327 uterine mass
328 pregnant
329 absent
330 Adnexa normal
331 mass present R
332 mass present L
333 tenderness R
334 tenderness L
335 absent
Comments _____
*N/A* _____

000335

Ex_13-000518

## PHYSICAL AND NEUROLOGICAL EXAMINATION (MS-103) - Page 4 of 6

**NEUROLOGICAL**

**STATE OF CONSCIOUSNESS**

336 Alert
337 Hypervigilance
338 Inattentive
339 Lethargic
340 Fluctuating
341 Confusion
342 Comatose
Comments _____
_____
_____

343 Right handed
344 Left handed

**SPEECH ASSESSMENT**

Pitch:
345 Normal
346 too high
347 too low
348 monotonous
349 pitch breaks
350 other:

Loudness:
351 Normal
352 too loud
353 too soft
354 monotonous
355 other:

Rate:
356 Normal
357 too fast
358 too slow
359 uneven
360 other:

Quality:
361 Normal
362 breathiness
363 harshness
364 hoarseness
365 nasality
366 other:

Articulation:
367 Normal
368 general misarticulations
369 other:

Language:
370 Normal
371 no response to examiner
372 brief responses
373 responses gramatically incomplete
374 responses slow

375 responses irrelevant
376 lack of spontaneity in verbalizations
377 limited vocabulary
378 responses vague or ambiguous
379 excessive verbal output
380 other:

Fluency:
381 Adequate or fluent
382 repetitious
383 revisions
384 other:
Comments: _____
_____
_____

**CRANIAL NERVES**

I.
385 Sense of smell normal (tested with vinegar)
286 anosmia R
387 anosmia L

II.
388 Visual acuity good (Snellen's Chart)
389 Vision acuity not able to be tested
390 blindness R
391 blindness L
392 impaired vision
393 wears glasses
394 Visual fields full to confrontation
395 visual fields loss R
396 visual fields loss L
397 Visual fields not amenable to be tested
398 Discs discrete
399 papilledema R
400 papilledema L
401 atrophy R
402 atrophy L

III,IV, and VI:
403 EOM intact
404 EOM defect R
405 EOM defect L
406 nystagmus
407 strabismus R
408 strabismus L
409 Pupils round
410 pupils irregular
411 Pupils equal
412 pupils unequal
413 Pupils react directly and consensually to light and accommodation
414 no reaction to light R
415 no reaction to light L
416 loss of accommodation R

417 loss of accommodation L

V.
418 Sensations preserved over face
419 sensory deficit face R
420 sensory deficit face L
421 Temporal and masseter muscles contract normally when patient clenches teeth
422 temporal and masseter muscle weakness R
423 temporal and masseter muscle weakness L
424 Jaw jerk normal
425 jaw jerk exaggeration

VII.
426 Able to close eyes tightly
427 unable to close eye R
428 unable to close eye L
429 weakness of eyelid R
430 weakness of eyelid L
431 Taste sensations preserved on anterior tongue (sweet, salt & sour tested with sugar, salt, & vinegar, respectively)
432 deficit anterior tongue R (sweet, salt, & sour)
433 deficit anterior tongue L (sweet, salt, & sour)
434 Able to whistle
435 unable to whistle
436 Both corners of mouth draw up when patient smiles or shows upper teeth
437 corners of mouth do not draw up R
438 corners of mouth do not draw up L
439 Able to inflate mouth with air and blow out
440 weakness R
441 weakness L

VIII:
442 Audiogram to be done
443 Hears normally (conversational voice at 12 feet; whispered voice at 3-4 feet)
444 deficient hearing R
445 deficient hearing L

IX:
446 Palatal reflex present (tickling back of pharynx causes reflex contraction of the soft palate)
447 palatal reflex absent

