# Exhibit 14

Illustrative List of Retaliation Delusions and Beliefs
Stemming From Filing Lawsuits and Grievances

| Date of Complaint | Bates | Document | Form of Retaliation | Text |
|---|---|---|---|---|
| 08/10/2000 | GR000396-99 | Kansas Department of Corrections Inmate Grievance Form | Disciplinary action for fabricated infraction; Destroying grievances; Unsanitary conditions | "This officer has systematically harassed me through issuing me improper motivated disciplinary report, literally destroying grievances I have filed against him, subjected me to unsanitary conditions, denial of lives basic necessities, i.e., water, plush stool and extreme heat, threatening me in reference with my present criminal charges…" . . . "The Unit team management CI is thoroughly aware of the continuing harassment and refuses to take any initiative to stop it. Although the Unit team in CI is through their performance and/or non performance of duties is **doing everything they can to impede and thwart me from seeking redress of these issues through the grievance process.**" <br><br> UNIT TEAM RESPONSE: "Your don't offer any evidence to support your allegation that you are being targeted or singled out for harassment. You have never mentioned the allegation that grievances were being destroyed to UT staff, despite the fact that you have contact with them on a daily basis. You also offer absolutely no evidence supporting your allegation that UT staff are aware of AND covering up staff misconduct. Every allegation made regarding staff conduct is investigated and appropriate action taken. No further action deemed necessary for this complaint." |
| 12/04/2008 | WP_GR000158-59 | FCC Terre Haute Informal Resolution Form | Cell shakedown and throwing personal items in the trash; <br><br><br><br><br><br> Deliberate incitement of Wes | "On December 3rd., 2008 I spoke with Warden Marberry regarding Mr. ████ and Mr. ████████ refusal to schedule a legal call with one of my habeas attorneys - later that same evening I was subjec to a **retaliatory cell shakedown** by OIC ████ and ████████." . . . "I witnessed several food items being thrown in the trash, as well as my personal newspapers, i.e. K.C. Star. I hollared to OIC ████ that I wanted a confiscation slip for everything being confiscated from my cell - I heard her and ████████ both laugh and she yelled back to me that, 'we will take whatever we want and you can do whatever you need to do, but I am not giving you a fucking confiscation slip.". . . "After this **retaliatory shakedown** everytime she made rounds on the range she would stop and shake my cell door three or four times deliberately to irate me and provoke me into an affront so she could issue me disciplinary action." |
| 12/05/2008 | GR000156-57 | US Department of Justice Request for | Cell shakedown | "The BP-8 prespicuously delineated the maliciousness of the cell shakedown in close proximity with the complaint I made to Warden Marberry regarding Case Worker ████████ and Case Manager ████████ obstinacy to perform their duties under the pretense of a routine cell shakedown, which in this case |

| | | Administrative Remedy | Cover-up / Collusion of retaliation by failure to investigate | was my fourth or fifth shakedown within a weeks period." . . . "Whereas the response given by Mr. ▮▮▮▮ demonstrates the **cover-up**, playing ostracism to the facts delineated and enunciated through the BP-8, this is typical ▮▮▮▮ who the complaints make to Warden Marberry, December 3rd was substantially about." . . . "The biasness of this response and its obvious good ole boy sham nature demonstrates ▮▮▮▮ not only condoning this usurp of power and flagrant violations of law, but that he orchestrated such and maneuvered the **retaliatory action in punishment for my complaints made to his superior**, i.e. Warden Marberry this same date." . . . "Of course Mr. ▮▮▮▮ performing the prerequisite, investigation concerning allegations. . . is pretty much the fox watching the henhouse, as he acted in full collusion and concert with ▮▮ and ▮▮▮▮. Further evidence of this **collusion** is his adamant refusal to perform the mandated investigation inot the allegations levied under applicable BOP Policy." |
|---|---|---|---|---|
| 12/22/2008 | GR000424-25 | FCC Terre Haute Informal Resolution Form | Refusal to process grievances;<br><br>Denied access to grievance forms;<br><br>Denied phone use<br><br><br><br>Deliberate incitement of other prisoners against Wes<br><br><br><br>Verbal abuse and intimidation | "This is the second BP-8 filed regarding this issue whereas the original was given to second shift December 21, 2008 for placement in Mr. ▮▮▮▮ Box which somehow never was placed in his box I am told as of this dage, December 22nd., 2008. This administrative Informal Remedy is being filed through the warden's office via Gary E. Brotherton who represents me in my Capital Habeas Prcaceedings. Futrther' because Mr. ▮▮▮▮, ▮▮▮▮ and ▮▮▮▮ have and continue to deny me access to administrative forms I was required to borrow this one from B. ▮▮▮▮ this date. The following delineates and enunciates the **retaliation** taken against me by OIC ▮▮▮▮, December 19th &20th, 2008. After being denied numerous times phone usage on second shift having my Cop Out request literally thrown in the trash and then mocked by second shift personnel when I asked if they had received them Cop Out for phone scheluding -" . . . "...OIC ▮▮▮▮ returned to the inmate's cell who had the phone and told him that, 'Purkey is crying about getting the phone and you know that if I do not give it to him that he is going to cry to the warden again.' Shortly thereafter ▮▮▮▮ brought me the phone telling em that I needed to hurry up because the inmate he got the phone from needed it right back. I did not bite on ▮▮▮▮ proding me whith the statement he used to incite the other inmate against me, because I wanted to speak with my daughter." . . . "After using the phone promptly - ▮▮▮▮ came after the phone taking it back to the inmate who he had taken it from prior to affording it to me. On his way back from giving the phone back to the other inmate he came to my cell and started to ridicule me telling me that, 'you aren't anything special and I don't give a damn about your complains to the Warden.'". . . "Standing at my cell door glaring at me he told me, "I didn't receive a phone request from you today or yesterday - you can fuck yourself and your family - he told me -rnd continued to stand at my cell door staring at |

Ex_14-000818

| | | | | me - which the cameras on the range will clearly verify - but of course as ▮ knows that **anything he does on this unit will be covered-up** by his good ole boy partners…" |
|---|---|---|---|---|
| 01/04/2009 | GR000012-13 | FCC Terre Haute Informal Resolution Form | Denied multipurpose room access | "In the past Mr. ▮ has not hidden his **animus against me for these endeavors of aiding other inmates with both filing of grievances and lawsuits** and in turn has ignored numerous requests for legal consult in the multipurpose area which has been addressed as well through administrative channels." |
| 01/04/2009 | GR000011 | FCC Terre Haute Informal Resolution Form | Denied request for legal consult with other inmates | "In the past several weeks I have repeatedly submitted Cop Out's requesting legal consultations with different inmates who I am aiding with either pending litigation and/or preparing litigation for filing with the courts. Case Manager ▮ and now Case Worker ▮ continues to deny these legal consultations without reason given. The following BP-9 will delineate and clarify the flagrant violations of law being ignored to be these administrative personnel who continue to commit such in **retaliation for me aiding therse other inmates with litigation and filing grievances.** This date Case Worker ▮ refused my third cop out request for a legal consult with Inmate ▮ ….." |
| 01/05/2009 | GR00009-10 | FCC Terre Haute Informal Resolution Form | Providing grievances to staff cited in the grievance to incite retaliation<br><br>Disciplinary action for fabricated infraction; Cell shakedown and confiscating / destroying personal property; Denied legal consultants | "This seeks redress for the **campaign of retaliation** being taken against me by applicable SCU Administrative personnel i.e Case Worker ▮. In the past two weeks ▮ has consistently dprovided SCU security personnel with grievances I have filed against them with the deliberate intention to provoke and incite them against me. I have filed previous grievances against him for this unlawful practice which he continues to demonstrate a deep rooted obstinacy to." . . . "Here ▮ is intentionally giving grievances directly to SCU security personnel to provoke and incite them against me which in the past have subjected me to fabricated disciplinary, targeted cell shakedowns whereas my personal property has been taken, destoryed and/or mutilated. Further' as recently demonstrated and grieved as seen through the two attachments that both edwards and ▮ continue to deny me access to legal consultation with other inmates I am aiding in preparing and/or prosecuting litigation in the U.S. District for the S.D.Ind. Such **retaliatory actions** by ▮ stands in flagrant violation of well established law." |
| 02/26/2009 | GR000021-22 | FCC Terre Haute Informal Resolution Form | Denied access to typewriter to prepare legal materials;<br><br>Verbal abuse; | "Spoken with Case Worked ▮ and Mr. ▮ many times anent these issues of the continuing malicious hording of the typer and the second shifts continuing **retaliatory actions** - without resolve." . . . "In fact when I told [C.O. ▮] that I guess I need to submit a grievance everytime I need to use the typewriter for preparing legal of my own and for other inmates, whereas he told me that no one gives a fuck about those god damn grievances and to stick my legal work in my ass." . . . "Correctional Officer ▮ went on to reiterate that, 'No one gives a fuck about your god damn grievances, file as |

Ex_14-000819

| | | | | |
|---|---|---|---|---|
| | | | Throwing mail on the floor;<br><br>Denied access to phone | many as you fucking want - no one gives a fuck about them.' Directly after this exchange I asked the other second shift officer(who literally threw my mail on the range yesterday which a grievance has been filed on requesting his name and which I discussed with Case worker ▇▇▇ this date) if I could please use the phone, as I submitted a phone request for 4p.m. at lunch. With some smart ass sarcasm he said yeah if I can find your request." . . . "he and CO ▇▇ walked away from my cell after that sharing a good laugh….." |
| 09/23/2009 | GR000091-92 | FCC Terre Haute Informal Resolution Form | Denial of commissary order; Cell shakedown;<br><br><br><br>Harassment during legal consult with another prisoner | "This date after filing grievance naming OIC ▇▇▇▇ in such for his complicity in the **retaliatory** denying me my commissary my cell was tore up during my legal counsel with inmate ▇▇▇. My commissary in my lockers was destoryed smashed and crumbled, my cardbrad boxes which I had for mailing my art work out was taken from underneather my bed and my cell left in total disarray. During the legal counsel with Inmate ▇▇▇ CO ▇▇▇ repeatedly came back to the area harassing me, as he has did everyday since the shift rotation, whereas he denied me the phone his first day on the unit and then mandated that I make my call with him standing at my cell door, all the while yelling at me to hurry up. This is exactly what occurred this date when I was escorted to the legal consult with ▇▇▇ that CO ▇▇▇ immediately came in  the consult area and stood over me and ▇▇▇…" . . . "Upon being escorted back to my cell from the legal consult with ▇▇▇ and finding my cell left in total disarray asked OIC ▇▇▇ one who was in my cell and tore it up, he advised me that . . . if I did not want my cell tore up then I needed to stay home." |
| 09/23/2009 | GR00087-88 | FCC Terre Haute Informal Resolution Form | Approving commissary order to cover up retaliation | "On this date Warden Marberry approved me for ordering the commissary order that I was **retaliatorily** denied by commissary September 21., 2009 after I sought redress through the administrative remedy procedures for **retaliatory** disciplinary action given in reference with the destruction of some of my commissary the previous week September 15th, 2009. This approval by Warden Marberry was no less than sham to enspand the ongoing **campaign of retaliatory actions** being waved against me by administrative and security personnel." . . . "Warden Marberry was thoroughly aware that I would not be receiving commissary today, or for that for two more weeks, but yet she flaunted this farce **in retaliation for my filing grievances against the commissary and lawsuits against her.** These actions by her and Case Worker ▇▇▇ constitute **retaliation…**" |
| 09/23/2009 | GR000105 | FCC Terre Haute Informal Resolution Form | Refusal to Process an art order | " This s eeks redress for Recreational Supervisor ▇▇▇ refusing me process of an art order submitted to him August 18th, 2009. In he past I have sought redress against ▇▇▇ through the administrative procedures anent the mishandling of my art materials for mailing and/or packing, whereas no he is denying me processing of my art order in **retaliatory action for utilizing administrative proceedings against him**." |

