**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Purkey Wesley I          14679045    SCU        USP TH
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A– INMATE REQUEST** This admin. RQ timely follows the Receipt of the attached BP-8 issued to me this 18th Day of December 2018, the attached BP-8 sought Redress for SCU 6-2 staff, OIC ▄▄▄ one others Retolietory circumvention of my law library scheduling and other interreled Retoliation token because of complaints mode, both verbally and through councils and administrative Remedies seeking Redress for such Retolietory circumvention of my law library scheduling. the facts supporting such claims of Retolietory actions by the 6-2 staff and OIC ▄▄▄ will not be Reiterated through subsequent paragraphs with exception for clarification purposes.

12/18/18    Continued next page    Wesley J Purkey
DATE                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED
USP Terre Haute

DEC 1 8 2018

Administrative
Remedy Clerk

_____          _____
DATE                       WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: 963081-F1

                                         CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____  _____  _____  _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____                          _____
DATE                                     RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          PRINTED ON RECYCLED PAPER          GR000273          BP–229(13)
                                                                        APRIL 1982

Ex_14-000857



BP-9 Continued

On 12/12/18 the Lieutenant investigating such attached complaint clearly indicated that there wasn't much that he could do about the issues presented and based on such indifference this Admin. Rl. follows. The attached affidavit signed under pains of per-jury brings to bear both the Retaliation under-scoring ████████ and the #6-2 staff circumvent-ing my law library scheduling, as well as ongoing Retaliation being taken against me by ████████ and such 6-2 staff which includes but not limited to; threats of physical harm, see aff'd #5. Since such threats were made I have not been to Recreation on the 6-2 shift being in fear for my safety, as delineated through #5. Because of such on-going Retaliatory circumvention of my law library scheduling by ████████ and the 6-2 staff I have not been given access to the law library.

These issues of interrelated Retaliation by ████████ and the such 6-2 Staff are presented pursuant to 42 U.S.C. §1997e(a), whereas Capt. ████████ has been made aware of such Retaliatory actions taken against me by ████████ and the such 6-2 staff will total indifference shown. In turn USP/TH Lg. Apt. K. ████████ has been presented with such Retaliation being taken against me by ████████ & the 6-2 staff through Cop-Out's I afforded to her, as well through my Habeas Counsel Ms. Michelle Law, Springfield, MO. and he's Remained indifferent to such, see aff'd, EX(E).

End of BP-9

GR000274

Attachment 1

## FCC Terre Haute

### Administrative Remedy – Informal Resolution

587

| Inmate Name: Wesley Turker | Register #: 146790.45 |
|---|---|
| Unit: SCU | Date Submitted: 12/7/18 |

Section 1: NOTICE TO INMATE - Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

Section 1a: Briefly state your specific single complaint: This seeks Redress And to Document the protracted and ongoing Retaliation being taker against me by SCU b-2 staff including ▓▓▓▓▓▓ ▓▓▓▓▓▓ and others because of my complaints and seeking Redress through admin. RS(3) for the Retaliatory circumvention of my Law library scheduling. All issues herein are either –

Section 1b: Briefly state the resolution you request: To Document issues pursuant to 42 U.S.C. § 1997e(a) and for Redress to be taken through appropriate disciplinary Channels.

Inmate Signature: Wesley Turkey

Counselor Printed Name/Signature:

| Section 2: Department Assigned    Custody | | | |
|---|---|---|---|
| Date Assigned: 12-10-18 | | Date Due: 12-17-18 | |
| ☐ Food Service | ☐ Unit Mgmt | ☐ Unicor | ☐ Education |
| ☐ Psychology | ☐ Medical | ☐ Chaplain | ☐ Recreation |
| ☐ Trust Fund | ☒ Custody | ☐ Facilities | ☐ Safety |
| ☐ ISM/Mailroom | ☐ Admin. | ☐ SIS | |

