officer continuously harassing me and that the b.s. needed to stop. ▮▮▮▮▮ told me that the other officer's name was '▮▮▮▮' and that I needed to get use to harassment because it would continue. Go file another grievance he told, and laugh saying that, "that's right you can't." He was referring to the fact that Unit Team Member ▮▮▮▮ and Unit Manager ▮▮▮▮ had rescinded my right to file grievances, particularly regarding any alleged harassment by the 12 - 8 shift. Case Worker ▮▮▮▮ clarified in writing that I had already grieved such harassment by the 12 - 8 shift and that ▮▮▮▮ had advised him not to accept any further grievance regarding that issue or for that matter any other issue. Since time, as ▮▮▮▮ knew that I had not been allowed to file any grievances - Period! The harassment on the 15th was contant throughout the night. Both ▮▮▮▮ and ▮▮▮▮ was bold enough to literally standing outside my cell door for inordinate amounts of time such as from 3:40 thr 3:55 literally blinking their flashlights directly into my face mocking me telling me taht, "no one gives a fuck around your grievances. You are just a fucking punk, etc, etc..." This harassment continued and again around 5 a.m. both officer simultaneously stood at my cell door or across the range blinking their flashlights directly into my face until around 5:45 when breakfast was served, and then continuing these antics after breakfast trays were picked up until around 8 a.m.

   7.   The night of November 16th, 2010 OIC ▮▮▮▮ made initial rounds on the range around 11:25 and then followed in close proximity by CO ▮▮▮▮ who stopped at my cell door after making his initial walk by and then held his flashlight directly in my face. He repeated this antic again around 12:30 waking me out of a sound sleep - the intensity of the flashlight beam burned my eyes immediately causing me a severe headacke. ▮▮▮▮ returned again to my cell and repeated this harassment at around 1:17 a.m., and again at approximately 2 a.m. and again at 3:30 a.m. He returned again on the range at 3:43 a.m. and I confronted him about his harassment throughout the night. He told me, "so what, no one gives a fuck what we do to you - you should know that by now." I then told him that I wanted to see the Lieutenant and he told me walking down the range which the entire range could here, "fuck you, I'm not calling anyone." The camera on the range will readily attest to these claims, but of course as ▮▮▮▮ is well aware that in the past year applicable administrative and securitu personnel have turned a blind eye and deaf ear to the evidence depicted on the camera of these protracted and continuous plights of harssment by ▮▮▮▮ and  other relevant SCU Staff,

p. 3 of 4

WP928860

Ex_14-000899

so he really was not concerned about that evidence definitively demonstrating his abuse and harassment against me.

8.    At breakfast this same date I received my Common/Fare Cold tray which contained a pastry, two sugar substitutes, a instant coffee and approximately a cup of loose corn flakes. In the mist of the corn flakes laid three of or four pieces of fecal matter - different sizes ranging up to approximately three inches. Shortly thereafter, at around 6:45 ███████ came to my cell and in between slamming my cell door slot asked me, "how did you like that shit." When I told him fuck you, he responded telling me, "I handle your food to." He then literally slammed my door slot and then four or five time repeatedly turned his keys in the lock making an enormous amount of noise. Loolking at the styrofoam tray I seen that it had been marked and distinguished for the purposes it had served which I have mailed to my habeas attorneys to see and hold as evidence for litigation to be filed regarding this retaliation, this campaign of retaliation being taken against me by the 12 - 8 shift. ███████ then returned to my cell at around 6:53 a.m. again waking me up. He returned yet again at around 7:09, 7:21, 7:35 and finally at around 7:54 continuously refusing to allow me to sleep.

9.    As previously stated I have sought redress for this protracted campaign of retaliation being taken against me by the 12 - 8 shift since the time ███████ ███████ initiated it almost a year ago. It has persistently continued despite these sedulous efforts on my part to remedy such. See Exhibit (B) hereto attached. The nights such harassment does not occur have become true anomalies based on the prevalent and protracted nature of such, as well as the thoroughly documented obstinacy being shown to such by applicable administrative and security personnel who have viewed the over-welling evidence of such campaign of harassment/retaliation occurring those the cameras on the range.

Pursuant to 28 U.S.C. § 1746, I declare under pains of perjury that the foregoing is true and correct to the best of my knowledge and beliefs. Executed on this 16th day of November, 2010.

