Special Exhibit (B)/BP-8/███

Campaign Of Retaliation/12-8 Shift                                    Attachment 1
Unidentified 12-8 Staff                                               THX-1330.13J

## FEDERAL CORRECTIONAL COMPLEX
## TERRE HAUTE, INDIANA
## INFORMAL RESOLUTION FORM

Inmate Name: Wesley I. Purkey _____ Reg. No. #14679-045
Unit:_____

          SCU                                  September 12th, 2010

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for
Administrative Remedy, BP-2999(13), you **must** attempt to informally resolve your
complaint through your Correctional Counselor. Please follow the steps listed below:

1.    **State your complaint:** This seeks redress for the ongoing retaliation by the 12 – 8 Shift in the
SCU and for the cover-up by the SCU administrative personnel for security staff commiting such retaliatory acts. On this
date of September 12th, 2010 the 12 – 8 Shift repeatedly woke me up throughout the night and the security member or
members refused to provide me with their names as previously described in grievances filed regarding this allegation of
a 'Campaign of Retaliation' being waged against me by the 12 – 8 Shift. Here the retaliation animus motivating such
acts stems from my cooperation with SIA regarding C.O. ███ who previously was assigned to the SCU 12 – 8 Shift.
The facts relevant to the allegations set forth here are as follows:          Continued Next Page
          (If more space is needed, you may use up to one letter size (8 ½ x 11) continuation
page. You must also submit one copy of supporting exhibits. (Exhibits will not be
returned with the response to the BP-229(13) responses.))

2.    **State what actions you have made to informally resolve your
complaint:** Warden ███, Unit Manager ███ and Case Worker ███ ..... Who have not
          only demonstrated acute indifference to such retaliation, but are taking affirmative actions
          to cover it up and or directly participating in such.

3.    **State what resolution you expect:** To be provided the names of the officers who worked
the 12 – 8 Shift this date of September 12th, 2010, and to avail myself of statutory requirements
under 42 U.S.C. § 1997e(a).....

Inmate's Signature: _[signature]_                      Date: September 12th, 2010

Correctional Counselor's Comments (Steps to
Resolve): This BP-8 was Already Addressed. You have Already
Submitted A BP-9 on this issue.

Counselor' Signature: _[signature]_            Date: 9/17/10
Unit Manager's Review:_____        Date:
Informally Resolved:_____        Date:

|         | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|---------|-------------|---------------|-------------|---------------|
| DATE    |             |               |             |               |
| TIME    |             |               |             |               |
| COUNSELOR |           |               |             |               |

Ex_14-000908

Wesley I Purkey #14679-045
September 12th, 2010

BP - 8 Continued
Campaign of Retaliation/
12 - 8 Shift

1.    At approximately 12:30 thr 12:37 on this date (the officer who has repeatedly refused to provide me with his name who is approximately 5'7", 140-150 lbs, brown hair and early twenties) repeatedly held his flashlight in my face, malciously to wake me up and agitate me through a several minute period.

2.    Again at around 2:14 this same office stood outside my cell door and held his flashlight in my face for an inordinate amount of time laughing and telling me, "you are a rat!"

3.    At around 4:34 this same officer again woke me up by holding his flashlight in my face for an inordinate amount of time for up to a minute or more.

4.    Again at around 5:40 thr 5:41 this same coward of a cop held his flashlight in my face for a extensive period of time. When I jumped out of bed hollering at him and asking him his name he took off down the range like the coward he is.

5.    Since filing my initial grievance against this particular officer and the ongoing retaliatory acts being taken against me by him I have repeatedly sent Case Worker ███████ 'Cop Out(s)' requesting the names of the two officers who have worked the SCU this week of September 5 - 12. Mr. ███████ has repeatedly ignored and refused to provide me with these two officers names covering up their acts of retaliation being taken against me by them. See Special Exhibit (A)/Hereto Attached.

6.    On Friday, September 10th, 2010 I spoke with Unit Manager ███████ about this matter and other unrelated matter when he was on the range in the afternoon. I asked him if he was aware of the grievances I had filed regarding this particular issue and said that he was. He also stated that I had a right to process grievances, which was in response to me asking him why these issues were not addressed and handled without forcing inmates to utilize the grievance procedures. He remained obstinate to this line of questioning and showed absolute indifference to these malicious acts being perpetrated by SCU staff in retaliation for me cooperating with SIA regarding C.O. ███████.

