Wesley I. Purkey #14679-045
February 9th, 2010

BP - 9 Continued
Discriminatory Practices/
███████

In support of these discriminatory practices against Mr. ███████ and other germane unit administrative officials recently on Saturday, February 6th, 2010 A.W. ███████ walked through the unit in late morning. After walking the range and standing at the front end of the range directly across from my cell she asked C.O. ███████ and another officer what the boxes were about standing in a couple of the empty cells on the range. Officer ███████ and the other officer advised her that Mr. ███████ has approved certain inmates to have more than one cell to live out of. A.W. ███████ immediately picked up on what C.O. ███████ was telling her and merely replied; "Alright!" The "certain inmates" C.O. ███████ had made reference to are the same two inmates who sat with Case Worker ███████ and the FBI in a quaint little meeting anent discussion of other inmates on the unit, as identified through the attached materials. The date and time(s) of these meetings will be provided to the necessary parties performing other than a serving investigation as the one SIA will be doing regarding the attached materials being handed over to them for In-House cleaning. The golden rule on this unit is that if you want preferable treatment of the nature described herein you either play ball or suffer the consequences, whereas my position as the Law Library custodian was taken after I helped another inmate ███████ draft and file litigation regarding similar retaliatory actions taken against him by other applicable SCU personnel when he voiced complaints of abusive and discriminatory practices permeating the unit. That case has been filed under ███████ v. Marberry, Case No. ███████ (S.D.Ind.). As C.O. ███████ advised A.W. ███████, February 6th, 2010 that Mr. ███████ has approved "Certain Inmates" to have more than one cell to live out of. As C.O. ███████ clarified to A.W. ███████ on Saturday, this is the governing policy regarding treatment of death row prisoners by ███████ and other applicable administrative staff.

The taking of my orderly position by Unit Manager ███████ was retaliatory in action after I aided ███████ in drafting and filing litigation seeking redress for similar acts of reprisal taken against him which are set forth through the filed litigation.

<u>End Of Extra Page BP - 9</u>

<u>Declaration Under Penalty Of Perjury</u>

The undersigned Wesley I. Purkey with first hand knowledge of the events and actions stated above does attest to the same under pains of perjury that the foregoing is true and correct to the best of my knowledge and beliefs pursuant to 28 U.S.C. § 1746. Executed this 9th day of February, 2010.

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Affiant

WP_GR000029

WP_GR100130

Ex_14-000920

Retaliation ███████████ /Firing Law Library Orderly                    Attachment 1
                                                                       THX-1330.13J

## FEDERAL CORRECTIONAL COMPLEX
## TERRE HAUTE, INDIANA
## INFORMAL RESOLUTION FORM

Inmate Name: Wesley I. Purkey _____ Reg. No. #14679-045 _____
Unit:_____
         SCU                              January 28th, 2010

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for
Administrative Remedy, BP-2999(13), you **must** attempt to informally resolve your
complaint through your Correctional Counselor. Please follow the steps listed below:

1.    **State your complaint:** On this date I was informed by Case Worker ██████ that my job as Law
Library orderly had been terminated. When I asked him why it had been terminated he informed me that he really did
not have to give me any reason for terminating it that ███████████ has decided to stop paying me and that he
and ███████ was not preventing this, inter alia, back door firing from my orderly job. When I persisted to
question why I had been fired from my job after never once being criticized in any form for not adequately
performing ███████ continue to reiterate that basically they could take my job for whatever reason they wanted
when they wanted. This firing of my orderly position is in close proximity with aiding Inmate ███ preparing and
       (If more space is needed, you may use up to one letter size (8 ½ x 11) conti██on
page. You must also submit one copy of supporting exhibits. (Exhibits will not be
returned with the response to the BP-229(13) responses.))                Continued Next Page

2.    **State what actions you have made to informally resolve your
      complaint:** Spoke with Warden ██████, January 26th, 2010 concerning this issue...
_____
_____

3.    **State what resolution you expect:**_____
_____
_____

Inmate's Signature: _W̲e̲s̲_____    Date: 1/28/10

**Correctional Counselor's Comments (Steps to
Resolve):**_____
_____

**Counselor' Signature:**_____    Date:
**Unit Manager's Review:**_____    Date:
**Informally Resolved:**_____     Date:

|          | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|----------|-------------|---------------|-------------|---------------|
| DATE     |             |               |             |               |
| TIME     |             |               |             |               |
| COUNSELOR|             |               |             |               |

GR000004

Ex_14-000921

Wesley I. Purkey #14679-045                              BP - 8 Continued
Janaury 28th, 2010                                       Retaliatory Firing ███████████

filing litigation which was provided to Case Worker ███████ the week of Janaury 18th, 2010 and actually filed into the United States District Court for the Southern District of Indiana Janaury 25th, 2010.  The premise of that litigation is based on retaliatory firing of ██████ from his orderly's position and being subject to targeted retaliatory shakedowns and taking of his personal property  after voicing complaints to Warden ████████ and exercising administrative remedies as well concerning retaliatory practices staff was subjecting him to.  These are well established tactic practices on SOU to subject prisons to a campaign of retaliation for their voicing complaints regarding adverse conditions of confinement and abuses permeating their  lifes on SOU.  As the retaliatory shakedowns and firing of inmates from their assigned orderly positions is the norm, not the exception as ████████ litigation delineates and enunicates.

