Exhibit 16



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*                    *400 State Avenue*
                                                    *Tower II, Suite 800*
                                                    *Kansas City, KS 66101*

October 10, 2019

Rebecca Woodman
1263 W. 72nd Terrace
Kansas City, MO  64114

Re:  Freedom of Information Act Request No. 2020-00234
     Wesley Purkey

Dear Sir/Madame:

This acknowledges our receipt of your Freedom of Information Act (FOIA) request. Regulations that may be pertinent to your request may be found at Title 28 C.F.R.   A copy of the first page of your request is attached to help you more easily keep track of your request.

We have examined your request and have determined that the documents responsive to your request must be searched for and collected from a field office.  As a result, the amount of time necessary to respond to your request will increase. Once responsive documents have been collected from the field, we will process your request in the order that it was received.

The Department of Justice requires all requests for records be processed on a first-in, first-out basis. The four exceptions to this requirement are: "(i) Circumstances in which the lack of expedited processing could reasonably be expected to pose an imminent threat to the life or physical safety of an individual; (ii) An urgency to inform the public about an actual or alleged Federal Government activity, if made by a person who is primarily engaged in disseminating information; (iii) The loss of substantial due process rights; or (iv) A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity that affect public confidence." 28 C.F.R. § 16.5(e).

Your request meets the requirement to be processed on an expedited basis and will be expedited to the best of our ability. This request will be placed on the processing track

Ex_16-001454

ahead of other requests and processed as soon as practicable. Processing this request may take up to six months.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the North Central Regional Office or the BOP FOIA Public Liaison, Mr. C. Darnell ████ at (202) ████ or BOP FOIA Section, ████, NW, Room ██, Washington, D.C. 20534. You can also check the status of your request on line at http://www.bop.gov/PublicInfo/execute/foia.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room ████ Adelphi Road, College Park, Maryland 20740-6001; ████; telephone at 202-████; toll free at ████; or facsimile at ████.

Sincerely,

*E. Fenstermaker*
*for*

Richard M. Winter
Regional Counsel

Ex_16-001455