# Exhibit 18

**Declaration of Debbie Prothero**

1.  I am Wesley Ira Purkey's first cousin – his father, Jack Purkey, and my mother, Marguerite Purkey Hotchkiss, were siblings.  Wesley and I are the same age, and I have memories of us spending time together as very young children.  Over the years, I have maintained contact with Wesley, even during times when he has been incarcerated.  My husband, Russ Prothero, and I visit Wesley at USP Terre Haute as often as we can – our last visit with Wes was in April of 2019.

2.  Even though Wesley's crimes are troubling to me, I love him like a brother. Looking back on our family's history, and the way in which Wesley was neglected, abused and ridiculed as a child, I am not surprised that Wesley is in the place that he is. My grandmother, Opal Purkey, and my mother discussed Wesley's family situation when he was young, and they wished that they could have done more to help him.  The last time I remember seeing Wesley as a boy was at our grandparent's 50th wedding anniversary which coincided with Christmas of 1964.  I moved with my family to Hawaii shortly after the Christmas of 1964.

3.  Wesley's paternal grandparents were Ira and Opal Purkey.  They had eight children together including Donald Dean Purkey (1913 – 1914), Russell Purkey (1915 – 2001), twins Pauline Purkey (1917 – 1998) and Paul Purkey (1917 – 1918), Irene Purkey (1919 – 2003), Eloise Purkey (1922 – 2003), Jack Purkey (1923 – 1984) and my mother, Marguerite Purkey (1925 – 2015).

1

000078

Ex_18-001459

4. Ira Purkey was an authoritarian parent who put fear of physical violence in his children so they did not misbehave. He was a professional boxer as a young man, and my mother witnessed Ira beat his sons, Russel and Jack. My mother told me that Ira would threaten to "box her ears" if she misbehaved, and she believed that he would follow through on his threat if she misbehaved.

5. Opal Purkey was a very stern parent. When my mother was a preteen, Opal experienced a religious conversion and became a Baptist. After this conversion, Opal was even more strict with my mother, the youngest of the siblings. Opal would not let my mother wear make-up, dress in the current fashion or attend school dances as her sisters had. Opal's religious conversion caused friction and tension in her marriage -- Ira was a Mason, a smoker and a coffee drinker, habits that conflicted with Opal's new lifestyle. My mother did not like living with Opal's strict rules and she eloped with my father, Guy Hotchkiss, when she was sixteen.

6. Unlike her stern parenting style with her own children, Opal was a lovely grandmother. She was openly loving toward her grandchildren – she smiled with them. It was always hugs and kisses when the kids went home. This was a complete contrast to her tough and demanding way of parenting her children.

7. Sexual abuse also occurred in Ira and Opal's home. Russell Purkey in particular sexually abused all of his younger sisters including Irene, Eloise and my mother, Marguerite. My mother remembered that Russell would come home drunk and

2

Ex_18-001460

sexually abuse his sisters.  Despite the fact that Russell sexually abused my mother, I believe my mother had a good relationship with Russell as an adult.

8.  The influence of Ira's physical violence toward his children followed them throughout their lives.  The siblings used violence to resolve conflict between them, and between others.  Russell and Ira in particular would have fist fights.  When Ira's children became parents, they utilized violence as a means of discipline just like Ira – this was especially true for Russell who was always beating his boys.

9.  Pauline Purkey had a child out of wedlock with a man named Tony Llamas, who at the time was married to another woman with whom he had six children.  When Ira Purkey learned of Pauline's situation, he got drunk and wrecked his company car, resulting in a job transfer that moved the family from Topeka, Kansas to Wichita, Kansas.  Pauline married Tony Llamas and moved with him to California.  They had six children together.  Their life together was full of conflict -- I heard stories of their abusive relationship.  In one incident, Tony Llamas pushed Pauline up against a wall and put a knife to her throat.  Pauline begged him to kill her because she would rather die than continue to live because life with him was unbearable.  He did not kill her. When I visited them, I witnessed one of their kids, my cousin, literally beating his head on the sidewalk.

10.  My own parents fought often as I was growing up.  My mother and my father, Guy Hotchkiss, fought often and there was always yelling in the household.  My father was physically abusive to my older brother Dan, something my mother tolerated because

3

000080

Ex_18-001461

she grew up with the same type of discipline. I was also sexually abused by my older brother. My parents waited until Ira and Opal died before they got divorced because my mother did not want to deal with Opal's disapproval.

11. My mother remembered Wesley's father, Jack Purkey, fondly. She told me that Jack protected her when she was young, and that he would walk her to and from school and carry her books. My mother remembered Jack as an involved person, not as a wallflower as he came to be as an adult, after his accident.

12. Jack enlisted in the Coast Guard as a young man, and was stationed in Hawaii for a short time during World War II. He was in a serious car accident – he was driving a convertible and was hit head-on by another car. He slammed his head against the steel frame that supports the windshield. He was in the hospital for a long time and the surgeons inserted a metal plate into his head to repair his broken skull. After his head injury, he could not wear a helmet so he was given a medical discharge from the Coast Guard.

13. Jack Purkey changed after the head injury. He became withdrawn and generally absent from the rest of the Purkeys. He never smiled – he was almost lifeless.

