Exhibit 19

## DECLARATION OF ANGIE GENAIL

I, Angie Genail, declare and state the following:

1. My name is Angie Genail. I am a resident of Leavenworth County, Kansas, but I was raised in Wichita, Kansas. I am 37 years old.

2. I am the daughter of Wesley Ira Purkey and Claire Berry. Claire was my dad's first wife. I am estranged from Claire, but I am in regular contact with my dad.

3. Claire was locked up when I was about one-year-old. She served 3 years of a 3-5 years sentence for robbery. Claire and dad were married at the time. She divorced him while she was in prison. The parole board looked positively on the fact that they got divorced for her early release.

4. While Claire was in prison I went to live with her sister Becky and Becky's husband Michael. Claire was released from prison around my fourth birthday. She wanted to see me and told Becky that she was taking me for ice cream to celebrate my birthday. Becky wasn't sure it was a good idea, but I wanted to go so she agreed. Claire picked me up in a van. Steve Gaida, Claire's boyfriend at the times, was hiding in the backseat. He gagged me so I wouldn't scream. They took me to my new home. I remember Claire kicking open the front door of the house saying that this was where I was living now.

5. I cried every day I lived there. I stopped eating. Claire fed me hominy each meal and her mashed potatoes were so thick they made me choke. I often gave my food to my half-sister Carri to eat for me. I remember one meal where I was trying to eat potatoes and saw a bunch of blood spurt across my plate. The rule in Claire's house was that no one left the table until they were finished eating. When the blood flew across my plate I just got up and walked away. I was lifted up by Steve who put me back in my seat. When I looked down at him I

1 | P a g e

**000292**

Ex_19-001467

saw blood pouring out from his chest. Claire had stabbed him several times. Steve and Claire fought violently a lot and the police were not called. To the best of my knowledge Claire and Steve are still together.

6. Claire eventually gave me back to Becky because I behaved so badly by crying all the time. Claire called me a brat. I was too much bother. Becky agreed to take me back under the condition that Claire signed over her parental rights because she was afraid that Claire would just show up randomly and take me whenever she wanted. To Becky's surprise Claire agreed. I lived with Becky and Michael until I was about 16 years old.

7. In addition to my half-sister Carri I also had a half-brother from Claire named Justin. Claire was brutal to them. Even though she mistreated me she seemed to treat them worse. Claire was not capable of being a loving parent because of her mental health problems. I think the only reason she wasn't as terrible to me was because I was her kid with Wes and she used me to keep in touch with him.

8. Claire is a crazy person. She has delusions and is paranoid. For example, she called me to tell me that my husband can't be trusted because he is an FBI informant. Her dog recently passed away and she slept in the same bed with her dead dog for days. She's done things like sleep outside her house for a number of days because she thought people were inside the house watching her. She has been like this for as long as I can remember.

9. Claire is so unstable that growing up she would tell me how she tried to abort me with a coat hanger and with pills. She said she even tried to get rid of me by throwing herself down a flight of stairs. When we drove down highways Claire stopped at overpasses and tried to throw me and my half-sister sister, Carri, out of the car. That happened a few times. She did this to Carri and Justin more often than to me.

000293

Ex_19-001468

10. I didn't meet my dad until I was 13 years old. I told my adoptive parents Becky and Michael that I wanted to meet him. Michael found Wes at the prison in Hutchinson, Kansas. That was where I met him for the first time. Even though I was living with Becky and Michael Claire took me to see him. She hadn't seen him since I was a baby so it was a big deal for her too. All the inmates came out in a line for visitation. I knew who my dad was right away even though Claire couldn't figure it out immediately. I just walked right up to him.

11. I was really into visiting my dad. I visited nearly every weekend and wrote him during the week. I spent so much time communicating with him that I actually lost some friendships. I stopped hanging out with friends and lost touch with some. It was like that for the first several months.

12. It was nice visiting my dad at Hutchinson because we could sit outside in the sun. We could buy snacks and sodas from vending machines. There was no glass or separation from him there.

13. Visiting dad at the Hill in Lansing was really nice. We had contact visits in an open area. There weren't vending machines, but visitors could bring in coolers with food. Claire always went way overboard. She always brought a huge spread of drinks and food. She brought shrimp cocktail and foods my dad hadn't had in years. She always brought way too much. We sat outside like a picnic.

