# Exhibit 20

## DECLARATION OF SHARON FISHER

I, Sharon Fisher, declare and state the following:

1.  My name is Sharon Fisher. I am a resident of Butler County, Kansas and am 65 years old. I was married to Wesley Purkey's brother, Gary for a short while in the 1970s.

2.  I met Gary in 1974 in Wichita, not long after my oldest son was born in April. We met one night at a club. I was out socializing with my friends. Gary came up to me and started flirting. At first I wasn't that impressed. He was tall, but too skinny. I told him that. But Gary was persistent. He kept trying to talk to me that night, so I gave in. He seemed sweet enough and he was showing me a lot of attention. We started dating not long after that night. Gary and I officially married in August, 1972.

3.  I met Gary's younger brother, Wesley, not long before me and Gary married. Gary, me, and their aunt, Gaga, drove out to a prison to pick him up from prison. Gary drove us in Gaga's station wagon. Gary didn't have his own car. After we picked up Wesley and were driving back to Wichita, Wesley asked Gary if he had anything to smoke. Gary gave Wesley marijuana. Wesley was high before we even got back to Wichita.

4.  Wesley and Gary both lived with Gaga in Wichita. She was a little old lady. She was very sweet and used to cook and clean for the boys. She was their rock.

5.  However, when it came to what Gary and Wesley did or were involved in, Gaga turned a blind eye. For instance, I rented the apartment upstairs in Gaga's house and the day I finally left Gary, I brought all his clothes down to her unit from mine. She asked me what was wrong, so I told her I was leaving Gary. She was really surprised, which surprised me. She didn't

1 | Page                                                                                    _____ (Initial)

000501

Ex_20-001479

understand why I would leave him even though she saw me with black eyes and bruises more than once.

6. The apartment I rented above Gaga was small. It had a little kitchen and sitting area, a bathroom, bedroom, and walk-in closet. Even after Gary and I married, we didn't live together. I lived in the apartment and he lived in Gaga's section of the house. Even though Gary and Wesley lived downstairs, they hung out a lot in my apartment. They drank and did a lot of drugs in those years. They drank mostly quarts of whiskey and 30 packs of beer. They drank that much every day. I really only knew them when they were drunk or high. They used my walk-in closet whenever they huffed their Tolio. Gary was shooting heroin a lot in those days, too.

7. Gary rarely if ever had a job. When he did have one I had to push him out the door in the mornings to go to work. Otherwise, he might lay in bed all day. He partied all night, every night, so he just wanted to stay in bed all day. There were nights Gary didn't come home because he was too messed up. Wesley usually had more work than Gary. Wesley partied just as hard as Gary, but he got himself up for work. There were mornings I had to push him out too, but they were less frequent.

8. Even though Wesley was often drunk or high, he was very good with my baby son. He called him "Little Buddy." Every time Wesley called "Little Buddy" my son went to him. They played together. It was really sweet.

9. Wesley was a very protective person when someone was his friend. To me, he was like a big brother, even though he was younger than me. When we were out socializing, he used to introduce me as his older sister. Gary pushed me around and beat me up a lot in those years. He put the fear of God in me. When Wesley was around, he stepped in to protect me from

2 | P a g e                                                                 _____ (Initial)

000502

Ex_20-001480

Gary. He was a very caring person for you if you knew each other. No one was going to abuse you if Wesley was around.

10. When Wesley and Gary were drinking around my apartment they sometimes talked about their childhood. They did a lot of "hey, remember when." Gary did that a lot, and Wesley had loose lips when he drank. I remember vividly one time that they were talking to each other. They must have thought I was in the bedroom or the bathroom, but I was standing just behind the doorway out of view listening. They were talking about how Velma, their mom, used to play with them, like molested them, as kids, and taught them how to give oral sex and do other sexual acts. Another time, Wesley said, "momma, she screwed us into good grades." They talked about how she had sex with some of their friends, too.

11. I met Velma only a few times, but my first impression of her was that she was a real slut. If she wasn't already drunk, she started drinking when she woke up. That was every day. I don't think I ever saw her without a drink nearby. When there were men around, including her sons, she was all up on them. Once dusk came she was like a wolf on a hound. She tried to get someone, anyone, to have sex with her.

