Exhibit 21

## DECLARATION OF DALE HARTKEMEYER

I, Dale Hartkemeyer, declare and state the following:

1. My name is Dale Hartkemeyer. Most people call me Seigen, though, as it is my Zen Buddhist name. I am a resident of Monroe County, Indiana. I am 65 years old.

2. I first met Wesley Purkey in January 2009. I was connected to Wesley's former monk, Shoryu Bradley, with whom I was an acquaintance when we practiced at the Zen center in Bloomington, Indiana. At the time Shoryu approached me, he was getting ready to move out of the area. Shoryu asked that I continue his visits with Wesley at USP Terre Haute. I had previously acted as a spiritual advisor to a small group of men at a prison in Michigan where I guided them in meditation and offered them support. However, that prison was not maximum security and those men were not on death row. After getting past my initial hesitation I agreed to visit with Wesley. At first I visited him through the pastoral care program; in early 2013 I began to visit him as his spiritual advisor. I visited him monthly and have only missed a couple visits in nearly eight years. Every time I visit, without fail, he expresses his gratitude for the time I spend with him each month.

3. There were times when I first met Wesley that visiting him was very unpleasant for me. He was highly agitated and it was like he was on the warpath. He was irascible and it was truly palpable at times. The tone of his voice changes and his facial expression becomes ill at ease. His emotion becomes very generalized and he projects it on other people, rather than on the specific issue that caused his emotion. In those years it would have been easier for me to avoid him, but it became clear to me that throughout his whole life most people did that to him.

1 | Page                                                        DH  (Initial)

000542

Ex_21-001485

4.  Wesley's agitation is at times caused by the injustices acted against him. I remember one time a couple of years ago that mid-visit Wesley had to use the bathroom. He tried and tried to get the attention of the guard. He was hollering and by the end screaming out into the hallway. The guard just kept ignoring him. I tried to console Wesley, but he was inconsolable. It was like he had tunnel vision. He kept yelling and screaming for a long time until finally he just stopped. I actually wrote a letter to a staff member of the prison describing this incident because I felt Wesley was mistreated.

5.  For several years after we first met, Wesley was often upset and angry with his defense team. He never smiled when talking about them. It was like he was hopeless. He was very bitter and felt that his lawyer, Duchardt, had betrayed him. He also spoke very negatively of other lawyers he had. It wasn't until just after his appeal to the Supreme Court was denied that his relationship with his team began to change. When I saw him after the denial, I expected Wesley to be very upset. I expected a very difficult visit. But his reaction surprised me. For the first time ever he conveyed a sense of hopefulness about his defense team. He was encouraged, not upset, and talked about how his lawyers were continuing to fight for him even in these circumstances. Now he even expresses happiness when talking about his defense team.

6.  Wesley tells me some of his memories of his childhood and times when he wasn't incarcerated. Often I get only bits and pieces. The information is sporadic. I can see the impact emotionally on Wesley, but I only ever get fragmentary pieces of the actual memory. I've been able to connect the stories because he retold them quite a bit, but Wesley rarely has recollected a full story at one telling.

2 | P a g e                                                                      DH  (Initial)

000543

Ex_21-001486

7. Over the last two years I have noticed a marked difference in Wesley's irritation. It has become minimal. The sharpness, the harshness, of it has faded. Wesley remarked recently to me that he felt like he was going to get angry, but caught himself. He used the word restraint quite a bit while he talked about it. In the early years Wesley was just reacting. It was like a reflex. He had no foresight about how his reactions might go. I don't know if this is him mellowing out with age or if his mindfulness meditation practice is helping. Wesley continues to practice Zen.

8. Zen meditation is the practice of quieting the mind. There are two main schools in Japan: Rinzai and Soto. Wesley learned Soto. Soto practice is about sitting still, not trying to achieve an answer. The practitioner does not work towards an objective or goal. It's about being present to everything, observing one's own mind and body. It's like opening the hand of thought. Wesley might be more able to let go his frustrations, irritations, and even desperation, whatever he might be feeling, because of his practice.

