# Exhibit 22

## DECLARATION OF JAMES HAGGARD

I, James Haggard, declare and state the following:

1. My name is James Haggard. I go by Jim. I am a resident of Sedgwick County, Kansas. I am 64 years old.

2. I met Wesley Purkey while growing up in Wichita, Kansas. We lived in the same neighborhood and attended the same Catholic school, St. Joseph's Catholic School, or St. Joe's as we call it. Growing up, I lived on the 100 block of N Clarence and Wes grew up on the 200 block of N Clarence. When I knew Wes he lived with his mom and older brother. I met his mom a few times. I remember her being tall and blonde. She mostly kept to herself. I didn't ever see her interact with my parents, or hear about it either. I never saw Wes's dad. I don't know if he even knew who his father was. Wes never talked about him.

3. Wes and I hung out together after school and in the neighborhood. He was one of the neighborhood boys. He came over my house sometimes. Whenever he did, he often wanted something to eat. My mom might make Wes a sandwich or give him some leftovers. Wes was very polite to her and my dad when he was at my house.

4. Growing up Wes's hair was always meticulous. His clothes were pressed very nice and neat. He stood out in that way amongst the other kids. But Wes's family wasn't as well off as other families in the neighborhood. His house was smaller than most in the neighborhood. Most houses were bungalows with basements, a front porch, and many had garages. Wes's house was an A-frame. There was a room upstairs, but it was only a single room, not a full second floor. There was no front porch, only a couple of steps up to the front door. There was no garage and no basement either.

1 | P a g e                                                            $\mathcal{JH}$ (Initial)

000513

Ex_22-001491

5. My family attended St. Joseph's Catholic Parish. In about the 5th grade, I became an altar boy. Wes was one, too. Wes and I served Mass, weddings and funerals together. Wes served about a year. That stands out to me because most boys served longer than that. Apart from serving together, I don't recall seeing Wes or his family at church. My family and I attended almost every Sunday without fail.

6. Every Christmas one of the families from the neighborhood organized neighborhood kids to go around Christmas caroling. It was a big deal. A month before, the neighborhood kids started practicing and the parents made a program. There were 10 to 12 kids. It was more like a choir. We went from house to house in the neighborhood. Wes did it when we were in the 4th and 5th grades. Even though he spoke with a stutter, Wes sang well. He was like the country singer, Mel Tillis. He couldn't get five words out without stuttering, but he could sing real well.

7. Wes and I attended St. Joe's Catholic School together for several years. In 4th grade that's when sports become a big deal for us boys. That's when I started playing organized sports on the playground and after school in the neighborhood. Wes was quiet and not the outgoing type. After school I often went to Wes's house to invite him to come out and play with me and other boys. I knocked on the door to the house. Wes didn't come out much. He often told us he couldn't, but he never said why. He did come out sometimes, but it got less and less as we got older.

8. St. Joe's was like a neighborhood Catholic School. It wasn't too big. It was run by nuns called the Blessed Virgin Marys. They were real mean women. They always treated the girls better than the boys. If a boy played sports he was better off than if he didn't play. The boys that didn't play got it the worst. Wes was one of those boys. Wes didn't play enough sports to

2 | P a g e

/s/ (Initial)

000514

Ex_22-001492

satisfy the nuns, so he got it pretty bad from them. They used corporal punishment. They pulled hair; hit students' knuckles with a pointer. I think a couple of my knuckles are probably still messed up from the times I got hit. The nuns sometimes smacked students in the face. Lots of people got it, but some worse than others. Wes was one of those who got it worse than most.

9.    In the 7th grade Wes and I had Sister Mary Adrienne as our teacher. She had lived in Chicago previously and almost every day she told us the same story about how she threw a bunch of children out of a window at a school there to save them from a fire. She really did save a lot of children, but she was terribly mean. She was the absolute worst of all the nuns. For one thing, she didn't believe that Wes couldn't control his stuttering. She singled him out all the time. A lot of students had to recite poetry or read in the middle of class, but she called on Wes more than others. He had to stand at his desk and read aloud to the class. Wes wasn't a good reader to begin with, so he always looked embarrassed and that made his stuttering worse. Once he started stuttering he couldn't stop. Sister Mary Adrienne made Wes continue to stand and read even as the stuttering got worse and worse. It was really awful.

10. St. Joe's had no support for struggling students. We couldn't stay after school for help. There was no extra help during school either. For example, in the 6th grade I really struggled with math, but I was fortunate because my parents could afford to get me a private tutor. I went after school a few days a week. If students' parents couldn't afford to pay someone outside of school to help, like my parents could, there was no assistance from St. Joe's.

11. Starting towards the end of the 7th grade I saw less and less of Wes, in school and outside of school. I believe it had to do, at least in part to Sister Mary Adrienne's treatment of Wes and the embarrassment it caused him. I started seeing Wes hanging out more with Bobby Bentley

3 | P a g e                                                                                          (Initial)

000515

and Bobby's group of friends starting in the 8th grade. Bobby lived in our neighborhood, but didn't go to St. Joe's. He was a bad influence. Even as a little kid Bobby was real trouble. He got in a lot of fights. He walked down the railroad tracks in our neighborhood and picked fights with any kids he saw. He threw rocks at cars as they drove past. Even though Bobby was smaller, he was the ring leader of his group of friends. When I saw Wes with them, he was more a follower in the group. Wes was still nice to me. He always said hi and talked to me.

12. I rarely saw Wes after we graduated from St. Joe's. I went on to Bishop Carroll High School with most of the other boys from our class. Wes went to Allison Middle School, a public school that went up to 9th grade then. It was not a good school. It was known to be rough and a lot of students dropped out of school there.

13. I believe that life could have been different for Wes if he had been able to attend Bishop Carroll High School. It was a more supportive place although it was expensive to attend. I remember a student at Bishop Carroll who stuttered like Wes. The brothers at Bishop Carroll helped him get into a good regional vocational school. His strengths were in math and he was very good with his hands. He has since become a renowned machinist, one of the best in the country. It is hard not to think that Wes's life would have been different if only he also had some kind of support.

14. During the 9th grade my family moved out of the neighborhood and into a nicer, middle class neighborhood. After that I never saw Wes again in person.

15. Every few years a group of us that went to St. Joe's and Bishop Carroll get together and go to our high school reunions. We always talk about Wes. We often ask ourselves what we could have done differently or how we could have helped him. We were all friends and remember

4 | P a g e                                                                 _JH_(Initial)

000516

Ex_22-001494

Wes fondly during those years growing up together. I was shocked when I heard on the news about what Wes was involved in. I still struggle with it. I hope that he gets to live the rest of his life in prison; I don't think Wes should be put to death.

16. Wes's defense teams never approached me prior to now. Had they, I would have shared these stories with them. I would have liked to have had the opportunity to help Wes earlier in his case, but this is the first time I have been approached by any of the members of his defense teams.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on this __9__ day of August, 2016.


James Haggard

5 | P a g e                                                                (Initial)

000517

Ex_22-001495