# Exhibit 23

## DECLARATION OF LEE HATFIELD

I, Lee Hatfield, declare and state the following:

1. My name is Lee Hatfield. I am a resident of Sedgwick County, Kansas. I am 65 years old.

2. Wes Purkey and I were friends for many years growing up. I first met Wes when we went to school together at Allison Junior High School in Wichita, Kansas. We met in the 9th grade. I immediately liked Wes. He was nice to me and invited me to hang out. We were in different classes in school, but we started to hang out after school a lot. We lived near each other, within walking distance. Wes had a little band with other friends. They jammed together. It was for fun. I liked to go listen and hang out. Wes played the bass.

3. When I met Wes, he was living with his aunt on N. Charles Street. People called her Gaga. She practically raised Wes and his brother, Gary. Wes's mom lived nearby in Wichita, but rarely ever came around. I saw her a few times when she dropped by Gaga's house, but it was rare. Wes always got upset when she came around cause she wanted nothing to do with him or Gary. She was a drunk and chose not to be around her kids. Wes felt abandoned by her. Gary had more contact with her than Wes, but he still called her a bitch and a drunk.

4. I never met nor heard anything about Wes's dad. I don't know if he was dead or what. Neither Wes nor Gary ever spoke of him.

1 | P a g e                                                           _L H_ (Initial)

000485

Ex_23-001496

5. Gaga provided what she could for Wes and Gary. She wasn't rich or anything, but she did what she could for them. Her house was small and simple. I remember there were times that Wes became really upset when he wasn't able to get something he needed. When that happened Wes had a fit. It seemed like he couldn't control his fits. Wes yelled and sometimes threw stuff. Every time I was there, Wes walked out of the house to look for beer or liquor. He always found some. Wes and I stayed gone for a while after those fits. Wes always got drunk after. Wes was about 15 or 16 when I first remember witnessing the fits.

6. Wes stopped going to school pretty soon after I met him and eventually stopped going all together. I dropped out after him. I started hanging out at Gaga's house more and more. We mostly hung out around town and drank a lot. There was a strip of bars and liquor stores between our houses. Wes, me, and some other friends bought beer and liquor from these stores and bars. Even though we were underage, we could buy beer out the back of the stores. We weren't allowed to sit in the bars, but we could walk in and buy beer from them. As long as we had money, they sold to us. We were 15 when we started doing that.

7. Gary was around, but did his own thing. When I first met Wes, Gary was about 18 years old. He had jobs and hung out with other people, including my older brothers. Wes and I hung out with him some, too. As Gary got older, he got more and more into drugs. He did everything, including pain pills and heroin. Gary huffed Tolio, too. There were times I saw Gary and his nose and lips were all red from huffing. His room reeked of it. Gary did it a lot.

2 | P a g e                                                                                    _____ (Initial)

000486

Ex_23-001497

8. As Wes and I got older, we drank more and more. Wes always needed a drink. Back then on Sundays, Wichita was a dry city, but there were places that if you really needed a drink it could be found. There was a hotel downtown that Wes and I went to buy alcohol on Sundays. We had to walk into the lobby and take an elevator upstairs. Wes knew the black guy that controlled access. We then went to a specific room where there was lots of liquor for sale. Wes always bought Johnnie Walker whiskey. Wes drank a lot of Johnnie Walker.

9. Wes started using drugs, too. Gary was really bad into drugs and Wes followed Gary into it. Besides Gaga, Gary was all Wes had. Gary had a strong influence on Wes, more than just a typical older brother relationship. I'm close with my older brothers, but Wes and Gary had an even stronger bond. Gary pulled Wes into drugs. I sometimes tried stuff, but Wes started using drugs often. Whatever Gary did, Wes followed. That included shooting up heroin, huffing, and taking pills.

10. There was a house off of Douglas Avenue near where Wes and I lived that would be called a crack house nowadays. It was run by black guys. They were bootleggers. Wes and I bought alcohol there since we were teenagers. The guys started selling drugs as we got older. They sold Quaaludes, LSD, speed, and other drugs. Wes started buying speed and Quaaludes. Lots of nights Wes and I stayed up all through the night, running around town, drinking and doing drugs. We stayed gone for two to three days at a time. We spent some of those nights at the crack house, otherwise we just drove around town. We only went home when we were overly exhausted. On those days we went home, slept, showered, and then met up later to do it all over again.

3 | P a g e                                                          _____ (Initial)

000487

Ex_23-001498

11. Wes was in a very serious car accident when he was a teenager. Before the accident, he was supposed to pick me up and we were going to hang out, but I had to help my brother-in-law with some cars. My brother-in-law worked on cars. Wes was making a turn in his car when he got hit by a semi-truck. The truck failed to stop and crashed right into Wes's side of the car. It happened at the corner of Kellogg and Vine. Wes spent many days in the hospital after the accident. I saw Wes when he got out of the hospital. He had a really big scar in the shape of a "3" on his neck. Glass from the window went right into Wes's throat. Wes felt real lucky after that accident.

12. I started doing burglaries as a young adult, in my early twenties. Wes and I often got drunk at night and after we parted ways I sometimes wandered into a house or broke into a store. I eventually got caught and sent to the reformatory in Hutchinson. Gary and Wes were already there on different cases. I worked in the kitchen giving out food. Wes was in the laundry. At first we lived in single cells and were let out only for meals and work. Wes and I were eventually moved to 4-man rooms. The doors to those cells were open all the time during the day. Anyone could walk in and out. While we lived in the 4-man cell together that's when the reformatory got de-segregated. Until then, blacks and whites were housed separate. The older guys didn't like the mixing; they planned a riot in the jailhouse as a form of protest. When it went down, the guards started separating and locking people down. Wes and I were escorted to another unit and put in the hole. The guards didn't even let us put on our shoes. We both spent several days in the hole next to each other. It was horrible. I hated it. Word spread around that every night guards were sending more men up to

4 | P a g e                                                                                      𝓛𝓱 (Initial)

000488

Ex_23-001499

Lansing, the penitentiary. I was really afraid that Wes and I might be sent there. Lansing was a real hard place. At the reformatory there were programs like school – I took classes while there. Wes had encouraged me to get involved. Lansing was known to be very violent. I feel very fortunate to this day that we didn't get transferred there.

13. After Wes and I got out of prison, we drank for several days straight together. It was a bender. We were just so happy to be out of the reformatory. After that I began losing touch with Wes and Gary. I met a young woman and settled down. She and I eventually married. Wes kept doing a lot of drinking and drugs, and running around Wichita. He went back to prison. Over the years we lost touch.

14. To this day I think about Wes and hope only the best for him. He was always a very loyal and caring friend. He looked out for me and others he was close to. This is the first time I have been approached by lawyers representing Wes. Had they approached me in the past I would have been more than willing to share these stories with them as I have done above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on this __9__ day of August, 2016.

_Lee Hatfield_
Lee Hatfield

5 | Page                                                              _Lt_ (Initial)

000489

Ex_23-001500