# Exhibit 24

## DECLARATION OF DON RICHARD AARON

I, Don Aaron, declare and state the following:

1.  My name is Don Aaron. I am a resident of Sedgwick County, Kansas. I am 63 years old.

2.  Wes and I became good friends in the 6th grade. We lived a few blocks from each other in the same neighborhood on the west side of Wichita, but it was in school that I came to know Wes well. We both attended St. Joseph's Catholic School, or St. Joe's as we call it. St. Joe's was a neighborhood parochial school the children of families that attended St. Joseph's Parish. It was mostly staffed by nuns while Wes and I attended. The school's resources were limited. It only offered sports for older students, but no academic help for struggling students. There weren't separate classes or breakouts for students who struggled or needed extra attention. I could have used the assistance because I struggled academically during those years, but I didn't have access while at St. Joe's. My parents would have had to get me help from somewhere else.

3.  Even though Wes and Wes's older brother, Gary, attended St. Joe's, I don't ever remember seeing them at church on Sundays. I never saw or met their mom or dad. My family and I attended church most Sundays at St. Joseph's Parish when I was growing up.

4.  Wes was always very quiet in class. He rarely spoke and always sat in the back of the classroom if he could. The only times I recall him not sitting in the back were in

1 | P a g e                                                                    JA  (Initial)

000518

Ex_24-001501

classes that had assigned seating. On the playground Wes was different. He told jokes and tried to make people laugh. People seemed to like him and he got along with everyone.

5.  I got to know Wes well when we started playing baseball and basketball in the 6th grade together. We played on the playground and in the neighborhood. In 6th grade we played organized baseball against other parishes. Several boys including me and Wes played on the team. The mom's used to organize a carpool to and from the games and practices because we played at another Catholic school outside of our neighborhood. Wes was part of the carpool, but his mom never drove us. I do remember an older man picked us up a couple of times with Wes. As a little kid I thought it was Wes's dad. I know it was someone who watched Wes, maybe his grandfather. Those car rides were very different than the norm. Typically we laughed and joked together during the rides, but during those car rides we were silent. No one spoke, not even Wes. It was very strange.

6.  Wes and I also played for the school's basketball team in 7th or 8th grade. Wes played baseball when he was younger, but by 7th grade he had stopped playing. At that time all the games and practices were held at Christ the King school.

7.  The nuns at St. Joe's were of the Blessed Virgin Mary order, or BVM for short. During our 6th or 7th grade year a rumor started floating around the school that BVM actually stood for 'Black Veiled Monster.' The nuns were real mean. They whacked students during school and sometimes even pulled students out of Sunday church to discipline them. That happened to me one Sunday. The nuns could be real nasty.

2 | P a g e                                              _____ (Initial)



000519

Ex_24-001502

That's why the nickname spread. The nuns blamed Wes for starting the rumor. I remember during class one day a nun pulled him out of our classroom. When he returned to the classroom after what seemed like quite a while, Wes's face was red. He held his hand over his face and it looked like he had been crying. It was obvious that the nun had whacked him in the face.

8. Every morning at the start of school we had Mass. It started at 8 a.m. All students were expected to be there. Students who were late got in big trouble. At the end of Mass announcements were made. Not long after Wes had been pulled out of class because of the BVM rumor, the nuns made Wes stand in front of the whole school and tell all the students and teachers what BVM stood for. It was painful to watch. Wes couldn't get the words out. I remember hearing his stutter, Bl Bl Bl Blessed V V V Virgin… The longer it went the more Wes stuttered. He could barely get the words out of his mouth. I felt so bad for him, horrible really. I was in my seat cringing the whole time. The nuns knew Wes had a stutter; Wes stuttered all the time, but on stage in front of everyone it was really awful.

9. Wes's older brother, Gary, was about 3-4 years older than Wes and me. At the time, Gary slicked back his hair, rolled up his sleeves, and dressed like a character in the movie, Grease. He was real edgy and quiet, too. He was the type of person that wanted to know why you were there and always questioned you. He was not the type of person I, or anybody, messed with. People knew not to mess with Gary. Like any younger brother, Wes looked up to Gary. Wes talked about Gary a lot. He was proud

3 | P a g e                                                                              _____ (Initial)

000520

Ex_24-001503

of his brother. It was obvious that Gary had a lot of influence on Wes because of how much Wes looked up to him.

10. During 8th grade Wes started hanging out with Bobby Bentley. I don't know how they met, but I saw them around our neighborhood together. Bobby was from the neighborhood, but never attended St. Joe's. Even as a little kid, Bobby was troubled. He often hung out with an older group of guys, high school guys, in the neighborhood, but Bobby always seemed like he was the ring leader. They were a rough group. I can't even count how many times I saw Bobby in a fight – it was often. Another guy in that group was named Clinesmith. My friends ~~cousin~~ was friends with him. Because Clinesmith knew who I was, I had less trouble with those guys than did others in the neighborhood.

11. Bobby lived in a house at Burton St. and Charles St. in our neighborhood. ~~His sister, Twyla lived there, too~~. There were always lots of parties and fights at the house. There had to have been lots of alcohol because Bobby and his friends were often drunk. I avoided walking past the front of the house because often times Bobby or one of the others came out of the house to pick a fight. One time Bobby punched me in the face. I went out of my way to walk down other streets, as did other kids in the neighborhood just to avoid being harassed or beaten up.

12. As an adult, Bobby did a lot of time in prison. He was in the news quite a bit. He even escaped from the Sedgwick County Jail and years later broke out of Lansing Prison. Bobby was notorious.

4 | P a g e                                                    _____ (Initial)

000521

Ex_24-001504

13. After Wes and I graduated from St. Joe's at the end of 8th grade, I went to Bishop Carroll High School and Wes went to Allison Junior High School. Allison was known to be a rough school. That's the school where Bobby and his friends went. Allison is still considered a rougher school today. That's when I saw Wes with Bobby Bentley even more. There were times that my group of friends scuffled with Bobby's group of friends. Wes was there, but always in the back. He and I often stepped aside from the scuffles and caught up. He always seemed interested to hear how I was doing at Bishop Carroll.

14. The last time I remember seeing Wes was during high school. Because we attended different schools and had different friends, we lost touch. The last I remember hearing about Wes was years later in the news. It was after he was arrested for the murder of the older woman near Kansas City. I was shocked to learn about it. I couldn't believe it was the Wes that I knew. Wes and I were good friends and I still think fondly of our time together as young boys. In the past, Wes's defense teams never approached me. In 2003, I was living in Wichita, Kansas. Had Wes's defense contacted me, I would have happily shared these stories with them as I have done so above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on this __7th__ day of ~~July~~ _August 10th_, 2016.

_(signature)_
Don Aaron

_(Initial)_

5 | P a g e

000522

Ex_24-001505