# Exhibit 25

## DECLARATION OF ROBERT D. BENTLEY

I, Robert D. Bentley, declare and state the following:

1. My name is Robert D. Bentley. I am a resident of Calhoun County, Illinois. I am 63 years old.

2. I grew up in Wichita, Kansas on Martinson Street. It was in a lower income neighborhood. There were several bars, a couple of pawnshops, and a liquor store. It was a rougher neighborhood back then. There were fights and people got beat down. Wes Purkey lived in the same neighborhood, on either Charles Street or Clarence Street. I met Wes when I was about 12 or 13 years old. Wes is a year older than me. Most of the guys we came up with in Wichita did time in prison. A lot died young from drugs or violence.

3. I met Wes through our older brothers. They were real close. When Wes and I first met we bonded over music. We both liked to play the bass guitar. We played music with other friends. I don't think Wes was going to school much because we hung out together most every day, playing music and hanging out around the neighborhood. We went to the roller rink, drive-ins, and pool halls. We sometimes played music at Wes's house.

4. Wes was always a real quiet kid. He never had a lot to say. It might have been because he stuttered. When Wes got upset, he spoke slower and had a hard time getting his words out, but he eventually could say what he needed. But Wes always

1 | P a g e                                                        $\mathcal{RB}$ (Initial)

000481

Ex_25-001506

seemed unhappy to me. He lived with his aunt, who Wes called Gaga, the whole time that I knew him, but he stayed gone a lot.

5. Gaga's house was simple. It was small. I spent most of my time in the basement where Wes had a bed and kept his music instruments, a guitar and drum set. Wes's brother, Gary, had his own bedroom off the side of the house and Gaga slept behind a curtain off the living room. The house didn't feel homey at all. It was dark and silent. I don't ever remember the lights being turned on, except for when we were in the basement. Gaga loved Wes and Gary, and she did what she could for them, but she was too frail to care for young, teenage boys and she was not their mother. Her home felt like an empty, lonely place.

6. Gary was a few years older than Wes. Gary was around even less. He was a real party guy. He dressed like the characters in Grease. He wore his hair in a ducktail, wore pointy-toed black shoes with a short heel, and carried his cigarettes in his rolled up shirt sleeves. Gary drank a lot, too. He and my older brother drank a lot together. Gary's drink of choice was a cheap red wine like Ripple. He drank it like water. Wes and I sometimes saw Gary and my brother in passing, but that's all it was. We might say hi, but just go our own ways. They did their thing; we did our thing. Gary didn't pay Wes much attention at all.

7. Wes and I started drinking together. Back then there were about six or seven bars in walking distance from our houses. We used to walk in the back door and buy beer. People paid us no mind. They didn't want 13 and 14 year old boys hanging out in the bar, but they sold us beer and we went on our way. We drank at friends' houses and in

2 | P a g e                                                    R.B.(Initial)

000482

Ex_25-001507

a local cemetery. We thought we were cool. Wes drank a couple 3-quarts of beer at a time. He would be drunk.

8. Wes never talked about his dad. Gary didn't either. I just assumed the dad wasn't around. Wes first mentioned his mom after I knew Wes for almost two years. Wes told me she dated a lot of different guys and didn't have anything to do with him. Wes told me he felt abandoned by her. That's why he lived with his Aunt Gaga.

9. I last saw Wes as a kid when I was about 14 years old. Wes was 15, or maybe just turned 16 years old. I started getting in trouble and spent some time at juvenile facilities. I didn't see Wes again until we were grown men and in the custody of the Kansas Department of Corrections.

10. During the late 1970s I was housed at the Kansas State Penitentiary in Lansing, Kansas. For nearly five years I lived in what was known as the Adjustment & Treatment (A&T) building. It was 'the hole'. It was like a penitentiary within a penitentiary. Many of the inmates that spent time in the A&T called it the Agony & Torture building. I saw Wes Purkey there as an adult through bars that separated the three wings of the A&T.

11. The A&T was like a concrete tomb. Inmates lived in single cells on the unit and had little interaction with each other. There were no windows, only a few skylights that shed light on the very upper level, but not in any cells. We were only afforded basic necessities like exercise and reading light if the correctional officers (COs) chose to give them to us. We ate in our cells and were hosed down for showers. There was standing sewer water up to our ankles in several parts of the A&T. The COs had a

3 | P a g e                                                    *R.B* (Initial)

000483

Ex_25-001508

zero tolerance policy. If they felt disrespected by an inmate, they beat that inmate down. It was complete deprivation. It would have driven an animal insane, let alone a man. Many men self-mutilated in the hope that the COs would transfer them off the unit; there were ~~several~~ *Many R.B.* suicides during that time, too.

12. Wes was a close friend when we were kids. He was real loyal and had a nice heart even though he didn't have a head start at life. He had no anchor and no one was watching out for him other than himself. It's hard to make good decisions or good choices with no direction and no guidance. I still care for him as a friend and think fondly of our time together. Had someone from Wes's defense team spoken with me before his trial, I would have shared these stories. I would have liked to have had the opportunity to help Wes then, but this is the first time I have been approached by any of his defense team.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on this /5 day of June, 2016.

_____
Robert D. Bentley

4 | Page                                                    R.B. (Initial)

**000484**

Ex_25-001509