# Exhibit 26

## Declaration of Marguerite Hotchkiss

I am Wesley Ira Purkey's aunt. His father, Jack Purkey, was my brother.

Wes' attorney, Fred Duchardt, called me several times and asked me the same questions over and over, but he didn't tell me what I'd be asked when I went to testify. He didn't tell me anything about it except the address of the place in Springfield. Nobody ever prepared me for what would take place there.

My daughter, Debbie Prothero, and her husband, Russ Prothero, took me up to Springfield to testify on Wes' behalf. We waited a long time. No one was there. They led me to a room all by myself. Mr. Duchardt didn't tell me I'd be testifying by video. It really surprised me to be led into a room all by myself and sit down in a chair without anybody telling me what to do. I thought my daughter and son-in-law could be with me, just like in a courtroom. When things started, I was looking at a screen, but couldn't see anybody. I could only see Fred from the neck down. I was appalled. I thought I'd be talking to a person, not a television. I don't think that it could have helped Wes any. It was very uncomfortable and frustrating. The only thing they asked was, "How do you feel about your nephew? Do you love him?"

We all really love Wes. We felt sorry for him when he was a boy. His parents were drinkers and smokers, and there's just no way to describe how it was when he was little. All he could do was point and grunt. He couldn't speak at all; he didn't speak until he was six years old. There was something very wrong. He acted like a little animal, just pointing and going, "uh, uh, uh." If you came in and tried to hug him, he'd scream and run away. His parents didn't seem to even notice that it wasn't right behavior. He seemed to be the black sheep of his family. We always felt sorry for him. That is an indelible memory upon my mind and heart.

My mother, his grandmother, was a dedicated Christian. She loved everyone. Velma would drop the boys off at my parent's home many, many times, but she usually wouldn't stay because she didn't like being there. Velma was known as a "party girl". Our family didn't drink or smoke. My mom wouldn't let her smoke or drink in the house. Mother would often watch Wes and Gary, hoping her influence would help them. She wanted to help Wes. She and I would cry together when we thought about and talked about him. It was just so sad.

I remember we all wondered what kind of man he would be when he grew up because he couldn't even talk; once he did begin to speak, he stuttered very badly. I think from the very beginning everyone knew he would need to be in a hospital or somewhere that would help him. There was just no way he would be able to take care of himself or know how to function, especially because of the horrible life his parents lived.

Once my husband and I went over to Velma and Jack's house. It smelled awful, like liquor and cigarettes. All you could hear was they yelling at the kids. There didn't seem to be any love for them. I remember thinking, "He'll end up in a hospital

**000248**

Ex_26-001510

somewhere." We never thought it'd be prison. But he never got the help he needed when he was young. My husband used to say he needed help when he was younger, people shouldn't wait until it's too late. When I heard what his mother and brother had been doing to him, I was horrified, but I can believe it, looking back now. It's really sad to see a young man end up behind bars because of something he couldn't control. My husband and our family moved to Hawaii when he was only 12. And my mother and father died when he was only 16. There was no one around to help him learn how to be a good, normal, hard-working man. If we'd been close, we could have been there to help. I think my mother's home was the only safe haven he had. My mother grieved herself to death over it.

Stuttering ran in our family. In fact, I'm the only one of the siblings who didn't stutter to some extent. Some weren't so bad, but Jack also stuttered. He was a good, kind man, but he had a terrible accident when he hit his head on the windshield. After surgery, he had a metal plate in his head that caused him to be in constant pain. We think it was Velma who gave him the idea to start drinking to help with the pain. The alcohol totally ruined his life. Velma divorced Jack and married another man. That's when she had Gary. Then, she divorced that husband and married Jack again, and they had Wesley. As an alcoholic, Jack just couldn't provide for his family, and every time he and Velma had a fight, he'd end up running back to our mother and father's house. They let him stay up in his old room instead of counseling him to get help and work out their problems. He just couldn't cope and he was no help to the boys.

When I flew back to Wichita from Hawaii for my father's funeral, I heard Wes had been in an accident and had a horrible head injury; like his father. But we didn't hear any more or have any contact for years. When Jack shot himself, it nearly broke my heart with grief. My sisters and I met in Wichita to make his arrangements. That is when we got Wes' address in prison. We were so sad that it had come to this. It grieves me how his life has turned out, but I don't know how it could have gone in any other direction considering the awful living conditions he had as a child. Wes and I used to write one another. (Now it's too difficult for me, but I still love and pray for him. My daughter keeps me up to date about him.) When he was in Oregon in prison, I was able to visit him with my sister, Irene. He stuttered so badly, I could hardly understand one word he said. The whole way there and back, we cried. It wasn't his fault.

Wes writes very well. In fact, I put a couple of his poems in a family scrapbook that I put together for my family. They are very touching. I know he could do a lot of good for people with the rest of his life.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

This, the 25th day of January, 2008

_Marguerite Hotchkiss_
Marguerite Hotchkiss