# Exhibit 28

06/25/2002  08:50   /21-2   LEAVENWORTH ....

# Non-Formulary Request Form

Return/Renewal

*This form must be legibly completed in its entirety or else it will be denied and returned.*

Date Requested: 6/25/02   Name of Facility: CCA Leavenworth   (spell out)

Patient Name: Parker   Inmate/Resident #: Wesley   Age: ___

Medical Condition Being Treated: Mood Disorder; Probable Bipolar need R.O.

I. Previous Remedies or Formulary Item(s) Used (include length of time, dosage tried, and compliance)

Buspar 15 mg T po t.i.d.

II. Reasons a Non-Formulary Drug is Necessary or Current Standard of Care Does Not Apply Are: (include/attach clinical documentation, i.e., culture and sensitivity) Evaluated @ Springfield + Rochester and discharged on Buspar 15 mg tid

III. Request the Following Alternative Drug Treatment (include dosage schedule and length of time needed – one-month maximum) Buspar 15mg TPO TID x 30d c̄ 2 refills

PA/NP Signature (followed by legible initials): _____   Date: _____

Physician Signature (followed by legible initials): _____   Date: _____
(Must be signed by the facility physician)

| Comments of Corporate Medical Director: | ☒ Approved |
| --- | --- |
| ☐ Corporate will send to Pharmacy | ☐ Denied |
| ☐ Facility to resubmit | ☐ Modified to: _____ |
| Reason: _____ | Signature of Corporate Medical Director |
|  | Date _____ |

Scott E. Bowlin, D.O.

RECEIVED  JUN 26 2002

1. Fax this sheet to the Medical Director for review.
2. Approved requests will be faxed directly to the pharmacy.
3. Denied/Modified requests will be faxed back to the facility.

Property of Corrections Corporation of America

WP 003538

Ex_28-001517