# Exhibit 29

# Non-Formulary Request Form

*This form must be legibly completed in its entirety or else it will be denied and returned.*

Date Requested: 4-19-02   Name of Facility: Leavenworth _____ (spell out)

Patient Name: Purkey, Wesley   Inmate/Resident # _____ Age: _____

Medical Condition Being Treated: Mood D/O; possible Bipolar mood D/O

I. Previous Remedies or Formulary Item(s) Used (include length of time, dosage tried, and compliance)

Buspar 15mg 1 po tid

II. Reasons a Non-Formulary Drug is Necessary or Current Standard of Care Does Not Apply Are: (include/attach clinical documentation, i.e., culture and sensitivity) Pt was evaluated at Springfield, Mo (psychiatry) → discharged on Buspar 15mg tid

III. Request the Following Alternative Drug Treatment (include dosage schedule and length of time needed – one-month maximum) Buspar 15mg tid x 30d c 2 refills

P.A./NP Signature (followed by legible initials): _____ Date: _____

Physician Signature (followed by legible initials): McCandless DO   Date: 4/19/02
(Must be signed by the facility physician)

| Comments of Corporate Medical Director: | ❏ Approved |
|---|---|
| ❏ Corporate will send to Pharmacy | ❏ Denied |
| ❏ Facility to resubmit | ❏ Modified to: _____ |
| Reason: _____ | Signature of Corporate Medical Director |
|  | Date _____ |

1. Fax this sheet to the Medical Director for review.
2. Approved requests will be faxed directly to the pharmacy
3. Denied/Modified requests will be faxed back to the facility

FAXED

Property of Corrections Corporation of America

003543
WP_PC00004280

Ex_29-001518