# Exhibit 30

Wesley I. Turkey
HCF Reg #23451

John Auma
[REDACTED]
R.C.R. 66101

September 26, 2001

RE: F.B.I Indoctipetion

Dear John,

    Talking with Detective Howard this Date 8:30 A.M on the phone through the HCF I+I office he confirmed a October 2nd or 3rd interview Date, HCF with himself and the FBI, plus possibly Jennifer Long's parents. I have tried to arrange a call to Mr. Pace through C-1 U.T.M. Strokes to no avail. The feds wants to do a video interview.

    If you remember John I was persistent in-lieu of my wife and ex wife in conjunction with others subjecting me to a form of terrorism to get me off the cocaine and drugs through switching drugs on me and to other ploys and tactics that had a devastating and mental effect. It seems another guy who was with Jeanette who was also using was subjected to similar practices by her and my ex wife, Claire. He is now in a care home in a depotation state which he will remain in the remaining of his life.

WP_P6000028265

Ex_30-001519

No one placed any substance in my allegations which I know played a significant role in my actions of murder. No one would review the evidence or ask the right questions, as their focus was on the results of my actions. Of course the primary witness to collaborate these allegation is a vegetable as of six weeks ago.

I do not know how else to motivate a investigation concerning this issue but through cooperating with the lying feds. My question for you and Mr. Pace is "Can someone through the Federal Defenders office be present during this investigation or interview?" My sagacity is intact on all issues but I realize the feds want to give me a hot shot, so I'm in a dilemma. Is justice selectively and arbitrarily sought, my determination is to vindicate myself the calculated and criminal abuse that was imposed on me, and now the 28 yr old vegetable.

Sincerely

Wesley I Purkey

WP_PC000028266

Ex_30-001520