# Exhibit 31

FD-302 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription  1/4/2000

▢ white female, date of birth, ▢ Social Security Account Number, ▢ home address of ▢ Avenue, Clearwater, Kansas, telephone number, ▢ was contacted and interviewed at her residence. After being advised of the identity of the interviewing agent and the nature of the interview, she provided the following information:

b6
b7C

▢ advised that in November of 1994, she and her family moved into a trailer home located at ▢ Street South, Clearwater, Kansas. ▢ was ▢ the trailer home, but ▢, ▢ Belle Plaine, Kansas, telephone number, ▢ was ▢ that the ▢ The ▢ and was never ▢, and in 1998, she and her family ▢ In March of 1998, the ▢ Wes Purkey and ▢ Purkey was ▢ Dwight Decker. The Purkey ▢ moved out of the trailer home in August or September of 1998.

b6
b7C

▢ advised when Purkey and ▢ moved out of the trailer home, they left a lot of trash in and around the residence, and left bags of trash that were in a grain bin which was located behind the home. Purkey later told Dwight Decker that he had torn out the insulation from under the trailer home, because Purkey thought that there were cameras installed in the insulation. Purkey told Dwight Decker that someone had been spying on him. ▢ and ▢ the property shortly after the Purkeys moved out. ▢ said she did not know Purkey or ▢ well, but did remember ▢ calling her about an article that ▢ had read about Purkey killing an elderly woman near Kansas City, but ▢ could not recall the details of the incident.

b6
b7C

▢ advised that there was a lagoon on the residence which was located northeast of the trailer home, a few feet from the residence. ▢ described the lagoon as

b6
b7C

---

Investigation on  1/4/2000  at  Clearwater, Kansas

File # ▢                                    Date dictated  1/4/2000

by  SA ▢ :gah   gah00461.302

b6
b7A
b7C

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UPLOADED TO ACS/ECF:
BY KC 1-21-2000 cjf