# Exhibit 32

KSP 205A     KANSAS STATE PENITENTIARY
(Rev. 2-1-78)     REHABILITATION PLAN TIME TABLE
                      90 DAY REVIEW     Date___3 Apr 79__

Name__Purkey, Wesley_____ No.__[redacted]__ Domicile__ACH_____

Offense__Agg Escape, Robb, Theft, Burg, Burg__ Sentence__10-20_____

Current Custody Status__Maximum_____ Date Received Custody__12 Dec 78_____

Projected KAA Date_____Jan 80 pass Employment__Unassigned (PC)_____

...........................................................................

PMC ACTION RECOMMENDED__Priority Transfer To LSH_____

Recommend_____days IGT awarded for period___NA_____thru_____

Program Review: Since seeing the Jan 79 KAA and passed to Jan 80, Mr Purkey has self-mutilated twice, the last being 29 Mar. UT sees a disorganization that could culminate in a more successful self-destructive effort. There is some evidence that family problems, stemming from the KAA pass, may well be the cause of his actions since Jan.

UT is recommending priority transfer to LSH as a palliative measure.

Next Review By__3 Jul 79_____ /s/ Resident__in A&T_____

                                  /s/ Unit Team__[signature]__

...........................................................................

PRELIMINARY PMC ACTION:          Date__APR 1 3 1979__

Defer one week for additional information from_____

_____Refer to MHU for testing

_____Refer for field investigation

_____Defer pending resolution for disciplinary report

_____Other_____

FINAL PMC ACTION: Transfer to LSH - priority

BASIS FOR PMC ACTION: _____

APPROVED FOR PMC: __[signature]__ Date__4-13-79__

APR 19 1979          **000939**

Ex_32-001522