Exhibit 33

USE OF THIS INFORMATION REGULATED BY LAW

(Uniform Crime Reporting) INDEXED

POLICE DEPARTMENT — WICHITA, KANSAS

CRIME:  SIMPLE ASLT

CLASSIFICATION:                    AB&W. 0810

CASE NO. G 39699
P.C.S. ENTERED
0-39699

| Case Heading | Address | Phone |
|---|---|---|
| VELAM L. PURKEY 49w/fe | ■■ ■■■■ | 943-1693 |
| Reported By | Address | Phone |
| abv | | |

| Where Committed | When Committed | Time Reported |
|---|---|---|
| there | 2330 5/2/75 | 9095 5/3/75 |

How Committed:

abv reprs  being aslted by O.L. DARLING  64 w/m same address at the abv
time and place.

UNFOUNDED ____ DATE ____

CLEARED-Arr, ___ Other ___

Age 64   Sex M

Race W   Date 5/3/7?

| Officers Assigned | Beat | Detail | Section Assigned | Connecting Case |
|---|---|---|---|---|
| R.E. ARBOGAST 744 t1 5.3.75 | 19 | 3 | vulgamore | |

INFORMATION RELEASED TO  Laura E. O'Sullivan
DATE  JUN 1 3 2003 BY  Patsy G. Sill  N647

This will certify this to be a true copy of the original
record on file at Wichita Police Dept.

Patsy G. Sill N647
Record and Identification Section
WP_PC00009154

000908

Ex_33-001523

JUN 1 3 2003

POLICE DEPARTMENT - WICHITA, KANSAS

(32-047)

CASE NO. 39699

## OFFENSE REPORT

Preliminary _✓_  Supplemental _____  COPY TO Records/Sgt. SECTION  Juv. Offender _____
Miligomoie

Crime _Simple Assault_  Classification & Code _A B & W_

| | Age | Race | Sex | Address | Phone # |
|---|---|---|---|---|---|
| Victim Velma L. Rurkey | 49 | W | F | 122 N. Sedgwick | 943-1603 |
| Business Name unemployed | | | | Address | Phone # |

Where Committed _122 N-Sedgwick_    Time/Date Committed _PRIOR TO 2330HRS/5-2-75_    Time/Date Reported _0005/5-3-75_

Reported By _Victim_

| | Age | Race | Sex | Address | Phone # |
|---|---|---|---|---|---|

### OTHER PERSONS INVOLVED

| Name | Age | Race | Sex | Address | Phone # |
|---|---|---|---|---|---|
| O. L. Darling | 64 | W | M | 122 N. Sedgwick | 943-1603 |
| Name | | | | Address | Phone # |
| Name | | | | Address | Phone # |

Point of entry or stolen from where _N/A_    Tools used _Hands_

Type of weapons or threats, gestures, etc. of assailant _N/A_

Physical description of assailant (include clothing, scars, marks, amputations, speech, etc) _NM_

Vehicle used (color, year, make, type, license number, etc.) _N/A_

### DESCRIPTION OF PROPERTY STOLEN

| Article | Description | Serial # |
|---|---|---|

N/A

| Cash | Furs | Jewelry | Clothes | Auto | Misc. | Total |
|---|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | $ | $ |

If actual cash loss is undetermined, indicate loss as UNDER $50, $50-$200, $200 and over.
DO NOT SHOW A LOSS OF UNKNOWN OR UNDETERMINED

USE REVERSE SIDE IF NARRATIVE IS NEEDED.

OFFICER _R. E. Arbogast_  ID# _744_ BEAT _19_ DETAIL _3rd_ TIME _0015 hrs_ DATE _5-3-75_

This will certify this to be a true copy of the original record on file at Wichita Police Dept.
Patsy A. Juriel V647
Record and Identification Section

WP_PC00009155

**000909**

Narrative

The above reports having a fight with S. L. Darling 64 W/m at 122 N. Sedgewick & kicking her out of the house on the above time. Mrs. Purkey said she lived with Mr. Darling who was (I believe) her stepfather. She said that they got into an argument and Mr. Darling bit her in the arm after a brief verbal encounter. He then forced her to leave the house & locked the door from inside to prevent her from coming back in. She then went to 134 N. Charles where she called police. She said she wanted to get some medicine & some personal belonging from the house so I returned with her to 122 N. Sedgwick. Mr. Darling gave us no problem as she got what she needed. She was then taken back to 134 N. Charles to her Aunts House.

This is all the information I have.

(rev. 11-73)

000910

WP_PC00009156

Ex_33-001525