# Exhibit 34

USE OF THIS INFORMATION REGULATED BY LAW

Uniform Crime Reporting)   INDEXED   POLICE DEPARTMENT — WICHITA, KANSAS

CRIME: m DISORDERLY CONDUCT

CASE NO. L 90655

CLASSIFICATION: OTHER 1990

| Case Heading | Address | Phone |
|---|---|---|
| VELMA L. PURKEY  45 W/FE | ▮ ▮ | No Ph |
| Reported By | Address | Phone |
| Above | | |
| Where Committed | When Committed | Time Reported |
| There | 11:15AM 5-23-71 | 11:30AM 5-23-71 |

How Committed:

The above reports her peace disturbed by threats made by her stepfather O.L.(BILL) DARLING leg W/M 122 N.Sedwick at above time date and location

| Officers Assigned | Beat | Detail | Section Assigned | Connecting Case |
|---|---|---|---|---|
| Cpl. W.Ammons# 398  mab 3:20PM 5-23-71 | 2 | 1 | VULGAMORE | |

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46

32-015—50M

INFORMATION RELEASED TO Laura E. O'Sullivan
DATE JUN 1 3 2003  BY Patsy A. [illegible] V647

This will certify this to be a true copy of the original record on file at Wichita Police Dept.

Patsy A. [illegible] V647
Record and Identification Section

000906

WP KC00009748

Ex_34-001526

32-005

## MINOR COMPLAINT AND REPORT FORM.

Use only for classification listed below — Print or write in black ink. CHECK ONE: ✓

| | | | | |
|---|---|---|---|---|
| ___ Dis. Cond. | ___ Larc A. Access, | ___ Lost Prop. | ___ Found Animal | ___ Home Accident |
| ___ Vio. RDL | ___ Misc. Offenses | ___ Lost Animal | ___ Sick Cared | ___ Occup. Accident |
| ___ Pking Vio. | ___ Att. Suicide | ___ Found Person | ___ Susp. Char. | ___ Animal Bite |
| ___ Other Traf. | ___ Lost Person | ___ Found Prop. | ___ Pub. Acc. | ___ Misc. Public |
| ___ Simple Asslt. | | | ___ Vagrancy | ___ Vandalism |

EXPEDITE COPY TO REC. Section/Unit

Case Heading VELMA L PURKEY                                      Age 115 Sex FE Race W
Home Address 1701½ UNIVIRSITY                                    Phone NONE
Bus. Address FRONTIER RESTUERANT 13000 W 5H                      Phone
When Commit. 11:15 AM 5-23-71 Where Commit. 1701½ UNIVIRSITY
Reported by SAME                                      Age ___ Sex ___ Race ___ Phone ___
Address SAME                                          Time Rep'td 11:30 AM 5-23-71
Others Involved O.L. DARLING 122 N. SEDGWICK

Description of Property (Include Imp. Auto) _____
_____ Cash Value Loss $ _____

### DETAILS (INCLUDE DISPOSITION OF PERSONS, PROPERTY AND ACTION TAKEN)

MISS PURKEY RPTS HER PEACE DISTURBED BY THREATS MADE BY HER STEP FATHER O.L. (BILL) DARLING. ABOVE TIME PLACE, TIME AND DATE

MISS PURKEY STATES DARLING THREATENED TO KICK IN HER FRONT DOOR IF SHE DID NOT LET HIM. STATES DARLING WANTS HER TO COME LIVE WITH HIM AND IS ALWAYS BEATING HER UP WHEN SHE WANT DO IT.

MISS PURKEY WAS ADVISED TO TRY TO OBTAIN A RESTRAINING ORDER FROM SHERRIF

Is further investigation needed? Yes ___ No ___ Approved: ___
Officer: CPL. W.R. _____ 398 Beat: 2 Detail: 1 Unit: P Time: 2:10 PM Date: 5/23/71

If further space is needed, use the reverse side or call in rep.

This will certify this to be a true copy of the original record on file at Wichita Police Dept.

Patsy O. Juric V647
Record and Identification Section

JUN 13 2003

000907

WP_PC00009149

Ex_34-001527