# Exhibit 35

PETITION FOR COMMITMENT

Comes now _____, a reputable citizen residing at
_____ _W___tt_____, whose address is _124 N. Sedgwick_
and alleges and states to the Court as follows:

That _Anna Habergur_ residing at _____ _same_ _____
whose address is_____, is to the best of your petitioner's
knowledge and belief an ~~insane~~ person and ~~unsafe to be at large~~; that _S_he
is suffering under mental derangement and that h_er welfare and that of others_
~~requires h__ restraint and commitment to some hospital for the insane.~~

That _____ residing at _____, whose
address is _____ is h___ nearest relative.

That the truth of the allegations herein may be substantiated and proved
by _____ and _____.

WHEREFORE and by reason of the foregoing, your petitioner prays that a
hearing be held to find, determine, and adjudge the said _Anna Habergur_
an ~~insane~~ person and that ~~he be committed to a State Hospital for the insane~~
for care and treatment.

_Carrie Burke_
PETITIONER

STATE OF KANSAS, SEDGWICK COUNTY, ss.

_Carrie Burke_ of lawful age, being duly sworn upon oath states:
That the statements and allegations of the above petition are true and correct.

_Carrie Burke_

Subscribed and sworn to before me, ~~a Notary Public~~, in and for the County
and State aforesaid, this _28_ day of _July_, A.D. 19_49_

_____
~~NOTARY PUBLIC~~
PROBATE JUDGE

My com. exp:_____

Subscribed and sworn to before me this _12th_ day of _June_, 19_68_

_Patricia Murphy_
Notary Public — ~~Probate Judge~~

My Commission Expires Oct. 12, 1971

000009

99

Ex_35-001528

COPY

# IN THE PROBATE COURT OF SEDGWICK COUNTY, KANSAS

IN THE MATTER OF

*Anna Haberthür, an Incompetent* PERSON.

NO.

# Report of Examining Physicians

We, *R. E. Padfield* and *Daniel Rukes*

permanent residents of the County and State aforesaid, being severally and duly sworn, do severally certify, each for himself, as follows:

I am a graduate of an incorporated medical college and have been a legally practicing physician for more than three (3) years in said State; that I have with care and diligence prosecuted an examination this *2d* day of *July*, 194_, at *Home House*, Sedgwick County, Kansas, at *10* o'clock *p* m. with reference to the mental condition of one *Anna Haberthür*; said examination having been conducted under the authority, supervision, and appointment of the Probate Court of said County and State in pursuance to the petition filed for the appointment of a guardian of the person and estate of said *Anna Haberthür*.

From such personal examination of said *Anna Haberthür* and the evidence adduced, I do find and hereby so certify that the said *Anna Haberthür* is *not* mentally competent and capable of managing (her, his) own affairs and that it is to *her* welfare that a guardian be appointed for *her* person and estate.

*R. E. Padfield M.D.*

*Daniel R. Rukes*

The above examining physicians subscribe their names to the above report before me after each being duly sworn upon his oath, this *2d* day of *July*, 194_.

*Wyle M. Hudson*
Probate Judge

**000010**

## LETTERS OF GUARDIANSHIP

STATE OF KANSAS, SEDGWICK COUNTY, ss:

### IN THE PROBATE COURT

TO ALL WHOM THESE PRESENTS SHALL COME, GREETINGS:

KNOW Ye, That___CARRIE BURKE_____having been appointed and having qualified as Guardian of the person and estate of___ANNA HABERTHIER_____, XXXXXXX—minor—incompetent person, is hereby granted letters of Guardianship of said person and his estate with full power and authority in the premises as provided by law.

IN TESTIMONY WHEREOF, I Clyde M. Hudson, Judge and Ex-Officio Clerk of the Probate Court in and for the State and County aforesaid, have hereunto signed my name and affixed the seal of said Court, this __26th__ day of__July_____, 19_49_.