**000336**

Ex_13-000519

LARNED STATE HOSPITAL
Larned, KS

**PHYSICAL AND NEUROLOGICAL EXAMINATION**
**MS-103**

SSH 45 EAST ll

PURKEY, Wesley Ira

#20,655 DC

Page 5 of 6

| X: | | 462 | tongue deviates to R | | 487 | muscle weakness trunk R |
|---|---|---|---|---|---|---|
| 448 | Swallowing normal | 463 | tongue deviates to L | | 488 | muscle weakness trunk L |
| 449 | regurgitation of fluids | 464 | No wasting of tongue | | 489 | Sensory system normal |
| | through nose while | 465 | wasting of tongue R | | | Deficits: |
| | swallowing | 466 | wasting of tongue L | | 490 | arm R |
| 450 | Both sides of palate arch | | Comments_____ | | 491 | arm L |
| | upwards when saying "ah" | | _____ | | 492 | leg R |
| 451 | palate does not arch R | | _____ | | 493 | leg L |
| 452 | palate does not arch L | | | | 494 | trunk R |
| 453 | Normal voice | 467 | Stands normally | | 495 | trunk L |
| 454 | hoarse and deep | 468 | Romberg's sign | | 496 | Superficial reflexes normal |
| | | 469 | Gait normal | | 497 | diminished or absent R |
| XI. | | 470 | ataxic | | 498 | diminished or absent L |
| 455 | Able to shrug shoulders | 471 | plegic | | 499 | Deep tendon reflexes normal |
| | against resistance | 472 | Parkinsonian | | 500 | hyperactive R |
| 456 | unable to shrug shoulder | 473 | Coordination normal | | 501 | hyperactive L |
| | against resistance R | 474 | coordination poor | | 502 | clonus R |
| 457 | unable to shrug shoulder | 475 | cerebellar signs | | 503 | clonus L |
| | against resistance L | 476 | Motor system normal | | 504 | hypoactive R |
| 458 | Able to rotate chin | 477 | involuntary movements | | 505 | hypoactive L |
| | bilaterally | 478 | tremor: intention | | 506 | absent R |
| 459 | weakness of rotation of | 479 | tremor: coarse resting | | 507 | absent L |
| | chin to opposite side R | 480 | tremor: fine resting | | 508 | Babinski's sign absent |
| 460 | weakness of rotation of | 481 | fibrillation | | 509 | Babinski's sign present |
| | chin to opposite side L | 482 | fasciculation | | 510 | Patient too uncooperative for |
| | | 483 | muscle weakness arm R | | | test |
| XII: | | 484 | muscle weakness are L | | | Comments_____ |
| 461 | Able to protrude tongue | 485 | muscle weakness leg R | | | _____ |
| | straight | 486 | muscle weakness left L | | | _____ |

Summarize Positive Findings:

_Mentally Healthy_

_2 oust_
_Keratitic pattern buttocks 2"x1" on each buttock_

Diagnostic Impression: _Normal Physical Exam_

_____
Signature of Physician

(NINEETHA. S. FERNANDO) MD
**Print Name**

WP000183

000337

Ex_13-000520

**PHYSICAL AND NEUROLOGICAL  EXAMINATION  (MS-103)** - Page 6 of 6

Additional  Comments  or Descriptions:

_____

Signature  of  Physician

000338

_____

Print  Name

Ex_13-000521

**Larned State Hospital**
**Larned, Kansas**
**MS-517**
**BIOPSYCHOSOCIAL ASSESSMENT**

Name: PURKEY, Wesley
Case No: 20655          Sex: Male
Ward: East II - SSH
Adm Date:   2/4/99
Current Date:   2/5/99

Page 1

| INCLUDES ASSESSMENT OF: | | AS APPROPRIATE: |
|---|---|---|
| 1. Emotional/Behavioral Functioning | 6. Family Cultural | 11. Vocational |
| 2. Maladaptive or Dangerous Behavior | 7. Military Service | 12. Educational |
| 3. Environment and Home | 8. Financial Status | 13. Legal |
| 4. Leisure and Recreation | 9. Physical Health | |
| 5. Religion | 10. Sexual Orientation | |

Please Address Each Item and List Problems and Unmet Needs

**ASSESSMENT OF PROBLEMS AND NEEDS**

1. Mr. Purkey was cooperative during admission procedures
2. Polysubstance dependence; present legal charges
3. N/A
4. His interests will be assessed on an ongoing bais
5. Roman Catholic
6. N/A
7. None
8. N/A
9. Essentially physically healthy
10. Heterosexual
11. Laborer
12. Two-year junior college degree
13. Admitted from the Wyandotte County District Court, pursuant to KSA 22-3302 and 22-3219

**PATIENT'S ASSESSMENT OF STRENGTHS AND WEAKNESSES**

STRENGTHS:  "I don't have any."
WEAKNESSES:  "I don't know."