Ex_14-000820

| 09/23/2009 | GR000106 | FCC Terre Haute Informal Resolution Form | Suspected destruction of art work | "This seeks redress for the **retaliatory destruction** of my art work which I provided Recreational supervisor ███ for mailing over two months ago." . . . "FInally Recreation Personnel ███ came to my cell and told me three weeks ago that ███ forgot to sign off on your mailing receipt and the paintings have been sitting in R&D for two months." . . . "To no resolve, whereas ███ has shown a complete obstinacy to my legitimate complains which demonstrate the malicious handling and probably destruction of the paintings……" |
|---|---|---|---|---|
| 09/25/2009 | GR000100-01 | FCC Terre Haute Informal Resolution Form | Cell shakedown and cover-up | "This is in redress of Case Worker ███ complicity in the **retaliatory actions** being taken against me by OIC ███ and other second shift personnel which have been delineated and enunciated through other grievances." . . . "... I persisted to ask him if OCI ███ and his crew were required to provide me or any other inmate with a confiscation slip when they take personal items from my cell during shakedowns, and I then names the items that were taken during the September 23rd shakedown he became enraged and with the entire range listening screamed at me, 'no on fucking believes a word you say, we can shake your cell down whenever we want and take whatever we want as well. Now write that up,' he told me as he stormed off the range.". . . "As ███ told me, 'file on that.' There is no resolution because he is, as is ███ taking **active steps to cover-up retaliation** of the shakedown and taking my property." |
| 09/26/2009 | GR000085-86 | FCC Terre Haute Informal Resolution Form | Cell shakedown and cover-up | "At that time officer ███ told me that the shakedown was not retaliatory that it was just a random shakedown. I told CO ███ that the shakedown was **retaliatory**, as he has been harassing me during the entire legal consult I had with [Inmate] ███ that night and that the shakedown was a **direct result of the grievance I filed** against Warden Marberry which names OIC ███ as being collateral to the premise of that grievance. ███ again reiterated that the shakedown was not retaliatory, but random. After he again tried to persuade me that the shakedown was not retaliatory I asked him how many of the other four inmates who also had legal consult that same night did he subject to shakedowns and taking of any of their property or otherwise. His reticence to answer spoke volumes within itself." . . . "Both the shakedown and taking of my property were not performed under applicable BOP Policy and/or law, and were **retaliatory for me exercising redress through the administrative processes for alleged other retaliatory actions** taken against me by Warden Marberry which included **acts of a coverup** by OIC ███. |
| 10/27/2009 | GR000117-18 | FCC Terre Haute Informal Resolution Form | Sleep deprivation; | "This seeks redress for the **retaliation** being taken against me by CO ███ on third shift." . . . "[CO ███] immediately hollered out, 'is your sissy ass still crying about that bullshit. You need to fucking grew up you are nothing but a bitch.' When I told ███ that he needed to stop waking me up - shining that flashlight in my face and holding it there four or five times a |

Ex_14-000821

| | | | | |
|---|---|---|---|---|
| | | | Verbal abuse;<br><br><br><br>Destroying personal property;<br><br><br>Threats of physical violence | night he continued to curse me, telling me that I am nothing but a sissy bitch and needed to stop filing those fucking grievances that I could stick up my ass. When I showed my aggravation over him cursing me he hollered out that I am writing your ass up now. In the past, including October 26th, 2009 I filed Informal Resolution(s) seeking redress for CO ▮▮▮▮▮ abusive actions toward me including the tearing up and destroying of my personal pictures of my deceased grandson, as well as for the continuing harassment in the past several weeks seen rotation of waking me up everynight that he works by shining his flashlight in my eyes and holding it there until I wake up which causes not only sleep deprivation, but severe headaches and anxiety as well. He has and continues to harass me everynight that he works by these tactics, as well as taunting me and provoking me by telling me through my cell door at night that I don't give a fuck about your grievances - I will kick your ass and etc." |
| 11/02/2009 | GR000114-15 | FCC Terre Haute Informal Resolution Form | Sleep deprivation;<br><br><br>Verbal abuse | "This is in redress of the **ongoing retaliation** taken against me by CO ▮▮▮▮ on third shift, more specifically for the continuing waking me up numerous times everynight by holding his flashlight in my face until I am woke up and then he antagonizes me by telling me that 'you'e going die; they are going to kill you punk; you ain't shit and your fucking grievances aren't shit either." |
| 11/04/2009 | GR000112 | FCC Terre Haute Informal Resolution Form | Sleep deprivation;<br><br><br>Death threats | "At 11:30 P.m November 3rd., 2009 CO ▮▮▮▮ me up by standing at my cell door holding his flashlight in my eyes and telling me that I am going to kill you punk, no one cares about what you say. **This was in reference with grievances I had filed that day against him**, and spoke with my attorney Mr. ▮▮▮▮ about the malicious harassment ▮▮▮▮ has subjected to me since he started working the third shift in the past thirty days or so. ▮▮▮▮ then continued to wake me continuously for the next several hours refusing to allow me to sleep for so much as a half hour. He continued making threats against me everytime he came to my cell and harassed me with his flashlight shining in my eyes." |
| 11/23/2009 | GR000147-48 | FCC Terre Haute Informal Resolution Form | Sleep deprivation;<br><br><br>Destroying request to see doctor | "This seeks redress for the **ongoing retaliatory calculated harassment** by CO ▮▮▮▮ and third shift personnel who are complicit in such **retaliatory actions** of participating in a campaing to deny me sleep since staff rotation a month ago, as well as not destroying my sick call request submitted for processing…" . . . "Because of the continued harassment by ▮▮▮▮ of waking me on an adverage of every thirty minutes throughout the night I suffered acute chest pains, anxiety and anguish." . . . "It is obvious that the third shift took the sick call requests from my door and destroyed them for the same malicious ▮▮▮▮ continues to harassment me everynight he works throughout the night." "Numerous grievances have been filed out not only in redress of these **protracted retaliatory calculated harassment** tactics being taken against me by ▮▮▮▮, but as well to document them for formal redress |

Ex_14-000822

| | | | | through the courts at a later date and time. Every staff menber (regular staff SCU member) working this unit is thoroughly aware of the calculated harassment being waged against me by ▆▆▆▆ and some are actively participating in the same"<br><br>CORRECTIONAL COUNSELORS COMMENTS: "SIS . . . determined the staff member you allege harassed you was not on duty at the time you indicated" |
|---|---|---|---|---|
| 12/02/2009 | GR000146 | US Department of Justice Request for Administrative Remedy | Lying to cover up targeted harassment sleep deprivation | "On November 23rd 2009 I sought redress for the **calculated harassment** being taken against me by C.O. ▆▆▆▆ and other third shift personnel." . . . "Case Manager ▆▆▆▆ in effort to conceal this ongoing calculated harassment by C.O. ▆▆▆▆ and other third shift personnel, including C.O. ▆▆▆▆ claims that ▆▆▆▆ was not working this date. Contrary to these erroneous contentiouns ▆▆▆▆ was working these dates, whereas I again provided specific times of some of the alloeged harassment taken place which would clearly be depicted on the camera setting just feet from my cell." . . . In fact C.O. ▆▆▆▆ took a sick call request out of my cell door which I had placed up there for the sick call nurse the following morning . . . contrary to Mr. ▆▆▆▆ **glaring attempt to cover-up yet again further abuses by his fellow government workers** ………… As he has did in the past………." |
| 12/02/2009 | GR000151 | US Department of Justice Request for Administrative Remedy | Threats to taint food | "On November 25th, 2009 I sought redress for the continuing designation of my commonfre meal by placing my name on it. which in the past security personnel have levied threats to taint my food **for making complaints, filing grievances and lawsuits** in redress of the ongoing shortages and spoiled foods being served on the same in teh past two years." |
| 01/06/2010 | GR000018-19 | FCC Terre Haute Informal Resolution Form | Denial of legal materials | "During administrative rounds I sought redress for the denial of access to these legal materials via SCU Electronic Research System. I handed Ms. ▆▆▆▆ a listing of these cases I needed access to for responding to the Judgment Order handed down by the U.S. District Court for the Southern District of Indiana which Ms. ▆▆▆▆ is a named defendant in. She remained totally obstinate to responding to the issues of gaining access to the designated legal materials prfesented to her. In the past ▆▆▆▆ has went so far as to confiscate law books mailed to me by authorized and approved sources. The denial by her to prove me with the necessary legal materials that are mandated under both BOP Policy and law is proscribed under both, which is being motivated by a **retaliatory animus for filing both administrative remedies and litigation** against her." |
| 01/28/2010 | WP_GR000010-11 | FCC Terre Haute Informal | Fired from law library orderly position | "**Because of my legal aid to other inmates** ▆▆▆▆ has rescinded my law library orderly position, but as well show acute discimination in assigning jobs on the unit and other privileges. . . Under applicable UNit Policy |

Ex_14-000823

| | | Resolution Form | | orderlies are to be rotated on a ninty day basis, although Acting Manager ███████ has a stand tactic policy that if you provide him with information against other inmates and are providing the government with information against otehr inmates that those inmates maintain their orderly jobs indefinitely, whereas certain inmates have continued to be assigned orderly positions for over three years and more at a time." . . . "Further such discrimination is seen through Acting Unit M anager ██████ assigning some inmates with two or more cells to maintain their personnel property disquised under the sham of being legal materials." |
|---|---|---|---|---|
| 01/28/2010 | GR000004-05 | FCC Terre Haute Informal Resolution Form | Fired from law library orderly position | "This firing of my orderly position is in close proximity with aiding Inmate ██████ preparing and filing litigation which was provided to Case Worker ██████ the week of January 18th, 2010 and actually filed into the United State District Court for the Southern District of Indiana January 25th, 2010. The premise of that litigation is based on **retaliatory firing** of ██████ from his orderly's position and being subject to targeted **retaliatory shakedowns** and taking of his personal property after voicing complaints to Warden Marberry and exercising administrative remedies as well concerning **retaliatory practices** staff was subjecting him to. These are well established tactic practices on SCU to subject prisons to a **campaign of retaliation for their voicing complaints regarding adverse conditions of confinement** and abuses permeating their lifes on SCU. As the retaliatory shakedowns and firing of inmates from their assigned orderly positions is the norm, not the exception as ██████ litigation delineates and enunictaes. The firing of my by Case Worker ██████ and Unit Manager ██████ from my law library orderly job was in **retaliation for my aiding inmater ██████ in preparing and filing the litigation** mentioned above. Such **retaliation** is proscribed under the First Amendment." |
| 02/09/2010 | WP_GR000028-29 | US Department of Justice Request for Administrative Remedy | Fired from law library orderly position | "The golden rule on this unit is that if you want preferable treatment of the nature described herein you either play ball or suffer the consequences, whereas my position as the Law Library custodian was taken after I helped another inmate ██████ draft and file litigation regarding similar **retaliatory actions** taken against him by other applicable SCU personnel when he voiced complaints of abusive and discriminatory practices permeating the unit. That case has been filed under ██████ v. Marberry, Case No. _____ (S.D.Ind.). . . The taking of my orderly position by Unit Manager ██████ was **retaliatory in action after I aided ██████ in drafting and filing litigation** seeking redress for similar acts of reprisal taken against him. . ." |
| 08/03/2010 | GR000144 | FCC Terre Haute Informal | Sleep Deprivation; | "On this date, August 3rd., 2010 C.O. ██████ (12-8A.M. C.O.) (approximately 5", 230lbs) repeatedly woke me up throughout the night, whereas at around 3:35-3:27 a.m. was crouched behind my cell door |

| | | | | |
|---|---|---|---|---|
| | | Resolution Form | Verbal taunts | repeatedly flickering his flashlight in my cell while repeatedly said in a low but audible tone 'S.I.A - S.I.A.' which he was making reference to my cooperation with the Division of S.I.A from Denver, COLO concerning C.O. ██████ who previously worked the 12-8 shift" . . . "The camera on range will verify this cop's **malicious retaliatory actions** being taken against me." |
| 08/28/2010 | GR00075-76 | FCC Terre Haute Informal Resolution Form | Recreation time cut short;<br><br>Verbal taunts;<br><br><br><br><br><br><br><br><br>Deliberate incitement of violence by other prisoners against Mr. Purkey | "On this date being escorted physically/by C.O. ██████, with C.O. ██████ and ██████ . . . I asked C.O. ██████ why I was being taken off the recreation area and numerous other inmates allowed to remain." . . . "He then mumbled something underneather his breath which I could not clearly understand, but it sounded like he said that 'because you are a piece of shit.'". . . "Approximately two hours later . . . ██████ was kicking it with one of the 'inmate's' telling him that, 'you know that guy is going to file a grievance immediately on the preferable treatment I am supposedly showing to you guys.' In fact C.O. ██████ who was one of the escorting officers started laughing and hollering on the range, 'who has the typewriter - ole boy is going to need it to get that grievance filed.' Everyone knew that he was referencing me." . . . "Shortly' after ██████ left the other inmates who he had allowed to stay on the recreational area until 3:40p.m. advised me that ██████ and the other officers had returned to the recreational are after escorting me back telling them taht I was nothing but a rat - **constantly filing grievances, causing both staff and them problems and telling lies through fucking grievances**. According to them, ██████ clearly told them that I would file a grievance regarding him showing them preferable treatment and that - sich backdoor telling was causing them problems as well." . . . "██████ continues to tell inmates on the range when they have the phone or are supposedly scheduled for the law library or things of this magnitude that I will file a grievance against him for not providing it to me first when I asked him if he had my phone Cop out or where am I listed on the law library list and etc. He does this to cause dissention and provoke another prisoners against me…" |
| 09/08/2010 | WP_GR000086-87 | FCC Terre Haute Informal Resolution Form | Sleep Deprivation;<br><br><br><br><br><br><br><br><br><br><br><br><br>Verbal Taunting | "This seeks redress for the **ongoing retaliation** being taken against me by C.O. ██████ and other Security personnel working the SCU through a campaign of continuously waking me up every hour and/or half hour or more" . . . "After cooperating with SIA regarding an investigation against C.O. ██████ he has recruited other SCU personnel, including himself to deprive me of sleep. On this date of September 8th, 2010 I was repeatedly awaken throughout the night by C.O. ██████ and ██████ (misspelled) during the 12-8 shift. As is custom performing their **acts of retaliation** waking me up through the night, under stealth they stand at the side of my cell door holding a flashlight which is on a extremely low bean and then slightly waving it as it is being held directly in my face." . . . "On September |