Section 3: Department Head Response

| | Issue Resolved Comments: |
|---|---|
| | Issue Un-resolved Comments: |
| | Unable to Address Issue Comments: |

| Inmate Signature if Resolved: | Date: |
|---|---|
| Staff Signature: | Date: |

Section 4: Tracking

| | BP-8 issued to inmate | BP-8 returned to Counselor | BP-9 issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned as Rejected |
|---|---|---|---|---|---|---|
| Date | | 12-10-18 | | | | |
| Time | | 12:50p | | | | |
| Staff | | AS | | | | |

THX-1330.18C

Page 7

GR000196

Ex_14-000859

interrelated and/or supporting fact. After both verbal complaining and filing on admin. R.e. Regarding, etc. ██████ and C.O. ██████ circumventing my law library scheduling I was told that because of such complaints my law library scheduling would be lost everyday. Because of such reprisals I stop submitting written law library request which is mandated by policy for SCU law library scheduling. Despite such ██████, ██████ and other SCU 6-2 staff continue to schedule me for law library access everyday - last, C.O. ██████ verified such arbitrary scheduling 12/4/18 at 8am - and again on 12/5/18. And again on 12/7/18 by C.O. ██████. This arbitrary law library scheduling is being done to give the appearance that I am refusing law library access despite never submitting a written request for such. Interrelated retaliation has occurred by C.O. ██████ on the morning of 12/3/18 when he took a legal pleading/materials from my cell door and threw it in the trash. There are other retaliatory acts continued undaunted. Contrary to SCU ██████ beliefs otherwise wise prisoners have the fundamental rights to both verbally address issues of their confinement as well as exercise admin. R.d(s). In doing so, Turkey v. CCA Det. Ctr. 263 F. App'x 723, 726 (10th Cir 2008); see also Smith v. Mosley, 532 F.3d 1270, 1276 (11th Cir 2008) and Pearson v. Welborn, 471 F.3d 732, 742 (7th Cir 2006)("Retaliating against a prisoner for complaints regarding conditions of their confinement strikes at the heart of their most fundamental First Amendment Right.") And is the case here with the SCU's 6-2 staff whereas demonstrated through the irrefutable facts presented here whereas the plethora of retaliation taken against me is but staff's modus operandi.

EXHIBIT. RP-8

Documentation in
961966-F1

Declaration under Penalty of Perjury by Wesley I. Purkey

Wesley I. Purkey being competent to make this Declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. §1746 that;

1. On the morning of December 3rd, 2018, Monday I asked C.O. ██████ where I was at on the Law Library list. He unequivocally told me that "your name is not on the list at all. All the bull-shit you are causing helping inmate's to file law suits against us and filing grievances every-fucking day - on every little issue of your confinement - you'll go to the law library when we decide to let you go." At approximately 4:30 pm this same date I asked OIC ██████ if my name was on the law library list he advised me that "first shift didn't have your name on the list."

2. The following morning, Tuesday December 4th, 2018 at approximate 7:30 AM I tried to stop OIC ██████ who was making rounds on the range and was passing the telephone between cell 412-C to cell 410-C - and ask him where my name was on the law library list. He muttered something telling me that "██████ told you what time it was yesterday with all this B.S. about your

notice (8)

GR000277

Ex_14-000861



law library scheduling so take that to heart," he told me as he left the Range.

3. After confronting [redacted] about my law library scheduling he denied me Recreation in Retaliation for such. In fact such Reprisals by [redacted] and scca staff is a Culture, which includes administrative staff as well, See exhibit (A), Because of such ongoing protracted Retaliation by scca staff I have filed a motion with the District Court for the Western District of Missouri for an expeditious execution date to be scheduled, see exhibit (B).