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Affiant

p. 4 of 4

WP928861

Denial Accexs To The Courts/ ▮ _Re ause to Accept placher BP-8a_ _police._

17

Attachment 1
THX-1330.13J

## FEDERAL CORRECTIONAL COMPLEX
### TERRE HAUTE, INDIANA
### INFORMAL RESOLUTION FORM

Inmate Name: Wesley I. Purkey          Reg. No. #14679-045
Unit:

SCU                                October 15th, 2010

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for Administrative Remedy, BP-2999(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1.  **State your complaint:** This seeks redress for the deliberate conspiracy between Unit Team ▮ and applicable 12 – 8 shift personnel who have and continue to wage a campaign of retaliation against me for my cooperation with SIA concerning C.O. ▮. I have sought redress for the ongoing campaign of retaliation being taken against me by different 12 – 8 shift security personnel – Unit Team ▮ has clarified that he will not process any further grievances against 12 – 8 shift personnel regarding the ongoing retaliation being taken against me by the different applicable security personnel. See Special Exhibit (A) attached. Not only is such fragrant conspiring with the culprit parties bring personnel responsibility to ▮ for such cover-up, but as well he is denying me

    (If more space is needed, you may use up to one letter size (8 ½ x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to the BP-229(13) responses.))

Continued Next Page

2.  **State what actions you have made to informally resolve your complaint:** Warden ▮ – Cpt. ▮

3.  **State what resolution you expect:** For ▮ to be terminated from working this unit and for him to be subject disciplinary action for his blatant maliciousness in refusing to process my grievances, which I am required to avail myself of under 42 U.S.C. § 1997e(a) prior to seeking redress through the courts for the issues presented through the applicable grievances.

Inmate's Signature: _[signature]_          Date: October 15th, 2010

Correctional Counselor's Comments (Steps to Resolve): You have received 8 informal resolution form and two BP-9s in the past three weeks. Correctional Services has been notified concerning your complaint. If you wish you may request the names through the FOI out the address is attached. Staff one required to make regular rounds of the unit checking on each inmate

Counselor' Signature: _[signature]_          Date:
Unit Manager's Review: _[signature]_          Date: 10/21/2010
Informally Resolved:          Date:

|          | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|----------|-------------|---------------|-------------|---------------|
| DATE     |             |               |             |               |
| TIME     |             |               |             |               |
| COUNSELOR |            |               |             |               |

Ex_14-000901

Wesley I. Purkey #14679-045
October 15th, 2010

BP - 8 Continued
Denial Access To The Courts/
SCU ████

access to the courts. He speciously claims that my October 3rd., 2010 is duplicate of my September 12th, 2010 Informal Resolution regarding the 12 - 8 Shift retaliatory actions being taken from me. These incidents are distinct, on different days and different SCU 12 - 8 personnel. So what ████ is telling me that I am not allowed to seek redress against different staff and/or the identical staff for actions taken against me on different dates and times. In fact this attitude to cover-up SCU abusive actions against me and other death row prisoners has been thoroughly documented in clarifying the lengths ████ will go to in covering up his fellow workers dirty deeds. He has in fact falsified response dates on grievances thereby, prohibiting inmates processing of the next stage of the administrative processes. Has and continues to deny grievance forms when requested, as he has repeatedly did me, thereby interferring with my ability to avail myself of all stages of the applicable grievance processes as mandated under law. These tactics by ████ are well known and permanently in place.

The rejected grievances by ████ demonstrates the lengths he will go to in covering up for his fellow workers and the complicity of his actions in the 12 - 8 shift retaliatory campaign being taken against me. The rejected informal resolution is addressing separate incidents by different staff members. But for the sake of argument even if it was the exactly same staff members the dates and times of the incidents make them distinct and grievable under applicable policy contrary to ████ spurious contention that the October 3rd Informal Resolution addresses issues already presented through a prior grievance. See Special Exhibit (A).