    Thank you for your attention to these matters - not that any actual investigation or redress will be taken, which is a given when you have the good ole boys investigating the good ole boy club..... No meaningful action has or ever will be taken by this unit administrative officials or any other collateral branch of the good ole boy club.

End Of Extra Page BP - 8

GR000138

Ex_14-000909

Campaign Of Retaliation/12- 8 Shift
C.O. Refused To Provide His Name
5'7"/145 lbs/brown hair glasses/25 yrs old

Attachment 1
THX-1330.13J

## FEDERAL CORRECTIONAL COMPLEX
## TERRE HAUTE, INDIANA
## INFORMAL RESOLUTION FORM

Inmate Name: Wesley I. Purkey                    Reg. No. #14679-045
Unit:

SCU                                      September 9th, 2010

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for Administrative Remedy, BP-2999(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1.    **State your complaint:** This seeks redress for the ongoing campaign of retaliation being taken again me by the 12 - 8 shift, i.e. being waken up every twenty to thirty minutes and deprived of sleep almost every night for an inordinate period of time. On this date, september 9th after repeatedly being woke up at 11:30, 11:59, 12:10, 12:39 and again and again at 2:31 I stop that particular officer and asked him what his name was. While holding his flashlight in my face so I could not see his name on his shirt he asked me why I wanted to know. I told him because I going write you up for constantly waking me up tonight every twenty or thirty minutes. Continuing to hold the flashlight
                                                        Continued Next Page
(If more space is needed, you may use up to one letter size (8 ½ x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to the BP-229(13) responses.))

2.    **State what actions you have made to informally resolve your complaint:** Warden ████, Unit Manager ████ and SIA!?!

3.    **State what resolution you expect:** To be given the names of both officers working this date on the 12 - 8 shift, and designating which particularly officer I spoke with....... because of the protracted obstinacy shown to this campaign of retaliation by the 12 - 8 shift no genuine action is expected to be taken....... And thereby' the retaliation is not only being condoned, but encouraged and sanctioned.

Inmate's Signature: _[signature]_                    Date: September 9th, 2010

Correctional Counselor's Comments (Steps to Resolve):_____

_____

Counselor' Signature:_____    Date:
Unit Manager's Review:_____    Date:
Informally Resolved:_____    Date:

|  | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|---|---|---|---|---|
| DATE |  |  |  |  |
| TIME |  |  |  |  |
| COUNSELOR |  |  |  |  |

GR000080

Ex_14-000910

Wesley I. Purkey #14679-045
September 8th, 2010

BP - 8 Cotninued
Campaign Retaliation/12-8 Shift
CO Name Unknown

in my face this C.O. who refused to identify himself loudly proclaimed that, "we all know that you are a SIA rat and you aren't getting any sleep on this shift." Again, I asked him what his name was and again he stated some off the wall implied threat that, "you're a SIA rat or something to that effect." I repeatedly tried to see what this officer's name was on his shirt but he continued to shine his flashlight in my face. He finally walked away from my cell telling me either, "go write that up or go tell that," something to that effect. This incident was clearly attested to on the range cameras', and was either at 2:31 or 2:42 because I was awaken at both times and I am not sure at which particular time.

I continued to be wakened at 3:01 and again shortly after that and at 4:50, 5:06 and 5:32. When breakfast was served this same officer refused to open my door slot and tried to maintain that I did not want breakfast. Officer ▇▇▇▇ had to open my door slot after this officer walked down the range. After ▇▇▇▇ picked up the trays this officer came to my cell saying something to me that I could make out and then literally with all his might slammed my door slot shut, literally vibranting throughout the range. Even the inmates celling several cells down hollered out, "what the hell if that cop doing." At this time I asked ▇▇▇▇ what that guy's name was and he informed me that he did not know because that guy is a rookie and that this is his first time working the unit. Earlier' after the confrontation with this officer I sent Case Worker ▇▇▇▇ a Cop Out requesting both officers names working the 12 - 8 shift this date. I have yet to receive that response back.