    The firing of my by Case Worker ████████ and Unit Manager ████████ from my law library orderly job was in retaliation for my aiding inmate ███████ in preparing and filing the litigation mentioned above. Such retaliation is proscribed under the First Amendment.

End Of Extra Page BP - 8


<u>Declaration Under Penalty of Perjury</u>

    The undersigned Wesley I. Purkey does attest under pains of perjury that the foregoing is true and correct to the best of his knowledge and beliefs pursuant to 28 U.S.C. § 1746.  Executed on this 28th

day of January, 2010.

                                        Wesley I. Purkey #14679-045
                                        United States Penitentiary
                                        P.O. Box 33
                                        Terre Haute, IN 47808
                                        Deponent

GR000005

Ex_14-000922

Discrimination Pracrtices/████████

Attachment 1
THX-1330.13J

## FEDERAL CORRECTIONAL COMPLEX
## TERRE HAUTE, INDIANA
## INFORMAL RESOLUTION FORM

Inmate Name: Wesley I. Purkey                Reg. No. #14679-045
Unit:_____

SCU                                          January 28th, 2010

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for Administrative Remedy, BP-2999(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1.    **State your complaint:**   This seeks redress for the ongoing discrimination being shown by Acting Unit Manager ████████ in assigning unit orderly positions and other disportionate treatment between death row inmates. Because of my legal aid to other inmates ████████ has rescinded my law library orderly position, but as well show acute discrimination in assigning jobs on the unit and other privileges which will be identified in subsequent paragraphs. Under applicable Unit Policy orderlies are to be rotated on a ninty day basis, although Acting Manager ████████ has a stand tactic policy that if you provide him with information against other inmates and are providing the government with information against otehr inmates that those inmates maintain their

(If more space is needed, you may use up to one letter size (8 ½ x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to the BP-229(13) responses.))

Continued Next Page

2.    **State what actions you have made to informally resolve your complaint:**_____
_____
_____

3.    **State what resolution you expect:**_____
_____
_____

Inmate's Signature:_____          Date: 1/28/10

Correctional Counselor's Comments (Steps to Resolve):_____
_____

Counselor' Signature:_____     Date:
Unit Manager's Review:_____     Date:
Informally Resolved:_____       Date:

|  | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|---|---|---|---|---|
| DATE |  |  |  |  |
| TIME |  |  |  |  |
| COUNSELOR |  |  |  |  |

WP_GR000010                          WP_PC000046915

WP_GR100126
Ex_14-000923

Wesley I. Purkey #14679-045                              BP - 8 continued
January 28th, 2010                                        Discrimination/████:

orderly jobs indefinitely, whereas certain inmates have continued  to  be assigned orderly position for over three  years  and more at a time.  This tactic practice is well established and protracted throughout the past five years by ████████ and Unit Management prior to him becoming Acting Unit Manager....

   Further such discrimination is seen through Acting Unit M anager ████████ assigning some inmates with two or more cells to maintain their personnel property disguised under the sham of being legal materials. Under policy inmates are to be assigned one cell for living, but under Acting Unit Manager ████████ policy if you provide him with information those inamtes are allowed two or more cells to maintain their property. It is well established policy on the SCU if your provide unit staff with information against other inmates, including for the government's use that those inmates will be provided preferable treatment as far as job assignments and undeclared extra cell designation.

   In support of the foregoing allegations it has became so blatant regarding certain inmates working with both the unit and government, i.e. F.B.I. that unit team members has actually sit down with certain inmates while they are discussing otehr inmate's case with the F.B.I.  This has and continues to be sanctioned by the SCU Unit Team who provides and encourages such practices through the special treatment described herein.  The names of those inmates and unit team personnal mention herein will be provided at a later time through sealed grievances to the the U.S. Attorney Gerenal's Office via my habeas counsel.

End Of Extra Page BP - 8

Declaration Under Penalty of Perjury

   The undersigned does attest under pains of perjury that the foregoing is true and correct to the best of his knowledge and beliefs pursuant to 28 U.S.C. § 1746.  Executed this 28th day of Janaury, 2010.