14. Before Jack married Velma, he never drank alcohol. My mother believes that after they were married, Velma Purkey encouraged Jack to drink as a way to handle the pain associated with his head injury. Opal Purkey did not approve of Jack's marriages to Velma Purkey because of her many vices. She did not want Velma to be her daughter-in-

4

000081

Ex_18-001462

law.  Jack drank a lot – he never said more than two words at family gatherings.  He kept to himself.

15.  Jack was transient as an adult – the siblings took their turns trying to house Jack as he went from home to home.  He stayed until he was asked to leave.  My own father hired him twice in Kansas and once in Hawaii to work for him, but eventually, my father had to ask Jack to leave.

16.  My husband, Russ Prothero, and I lived for many years in Hawaii.  We lived on the windward side of Oahu, in Kaneohe, and my mother Marguerite lived on the other side of Oahu, in Honolulu.  Jack visited us when we lived in Hawaii because he was stationed in Oahu during World War II and he wanted to tour the military sites. He stayed at our house for a while and then traveled to the other side of Oahu to visit my mother, Marguerite.  When he stayed with us, Jack rarely spoke a word to us.  He was never rude or unfriendly, he just rarely spoke.  He was obsessive about his appearance, wearing perfectly pressed white, French-cuffed shirts, and perfectly pressed pants in spite of the tropical weather.  His shoes were so shiny that you could see reflections.  All of his clothing was hung perfectly in the closet, and his bed was made every day, just as if he were in the military.

17.  Later in his life, Jack confided in my mother that during the war, when he was responsible for guarding Japanese prisoners of war, he was forced to shoot a prisoner. She said he never forgave himself for this.

5

000082

18. Just before Jack committed suicide, he wrote Marguerite and told her that he had a religious conversion and that he was at peace with God and himself.  He enclosed a photograph of himself in the letter, and my mother remarked that Jack looked really good.  Shortly thereafter, Jack shot himself.

19. My mother and my grandmother Opal were very much aware that Jack was absent from Wesley's life.  They both tried to help Wesley during the moments that they had with him, but there was not a lot they could do because they did not have much time with Wesley.  Wesley visited Opal's house when he was young, but not very often.  My mother said that Wesley did not speak until he was six years old, and that when he did finally speak, his words were hard to understand.  My mother was concerned with the way that Wesley was humiliated by Velma – she made fun of him for stuttering and threw drinks at him as he was struggling to speak.  My mother and grandmother tried to help in the short amount of time they had with Wesley, but they felt there was little they could do to change his situation.

20. All of Ira and Opal's children stuttered, including Wesley's father Jack.  The only exception was my mother, Marguerite, who did not stutter.  I believe Wesley inherited the brain abnormality of stuttering from the Purkey side of the family.

21. After my mother divorced my father Guy Hotchkiss, she began to live an increasingly erratic life.  She was increasingly unsettled and moved frequently.  She was always unsatisfied with where she was, and that feeling would prompt another move.

6

Ex_18-001464

She bounced around between Hawaii, Missouri, Arkansas, Washington and California, all locations where various family members lived, before she would become unsatisfied and move again about every two – three months.  My husband and I tried to find ways to settle Marguerite's mind.  We traveled to Opal and Ira's home in Wichita, Kansas so that she could have some last memories of her life.  The family house was gone, however, it burned to the ground after Opal died -- the only familiar thing was a side walk displaced by a tree root.  Upon reflection, I believe that my mother's erratic behavior was an early symptom of Alzheimer's disease, a disease later diagnosed by her doctor.  I remember seeing her brain scan shortly before she died, and the brain damage was obvious to me.

22. Although, in some ways, my mother was never totally normal.  As I grew up, it became clear that something was wrong with her – I couldn't figure out why she and I did not get along.  The first year my family moved to Hawaii, when I was 12 years old, my sister and I painted plaster figurines of hula girls with flowers in their hair, and we gave the painted figurines to my mother as gifts.  She became angry and threw the figurines against the wall shattering them, yelling "your father put you up to this!"  Years later, I found out that at the time my mother felt she could not measure up to the beauty of the figurines, and that she felt her husband had somehow used the figurines to make fun of her.

23. For some reason, my mother gravitated toward me.  Once she was divorced, she seemed to revert to teenaged behavior by dating men on the Marine base – the same

7

000084

Ex_18-001465

place I found boyfriends. When we lived close, she would visit my house, but would almost totally ignore all four of my children and my husband, Russ. She'd spend hours talking to me, eyeball to eyeball, and ask the kids to move out of the way. Then she would ask why the kids were not hugging and kissing her, as they did me.

24. My husband and I are devout Christians. When we visit Wesley, we share our faith with him. We share our faith in letters, too. We believe he is a person worthy of redemption. He has been good to his family while he has been incarcerated – he is vital to their well-being. He recognizes that his family history has far reaching effects, and he counsels his daughter and grandchildren about how to live life in a way that breaks the cycle. He is so proud of his family and always shares the latest pictures in letters to us and when we visit. It would be very difficult for us if Wesley were executed because we would be unsure of his eternal fate, and because we know his death would have a devastating impact on his family.

I declare under penalty of perjury of perjury that the foregoing is true and correct to the best of my knowledge.

This, the 12th day of August, 2019

_Debbie Prothero_
Debbie Prothero

8

000085

Ex_18-001466