14. Although I loved seeing my dad, visits were hard sometimes because by that time he had a different wife, Jeanette, who wouldn't let me have private visits. Jeanette often showed up so my visits were interrupted or cut short. I struggled to understand why she did that when Wichita was far from Hutchinson and Jeanette lived nearby the prison in Hutchinson,

3 | P a g e

000294

Ex_19-001469

Kansas. Jeanette wouldn't even let me have a visit with my dad on the first Father's Day after I started seeing him.

15. It was also hard because Claire was obsessed with my dad. She had me fight with Jeanette because I was a juvenile and wouldn't go to jail. Claire was only happy to drive me to visit him because she wanted to see him. When I turned 18 years old Claire was furious because I started seeing dad without her. I didn't need to take Claire with me anymore.

16. When my dad was paroled out of prison in 1997 he went to Leavenworth to live with Jeanette and her boys. Within the first couple weeks Claire and I drove up to visit him. When we got to Jeanette's house it was the middle of the day. She didn't know where he was. Claire figured he was sitting in a bar somewhere, so we drove around downtown Leavenworth looking for him. We found him in a bar. He was already drunk. When we walked in he must have seen us because he walked towards us. I was suddenly really freaked out. I ran out of the bar and down the block. I didn't go back to Jeanette's that night. I slept in a parking lot. It was weird seeing my dad on the outside. I had only ever visited him in prison. I could go see him when I wanted, but didn't have to all the time. When he got out it was like a game of cat and mouse. He wanted be in my life, but I wasn't entirely ready to have a dad outside of prison. When he moved to Wichita, which was where I had been living, I took off to Leavenworth. That's how it was for a little while.

17. No one really prepares family members for the homecoming of someone that has been incarcerated. I loved my dad, but it was a hard transition and I was young. I didn't know how to have him in my life every day. I can only imagine how hard it was for him to make the transition.

000295

Ex_19-001470

18. I don't think it was good for dad to live with Jeanette after he was released. She wasn't trustworthy. She was addicted to drugs. It would have been very hard for my dad to stay sober around her.

19. What makes this all worse to me is that Jeanette has admitted to poisoning dad with rat poison for a long time. If she didn't want to be with him she could have left. I cannot understand how someone admits to trying to kill another person and nothing happens to them. Jeanette is a troubled person and I don't think that she would have been able to be supportive to dad when he was struggling with being on the outside and with him own issues. Being poisoned really affected dad. He was using drugs at the time and the combination of that with rat poison made him very paranoid. Jeannette has freely admitted the poisoning to me and others in my family like Tanya.

20. My dad's relationship with Claire and Jeannette was also confusing for me. After dad got out of prison Claire regularly drove three hours from Wichita just to iron his clothes. Jeannette did not seem to mind. In fact, Claire and Jeannette were close friends at the time. I knew that dad was having a relationship with both of them and each woman was demanding on his time. There was something that I did not understand happening between Wes, Claire, and Jeanette, but I did not think it was helpful to my dad.

21. Even though dad tried hard to be there for me during that time it seemed like the transition and pressure from Claire and Jeannette was too much for him to handle. Becky was the main source of stability for me during those years. She died in December, 2013. I miss her so much.

000296

Ex_19-001471

22. Dad tried hard. I got into trouble when I was 18 and he came to Wichita from Leavenworth to help me. That was another source of stress for him at the time too. He didn't know how to help me and he wanted to.

23. When my dad's case was heading to trial I did not think he had a good lawyer. Fred Duchardt was simply terrible. I remember seeing him drive up to my place in a beat up car at the start of my dad's case. By the end he was driving a fancy car. He made a lot of money doing very little.

24. Fred and Mickey Armstrong, the investigator on the case who I knew as Mic, came to talk to me for the first time on my wedding day, March 9, 2002. They showed up at the house while I was getting ready. All the men had left already for where the ceremony was going to be. Claire answered the door and was immediately excited to talk to them. There were a bunch of kids around when Fred started asking her questions about the murder. I was angry. My grandmother was there as well. She was very upset that Fred would turn up like that and launch into questions about what we knew about the murder on my wedding day. I remember Fred asking people who were there what they knew about the murder. I had to ask him to leave. I didn't feel comfortable speaking to him or to Mic that day. It was very inappropriate. I told them I would be willing to talk another day. Fred said he would make arrangements to do so, but he never did. Mic did return once to ask me questions about Jeanette and Claire, but not to talk to me about dad or my relationship with him.