12. The first time I ever went to her house, a duplex off of West 2nd on the west side of Wichita, I was meeting Gary there to then go out with him. When I got there the door was open, so I walked in without knocking. I couldn't believe what I saw. I still can't believe it sometimes. It was a small apartment that was like a shotgun. From the front I could see all the way into the back bedroom because of how the mirrors were arranged. Velma was naked on the bed. She was giving Gary oral sex while he stood next to her. I was so confused. I didn't know what to do. I felt humiliated and disgusted. I walked into the kitchen, called my dad to come pick me up, and then sat down. Before I walked out of the house I picked up one of the chairs

3 | P a g e                                                           _____ (Initial)

000503

Ex_20-001481

around the table and threw it at Gary and Velma. They hardly responded to me. Gary just waived me off.

13. When my dad arrived I told him what happened. He wanted to go inside and set things straight with Gary, but I begged him not to. It wasn't his business. That's when my dad started on me to leave Gary. I did file papers to divorce Gary in November of 1972, but I withdrew them that time. I decided to give it another shot because that's what wives did back then. I was raised to be subservient to my husband, so I tried to block it out. But I wasn't naïve. That's not the type of thing that happens out-of-the-blue. I know it had been going on for years.

14. Not long after I withdrew my petition for divorce, Wesley came over to my parents' house one night. I was staying there for a little while trying to figure things out. He was beating on the door. My dad wasn't too happy that Wesley was there, but he liked Wesley so he let him in. My dad hated Gary. Wes had blood on his clothing. He told me and my dad that he had just beaten Velma up because she made Gary do sexual acts on her. Wesley was trying to protect Gary. I offered Wesley a place to stay in the house, but he chose to stay in his car outside. After Wesley went outside my dad and I talked and we decided it best to call the police. We didn't want them to start looking for Wesley and then find him on their own. He could turn himself in. I went outside to tell Wesley what my dad and I had discussed and he was okay with it. When the cops came he turned himself in. Velma alleged that Wesley raped her that night, too, but I never believed that. I saw Wesley out on the streets a couple days later, so the charges must have been dropped.

15. Velma was sleeping with her stepdad then, too. His name was Darling. He owned her duplex. He had money from owning a construction company. Although the inside of Velma's house

4 | Page

*LSL* (Initial)

000504

Ex_20-001482

didn't have much she drove a real nice tan little car that Darling bought too. It was well known that Velma was sleeping with him. Gaga was the first person to tell me. I asked her once why she went to church so much. She went every day. She told me that she had to go to pray for Velma because Velma was sleeping with her stepdad.

16. Gary and I last only a few months after I walked in on him and Velma. Before I left him, Gary brought me back to Velma's home one night so we could talk and get to know each other better. The visit was weird. When we got there Velma was already drunk. She sat on the arm of the couch next to Gary, practically in Gary's lap. While she talked, she stroked his hair like a lover does. That infuriated me. I was never one to mince words, so I yelled at Gary that his mom was acting like a whore. Gary was furious. He started yelling at me that we were in her house and how dare I say something like that. He told me to leave, so I did. Gary chose her over me.

17. The final straw happened shortly thereafter. I was in my apartment above Gaga's unit when Gary came in all drunk and angry. He roughed me up real badly and then threw me out of the second story window. By the grace of God my dad was driving past the house when it happened. He later told me he was worried about me and looking after me. He helped me up and got me into his car. After I healed up, he told me it was time I leave Gary. He told me I had to do it for my son, otherwise my dad was going to take him away from me. That convinced me to leave Gary. I didn't want to lose my son. My dad helped me get the papers together. That was in March 1973. Gary and I were officially divorced in July. Gary wasn't happy about any of it, but he accepted it. Although I never heard from him again after it I was afraid of him for some time.

5 | P a g e

_(Initial)_

000505

Ex_20-001483

18. The last I heard of Wesley was in the late 1990s. I had just moved back to Wichita from Louisiana. That is where I have lived ever since. My mom asked me one day if I saw the news and saw Wesley. I hadn't. When I saw soon after that the police were looking for a missing woman at Wesley's trailer, I was shocked. I couldn't believe Wesley did that. I knew that years and years ago he had attempted to kill someone, so I thought he was always in prison.

19. This is the first time I've been contacted by anyone working on Wesley's case. Had previous defense teams contacted me, I would have shared these same experiences with them.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on this 12 day of January, 2017.


Sharon Fisher

6 | P a g e

**000506**

(Initial)

Ex_20-001484