9. About 2 ½ years ago Wesley initiated Spanish lessons with me. I am fluent in Spanish and teach it at a high school local to Bloomington, Indiana. Wesley decided he wanted to learn Spanish. Considering there is no classroom setup and no structure other than Wesley's own initiative, Wesley's ability to learn Spanish has been quite remarkable. At the beginning it was very hard for him to get his bearings because he had no previous basis to understand a second language. As we started to study together, it also became apparent that Wesley didn't even know what a noun or verb was so I had to teach him that. He apparently was not well-schooled in English grammar, either. Even though Wesley became very frustrated with learning Spanish at times, he stayed with it. He continues to be a very active learner. He collects questions that he writes down and brings to our visits. The questions are always

3 | P a g e                                                                      D H  (Initial)

000544

Ex_21-001487

about topics that have stumped him. We sometimes try to speak Spanish with each other, but that tends to be very simple phrases and doesn't last long. The majority of Wesley's learning is in written form. I sometimes wish that some of my students had the same vigor for learning as Wesley.

10. Wesley wrote a poem entitled *A Throw Away Kid Once Said!* (*see* Attachment 1) a few months ago that he provided a copy of to me. The poem chronicles the molestation of a young boy by a priest and the resultant feelings of that young boy. As I read it, I could not help but wonder if the boy in the poem was actually Wesley. I viewed this poem as an invitation to discuss such a sensitive topic with Wesley. When I saw him soon thereafter, in October of this year, I asked him about the poem. Wesley acknowledged that the poem was autobiographical, that a priest molested him as a young boy. At the time Wesley felt very alone when it happened. He did not feel comfortable telling his parents because he assumed one, or both, of them would smack him around and blame him for it. According to Wesley, there was one nun at his parish school who sensed something was wrong with him after the incident. She tried to draw him out by asking him what was wrong and if he was okay. Wesley did not tell her what happened. He did not feel he could trust her either.

11. Wesley loves his family very much. Every time I visit he always reports the newest news about his daughter and his grandkids. He is very proud of his daughter and how she has managed to live her life despite her parents. His face lights up when he talks about his grandchildren. Most recently, Wesley was very proud when he told me that his grandson Mikey is joining the military. He was glowing.

12. Wesley is very close to some of his pen pals, too. It's heartwarming. He often reaches out to people when they are in need. Wesley has been corresponding with a woman in Minnesota,

4 | P a g e                                                                                 DH (Initial)

000545

Ex_21-001488

Marie, for a number of years. During the lapses in which she didn't respond, Wesley continued to maintain contact with her. He conveyed his concern because he hadn't heard from her in a while. Wesley wanted to make sure Marie and her family were okay. It was genuine concern for her well-being. It's Wesley's good heartedness.

13. When my mother passed away in September 2013, Wesley showed me great care and support, given the limitations of his circumstances. He offered encouraging words at our visits and took the time to offer his condolences soon after he learned of her passing. At other times when Wesley has learned friends of mine have been going through trying times, he has always asked that I pass along his support to them. My friend, Tony, is one person in particular. Even though Wesley and Tony have never met, Wesley always inquires of how Tony is doing and passes along his well wishes.

14. It has really impressed me how much Wesley tries to help others who are unjustly treated. He sticks up for others whose rights are being ignored. It's very powerful. Wesley feels he has to fight, to be the antagonist, when people around him are being unjustly treated because no one else will. Wesley can be vehement in his views; at times these can be sharp and edgy, and may instigate Wesley's own problems, but given the gravity of his situation and the environment in which he lives, I appreciate and understand his actions. It is all a part of Wesley's sense of wanting to help others.

15. I am surprised by how my relationship with Wesley has developed over the years. He is a friend and someone I care for.

5 | P a g e                                                                    DH  (Initial)

000546

Ex_21-001489

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on this 10ᵗʰ day of December, 2016.

_____
Dale Hartkemeyer

6 | P a g e                                                                DH (Initial)

000547

Ex_21-001490