_____
Probate Judge.

**000011**

Ex_35-001530

# OATH OF FIDUCIARY

STATE OF KANSAS  } ss.
SEDGWICK COUNTY }

## In the Probate Court

I, _Carrie Burke_ _____, Administrat_____, Execut_____.
Guardian of the Person Estate of_ _Anna Haberthier_ _____Deceased, minor, incompetent person, on oath do solemnly swear that I will faithfully and impartially and to the best of my ability discharge all the duties of my trust according to law and the orders of this Court. I do further swear that in the administration of this trust I am acting solely in my own behalf and not on behalf of any bank or corporation organized and having its principal place of business outside the state of Kansas.

x _Carrie Burke_

Subscribed and sworn to before me this _26_ day of_ _July_ _____, 19_49_

_Clyde M. Hudson_
Probate Judge – Notary Public

My commission expires_____, 19____.

000012

Ex_35-001531

# IN THE PROBATE COURT OF SEDGWICK COUNTY, KANSAS

IN THE MATTER OF

*Anna Haberthier*
An Incompetent Person

NO..............................................

# ORDER

NOW, on this *23rd* day of *July*, 194*9*, this matter comes on for hearing upon the petition of *Carrie Burge* alleging that the above named is an incompetent person and the Court finds that the said matter should be set for hearing on the *24* day of *July*, 194*9*, at *10* o'clock *a* m., at *his house*, Wichita, Sedgwick County, Kansas, and that notice of said hearing should be given by personal service upon said incompetent person.

The Court further finds that said hearing should be had by commission and that *H. E. Padgett* and *David T. Wall* duly licensed physicians of medicine, of regular and active practice should be appointed to make personal examination of said alleged incompetent person and file with the Probate Court a report in writing verified by affidavit, of the results of their inquires together with their conclusions and recommendations.

And the Court further finds that.......................................should be appointed attorney for *Anna Haberthier*.

IT IS SO ORDERED.

AND NOW, on this *24* day of *July*, 194*9*, this matter comes on for further hearing and the Court finds that due and proper notice of the hearing herein has been given to *Anna Haberthier* as ordered by the Court; that said notice is in all respects approved and the Court after examining the report of the commission heretofore appointed herein finds that said *Anna Haberthier* is mentally incompetent and unable to handle (his, her) own affairs and that a guardian should be appointed for (him, her).

The Court further finds that *Carrie Burge* is a suitable and proper person to act as such Guardian.

IT IS SO ORDERED.

*Clyde M. Hudson*
Probate Judge

**000013**

Ex_35-001532

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
PROBATE DEPARTMENT

| | |
|---|---|
| IN THE MATTER OF THE GUARDIANSHIP AND CONSERVATORSHIP<br><br>OF<br><br>*Anna Hatelhier* <br>A MINOR                    DISABLED PERSON | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No. *27578* |

Nov 29  10 32 '83

## ORDER CLOSING GUARDIANSHIP AND CONSERVATORSHIP

NOW, on this ___*29*___ day of ___*Nov.*___, 198*3* this matter comes on for hearing on the Court's own motion for an order closing the above case, and remitting all court costs.

The Court finds the following:

☐ This was a school guardianship and the minor is now over 18 years of age, therefore this guardianship is not necessary.

☐ This was a minor, subject to the Juvenile Code at the time it was filed, and the child is now over 18 years of age, therefore this guardianship is not necessary.

☐ This guardianship is of the person only, there has been no action since the letters of guardianship were issued, the minor would be over the age of 18 years, therefore this case should be closed.

☐ The guardian, conservator, ward is now deceased.

☒ The conservator has not accounted to the Court since ___*July 25, 1949*___, therefore this case should be dismissed.

☐

This case is hereby reviewed under Supreme Court Rule No. 186, and this court finds this case shoud be terminated.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the guardian of the person and the conservator of the estate be discharged, this case ordered closed and the unpaid Court costs be remitted.

IT IS SO ORDERED.

_____
DISTRICT JUDGE

1301-43 (Rev. 8/83)

**000014**

Ex_35-001533