**PROBLEMS/NEEDS WHICH WILL NOT BE ADDRESSED IN TREATMENT PLAN AT THE CURRENT TIME**

Issues not related to the court order of commitment

_J. L. Fernando, MD - Team Leader_

2.5.99

Date

WP009185
000339

Ex_13-000522

LSH 350    Assigned to Dr. Lara                                          Form IM-1500

## FACE SHEET

| PATIENT'S NAME (Last, first, middle) | | INSTITUTION | CASE NO. | ADMITTING WARD |
|---|---|---|---|---|
| PURKEY, Wesley Ira | | Larned St. Hosp. | 20,655 | Pinel |

| PERMANENT ADDRESS | | DATE OF ADMISSION | TSF To WARD | DATE |
|---|---|---|---|---|
| ████ ████ s, Wichita, Kansas 67200 | | 12-29-72 | | |

| IN EMERGENCY NOTIFY (Name, address, telephone number, relationship) | |
|---|---|
| Mrs. Carrie Burke (Aunt), ██████████ , Wichita, Kansas 67200 | AM 7-6724 |

| COUNTY OF RESIDENCE | PLACE OF BIRTH | DATE OF BIRTH | AGE & ADMISSION |
|---|---|---|---|
| Sedgwick | Wichita, Kansas | ███2 | 20 |

| SEX | RACE | RELIGION | MARITAL STATUS | EDUCATION |
|---|---|---|---|---|
| M | White | Catholic | Never married | 9th grade |

| USUAL OCCUPATION | VETERAN STATUS | REL. TO VET. | CITIZENSHIP |
|---|---|---|---|
| Welder | None | Father a veteran | American |

| TYPE OF ADMISSION | ADMISSION STATUS | SOCIAL SECURITY NUMBER | MEDICARE NUMBER |
|---|---|---|---|
| Voluntary | First | ████████ | |

| PREVIOUS HOSPITALIZATION (Institution, admission and discharge dates) | Referred By: |
|---|---|
| | Dr. Ibarra |
| | Dr. Murphy |
| | Social Problem Area |

| ADMISSION DIAGNOSIS *Passive Aggressive Personality w Depressive feature* | ESTABLISHED DIAGNOSIS |
|---|---|
| PSYCHIATRIC | PSYCHIATRIC *Confirmed* |
| SOMATIC *Healthy Male* | SOMATIC *Confirmed* |

| ADM. DATE | DISCH. DATE | M & S SECTION DIAGNOSIS |
|---|---|---|
| | | |
| | | |
| | | |

TREATMENT SUMMARY: (Change in status, special procedures, comments, assigned to)

| Date | Comments |
|---|---|
| 2-2-73 | *Transferred to Voc Rehab.* |

RECORD OF RELEASES: (Continue on back, if necessary)

| Type of Leave | Condition | Date Out | Date Return | Days Absent |
|---|---|---|---|---|
| *Temp. Visit* | | 2-17-73 | 2-18-73 | |
| " | | 3-2-73 | 3-5-73 | |
| " " extended | | 3-16-73 | | |
| | | 3-30-73 | | |
| *Discharged while on Temp Visit* | | 4-13-73 | | |

DEATH, DISCHARGE OR DISMISSAL (Net Length of Hospitalization) _____  Years _____ Days

CHART STRIPPED
DATE 2-21-89

CAUSES OF DEATH (As recorded on death certificate) _____

WP009186
000340
(OVER)

## REFERENCE ADDRESSES AND RELATIONSHIP

**SPOUSE:** None
Name                                                    Address

**MOTHER:** Velma Purkey, 330 South Charles, Wichita, Kansas
Name                                          Address                          Birthplace

**FATHER:** Jack Purkey, 1302 South Topeka, Wichita, Kansas
Name                                          Address                          Birthplace

**CHILDREN:** None
Name                                          Address

Name                                          Address

Name                                          Address

Name                                          Address

**BROTHERS AND SISTERS:** Gary Purkey (presently in jail in Wichita. Did not live at home while out of jail.)

**OTHERS INTERESTED**

161-6

WP000187
**000341**

Ex_13-000524

IM-1503 Rev. 10-69
LSH-360-Rev.