| | | | | 4th, Saturday morning ▓▓▓▓ sometime after breakfast stood outside my cell door taunting me saying 'get up you rat.'" |
|---|---|---|---|---|
| 09/09/2010 | GR000080-81 | FCC Terre Haute Informal Resolution Form | Sleep Deprivation; Verbal Taunting | "This seeks redress for the **ongoing campaign of retaliation** being taken again me by the 12 - 8 shift, i.e. being waken up every twenty to thirty minutes and deprived of sleep almost every night for an inordinate period of time… Continuing to hold the flashlight in my face this C.O. who refused to identify himself loudly proclaimed that, 'we all know that you are a SIA rat and you aren't getting any sleep on this shift.' Again, I asked him what his name was and again he stated…'you're a SIA rat or something to that effect...This officer's reference to me being a SIA rat is to my corporation with SAI in a investigation anent C.O. ▓▓▓▓, **as well as grievances recently filed** against C.O. ▓▓▓▓. These **deliberate acts of retaliation** is and has caused me severe sleep deprivation, severe headackes, eyes burning from flashlights being directly and deliberately shined in my face." |
| 09/12/2010 | GR000137-38 | FCC Terre Haute Informal Resolution Form | Sleep Deprivation; Verbal Taunting; Refusal to process grievance; Refusal to Investigate | "This seeks redress for the **ongoing retaliation** by the 12 - 8 Shift in the SCU and for the **cover-up** by the SCU administrative personnel for security staff committing such **retaliatory acts**…the 12 - 8 Shift repeatedly woke me up throughout the night and the security member or members refused to provide me with their names." . . . "Here the **retaliation animus** motivating such acts stems from my cooperation with SIA regarding C.O. ▓▓▓▓ who previously was assigned to the SCU 12 - 8 Shift...repeatedly held his flashlight in my face, maliciously to wake me up and agitate me through a several minute period...this same office stood outside my cell door and held his flashlight in my face for an inordinate amount of time laughing and telling me, 'you are a rat!' Since filing my initial grievance against this particular officer and the **ongoing retaliatory acts** being taken against me by him I have repeatedly sent Case Worker ▓▓▓▓ 'Cop Out(s)...Mr. ▓▓▓▓ has repeatedly ignored and refused to provide me with these two officers names covering up their **acts of retaliation**...On Friday, September 10th, 2010, I spoke with Unit Manager ▓▓▓▓...He remained obstinate to this line of questioning and showed absolute indifference to these malicious acts being perpetrated by SCU staff in **retaliation** for me cooperating with SIA regarding C.O. ▓▓▓▓ - not that any actual investigation or redress will be taken, which is a given when ypu have the good ole boys…. No meaningful action has or ever will be taken by this unit administrative officials or any other collateral branch of the good ole boy club." |
| 10/03/2010 | GR000135-36 | FCC Terre Haute Informal Resolution Form | Sleep Deprivation; | "This seeks redress yet again for the **ongoing campaign of retaliation** being taken against me by the 12 - 8 shift...as they did this past week of September 29th and 30th continued to wake me up every ten to fifteen minutes on average either standing behind my cell door or across the range holding their flashlights in my face...the relief staff on Wednesday and Thursday Nights |

| | | | Verbal Taunting | has continued the retaliatory harassment...When I literally yelled out for him to leave me alone, he yelled back, "that's what rats get." This comment was no doubt regarding my cooperation with SIA regarding an investigation being taken regarding Officer ▉▉▉▉.... The cameras on the range will verify these episodes and numerous others...On this date, October 3rd., 2010 the harassment continued by C.O. ▉▉▉▉." |
|---|---|---|---|---|
| 10/13/2010 | GR000139-40 | FCC Terre Haute Informal Resolution Form | Deliberate incitement of Mr. Purkey;<br><br>Sleep deprivation | "This seeks redress once again for the ongoing protracted **campaign of retaliation** being taken against me by the 12 - 8 shift for cooperating with SIA's investigation of C.O. ▉▉▉▉...At approximately 11:30 a.m. the relief cop stood in my cell door for an inordinate ti me holding...he jumped away from my cell door laughing...at approximately 12:25 thr 12:30 standing at my cell door turning his flashlight from lower to high while holding it directly in my face...Of course this mentality is what underscores the protracted nature and the wide spread nature as well of these **retaliatory actions** being taken against me, because the rogue security personnel knows that they can continue such with absolute immunity." |
| 10/15/2010 | GR000133-34 | FCC Terre Haute Informal Resolution Form | Refusal to process grievance<br><br><br><br><br><br><br><br><br>Lied in responses to grievances;<br>Denial of grievance forms | "This seeks redress for the deliberate **conspiracy** between Unit Team ▉▉▉▉ and applicable 12 - 8 shift personnel who have and continue to wage a **campaign of retaliation** against me for my cooperation with SIA concerning C.O. ▉▉▉▉. I have sought redress for the ongoing **campaign of retaliation** being taken against me by different 12 -8 shift personnel. Unit Team ▉▉▉▉ has clarified that he will not process any further grievances against 12 -8 shift personnel...In fact this attitude to cover-up SCU abusive actions against me and other death row prisoners has been thoroughly documented in clarifying the lengths ▉▉▉▉ will go to in covering up his fellow workers dirty deeds. He has in fact falsified responses dates on grievances thereby, prohibiting inmates processing of the next stage of the administrative process. He and continues to deny grievance forms when requested...thereby interfering with my ability to avail myself of all stages of the applicable grievance processes as mandated under law." |
| 08/08/2013 | WP_GR000556-57 | FCC Terre Haute Informal Resolution Form | Denial of religious diet;<br><br><br><br><br><br>Refusal to process grievance<br><br><br>Cover-up | "[J]ust hours after filing a grievance anent f/s/shortages on the religious breakfast trays . . . FSA ▉▉▉▉ came to the SCU - contacted Chaplain ▉▉▉▉ and ▉▉▉▉ had me removed from the c/f diet without affording me any of the required documentation and/or providing me with an opportunity to respond to such claims in writing. In fact the SCU administrative personnel, ▉▉▉▉ refused to process this grievance under the ruse that I am prohibited from seeking address for shortages and problems permeating the religious diet that occur on different dates. Of course this claim is nothing more than **a ruse to erroneously reject this grievance to conceal the retaliation** being spawn by him." . . "This invention of a screening process by prison office to reject a prisoners otherwise legitimate grievance . . . |

| | | | | demonstrates a cross constitutional violation of ▮▮▮▮ **deliberate efforts to cover-up the grievance being filed.** . . but all ▮▮▮▮ did here through his palpable acts of misdirection was to solidify the **retaliation** being taken which he is complicit in by performing such acts." |
|---|---|---|---|---|
| 08/09/2013 | WP_GR000554 | US Department of Justice Request for Administrative Remedy | Denied religious diet | "This ... follows the SCU Case Manager ▮▮▮▮ response to my August 8th, 2013 hereto attached.  The BP-8 sought redress for the **retaliatory** taking of my religious diet by FSA ▮▮▮▮ Chaplain ▮▮▮▮ and ▮▮▮▮." . . . "Two hours after submitting the attached BP-8 with allegation for **retaliatory** taking of my religious diet Case Manager ▮▮▮▮ returns the BP 8 with his reponse (which demonstrates acute biasness) whereas he in mindboggling fashion claims that I have previously filed on this issue…" . . . "This equivocal response id totally erroneous because this issue germinated the previous day ... previously filed on this issue of my religious diet being taken in **retaliation** for exercising protected speech. Perhaps Mr. ▮▮▮▮ would be kind enough to step forward with such material utilized in previous redress sought anent this claim via administrative process" . . . "Mr. ▮▮▮▮ did verbally advise me when returning the attached material back to me that he had spoke with both FSA ▮▮▮▮ and Chaplin ▮▮▮▮ who refused to respond. This material follows in redress of the **retaliatory** taking of my religious diet." |
| 02/28/2016 | WP_GR100343-44 | Informal Resolution | Denial of law library access | "In **retaliation for seeking redress for issues of my confinement** via both the administrative remedy processes, as well as via non/formal channels Acting OIC ▮▮▮▮ and other staff have sought reprisals against me utilizing the 'circumvention of law library scheduling.'" . . . "In fact ▮▮▮▮ has clarified on different occasions that he does not care when I submit a 'Written Request' for the law library scheduling because he will make up the law library scheduling based on who he wants to take in whatever order he wants to take inmates to the law library. And' this is exactly what he does.". . . "After I refused my lunch tray this date - ▮▮▮▮ finally allowed me to go to the law library." |
| 03/04/2016 | WP_GR100340-41 | US Department of Justice Request for Administrative Remedy | Denial of law library access | "The facts articulated through the attached materials brings the **retaliatory circumvention** of the law library scheduling to bear by C.O. ▮▮▮▮ and other SCU Staff - whereas I have even been construed to of refused my law library scheduling being forced to choose between a legal call with my Capital Attorneys' and/or have access to the law library during such call. This consideration demonstrated the maliciousness underscoring my retaliatory scheduling circumvention claim…" . . . "**The retaliatory claim is based on reprisals being taken against me for exercising my most fundamental rights to present complaints anent the conditions of my death row confinement** which C.O. ▮▮▮▮ clearly demonstrated his animus against me for doing for a protracted number of months. The |

Ex_14-000828

| | | | | **retaliatory claim** and law library scheduling circumvention has been thoroughly brought to bear and palpably evaded by the response given to the same." |
|---|---|---|---|---|
| 02/17/2017 | PS000107 | Petition for a Writ of Mandamus to Relieve Purkey of Coerced Counsel and for a Expeditious Execution Date to be Scheluded | Destruction of legal materials | "After United States Penitentiary, Terre Haute, Staff literally destroyed Purkey legal correspondence that he ahd provided to them for mailing, as well as being forced over the past two and a half years to destroyed over two-thirds of his legal materials anent his capital proceedings coerced counsel turned a blind eye to such destruction and malicious actions by USP/1H Officials advising Purkey that he needed to deal with these problems himself. . . Purkey has available himself of all administrative efforts to address these malicious actions by USP/TH Staff and continue to suffer a plight of **retaliation** for such efforts." |
| 03/14/2017 | GR000448-49 | US Department of Justice Request for Administrative Remedy | Refusal to process grievance | "On March 7th, 2017 Officer ▋▋▋▋ brought the attached BP-8 to me while I was at Recreations and asked me what this was all about. When I asked him to let me see the grievance he sarcastically told me that, 'this is just your usual b.s. and I need you to go ahead and sign off on it that no informal resolution can be found - because we all know that you are not going to sign off on it anyway.'" . . . "Contrary to the remark on the BP-8 response section the meeting by ▋▋▋▋ regarding this issue was not meaningful in effort to resolve such but to the contrary was **malicious and retaliatory in effort to bully me** to sign off on such." |
| 01/30/2018 | WP_GR100371 | Email to Mr. Sutton | Scheduling access to law library | "As OIC ▋▋▋▋ and ▋▋ have made vividly clear that my complaints made against them for such circumvention has consequences of palcing my law library access last each and everyday - as is seen in the past three days. The counterfeit policy promulgation that you so palpably claim gives ▋▋▋▋ unfettered discretion to run rough-shod over my law library scheduling Mr. ▋▋▋▋ demonstrates efforts taken to justify ▋▋▋▋ **malicious retaliatory actions** against me." |
| 07/24/2018 | WP_GR100382 | Cop Out to Mr. Shepherd | Disciplinary action for fabricated infraction; Denial of Phase II Placement | "Not once since you collaborated with the good ole boy cop who issued me the **retaliatory** fabricated shot have you recommended me for phase II. . ." |
| 07/26/2018 | WP_GR100378 | Email to Mr. Sutton | Denial of Phase II Placement | "this BP-8 seeks redress and remedy for the **retaliatory denial** of my Phase II placement by SCU Case Manager and Warden ▋▋▋▋, which repeated denials, included the most recent as of July 22nd., 2018 is based on **deep rooted animus for the assistance being provided to other inmates in** |