4. OIC [redacted] and C.O. [redacted] are vividly aware that their Reprisals against scca inmates such as myself are Readily condoned by administrative staff. See exhibit (C). As noted by exhibit (C) scca staff have a dossier practice of using other inmates to take Reprisals against inmates that the have an animus against. As the inmate utilized by [redacted] was [redacted] to orchestrate forcing me to move into a access covered cell see ex(A) A b and ex(c) one did so under the threat of Disciplinary action. if [redacted] [redacted] and [redacted] all have a tactic practice of placing given inmates control over other inmates, as

A.(2) of (8)

GR000278



seen here in having the inmate or laely designating cell moves giving preferable treetment to his-click-buddies in making cell designation and then subjecting other inmates as myself who he has a enimies for to less desirable cell moves and in my case into a cell laked with feces, i'e exhibit (s) (A) + (c). To justify this Reteletory Cell Move Ms [redacted] under the Ruse contends "all inmates do cell Rotation every 90 days." Of course this is true and every 90 days her orderlies designates what cell moves are to be made.

5. SCU staff have reiterated that they do not care about SCU policy for scheduling inmates law library access. In fact OFC [redacted] and C.O. [redacted] has cooried-red that they do not give a fuck about SCU policy and that they will schedule my law library access however they choose to do so. See exhibit (A). In fact after addressing this issue with C.O. [redacted] on December 4, 2018 when he brought my lunch to me at my cell he told me, "You're a tough guy when the door closes otherwise you're a bitch." He then slammed my door slot so hard it echoed throughout the Range, Because of these physical threats against me by C.O. [redacted] I'm in fear for my

GR000279
P. (3) of (8)

Ex_14-000863



life and safety. There is ossify history underscoring SCU staff culture in using inmates to extract Retaliation for them against other inmates that they have deep rooted animus against. In the recent past OIC ███████ orchestrated inmate ████████ to being attacked by inmate ██████ on Lower C-Range, ████████ who was being escort on the range handcuffed behind his back ██████████ Deliberately open inmate ████████ cell door who emerged with a knife in hand, Repeatedly stabbing ██████████. Not long prior to this Retaliatory incitement SCU Case Worker ██████████ had ████████████████ set up to be stabbed as well by another inmate, Case Worker ██████████ deliberately had inmate ████████ moved to a different leisure group providing opportunity for another inmate to Repeatedly Stab ████████. The incitement for violence by SCU staff by inmate against inmate has a protracted history and brings to bear C.O. ██████████ Retaliatory threats made against me this date.

6. On Monday after submitting legal materials to Mr. ██████████ in a sealed envelope Requesting copies of such - I was threaten with Disciplinary action by C.O. ██████████, See exhibit (E). Such threats have materialized in the past, id and makes me prepared to bring to bear ALL facts concerning the ongoing Retaliation being taken against me by SCU staff.

P (4) of (8)



7. Because of the ongoing threats of both being subject to Retaliatory disciplinary action and as well as to physical violence by C.O. ████████ and other SCU Staff, whereas ████████ Clarified yesterday Dec 4th at lunch time after slamming my door slot shut tellin me that I am a tough guy when my cell door closes but a bitch otherwise – then stated the "we'll see how tough you are later" and because of such implied threat I have Refused Re-creation on the 6-2 shift. This same Dec. after breakfast I sent Ms. ████████ a "Cop out" telling her to Keep my name out of the Law Library log book because of threats made against me by ████████ and 6-2 staff. In fact as C.O. ████████ advised me as of yesterday evening, December 4th at 8AM that the 6-2 staff probably ████████ again placed my name on the law library list, to be Token lest. C.O. ████████ clarified that his shift 2-10 goes by the law library list that the 6-2 shift leaves for them to go by. I told C.O. ████████ that I had not submitted a written Request for law library as mandated per policy for law Library Scheduling and to take my name off that list.