<u>End Of Informal Grievance Extra Page</u>

A written FOI request should be submitted to:

Director
Federal Bureau of Prisons
320 First Street NW
Washington DC 20534

GR000134

Ex_14-000902

16

Campaign Retaliation 12 – 8 Shift

Attachment 1
THX-1330.13J

## FEDERAL CORRECTIONAL COMPLEX
## TERRE HAUTE, INDIANA
## INFORMAL RESOLUTION FORM

Inmate Name: Wesley I. Purkey                    Reg. No. #14679-045
Unit:

October 13th, 2010

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for Administrative Remedy, BP-2999(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1.    **State your complaint:** This seeks redress once again for the ongoing protracted campaign of retaliation being taken against me by the 12 – 8 shift for cooperating with SIA's investigation of C.O. ▇▇▇ who initiated the continuing campaign of harassment being taken against me by the 12 – 8 Shift. This particular episode occurred during the 12 – 8 Shift October 13th, 2010. At approximately 11:30 a.m. the relief cop stood in my cell door for an inordinate time holding. When I jumped out of bed trying to find out what he thought he was doing - he jumped away from my cell door laughing. Again sometime later he repeated this little stunt - at approximately 12:25 thr 12:30 standing at my cell door turning his flashlight from lower to high while holding it directly in my face.

(If more space is needed, you may use up to one letter size (8 ½ x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to the BP-229(13) responses.))

Continued Next

Page

2.    **State what actions you have made to informally resolve your complaint:** Warden ▇▇▇ on numerous occasions, Cpt. ▇▇▇, Unit Manager ▇▇▇ and Case Worker ▇▇▇ without resolve.

3.    **State what resolution you expect:** For these retaliatory acts to immediately cease and the Officers culprit in such actions be taken from the unit and as well subject to disciplinary actions..... To be provided with the relief officer's name who worked with ▇▇▇ on this date, October 13th, 2010.

Inmate's Signature: _[signature]_                    Date: October 13th, 2010

Correctional Counselor's Comments (Steps to Resolve): You may request the names through FOI Act. Address attached. Correctional Services has been notified of your complaint. Staff are required to make regular round in the unit checking on each cell and occupant.

Counselor' Signature: _[signature]_                    Date:
Unit Manager's Review: _[signature]_                    Date: 10/21/2010
Informally Resolved:                              Date:

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|---|---|---|---|---|
| DATE | | | | |
| TIME | | | | |
| COUNSELOR | | | | |

GR000139

Ex_14-000903

Wesley I. Purkey #14679-045                                        BP - 8 Continued
Campaign Retaliation 12 - 8 Shift/SOU

Again I tried to confront this officer and he again took off down the range refusing to provide me with
his name as he has several times in the past couple of weeks. Warden ████ has been throughly advised
of this particular officer's actions taken against me, as well as other 12 - 8 shift personnel, including the
regular 12 - 8 shift, ████ who has for the last three rotations continued these acts of retaliation and
harassment. See Special Exhibit (A) Attached. In fact I have sought the aide of the SOU administrative
on numerous occasions, including regarding thjis particular incident, See Special Exhibit (B) Attached and
have been advised that they will not intervene against SOU security personnel regarding such claims of abusive
treatment. Of course this mentality is what underscores the protracted nature and the wide spread nature
as well of these retaliatory actions being taken against me, because the rogue security personnel knows that
they can continue such with absolute immunity.

        At approximately 1 a.m. I spoke with ████ who was acting OIC and has been acting OIC when the
aactual 12 - 8 Shift OIC ████ is off. I asked him why this officer who refused to provide me with his
name, as he has in the past continues to shine his flashlight in my face for inordinate periods, as he did at
11:30 and several times up until 12:30 which he did again then which the camera will clearly verify and he
replied that, "I'm not the one doing it and this guy is a rookie and does not want me to give you his name."
When I confronted ████ about the fact that he not only allows this harassment to continue when he is
acting OIC, but has recruited these relief cop's to participate with him in performing these retaliatory
acts, because of my cooperation with SIA anent ████. When I again asked him this cop's name, he again
said that the guy asked that I not be provided with his name.

        The camera on the range will verify the incidents mentioned here regarding the officer who refused
to provide me with his name on this date, as well as others which have been identified through other
administrative remedies.