This campaign of retaliation by the 12 - 8 shift is both protracted and ongoing. See Special Exhibit (A) attached. This officer's reference to me being a SIA rat is to my corporation with SIA in a investigation anent C.O. ▇▇▇▇, as well as grievances recently filed against C.O. ▇▇▇▇ These deliberate acts of retaliation is and has caused me severe sleep deprivation, severe headackes, eyes burning from flashlights being directly and deliberately shined in my face and held there for long periods of time. In after thought, it was at 6:47 when this officer slammed shut my door slot at breakfast......

End Of Extra Page BP - 8

GR000081

Ex_14-000911

Special Exhibit (A)/To BP-8 Unknow 12 - 8 Shift Officer P.1 of 2

Retaliation/C.O. ██████ /And Others

Attachment 1
THX-1330.13J

## FEDERAL CORRECTIONAL COMPLEX
## TERRE HAUTE, INDIANA
## INFORMAL RESOLUTION FORM

Inmate Name: Wesley I. Purkey      Reg. No. #14679-045
Unit:

SCU              September 8th, 2010

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for Administrative Remedy, BP-2999(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

C.O. ██████ **State your complaint:** This seeks redress for the ongoing retaliation being taken against me by and other Security personnel working SCU through a campaign of continuously waking me up every hour and/or half hour or more. In support of this claim of retaliation I state the following:

After cooperating with SIA regarding an investigation against C.O. ██████████ he has recruited other SCU personnel, including himself to deprive me of sleep. On this date of September 8th, 2010 I was repeatedly awaken through-out the night by C.O. ██████ and ████████ (misspelled) during the 12 - 8 shift. As is custom performing their acts of retaliation waking me up through the night, under stealth they stand at the side of my cell door holding a

(If more space is needed, you may use up to one letter size (8 ½ x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to the BP-229(13) responses.))

Continued Next Page

2.  **State what actions you have made to informally resolve your complaint:** Warden ██████ cpt ██████ and SIA

3.  **State what resolution you expect:** For these Officers to be immediately taken from working this unit and immediate discipliancy action taken.

Inmate's Signature: _____      Date: September 8th, 2010

Correctional Counselor's Comments (Steps to Resolve):_____

Counselor' Signature:_____    Date:
Unit Manager's Review:_____    Date:
Informally Resolved:_____    Date:

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|---|---|---|---|---|
| DATE | | | | |
| TIME | | | | |
| COUNSELOR | | | | |

WP_GR000080

WP_GR100140

Ex_14-000912

Wesley I. Purkey #14679-045          Special Exhibit (AO p. 2 of 2          September 8th, 2010
Retaliation C.O. ▮▮▮▮/Others                                              BP-8 Continued

flashilight which is on a extremely low bean and then slightly waving it as it is being held directly in my face. Which ▮▮▮▮ and the other 8 - 12 Shift Officer did on this date of September 8th, 2010. At 7 a.m. C.O. ▮▮▮▮ did the very same thing waking me at that time and then again at 8 a.m. standing outside my cell door. On September 4th, Saturday morning ▮▮▮▮ sometime after breakfast stood outside my cell door taunting me saying, "get up you rat." The incidents of ▮▮▮▮ waking me on this date at 7 and 8 a.m. are attested to by the camera on the range - as I am sure he will rely on his usual story that, Purkey had his head covered up and I couldn't see him."

I have maintained a semi accounting of dates and times of the constant harassment of waking me up through the past several weeks - although I have tried to temper this retaliatory animus against by ▮▮▮▮ and the other relevant SCU personnel by remaining complacent and hoping it would stop, but it hasn't and the sleep deprivation has increased.

Thank You for your attention to this matter.

Ext Of Extra Page BP - 8

WP_GR000087

WP_GR100141

Ex_14-000913

Dear Gary,                        8/31/10

[redacted] is playing games
regarding scheduling our legal
call, he's pissed over grievances
I've filed against staff including
[redacted]. Enclosed is one of those
grievances.

Also [redacted] I still need the
rockets our foul room the S.A.F.F.
as requested threes previous corres-
pondence.