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Deponent

WP_GR000011                    WP_PC000046916

WP_GR100127
Ex_14-000924

Denial Legal Materials / ███████ /Education supervisor    *Retura Ly C⁰ Buncah*
*[67][6*
Attachment 4
THX-1330.13J *2 5 Kn*

## FEDERAL CORRECTIONAL COMPLEX
## TERRE HAUTE, INDIANA
## INFORMAL RESOLUTION FORM

Inmate Name: Wesley I. Purkey _____ Reg. No. #14679-045 _____

Unit: _____

SCU                                    January 6th, 2010

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for Administrative Remedy, BP-2999(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1.    **State your complaint:** This date I sought access to case law presented to me through a judgment order issued in Purkey v. Marberry & ████████ No. 08-cv-170 (S.d.Ind) which I am under a filing date response. During administrative rounds I sought redress for the denial of access to these legal materials via SCU Electronic Research System. I handed Ms. ████████ a listing of these cases I needed access to for responding to the Judgment Order

Continued Next Page

(If more space is needed, you may use up to one letter size (8 ½ x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to the BP-229(13) responses.))

2.    State what actions you have made to informally resolve your complaint: _____

_____

_____

3.    State what resolution you expect: _____

_____

_____

Inmate's Signature: _____    Date: _____

Correctional Counselor's Comments (Steps to Resolve): _____

_____

Counselor' Signature: _____    Date: _____
Unit Manager's Review: _____    Date:
Informally Resolved: _____    Date:

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|---|---|---|---|---|
| DATE | | | | |
| TIME | | | | |
| COUNSELOR | | | | |

GR000018

Ex_14-000925

Wesley I. Purkey #14679-045
Denial Access To The Courts, ███████                                    January 6th, 2009
                                                                        BP - 8 Continued

handed down by the U.S. District Court for the Southern District of Indiana which Ms. ███████ is a
named defendant in.  She remained totally obstinate to responding to the issues of gaining access to
the designated legal materials prfesented to her.  In the past ███████ has went so far as to confiscate
law books mailed to me by authorized and approved sources.  The denial by her to prove me with the necessary
legal materials that are mandated under both BOP Policy and law is proscribed under both, which is being
motivated by a retaliatory animus for filing both administrative remedies and litigation against her.
The cases requested access to are set forth through the attached material marked as Special Exhibit (A).

   Thank you for your attention to this matter.....

End Of Extra Page BP - 8

GR000019

Ex_14-000926

Calculated Harassment, ███████/Third Shift
January 2nd thr 3rd, 2010
Saturday Night thr Sunday Morning

Attachment 1
THX-1330.13J

## FEDERAL CORRECTIONAL COMPLEX
## TERRE HAUTE, INDIANA
## INFORMAL RESOLUTION FORM

Inmate Name: Wesley I. Purkey _____ Reg. No. #14679-045 _____
Unit: _____

SCU                              January 2nd thr 3rd, 2010

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for Administrative Remedy, BP-2999(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1.    **State your complaint:** This seeks redress for the ongoing calculated harassment by C.O. ██████, third shift who continues to harassment every night taht he works, including this date, January 2nd, 2010. For the fifth time this night at approximately 4:58 a.m. ████████ woke me up by holding his flashlight in my face which illuminated my entire cell. I confronted ███████ about the brightness of his flashlight and the continuing holding of such directly in my face each and everytime he counted throughout the night. This affront occurred when ██████ returned up the range about to leave the range. When I asked him why he had to have that flashlight so damn bright and holding it in my face everytime he counted he told while holding the light in my face that;

    (If more space is needed, you may use up to one letter size (8 ½ x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be   continued returned with the response to the BP-229(13) responses.))

next page

2.    **State what actions you have made to informally resolve your complaint:** Discussed this matter with Unit Manager ███████ on at least three different occasions. Sent Warden ██████ correspondence concerning such calculated harassment. See Special Exhibit (A) hereto attached and incorporated herein.

3.    **State what resolution you expect:** For ██████ to be immediately taken out of the SCU. For the flashlights to be fixed with tinted lens to prohibit  the constant shining in the inmates faces and being harassed nightly by be deprived of sleep and the continuous anxiety attached to these malicious practices.....

Inmate's Signature: _____        Date:_____

Correctional Counselor's Comments (Steps to Resolve):_____
_____

Counselor' Signature:_____        Date:
Unit Manager's Review:_____        Date:
Informally Resolved:_____        Date:

|  | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|---|---|---|---|---|
| DATE |  |  |  |  |
| TIME |  |  |  |  |
| COUNSELOR |  |  |  |  |

GR000001

Ex_14-000927

Wesley I. Purkey #14679-045                                    BP - 8 Continued
January 2nd thr 3rd, 2010                                      Calculated Harassment/
                                                              ██████/Third Shift

"I need to make sure taht you are up before I go home." He continuted to move the flashlight in and out of my face and repeating sarcastically that, "I might need to get new batteries for this thing, because he needs to be a little more--brighter than what it is, because it needs to do it's job." ██████ continued to hold the light in my face until I walked away.

Shortly thereafter around 5:15 a.m. he and another officer returned to my cell spurting some more sarcasm....

End Of Extra Page BP - 8

Declaration Under Penalty Of Perjury

The undersigned Wesley I. Purkey does attest under pains of perjury that the foregoing is true and correct to the best of his knowledge and beliefs pursuant to 28 U.S.C. § 1746. Executed this 3rd day of January, 2010.