25. Shortly before the trial Fred called me and asked if I would be willing to testify. I wanted to do whatever I could to help my dad, so I agreed to testify. I figured that Fred would ask me lots of questions and prepare me to testify. He didn't. Preparation took place right outside of the court and lasted just a couple of minutes immediately before I went on the stand. Fred

6 | P a g e

**000297**

Ex_19-001472

didn't ask me about my relationship with my dad. He only asked me if my dad was important to me. Of course he was important to me. I love him very much. He also didn't ask me about any of the things my dad did to show me support and love. For example, dad is a talented writer and artist. He wrote me beautiful poems, one of which I cherish about a mother's love. It talks about how lucky my kids are to have me as their mom. He is always doing nice things to encourage me.

26. The trial was terrible for me. I wasn't able to watch the entire thing because it was so stressful. A few weeks before it started I started having panic attacks and palpitations. It was so bad that I had to go to a doctor for medication to ease my anxiety and stress. Even though I wasn't there for the entire trial, I saw enough of it to know that it seemed like Fred was working more for the government than for my dad. He didn't seem to be fighting for my dad.

27. During my dad's trial I wasn't allowed to touch him. I kept asking court personnel if I could, but they continued to say no. At one point I was even told I would be arrested if I tried to touch my dad. I understood he was on trial, but he is my dad. It was very painful to be so close to him, but unable to even put my hand on his shoulder. Even now, when I visit with him in prison we are separated by glass. It is hard for me to spend time with my dad that way. It is hard to explain how painful it is to be so close to someone you love and not be able to touch them.

28. Dad has always found ways to help me from prison even when something bad happened to him. When he was in Leavenworth awaiting trial the guards beat him to in an inch of his life. His trial lawyer, Fred Duchardt, helped him sue the prison. There was a settlement of which he gave me most the money. Fred was paid handsomely. I had the sense that he worked

000298

Ex_19-001473

harder in that case than he did in my dad's death penalty case. I thought it was strange that he could work on the lawsuit at the same time as the other case.

29. Dad knew the money would be real helpful to us even though he could have kept every penny for himself. I have four children. I have a son named Michael from my first marriage who is 16 years old and two children from my marriage to David, a daughter named Hayley and a son named David. We call him DW. My dad loves his grandchildren dearly and they love him too.

30. My second child, who was born after Michael, was my son Matty. They had the same father. He died in December 2007 at the age of 6. Matty was born with Wolf-Hirschhorn syndrome, a rare chromosomal disorder. He was an extremely sick baby. I knew that there was something wrong with him when he was born. He weighed 3 pounds when he was born even though he was a full term baby. He couldn't keep on any weight. He looked very odd when he was born. He was white as a sheet, but his eyes and testicles were red. He also couldn't keep his temperature up. Matty was kept in the hospital for a week until he was at a certain weight.

31. Although I didn't know it at the time, Matty started having seizures before the age of one. He looked like someone was flicking water at his face, but no one was. Matty would stop breathing when he had a seizure. After he seized he'd get a fever.

32. After much soul-searching I gave Matty up for adoption when he was two years old. He had a lot of medical problems and I couldn't afford to look after him. I contacted an adoption agency and they found a foster mom who had a special needs girl and was a special needs teacher. She sounded like a really good fit. She sent me a few pictures of Matty, which I was very grateful for. The last one was of him helping to decorate the Christmas tree before he

000299

Ex_19-001474

died. He was only six years old. He was living in Wyoming when he passed. My dad calls me every year around the anniversary of Matty's death. He is one of the few people in my life who remembers that time of year and offers me support and encouragement.

33. If there is anything positive that came out of my son's passing it was meeting my cousin Tanya and Uncle Gary. Gary is my dad's brother and Tanya is Gary's daughter. Tanya was there for me when I needed family. She picked me up from the airport in Denver and drove me through a blizzard to Wyoming so I could attend Matty's funeral. My dad didn't talk much about his family so it was a wonderful surprise to have the support of my cousin during that time.