RELEASE SUMMARY

LARNED STATE HOSPITAL
Larned, Kansas

IDENTIFYING INFORMATION:                          BUILDING Voc.Rehab.
                                                           Pinel

Name_PURKEY, Wesley Ira____Age 20__Race White__Case Number_20,655___

Marital Status_Never Married_____Occupation_Welder_____

admitted to the Larned State Hospital for the_1st_time from_Sedgwick_____

County on__12-29-72_____on a____Voluntary_____basis
          (date of admission)              (type of admission)

DATE & TYPE OF RELEASE Temp. Visit 3-16-73; Extended 3-30-73
                       Discharged while on Temp. Visit: 4-13-73

The attending physician was__D. H. Davis, M. D._____and the final

diagnoses were:  PHYSICAL  Healthy Male_____


                 PSYCHIATRIC_Passive Aggressive Personality with____
                            Depressive Features.


REASON FOR ADMISSION:

According to the patient's parole office, Mr. Robert Lindt, Wichita, the
patient was having problems while serving parole for burglary, first
degree.  After several incidents including a charge of joy riding, the
parole board gave Wes a choice to enter Larned State Hospital and obtain
vocational training or have his parole revoked.  He chose to enter the
hospital.


PERTINENT FINDINGS AT THE TIME OF ADMISSION:

1. Physical examination *Ht 6'1" wt 173, T 98.6 P 100, BP 130/70*
*scar forehead. Tattoo forearms.*

2. Routine laboratory, X-ray and Special Examinations :VDRL:  Non-Reactive
BLOOD MORPHOLOGY:  Hgb. 15.4, MCHC 35.5, WBC 7,100, Hematocrit 43%,
Count 100, Baso. 1, Eosins. 1, Stabs. 2, Segs. 56, Lymphs. 40  BLOOD SUGAR:
2 hr pc 77, BUN 7.0, URINALYSIS:  Color - yellow, Character - hazy,
Reaction 6.0, Specific Gravity 1.023.WBC 10-12-/hpf, Ep.Cells 1-2/hpf,
   3. Psychiatric examination
Wesley was cooperative, well oriented as to time, place and person.  His
thought content was centered with his problems with the law.  He was some-
what depressed.  He evidenced poor judgment and has some difficulties in
accepting responsibilities.  No distortions of perception or hallucinatory
experiences could be elicited.  His memory seemed to be preserved for all
events and his intelligence seemed to be in the average range.  His thought
process was logical, coherent and in relation to his hospitalization and hi

(continued on page two)                                        Cont'd.

000342

Ex_13-000525

PATIENT'S NAME___ Purkey, Wesley I._____CASE NO.20,655___

ROUTINE LABORATORY:  Bacteria - occ., Yeast 1+. Normal Chest.

PSYCHIATRIC EXAMINATION:  Continued from Page 1

problems with the law.  His mood was appropriate to the situation.
He admitted having severalb problems with the law and admitted to being
jailed twice after he left KSIR because of drinking problems.

**000343**

Ex_13-000526

RELEASE SUMMARY

PATIENT'S NAME    Purkey, Wesley I.    20,655

TREATMENT PROGRAM

Wesley Perkey entered T.O.W.E.R. January 15, 1973 completing January 19, 1973
He completed 6 vocational evaluations in 4 days.  The Kuder Personal and
the Kuder Vocational Preference tests, Bass Orientation Inventory, and the
G.A.T.B. were not given due to his low reading level of 6.2. The clerical
and electronics evaluations were above average.  The machine shop, and
sewing machine evaluations were average.  The drawing and workshop assembly
were below average.  He has a fair spectrum of vocational potential,
providing his poor listening habits and motivation improve.
Wes participated in the Resocialization Class from 2-5-73 to 3-2-73.  The
instructors' report stated that he participated in class discussions tho
at times it seemed quite superficial.  He did well in all didactic material,
attended classes regularly, and his grooming was good.  Wes was placed on
a work evaluation at the Laundry and it was reported that he was a good worker
even though he did not particularly like the job.

CONDITIONS ON TERMINATION

Wesley Perkey is ambulatory, capable of taking care of his personal needs

and working.  He was placed on Temp. Visit 3-16-73; Extended 3-30-73
and Discharged while on Temp. Visit 4-13-73.  He left the Vocational
Rehabilitation Unit for employment as a Welder with the Maywrith Company,
Dodge City, Kansas.  He is residing at the Osage Apartments, 504 1st St.
Dodge City, Kansas

RECOMMENDATIONS

Financial assistance and follow up services will be provided by

Vocational Rehabilitation.  Vivien Hanna is the Vocational Rehabilitation
Counselor.