| | | | | |
|---|---|---|---|---|
| | | | | **preparing, filing and prosecution litigation** against USP/TH Medical Staff, as well as Warden ▮▮▮▮ and SCU Unit Manager ▮▮▮▮. Here Case Manager ▮▮▮▮ deliberately set out my capital crimes in the most nafarious manner possible in preparing my Phase II request., despite repeatedly telling me to my face that he sees absolutely no reason that I should not be returned to Phase II in the past two years he utterly and deliberately fails to make such a recommendation to Warden ▮▮▮▮ in that request. ". . . "No tentative reason has been given by any of the executive staff for denying me Phase II beyond the cooked up nefarious description of my capital charges by ▮▮▮▮ in sitting me up to fail. Please afford me the reason for my Phase II denial that is not based on the **retaliatory** allegations presented." |
| 07/31/2018 | WP_GR10058 2-53 | US Department of Justice Request for Administrative Remedy | Demotion from Phase I to Phase II; Cell shakedown and fabricated discovery of contraband;<br><br>Denial of Phase II Placement; | "First and foremost, I have already been on Phase II and was rescinded such classification after being **subject to retaliatory disciplinary for exercising the administered remedy procedures anent a retaliatory cell shake down** by C.O. ▮▮▮▮ who torn up my legal mail and ransacked my cell while I was at recreation. Who spuriously claimed that he found 30 some appleas in a brown paper bag in my cell - but of no else ever witnessed this brown paper sack of apples which Mr. ▮▮▮▮ found me guilty of despite mandating that such contraband be maintained until after the disciplinary hearing takes place." . . . "The reason for denying me Phase II is delineated through the attached material and that is, Mr. ▮▮▮▮ **deep rooted animus against me for exercising the tip of a bic seeking redress for issues of my confinement and assisting others as well.**" |
| 11/04/2018 | GR000289 | Cop Out to Mr. Sutton | Moved to cell caked in feces | "Now it all come to light, the adolescent you and ▮▮▮▮ put out on the range-- acting as your surrogate in making cell moves Friday, 11/2/18 went to inmate ▮▮▮▮ -- ▮▮▮▮ little bubby and they schemed-up my cell move. Move ▮▮▮▮ back to 404-C which he had previously caked with feces- move me to his last cell occupied 411-C. Do little feces caking in obscure places and place me at the end of the range next to ▮▮▮▮ - and then move one the adolescent little click members into 419-C where I was supposed to be moved." . . "of course you were vividly aware of this scheme... So Mr. ▮▮▮▮ you utilized the adolescent to carry out your **act of retaliation** against me-good job" |
| 11/07/2018 | GR000285-86 | Declaration of Wesley Purkey | Interfere with calls with capital habeas counsel | "In the past two years Special Confinement Unit (SCU) Case Worker ▮▮▮▮ has continuously interferred with my access to the court anent my capital habeas proceedings by deliberately interferring with my legal calls to my capital habeas attorneys. In fact when contacted by Mr. ▮▮▮ or Ms. ▮▮▮▮ for scheluding legal calls ▮▮▮▮ has malicious advised then that the requested time for the calls are not available and then when a call is scheluded limiting it to just one hour. Because of such deliberate interference |

Ex_14-000830

| | | | | |
|---|---|---|---|---|
| | | | Denying all visitation request | with my legal calls, which is motivated by ▮▮▮▮ **retaliatory animus against me for exercising my rights for seeking redress regarding conditions of my death row confinement, and as well for assisting other inmates with both grievance and litigation** seeking redress for abuses regarding their death row confinement my habeas attorneys' have stopped trying to schedule legal calls in the past two months all together. In the past year and a half or more both SCU Unit Manager ▮▮▮▮ and Case Worker ▮▮▮▮ have reiterated and clarified that **because of my sedulous and assiduous filing of administrative remedies, and as well as for assisting other inmates in filing** of such in turn and aiding other inmates in preparing and filing litigation naming ▮▮▮▮ as a named defendant in such litigation that any and all visitors that I request visitation with will be denied, and they have maintained this tactic policy on different occasions denying requested visitors without reason given. Because of the **ossify animus against me** by both ▮▮▮▮ and ▮▮▮▮ **for my sedulous filing of administrative redress** for issues anent my death row confinement **and aiding other inmates** with issues of their death row confinement they have clarified that I will not be afforded Phase II placement - period. Because of **ongoing retaliation** being taken against me by ▮▮▮▮ and ▮▮▮▮ I have filed a motion with the court for a expeditiious execution date to be scheluded." . . . "... all four of my laundry bags came up missing - ultimately the Unit Orderly found them laying in an empty laundry cart where the range orderly had thrown them. Two of the four bags had piss poured on them, one of the other two bags had been open and personal items taken out of it. The following tow laundry days my laundry bags came up missing again - and were later found in an empty laundry cart thrown there by the range orderly." . . . "Despite having available several open cells on the range including 409 and 414 ▮▮▮▮ deliberately moved me to 411, whereas the range orderly and ▮▮▮▮ has schemed to have me moved to 411 and force me to deal with the caked feces underneath the bunk and table. When I asked the orderly on Monday while he was out working that evening why he listed me to move to 411 when I had requested to be moved to 419 he told me that, '▮▮▮▮ told me that I could move you where-ever I wanted and so I did.' He went onto clarified that, "▮▮▮▮ thinks you're a piece of shit anyway, and I will do what I want on this range." |
| | | | Denial of Phase II Placement | |
| | | | Urination on laundry bags and taking of personal property | |
| | | | Moved to a cell caked with feces | |
| 12/03/2018 | GR000294 | Letter to Katherine Sierveld | Reading legal mail; Threatened and carried out disciplinary action for fabricated infraction | "After sending legal materials to SCU Case worker ▮▮▮▮ - in seal envelopes and/or taped sealed themselve - the staff picking up such materials read such prior to affording Mr. ▮▮▮▮. Shortly thereafter at lunch time after picking up legal correspondence addressed to Ms. ▮▮▮▮ threatening me with disciplinary action for lying about them." . . . "As you are aware I have been subject **retaliatory** disciplinary action in the past whereas Mr. ▮▮▮▮ in finding me guilty reiterated that, 'We will always believe the word of' an |

Ex_14-000831

| | | | | |
|---|---|---|---|---|
| | | | | officer over that of an inmate." Because of the threats made against me by C.O. ████ this date for addressing issues of my death row confinement is **retaliatory** and stiffles my efforts to address issues of my death row confinement regarding abuses by C.O. ████ and other SCU staff." |
| 12/03/2018 | WP_GR000296-97 | Cop Out To Warden Watson | Scheduling law library access | "This correspondence addresses the **ongoing retaliation** by your SCU staff in denying me my most fundamental rights, including access to the court's." . . . "In full compliance with SCU policy I submit a written request every morning at 5am for [law library access] the following day. no other written request has been submitted before mine - but as Johnson has reiterated 'we don't give a fuck about SCU policy and you will be designated for law library access on the 2-10 shift **because of your complaints.**". . . "████ animus against spawns this **retaliatory** scheduling of my law library access in violation of SCU policy." |
| 12/05/2018 | GR000277-84 | Declaration of Wesley Purkey | Denial of law library access;<br><br>Denial of recreation;<br><br>Cell assignment;<br><br>Threats of physical harm;<br><br>Orchestrated stabbings | "On the morning of December 3rd, 2018 Monday I asked C.O. ████ where I was on the law library list. He unequivocally told me that 'your name is not on the list of all. All the bull-shit you are causing **helping inmate's to file lawsuits against and filing grievances** every-fucking day- on every little issue of your confinement – you'll go the law library when we decide to let you go." . . . "After confronting ████ about my law library scheduling he denied me recreation in **retaliation** for such." . . . "Because of **ongoing protracted retaliation** by SCU staff I have filed a motion with the District Court for the Western District of Missouri for an expeditious execution date to be scheduled." . . . "SCU staff have a ossify practice of using other inmates to take reprisals against inmates that the have an animus against. As the inmate utilized by ████ and ████ orchestrated forcing me to move into a feces covered cell… and did so under threat of disciplinary action" . . . "To justify this **retaliatory cell move** Ms. ████ under the ruse contends 'all inmates do cell rotation every 90 days.' Of course this is true and every 90 days her orderlies designates what cell moves are to be made." "In fact after addressing [the law library] issue with C.O. ████ on December 4th, 2018, when he brought my lunch to me at my cell, he told me, 'you're a tough guy when the door closes otherwise you're a bitch.'" . . . "Because of these physical threats against me by C.O. ████ I'm in fear for my life and safety. There is ossify history underscoring SCU staff culture in using inmates to extract **retaliation** for them against other inmates that they have deep rooted animus against. In the recent past OIC ████ orchestrated inmate ████ to being attacked by inmate ██ on lower C-Range. ████ who was being escorted on the range, handcuffed behind his back, ████ deliberately open inmate ████ cell door who emerged with a knife in hand repeatedly stabbing ████. Not long prior to this **retaliatory incitement** SCU Case Worker ████ deliberately had inmate ████ moved to a differ- |

| | | | | |
|---|---|---|---|---|
| | | | Disciplinary action for fabricated infraction;<br><br><br><br><br>Granting of law library access;<br><br><br><br><br><br><br><br><br><br><br>Denial of law library access;<br><br><br><br><br>Unjustified disciplinary action; Lying to cover up retaliation | leisure group providing opportunity for another inmate to repeatedly stab ▉▉▉. The incitement for violence by SCU staff by inmate against inmate has a protracted history and brings to bear C.O. ▉▉▉▉▉▉ **retaliatory threats** made against me this date." . . . " On Monday after submitting legal materials to Mr. ▉▉▉ in a sealed envelope requesting copying of such - I was threatened with disciplinary action by C.O. ▉▉▉▉." . . . "Such threats have materialized in the past and makes me fearful to bring to bear all facts concerning the **ongoing retaliation** being taken against me by SCU staff." . . . "Because of the ongoing threats of both being subject to **retaliatory disciplinary action** and as well as to physical violence by C.O. ▉▉▉ and other SCU staff. . . I have refused recreation on the 6-2 shift. [On December 4th,] after breakfast I sent Ms. ▉▉▉ a 'Cop Out' telling her to keep my name out of the law library log book because of threats made against me by ▉▉▉ and 6-2 staff. In fact as C.O. ▉▉▉ advised me of yesterday evening, December 4th at 8pm that the 6-2 staff, probably ▉▉▉ again placed my name on the law library list to be taken last." . . . "This date, December 5, 2018, at 1:35 pm Lieutenent ▉▉▉ told me that per policy. . . that SCU staff had full discretion to take whatever inmate that they chose to - to the law library at any time that they chose to do so. Clarifying that staff has absolute discretion to schedule inmates at their whim no matter when an inmate submitted their written request. When I told Lt. ▉▉▉ that inmates "do not submit written request for law library access" and that SCU staff just makes up a list as they go and inmates such as myself who does actually submit written request are arbitrarily placed on the law library list at their discretion, he ignored me and told me that I was lying about not denying law library access on sunday December 2nd. Here Lt. ▉▉▉ is subjecting me to disciplinary action for filing a grievance regarding C.O. ▉▉▉ and the 6-2 staff **retaliatory scheduling** of my law library access." . . . "Staff will lie at the drop of a hat to cover each other when one or more of them is subjecting any inmate to reprisals in seeking redress for abuses that they are subjecting that inmate to." |
| 12/07/2018 | GR000196-97 | FCC Terre Haute Informal Resolution Form | Granting of law library access; | "After both verbal complaining and filing an admin Rd regarding OIC ▉▉▉ and CO ▉▉▉ circumventing my law library scheduling I was told that **because of such complaints** my law library scheduling would be last everyday.  Because of such **reprisals** I stop submitting written law library request which is mandated by policy for scu lab library scheduling. Despite such ▉▉▉, ▉▉▉ and others SCU 6-2 staff continue to schedule me for law library access every day – last co. foster verified such arbitrary scheduling 12/4/18 at 8 am- and again on 12/5/18. . . This arbitrary law scheduling is being done to give the appearance that I am refusing law library access despite never submitting a written request for such.  Interrelated |