8. Since OIC ████████ left the SCU C.O. ████████ has full oversight of the unit Despite officer ████████ being Designated

GN000281 p. (5) of (8)



of the 6-2 Sheet. C.O. ████████ has clarified this himself telling me a week ago that, he was glad to see ████████ leave because he and ████████ had serious problems because ████████ wanted to con- trol everything. Since ████████ has left the Unit ████████ and 6-2 staff uses in- mate law library scheduling as their own punitive tool against inmates they have animus against, as seen in my case.

9. This date December 5 2018 at 1:35 pm Lieutenant ████████ told me that per policy, see Exhibit (F) that SCU staff had full discretion to take whatever inmate that they chose to - to the law library at any time that they chose to do so. Clarifying that staff has absolute discretion to schedule inmates at their whim no matter when an inmate submitted their written Request. When I told Lt. Young that inmates "Do not submit written Request for law library access" and that SCU staff just makes up a list as they go and inmates such as myself who does actually submit written Request are arbitrarily placed on the law library list at their discretion, he ignored me and told me that I was lying about not being low library access on Sunday December 2nd. Here Lt. ████████ is subjecting

A (8) of (8)

GR000282



me to disciplinary action for filing a grievance regarding C.O. ███████ and the 6-2 staff Retaliatory scheduling of my law library access. When I asked Lt. ███████ just exactly what guides the scle' staff scheduling inmates for the law library he unequivocally clarified "nothing".

10. at approximately 2AM I asked C.O. ███████ how many written law library request he picks up daily from scle inmates and he told me "generally about twenty." So you personally pick up about 20 written Request yourself out of the 50 some inmates on the clair." I told him and in turn I told him that I know that - that is a cold-face lie. Everyone here knows that inmates do not submit written Request as policy mandates for law library scheduling they verbally tell staff to "put me back in the box." staff will lie at the drop of a hat to cover each other when one do more of them is subjecting any inmate to reprisals in seeking redress for abuses that they are subjecting that inmate to. The mentality seen by C.O. ███████ is evidence of such actions of cover-up for ███████ and the 6-2 staff's Retaliation being taken against me here.

p- <□□>=P (8)

GR000283

Declaration under Penalty of Perjury

The undersigned does attest under pains of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct to the best of his knowledge and beliefs. Executed on this 5th day of December, 2018.

Wesley J. Tuckey

Wesley I. Tuckey #14628045
United States Penitentiary
P.O. Box 33
Terre Haute, InD 47801
affront

A (8) of (8)

Sent via Email_ 12-3-18          Response Attached 12-4-18

Rec'd EX. (5)

Ms. K. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓          Turkey 146798045

USP[TH  Lg. Dpt                     12/3/18

After sending Legal Materials to SCU Case Worker ▓▓▓▓▓▓ in seal envelopes enclose taped sealed themselve - the staff picking up such materials Read Such prior to afforeding MR. ▓▓▓▓ Shortly thereafter at lunch time after picking left legal correspondence addressed to MS. ▓▓▓▓▓ threaten me with disciplinary action for lying about them. This discussion took place between C.O. ▓▓▓▓▓ and the other staff serving lunch on the Range.

As you are aware I have been subject Retalitory Disciplinary action in the past whereas MR. ▓▓▓▓▓▓ in finding me guilty Reiterated that "We will always believe the word of an officer over that of an inmate." Because of the threats made against me by C.O. ▓▓▓▓▓ this note for addressing issues of my Death Row confinement is Retolatory and stifles my efforts to address issues of my Death Row confinement Regarding abuses by C.O. ▓▓▓▓ and other SCU staff.

Thank you for your attention to the issues presented herein—

cc: file: MS webeleven/ K.C.M.O.