                            End Of Extra Page BP - 8

A written FOI request should be submitted to:

Director
Federal Bureau of Prisons
320 First Street NW
Washington DC 20534              GR000140

Ex_14-000904

Special Exhibit (B)/
BP-8/████████e/Unidentified    Log Out
Staff 12 - 8 Shift

MR- █████████

Purkey

Again 10/13/10 from 11:20 thr 12:30
first flashlight here in my face by
█████████ who is OIC tonight and
C.O. who Refused to give me his
name - please provide eacther copy
of the Attached and the other C.O's
name for riding Cpt. ████████ on
Rounds - thack you - I have
another copy of this correspodence,
So if ████████ & the other C.O.
tears this one up. Thack.r
10/13/10                    402-C

GR000143

Ex_14-000905

Special Exhibit (A)/BP-8/████

Campaign Retaliation/12-8 Shift

Attachment 1
THX-1330.13J

6

## FEDERAL CORRECTIONAL COMPLEX
## TERRE HAUTE, INDIANA
## INFORMAL RESOLUTION FORM

Inmate Name: Wesley I. Purkey          Reg. No. #14679-045

Unit: _____

SCU          October 3rd., 2010

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for Administrative Remedy, BP-2999(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1. **State your complaint:** This seeks redress yet again for the ongoing campaign of retaliation being taken against me by the 12-8 with the exception of OIC ████ who is not directly participating in such, but is throughly aware of such. Since the rotation of staff occurred over two weeks ago the relief staff working on Wednesday and Thursday 12 – 8 Shift as they did this past week of September 29th and 30th continued to wake me up every ten to fifteen minutes on everage — either standing behind my cell door or across the range holding their flashlights in my face. Whereas' they as well will stand off the range door shining their flashlights into my cell causing the light to beam and reflect off my cell wall repeatedly. C.O. ████ (misspealled)(the regular CO who works with

   (If more space is needed, you may use up to one letter size (8 ½ x 11) continuation ___Continued Next___ page. You must also submit one copy of supporting exhibits. (Exhibits will not be ___Page___ returned with the response to the BP-229(13) responses.))

2. **State what actions you have made to informally resolve your complaint:** Many times over with unit administrative staff, Warden ████, as well as the Central Office.

3. **State what resolution you expect:** For the campaign--of retaliation to to immediately cease and for the officers involved to be sujeet to disciplinary action, including being prohibited from working on the SCU. To be provided with the names of staff working the 12 – 8 shift Sept. 29th and 30th.

Inmate's Signature: _Wesley P._          Date: Oct. 3rd., 2010

**Correctional Counselor's Comments (Steps to Resolve):** You have already filed a BP on the same circumstances on Sept. 12th. Please see attached BP-8 that you have filed.

Counselor' Signature: _____     Date: _____
Unit Manager's Review: _____     Date: _____
Informally Resolved: _____     Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|---|---|---|---|---|
| DATE | | | | |
| TIME | | | | |
| COUNSELOR | | | | |

Ex_14-000906

Wesley I. Purkey #14679-045                         BP-8 Continued
October 3rd., 2010                                  Campaign Retaliation/12-8 Shift

the relief staff on Wednesday and Thursday Nights has continued the retaliatory harassment for the past three rotations.  On October 2nd/2010 he continued to wake me up throughout the night, deliberately and then continued to agitate me by either steadly maintain his flashlight in my eyes and/or shining his flashlight repeatedly in myh cell.  for instance at 3:05 a.m. while standing outside my cell door holding his flashlight in my face for an inordinate period of time he began mocking me saying something that I could not clearly make out.  Again at 4:05 a.m. while standing behind my cell door and repeatedly stepping out from behind such he repeatedly held his flashlight directly in my face waking me up and deliberately harassing me.  When I literally yelled out for him to leave me alone, he yelled back, "that's what rats get".  This comment was no doubt regarding my cooperation with STA regarding an investigation being taken regarding Officer ███████.  Again at 5:01 or there abouts he again woke me up by repeatedly shining his flashlight in my face, and then when leaving the range stood outside the range door repeatedly shining his flashlight up against my cell far wall.  The cameras on the range will verify these episodes and numerous other that occurred this date, as well as on the nights of September 28th and the 29th.

On this date, October 3rd., 2010 the harassment continued by C.O. ███████ (the 5' 3" Officer 12 – 8 Shift) whereas begining at approximately at 1a.m. he began shining his flashlight into my face and through the next fifteen minutes or so continued this period of constant harassment.  Again at around 3:20 and again at 3:40 he again woke me up by holding his flashlight in my face and/or shining the flashlight into my cell repeatedly waking me up and keeping me awake.  Again at around 5:20 and again at approximately 5:26 he continued these same tactics of harassment.  Again at around 5:29.....  This harassment continued up and until around 6 a.m.

End Of Extra Page BP - 8

GR000136

Ex_14-000907