We need to contact Ms.
[redacted] attaching this grievance

GR000073

Ex_14-000914

Advising her that ███████████ is Requiring Scheduling of legal Calls and Scheduling Legal Consults between myself and other inmates. I'd Requested three in the past two weeks being denied all of them.

Take Care – I'll talk with you later –

Wm

P.S. Please tell Teresa I Received and appreciated the New Champion – Am looking forward to the other legal Materials –

– D –

GR000074

Retaliatory Incitement To Violence/C.O. ███

Attachment 1
· THX-1330.13J

## FEDERAL CORRECTIONAL COMPLEX
## TERRE HAUTE, INDIANA
## INFORMAL RESOLUTION FORM

Inmate Name: Wesley I. Purkey    Reg. No. #14679-045

Unit: ____

SCU    August 28th, 2010

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for Administrative Remedy, BP-2999(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1. **State your complaint:** On this date being escorted physically/by C.O. ███s, with C.O. ███ and ███ in toll at approximately 1:40 p.m. I asked C.O. ███ why I was being taken off the recreation area and numerous other inmates allowed to remain. He advised me that these particular inmates required three man escorts and that I didn't. When I confronted ███ asking him if he meant that they were short of staff for escorting these particular inmates, he assured me that that was correct, and I then posed the question to him that, if that was so why couldn't I as well remain on the recreational area until sufficient staff was available to escort everyone at the same time. He

Continued Next Page

(If more space is needed, you may use up to one letter size (8 ½ x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to the BP-229(13) responses.))

2. **State what actions you have made to informally resolve your complaint:** This ongoing campaign of retaliation being taken against me by C.O. ███ has been addressed to Mr. ███ and other administrative officials through applicable administrative resolutions...

3. **State what resolution you expect:** For C.O. ███ to be immediated prohibited from working the SCU and for immediate disciplinary action to be commenced against him.

Inmate's Signature: _[signature]_    Date: 8/28/10

Correctional Counselor's Comments (Steps to Resolve): ____

Counselor' Signature: ____    Date:
Unit Manager's Review: ____    Date:
Informally Resolved: ____    Date:

|  | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|---|---|---|---|---|
| DATE |  |  |  |  |
| TIME |  |  |  |  |
| COUNSELOR |  |  |  |  |

GR000075

Ex_14-000916

Wesley I. Purkey #14679-045
August 28th, 2010

BP - 8 Continued
Retaliatory Incitement To
Violence/C.O. ████

then mumbled something underneath his breath which I could not clearly understand, but it sounded like he said that, "because you are a piece of shit." I asked him what he had said, but he remain reticent. I was then escorted back to my cell.

Approximate two hours later around 3:40 C.O. ████ and a couple of other C.O.s' escorted the other numerous inmates off the recreational area back to Upper C-Range. ████ was kicking it with one of the "inmate's" telling him that, "you know that guy is going to file a grievance immediately on the perferable treatment I am supposedly showing to you guys." In fact C.O. ████████ who was one of the escorting officers started laughing and hollering on the range, "who has the typewriter - ole boy is going to need it to get that grievance filed." Everyone knew that he was making reference to me. This particular inmate still joking with ████ asked for the phone, and when ████ brought it to him - he told him that, "you be sure and give your family my best."

Shortly' after ████ left the range the inmates who he had allowed to stay on the recreational area until 3:40 p.m. advised me that ████ and the other officers had returned to the recreational area after escorting me back telling them taht I was nothing but a rat - constantly filing grievances, causing both staff and them problems and telling lies through the fucking grievances. According to them, ████ clearly told them that I would file a grievance regarding him showing them perferable treatment and that - such backdoor telling was causing them problems as well. Whether or not ████ advised these guys of such statement I have no way to verify, although the comments ████ and the ████████ made when they escorted these prisoners back to Upper C- Range certainly blosters such claims.

████ continues to tell inmates on the range when they have the phone or are supposedly scheduled for the law library or things of this magnitude that I will file a grievance against him for not providing it to me first when I ask him if he had my phone Cop Out or where am I listed on the law library list and etc. He does this to cause dissention and provoke another prisoners against me, as demonstrated on this date....