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

GR000002

Ex_14-000928

Special Exhibit (A)/BP-8/█████████/Third Shift

Warden Marberry
December 30th, 2009

RE: CO █████████/Third Shift/Continuing Harassment

This is concerning the ongoing harassment by CO ██████ on third shift who continues to harass me every night he works as he did this date of December 29th thr 30th by holding his flashlight in my eyes numerous times a night until I wake up. His flashlight is set on high intensity illuminating my entire cell when he is shining the flashlight directly in my face and holding it there. This problem only occurs with ████████ not OIC ██████ who during routine count briefly shines his flashlight in the cells to verify occupancy without malciiously trying to harass me by continuing to wake me thoroughly the night.

On this date ████████ continued to wake me by holding his flashlight in my face for inordinate periods of time and at around 4:55amor thereabout he did it for the four or fifth time that night and I tried to stop him on his way back up the range as he was walking out the range door to confront him about this malicious antics. He laughed at me and then started flashing his flashlight at me through the range door.

Ms. ████████ I am doing my best to appease this malicious crap that certain of your staff member just seem incapable of rising above. This cop obviously has some personal anamosity against me - there is absolutely no need for this guy to have his flashlight set on high intensity 'blaring into the cells' and then as in my case holding it in my face everytime he courts. OIC Marcum doesn't have this problem - CO ████████ shouldn't either.

Thank you for your attention to this matter which I am trying to resolve without all the anguish we previously went through anent similar issues last rotation.

Thank You,

Wesley I. Purkey #14679-045

WP_GR000007                    WP_PC000046912

WP_GR100123

Ex_14-000929

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen.. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Purkey    Wesley    I. | #14679-045 | SCU | USP/IH |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

Part A- INMATE REQUEST    On November 23rd., 2009 I sought redress for the calculated harassment being taken against me by C.O. ▓▓▓ and other third shift personnel. The fact relevant to these allegations are set forth through the attached BP-8.  Case Manager ▓▓▓▓▓▓ in effort to conceal this ongoing calculated harassment by C.O. ▓▓▓ and other third shift personnel, including C.O. ▓▓▓ claims that ▓▓▓ was not working this date.  Contrary to these erroneous contentions ▓▓▓ was working these dates, whereas I again provided specific times of some of the alloeged harassment taken place which would clearly be depicted on the camera setting just feet from my cell. Of course Mr. ▓▓▓▓▓▓ choose to play ostracism to such evidence because it would not serve his self serving and bias so called investigation.  Office ▓▓▓ who served breakfast the moring of November 23rd, 2009 stood outside my cell on the outter range and spoke with C.O. ▓▓▓ prior to picking up trays.  So contrary to Mr. Case Manager ▓▓▓▓▓ 's erroneous contentions that C.O. ▓▓▓ did not work the night of November 22nd thr the 23rd is totally boggish.  In fact C.O. ▓▓▓ took a sick call request out of my cell door which I had placed up there for the sick call nurse the following morning.  These facts are all delineated and enunicated through the attached BP-8 which Mr. Case Manager ▓▓▓▓▓ plays ostracism to and for good reason, because such evidence clearly demonstrates the calculated harassment and treatment I have been and continue to be subject to by C.O. ▓▓▓ and other third shift personnel contrary to Mr. ▓▓▓ 's glaring attempt to cover-up yet again further absues by his fellow government workers......... As he has did in the past........

| December 2nd., 2009 | |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

Part B- RESPONSE

| | |
|---|---|
| DATE | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

                                             CASE NUMBER: _____

Part C- RECEIPT

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

GR000146

| | | |
|---|---|---|
| DATE | | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

BP-229(13)
APRIL 1982

Ex_14-000930

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Purkey   Wesley   I.          #14679-045          SCU          USP/TH
    LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A- INMATE REQUEST**   On November 24th, 2009 I sought redress for the continuing designation of my common-fre meal by placing my name on it. which in the past security personnel have levied threats to taint my food for making complaint, filing grievacnes and lawsuits in redress of the ongoing shortages and spiled foods being served on the same in teh past two years. Mr. Case Manager ▒▒▒▒▒contends that the officer simply contacted F/S anent a shortage of commonfare trays/meals and that the shortage just happen to be mine. Mr. ▒▒▒▒▒'s own arguments supports my allegations of being signled for malisious reasons and here is why:

First' how did the officer "▒▒▒s" know that it was my commonfare tray that was short when the food cart arrive in teh unit. The answer to that is demonstrated through the attached BP-8, because the commonfare trays had different inmates names on them and no tray was available with my name on such. That is exactly why C.O.▒▒▒▒s knew that it was my commonfare tray that was missing, because all of the commonfare trays had names on them and none of the designated commonfare trays had my name on such. Perhaps Mr. ▒▒▒▒▒ could use further erroneous contention to support his irreconcilable conclusion that I was not, nor have I been singled out by F/S in my name being placed on my commonfare trays. I thank Mr. ▒▒▒▒ for his usual less than meaningful or intelligent response given, as far the biasness review is glaring.....