34. My dad also didn't talk about his childhood or life. Growing up I knew almost nothing about his family. He talked about an aunt he called Ga-Ga, and my grandmother. He only ever called his dad a son-of-a-bitch. I know my grandma would throw drinks at his face when he stuttered and that she was an alcoholic.

35. I have seen difficulties in my kids go unaddressed so I can only imagine how support for my dad was totally absent when he was being raised. For example, my daughter Haley is in special education. When we lived in Basehor Haley's previous school teachers were doing everything for her. She didn't know her ABCs in the 2nd grade because they were more concerned with how the school performed than teaching the kids.

36. My eldest son Michael stuttered just like my dad. It is a very sensitive topic for my dad because he was ridiculed so much for his stuttering. He told me that Michael stammered, not stuttered. He reminded me to be patient with Michael and that sometimes it would just take a little longer for the words to get out, but that he would get there. My dad was right.

000300

Ex_19-001475

37. I also struggled in school and I skipped out on classes a lot. I dropped out of school in the 9th grade. Eventually I received my high school equivalency. Dad encourages me to go back to school. He sees my potential and wants the best for me. Even when I make mistakes, like when I was arrested a couple weeks after my 18th birthday he came to Wichita to help me. He showed up and was caring.

38. My dad continues to do everything he can to support me and my children, unlike Claire. She doesn't ever visit her grandkids even though she lives only three hours away. She doesn't even call them on their birthdays. My dad makes sure to send them presents on their birthdays. He often sends us care packages, too, that include peppermints and other little treats for the kids, books, and magazines. The books and magazines are usually educational. After my dog D died last year my dad sent me a drawing of him. That meant a lot to me because I loved D very much. I keep that picture in the family room of my house so it's always close.

39. And even though I don't always want to talk to him, my dad calls me once every week to check in on me and the kids. He wants to make sure we're doing all right.

40. Over the years I have struggled with my own health issues. I have been diagnosed with Post-traumatic Stress Disorder and bi-polar disorder. I currently take medications to ease my anxiety and stabilize my mood. When I was still only a teenager I was prescribed antidepressants to help cope with my depression. I also have stress-induced seizures. They started in 2008, not long after my Matty died. The seizures, and stress that caused them, affected a pregnancy I had that same year. I miscarried. That was before I had my youngest child, D.W.

**000301**

Ex_19-001476

41. Sometimes I know when I'm about to have a seizure. My fingers and toes curl a bit, so when that happens I try to brace myself. However, that doesn't always work. One time I was walking to my car and collapsed outside. My husband tried to pull my false teeth out because they had come loose. I was seizing so bad that my teeth were biting down on my lips very hard. Blood was everywhere.

42. I don't write dad too often. It is hard to with kids. He doesn't have email so we mainly communicate by phone now. He gets upset and gives me grief about not writing him. When he gets upset, his voice gets louder and it escalates until I yell back at him. He shuts up when I yell because he knows I am right. He should be living down the street and be available to hang out with me and the kids. He should be able to come visit us at their house whenever he wants. I shouldn't have to write to him. I should be able to see him any time. He screwed that all up. I am still mad about it and about everything he has put me through over the years. But I still love him and I would be devastated if he were executed. I don't know how I would cope.

43. I cannot think about what my dad's execution would do to me or my kids. Sometimes my relationship with my dad is hard. Sometimes he can be frustrating to deal with, but I love him and so do his grandkids.

44. I have always been willing to talk about the information contained in this declaration. I do not recall meeting the attorneys dad had after his trial ended. It is possible that someone came to speak with me quickly, but if they did it wasn't a very long conversation. It has not been until the last two years that members of dad's defense team have come to spend time with me and have listened to the stories I have about dad and our relationship. Had Fred Duchardt or

11 | P a g e

**000302**

Ex_19-001477

his team, or any subsequent teams been willing to, I would have gladly shared the same information.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on this _26_ day of January, 2017.

_Angie Genail_    1-26-17
Angie Genail

**000303**

Ex_19-001478