MEDICATIONS                                   Sinequan - 25 mg. tid

DATE  5-4-73

ATTENDING PHYSICIAN                                      5-4-73

WP009190
000344

Dict: DHD   4-27-73
Typed: dc   5-3-73

SUMMARY OF HOSPITALIZATION
LARNED STATE HOSPITAL
Larned, Kansas

LSH-365

## CASE SUMMARY

### IDENTIFYING INFORMATION:

Name _____ PURKEY, Wesley Ira _____ Age _21_ Race _White_ Case No. _20,655_

Marital Status _Never Married_ Occupation _Welder_ Religion _Catholic_

admitted to the Larned State Hospital _Adult Unit #1_ , _Pinel_ , for the _first_ time
                                        (section)          (building)

from _Sedgwick_ County on _12-29-72_ on a _Voluntary_ basis
                          (date of admission)      (type of admission)

Patient's status was changed to _____ on _____.

### REASON FOR ADMISSION:

According to the patient's parole officer, Mr. Robert Lindt, Wichita, the patient was having problems while serving parole for burglary, first degree. After several incidents including a charge of joy riding, the parole board gave Wes a choice to enter Larned State Hospital and eventually obtain vocational training or to have his parole revoked. The patient chose to enter Larned State Hospital.

HISTORY OF ILLNESS: The patient had never been in any mental hospital until his present admission to Larned State Hospital. In the past few years he was arrested on 8-12-69 for burglary and attempted rape; 3-2-70 for burglary and larceny; 4-9-70 for burglary and attempted rape; and 7-29-70 for kidnap and attempted rape. We do not have the disposition of these charges available. WEsley's first felony as an adult was burglary, 1st degree for which he was sentenced 10-21 on 9-1-70 by the Sedgwick County District Court. On 10-12-70 he was admitted to KSIR and on 10-22-70 was transferred to Kansas State Reception and Diagnostic Center for evaluation. Prior to the completion of his evaluation he was returned to the [illegible] by court order, on 11-2-70. Subsequently he

000345

1 of 4

Ex_13-000528

LSH-365

## SUMMARY OF HOSPITALIZATION
## LARNED STATE HOSPITAL
### Larned, Kansas

CASE SUMMARY, continued:

Page _____ 2 _____

Name _____ PURKEY, Wesley Ira _____

Case No. _____ 20,655 _____ Section ___ Adult Unit # 1

Building _____ Pinel _____

~~REASON FOR ADMISSION COMPLAINT~~  HISTORY OF ILLNESS (continued):

was readmitted to KSIR on 3-11-71 and on 4-1-71 was transferred to Kansas State Reception and Diagnostic Center. He was given the diagnosis of Schizophrenia Reaction, Schizo-Affective Type, Depressed, superimposed upon a pre-existing antisocial personality charac terized by selfishness, callousness, irresponsibility, impulsiveness, and the inability feel guilt or learn from experience and punishment. He was released on parole 7-18-72.

His progress was very poor. On 10-4-72 he was placed in the halfway house in order to have a more structured environment until he became fully employed, which he never did. On 12-5-72 he went to his mother's house and took her car without permission. She filed a complaint against him for auto theft, which was reduced to joy riding. On 12-15-72 he pled guilty and received a sentence of 30 days and a $50.00 fine. These were suspended on the condition that he voluntarily submit himself to Larned State Hospital for evalua-

~~BACKGROUND INFORMATION:~~  tion and treatment. Also, the patient's parole officer states that he is hoping Wesley will receive Vocational Rehabilitation training while at Larned State Hospital and will be encouraged to seek employment in some area other than Wichita after discharge.

BACKGROUND INFORMATION

The family background prior to and during the patient's childhood has been extremely chaotic. The patient's father and mother were married and divorced one month later in 1943. In 1944 the patient's mother married another man. The patient's half-brother, Gary Purkey, was born to this union on 5-20-48. In 1951 the patient's mother divorced her husband and remarried her fi____ band. Wesley was the only child born to them,

WP909192

000346

2 of 4

Ex_13-000529