| | | | | |
|---|---|---|---|---|
| | | | Throwing away legal materials | **retaliation** has occurred by C.O. ▮▮▮▮ on the morning of 13/3/18 when he took a legal pleading/materials from my cell door and threw it in the trash. These and other **retaliatory acts** continue undaunted.  Contrary to SCU staff's beliefs otherwise prisoners have the fundamental rights to both verbally address issues of their conferment, as well as exercise admin rd(s) in doing so." |
| 12/18/2018 | GR000273-74 | US Department of Justice Request for Administrative Remedy | Threats of physical harm  Denial of law library access | "**ongoing retaliation** being taken against me by ▮▮▮▮ and SCU b-2 staff which includes but not limited to threats of physical harm. . . Since such threats were made I' have not been to recreation on the 6-2 shift being in fear for my safety. . . Because of such ongoing **retaliatory circumvention** of my law library scheduling by ▮▮▮▮ and the 6-2 staff I have not been given access to the law library." |
| 12/26/2018 | GR000269-70 | Regional Administrative Remedy Appeal | Scheduling  law library access    Threats of physical harm    Throwing away legal materials | "Contrary to M. ▮▮▮▮ claims otherwise the attached BP-9 is not repetitive to 961966-FL filed 12/7/18 which sought redress for the deliberate circumventing my law library scheduling in blatant violation of SCU policy mandates and brought to bear interrelated **retaliation** being taken against me - but did not include the distinct retaliation taken against me by SCU b-2 OIC ▮▮▮▮ threatening me with physical violence, or with the destruction of my legal material by C.O. ▮▮▮▮ in **retaliation for complaints** made reporting such circumvention of my law library scheduling...Here ▮▮▮▮ is deliberately trying to thwart me from satisfying statutory requirements as SCU staff is doing through acts of intimidation" |
| 01/30/2019 | WP_GR100541 | Email to SCU Case Worker Shepherd | Denial of Phase II Placement; fabricated discovery of contraband | "Again yopu set me Phase II request up-to-fell, as seen by the doubling down on everything nefarious anent my capital charges, and inst. disciplinary history, without ever qaulifying that the shot given rescinding my \Phase II Status was based on C.O. ▮▮▮▮ subjecting me to a **retaliatory disciplinary action after I filed a grievance** concerning him and his partner tearing my cell apart while I was at Rec."  . . .  "In fact an inmate who recently has a drug conviction for interduction of narcotis into the facility also was recently moved to Phase II -- whereas in the past you listed in my 180 day review that 'Purkey hangs out with drug dealers referencing this particular individual. Imagine that -- you disparate me with **reference to providing legal assistance to another inmate** and then move that inmate to Phase II." |
| 02/11/2019 | WP_GR100569-70 | FCC Terre Haute Informal Resolution Form | Refusal to copy legal materials | "This seeks both redress and to document SCU Case Worker ▮▮▮▮ interferring with my most fundamental right of access to the courts motivated by his **retaliatory animus against me for seeking redress via the administrative remedy procedures anent abuses of my death row confinement**. The facts germane to these alegations are as follows: On February 5th, 2019, as well as on other dates following I requested a copy of an email sent to SCU Unit Manager ▮▮▮▮ and her response to that initial email, as well as my reply to such. ▮▮▮▮ refused and has continued to |

| | | | | refuse to afford me with a copy of such legal material which is being submitted to the Eight Circuit Court of Appeals in pending litigation to demonstrate and support claims of my abusive death row confinement. See In Re: Wesley I. Purkey, Case No. 19-1232 (8th Cir. 2/1/19)." |
|---|---|---|---|---|
| 02/14/2019 | WP_GR100567 | US Department of Justice Request for Administrative Remedy | Requiring FOIA to access records | "... whereas ▇▇▇▇ has readily afforded me with request copying of other emails in the past when the law library's printer malfunctioned. So now for ▇▇▇▇ to spuriously claim that I muse seek copying of the requested email via a FOIA cannot be reconciled by the indubitable fact that ▇▇▇▇ has repeatedly afforded me with copying of requested emails sent to him, as well as ▇▇▇▇ herself as is the case here, as well as other administrative staff in turn. ▇▇▇▇ denying me the request email now which I clearly identified is to be utilized in current pending litigation brings to bear the **retaliatory nature** of such by both herself and ▇▇▇▇ denying me access to the courts." |
| 04/18/2019 | GR000334 | FCC Terre Haute Informal Resolution Form | Refusal to process grievance | "This seek both redress and to document the **interference with my efforts to avail myself of exhaustion requirements of all admin.rd** pursuant to 42 U.S.C. § 1997e prior to seeking redress via litigation through the U.S. District Court. Here after waiting thirty (30) days to be afforded receipt of two different grievances, i.e BP-11's mailed to the Central Office regarding dental issues SCU Admin. Staff, Mr. ▇▇▇▇ has and continues to refuse to afford me with assistance in ascertaining the status of such receipts and/or to provide with the name of the USP/TH grievance admin. clerk's names." . . . "This material documents such deliberate interference by Mr. ▇▇▇▇ who's deliberate efforts to block my access to the courts is based on his ossify **animus against me for seeking redress through the grievance processing anent conditions of my death row confinement**/" |
| 05/13/2019 | PS000088 | Pro Se filing: Petition to Expedite Execution of Petitioner's Death Sentence Pursuant to 28 U.S.C. §2241 | Disciplinary action for fabricated infractions; Denial of access to law library; Moved to cell caked in feces; Deliberate incitement of violence by other prisoners against Mr. Purkey | "Special Confinement Unit (SCU) staff have made clear as C.O. ▇▇▇▇ did this date that you have absolutely no rights on this unit and **if you continue to file grievence's and make complaints on us you will be issued disciplinary Reports**. I'n fact on this date as in the protracted 5 or 6 years subjected Purkey to fabricated disciplinary action, denied him access to the law library' and subjected him to a **plethora of reprisals for Purkey addressing issues of his confinement and assisting other inmates with issues of their death row confinement**" . . . "Other issues of **Retaliation** by SCU staff have been forcing Purkey to reside in feces covered cells' and/or inciting other inmates against Purkey, labeling him as a snitch.  As SCU Case Manager ▇▇▇▇ has reiterated,**'your sedulous filing of complaints and helping other inmates with litigation is at the root of your problems**." |

| 07/16/2019 | WP_GR10072 8-29 | FCC Terre Haute Informal Resolution Form | Refusal to process commissary slip; | "This seeks redress for SCU 4-11 shift OIC ███ both physical and other threats taken against me on this date as well at other times as stated herein-in **retaliation for seeking redress against him through filing a grievance** on 07/15/19 for his malicious actions of refusing to process my commissary slip on 7/14/19. On this date while I was at Recreation OIC ███ came to the upper treadmill Rm and told me 'you are a rat piece of shit for writing me up- and you try to shit me down, I'll shit you down you rat piece of shit.'". . . |
| | | | Verbal abuse; | "███ walked off screaming with all other staff hearing him as well as the orderly telling me, 'you're a rat piece of shit and I'm getting your ass sent back to phase I - he repeated this several times and then told me - screaming that, ' if you don't like that I'm going up and tear your cell apart - see what I can find and take.' Everyone heard him screaming these threats out." . . . |
| | | | Threats of disciplinary action for fabricated infraction; | "███ told [Nurse ███] 'Everyone is tired of his b.s. writing people up we need to get him a shot and moved back to phase #1. So if you can write him for anything - do it.' . . . OIC ███ effort to recruit nurse ███ to issue me a fabricated disciplinary action - is on par with him trying to incite other inmates against me by telling them that I'm a 'Rat piece of shit' as he |
| | | | Threat of physical violence | did Monday night on upper B-range! I'm in fear for my life and safety because of the threats made against me by OIC ███." |
| 08/21/2019 | GR000404-05 | FCC Terre Haute Informal Resolution Form | Forced to see psychiatrist; | "To document **flagrant retaliation** and protracted ongoing myraid of abuse underscoring it since the day I was afforded an execution date of December 13th, 2019 by Warden ███ - which is ongoing…………" . . . "While I was shaving, . . . [Lt.] ███ advised me that the Psychiatrist wanted to see me and that I needed to back-up to my cell door and get handcuffed. Without equivocation I told parker that I did not want to see the psychiatrist and that I have a fundamental right under the law to refuse to see her." . . . "**this is about me utilizing the administrative processes, and/or making complaints about the conditions of my confinement**…" . . . "When I backed up to the cell door ███ twisted my left hand placing it in a hard-bound cuff, and when I complained of the pain being experienced he told me, 'you did this to yourself.' He then twisted my right hands and wrist causing severe pain placing it in the right side of the hard-bound cuff's, whereas both of my wrist were turned outside causing severe pain." . . . "I told [the psychiatrist] that, 'I do not wish to speak with you and you need to leave me alone lady." She continued to repeatedly ask me, "Just let me know whether or not you are having any thoughts of hurting yourself - that is all that I need |
| | | | Physical abuse | to know and then you can return to your cell.' At that point I remained reticent and turned my back to her. She left the area and shortly thereafter Lt. ███ and his crew came after me and escorted me to my cell which now had |
| | | | Cell shakedown and cover up | been ransacked." . . . "Bringing the **retaliatory cell shakedown** to bear is seen in Cpt. ███ and Lt. ███ **subterfuge actions to cover it up**. After |

Ex_14-000836

| | | | | ransacking my cell and knowing that I would address their abuses taking place through the administrative processes as I am, they then concocted a facade masquerading shaking down the other four inamtes with execution dates. This masquerade is palpable and is nothing more than counterfeit **efforts to concoct a guise to conceal their retaliatory animus** for tearing my cell apart. . . " |
|---|---|---|---|---|
| 09/17/2019 | GR000457 | Cop Out to Warden Watson | Threatened disciplinary action for fabricated infraction | ". . . when C.O. ▮▮▮▮ told OIC ▮▮▮▮ that I was writing a BP-8 on being denied ice and them refusing to open the cell's exterior doors to pickup trash, he said, 'I'll write him up for lying on me.' Of course this is typical ▮▮▮ threatening inmates with reprisals for filing admin. Rds. against him! **Retaliation** is a given with ▮▮▮▮!" |
| 10/28/2019 | PS000001-19 | Pro Se Civil Rights Complaint | Execution | "The Plaintiff, Wesley I. Purkey, acting pro se herein who is currently awaiting **Execution . . . which was substantially motivated by his protracted jailhouse lawyering**..." . . . "one of the staff member's asked me, 'why do you think that you were chosen for execution?' 'To tell you the truth,' Purkey told him, 'I really didn't expect it, but I really am not one of their favorite camper's here…'" . . . "one particular SCU Staff Members told me that **your selection for execution date to be set by Barr is based on your zealous filings of administrative remedies and filing so much different litigation** in the courts against these people. I advised this particular staff member that, "I know that, as does anyone else who has spent anytime on this unit.'" . . . "… SCU staff members escorting Purkey began to ridicule him telling him amongst other things that, 'you cause your own problems on this unit with all of the b.s. filings taht you do, causing everyone problems, and then you cry like a baby about the repercussions you suffer because of such. . . we won't have to worry about that much longer – thanks to our buddy Barr. And I can't wait for that to happen.' When Purkey was ultimately returned to his cell sometime later, it had been ransacked and left in total disarray." . . . "**'All you do is cry and file f--- grievance and law suits on everyone here. Everyone knows why you were one of the first five to get selected to make you maker** and everyone cannot wait until that happens,' one of the four member escorting team told Purkey." . . . "'I'll give you something with my name on it,' he told Purkey in an irate manner. Of course Purkey knew, as everyone does that this remark meant that, 'you write me up – **you file a grievance on me then I am writing your a incident/disciplinary report**.' This staff member then turned and walked away from Purkey's cell telling the A-range Staff Member, C.O ▮▮▮▮ that, 'that guy is the biggest piece of shit on the Unit and I cannot wait for his to **take that needle for all the b.s. he has caused us with his b.s. filings on us for anything and everything**.'" . . . "When Purkey complained to ▮▮▮▮ about his malicious actions and told Purkey amongst other things to 'go f--- |

yourself.' He then walked to the front of the range ands tarted talking with SCU Staff, C.O. ███████. Purkey could easily hear the disparaging comments that ██████ and █████████ were making about him saying that, 'that guy is one of the biggest pieces of crap on this Unit, and that is why Barr selected him as one of the first three to take that needle,' █████████ said. 'I have heard about the dozens of grievances that he has filed, as well as lawsuits…'" . . . "After making complaints one of the staff member's said to the other, "listen to that guy whine, all he does is cry..." . . . "A-Range Staff told the SCU Staff that, 'you know that he is going to write this up as he does everything else.' 'yeah' **he is good at doing that and filing his b.s. downtown as he is always doing for other inmates**,' he responded. 'Fuck him.'" . . . "█████ responded saying, 'thank god for Barr selecting that guy as one of the first five to go – everyone is tired of his b.s. If he keeps this b.s. up I am going to write his ass up and he'll lose all the little privileges that he still has remaining **All he does is cause problems, File on this and file on that.**' 'Fuck that guy.'" . . . "One of them said in behind me that, 'he'll file on you ███████ wait and see.' 'That is why our fine Attorney General give him one of the first three slots to be executed . . . **just afew more weeks and that filing of grievance and lawsuits will be history and that big baby will be in the ground**.'" . . . "Die M.F.er – die," the other C.O. said and then both ███████ and him started laughing." . . . "walking off the range [C.O.] ███████ told C.O. █████ that, 'that guy is a real piece of shit can't wait for them to kill his ass.'". . . "This brings to bear the **ultimate reason for the gross disparate treatment and that being Purkey's protracted jailhouse lawyering activities**…"