*Photocopy of attachment to 96/9/66 P*

GX000294

Re: Exhibit (B) Cop Out    A(1) OP (2)

Warden J. ██████████    Purked 14629045
Warden Office    SCU   12/3/18

This correspondence addresses the ongoing retaliation by your SCU staff in denying me my most fundamental rights, including access to the courts. I have attached copies of such retaliation being taken against me by your SCU administrative staff and underscores the premise motivating such retaliation. Other SCU staff such as OIC ██████████ designating his authority to his staff in scheduling my law library access such as to C.O. ██████████ who rans the SCU in clarifying that "We don't give a fuck about SCU policy, we will schedule your law library however we want." In full compliance with SCU policy I submit a written request every morning at 5am for the following day. No other written request has been submitted before mine - but as ██████████ has reiterated "We don't give a fuck about SCU policy, you will be denied for law library access on the 2-10 shift because of your complaints." OIC ██████████ clarified this more late last night of 7pm when he said, "No need to be mad at me - the day shift, ██████████ he was referencing scheduled your law

p. ██████

Attached to 96/9ccc P1

WP_GR000296

WP_GR100491

Ex_14-000870

p. (d)(6)(d)

library access on our 3-10 shift and your
name was lost.

[redacted] animus against inmates
this Retaliatory scheduling of my low
Library access in violation of scce policy.
I'm not asking for special treatment,
per from if I am asking you to enforce
existing scce policy promulgation concerning
scce law library access and to Carlton
[redacted] and prison other scce staff
cease or mentally denying me my most
fundamental rights of law library
access!

Thank you for your attention
this matter and efforts taken to
address it.

I C: file

p 2 of 2

WP_GR000297

WP_GR100492

Ex_14-000871

AReE EX(A) p(i)oe(2)

Documentation already filed in 961966-F1

## Declaration Of Wesley I. Purkey Under Pains Of Perjury

Wesley I Purkey, being competent to make this declaration and having personal knowledge of the matters stated therein, declares under pains of perjury pursuant to 28 U.S.C. §1746 that:

1.   In the past two years Special Confinement Unit (SCU) Case Worker ████ has continuously interferred with my access to the court anent my capital habeas proceedings by deliberately inter-ferring with my legal calls to my capital habeas attorneys. In fact when contacted by Mr. Law or Ms. Woodman for scheduling legal calls ████ has malicious advised them that the requested time for the calls are not available and then when a call is scheduled limiting it to just one hour. Because of such deliberate interference with my legal calls, which is motivated by ████ retaliatory animus against me for exercising my rights for seeking redress regarding conditions of my death row confine-ment, and as well as for assisting other inmates with both grievance and litigation seeking redress for abuses regarding their death row confinement my habeas attorneys' have stopped trying to schedule legal calls in the past two months all together.

2.   In the past year and a half or more both SCU Unit Manager ████ and Case Worker ████ have reiterated and clarified that because of my sedulous and assiduous filing of administrative remedies, and as well as for assisting other inmates in filing of such in turn and aiding other inmates in pre-paring and filing litigation naming ████ as a named defendant in such litigation that any and all visitors that I request visitation with will be denied, and they have maintained this tactic policy on different occasions denying requested visitors without reason given.

3.   Because of the ossify animus against me by both ████ and ████ for my sedulous filing of administrative redress for issues anent my death row confinement and aiding other inmates with issues of their death row confinement they have clarified that I will not be afforded Phase II placement - period.

4. Because of the ongoing retaliation being taken against me by ████ and ████ I have filed a motion with the court for a expeditious execution date to be scheduled. See Attachment (A).

5.   Being moved from cell C-419 to cell 403-C in September, 2018 I found a significant sized piece of iron/weapon stashed underneath the corner of my bunk. The following day I turned this over to OIC ████. Sometime later after an inmate who had lived on Upper C-Range was returned from Upper B-Range - the orderly who ████ had designated came to my cell and told me that, "ole boy wants to get that piece of iron that is in the back side of your bunk, in between the wall and the leg of the bunk." When I told him that nothing was there he became irate. The following day when all four of my laundry bags came up missing - ultimately the Unit Orderly found them laying in a empty laundry cart where the range orderly had thrown them. Two of the four bags had piss poured on them, one of the other two bags had been open and personal items taken out of. The following two laundry

1.