End Of Extra Page BP - 8

GR000076

Ex_14-000917

Campaign Retaliation/12 - 8 a.m. Shift

Attachment 1
THX-1330.13J

## FEDERAL CORRECTIONAL COMPLEX
## TERRE HAUTE, INDIANA
## INFORMAL RESOLUTION FORM

Inmate Name: Wesley I. Purkey          Reg. No. #14679-045

Unit:

SCU                                    August 3rd., 2010

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for Administrative Remedy, BP-2999(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1. **State your complaint:** On this date, August 3rd., 2010 C.O. ███ (12 - 8 A.M. C.O.)(approximately 5", 230 lbs) repeatedly woke me up throughout the night, whereas at around 3:25 - 3:27 a.m. was crouched behind my cell door repeatedly flickling his flashlight in my cell while he repeatedly said in a low but audible tone "S.I.A. - S.I.A." which he was making reference to my corporation with the Division of S.I.A. from Denver, COLO concerning C.O. ███ who previously worked the 12 - 8 shift. C.O. ███ will repeatedly shine his flashlight into my cell as he walking down the opposite of the range and/or after walking past my cell deliberately to wake me up and ahrass me, as he did on this date. The camera on the range will verify this cop's malicious retaliatory actions being taken against me.

(If more space is needed, you may use up to one letter size (8 ½ x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to the BP-229(13) responses.))

2. **State what actions you have made to informally resolve your complaint:** Repeatedly brought these actions to the attention of both Case Manager H█ ███ and Case Worker ███, as well as to Warden ███ attention, including S.I.A. during the interview concerning ███.

3. **State what resolution you expect:** For these malicious actions to immediately cease and this Officer be taken from SCU....

Inmate's Signature: _____          Date: 8/3/10

Correctional Counselor's Comments (Steps to Resolve): PLEASE SEE Attached RESPONSE along with BP-9

Counselor' Signature: _____          Date: 8/6/10
Unit Manager's Review: _____          Date:
Informally Resolved: _____          Date:

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|---|---|---|---|---|
| DATE | | | | |
| TIME | | | | |
| COUNSELOR | | GR000144 | | |

Ex_14-000918

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Purkey   Wesley   I.                    #14679-045          SCU              USP/IH
         LAST NAME, FIRST, MIDDLE INITIAL              REG. NO.            UNIT           INSTITUTION

**Part A– INMATE REQUEST** On January 28th, 2010 I sought redress through the Informal Resolution for the gross and blatant discriminatory practices permeating the Special Confinement Unit ("SCU") under the tactic practices and policies of Acting Manager ▉▉▉▉▉. A copy of that Informal Resolution is attached hereto and incorporated for the Warden's Response. Rather than address the issues delineated through the attached materials Case Worker ▉▉▉▉ supposedly turned such allegations over to an "In-House Investigation" by STA. Such claimed investigation does not alleviate my statutory duty to avail myself of all stages of the applicable BOP administrative grievance procedures, whereas this remedy follows.

   In scant reiteration of the discriminatory practices employed by Acting Unit Manager ▉▉▉▉▉ is seen through his and the general protracted policy governing SCU that if you provide information to security and administrative staff then other written policies governing the unit do not apply to you. A prime example of this is that, "certainly orderlies have been afforded permanent and fixed position through a several year period in providing information on a consistent basis against other inmates on the unit. Under governing policies dictating rotation of orderlies on a ninty day basis such is only applied when convenient to rotate inmates from such orderly positions who will not conform to the tactic policies of being ▉▉▉▉ rats. One such orderly has been given a permanent position as lead orderly on the unit and actually has as much authority as one of the security staff working the same, as it is well established that this is the go to inmate for staff whenever they want to know about something incident concerning another inmate. Contrary to the mandated ninty day rotation of orderlies under applicable this inmates has and continues to be assigned as lead orderly through a four year period and more.

2/09/10                    Continued Next Page                              _____
    DATE                                                                         SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____                                        _____
    DATE                                                            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                                      CASE NUMBER: _____

_____               CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____          WP_GR000028

_____                                        _____
    DATE                                                        RECIPIENT'S SIGNATURE (STAFF MEMBER)
                                                                                              BP-229(13)

WP_GR100129

Ex_14-000919