The response by ▒▒▒▒ resonates with good ole boy biasness and the usual gapping holes of logic..... The allegations asserted through the attached BP-8 are thoroughly supported with copious evidence and reasoning, not to mention undisputed facts.......

Thank You for your attention to this matter....

December 2nd., 2009
    DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____          _____
    DATE          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: _____

          CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____ GR000151 _____

_____          _____
    DATE          RECIPIENT'S SIGNATURE (STAFF MEMBER)          BP-229(13)

Ex_14-000931

Designated CommonFare Tray For Me

Attachment 1
THX-1330.13J

## FEDERAL CORRECTIONAL COMPLEX
## TERRE HAUTE, INDIANA
## INFORMAL RESOLUTION FORM

Inmate Name: Wesley I. Purkey          Reg. No. #14679-045

Unit:

SCU                                    November 24th, 2009

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for Administrative Remedy, BP-2999(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1.    **State your complaint:** When evening trays were passed out I was informed by CO ▓▓▓▓ that my commonfare tray was not on the regular food cart because my meals are being made separately and will be sent up or is being sent up, he said. Shortly thereafter my commonfare meal showed up without my name designating such, as all the other commonfare trays had designated inmate's names on them. This selected distinction of singling out my meals demonstrates the malicous motive of doing so. The past I have been threatn with having my meals tainted and this singling my meals out for special handling certainly was not inadvertently did. This documents the ongoing efforts to coerce me off the religious diets through these malicous handling practices and shortages permeating the same...

(If more space is needed, you may use up to one letter size (8 ½ x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to the BP-229(13) responses.))

2.    **State what actions you have made to informally resolve your complaint:** Warden Marberry, ▓▓▓▓▓▓▓, F/S▓▓▓ and other administrative officials have all been advised of these practices in the past two years......

3.    **State what resolution you expect:** There is no resolution which is seen by the deep rooted obstinacy showed to these issues by this administrative through almost a two year period.

Inmate's Signature: _____          Date:_____

**Correctional Counselor's Comments (Steps to Resolve):** When the food cart arrived it was shost one common face med, the Officer contacted food service to get another tray sent 6 the SCU, the meal was then given to you, staff are not singling you out.

Counselor' Signature: _____   Date: 12-02-09
Unit Manager's Review: _____   Date:
Informally Resolved: _____   Date:

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|---|---|---|---|---|
| DATE | | | | |
| TIME | | | | |
| COUNSELOR | | | | |

GR000152

Ex_14-000932

▆▆▆▆▆ Third Shift Calculated Retaliatory Harassment        Attachment 1
Interferring Medical Treatment/Sleep Deprivation            THX-1330.13J

November 22nd thr 23rd,        FEDERAL CORRECTIONAL COMPLEX
            2009                      TERRE HAUTE, INDIANA
                                    INFORMAL RESOLUTION FORM

    Inmate Name: Wesley I. Purkey _____ Reg. No. #14679-045 _____
        Unit: _____

            SCU                              November 23rd., 2009

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for
Administrative Remedy, BP-2999(13), you must attempt to informally resolve your
complaint through your Correctional Counselor. Please follow the steps listed below:

    1.    **State your complaint:** This seeks redress for the ongoing retaliatory calculated harassment by
CO ▆▆▆▆▆ and third shift personnel who are complicit in such retaliatory actions of participating in a campaing to
deny me sleep since staff rotation a month ago, as well as now destorying my sick call request submitted for processing
by the nurse during sick call rounds in the unit. The following facts are offered in support of these allegations.
On the nihgt of November 22nd thr 23rd, 2009 I was repeatedly awaken by CO ▆▆▆▆▆ beginning at around 1:30.
                        Continued Next Page
    (If more space is needed, you may use up to one letter size (8 ½ x 11) continuation
page. You must also submit one copy of supporting exhibits. (Exhibits will not be
returned with the response to the BP-229(13) responses.))

    2.    **State what actions you have made to informally resolve your
        complaint:** BOP Director ▆▆▆▆, Warden ▆▆▆▆, and all unit administrative officials.
        _____
        _____

    3.    **State what resolution you expect:** In accord with 42 U.S.C. § 1997e....
        _____
        _____

    Inmate's Signature: _____        Date: _____

**Correctional Counselor's Comments (Steps to
Resolve):** SIS reviewed the staff roster and determined the
staff member you allege harshed you was not on duty at the time
you indicated
**Counselor' Signature:** _____        Date: 12-2-09
**Unit Manager's Review:** _____        Date:
**Informally Resolved:** _____        Date:

|  | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|---|---|---|---|---|
| DATE |  |  |  |  |
| TIME |  |  |  |  |
| COUNSELOR |  |  |  |  |