Ex_14-000838

C O P O U T

Mr. J. T. ▮▮▮▮ / Warden                                      Purkey #14679-045

    This addresses the continuing problems permeating Execution Range since you designated C.O. ▮▮▮▮ to work the A-Range - whereas he refuses to past ice out, pick up trash and/or so much as bring a person a roll of toilet paper when asked, let alone afford me with the phone when requested. On this date after the supper meal he open my outter cell door slot and told me that I needed to past my trash out the best that I could piece by piece, because he was not going to have OIC ▮▮▮ or C.O. ▮▮▮▮ open the outter door for trash to be picked up. In fact as seen in the recent past A-Range staff has forced me to pass my trash through the outter door slot dropping trash on the exterior area of the boxcar cell and then later literally dropping my laundry bags on top of the trash instead of openning the outter boxcar cell door and passing the laundry bags in the cell to me. These actions demonstrate how workfit and utterly lazy you SCU Staff is - reaping abuses upon abuses on those inmates waiting to be executed because they can. And they know that they can because you condone such abuses by your blind acquiesce to such.

    Secondly' after bringing this issue of the visiting vending machines remaining empty the majority of the time because Ms. ▮▮▮▮ refuses to mandate that the vending machine contractor properly maintain and fill the machines when they do the general population's vending machines - which they do not and Mr. ▮▮▮ and Mr. ▮▮▮▮ (tentatively that is. When the vending machine are actually restocked, they are never-ever fully stocked and only receive partial stocking which Ms. ▮▮▮▮ spuriously contends constitutes stocking of such on a 'regular basis'. Such workfitness by Ms. ▮▮▮▮ has been tolerated for years because of the utter lack of oversight - which Mr. ▮▮▮▮▮▮ verifies that no oversight exist for Ms. ▮▮▮▮ workfitness and she will continue business as usual at our expense. Nothing new there is there!!!!!!

    Thank you sir for your genuine attention to these issues.... Sept. 17th, 2019

*Also, as was the case this date when C.O. ▮▮▮ told OIC ▮▮▮ that I was writing a BP-8 on being Denied ice and them Refusing to open the cells' exterior Doors to pick up trash, he said, "I'll write him up for lying on me." Of course this is Typical ▮▮▮▮ threatening inmates' with Reprisals for filing admin. Rds. against him! Retaliation is a given with ▮▮▮▮! Thank you!

GR000457

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**                    •        **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Purkey    Wesley   I. | #14679-045 | SCU | USP/TH |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST** This administrative remedy timely follows the receipt of the attached Informal Resolution received by me on 8/27/10, whereas such material sought both redress and to document the flagrant violations of well established that were irrefutably committed by Warden ███, Cpt. ███ and Lt. ███ in subjecting me to retaliatory actions after coercing me to be seen by the Psychiatrist after I adamantly refused to speak with her on multiple occasions. Because of such refusals the Warden, Cpt and Lt. subjected me to retaliation, including ransacking my cell and physical abuse as well in twisting both of my wrist forcing them sideways into a pair of hard-handcuffs that consisted of a steel bar instead of a chain link between the two handcuffs. These are interrelated issues and are delineaed and enunciated through the attached materials and will not be referenced through subsequent paragraphs unless for clarification purposes. Contrary to Lt.███/SIS who initially discussed the claims presented through the attached materials with me while I was at the law library - at no time did I advise Lt. ███ that I wanted to proceed to a BP-9, whereas I told Lt. ███ that I wanted an investigation undertaken to address the allegations presented. Here Lt. ███ readily ignored such request and refused to perform so much as a cursory investigation into the issues presented because such claims were being presented by his superiors Warden ███ and Cpt. ███ and his associate Lt. ███. None of the allegations presented through the attached material were disputed, although Lt. ███ buried his head in the proverbial sand to such claims made of abuse taken against me by his associates. Shortly after filing the attached BP-8 Warden ███ and Cpt. ███ came to my cell during admin.rds. in the Unit. Standing outside of my cell in the exterior area of the box-car cell the Warden unequivocally advised me that, "you refused to be seen by the psychiatrist - so were took action for you to be seen by her. There may be future times that you will also be forced to be seen by her." The actions taken by the Warden, Cpt and Lt. stand in acute violations of well established law.

| 9/1/19 | established law. | | |
|---|---|---|---|
| DATE | | SIGNATURE OF REQUESTER | |

**Part B– RESPONSE**

|     |     |
|---|---|
| DATE | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: _____

                                                                CASE NUMBER: _____

**Part C– RECEIPT**                    CORR000410

Return to: _____
| LAST NAME. FIRST. MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

Ex_14-000840

Attachment 1

FCC Terre Haute

Administrative Remedy – Informal Resolution

711

| Inmate Name: Porter Wesley | Register #: 14679-045 |
|---|---|
| Unit: SCU | Date Submitted: 8/21/19 |

Section 1: NOTICE TO INMATE - Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

Section 1a: Briefly state your specific single complaint: This informal resolution seeks both redress and remedy, as well as to document such retaliatory actions taken against me on this date by several different USP/IH Security Staff, including but not limited to Spt. ████, Lt. ████ as well as Warden ██████████ and in turn mental health psychiatrist (name unknow/will be furnished via the BP-9). The facts germane to the alleged retaliation taken against me by Cpt. ████, Lt. ████ and other SCU Staff occurred approximately around 1 p.m.. Prior to this time different SCU Staff (which the surveillance cameras on the range will attest to who those SCU Staff members were and asked if I was ready to be taken out of my cell and to be seen by the Psychiatrist, whereas the psychiatrist me on multiple times in the past three weeks if I wanted to speak with her and I ariably verbatim told her, "no". On this particular date she came to my cell I believe sometime around 12 p.m. and again asked me if I would be willing to talk with her –

Section 1b: Briefly state the resolution you request:    Continued Next Page
    To document flagrant retaliation, and the protracted ongoing myriad of abuse underscoring it since the day I was afford an execution date of December 13th, 2019 by Warden ████ - which is ongoing.............

| Inmate Signature: Wesley A Porter | |
|---|---|
| Counselor Printed Name/Signature: ██ | |

| Section 2: Department Assigned   SIS | |
|---|---|
| Date Assigned:  8-22-19 | Date Due:  8-30-19 |

| | | | |
|---|---|---|---|
| ☐ Food Service | ☐ Unit Mgmt | ☐ Unicor | ☐ Education |
| ☐ Psychology | ☐ Medical | ☐ Chaplain | ☐ Recreation |
| ☐ Trust Fund | ☐ Custody | ☐ Facilities | ☐ Safety |
| ☐ ISM/Mailroom | ☐ Admin. | ☒ SIS | |

Section 3: Department Head Response

Issue Resolved Comments:

Issue Un-resolved Comments:

Unable to Address Issue Comments:

| Inmate Signature if Resolved: | Date: |
|---|---|
| Staff Signature: | Date: |

Section 4: Tracking

| | BP-8 issued to inmate | BP-8 returned to Counselor | BP-9 issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned as Rejected |
|---|---|---|---|---|---|---|
| Date | 8-13-19 | 8-22-19 | | | | |
| Time | | 600 AM | | | | |
| Staff | AS | AS | | | | |

THX-1330.18C

Page 7

Ex_14-000841

Wesley I. Purkey #14679-045                                    BP - 8 Continued

I advised her again to, "get away from my cell and leave me alone,—because I have absolutely nothing to talk with you about. Frowning the Psych. walked away from my cell. Sometime later different SCU Staff Members came to my cell - never directly addressing me but made disparaging comments about me outside my cell. While I was shaving, shortly thereafter Lt. ███ appeared at my cell and told me that he needed to talk with me. After the outside box-car door was open ███ advised me that the Psychiatrist wanted to see me and that I needed to back-up to my cell door and get handcuffed. Without equivocation I told ███ that I did not want to see the psychiatrist and that I have a fundamental right under law to refuse to see her. Leaving the outer front of my cell one of the cops' with ███ (again the surveillance camera on the range will attest to which cop addressed ███) telling ███ "write his ass up for refusing a direct order." ███ responded stating that, "we cannot force him to see the psychiatrist, he can refuse to see her and their isn't anything that we can do about that." Within ten minutes of ███ leaving my cell he returned with other staff, as well as with Cpt. ███ Cpt. ███ positioning hiself at the very right at the front outter cell area with Lt. ███ adjacent to him with three or four other staff member flanking them Cpt. ███ without equivocation told me, "you don't want to see the Psych, why not?" When I told him that it was none of his busniess and that I had a right to decide whether or not to speak with their BOP psych or not. He became irate telling me verbatim that, "this is about a Cop Out you sent to the Unit team." So this is about me utilizing the administrative processes, and/or making complaints about the conditions of my confinement I asked him. Again he repeated that, "this is about a cop out you sent to the Unit Team." With acouple of more exchanges he told me that, "you need to back up to your cell door and get cuffed up so we can shake your cell down." "Now you are going to submit me to retaliation because I refuse to talk with the Psych," I told the Captain. Lt. ███ then interrupted asking me, "are you refusing to cuff-up or what?" When I backed up to the cell door ███ twisted my left hand placing it in a hard-bound cuff, and when I complained of the pain being experienced he told me, "you did this to yourself." He then twisted my right hand and wrist causing severe pain placing it in the right side of hard-bound cuff's, whereas both of my wrist were turned outside causing severe pain. After placing leg irons on me and clamping the right leg iron literally into my calf bone he and several other staff's escorted me to the holding cell out-front of the office's station. One of escorting staff who was behind me and I could not see who it was said, "she can talk to him here." After being placed in the holding cell, it took ███ and C.O. ███ almost fifteen minutes to actually get the 'hard-bound handcuffs' off. Shortly' after being taken to the holding cell and the hard-bound cuffs' were taken off the psychiatrist came to the holding cell telling, "sorry we had to do this, but I am concerned if you are having any thoughts about hurting yourself." Again' I told her that, "I do not wish to speak with you and you need to leave me alone lady." She continued to re- peatedly ask me, "just let me know whether or not you are having any thoughts of hurting yourself - that is all that I need to know and then you can return to your cell." At that point I remained reticent and turned my back to her. She left the area and shortly thereafter Lt. ███ and his crew came after me and escorted me to my cell which now had been ransacked.