GR000285

Ex_14-000872

APP'Q EX(A) p2of2

days my laundry bags came up missing again - and were later found in an empty laundry cart thrown there by the range orderly. ███ and ███ were made aware of such abuse taking place and told me - we will look into it.

6.    On November 2nd., 2018 I was forced to move to cell C-411 under threat of disciplinary action. Entering the call I smelled what seemed like rotten apples and I asked C.O. ███ who had just moved out of 411 and he said ███. I then asked him if he smelled that ordor and he said no. Later I found feces smeared under the cell bunk and table as well as in between the bunk and table as well. I sent ███ a Cop Out regarding such which to date he has refused to respond to. See Attachment B.

7.    Inmate ███ is the same inmate that the rotation prior to this one had caked his cell in fecal matter  forcing the entierety range to live in the fecal fumes for days. When ███ and ███ asked him why he had caked his cell with feces the told them that, "I didn't want anyone else to move into my cell." Based on this action ███ and ███ did not issue ███ disciplinary action, but rewarded him by allowing him to move back to and maintain that cell for himself. See Exhibit (C).

8.    Despite having available several open cells on the range including 409 and 414 ███ deliberately moved me to 411, whereas the range orderly and ███ has schemed to have me moved to 411 and force me to deal with the caked feces underneather the bunk and table. When I asked the orderly on Monday while he was out working that evening why he listed me to move to 411 when I had requested to be moved to 419 he told me that, "███ told me that I could move you where-ever I wanted and so I did." He went onto clarified that, "███ thinks you're a piece of shit anyway, and I will do what I want on this range."

The undersigned does declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the above and foregoing is true and correct to the best of his knowledge and beliefs. Executed on this 7th day of November, 2018.

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Delcarant

2.

GR000286

Ex_14-000873

AEP Exhibit (8) p(1) of [3]  Lop out    Duplicate
Paperwork to
961966-F1

Mr. Sutton                              FL RKey 14678045
CASE WORKER                             scu cc/4/18

Now its all come to light, the adolescent you
and Thomas put out on the Range—Acting as your
surrogate in making cell moves Friday, 11/2/18 went
to inmate Bourgeois—Thomas little bully and they
schemed-up my cell move. Move Bourgeois Back
to 404-c which he had previously caked with
feces—Move me to his last cell occupied 411-c.
Do alittle feces caking in obscure places and
place me at the end of the Range next to
Galvin—and then move one the adolescent
little cliak members into 419-c where I
was suppose to be moved. He said that you
approved him designating all cell moves—
and of course you were visibly aware
of this scheme, especially seen that I
addressed my cell move with Shepherd
Thursday 11/1/18 and he Remained Reticent
which now speaks volumes! So Mr. Sutton
you utilized the adolescent to carry out
your act of Retaliation against me—sool

GR000289

Ex_14-000874

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PURKEY, WESLEY IRA | | | Reg #: | 14679-045 |
| Date of Birth: | 01/06/1952 | Sex: | M   Race:WHITE | Facility: | THP |
| Note Date: | 09/30/2018 09:41 | Provider: | Smith, Michele RN | Unit: | X03 |

Admin Note - Orders encounter performed at Special Housing Unit.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**        **Provider:** Smith, Michele RN

COP OUT FROM INMATE 9/28/2018  ON THIS DATE I WAS FORCED TO EAT UNCOOKED ENTREE
SERVED TO ME BY FSA OLIVER AT 10:40AM ENTREE TO 165 DEGRESS BUT REFUSED TO
ACTUALLY LOOK IF FOR 15-20MIN AT 365 DEGREES.  ALMOSE IMMEDIETLY AFTER EATING I
SUFFERED, SEVERE STOMACH CRAMPING ONE PAIN BURNING EAT VOMITING NOW I HAVE
DIARRHEE.  THIS IS ONE OF THE DOZEN OR MORE UNCOOKED ENTREEES OLIVER SERVED NOT
TO BE COOKED ONLY HEATED THAT HAS CAUSED ME TO BECOME SICK AFTER CONSUMING IT.