GR000147

Ex_14-000933

Wesley I. Purkey #14679-045
November 23rd., 2009

BP - 8 Continued
Retaliatory Calculated Harassment
███████/Third Shift/ Destorying
my Sick Call Request

and continuing throughout the night until after 7 a.m. Because of the continued harassment by ███████ of waking me on an adverage of every thirty minutes throughout the night I suffered acute chest pains, anxiety and anguish. Early in the night I placed (2) Sick Call Request in my cell door. One to be seen regarding the severe chest pains, and the second one to have my medication refilled. Shortly' thereafter I seen one of the third shift staff take the request from my cell door and then place it back. I stop the nurse this morning when she was on the range at around 11 a.m. and asked her if she had picked up my sick call requests earlier this morning and she told me that she had not. It obvious that the third shift took the sick call requests from my door and destoryed them for the same malicious ███████ continues to harassment me everynight he works throughout the night.

At 4:45 through 4:50 a.m. ███████ repeatedly held a flashlight in my face for an inordinate amount of time and then returned again at around 5 a.m. repeating these same malicious tactic causing me acute headacke, burning to my eyes and severe anxiety. Just prior to breakfast around 7 a.m. he again woke me by utilizing the same tactics just prior to ███████ Passing out trays on the range. He again did the same thing directly after the trays were passed out, whereas I never actuaally eat breakfast I merely pick up my commonfare meal and set it aside and then go back to bed. Hatfield repeated this same tactic again and again after ███████ picked up trays at around 7:04 a.m. As I noted the time ███████ returned waking me up yet again holding a flashlight directly in my face was 7:12 a.m.

Numerous grievances have been filed not only in redress of these protracted retaliatory calculated harassment tactics being taken against me by ███████ but as well to document them for formal redress through the courts at a later date and time. Every staff member (regular staff SCU member) working this unit is thoroughly aware of the calculated harassment being waged against me by ███████ and some are actively participating in the same. The different officer's in charge are liable for ███████ actions as if they were participlating in such because they have the authority to intervene and have chossen to turn a blind eye to such. Under law they are just as culprit as ███████

Thank you for your attention to these matters....

*End Of Extra Page BP - 8

<u>Declaration Under Penalty Of Perjury</u>

The undersigned Wesley I. Purkey does attest under pains of ;erjury that the foregoing is true and correct to the best of his knowledge and beliefs pursuant to 28 U.S.C. § 1746.

Dated: November 23rd., 2009

Wesley I. Purkey #14679-045
United States Penitentiary
Terre Haute, IN 47808
Deponent

GR000148

Ex_14-000934

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Purkey   Wesley   I.            #14679-045        SCU           USP/TH
_____   _____      _____      _____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.         UNIT       INSTITUTION

**Part A– INMATE REQUEST** This administrative remedy follows the filing of an Informal Resolution seeking redress for the ongoing and protracted calculated harassment permeated in a retaliatory animus against me by Officer ███████ on the third shift. That Informal resolution is attached hereto and incorporated herein for the Warden's attention and review.  In the past several week period CO ███████ has continuously harassed me by denying me sleep during his shift by shinning his flashlight directly in face for inordinate amounts of time and then taunting me with as described in the attached BP-8 with death threats.  He has consistently made threats against me and taken other retaliatory actions against me as described in special exhibit (a) hereto attached and incorporated herein.  Further' CO ███████ has cursed me out for seeking redress for the harassment through his superior on third shift, as described through special exhibit (B).  As clarified through other grievances filed regarding this issue his superior office on third shift has reiterated on different occasions that there is absolutely nothing that he can do about the malicious treatment and threats ███████ levies my way everynight that he works.  Other administrative officials as well have refused and/or clearly stated that there is nothing that they can or will do about ███████ denying me sleep and constant acts of harassment that is causing me sleep deprivation, headackes, acute anxiety, chest pains and extreme anguish.  In fact one of my habeas attorney Mr. ███████ has repeatedly contacted Warden ███████ concerning the harassment by ███████ to no avail in the past several weeks.  The harassment by ███████ continues as it did this very night of November 8th thr the 9th.

At 2:34 a.m. this date ███████ woke me up from being sound asleep by holding his flashlight in my eyes and again at 2:36 as he walked down the opposite side of the range holding the flashlight up pointing in my cell as he walked between cells 418 and 419.  At 4:18 he woke me up again, and then at 4:34 telling me "get up bitch".  He continues to perform these same tactics throughout the night repeatly waking me numerous times.....