It is well established law that a prisoner has a fundamental right not to be coerced or physically forced into seeking or being treated by mental health staff. See Albright v. Oliver, 510 U.S. 266, 272, 114 S.Ct. 807 (1994); see also Johnson v. Melter, 134 F.3d 1393, 1397-98 (9th cir. 1989). Here this is verbatim what Cpt. ███, Lt. ███ and with the knowledge of Warden ███ (who Cpt. ███ is subordinate to) did was coerce and physically forced me to see mental health, i.e. the psychiatrist and subject me to disciplinary action for both refusing to see mental health/psych. and for complaints presented to the SCU Unit Team anent conditions of my execution range treatment (which Cpt. ███ unequivocally brought to bear). Such retaliation taken against me by Cpt. ███, Lt. ███ and ███ runs afoul of well established tenets under both the First and Eighth Amendments. See Babcock v. White 102 F.3d 267, 275 (7th Cir. 1996)("prison officials taking retaliation—against a prisoner complaints made toward the conditions of confinement states a viable constitutional claim of retaliation."); see also Stanley v. Lischer, 213 F.3d 340, 343 (7th Cir. 2000)("[w]hen action taken against an inmate would otherwise be permissible conduct be- comes impermissible when done with a retaliatory animus."). Bringing the retaliatory cell shakedown to bear is seen in Cpt. ███ and Lt. ███ subterfuge actions to cover it up. After ransacking my cell and knowing that I would address their abuses taking place through the administrative processes as I am, they then concocted a facade masquerading shaking down the other four inmates with execution dates. This masquerade is palpable and is nothing more than counterfeit efforts to concoct a guise to conceal their retaliatory animus for tearing my cell apart - as I told both ███ and ███ when ███ clarified after I refused to be seen by the psych. that, "you need to cuff-up so we can shake your cell down." And of course my response was, "so now you are going to take retaliation against me for refusing to be seen by that female psych." The masquerade and facade followed thereafter to guise and conceal the blatant and glaring retaliation that Cpt. ███ and Lt. ███ subjected to, including the bone tight rigid handcuffing that severely caused pain and suffering, and still is at the time this material is being written.

<u>End of Extra Page BP - 8</u>

GR000405

Ex_14-000842

Attachment 1

FCC Terre Haute

Administrative Remedy – Informal Resolution

*Wesley Purkey*

| | |
|---|---|
| Inmate Name: | Register #: *146 79 - 045* |
| Unit: *SCU* | Date Submitted: *7/16/19* |

Section 1: NOTICE TO INMATE - Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

Section 1a: Briefly state your specific single complaint: *This seeks Redress for SCU 4-11 Shift OIC [redacted] both physical or other threats taken against me on this date as well as at other times as stated herein—in Retaliation. I am seeking Redress against him through filing a grievance on 7/15/19 for his malicious actions of refusing to Access my Commissary slip on 7/14/19. On this*

Section 1b: Briefly state the resolution you request: *to document the Retaliatory threats pursuant to 42 U.S.C. § 1997e —*

Inmate Signature: *Wesley J Purkey*

Counselor Printed Name/Signature:

**Section 2: Department Assigned**

| Date Assigned: | | Date Due: | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Food Service | ☐ | Unit Mgmt | ☐ | Unicor | ☐ | Education |
| ☐ | Psychology | ☐ | Medical | ☐ | Chaplain | ☐ | Recreation |
| ☐ | Trust Fund | ☐ | Custody | ☐ | Facilities | ☐ | Safety |
| ☐ | ISM/Mailroom | ☐ | Admin. | ☐ | SIS | | |

**Section 3: Department Head Response**

| | |
|---|---|
| | Issue Resolved Comments: |
| | Issue Un-resolved Comments: |
| | Unable to Address Issue Comments: |

| | | | |
|---|---|---|---|
| Inmate Signature if Resolved: | | Date: | |
| Staff Signature: | | Date: | |

**Section 4: Tracking**

| | BP-8 issued to inmate | BP-8 returned to Counselor | BP-9 issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned as Rejected |
|---|---|---|---|---|---|---|
| Date | | | | | | |
| Time | | | | | | |
| Staff | | | | | | |

THX-1330.18C

Page 7

WP_GR100728

Ex_14-000843



date while I was at Recreation OIC ███ came to the upper recreation and told me "you are a Rat piece of shit for writing me up - and you try to shit me down, I'll shit you down you Rat piece of shit." ███ told me that "if you don't stand for count I'm writing your fucking ass up to." I told him, "so you are threatening physically, as well as with Disciplinary action for filing that grievance yesterday?" ███ walked off screaming with all other staff hearing him as well as the orderly telling me, "you're a Rat piece of shit and I'm getting your ass sent back to phase I - he repeated this several times and then told me - screaming that, "if you don't like that I'm going up and tear your cell apart - see what I can find to take." Everyone heard him screaming these threats out. He stop Nurse ███ while I still in the Rec. Room asking her if she had any medication for Purkey. She acknowledged that she did have and in turn He also told her that, "everyone is tired of his b.s. writing people up we need to get him a shot and moved back to phase #1. So if you can write him for anything - do it." Nurse ███ lingered at my cell for a brief period looking in my cell after affording me my medication. OIC ███ effort to recruit Nurse ███ to issue me a fabricated disciplinary action - is on par with him trying to incite other inmates against by ~~telling~~ me by telling them that I'm a "Rat piece of shit" as he did Monday Night on upper B-Range! I'm in fear for my life and Safety because of the threats made against me by OIC ███ Enter BP-8    7/16/19
BP-8 continued

WP_GR100729

Ex_14-000844

Attachment 1

FCC Terre Haute

Administrative Remedy – Informal Resolution

| Inmate Name: Wesley L. Purkey | Register # 14679-045 |
|---|---|
| Unit: SCU | Date Submitted: April 18th, 2019 |

Section 1: NOTICE TO INMATE - Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

Section 1a: Briefly state your specific single complaint: This seek both redress and to document the interference with my efforts to avail myself of exhaustion requirements of all admin.rds pursuant to 42 U.S.C. §1997e prior to seeking redress via litigation through the U.S. District Court. Here after waiting thirty (30) days to be afforded receipt of two different grievances, i.e. BP-11's mailed to the Central Office regarding dental issues SCU Admin.Staff, ████████ has and continues to refuse to afford me with assistance in ascertaining the status of such receipts and/or to provide with the name of the USP/TH grievance admin. clerk's names. See both Sp.Ex.(s)(A)&(B)/hereto attached. Such obstinacy shown by Mr. ██████ for a protracted period of time demonstrates his deliberate inference with my access to the court's in violation of well established law. This material documents such deliberate interference ████████ who's deliberate efforts to block my access to the courts' is based on his ossify animus against me for seeking redress through the grievance processing anent conditions of my death row confinement /

Section 1b: Briefly state the resolution you request: To be immediately afforded with receipts for the two different BP-11(s) that were mailed the same date to the Central Office. Thank you for your attention to this matter.

| Inmate Signature: | |
|---|---|
| Counselor Printed Name/Signature: | |

Section 2: Department Assigned

| Date Assigned: | | Date Due: | |
|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Food Service | ☐ | Unit Mgmt | ☐ | Unicor | ☐ | Education |
| ☐ | Psychology | ☐ | Medical | ☐ | Chaplain | ☐ | Recreation |
| ☐ | Trust Fund | ☐ | Custody | ☐ | Facilities | ☐ | Safety |
| ☐ | ISM/Mailroom | ☐ | Admin. | ☐ | SIS | | |

Section 3: Department Head Response

| | Issue Resolved Comments: |
|---|---|
| | Issue Un-resolved Comments: |
| | Unable to Address Issue Comments: |

| Inmate Signature if Resolved: | | Date: |
|---|---|---|
| Staff Signature: | | Date: |

Section 4: Tracking

| | BP-8 issued to inmate | BP-8 returned to Counselor | BP-9 issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned as Rejected |
|---|---|---|---|---|---|---|
| Date | | | | | | |
| Time | | | | | | |
| Staff | | | | | | |

THX-1330.18C

Page 7

Ex_14-000845

Attachment 1

FCC Terre Haute

Administrative Remedy -- Informal Resolution

| Inmate Name: Wesley I. Purkey | Register #14679-045 |
|---|---|
| Unit: SCU | Date Submitted: 3/13/19 |

**Section 1: NOTICE TO INMATE** - Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

Section 1a: Briefly state your specific single complaint: This addresses the protracted deliberate indifference being shown by SCU Administrative Staff and security staff as well to the ongoing constant disturbance being caused by the mentally ill inmate, ███████████, who is sentence to death for murdering a ███████████ and forcing that ███████ to watch him torture and kill that ████████, and then tortured and killed the little baby ███████ by drowning her in three foot of water after taping ███ eyes and mouth shut with duck tape. ███████ has allowed to maintain different pairs of alter speakers that has been placed in his t.v. - whereas he paid another inmate to alter such speakers that he uses for that t.v. In past ███████ was coerced into mailing out other altered speakers that he was using to blast both his t.v. and radio - Administrative Staff afforded ███████ a electronic devise as compensation for him mailing out that particular pair of altered speakers. ███████ then immediately sold that
                                                        Continued Next Page

Section 1b: Briefly state the resolution you request:
For the altered speakers and t.v. that ███████ is utilizing to be immediately confiscated -

| Inmate Signature: | |
|---|---|
| Counselor Printed Name/Signature: | |

**Section 2: Department Assigned**

Date Assigned:                                          Date Due:

| ☐ Food Service | ☐ Unit Mgmt | ☐ Unicor | ☐ Education |
|---|---|---|---|
| ☐ Psychology | ☐ Medical | ☐ Chaplain | ☐ Recreation |
| ☐ Trust Fund | ☐ Custody | ☐ Facilities | ☐ Safety |
| ☐ ISM/Mailroom | ☐ Admin. | ☐ SIS | |

**Section 3: Department Head Response**

Issue Resolved Comments:

Issue Un-resolved Comments:

Unable to Address Issue Comments:

| Inmate Signature if Resolved: | | Date: |
|---|---|---|
| Staff Signature: | | Date: |

**Section 4: Tracking**

| | BP-8 issued to inmate | BP-8 returned to Counselor | BP-9 issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned as Rejected |
|---|---|---|---|---|---|---|
| Date | | | | | | |
| Time | | | | | | |
| Staff | | | | | | |

THX-1330.18C                                                            Page 7

Ex_14-000846

Wesley I. Purkey #14679-045                                    March 14th, 2019
BP-8 Continued

devise afforded to him as compensation for 6 box of stamps and then purchased other altered speakers so he could blast either his t.v. or radio with them - which he does at all hours of the night and day. When I address this issue with SCU Case Worker ▮▮▮▮ on this date he told me verbatim that, "Purkey, it is jsut his t.v. that he is listening to." When I reiterated to Mr. ▮▮▮▮ that no t.v. on the unit has speakers and every inmate including myself has to listen to both their t.v., radio's or MP-3 Players utilizing headphones and that the headphones cannot be heard out of the inmate's cell when used. Mr. ▮▮▮▮ then advised me again telling me that, 'he said that he is only listening to his t.v., as if there was any validity to that claim what-so-ever and yet Mr. ▮▮▮▮, as does all of the security staff who have repeatedly heard ▮▮▮▮ blasting those altered speakers on numerous occasions merely buries their heads to in the proverbial sand at mine and other inmates' expense. As Warden ▮▮▮▮ clarified sometime back that death row inmates such as muself need to deal with issues of their confinement because of the crimes committed - saying verbatim that, "I'll have the U.S. Attorney's Office and the Victim's families to meet with us and here about the problems and conditions death row inmates' are complaining about." See Attached Sp.Ex.(A). This is the same mentality underscoring the ostracism being shown to the mentally ill inmate who is allowed to continue to utilized unauthorized altered speakers to disturb anyone within shouting distance of living by him. As seen in the after one inmate caked their cell with feces - the inmate (myself) who complained about what subject to retaliatory actions - which staff has clarified many times over that the inmate seeking to address problems such as the one presented herein will be subject to retaliatory actions instead of addressing the inmate who is actually causing the problem.

                                  End Of BP - 8


cc: Rebecca Woodman/KCMO; George Kouros/FRSC

GR000030

Ex_14-000847

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

## REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Purkey    Wesley    I.                              #14679-045          SCU          USP/TH
LAST NAME, FIRST, MIDDLE INITIAL                 REG. NO.          UNIT          INSTITUTION

**Part A– INMATE REQUEST** This administrative remedy timely follows the February 14th, 2019 response to the attached BP-8 which was filed the 11th day of February, 2019. The attached BP-8 sought both redress and remedy for SCU Unit Manager ▮▮▮ denying me access/copying to emails sent to SCU Unit Manager ▮▮▮ as described through the attached BP-8, which he ultimately responded to. Such documents of the sent email and response(s) and replies were to be utilize in pending litigation before the United States Court of Appeals for the Eighth Circuit as delineated and clarified throug the attached BP-8. Unit Manager ▮▮▮ advised me when discussing the attached BP-8 with me on this date that she was not going to afford me with copying of any documents in my inmate file and/or emails that I have afforded her, ▮▮▮ or anyone else for that matter. When I advised her that such emails were not considered to be documents of a security nature because I am the one who generated such and she responded and in turn ▮▮▮gave response to she remained reticent. See Sp.Ex.(A). When I reiterated to her that such email and responses were being utilized in a filing before the court's she stated that, "she did not care about that and that if I wanted any emails that I have sent to her or ▮▮▮that I needed to file a FOIA. This demonstrates the retaliatory nature of ▮▮▮refusal to offord me with a copy of such requested email, whereas ▮▮▮ has readily afforded me with request copying of other emails in the past when the law library's printer malfunctioned. So now for ▮▮▮ to spuriously claim that I must seek copying of the requested email via a FOIA cannot be reconcilled by the indubitable fact that ▮▮▮ has repeatedly afforded me with copying of requested emails sent to him, as well as ▮▮▮herself as is the case here, as well as other administra-tive staff in turn. ▮▮▮denying me the requested email now which I clearly identified is to be utilized in current pending litigation brings to bear the retaliatory nature of such by both herself and ▮▮▮denying me access to the courts.