INMATE STATES "I JUST WANT IT DOCUMENTED IN MEDICAL."  INMATE DENIES NEED FOR SICK
CALL.  ENCOURAGED INMATE TO INCREASE FLUID INTAKE.  INMATE UP WALKING AROUND IN CELL
WITHOUT DIFFICULTY.

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Smith, Michele RN on 09/30/2018 09:45

Ex_14-000875

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Purkey   Wesley   I.                                    #14679-045              SCU              USP/TH
      LAST NAME, FIRST, MIDDLE INITIAL                REG. NO.              UNIT              INSTITUTION

Part A- INMATE REQUEST This administrative remedy timely follows the attached Informatl Resolution which response was received and dated July 30th, 2018 which sought redress and remedy for the chronic denial of my Phase II place-ment without reason given. The attached material sets forth and delineates the facts underscoring that claim and will not be reiterated herein through subsequent paragraphs without for clarification purposes. In response, the unidentified staff (contrary to mandates was to print there name for clarification purposes and then sign such refused to do so to hide their identity) states without reference to governing policy for Phase II placement that, inter ali, "[R]eviewers will evaluate any information . . . relationships with other inmates and staff and inmates' instant offense, history of violence and etc. etc. and etc. Of course such evaluating criteria is not delineated in the governing SCU for assessing inmates' for Phase II - but seen for what this claimed evaluating criteria the SCU Unit who gave response to claims presented against their associate is nothing more than mumble-jumble to justify the retaliation underscoring the claims presented through the attached material and evident of such is easily gleaned from the gobbledygook spew by Mr. ███████ co-workers'. First and foremost, I have already been on Phase II and was rescinded such classification after being subject to retaliatory disciplinary for exercising the administered remedy procedures anent a retaliatory cell shake down by C.O. ██████ who torn up my legal mail and ransacked my cell while I was at recreation. Who spuriously claimed that he found 30 some apples in a brown paper bag in my cell - but of no else ever witnessed this brown paper sack of apples which Mr. ██████ found me guity of despite policy mandating that such contraband be maintained until after the disciplinary hearing takes place. But ███████ complies with policy when convenient as is easily seen through the following articulation, whereas I was taken

July 31st., 2018                        Continued Next Page
     DATE

SIGNATURE OF REQUESTER

Part B- RESPONSE

**RECEIVED**
USP Terre Haute

AUG 0 1 2018

Administrative
Remedy Clerk

     DATE                                                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                                        CASE NUMBER: 949005-F1

                                              CASE NUMBER: _____

Part C- RECEIPT

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL              REG. NO.            UNIT            INSTITUTION

SUBJECT: _____

     DATE                                                     RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                    PRINTED ON RECYCLED PAPER                                    BP-229(13)
                                                   APRIL 1982

WP_GR100582

Ex_14-000876

Wesley I. Purkey #14679-045                                    BP – 9 Continued

off of phase II and returned to phase I. So as far as being a security threat based on some classification of my capital charges truly has no bearing – if it did have then why am I still eligible for Phase II and have not been reclassified to Phase I and a half status. Further' contrary to this glaring mumble-jumble used by the unidentified SCU Administrative Staff to underscore my retaliation claims against Mr. ████, then why are inmates' allowed back on Phase II after stabbing other inmates' while on Phase II status? Pretty difficult to reconcile that with the gibberish spawn by the writer of the resolution response isn't it. Further' even more difficult is the fact that the 'good man ████' has authorized inmates who are stinking drunk and puking on the recreation area outside to be moved to Phase II - whereas this same inmate has received multiple incident reports for jacking to nurses on the range, as he did while on Phase II and then ultimately moved back to Phase I. Pretty difficult to reconcile these circumstances with what the unidentified writer of the Resolution states. In other inmates who have refused Phase II status such as Inmate ████ who has refused Phase II status on multiple occasions was given Phase II status on Phase I by ████ who advised me that "they" the SCU Administrative Staff doesn't discuss other treatment of inmates' on the unit. And for good reason ████ doesn't like to discuss such preferable treatment of other inmate's which does not justify his unfair treatment of other inmates such as myself. In fact ████ after throwing piss on my at recreation whereas I was finally allowed to move to a different rec. group then caked his cell with feces so no one else would be moved back in it after he was moved out was no so much as given a disciplinary action for such.