November 9th, 2009
_____
DATE

_____
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____                              _____
DATE                                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                              CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____   _____   _____   _____
           LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.         UNIT       INSTITUTION
                                              GR000111

SUBJECT: _____

Ex_14-000935

Calculated Harasment/Third shift/ █████████

Attachment 1
THX-1330.13J

## FEDERAL CORRECTIONAL COMPLEX
## TERRE HAUTE, INDIANA
## INFORMAL RESOLUTION FORM

Inmate Name: Purkey Wesley I. _____ Reg. No. #14679-045 _____
Unit: _____

SCU                                    November 9th, 2009

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for Administrative Remedy, BP-2999(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1.      **State your complaint:** This is in redress of the ongoing calculated harassment taken against by CO █████████ during the third shift.  Several other grievances have been filed regarding █████████ constant waking me up and holding a flashlight in my face harassing and then taunting me with threats and sarcasm as he did the night of November 6-7 shift at 4:36 a.m. telling me to "get Up Bitch" as he held a flashlight in my face for several seconds. The camara just feet away from my cell had to of picked this up.  Whereas' █████████ had waken me up prior to this time as well, and did so again and again at 6:49, &:15 and 7:55 or there about.  The following night of November 7th - 8th I was waken one time by such harassment, whereas of course █████████ did not work that night.
        (If more space is needed, you may use up to one letter size (8 ½ x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to the BP-229(13) responses.))

2.      **State what actions you have made to informally resolve your complaint:** Warden █████████; USP/IH legal department; Case Worker █████████ and Case Manager █████████ and █████████ s Supervisor on third shift......

3.      **State what resolution you expect:** For █████████ to be immediately taken out of this unit and prohibited from working in SCU - period.....

Inmate's Signature: _____          Date: _____

Correctional Counselor's Comments (Steps to Resolve): _____

Counselor' Signature: _____     Date:
Unit Manager's Review: _____     Date:
Informally Resolved: _____     Date:

|            | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|------------|-------------|---------------|-------------|---------------|
| DATE       |             |               |             |               |
| TIME       |             |               |             |               |
| COUNSELOR  |             |               |             |               |

GR000110

Ex_14-000936

Send to GARY

& Other Third Shift CO/Repeatedly waking me up
dozenss of time throughout the night

Relief CO Balwch
(I believe lost)

Attachment 1
THX-1330.13J

## FEDERAL CORRECTIONAL COMPLEX
## TERRE HAUTE, INDIANA
## INFORMAL RESOLUTION FORM

Inmate Name: __Wesley  Purkey_____ Reg. No. __#14679-045_____
Unit:_____

SCU                                November 5th thr 6th
**NOTICE TO INMATE:** You are advised normally prior to filing a Request for
Administrative Remedy, BP-2999(13), you **must** attempt to informally resolve your
complaint through your Correctional Counselor. Please follow the steps listed below:

1.    **State your complaint:** This seeks redress for the ongoing harassment being waged by CO ███
third shift by continously waking me and threatening to kill me and/or saying that he cannot wait until they kill
me.  On this date of November 5th thr 6th He repeatedly woke me up with the other third shift officer as well. doing
the same.  At @ 15 ████ stood outside my cell telling SIA don't give a fuck about your crying bitch.  At
1:12 he woke me again, at 12:30 and 3:30 and 5:10 - as well as other times through the night not allowing me to
sleep.  I am suffering sever chest pain, anxiety, headackes and stress.

(If more space is needed, you may use up to one letter size (8 ½ x 11) continuation
page. You must also submit one copy of supporting exhibits. (Exhibits will not be
returned with the response to the BP-229(13) responses.))

2.    **State what actions you have made to informally resolve your
      complaint:** Warda ████ USP/IH attorney.  Case Worker ████ and other administrative
      Officials....
      _____
      _____

3.    **State what resolution you expect:**_____
      _____
      _____

Inmate's Signature: _____      Date:_____

Correctional Counselor's Comments (Steps to
Resolve):_____
_____

Counselor' Signature:_____      Date:
Unit Manager's Review:_____      Date:
Informally Resolved:_____      Date:

|  | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|---|---|---|---|---|
| DATE |  |  |  |  |
| TIME |  |  |  |  |
| COUNSELOR |  |  |  |  |

GR000109

Ex_14-000937

Retaliation/Death Threats/▓▓▓▓▓▓▓▓

Attachment 1
THX-1330.13J

## FEDERAL CORRECTIONAL COMPLEX
## TERRE HAUTE, INDIANA
## INFORMAL RESOLUTION FORM

Inmate Name: _Wesley I. Purkey_   Reg. No. _#14679-045_
Unit:_____

SCU                    November 3rd thr 4th Third Shift

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for Administrative Remedy, BP-2999(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1.     **State your complaint:** At 11:30 P.m. November 3rd., 2009 CO waoake me up by standing at my cell door holding his flashlight in my eyes and telling me that I am going to kill you punk; no one cares about what you say. This was in reference with grievances I had filed that day against him, and spoke with my attorney Mr. ▓▓▓▓▓▓ about the malicious harassment ▓▓▓▓ had subjected me to since he started working the third shift in the past thirty days or so. ▓▓▓ then continued to wake me continuously for the next several hours refusing to allow me to sleep for so much as a half and hour. He continued making threats against me everytime he came to my cell and harassed me with his flashlight shining in my eyes. The caramas on the range attest to this treatment.