2/14/19
DATE                                          SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____                    _____
DATE                                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                              CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

WP_GR100567

Ex_14-000848

Attachment 1

FCC Terre Haute

Administrative Remedy – Informal Resolution

605

| Inmate Name: Purkey Wesley Ira | Register #: 14679-045 |
| Unit: SCU | Date Submitted: 2/11/19 |

Section 1: NOTICE TO INMATE - Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

Section 1a: Briefly state your specific single complaint: This seeks both redress and to document SCU Case Worker ▮▮▮ interferring with my most fundamental right of access to the courts motivated by his retaliatory animus against me for seeking redress via the administrative remedy procedures anent abuses of my death row confinement. The facts germane to these alegations are as follows: On February 5th, 2019, as well as on other dates following I requested a copy of an email sent to SCU Unit Manager ▮▮▮ and her response to that initial email, as well as my reply to such. ▮▮▮ refused and has continued to refuse to afford me with a copy of such legal material which is being submitted to the Eighth Circuit Court of Appeals in pending litigation to demonstrate and support claims of my abusive death row confinement. See In Re: Wesley I. Purkey, Case No. 19-1232 (8th Cir. 2/1/19). Here ▮▮▮ has refused me copying of such legal documentation based his palpable self serving specious claims that I can print a copy off for myself
Continued Next Page

Section 1b: Briefly state the resolution you request: This material as noted above seeks both redress and to document ▮▮▮ denying me access to documentation for filing with the court motivated by a retaliatory animus.

Inmate Signature: _Wesley Ira Purkey_

Counselor Printed Name/Signature: _(signature)_

Section 2: Department Assigned

Date Assigned: 2-11-19       Date Due: 2-19-19

| ☐ Food Service | ☒ Unit Mgmt | ☐ Unicor | ☐ Education |
| ☐ Psychology | ☐ Medical | ☐ Chaplain | ☐ Recreation |
| ☐ Trust Fund | ☐ Custody | ☐ Facilities | ☐ Safety |
| ☐ ISM/Mailroom | ☐ Admin. | ☐ SIS | |

Section 3: Department Head Response

Issue Resolved Comments:

Issue Un-resolved Comments: Spoke with inmate and informed him that per PS 1351.05 Release of Information that he can file a FOIA Request for BOP records.

Unable to Address Issue Comments:

| Inmate Signature if Resolved: | | Date: |
| Staff Signature: _(signature)_ | | Date: 2/14/19 |

Section 4: Tracking

| | BP-8 issued to inmate | BP-8 returned to Counselor | BP-9 issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned as Rejected |
|---|---|---|---|---|---|---|
| Date | 2/11/9 | 2-11-19 | 2-14-19 | | | |
| Time | 1800 | 2:00p | 8:10am | | | |
| Staff | CWL | | | | | |

THX-1330.18C

Page 7

WP_GR100569

Ex_14-000849

Wesley I. Purkey #14679-045
Feb. 11th, 2019

BP - 8 Continued
Shepherd/denying me access to the courts

via the law library printer, whereas I have reiterated to Mr. ███ based on the sensitivity of the requested documentation/email and the dysfunctional nature of the law library printer that often does not print requested materials when purchased - and then will arbitrarily do so when another inmate receives requested materials being printed off - whereas because of such dysfunctional nature of the law library printer (which is well documented by staff such as OIC-███ C.O.(s) ███, ███ and numerous other SOU Staff) inmates' such as myself have regularly had other inmates gain access to such legal materials putting them in jeopardy of having snitch jackets placed on them placing their lives and safety in danger. Mr. ███ is vividly aware of these issues and yet actually is indifferent to such as seen here, whereas in the past, as ███ is thoroughly aware of SOU Staff has labeled me as a snitch to incite other inmates against me for my exercise of the administrative processes. Here ███ has not 'espoused' any reason, let alone a letigimate one for denying me copying of the requested materials which are being submitted to the Courts' in support of pending litigation and thereby the allegation of ███ denying such documentation brings to bear the retaliatory motivation in doing so. This allegation of retaliatory denial is underscored by the fact that I advised Mr. ███ to afford me with a BP-199 for covering copying expense, which he in turn he refused to do so.

First and foremost it is a given that inmates have a fundamental right to seek redress for issues of their confinement via administrative procedures without being subject to retaliatory actions being taken against them as I am being subject here by Mr. ███. See Purkey v. CCA, 339 F.Supp.2d 1145, 1154 (D.Kan 2004). Further' prison personnel such as Mr. ███ here denying prisoners with legal documentation in their control without legitimate reason given runs afoul with inmates msot fundamental rights of access to the courts. See Lehn v. Holmes, 364 F.3d 862, 869 (7th Cir. 2004). Here the very documentation that Mr. ███ is denying me access to which is to be utilized in pending litigation with the Eighth Circuit Court of Appeals, id. is denying me access to the court and states a cognizable First Amendment violation under well established law. See Caldwell v. Miller, 790 F.2d 589, 606-07 (7th Cir. 1986). The requested documentation as described here and reiterated to Mr. ███ on different occasions needs to be immediately provided and cost of copying will be provided in turn for such. Thank you for your attention to this matter.

███ End Of BP - 8's Extra Page

WP_GR100570

Ex_14-000850

From:          ^!"PURKEY, ^!WESLEY IRA" <14679045@inmatemessage.com>
To:
Date:          1/30/2019 9:20 AM
Subject:       ***Request to Staff*** PURKEY, WESLEY, Reg# 14679045, THP-X-A

To: Mr. ███████
Inmate Work Assignment: ua

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
13291cbb-dee1-4f7c-87a7-036203137ebc
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


Again yopu set my Phase II request up-to-fell, as seen by the doubling down on everything nefarious anent my capital charges, and inst. disciplinary history, without ever qaulifying that the shot given rescinding my \Phase II Status was based on C.O. ████ subjecting me to a retaliatory disciplinary action after I filed a grievance concerning him and his partner tearing my cell apart while I was at Rec. claiming that he found a sack of 30 apples that no one ever-never seen. Of course as you told me at the UDC that, "we always that the word of staff over that of a scumbag inmate." Emphasis added to original. And of course that is absolutely true. And yet' ████ was once again approved for Phase II after being taken from Phase II status jsut over a year ago when he was found 'jacking off to a nurse', which he has a multiple history of doing. Imagine that! Lets see, also after being approved the first time for phase II status he had to be literally helped from the Outside Rec. Area to Upper - B - Range because he was so drunk and punking - reeking of alcohol that he couldn't make it on his own. When Inmate ████ and I asked the two cops, "why in the hell are you allowing that guy to be moved to Phase II". Their answer was unequivocal saying that, ██████ said to move him, so we are moving him." Of course just weeks prior to this these same two staff had found several gallons of wine in his cell and poured it out in the Outside Rec. drain, w/o ever subjecting him to disciplinary action. Further' another inmate who previously stabbed an inmate while on Phase II you moved back to Phase II thereafter. In fact an inmate who recently had a drug conviction for interduction of narcotis into the facility also was recently moved to Phase II - whereas in the past you listed in my 180 day review that "Purkey hangs out with drug dealers referencing this particular individual. Imagine that - you disparate me with reference to providing legal assistance to another inmate and then move that inmate to Phase II.
    Send me a BP-8 Please.
cc: file

WP_GR100541

Ex_14-000851

Jan 26, 2019 Sat.

Dear Michelle,

From the [dying] now to the fire-

after making complaints about my next door

neighbor, ███████ beating on the wall and blast-

ing external speakers connected to his t.v.

and radio all day and night - OIC

██████████ Refused to allow me the phone -

Despite submitting written Request per

SCU policy. The external speakers this

Mentally ill inmate is using are in clear

Violation of SCU & BOP policy, although

Ms. -████████ has sanctioned him to have

Such - for the purpose of harassing me!

After Making Such complaints OIC ██████

- [ ]

WP_GR100531

Ex_14-000852

one other 6-2 staff Denied me law library access and the phone as well whereas after submitting Written Request for the phone and inmate Cofe who was using it at 2pm - gave the phone to staff telling him that, "Parker signed up for the phone at 2pm staff told him, "fuck him, he ain't getting Shit" and sit the phone on the Range". Prior to this at lunch when C.O. ▮▮▮▮ brought my sack lunch to me - leaving my Cell he told the other 6-2 staff working with him that, "I'm going to start writing that guy up for whatever I can. We all need

- 2 -

WP_GR100532

Ex_14-000853

to start doing that.

This L.S. is odea - you wrote a hopeless letter to ██ ██ partially stating the circumstance w/o any follow up whatsoever. I'm tired of the continuous abuses on this Unit. A Writ of Mandamus is being filed this week with the 8th Cir to compel this Dist. Court to act on my Motion to facilitate my execution. Because of the constant threats and abuses I will not be leaving my Cell - no Recreation, no law library. nothing with exception of Visits! I'm done - they won!

Take Care

Wes

- 2 -

WP_GR100533

Ex_14-000854

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Turkey Wesley I    14698045    SCU    USP ITH
        LAST NAME, FIRST, MIDDLE INITIAL            REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL** This Regional appeal follows the Rejection of the attached BP-9, and its attachments by the Admin. Coord. ▪▪▪▪▪ purportedly based on being Repetitive to 961966-F1 and/or its attachments being used in a previous filing. Rejection notice is attached here and marked as Sp. EX. (A). Such Rejection was appealed to me on December 19, 2018. See Sp. EX. (B), Contrary to ▪▪▪▪▪ claims otherwise the attached BP-9 is not repetitive to 961966-F1 filed 12/7/18 which sought redress for the deliberate circumventing my law library scheduling in blatant violation of SCU policy mandates and brought to bear interrelated retaliation being taken against me - but did not include the distinct retaliation taken against me by SCU G-2 OTC ▪▪▪▪▪ threatening me with physical violence thereafter, or with

12/26/18    Continued Next Page    Wesley A Turkey
  DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____        _____
        DATE                          REGIONAL DIRECTOR
If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE        CASE NUMBER: _____

**Part C - RECEIPT**

        CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT:_____

_____        GR000269_____
    DATE                    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN        PRINTED ON RECYCLED PAPER            BP-230(13)
                                    JUNE 2002

Ex_14-000855



- BP-10 Continued -

the destruction of my legal materials by C.O. ███████ in retaliation for complaints made reporting such circumvention of my law library scheduling. These are seperate issues from issues presented through the 12/2/18 Remedy filed. Further, Contrary to ███████ the governing BOP Policy, #PS #1330.18 doesn't prohibit Repetitive attachments supporting on inmate's Claims being presented, whereas ███████ makes such claim of policy promulgating Rejection for Repetitive exhibits without providing Reference to such policy mandates. She failed to Reference with promulgation because no such promulgation exist. ███████ cannot confer power on herself, Gerlach v. Reno, 219 F.3d 1087, 1092 (9th Cir. 2000), whereas she must comply with BOP Policies and Regulations the same as I do. Caldwell v. Miller, 790 F.2d 589, 610 (7th Cir. 1986). ███████ Rejection of the attached BP-9 is contrary to Policy dictates and must be reversed because of such violations of policy -

    Pursuant to well established law I am mandated to exhaust "all available admin. R&s" prior to seeking Redress through the Courts. Turkey v. CCA Det. Ctr. 263 F.App.x 723, 726 (10th Cir 2008); 42 U.S.C. §1997e. Here ███████ is deliberately trying to thwart me from satisfying statutory Requirements, as SCU staff is going through acts of intimidation as delineated through the attached materials. In so doing so ███████ is interferring with and denying me my fundamental Right of access to the Courts. Andres v. Marshal, 867 F.3d 1076, 1078 (9th Cir 2017). Thank you for your attention to this matter.

GR000270

End of BP-10

Ex_14-000856