Of course the writer of the attached Informal Response was demonstrating nothing less than acute character in ulitizing the mumble-jumble evasiveness they did to justify the chronic denials of my Phase II placement request that we set up to fell by the good man Mr. ████ because of his personal animus against me instead of actually providing a legitimate reason for such multiple denials. The reason that writer failed to provide any legitimate reason for denying me Phase II placement is because no legitimate reason exist or they would be beating me over the head with it - wouldn't they! The reason for denying me Phase II is delineated through the attached material and that is, Mr. ████ deep rooted animus against me for exercising the tip of a bic seeking redress for issues of my confinement and assisting others as well.

Thank You for your genuine attention to this matter.

RECEIVED
USP Terre Haute
AUG 0 1 2018
Administrative
Remedy Clerk

WP_GR100583

Ex_14-000877

TRULINCS  14679045 - PURKEY, WESLEY IRA - Unit: THP-X-A

---------------------------------------------------------------------------------

FROM: 14679045
TO: USP SCU Unit
SUBJECT: ***Request to Staff*** PURKEY, WESLEY, Reg# 14679045, THP-X-A
DATE: 07/26/2018 07:42:02 AM

To: Mr. ▮▮▮▮▮
Inmate Work Assignment: ua

this BP-8 seeks redress and remedy for the retaliatory denial of my Phase II placement by SCU Case Manager and Warden ▮▮▮▮▮ which repeated denials, included the most recent as of July 22nd., 2018 is based on deep rooted animus for the assistance being provided to other inmates in preparing, filing and prosecuting litigation against USP/TH Medical Staff, as well as Warden ▮▮▮▮ and SCU Unit Manager ▮▮▮▮. Here Case Manager ▮▮▮▮ deliberately sets out my capital crimes in the most nafarious manner possible in preparing my Phase II request, despite repeatedly telling me to my face that he sees absolutely no reason that I should not be returned to Phase II in the past two years he utterly and deliberately fails to make such a recommendation to Warden ▮▮▮▮ in that request. In fact OIC ▮▮▮▮ advised me on Tuesday, Jukly 23rd, 2018 that he was going to speak with Warden ▮▮▮▮ about getting me back on Phase II because this is b.s. that they continue to deny you Phase II placement. But of course as with ▮▮▮▮, ▮▮▮▮ says one thing to my face and then goes about stabbing me in the back never speaking with Warden ▮▮▮▮ as promsied. As with ▮▮▮▮ and ▮▮▮▮ word having no substance, I afford ▮▮▮▮ with with correspondence requesting to be notified to the reason for him denying me Phase II placement, but of course as with Warden ▮▮▮▮, ▮▮▮▮ could not mustard so much as a tentative reason for such denial that is beyond him merely being in "lock-step" with his bubbies ▮▮▮▮ and ▮▮▮▮ No tentative reason has been given by any of the executive staff for denying me Phase II beyond the cooked up nefarious description of my capital charges by ▮▮▮▮ in sitting me up to fail. Please afford me the reason for my Phase II denial that is not based on the retaliatory allegations presented. Thank you! cc: file; Ms. Woodman; Lg Dpt./USP/TH

WP_GR100378

Ex_14-000878