(If more space is needed, you may use up to one letter size (8 ½ x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to the BP-229(13) responses.))

2.     **State what actions you have made to informally resolve your complaint:** I have consistently complained to Warden ▓▓▓▓▓, Case Worker ▓▓▓▓ and Case Manager ▓▓▓▓ - whereas ▓▓▓▓▓ has advised me that there is nothing he can do about the malicious treatment of ▓▓▓▓ and that I need to deal with it.

3.     **State what resolution you expect:** For ▓▓▓▓▓▓ to be immediately taken out of this unit..
_____
_____

Inmate's Signature: _____   Date:_____

Correctional Counselor's Comments (Steps to Resolve):_____
_____

Counselor' Signature:_____   Date:_____
Unit Manager's Review:_____   Date:_____
Informally Resolved:_____   Date:_____

|  | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|---|---|---|---|---|
| DATE |  |  |  |  |
| TIME |  |  |  |  |
| COUNSELOR |  |  |  |  |

GR000112

Ex_14-000938

Exhibit (A)/BP-9

Campaign Retaliation, ██████████

Attachment 1
THX-1330.13J

## FEDERAL CORRECTIONAL COMPLEX
## TERRE HAUTE, INDIANA
## INFORMAL RESOLUTION FORM

Inmate Name: Purkey  Wesley  I.    Reg. No. #14679-045
Unit:_____

November 2nd., 2009                    SCU

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for Administrative Remedy, BP-2999(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1.    **State your complaint:** This is in redress of the ongoing retaliation taken against me by CO ██████ on the third shift, more specifically for the continuing waking me up numerous times everynight by holding his flashing in my face until I am woke up and then he antagonizes me by telling me that "you're going die; they are going to kill you punk; you ain't shit and your fucking grievances aren't shit either. This is exactly what he did on this date from the period of November 1st through November 2nd.
Starting at approximately 12:10 a.m. through 1:18 a.m. ██████ repeatedly woke me up on three of four occasions
                                        Continued Next Page

(If more space is needed, you may use up to one letter size (8 ½ x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to the BP-229(13) responses.))

2.    **State what actions you have made to informally resolve your complaint:** Spoke With Warden ██████ /October 28th. Have spoken with Case Worker ██████ on a half dozen or ██ occasions regarding ██████ continuing harassment. spoken with ██████'s Supervisor OIC ██████ (misspelled) who has told me that ██████ will not listen to him and that ██████ is going to do whatever he wants, nothing he will or could do about the problem..

3.    **State what resolution you expect:** To immediately have CO ██████ taken out of this unit.
_____
_____

Inmate's Signature: _____    Date:_____

Correctional Counselor's Comments (Steps to Resolve):_____
_____

Counselor' Signature:_____    Date:
Unit Manager's Review:_____    Date:
Informally Resolved:_____    Date:

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|---|---|---|---|---|
| DATE | | 11-3-09 | 11-5-09 | |
| TIME | | 7:30pm | 3:00pm | |
| COUNSELOR | | 3 | 3 | |

GR000114

Ex_14-000939

Wesley I. Purkey #14679-045                                    BP - 8 Continued
November 2nd., 2009                                            Retaliation/████████

from a dead sleep holding his flashlight in my eyes and then taunting me by telling different scenario's of me being executed and then walking off. The cameras on the range will attest to these incidents.

    Again ██████ continued to harass me waking me from dead sleeps at approximately 1:18 a.m.; 3:20 a.m. and then on 3:24 a.m.. He then again woke me at approximately 5:17 a.m. taking smack to me in the process. As previously noted the cameras on the range will attest to these continuing harassments which is causing me not only sleep deprivation, by anxiety and anguish in the process clearly proscribed under well established law.  See Whitman v. Nesic, 368 F.3d 931, 935 (7th Cir. 2004).

    I have taken every conceiveable effort to seek redress for these ongoing nightly harassments by ████████ and each and every administrative personnel I have sought redress with has and continues to turn a blind eye to such, in the process condoning and encouraging such retaliation by ████████ to continue. In fact his supervisor or Officer in charge has put the situation in perspective that there is nothing he can do, nor will do to stop ████████ from continuing the campaign of harassment against me. As when I spoke with ████████s supervisor October 27th, 2009 while being escorted by from medical I was immediately cursed out and threaten by CO ████████ when he over heard the conversation. His supervisor took absolutely no action in redress and remained totally reticent to such, thereby condoning such.

<u>Declaration Under Penalty of Perjury</u>

    The undersigned Wesley I. Purkey does attest under pains of perjury that the above is true and correct to the best of knowledge and beliefs pursuant to 28 U.S.C. § 1746.

Dated: November 2nd., 2009

                                        _____
                                        Wesley I. Purkey #14679-045
                                        affiant

                        End of Extra Page PB - 8

GR000115

Ex_14-000940