# Exhibit 36

# FEDERAL MEDICAL CENTER ROCHESTER

USP-TERRE HAUTE

**ROCHESTER, MN 55904**

**Page: 1 of 1**
**Printed:  07/20/2006 @ 07:02**

## FINAL REPORT

**Name:** PURKEY, WESLEY            ( 8965    )            **ID:**  14679-045

| Test | Result | Reference Range/Units |
|------|--------|----------------------|

## THERAPEUTIC DRUGS
Carbamazepine    LO 1                                    2 - 10 ug/ml

```
                    FCC Terre Haute
                    Health Services Unit

              Thomas A.Webster MD
              Clinical Director
              July 27, 2006  13:53:51

              W. Eric Wilson MD
              Staff Physician
              Jul 27, 2006  13:53:51

              Doris Williams MD
              Staff Physician
              Jul 27, 2006  13:53:51

              Preshanthi Reddy MD
              Staff Physician
              July 27 2006 13:53:51   I V E
```

Test(s) ordered:Carbamazepine

**ID:** 14679-045
**Name:** PURKEY, WESLEY
**Ordered By:** Williams, D., MD
**Collected:** 07/18/06@ 07:40

**DOB:**            **Age:** 54yr   **Sex:** M
**Lab Accn:** 8965

**Reviewed**_____

**Location:** USP Terre Haute II, IN

WP935113

Ex_36-001534

# FEDERAL MEDICAL CENTER ROCHESTER

USP-TERRE HAUTE

2014 MAR 23 PM 12: 11

ROCHESTER, MN 55904

**Page: 1 of 1**
**Printed:    03/23/2006 @ 07:05**

## FINAL REPORT

| Name: PURKEY, WESLEY | ( 5230 ) | ID:   14679-045 |
|---|---|---|

| Test | Result | | Reference Range/Units |
|---|---|---|---|

**THERAPEUTIC DRUGS**
Carbamazepine          3                                                     2 - 10 ug/ml

Chronic Care
Lab Results

Doris M. Williams, MD
Medical Officer (USP)

=======S E N S I T I V E=======

Test(s) ordered:Carbamazepine

| ID: 14679-045 | DOB: ▮▮▮▮▮   Age: 54yr   Sex: M |
|---|---|
| Name: PURKEY, WESLEY | Lab Accn: 5230 |
| Ordered By: Williams, D., MD | Reviewed_____ |
| Collected: 03/21/06@ 06:00 | Location: USP Terre Haute II, IN |

WP935116

Ex_36-001535

BP-S695.060 **CONSENT TO USE** F MOOD STABILIZING MEDICA ON  CDFRM
MAY 00
**U.S. DEPARTMENT OF JUSTICE**                                        **FEDERAL BUREAU OF PRISONS**

The physician should initial numbers 1 thru 5 after discussing each with the inmate.

I, _Purley Werley_____, Reg. No. _14679-045_____ hereby authorize
Dr. _Wehser____ or his/her relief (designee), to prescribe_carbamazepine (Tegretol),_
valproate (Depakote, Depakene), gabapentin (Neurontin) a mood stabilizing anticonvulsant medication
to me and to continue said medication as is recommended for my psychiatric treatment.

1. This medication is useful because it has been found to be effective in treating various mood disorders and its associated symptoms including mood swings, excitability, irritability, impulsivity, euphoria, depression, pressured speech, poor judgement, anger, sleeplessness, excessive energy, and racing ideas. They are particularly helpful for rapidly fluctuating moods and associated symptoms. These medications have also been shown to be effective in the treatment of some types of pain.

2. This medication may improve your condition by relieving all or some of the symptoms mentioned above.

3. Common side effects to this medication include, but are not limited to, sedation, nausea, diarrhea, incoordination, and vision changes. Less common but potentially side-effects include elevation of liver enzymes and bone marrow suppression with a decrease in blood cell counts. There is a risk of serious infection or even death if should severe bone marrow suppression occur. To limit these risks, blood counts and blood levels will be monitored along with appropriate liver studies on an ongoing basis.

If any of the above symptoms occur, you should notify Medical Staff at sick call as soon as possible.

4. Not taking this medication as prescribed by the physician's instruction may lead to a worsening of symptoms. However, some symptoms of mood disorders may get better or even go away without taking medication.

5. Other treatment options may include other medication with similar benefits. Other drugs may cause some of the same side effects you might experience with this medication.

Based upon interview, assessment, and medical record review, it is my opinion that this patient understands the proposed treatment, and **is competent** to give consent.
Physician Signature _____

Based upon interview, assessment, and medical record review, it is my opinion that this patient **is not competent** to give consent. Physician Signature _____

| Other issues discussed. |
|---|
| The undersigned certifies that he/she has read the foregoing, or has had it explained in a language they understand, and hereby consents to treatment and has no additional questions. I understand that I may stop taking this medication at any time by contacting the physician. However, I understand that discontinuing the medication abruptly is generally not advisable. |

| Inmate Signature | Inmate Number | Date 2/9/04 |
|---|---|---|
| Witness Signature    CMCoy RN | | Date 2/9/04 |
| Attending Psychiatrist or Physician | | Date |

(This form may be replicated via WP)

WP935202

Ex_36-001536

## CONSENT TO USE OF MOOD STABILIZING MEDICATION

The physician should initial numbers 1 thru 5 after discussing each with the inmate.

I, _Purkey_____, Reg. No. _14679-045____ hereby authorize
Dr._____ or his/her relief (designee), to prescribe_carbamazepine_
_(Tegretol), valproate (Depakote, Depakene), gabapentin (Neurontin)_ a mood stabilizing
anticonvulsant medication to me and to continue said medication as is recommended for
my psychiatric treatment.

1.___This medication is useful because it has been found to be effective in treating
various mood disorders and its associated symptoms including mood swings,
excitability, irritability, impulsivity, euphoria, depression, pressured speech, poor
judgement, anger, sleeplessness, excessive energy, and racing ideas.  They are
particularly helpful for rapidly fluctuating moods and associated symptoms. These
medications have also been shown to be effective in the treatment of some types of
pain.

2.___This medication may improve your condition by relieving all or some of the
symptoms mentioned above.

3.___Common side effects to this medication include, but are not limited to, sedation,
nausea, diarrhea, incoordination, and vision changes. Less common but potentially
side-effects include elevation of liver enzymes and bone marrow suppression with a
decrease in blood cell counts. There is a risk of serious infection or even death if
should severe bone marrow suppression occur. To limit these risks, blood counts and
blood levels will be monitored along with appropriate liver studies on an ongoing
basis.

If any of the above symptoms occur, you should notify Medical Staff at sick call as
soon as possible.

4.___Not taking this medication as prescribed by the physician's instruction may lead
to a worsening of symptoms.  However, some symptoms of mood disorders may get better
or even go away without taking medication.

5.___Other treatment options may include other medication with similar benefits.  Other
drugs may cause some of the same side effects you might experience with this
medication.

Based upon interview, assessment, and medical record review, it is my opinion that
this patient understands the proposed treatment, and is competent to give consent.
Physician Signature _____

Based upon interview, assessment, and medical record review, it is my opinion that
this patient is not competent to give consent. Physician Signature _____

Other issues discussed _____

---

The undersigned certifies that he/she has read the foregoing, or has had it explained
in a language they understand, and hereby consents to treatment and has no additional
questions.

_____     _14679-045____     _7/15/03_
Inmate Signature            Inmate Number       Date

_____                        _7/15/03_
Witness Signature                              Date

_____                        _7/15/03_
Attending Psychiatrist or Physician            Date

I understand that I may stop taking this medication at any time by contacting the
physician.  However, I understand that discontinuing the medication abruptly is
generally not advisable.

WP935212

Ex_36-001537

MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMACY SERVICES
FAX:

| EFFECTIVE DATES | MEDICATIONS | HOUR |
|---|---|---|
| ORIGINAL ORDER 2/21/01 CONTINUE 3/20/02 197864 | CYCLOBENZAPRINE 10MG TAB SUB FOR: FLEXERIL 10MG TABLET S. BOWLIN TAKE 1 TABLET ORALLY 3 TIMES DAILY | 5AM 1230PM 9PM |
| ORIGINAL ORDER 2/21/01 DISCONTINUE 3/?? 19 | IBUPROFEN 600MG TABLET SUB FOR: MOTRIN 600MG TABLET S. BOWLIN TAKE 1 TABLET ORALLY 3 TIMES DAILY | 5AM 1230PM 9PM |
| ORIGINAL ORDER DISCONTINUE | Paxil 20mg PO QHS | 21 |
| ORIGINAL ORDER DISCONTINUE | Clindamycin 150mg ī T ID X 14 days | 0500 1230 2100 |
| ORIGINAL ORDER 2.3.02 DISC | Tegretol 100mg Tam -- ī q HS | 2100 |
| ORIGINAL ORDER 2.3.02 DISCONTINUE | Depakote ER 500mg ī q HS | 2100 |

DIC 2-3-02

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|
| TL | Tamara Lyles RN | | wm | Wmiller LPN | | | |
| RC | R Schmidt LPN | | | | | | |

LOCATION

DATE OF BIRTH OR SOC. SEC. NO. 00/00/1900

ALLERGIES: NO KNOWN ALLERGIES

FACILITY: LEAVENWORTH DETN. CENTER

CHARTING FOR 02/01/02   THROUGH 02/28/02

DIAGNOSIS

INMATE NAME AND NUMBER ___KEY WESLEY, 14679045

WP935377

Ex_36-001538

SF_600 (Face)

NSN 7540-00-634-4176

600-108

| ᐧ HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| ᐧ DATE | ᐧ SYMPTOMS, DIAGNOSIS. TREATMENT, TREATING ORGANIZATION (Sign each entry) |

6/4/03  1300   S)  Received at R and D today. Following problems· and meds. Is willing to sign

Records release for Medical Records. Will contact Medical Records for

appropriate forms.

O) Alert. NAD. Exam deferred.

A) Anxiety and Depression

DJD- hands and Lower Back       Seizure D/O from 3 previous head injuries.

Denies stated hx of Kidney Stones on BP USM 553

Periodic gastritis secondary to spicy food.

P) Zoloft 100 mg qhs x 30 days.

Tegretol 300 mg bid x 30 days.

Atarax 50 mg bid x 30 days.

Ibuprofen 400 mg tid x 30 days.

Zantac 150 mg bid x 30 days.

Psych CCC. Notify PA if any concerns while in SHU.

add:

R Bentyl 20 mg TID
AC prn Stomach
x 30 d
R Keflex 500 mg TID x 7d

Gary Cole. PA-C

J. THARP, M.D.
Medical Officer

Written patient medication information was
provided regarding use, precautions,
and possible side effects.

A. Ahlstrom, Pharm. D.
LT, USPHS
USP Leavenworth

J. THARP, M.D.
Medical Officer

PATIENT'S IDENTIFICATION (Use this space for
Mechanical Imprint)

| RECORDS MAINTAINED AT: ► | USP Leavenworth | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial)<br>Purkey. Wesley | | | SEX<br>Male |
| RELATIONSHIP TO SPONSOR | | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO.<br>14679-045 | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

WP935505

Ex_36-001539

PAGE: 1



Facility: USP TERRE HAUTE HOUSING (THP)    Medication Administration Record    Month/Year: 06/2006

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Order Date 03/29/06  PURKEY, WESLEY IRA  14679-045  ARMSTRONG
Exp. Date 09/25/06  TAKE ONE-HALF TABLET EACH MORNING -- PILL LINE
RX # 132381  CARBAMAZEPINE 100 MG TABS  #15

Order Date 03/29/06  PURKEY, WESLEY IRA  14679-045  ARMSTRONG
Exp. Date 09/25/06  TAKE ONE-HALF TABLET EACH EVENING -- PILL LINE
RX # 132382  CARBAMAZEPINE 100 MG TABS  #15

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

WP935525

Documentation Codes:   **H** - Hold   **R** - Refused   **DC** - Discontinued Order   **S** - Self Administered   **NS** - No Show   **O** - Other

DOB: [redacted]   HT: 6' 1"   WT: 190   Allergies: NO KNOWN DRUG ALLERGY   Diagnosis: NKD

Unit: X03-304L

Pill Line#:   Pt. Name: PURKEY, WESLEY IRA   Registration #: 14679-045   Physician: ARMSTRONG

Ex_36-001540

PAGE: 1



Facility: USP TERRE HAUTE HOUSING (THP)

Medication Administration Record

Month/Year: 03/2006

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Order Date 12/30/04 — PURKEY, WESLEY IRA  14679-045  ARMSTRONG
Exp. Date 07/01/06 — TAKE ONE TABLET EACH MORNING – PILL LINE
RX # 105557 — CARBAMAZEPINE 100 MG TABS  #30

Order Date 12/30/04 — PURKEY, WESLEY IRA  14679-045  ARMSTRONG
Exp. Date 07/01/06 — TAKE ONE TABLET EACH EVENING – PILL LINE
RX # 105558 — CARBAMAZEPINE 100 MG TABS  #30

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Doris M. Williams, MD
Medical Officer (USP)

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

WP935533

| Documentation Codes: | H - Hold | R - Refused | DC - Discontinued Order | S - Self Administered | NS - No Show | O - Other |
|---|---|---|---|---|---|---|

DOB:
Unit: X03-303L
Pill Line#:

HT: 6' 1"
WT: 190

Pt. Name: PURKEY, WESLEY IRA

Allergies: NO KNOWN DRUG ALLERGY

Registration #: 14679-045

Diagnosis: NKD

Physician: ARMSTRONG

Ex_36-001541



## Medication Administration Record

Month/Year: 1/04

Facility:

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Order Date
Ord.Date 01/15/04
Exp.Date 02/13/04

PURKEY, WESLEY IRA   W. MCCOLLUM 0700
14679-045   (0)Refills 1800
TAKE TWO TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION
Rx # 16298   CLONAZEPAM 1 MG UD   #120

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

WP935560

| Hold | R - Refused | DC - Discontinued Order | S - Self Administered | NS - No Show | O - Other |

PURKEY, WESLEY IRA
14679-045
USP LEAVENWORTH - ADM DET
01/15/2004

HT:    WT:    Allergies:    Diagnosis:

Registration #:    Physician:

Ex_36-001542



Medication Administration Record

Month/Year: 9/03

Facility:

Prescriptions

**PURKEY, WESLEY IRA**   W. MCCOLLUM
Ord.Date 09/22/03   14679-045   (0)Refills
Exp.Date 10/21/03   TAKE ONE AND ONE-HALF TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION
Rx # 16207   CLONAZEPAM 1 MG UD   #90

R - Refused   DC - Discontinued Order   S - Self Administered   NS - No Show   O - Other

PURKEY, WESLEY IRA
14679-045
USP LEAVENWORTH - ADM DET
09/22/2003

Allergies:

Diagnosis:

Registration #:

Physician:

WP935577

Ex_36-001543



Ex_36-001544



Ex_36-001545



Ex_36-001546

Ord.Date  PURKEY, WESLEY IRA          A. HADDED
02/26/04  14679-045                   (0)Refills
Exp.Date  APPLY SPARINGLY TO THE AFFECTED
03/26/04  AREAS THREE TIMES DAILY

Rx #                                          #1
93618     COAL TAR SHAMPOO 2.5% ML
Ord.Date  PURKEY, WESLEY IRA          A. HADDED
02/26/04  14679-045                   (0)Refills
Exp.Date  TAKE ONE CAPSULE EVERY DAY
03/03/04

Rx #                                          #7
93619     PIROXICAM 20 MG CAP
Ord.Date  PURKEY, WESLEY IRA          A. HADDED
03/11/04  14679-045                   (2)Refills
Exp.Date  TAKE ONE TABLET TWICE DAILY -- PILL
06/08/04  LINE

Rx #                                          #60
94263     CARBAMAZEPINE 200 MG TAB    A. HADDED
Ord.Date  PURKEY, WESLEY IRA
03/11/04  14679-045                   (2)Refills
Exp.Date  TAKE ONE TABLET DAILY -- PILL LINE
06/08/04

Rx #
94264     SERTRALINE HCL 100 MG TAB         #30
Ord.Date  PURKEY, WESLEY IRA          A. HADDED
03/11/04  14679-045                   (5)Refills
Exp.Date  TAKE TWO CAPSULES AT BEDTIME
06/08/04

Rx #                                          #30
94265     DOCUSATE 100 MG CAP
Ord.Date  PURKEY, WESLEY IRA          A. HADDED
03/11/04  14679-045                   (0)Refills
Exp.Date  TAKE ONE CAPSULE EVERY DAY
03/17/04

Rx #                                          #7
94266     PIROXICAM 20 MG CAP

Ord.Date  PURKEY, WESLEY IRA          A. HADDED
04/30/04  14679-045                   (0)Refills
Exp.Date  TAKE ONE CAPSULE EVERY DAY
05/06/04

Rx #                                          #7
96242     PIROXICAM 20 MG CAP

Ord.Date  PURKEY, WESLEY IRA          A. JASTILLANO
08/04/04  14679-045                   (2)Refills
Exp.Date  TAKE ONE-HALF TABLET TWICE DAILY
11/01/04

Rx #
99850     CARBAMAZEPINE 100 MG TABS         #30
Ord.Date  PURKEY, WESLEY IRA          A. JASTILLANO
08/11/04  14679-045                   (2)Refills
Exp.Date  TAKE ONE CAPSULE EACH DAY -- PILL
11/08/04  LINE

Rx #
100093    FLUOXETINE 20MG CAP               #30
Ord.Date  PURKEY, WESLEY IRA          A. JASTILLANO
08/18/04  14679-045                   (0)Refills
Exp.Date  TAKE THREE TABLETS AT BEDTIME
08/20/04  DRINK PLENTY OF WATER

Rx #
100386    BISACODYL, E.C. 5 MG TAB          #9
Ord.Date  PURKEY, WESLEY IRA          M. ARMSTRONG
09/08/04  14679-045                   (2)Refills
Exp.Date  APPLY SPARINGLY TO THE AFFECTED
12/06/04  AREAS TWICE A WEEK

Rx #
101227    SELENIUM SULFIDE LOTION 2.5% ML   #1
Ord.Date  PURKEY, WESLEY IRA          M. ARMSTRONG
09/08/04  14679-045                   (2)Refills
Exp.Date  TAKE TWO CAPSULES AT BEDTIME
12/06/04  FOR THREE DAYS AS NEEDED

Rx #
101228    DOCUSATE 100 MG CAP               #20

Ord.Date  PURKEY, WESLEY IRA          J. VIDRINE
09/17/04  14679-045                   (0)Refills
Exp.Date  TAKE ONE CAPSULE 3 TIMES A DAY
09/26/04  UNTIL ALL TAKEN

Rx #                                          #30
101688    AMOXICILLIN* 500 MG CAP

Ord.Date  PURKEY, WESLEY IRA          M. ARMSTRONG
04/14/05  14679-045                   (0)Refills
Exp.Date  TAKE TWO TABLETS AT BEDTIME
04/19/05

Rx #                                          #10
109104    BISACODYL, E.C. 5 MG TAB
Ord.Date  PURKEY, WESLEY IRA          M. ARMSTRONG
04/14/05  14679-045                   (0)Refills
Exp.Date  TAKE ONE CAPSULE TWICE DAILY
04/24/05

Rx #
109105    DOCUSATE 100 MG CAP               #20
          PURKEY, WESLEY IRA
05/05/05  14679-045                   (0)Refills
Exp.Date  TAKE ONE CAPSULE 3 TIMES A DAY
05/12/05  UNTIL ALL TAKEN

Rx #
109737    AMOXICILLIN* 500 MG CAP           #21

WP935591

U.S. PENITENTIARY
THREE HAUTE IN 47808

Ex_36-001547

FAX NO.9289    11:54    02/25/02    P.001

MAY 00

U.S. DEPARTMENT OF JUSTICE                         FEDERAL BUREAU OF PRISONS

The physician should initial numbers 1 thru 5 after discussing each with the inmate.

I, Purkey, Wesley _____, Reg. No. 14679-045 _____ hereby authorize
Dr. Wolfzon _____ or his/her relief (designee), to prescribe buspirone (Buspar) an
antianxiety medication to me and to continue said medication as is recommended for my psychiatric
treatment.

1. This medication is useful because it has been found to be effective in treating anxiety and
its associated symptoms including constant worry, apprehension, restlessness, fatigue, difficulty
in concentration, irritability, and sleep disorder. This medication may also be effective in
treating other related disorders, such as panic disorder, phobias, and Post Traumatic Stress
Disorder.

2. This medication may improve your condition by relieving all or some of the disorders or
symptoms mentioned above.

3. Common side effects to this medication include, but are not limited to, drowsiness,
dizziness or lightheadedness, headache, tiredness, or nervousness. These effects are frequently
temporary or can be controlled with a change in dosage.

If any of the above symptoms occur, you should notify Medical Staff at sick call as soon as
possible.

4. Not taking this medication as prescribed by the physician's instruction may lead to a
worsening of symptoms. However, some symptoms of anxiety and related disorders may get better or
even go away without taking medication.

5. Other treatment options include other medication with similar benefits. Other drugs may
cause some of the same side effects you might experience with this medication. Alternative
treatments may not include any medication, but may involve counseling by a psychologist or other
medical professional.

Based upon interview, assessment, and medical record review, it is my opinion that this patient
understands the proposed treatment, and is competent to give consent.
Physician Signature _____

Based upon interview, assessment, and medical record review, it is my opinion that this patient
is not competent to give consent. Physician Signature _____

| Other issues discussed | | |
|---|---|---|
| | | |
| The undersigned certifies that he/she has read the foregoing, or has had it explained in a language they understand, and hereby consents to treatment and has no additional questions. I understand that I may stop taking this medication at any time by contacting the physician. However, I understand that discontinuing the medication abruptly is generally not advisable. | | |
| Inmate Signature | Inmate Number 14679-041 | Date 2/25/02 |
| Witness/Signature | | Date 2/25/02 |
| Attending Psychiatrist or Physician | | Date 2/25/02 |

(This form may be replicated via WP)

PURKEY, WESLEY IRA
14679-045
USMCFP SPG MO        WP935626

Feb 25 02 11:39a

Ex_36-001548

BP-S695.060 CONSENT TO USE OF MOOD STABILIZING MEDICATION    CDFRM
MAY 01
U.S. DEPARTMENT OF JUSTICE                                      FEDERAL BUREAU OF PRISONS

The physician should initial numbers 1 thru 5 after discussing each with the inmate.

I, __Purkey, Wesley_____, Reg. No. __14679-045_____ hereby authorize
Dr. __Moybin_____ or his/her relief (designee), to prescribe (Circle One) Carbamazepine
(Tegretol), valproate (Depakote, Depakene), gabapentin (Neurontin) a mood stabilizing
anticonvulsant medication to me and to continue said medication as is recommended for my
psychiatric treatment.

1. /__ This medication is useful because it has been found to be effective in treating various mood
disorders and its associated symptoms including mood swings, excitability, irritability,
impulsivity, euphoria, depression, pressured speech, poor judgement, anger, sleeplessness,
excessive energy, and racing ideas. They are particularly helpful for rapidly fluctuating moods
and associated symptoms. These medications have also been shown to be effective in the treatment
of some types of pain.

2. /__ This medication may improve your condition by relieving all or some of the symptoms
mentioned above.

3. /__ Common side effects to this medication include, but are not limited to, sedation, nausea,
diarrhea, incoordination, and vision changes. Less common but potentially side-effects include
elevation of liver enzymes and bone marrow suppression with a decrease in blood cell counts.
There is a risk of serious infection or even death if should severe bone marrow suppression
occur. To limit these risks, blood counts and blood levels will be monitored along with
appropriate liver studies on an ongoing basis.

If any of the above symptoms occur, you should notify Medical Staff at sick call as soon as
possible.

4. /__ Not taking this medication as prescribed by the physician's instruction may lead to a
worsening of symptoms. However, some symptoms of mood disorders may get better or even go away
without taking medication.

5. /__ Other treatment options may include other medication with similar benefits. Other drugs may
cause some of the same side effects you might experience with this medication.

Based upon interview, assessment, and medical record review, it is my opinion that this patient
understands the proposed treatment, and is competent to give consent.
Physician Signature _____

Based upon interview, assessment, and medical record review, it is my opinion that this patient
is not competent to give consent. Physician Signature _____

| Other issues discussed | | |
|---|---|---|
| The undersigned certifies that he/she has read the foregoing, or has had it explained in a language they understand, and hereby consents to treatment and has no additional questions. I understand that I may stop taking this medication at any time by contacting the physician. However, I understand that discontinuing the medication abruptly is generally not advisable. | | |
| Inmate Signature | Inmate Number  14679045 | Date 2/25/02 |
| Witness Signature | | Date 2/25/02 |
| Attending Psychiatrist or Physician | | Date 2/25/02 |

(This form may be replicated via WP)                    Replaces BP-S695 dtd May
00

PURKEY, WESLEY IRA
14679-045
USMCFP SPG MO                    WP935627

Ex_36-001549

## MEDICATION ADMINISTRATION RECORD
### USMCFP, SPRINGFIELD, MO

PHYSICIAN: WOLFSON, JAMES K.    ALLERGIES: NKA    PAGE 1 OF

| ORDER DATE | STOP DATE | DRUG, DOSAGE, ROUTE & FREQUENCY | HOUR | 03/04 | 03/05 | 03/06 | 03/07 | 03/08 | 03/09 | 03/10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0225 | 0525 | BUSPAR 10MG TABS 10 MG (1 TAB) PO TID !!! PILL LINE ONLY | 07 17 27 | n am am | R am am | DM DM am | n DM DM | DS DS | DM DM | n KW sl |
| 0228 | 0328 | SELSUN 2.5% LOTION USE QOD X 30 DAYS | 07 | Rx | | DM | | | | |
| 0227 | 0527 | TEGRETOL 200 MG TABS 200 MG (1 TAB) PO BID AND HS | 07 17 21 | n am am | n am am | DM DM | n DM DM | DS DS | DM DM | n KW R |

| INIT | SIGNATURE | COMMENTS, EXPLANATION FOR REFUSALS, E |
|---|---|---|
| R | D. Flynn RN | |
| am | | |
| DM | D. MCCLANAHAN RN | |
| L | S.C. CLEVENGER, RN, BSN | |
| KW | K. WRIGHT RN BSN | |

PURKEY, WASLEY IRA
Birthdate:
ID#: 14679-045
Rm: 10E    222
03/04/2002 - 03/10/2002

FMC
REV. 10/1

Ex_36-001550

DATE:
MEDICAL CENTER FOR FEDERAL PRISONS

**CLINICAL RECORD** | **MEDICATIONS AND TREATMENTS**

| MONTH AND YEAR Feb 02 | DAY | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|---|---|
| MEDICATION DOSAGE AND INTERVAL | | INITIALS AND HOURS | INITIALS AND HOURS | INITIALS AND HOURS | INITIALS AND HOURS | INITIALS AND HOURS | INITIALS AND HOURS | INITIALS AND HOURS |
| DATE STARTED: 2-22-02 DATE RENEWED 2-22-02 Tegretol 100mg q AM DATE DISCONTINUED: | I | | | | | | | |
| | AM | | | | | | 0700 | 0700 |
| | I | | | | | | | |
| | PM | | | | | | | |
| DATE STARTED: 2-22-02 DATE RENEWED 2-22-02 Tegretol 200mg @ HS DATE DISCONTINUED: | I | | | | | | | |
| | AM | | | | | | | |
| | I | | | | | | | |
| | PM | | | | | 8100 R | 2100 R | 2100 R |
| DATE STARTED: 2-22-02 DATE RENEWED 2-22-02 Depakote EC 500mg 3 tabs @ HS DATE DISCONTINUED: | I | | | | | | | |
| | AM | | | | | | | |
| | I | | | | | | | |
| | PM | | | | | 2100 R | 2100 R | 2100 R |
| DATE STARTED: 2-22-02 DATE RENEWED 2-22-02 Flexeril 10mg TID DATE DISCONTINUED: | I | | | | | | | |
| | AM | | | | | X X | 0711 | 0711 |
| | I | | | | | | | |
| | PM | | | | | 1700 R | 1700 R | 1700 R |
| DATE STARTED: 2-22-02 DATE RENEWED 2-22-02 Motrin 600mg TID DATE DISCONTINUED: | I | | | | | | | |
| | AM | | | | | X X | 0711 | 0711 |
| | I | | | | | | | |
| | PM | | | | | 1700 R | 1700 R | 1700 R |
| DATE STARTED: DATE RENEWED DATE DISCONTINUED: | I | | | | | | | |
| | AM | | | | | | | |
| | I | | | | | | | |
| | PM | | | | | | | |
| DATE STARTED: DATE RENEWED DATE DISCONTINUED: | I | | | | | | | |
| | AM | | | | | | | |
| | I | | | | | | | |
| | PM | | | | | | | |
| DATE STARTED: DATE RENEWED DATE DISCONTINUED: | I | | | | | | | |
| | AM | | | | | | | |
| | I | | | | | | | |
| | PM | | | | | | | |

| | SIGNATURE | INITIALS | SIGNATURE | INITIALS |
|---|---|---|---|---|
| NAME: NUMBER: AGE: PURKEY, WESLEY IRA ALLERGIES 4679-045 USMCFP SPG MO | | | | |
| | R. WRIGHT, RN, BSN | | | |

WP935646

Ex_36-001551

AUTHORIZED FOR LOCAL REPRODUCTION

NSN 7540-00-634-4176

689989ᴘM

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry)

| DATE | |
|------|---|
| 02/16/2005 10:05 AM | **SUBJECTIVE:** Recent short term memory loss. Difficulty in focusing. Racing thoughts. Dizziness where he feels about to pass out. Left facial pain and numbness. Denies vertigo. Left elbow pain when palpates elbow. |

**OBJECTIVE:**
VS: BP: 112/080. P: 064. RR: 15. T: 098.00 Deg..
Cranial nerves intact. Mild nystagmus. DTR's are 2+ and equal. Good grip. Speech is normal.
Fundi unremarkable.
No neurological deficit noted.

**ASSESSMENT:**
History of seizure disorder. Anxiety/Depression. Elbow strain.

**PLAN:**
Continue medications. Will observe.

**MEDICATION:**
Continue current meds. 4" Ace wrap issued.

Tim Bowman, USPHS, RPh
Chief Pharmacist/USPTH

**FOLLOW UP:**
Verbal understanding returned by inmate with above instruction and medication.

J. Williams, PA-C

Prospective Review Done.
PT Education Sheet Given
YES    NO    COMMENTS

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
| | | REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*
PURKEY, WESLEY
14679-045

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1          USP LVN

Ex_36-001552

WP935691

AUTHORIZED FOR LOCAL REPRODUCTION

NSN 7640-00-634-4176

**MEDICAL RECORD**

**CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|-----|

12/10/2004 14:09

**SUBJECTIVE:**
MENTAL HEALTH CLINIC: INITIAL/FOLLOW UP

DSM III DX:
*AXIS I:Anxiety/Depression/Adjustment Disorder
*AXIS II:
*AXIS III:Seizure Disorder
Other diagnosis: None

Having tension and frontal headaches associated as prodromal to seizures, request Tegretol increase to 100mg twice a day . Tegretol level on 10/29/04 was 2.

Anxiety recently increased, would like to get back on Zoloft (non-formulary), willing to try other on-formulary except Paxil or Prozac previously tried with intolerable side affects.

Expressed concerns re: DM. FMH both parents. Has been increased thirst and increased urination.

**OBJECTIVE:**
vital signs in EMR
HEART: Heart/Palpation-Abn not detected. Heart/Auscultation-Abn not detected.
Pulses/Carotid-Abn not detected. Pulses/Aorta-Abn not detected. Pulses/Femoral-Abn not detected. Pulses/Pedal-Abn not detected. Peripheral/Edema_or_Varicosities not detected.

Lungs:CLEAR TO AUSCULTATION
Abdomen:SOFT NON TENDER BS WNL
Extremities (pulses/edema):WNL
Lab results:WNL

**ASSESSMENT:**

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
| | | REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

**PURKEY, WESLEY**
**14679-045**
  DOB:   AGE:

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1                USP LVN



Ex_36-001553

-8659.060 MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN ~ 1 TRANSIT CDFRM
AY 99
U.S. DEPARTMENT OF JUSTICE                                                    FEDERAL BUREAU OF PRISONS

| TB Clearance Yes ✓ No __ | Name *Purkey, Wesley* | Prisoner/Alien Reg.# 14679-045 | D.O.B, 52 |
|---|---|---|---|
| 1. PPD Completed: 7/23/03 Date | Departed From USP Leavenworth | Date Departed 2/09/04 | |
| Results: 0X0 mm | Destination THA | Reason for Transfer NON_MEDICAL | |
| 2. CXR Completed: Date | Dist. Name | Dist.# | Date in Custody __/__/__ |
| Results: _____ | | | |

3. Health Authority
Clearance: _____
Sign _____ Date 2/5/04
Walter Armentrout, RN IDC
Note:
Dates listed above must be within
one year of this transfer.

Current   1. Hx Anxiety/depression
Medical   2. NKMA                      5. _____
Problems  3. _____               6. _____

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | Medication Required For Care En Route | |
| Piroxicam | 20mg | PO. | Take one Capsule once daily with food | 2/21/0 |
| Docusate | 100mg | PO. | Take one Capsule Twice Daily with 10 ounces of water | 3/1/04 |
| Carbamazepine | 200mg | PO. | Take one-half tablet by Mouth, Twice daily at 0700 & 1600 | 4/13/0 |
| Sertraline HCl | 100mg | PO. | Take one Tablet by Mouth at 1800 daily | 4/13/0 |
| Clonazepam | 1mg | P.O. | Take Two Tablets by mouth Two Times daily (Tablets Must by Crushed) | 2/13 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments    UNIVERSAL PRECAUTIONS

Special Needs Affecting Transportation

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes __ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | __ Yes ✓ No | If yes, what equipment? |

| Sign and Print Name - Certifying Health Authority W. Armentrout, RN IDC | Phone Number 1-____ ext 268 | Date Signed 2/5/04 |
|---|---|---|

WP935709

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution

Ex_36-001554

BP-S659.060 **MEDICAL SUMMARY** — **FEDERAL PRISONER/ALIEN I** TRANSIT CDFRM
MAR 99
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| TB Clearance Yes ✓ No___ | Name Purkey, Wesley | Prisoner/Alien Reg. 14679-045 | D.O.B. ███ 51 |
|---|---|---|---|
| 1. PPD Completed: 3/5/03 Date | Departed From USP/FPC Leavenworth | Date Departed 10/28/03 | |
| Results: 0X0 mm ___ mm | Destination USM / Kansas City | Reason for Transfer Non-Medical | |
| 2. CXR Completed: ___ Date | Dist. Name | Dist.# | Date in Custody __/__/__ |
| Results: ___ | | | |

3. Health Authority
Clearance: ✓
W. Armentrout, RN 10/23/03
Sign Date
USP Leavenworth
Dates listed above must be within
one year of this transfer.

Current Medical Problems
1. Adjustment Disorder  4. _____
2. Anxiety / Depression  5. _____
3. _____  6. _____

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| PiROXiCam | 20mg | P.O. | Take one Capsule By mouth daily c̄ food | 12/20 |
| CarBamazepine | 200mg | P.O. | Take one half Tablet By mouth Two Times daily At 0700 & 1800 | 1/19/ |
| Sertraline Hcl | 100mg | P.O. | Take one Tablet by mouth daily At 1800 | 1/19/0 |
| Clonazepam | 1 mg | P.O. | Take Two Tablets By mouth Two Times daily at 0700 & 1800 (:Tablets must Be Crushed prior to Administration) | 11/20/ |
| | | | *medications will be given To Inmate prior To departure from USP LVN and upon his Return to USP LVN.) | |

Additional Comments    * universal precautions *

**Special Needs Affecting Transportation**

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes ___ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes ___ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes ___ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ___ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | ___ Yes ✓ No | If yes, what equipment? |

| Sign and Print Name - Certifying Health Authority W. Armentrout, RN USP Leavenworth | Phone Number ████ | Date Signed 10/23/03 |
|---|---|---|

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution

This form may be replicated via WP)

SIMILAR TO (USM

WP935717

Ex_36-001555

BP-S659.060 **MEDICAL SUMMARY** : FEDERAL PRISONER/ALIEN J ⌐⌐FRM
MAR 99 ⌐
U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| TB Clearance Yes ✓ No___ | |
| 1. PPD Completed: *3-5-03* Date | |
| Results: *Drum* mm | |
| 2. CXR Completed: ___ Date | |
| Results: ___ | |
| 3. Health Authority Clearance ___ *9/11/03* Sign Date **Z. GUTIERREZ, AHSA** Note: Dates listed above must be within one year of this transfer. | |

| | |
|---|---|
| Name **Purkey, Wesley** | Prisoner/Alien Reg.# **14679-045** | D.O.B. ▮▮▮ |
| Departed From **USP/FPC Leavenworth** | Date Departed **9-12-03** |
| Destination **USM/Western Missouri** | Reason for Transfer **Non - Medical** |
| Dist. Name | Dist.# | Date in Custody __/__/__ |

Current Medical Problems
1. *Axis I Adjustment Disorder w/ anxiety + depress*
2. ___
3. ___
5. ___
6. ___

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| ~~___~~ | | *oral* | *Clonazepam 1mg (Crushed) 1½ tablets @ 7ᵃᵐ + 6pm* | *9/2* |
| *Piroxicam* | *20mg* | *oral* | *Take one capsule Daily (midday) with food* | *12/3/c* |
| *Carbamazepine* | *200mg* | *oral* | *Take 1½ tablet @ 0700am + 6ᵒᵒ pm* | *10/19/* |
| *Sertraline HCL 100mg* | | *oral* | *Take 1 tablet @ 6ᵒᵒ pm* | *10/14/* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments

Universal Precautions ✓

**Special Needs Affecting Transportation**

| | | | |
|---|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes __ No | If no, why not? | |
| Is prisoner medically able to travel by airplane? | ✓ Yes __ No | If no, why not? | |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes __ No | If no, why not? | |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes ✓ No | If yes, state reason | |
| Does prisoner require any medical equipment while in transport status? | __ Yes ✓ No | If yes, what equipment? | |

| Sign and Print Name: Certifying Health Authority *[signature]* **Z. GUTIERREZ, AHSA** | Phone Number ▮▮▮ ext: 256 | Date Signed |
|---|---|---|

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution
This form may be replicated via WP)

WP935723

SIMILAR TO (USM 55:

Ex_36-001556

# MEDICAL SUMMARY OF FEDERAL PRISONER/ ALIEN IN TRANSIT
## U.S. Department of Justice

| TB Clearance ☑ Yes ☐ No | I. PRISONER/ALIEN |
|---|---|

**TB Clearance** ☑ Yes ☐ No

1) PPD Completed: **3-7-02**
   Date

   Results: **∅ Mm**

2) CXR Completed: _____
   Date

   Results: _____

3) Health Authority
   Clearance: **Clear**

   Sign **(W)** Date **7/16**

Note:
Dates listed above must be within one year of this transfer.

**I. PRISONER/ALIEN**

Name: **Turkey, Wesley**   Prisoner/Alien Reg. # **14679045**   D.O.B.: ▮▮▮

Departed From: **CCA-LVN**   Date Departed: **5-16-02**

Destination: _____   Reason for Transfer: _____

Dist. Name: _____   Dist. # **045**   Date in Custody: _____

**II. Current Medical Problems**
1. 
2. **Bipolar Mood D/o**
3. **(Long psych Hx.)**
4. 

### Medication Required For Care En Route

| Medication | Dose | Route | Instructions For Use (Include proper time for Administering) | Stop |
|---|---|---|---|---|
| Feldene | 20 mg | Oral | daily | |
| Buspar | 15 mg | Oral | three times daily | |
| Tegretol | 200 mg | Oral | three times daily | |
| | | | | |
| | | | | |
| | | | | |
| | | | reviewed pockets | |
| | | | 5/16/02 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments: **NKDA**

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

Is prisoner medically able to travel by BUS, VAN or CAR? ☑ Yes ☐ No   If no, Why not?

Is prisoner medically able to travel by airplane? ☑ Yes ☐ No   If no, Why not?

Is prisoner medically able to stay overnight at another facility en route to destination? ☑ Yes ☐ No   If no, Why not?

Is there any medical reason for restricting the length of time prisoner can be in travel status? ☐ Yes ☑ No   If yes, state reason:

Does prisoner require any medical equipment while in transport status? ☐ Yes ☑ No   If yes, What equipment?

Sign & Print Name/ Certifying Health Authority: **K Nitz LPN**

Phone Number: ▮▮▮ **EX 150**

Date Signed: **5-16-02**

Yellow (original) - Upon Transfer

Form USM-55
(Rev. 11/98)

Ex_36-001557

# MEDICAL SUMMARY OF FEDERAL PRISONER/ ALIEN IN TRANSIT
## U.S. Department of Justice

| TB Clearance ☒ Yes ☐ No |
|---|
| 1) PPD Completed: 2/21/07   Date |
| Results: _____ |
| 2) CXR Completed: _____ Date |
| Results: _____ |
| 3) Health Authority Clearance: _____ |
| _____ Sign   Date |
| Note: Dates listed above must be within one year of this transfer. |

**I. PRISONER/ALIEN**

Name: Purkey, Wesley   Prisoner/Alien Reg. #: 14679-045   D.O.B: ▮▮▮▮

Departed From: CCA / LUN

Date Departed: 2/21-02

Destination:

Reason for Transfer:

Dist. Name:   Dist. #: 045   Date in Custody:

**II. Current Medical Problems**
1. Antisocial behavior
2. C/o back Pain
3. _____
4. _____
5. _____
6. _____

### Medication Required For Care En Route

| Medication | Dose | Route | Instructions For Use (Include proper time for Administering) | Stop |
|---|---|---|---|---|
| Tegretol | 100 mg | PO | 100mg in Am & 200mg HS | |
| Depakote ER | 500 mg | PO | "" HS | |
| Cyclobenzaprine | 10 mg | PO | Tid | |
| Motrin | 600 mg | PO | Tid | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments:
NKDA - PPD given 2·21·02 please at nex Facility 2·23·02

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

Is prisoner medically able to travel by BUS, VAN or CAR?   ☒ Yes   ☐ No   If no, Why not?

Is prisoner medically able to travel by airplane?   ☒ Yes   ☐ No   If no, Why not?

Is prisoner medically able to stay overnight at another facility en route to destination?   ☒ Yes   ☐ No   If no, Why not?

Is there any medical reason for restricting the length of time prisoner can be in travel status?   ☐ Yes   ☒ No   If yes, state reason:

Does prisoner require any medical equipment while in transport status?   ☐ Yes   ☒ No   If yes, What equipment?

Sign & Print Name- Certifying Health Authority:
B. Phillips LPN

Phone Number: ▮▮▮▮▮▮   Ext. 120

Date Signed: 2/21/02

Yellow (original) - Upon Transfer

Form USM-553 (Rev. 11/98)

WP935736

Ex_36-001558



MEDICATION ADMINISTRATION RECORD    DIAMOND PHARMACY SERVICES

Ex_36-001559

## CONSENT TO USE OF MOOD STABILIZING MEDICATION

The physician should initial numbers 1 thru 5 after discussing each with the inmate.

I, _PinKey_, Reg. No. _14679-045_ hereby authorize
Dr. _Shin_ or his/her relief (designee), to prescribe carbamazepine (Tegretol), valproate (Depakote, Depakene) gabapentin (Neurontin) a mood stabilizing anticonvulsant medication to me and to continue said medication as is recommended for my psychiatric treatment.

1. This medication is useful because it has been found to be effective in treating various mood disorders and its associated symptoms including mood swings, excitability, irritability, impulsivity, euphoria, depression, pressured speech, poor judgement, anger, sleeplessness, excessive energy, and racing ideas. They are particularly helpful for rapidly fluctuating moods and associated symptoms. These medications have also been shown to be effective in the treatment of some types of pain.

2. This medication may improve your condition by relieving all or some of the symptoms mentioned above.

3. Common side effects to this medication include, but are not limited to, sedation, nausea, diarrhea, incoordination, and vision changes. Less common but potentially side-effects include elevation of liver enzymes and bone marrow suppression with a decrease in blood cell counts. There is a risk of serious infection or even death if should severe bone marrow suppression occur. To limit these risks, blood counts and blood levels will be monitored along with appropriate liver studies on an ongoing basis.

If any of the above symptoms occur, you should notify Medical Staff at sick call as soon as possible.

4. Not taking this medication as prescribed by the physician's instruction may lead to a worsening of symptoms. However, some symptoms of mood disorders may get better or even go away without taking medication.

5. Other treatment options may include other medication with similar benefits. Other drugs may cause some of the same side effects you might experience with this medication.

Based upon interview, assessment, and medical record review, it is my opinion that this patient understands the proposed treatment, and is competent to give consent.
Physician Signature _____

Based upon interview, assessment, and medical record review, it is my opinion that this patient is not competent to give consent. Physician Signature _____

Other issues discussed _____
_____

The undersigned certifies that he/she has read the foregoing, or has had it explained in a language they understand, and hereby consents to treatment and has no additional questions.

_____    _14679-045_    _05/16/02_
Inmate Signature    Inmate Number Bennett, FNP    Date
                    FMC Rochester MN    _5/16/02_
                                        Date
_____
Witness Signature
_____    _5/17/02_
Attending Psychiatrist or Physician    Date

I understand that I may stop taking this medication at any time by contacting the physician. However, I understand that discontinuing the medication abruptly is generally not advisable.

14679-045

DOB  ████
FMC ROCHESTER, MN

WP935775

Ex_36-001560

DRAFT

Name: Purkey, Wesley                                    Case #: 328286-F1
Reg. No. 14679-045

# PART B - RESPONSE

This is in response to your Request for Administrative Remedy receipted March 22, 2004, in which you are complaining that some of your medication were discontinued and another medication was doubled without your knowledge.

Investigation of your complaints reveals you arrived at USP Terre Haute on February 9, 2004, on Piroxicam 20mg. 1 capsule a day, Docusate 100mg. 1 capsule twice a day, Carbanazepine 200mg ½ tablet twice a day, Sertraline 100mg. 1 tablet daily and Clonazepam 1mg. 2 tablets twice a day. Clonazepam by policy is a non-renewable medication for non-Medical Referral Centers without an approved non-formulary request from Central Office. You were advised by Health Services staff that this medication could not be continued at this institution.

On March 9, 2004, you were seen on the chronic care clinic and with the exception of Clonazepam, all your medication were renewed. The dosage of these medications were the same with the exception of the Carbanazepine which was increased to 1 tablet twice a day. You were advised of this dosage increase at the time of your visit.

Based on these facts, your request for administrative relief as been denied.

file copy

WP935150

Ex_36-001561

Wesley I. Purkey #14679-045
March 17, 04

my medication had been doubled the nurse replied that, "I have no ideal, but I will bring the affects of the medicaion to 'their' attention." From this point on I can trust medical's veracity of properly administering medication after suffering the dire affects of the arbitrary doubling of my medication without so much of notifying me prior to doing so and being told why this was being done.

Due to chronic arthritis I require chronic care which Dr. Webster is denying me by only allowing me sporadic medication for, as within the last six weeks I have only been allowed (14) days of medications. The chronic arthritis is thoroughly documented in my medical files and yet Dr. Webster refuses to provide adequate treatment.

I wish to be provided with the exact medical reasons for discontinuing medications prescribed by Springfield Medical Center and the authority thereof and to be provided the reasoning for doubling other medications without my knowledge, and the reason thereof. I need the medication regime previously prescribed to maintain competency and to be allowed to see exactly what medications I am taking prior to taking such in reference with the arbitrary doubling of medications which had dire affects.

March 17th, 2004

Wesley I. Purkey
grievant

2.

WP935151

Ex_36-001562

Attachment 1
Page 2 (front)
THA-1330.13B

## U. S. PENITENTIARY/FEDERAL PRISON CAMP

Terre Haute, Indiana

### INFORMAL RESOLUTION FORM

Bureau of Prisons Program Statement 1330.13, Administrative Remedy Procedure for Inmates, states "Inmates shall informally present their complaints to staff, and staff attempt to informally resolve any issue before an inmate files a request for Administrative Remedy."

In keeping with the spirit and intent of Bureau of Prisons Program Statement 1330.13, the following form shall be utilized by staff in attempting to informally resolve an inmate's complaint.

### ONLY ONE (1) COMPLAINT SHALL BE PLACED ON EACH FORM

INMATE'S NAME: Wesley I. Purkey    REG. NO.: 14679-045    UNIT: D/Block #27

DATE/TIME COMPLAINT RECEIVED FROM INMATE: _____

NATURE OF COMPLAINT: This grievance seeks redress of the arbitrary tactic practices

imposed by Dr. Webster in denying me adequate medication for a chronic arthritis and in arbitrarily

discontinuing other medications I previously received prior to my transfer to Terre Haute.   (Continued r
Page).

ACTION TAKEN TO INFORMALLY RESOLVE COMPLAINT: You have

been examined and appropriate medication

has been ordered for you.            NSt  3-15-04

THE APPLICABLE PROGRAM STATEMENT USED IN THIS INFORMAL RESOLUTION
ATTEMPT: Applicable U.S. Supreme Case Law that supersedes any applicable B.O.P. regulatory policy or program statement that prisoners' are to be afforded adequate medical treatment for serious medical needs......

INFORMAL RESOLUTION WAS ACCOMPLISHED: _____
                                                    DATE

WP935152

Ex_36-001563

**CONTINUATION OF BP(8)**

Wesley I. Purkey                                                    March 8th, 2004

On or about March 1st, 04 the nurse who delivers medication in the Default Unit on week days informed me that my arthritis medication would be discontinued after seven days per-order of Dr. Webster who has a standing policy that prisoners are only to receive medication for a severn (7) day period.  I explained to the nurse that my arthritis condition is thoroughly documented in my medicial file and it is (chronic), requiring consistent medication to achieve the proper affect.  He advised me that pursuant to Dr. Websters' tactic policy that I could only reive the medication for seven days and then it would be discontinued and would have to be reordered. At that time I afforded the nurse with a 'Cop Out" requesting the medication to be reordered and clarifying that the artritis condition was chronic and that the medication to have the proper affect had to be received on a consistent basis.  By omission the medication has been denied, whereas my arthritis condition has deteriorated causing significant pain and debilitating conditions.

Further' arriving at Terre Haute from U.S.P./Leavenworth my medication which I had been reeiving at Leavenworth and at Correction Corporation of America/Leavenworth was arbitrarily taken and other medication substituted for such without so much as a cursory examination.  To compound the arbitrary taking of these medications other medications were prescribed and when I requested to know what these medications were I was told by the nurse that; 'I don't know what they are, but I will check and get back with you'.  The nurse never returned and the medication(s) were rescinded.  The regime of medication prescribed by Dr. Grant at Springfield, Mo. was concerning both a mental deterioration, as well as a philological condition.  Whereas' with the taking of these medications (regime) I have and still am suffering numerous debilitating affects, which have been documented in my medical file previously through the condition(s) these medications were originally prescribed for.

Resolution:

To be provided the necessary medications for my arthritis condition (chronic) arthritis condition and to have my previous medication (regime) reinstated.

Dated: March 8th, 2004

Wesley I. Purkey
Default Unit #14679-045

Continuation of BP(8)

WP935153

Ex_36-001564

## MEDICAL SUMMARY OF FEDERAL PRISONER/ ALIEN IN TRANSIT
## U.S. Department of Justice

| TB Clearance ☑ Yes ☐ No |
|---|
| 1) PPD Completed: 3-5-03 Date |
| Results: 8mm |
| 2) CXR Completed: _____ Date |
| Results: _____ |
| 3) Health Authority Clearance [signature] 9/3/03 |
| Sign          Date |
| Note: Dates listed above must be within one year of this transfer. |

**I. PRISONER/ALIEN**

Name: Purkey Wesley    Prisoner/Alien Reg. #: 14679045    D.O.B.: ▇▇▇▇

Departed From: Leavenworth    Date Departed: 6-4-03

Destination: _____    Reason for Transfer: _____

Dist. Name: WMO    Dist. #: 045    Date in Custody: _____

**II. Current Medical Problems**
1. Arthritis
2. Gastric Distress
3. Polysubstance Dep.
4. Personality Disord
5. Back pain
6. H. Kidney Stones

### Medication Required For Care En Route

| Medication | Dose | Route | Instructions For Use (Include proper time for Administering) | Stop |
|---|---|---|---|---|
| Oxydonine | 10 mg | PO | TID | |
| Zoloft | 100 mg | PO | HS | |
| Clonazepam | 1 mg | PO | noon | |
| Clonazepam | 0.5 mg | PO | HS | |
| Zantac | 150 mg | PO | BID | |
| Tegretol | 200 mg | PO | TID | |
| Feldene | 20 mg | PO | qd    DC'd | |
| Ibuprofen | 600 mg | PO | TID | |
| Keflex | 500 mg | PO | TID | 6/9 |
| Clonazepam | 0.5 mg | PO | AM | |
| | | | | |
| | | | | AKPA |

Additional Comments:
1030-02 RPR non react
4-15-03 CMP-CBC-LFT-CBC = WNL
↑ Dye removal the
↑ Rheumatoid factor

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

Is prisoner medically able to travel by BUS, VAN or CAR?   ☑ Yes   ☐ No   If no, Why not?

Is prisoner medically able to travel by airplane?   ☑ Yes   ☐ No   If no, Why not?

Is prisoner medically able to stay overnight at another facility en route to destination?   ☑ Yes   ☐ No   If no, Why not?

Is there any medical reason for restricting the length of time prisoner can be in travel status?   ☐ Yes   ☑ No   If yes, state reason:

Does prisoner require any medical equipment while in transport status?   ☐ Yes   ☑ No   If yes, What equipment?

Sign & Print Name- Certifying Health Authority: _____    Phone Number: _____    Date Signed: _____

Blue - Medical File at Jail

WP935294

Form USM-553
(Rev. 11/98)

Ex_36-001565

BP-S659.60 MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN  TRANSIT CDFRM _Sausith_
MAY 99
U.S. DEPARTMENT OF JUSTICE                                        FEDERAL BUREAU OF PRISONS

| TB Clearance Yes X No ___ | Name | Prisoner/Alien | D.O.B. |
|---|---|---|---|
| 1. PPD Completed: 3-29-02 Date | PURKEY, Wesley | Reg. # 14679-045 | ▬▬▬ |
| Results: OXO mm | Departed From FMC-ROCHESTER, MN | Date Departed 06-19-2002 | |
| 2. CXR Completed: ___ Date | Destination US Marshall's KS | Reason for Transfer RSO | |
| Results: ___ | Dist. Name | Dist. # | Date in Custody _/_/_ |
| 3. Health Authority Clearance: _yes_ | | | |

Sign _____ Date 8-18-02
Note:
Dates listed above must be within
one year of this transfer.

**REFERRAL PATIENT - ASSESS FOR CHRONIC CARE CLINIC (S) **
Current    1. _____          4. _____
Medical    2. _Antisocial Personality_ _____
Problems   3. _Study Complete_ _____

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | Medication Required For Care En Route | |
| Buspirone | 15 mg | | take one tablet at 0700, 1500, 2100 | |
| Tegretol | 200 mg | | take one tablet at 0700, 1500, 2100 | |
| Naproxen | 500 mg | | take one tablet at 0700 and 2100 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**IF ANY MEDICATIONS ARE LISTED, THEY ARE TO BE TAKEN BY MOUTH UNLESS OTHERWISE STATED. ALL
MEDICATIONS LISTED ARE TO BE TAKEN INDEFINITELY OR UNTIL FURTHER EVALUATION BY MEDICAL STAFF.
Additional Comments - Blood and Body Fluid Precautions

Special Needs Affecting Transportation

| | | | |
|---|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes ___ No | If no, why not? | |
| Is prisoner medically able to travel by airplane? | ✓ Yes ___ No | If no, why not? | |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes ___ No | If no, why not? | |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ___ Yes ✓ No | If yes, state reason | |
| Does prisoner require any medical equipment while in transport status? | ___ Yes ✓ No | If yes, what equipment? | |

Sign and Print Name - Certifying Health Authority _____ | Phone Number (▬▬) ext. ___ | Date Signed 6-18-02

WP935295

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution

This form may be replicated via WP) SIMILAR TO (USM 553)

Ex_36-001566

# Non-Formulary Request Form

*This form must be legibly completed in its entirety or else it will be denied and returned.*

Date Requested: H-19-02   Name of Facility: Leavenworth _____ (spell out)

Patient Name: Purkey, Wesley _____   Inmate/Resident # _____   Age: _____

Medical Condition Being Treated: Mood D/O · suicidal Bipolar Mood D/O

I. Previous Remedies or Formulary Item(s) Used (include length of time, dosage tried, and compliance)

Buspar 15mg 1 po tid

II. Reasons a Non-Formulary Drug is Necessary or Current Standard of Care Does Not Apply Are: (include/attach clinical documentation, i.e., culture and sensitivity) Pt was evaluated at Springfield, Mo (psychiatric entry) + discharged on Buspar 15mg tid

III. Request the Following Alternative Drug Treatment (include dosage schedule and length of time needed – one-month maximum) Buspar 15mg tid X 30d c 2refills

PA/NP Signature (followed by legible initials): _____   Date: _____

Physician Signature (followed by legible initials): M Chandless DO   Date: 4/19/02
(Must be signed by the facility physician)

| Comments of Corporate Medical Director: | ❑ Approved |
|---|---|
| ❑ Corporate will send to Pharmacy | ❑ Denied |
| ❑ Facility to resubmit | ❑ Modified to: _____ |
| Reason: _____ | Signature of Corporate Medical Director |
| | Date _____ |

1. Fax this sheet to the Medical Director for review.

2. Approved requests will be faxed directly to the pharmacy

3. Denied/Modified requests will be faxed back to the facility

**FAXED**

Property of Correctional Corporation of America
WP025267

Ex_36-001567

# Non-Formulary Request Form

This form must be _legibly_ completed in its entirety or else it will be denied and returned.

Date Requested: 3/18/02.   Name of Facility: Leavenworth _____ (spell out)

Patient Name: Puckey Wesley _____ Inmate/Resident # 14679045 Age ____

2n evaluation by Dr Peterson does include: Cocaine Induced Psychotic D/O + Delusion.

Medical Condition Being Treated: Early onset Dysthymic D/O, Polysubstance Dependence (ie, psychostimulants, alcohol, +hallucinogens) Personality D/O, NOS. Reported hx of Closed

I. Previous Remedies or Formulary Item(s) Used (include length of time, dosage tried, and

Lead Injury Jcompliance) Tegretol & Valium for anger control.

II. Reasons a Non-Formulary Drug is Necessary or Current Standard of Care Does Not Apply Are;
(include/attach clinical documentation, i.e., culture and sensitivity) a psychiatric evaluation

was completed by Dr. Stephen E. Peterson. Per evaluation "Mr. Puckey

may receive some benefit at CCA from combination of Tegretol + Valium or one

o, the mood stabilizers (ie Tegretol, Depakote + Lithium) and buspar.

III. Request the Following Alternative Drug Treatment (include dosage schedule and length of
time needed — one-month maximum) Buspar 15mg tid x 30d c 2 refills

PA/NP Signature (followed by legible initials): _____   Date: _____

Physician Signature (followed by legible initials): M. Chandler   Date: 4/3/02
(Must be signed by the facility physician)   LMC

| Comments of Corporate Medical Director: | ☑ Approved |
|---|---|
| ❑ Corporate will send to Pharmacy | ❑ Denied |
| ❑ Facility to resubmit | ❑ Modified to: _____ |
| Reason: _____ | Signature of Corporate Medical Director |
| | Date _____ |

1. Fax this sheet to the Medical Director for review.

2. Approved requests will be faxed directly to the pharmacy

3. Denied/Modified requests will be faxed back to the facility

Spoke to Dr...

Property of Corrections Corporation of America

WP935368

Ex_36-001568



# *USP LEAVENWORTH*
# MEDICATION PROFILE

INMATE NAME _Purkey, Wesley_

REGISTRATION # _14679-045_

ALLERGIES: _NKDA_

---

| Ord.Date 07/08/03 | PURKEY, WESLEY IRA | G. COLE (1)Refills |
| Exp.Date 09/05/03 | 14679-045 USE AS DIRECTED EVERY OTHER DAY | |
| Rx # 2089802 | COAL TAR SHAMPOO 1% ML | #1 |

| Ord.Date 08/06/03 | PURKEY, WESLEY IRA | G. COLE (1)Refills |
| Exp.Date 10/04/03 | 14679-045 WET HAIR. LATHER. RINSE. REPEAT TWICE WEEKLY | |
| Rx # 2092126 | KETOCONAZOLE SHAMPOO 2% ML | #1 |

| Ord.Date 08/22/03 | PURKEY, WESLEY IRA | W. MCCOLLUM (0)Refills |
| Exp.Date 09/20/03 | 14679-045 TAKE ONE AND ONE-HALF TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION | |
| Rx # 16180 | CLONAZEPAM 1 MG UD | #90 |

| Ord.Date 09/05/03 | PURKEY, WESLEY IRA | G. COLE (12)Refills |
| Exp.Date 12/03/03 | 14679-045 TAKE ONE CAPSULE ONCE DAILY WITH FOOD | |
| Rx # 2094084 | PIROXICAM 20 MG CAP | #7 |

| Ord.Date 09/15/03 | PURKEY, WESLEY IRA | R. STEMPEL (0)Refills |
| Exp.Date 09/24/03 | 14679-045 TAKE ONE CAPSULE BY MOUTH THREE TIMES DAILY | |
| Rx # 2094746 | AMOXIL 500 MG CAP | #30 |

| Ord.Date 09/22/03 | PURKEY, WESLEY IRA | W. MCCOLLUM (0)Refills |
| Exp.Date 10/21/03 | 14679-045 TAKE ONE AND ONE-HALF TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION | |
| Rx # 16207 | CLONAZEPAM 1 MG UD | #90 |

| Ord.Date 09/22/03 | PURKEY, WESLEY IRA | G. COLE (12)Refills |
| Exp.Date 12/20/03 | 14679-045 TAKE ONE CAPSULE ONCE DAILY WITH FOOD | |
| Rx # 2095206 | PIROXICAM 20 MG CAP | #7 |

| Ord.Date 10/17/03 | PURKEY, WESLEY IRA | J. THARP (2)Refills |
| Exp.Date 01/14/04 | 14679-045 TAKE ONE TABLET BY MOUTH AT 1800 | |
| Rx # 2097154 | SERTRALINE HCL 100 MG TAB | #30 |

---

| Ord.Date 10/17/03 | PURKEY, WESLEY IRA | J. TH/ (2)Refl |
| Exp.Date 01/14/04 | 14679-045 TAKE ONE TABLET BY MOUTH TWICE DAILY (0700-1800) | |
| Rx # 2097155 | CARBAMAZEPINE 200 MG TAB | |

| Ord.Date 10/22/03 | PURKEY, WESLEY IRA | W. MCCOLLU (0)Refills |
| Exp.Date 11/20/03 | 14679-045 TAKE TWO TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION | |
| Rx # 16233 | CLONAZEPAM 1 MG UD | #120 |

| Ord.Date 10/22/03 | PURKEY, WESLEY IRA | W. MCCOLLUM (2)Refills |
| Exp.Date 01/19/04 | 14679-045 TAKE ONE-HALF TABLET BY MOUTH TWICE DAILY (0700-1800) | |
| Rx # 2097591 | CARBAMAZEPINE 200 MG TAB | #30 |

| Ord.Date 10/22/03 | PURKEY, WESLEY IRA | W. MCCOLLUM (2)Refills |
| Exp.Date 01/19/04 | 14679-045 TAKE ONE TABLET BY MOUTH AT 1800 | |
| Rx # 2097592 | SERTRALINE HCL 100 MG TAB | #30 |

| Ord.Date 10/29/03 | PURKEY, WESLEY IRA | G. COLE (0)Refills |
| Exp.Date 10/31/03 | 14679-045 TAKE ONE OR TWO TABLETS BY MOUTH THREE TIMES DAILY | |
| Rx # 2098159 | BISACODYL, E.C. 5 MG TAB | #12 |

| Ord.Date 10/29/03 | PURKEY, WESLEY IRA | G. COLE (4)Refills |
| Exp.Date 11/27/03 | 14679-045 TAKE ONE CAPSULE TWICE DAILY | |
| Rx # 2098160 | DOCUSATE 100 MG CAP | #14 |

| Ord.Date 11/21/03 | PURKEY, WESLEY IRA | W. MCCOLLUM 0700 (0)Refills 1800 |
| Exp.Date 12/20/03 | 14679-045 TAKE TWO TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION | |
| Rx # 16245 | CLONAZEPAM 1 MG UD | #120 |

| Ord.Date 11/24/03 | PURKEY, WESLEY IRA | G. COLE (12)Refills |
| Exp.Date 02/21/04 | 14679-045 TAKE ONE CAPSULE ONCE DAILY WITH FOOD | |
| Rx # 2099986 | PIROXICAM 20 MG CAP | #7 |

---

| Ord.Date 11/24/03 | PURKEY, WESLEY IRA | G. COLE (5)Refills |
| Exp.Date 02/21/04 | 14679-045 MASSAGE SMALL AMT INTO SCALP FOR 5 MINUTES, RINSE TWICE WEEKLY AS DIRECTED | |
| Rx # 2099987 | KETOCONAZOLE SHAMPOO 2% ML | #1 |

| Ord.Date 11/24/03 | PURKEY, WESLEY IRA | G. COLE (5)Refills |
| Exp.Date 02/21/04 | 14679-045 APPLY TO AFFECTED AREA AS DIRECTED EACH DAY | |
| Rx # 2099988 | BACITRACIN ZINC 500 UNITS OINT | #1 |

| Ord.Date 12/03/03 | PURKEY, WESLEY IRA | G. COLE (12)Refills |
| Exp.Date 03/01/04 | 14679-045 TAKE ONE CAPSULE TWICE DAILY WITH 10 OUNCES OF WATER | |
| Rx # 2100413 | DOCUSATE 100 MG CAP | #14 |

| Ord.Date 12/03/03 | PURKEY, WESLEY IRA | G. COLE (0)Refills |
| Exp.Date 12/06/03 | 14679-045 TAKE ONE TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR CONSTIPATION | |
| Rx # 2100414 | BISACODYL, E.C. 5 MG TAB | #12 |

| Ord.Date 12/15/03 | PURKEY, WESLEY IRA | G. CC (0)Refills |
| Exp.Date 12/28/03 | 14679-045 TAKE ONE CAPSULE BY MOUTH THREE TIMES DAILY FOR 14 DAYS | |
| Rx # 2101428 | AMOXIL 500 MG CAP | #4: |

| Ord.Date 12/15/03 | PURKEY, WESLEY IRA | G. COLE (0)Refills |
| Exp.Date 12/21/03 | 14679-045 TAKE ONE TABLET BY MOUTH THREE TIMES DAILY FOR 7 DAYS | |
| Rx # 2101429 | CHLORPHENIRAMINE 4 MG | #21 |

| Ord.Date 12/15/03 | PURKEY, WESLEY IRA | G. C (0)Ref. |
| Exp.Date 12/21/03 | 14679-045 TAKE ONE TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | |
| Rx # 2101430 | GUAIFENESIN/DEXTROMETHORPHAN 600MG/30MG TAB | # |

| Ord.Date 12/19/03 | PURKEY, WESLEY IRA | J. THARP 07 (0)Refills |
| Exp.Date 01/15/04 | 14679-045 TAKE TWO TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION | 18 |
| Rx # 16267 | CLONAZEPAM 1 MG UD | #112 |

Ex_36-001569

WP935568



# USP LEAVENWORTH
## MEDICATION PROFILE

INMATE NAME _Purkey, Wesley_

REGISTRATION # _14679-045_

ALLERGIES: _NKDA_

| | | |
|---|---|---|
| Ord.Date 07/08/03<br>Exp.Date 09/05/03<br>Rx # 2089802 | PURKEY, WESLEY IRA    G. COLE<br>14679-045    (1)Refills<br>USE AS DIRECTED EVERY OTHER DAY<br>COAL TAR SHAMPOO 1% ML    #1 | Ord.Date 10/17/03    J. TH/<br>    (2)Refl<br>14679-045<br>Exp.Date 01/14/04    TAKE ONE TABLET BY MOUTH TWICE<br>DAILY (0700-1800)<br>Rx # 2097155    CARBAMAZEPINE 200 MG TAB |
| Ord.Date 08/06/03<br>Exp.Date 10/04/03<br>Rx # 2092126 | PURKEY, WESLEY IRA    G. COLE<br>14679-045    (1)Refills<br>WET HAIR. LATHER. RINSE. REPEAT<br>TWICE WEEKLY<br>KETOCONAZOLE SHAMPOO 2% ML    #1 | Ord.Date 10/22/03<br>14679-045    W. MCCOLL<br>    (0)Refills<br>Exp.Date 11/20/03    TAKE TWO TABLETS BY MOUTH TWICE<br>DAILY (0700-1800) TABLETS MUST BE<br>CRUSHED PRIOR TO ADMINISTRATION<br>Rx # 16233    CLONAZEPAM 1 MG UD    #120 |

Ord.Date 11/24/03    PURKEY, WESLEY IRA    G. COLE<br>14679-045    (5)Refills<br>Exp.Date 02/21/04    MASSAGE SMALL AMT INTO SCALP<br>FOR 5 MINUTES, RINSE TWICE WEEKLY<br>AS DIRECTED<br>Rx # 2099987    KETOCONAZOLE SHAMPOO 2% ML    #1

Ord.Date 11/24/03    PURKEY, WESLEY IRA    G. COLE<br>14679-045    (5)Refills<br>Exp.Date 02/21/04    APPLY TO AFFECTED AREA AS<br>DIRECTED EACH DAY<br>Rx # 2099988    BACITRACIN ZINC 500 UNITS OINT    #1

Ord.Date 08/22/03    PURKEY, WESLEY IRA    W. MCCOLLUM<br>14679-045    (0)Refills<br>Exp.Date 09/20/03    TAKE ONE AND ONE-HALF TABLETS BY<br>MOUTH TWICE DAILY (0700-1800)<br>TABLETS MUST BE CRUSHED PRIOR<br>TO ADMINISTRATION<br>Rx # 6180    CLONAZEPAM 1 MG UD    #90

Ord.Date 10/22/03    PURKEY, WESLEY IRA    W. MCCOLLUM<br>14679-045    (2)Refills<br>Exp.Date 01/18/04    TAKE ONE-HALF TABLET BY MOUTH<br>TWICE DAILY (0700-1800)<br>Rx # 2097591    CARBAMAZEPINE 200 MG TAB    #30

Ord.Date 12/03/03    PURKEY, WESLEY IRA    G. COLE<br>14679-045    (12)Refills<br>Exp.Date 03/01/04    TAKE ONE CAPSULE TWICE DAILY<br>WITH 10 OUNCES OF WATER<br>Rx # 2100413    DOCUSATE 100 MG CAP    #14

Ord.Date 09/05/03    PURKEY, WESLEY IRA    G. COLE<br>14679-045    (12)Refills<br>Exp.Date 12/03/03    TAKE ONE CAPSULE ONCE DAILY WITH<br>FOOD<br>Rx # 094084    PIROXICAM 20 MG CAP    #7

Ord.Date 10/22/03    PURKEY, WESLEY IRA    W. MCCOLLUM<br>14679-045    (2)Refills<br>Exp.Date 01/19/04    TAKE ONE TABLET BY MOUTH AT 1800<br>Rx # 2097592    SERTRALINE HCL 100 MG TAB    #30

Ord.Date 12/03/03    PURKEY, WESLEY IRA    G. COLE<br>14679-045    (0)Refills<br>Exp.Date 12/06/03    TAKE ONE TABLET BY MOUTH THREE<br>TIMES DAILY AS NEEDED FOR<br>CONSTIPATION<br>Rx # 2100414    BISACOOYL, E.C. 5 MG TAB    #12

Ord.Date 09/15/03    PURKEY, WESLEY IRA    R. STEMPEL<br>14679-045    (0)Refills<br>Exp.Date 09/24/03    TAKE ONE CAPSULE BY MOUTH THREE<br>TIMES DAILY<br>Rx # 2094746    AMOXIL 500 MG CAP    #30

Ord.Date 10/29/03    PURKEY, WESLEY IRA    G. COLE<br>14679-045    (0)Refills<br>Exp.Date 10/31/03    TAKE ONE OR TWO TABLETS BY<br>MOUTH THREE TIMES DAILY<br>Rx # 2098159    BISACODYL, E.C. 5 MG TAB    #12

Ord.Date 12/15/03    PURKEY, WESLEY IRA    G. COLE<br>14679-045    (0)Refills<br>Exp.Date 12/28/03    TAKE ONE CAPSULE BY MOUTH THREE<br>TIMES DAILY FOR 14 DAYS<br>Rx # 2101428    AMOXIL 500 MG CAP    #42

Ord.Date 08/22/03    PURKEY, WESLEY IRA    W. MCCOLLUM<br>14679-045    (0)Refills<br>Exp.Date 09/21/03    TAKE ONE AND ONE-HALF TABLETS BY<br>MOUTH TWICE DAILY (0700-1800)<br>TABLETS MUST BE CRUSHED PRIOR<br>TO ADMINISTRATION<br>Rx # 07    CLONAZEPAM 1 MG UD    #90

Ord.Date 10/29/03    PURKEY, WESLEY IRA    G. COLE<br>14679-045    (4)Refills<br>Exp.Date 11/27/03    TAKE ONE CAPSULE TWICE DAILY<br>Rx # 2098160    DOCUSATE 100 MG CAP    #14

Ord.Date 12/15/03    PURKEY, WESLEY IRA    G. COLE<br>14679-045    (0)Refills<br>Exp.Date 12/21/03    TAKE ONE TABLET BY MOUTH THREE<br>TIMES DAILY FOR 7 DAYS<br>Rx # 2101429    CHLORPHENIRAMINE 4 MG    #21

Ord.Date 09/22/03    PURKEY, WESLEY IRA    G. COLE<br>14679-045    (12)Refills<br>Exp.Date 12/20/03    TAKE ONE CAPSULE ONCE DAILY WITH<br>FOOD<br>Rx # 95206    PIROXICAM 20 MG CAP    #7

Ord.Date 11/21/03    PURKEY, WESLEY IRA    W. MCCOLLUM 0700<br>14679-045    (0)Refills<br>Exp.Date 12/20/03    TAKE TWO TABLETS BY MOUTH TWICE    1800<br>DAILY (0700-1800) TABLETS MUST BE<br>CRUSHED PRIOR TO ADMINISTRATION<br>Rx # 16245    CLONAZEPAM 1 MG UD    #120

Ord.Date 12/15/03    PURKEY, WESLEY IRA    G. COLI<br>14679-045    (0)Refills<br>Exp.Date 12/21/03    TAKE ONE TABLET BY MOUTH TWICE<br>DAILY FOR 7 DAYS<br>Rx # 2101430    GUAIFENESIN/DEXTROMETHORPHAN 500MG/30MG TAR    #1A

Ord.Date 09/17/03    PURKEY, WESLEY IRA    J. THARP<br>14679-045    (2)Refills<br>Exp.Date 09/14/04    TAKE ONE TABLET BY MOUTH AT 1800<br>Rx # 97154    SERTRALINE HCL 100 MG TAB    #30

Ord.Date 11/24/03    PURKEY, WESLEY IRA    G. COLE<br>14679-045    (12)Refills<br>Exp.Date 02/21/04    TAKE ONE CAPSULE ONCE DAILY WITH<br>FOOD<br>Rx # 2099986    PIROXICAM 20 MG CAP    #7

Ord.Date 12/19/03    PURKEY, WESLEY IRA    J. THARP 0700<br>14679-045    (0)Refills<br>Exp.Date 01/15/04    TAKE TWO TABLETS BY MOUTH TWICE    1800<br>DAILY (0700-1800) TABLETS MUST BE<br>CRUSHED PRIOR TO ADMINISTRATION<br>Rx # 16267    CLONAZEPAM 1 MG UD    #112

Ex_36-001570

WP935569



# USP LEAVENWORTH
## MEDICATION PROFILE

INMATE NAME *Purkey, Wesley*

REGISTRATION # 14679-045

ALLERGIES: NKDA

| Ord.Date | | | |
|---|---|---|---|
| 07/08/03 Exp.Date 09/05/03 Rx # 2089802 | PURKEY, WESLEY IRA 14679-045 USE AS DIRECTED EVERY OTHER DAY COAL TAR SHAMPOO 1% ML #1 | G. COLE (1)Refills | |

Ord.Date 08/06/03
Exp.Date 10/04/03
Rx # 2092126
PURKEY, WESLEY IRA
14679-045
G. COLE (1)Refills
WET HAIR. LATHER. RINSE. REPEAT TWICE WEEKLY
KETOCONAZOLE SHAMPOO 2% ML #1

Ord.Date 08/22/03
Exp.Date 09/20/03
Rx # 6180
PURKEY, WESLEY IRA
14679-045
W. MCCOLLUM (0)Refills
TAKE ONE AND ONE-HALF TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION
CLONAZEPAM 1 MG UD #90

Ord.Date 9/05/03
Exp.Date 2/03/03
Rx # 094084
PURKEY, WESLEY IRA
14679-045
G. COLE (12)Refills
TAKE ONE CAPSULE ONCE DAILY WITH FOOD
PIROXICAM 20 MG CAP #7

Ord.Date 09/15/03
Exp.Date 09/24/03
Rx # 2094746
PURKEY, WESLEY IRA
14679-045
R. STEMPEL (0)Refills
TAKE ONE CAPSULE BY MOUTH THREE TIMES DAILY
AMOXIL 500 MG CAP #30

Ord.Date 22/03
Exp.Date 21/03
Rx # 207
PURKEY, WESLEY IRA
14679-045
W. MCCOLLUM (0)Refills
TAKE ONE AND ONE-HALF TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION
CLONAZEPAM 1 MG UD #90

Ord.Date 1/22/03
Exp.Date 1/20/03
Rx # 095206
PURKEY, WESLEY IRA
14679-045
G. COLE (12)Refills
TAKE ONE CAPSULE ONCE DAILY WITH FOOD
PIROXICAM 20 MG CAP #7

Ord.Date 1/17/03
Exp.Date 1/14/04
Rx # 97154
PURKEY, WESLEY IRA
14679-045
J. THARP (2)Refills
TAKE ONE TABLET BY MOUTH AT 1800
SERTRALINE HCL 100 MG TAB #30

Ord.Date 10/17/03
Exp.Date 01/14/04
Rx # 2097155
PURKEY, WESLEY IRA
14679-045
J. TH/ (2)Refi
TAKE ONE TABLET BY MOUTH TWICE DAILY (0700-1800)
CARBAMAZEPINE 200 MG TAB

Ord.Date 10/22/03
Exp.Date 11/20/03
Rx # 16233
PURKEY, WESLEY IRA
14679-045
W. MCCOLL (0)Refills
TAKE TWO TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION
CLONAZEPAM 1 MG UD #120

Ord.Date 10/22/03
Exp.Date 01/19/04
Rx # 2097591
PURKEY, WESLEY IRA
14679-045
W. MCCOLLUM (2)Refills
TAKE ONE-HALF TABLET BY MOUTH TWICE DAILY (0700-1800)
CARBAMAZEPINE 200 MG TAB #30

Ord.Date 10/22/03
Exp.Date 01/19/04
Rx # 2097592
PURKEY, WESLEY IRA
14679-045
W. MCCOLLUM (2)Refills
TAKE ONE TABLET BY MOUTH AT 1800
SERTRALINE HCL 100 MG TAB #30

Ord.Date 10/29/03
Exp.Date 10/31/03
Rx # 2098159
PURKEY, WESLEY IRA
14679-045
G. COLE (0)Refills
TAKE ONE OR TWO TABLETS BY MOUTH THREE TIMES DAILY
BISACODYL, E.C. 5 MG TAB #12

Ord.Date 10/29/03
Exp.Date 11/27/03
Rx # 2098160
PURKEY, WESLEY IRA
14679-045
G. COLE (4)Refills
TAKE ONE CAPSULE TWICE DAILY
DOCUSATE 100 MG CAP #14

Ord.Date 11/21/03
Exp.Date 12/20/03
Rx # 16245
PURKEY, WESLEY IRA
14679-045
W. MCCOLLUM 0700 (0)Refills 1800
TAKE TWO TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION
CLONAZEPAM 1 MG UD #120

Ord.Date 11/24/03
Exp.Date 02/21/04
Rx # 2099986
PURKEY, WESLEY IRA
14679-045
G. COLE (12)Refills
TAKE ONE CAPSULE ONCE DAILY WITH FOOD
PIROXICAM 20 MG CAP #7

Ord.Date 11/24/03
Exp.Date 02/21/04
Rx # 2099987
PURKEY, WESLEY IRA
14679-045
G. COLE (5)Refills
MASSAGE SMALL AMT INTO SCALP FOR 5 MINUTES, RINSE TWICE WEEKLY AS DIRECTED
KETOCONAZOLE SHAMPOO 2% ML #1

Ord.Date 11/24/03
Exp.Date 02/21/04
Rx # 2099988
PURKEY, WESLEY IRA
14679-045
G. COLE (5)Refills
APPLY TO AFFECTED AREA AS DIRECTED EACH DAY
BACITRACIN ZINC 500 UNITS OINT #1

Ord.Date 12/03/03
Exp.Date 03/01/04
Rx # 2100413
PURKEY, WESLEY IRA
14679-045
G. COLE (12)Refills
TAKE ONE CAPSULE TWICE DAILY WITH 10 OUNCES OF WATER
DOCUSATE 100 MG CAP #14

Ord.Date 12/03/03
Exp.Date 12/06/03
Rx # 2100414
PURKEY, WESLEY IRA
14679-045
G. COLE (0)Refills
TAKE ONE TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR CONSTIPATION
BISACODYL, E.C. 5 MG TAB #12

Ord.Date 12/15/03
Exp.Date 12/28/03
Rx # 2101428
PURKEY, WESLEY IRA
14679-045
G. COLE (0)Refills
TAKE ONE CAPSULE BY MOUTH THREE TIMES DAILY FOR 14 DAYS
AMOXIL 500 MG CAP #42

Ord.Date 12/15/03
Exp.Date 12/21/03
Rx # 2101429
PURKEY, WESLEY IRA
14679-045
G. COLE (0)Refills
TAKE ONE TABLET BY MOUTH THREE TIMES DAILY FOR 7 DAYS
CHLORPHENIRAMINE 4 MG #21

Ord.Date 12/15/03
Exp.Date 12/21/03
Rx # 2101430
PURKEY, WESLEY IRA
14679-045
G. COLI (0)Refills
TAKE ONE TABLET BY MOUTH TWICE DAILY FOR 7 DAYS
GUAIFENESIN/DEXTROMETHORPHAN 500MG/30MG TAB #14

Ord.Date 12/19/03
Exp.Date 01/15/04
Rx # 16267
PURKEY, WESLEY IRA
14679-045
J. THARP 0700 (0)Refills 1800
TAKE TWO TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION
CLONAZEPAM 1 MG UD #112

Ex_36-001571



# USP Leavenworth
## Medication Profile

Name _____  PURKEY, WESLEY IRA
14679-045
USP LEAVENWORTH - ADM DET
06/05/2003

Registration # _____

Allergies _____ NKDA

| Ord.Date 06/05/03 | PURKEY, WESLEY IRA 14679-045 | J. THARP (0)Refills |
| Exp.Date 07/04/03 | TAKE ONE TABLET BY MOUTH AT BEDTIME | |
| Rx # 2087565 | SERTRALINE HCL 100 MG TAB | #30 |

| Ord.Date 06/05/03 | PURKEY, WESLEY IRA 14679-045 | J. THARP (4)Refills |
| Exp.Date 07/04/03 | TAKE ONE AND ONE-HALF TABLETS BY MOUTH TWICE DAILY | |
| Rx # 2087566 | CARBAMAZEPINE 200 MG TAB | #21 |

| Ord.Date 06/05/03 | PURKEY, WESLEY IRA 14679-045 | J. THARP (4)Refills |
| Exp.Date 07/04/03 | TAKE ONE TABLET BY MOUTH TWICE DAILY | |
| Rx # 2087567 | HYDROXYZINE 50 MG TAB | #14 |

| Ord.Date 06/05/03 | PURKEY, WESLEY IRA 14679-045 | J. THARP (4)Refills |
| Exp.Date 07/04/03 | TAKE ONE TABLET BY MOUTH THREE TIMES DAILY WITH FOOD | |
| Rx # 2087568 | IBUPROFEN 400MG TAB | #21 |

| Ord.Date 06/05/03 | PURKEY, WESLEY IRA 14679-045 | J. THARP (4)Refills |
| Exp.Date 07/04/03 | TAKE ONE TABLET TWICE DAILY | |
| Rx # 2087569 | RANITIDINE 150 MG TAB | #14 |

| Ord.Date 06/05/03 | PURKEY, WESLEY IRA 14679-045 | J. THARP (4)Refills |
| Exp.Date 07/04/03 | TAKE ONE TABLET BY MOUTH THREE TIMES DAILY BEFORE MEALS AS NEEDED FOR STOMACH | |
| Rx # 2087570 | DICYCLOMINE HCL 20 MG TAB | #21 |

| Ord.Date 06/05/03 | PURKEY, WESLEY IRA 14679-045 | J. THARP (0)Refills |
| Exp.Date 06/11/03 | TAKE ONE CAPSULE BY MOUTH THREE TIMES DAILY | |
| Rx # 2087571 | CEPHALEXIN 500 MG CAP | #21 |

| Ord.Date 06/24/03 | PURKEY, WESLEY IRA 14679-045 | R. STEMPEL (0)Refills |
| Exp.Date 07/03/03 | TAKE ONE CAPSULE BY MOUTH EVERY EIGHT HOURS UNTIL GONE | |
| Rx # 2088690 | AMOXIL 500 MG CAP | #30 |

| Ord.Date 07/03/03 | PURKEY, WESLEY IRA 14679-045 | R. STEMPEL (0)Refills |
| Exp.Date 07/12/03 | TAKE ONE CAPSULE BY MOUTH EVERY EIGHT HOURS UNTIL GONE | |
| Rx # 2089555 | AMOXIL 500 MG CAP | #30 |

| Ord.Date 07/03/03 | PURKEY, WESLEY IRA 14679-045 | R. STEMPEL (0)Refills |
| Exp.Date 07/05/03 | TAKE TWO TABLETS BY MOUTH EVERY 6 TO 8 HOURS WITH FOOD AS NEEDED FOR PAIN | |
| Rx # 2089556 | IBUPROFEN 400MG TAB | #24 |

| Ord.Date 07/11/03 | PURKEY, WESLEY IRA 14679-045 | W. MCCOLLUM (0)Refills |
| Exp.Date 07/20/03 | TAKE ONE CAPSULE TWICE DAILY UNTIL GONE | |
| Rx # 2090120 | DOXYCYCLINE 100 MG CAP | #20 |

| Ord.Date 07/17/03 | PURKEY, WESLEY IRA 14679-045 | W. MCCOLLUM (2)Refills |
| Exp.Date 10/14/03 | TAKE ONE TABLET BY MOUTH AT 1800 | |
| Rx # 2090602 | SERTRALINE HCL 100 MG TAB | #30 |

| Ord.Date 07/17/03 | PURKEY, WESLEY IRA 14679-045 | W. MCCOLLUM (0)Refills |
| Exp.Date 08/15/03 | TAKE ONE TABLET BY MOUTH TWICE DAILY (0700-1800) | |
| Rx # 2090603 | CARBAMAZEPINE 200 MG TAB | #60 |

| Ord.Date 08/16/03 | PURKEY, WESLEY IRA 14679-045 | W. MCCOLLUM (1)Refills |
| Exp.Date 10/14/03 | TAKE ONE AND ONE-HALF TABLETS TWICE DAILY (0700-1800) | |
| Rx # 2090604 | CARBAMAZEPINE 200 MG TAB | #90 |

| Ord.Date 07/22/03 | PURKEY, WESLEY IRA 14679-045 | W. MCCOLLUM (0)Refills |
| Exp.Date 08/20/03 | TAKE ONE AND ONE-HALF TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION | |
| Rx # 16158 | CLONAZEPAM 1 MG UD | #90 |

| Ord.Date 07/22/03 | PURKEY, WESLEY IRA 14679-045 | W. MCCOLLUM (2)Refills |
| Exp.Date 10/19/03 | TAKE ONE-HALF TABLET BY MOUTH TWICE DAILY (0700-1800) | |
| Rx # 2090983 | CARBAMAZEPINE 200 MG TAB | #30 |

WP935570

Ex_36-001572



# USP LEAVENWORTH
# MEDICATION PROFILE

INMATE NAME Purkey, Wesley

REGISTRATION # 14679-045

ALLERGIES: NKDA

| Ord.Date 07/08/03 Exp.Date 09/05/03 | PURKEY, WESLEY IRA 14679-045 USE AS DIRECTED EVERY OTHER DAY | G. COLE (1)Refills |
|---|---|---|
| Rx # 2089802 | COAL TAR SHAMPOO 1% ML | #1 |

| Ord.Date 08/06/03 Exp.Date 10/04/03 | PURKEY, WESLEY IRA 14679-045 WET HAIR. LATHER. RINSE. REPEAT TWICE WEEKLY | G. COLE (1)Refills |
|---|---|---|
| Rx # 2092126 | KETOCONAZOLE SHAMPOO 2% ML | #1 |

| Ord.Date 08/22/03 Exp.Date 09/20/03 | PURKEY, WESLEY IRA 14679-045 TAKE ONE AND ONE-HALF TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION | W. MCCOLLUM (0)Refills |
|---|---|---|
| Rx # 16180 | CLONAZEPAM 1 MG UD | #90 |

| Ord.Date 09/05/03 Exp.Date 12/03/03 | PURKEY, WESLEY IRA 14679-045 TAKE ONE CAPSULE ONCE DAILY WITH FOOD | G. COLE (12)Refills |
|---|---|---|
| Rx # 2094084 | PIROXICAM 20 MG CAP | #7 |

| Ord.Date 09/15/03 Exp.Date 09/24/03 | PURKEY, WESLEY IRA 14679-045 TAKE ONE CAPSULE BY MOUTH THREE TIMES DAILY | R. STEMPEL (0)Refills |
|---|---|---|
| Rx # 2094746 | AMOXIL 500 MG CAP | #30 |

| Ord.Date 09/22/03 Exp.Date 10/21/03 | PURKEY, WESLEY IRA 14679-045 TAKE ONE AND ONE-HALF TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION | W. MCCOLLUM (0)Refills |
|---|---|---|
| Rx # 16207 | CLONAZEPAM 1 MG UD | #90 |

| Ord.Date 09/22/03 Exp.Date 12/20/03 | PURKEY, WESLEY IRA 14679-045 TAKE ONE CAPSULE ONCE DAILY WITH FOOD | G. COLE (12)Refills |
|---|---|---|
| Rx # 2095206 | PIROXICAM 20 MG CAP | #7 |

| Ord.Date 10/17/03 Exp.Date 01/14/04 | PURKEY, WESLEY IRA 14679-045 TAKE ONE TABLET BY MOUTH AT 1800 | J. THARP (2)Refills |
|---|---|---|
| Rx # 2097154 | SERTRALINE HCL 100 MG TAB | #30 |

| Ord.Date 10/17/03 Exp.Date 01/14/04 | PURKEY, WESLEY IRA 14679-045 TAKE ONE TABLET BY MOUTH TWICE DAILY (0700-1800) | J. TH/ (2)Refl |
|---|---|---|
| Rx # 2097155 | CARBAMAZEPINE 200 MG TAB | |

| Ord.Date 10/22/03 Exp.Date 11/20/03 | PURKEY, WESLEY IRA 14679-045 TAKE TWO TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION | W. MCCOLLI (0)Refills |
|---|---|---|
| Rx # 16233 | CLONAZEPAM 1 MG UD | #120 |

| Ord.Date 10/22/03 Exp.Date 01/19/04 | PURKEY, WESLEY IRA 14679-045 TAKE ONE-HALF TABLET BY MOUTH TWICE DAILY (0700-1800) | W. MCCOLLUM (2)Refills |
|---|---|---|
| Rx # 2097591 | CARBAMAZEPINE 200 MG TAB | #30 |

| Ord.Date 10/22/03 Exp.Date 01/19/04 | PURKEY, WESLEY IRA 14679-045 TAKE ONE TABLET BY MOUTH AT 1800 | W. MCCOLLUM (2)Refills |
|---|---|---|
| Rx # 2097592 | SERTRALINE HCL 100 MG TAB | #30 |

| Ord.Date 10/29/03 Exp.Date 10/31/03 | PURKEY, WESLEY IRA 14679-045 TAKE ONE OR TWO TABLETS BY MOUTH THREE TIMES DAILY | G. COLE (0)Refills |
|---|---|---|
| Rx # 2098159 | BISACODYL, E.C. 5 MG TAB | #12 |

| Ord.Date 10/29/03 Exp.Date 11/27/03 | PURKEY, WESLEY IRA 14679-045 TAKE ONE CAPSULE TWICE DAILY | G. COLE (4)Refills |
|---|---|---|
| Rx # 2098160 | DOCUSATE 100 MG CAP | #14 |

| Ord.Date 11/21/03 Exp.Date 12/20/03 | PURKEY, WESLEY IRA 14679-045 TAKE TWO TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION | W. MCCOLLUM 0700 1800 (0)Refills |
|---|---|---|
| Rx # 16245 | CLONAZEPAM 1 MG UD | #120 |

| Ord.Date 11/24/03 Exp.Date 02/21/04 | PURKEY, WESLEY IRA 14679-045 TAKE ONE CAPSULE ONCE DAILY WITH FOOD | G. COLE (12)Refills |
|---|---|---|
| Rx # 2099986 | PIROXICAM 20 MG CAP | #7 |

| Ord.Date 11/24/03 Exp.Date 02/21/04 | PURKEY, WESLEY IRA 14679-045 MASSAGE SMALL AMT INTO SCALP FOR 5 MINUTES, RINSE TWICE WEEKLY AS DIRECTED | G. COLE (5)Refills |
|---|---|---|
| Rx # 2099987 | KETOCONAZOLE SHAMPOO 2% ML | #1 |

| Ord.Date 11/24/03 Exp.Date 02/21/04 | PURKEY, WESLEY IRA 14679-045 APPLY TO AFFECTED AREA AS DIRECTED EACH DAY | G. COLE (5)Refills |
|---|---|---|
| Rx # 2099988 | BACITRACIN ZINC 500 UNITS OINT | #1 |

| Ord.Date 12/03/03 Exp.Date 03/01/04 | PURKEY, WESLEY IRA 14679-045 TAKE ONE CAPSULE TWICE DAILY WITH 10 OUNCES OF WATER | G. COLE (12)Refills |
|---|---|---|
| Rx # 2100413 | DOCUSATE 100 MG CAP | #14 |

| Ord.Date 12/03/03 Exp.Date 12/06/03 | PURKEY, WESLEY IRA 14679-045 TAKE ONE TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR CONSTIPATION | G. COLE (0)Refills |
|---|---|---|
| Rx # 2100414 | BISACODYL, E.C. 5 MG TAB | #12 |

| Ord.Date 12/15/03 Exp.Date 12/28/03 | PURKEY, WESLEY IRA 14679-045 TAKE ONE CAPSULE BY MOUTH THREE TIMES DAILY FOR 14 DAYS | G. CC (0)Refills |
|---|---|---|
| Rx # 2101428 | AMOXIL 500 MG CAP | #4: |

| Ord.Date 12/15/03 Exp.Date 12/21/03 | PURKEY, WESLEY IRA 14679-045 TAKE ONE TABLET BY MOUTH THREE TIMES DAILY FOR 7 DAYS | G. COLE (0)Refills |
|---|---|---|
| Rx # 2101429 | CHLORPHENIRAMINE 4 MG | #21 |

| Ord.Date 12/15/03 Exp.Date 12/21/03 | PURKEY, WESLEY IRA 14679-045 TAKE ONE TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | G. C (0)Ref. |
|---|---|---|
| Rx # 2101430 | GUAIFENESIN/DEXTROMETHORPHAN 600MG/30MG TAB | # |

| Ord.Date 12/19/03 Exp.Date 01/15/04 | PURKEY, WESLEY IRA 14679-045 TAKE TWO TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION | J. THARP 07 (0)Refills 18 |
|---|---|---|
| Rx # 16267 | CLONAZEPAM 1 MG UD | #112 |

WP935568



## USP LEAVENWORTH
## MEDICATION PROFILE

INMATE NAME _Purkey, Wesley_

REGISTRATION # _14679-045_

ALLERGIES: _NKDA_

| Ord.Date 07/08/03 | PURKEY, WESLEY IRA 14679-045 | G. COLE (1)Refills |
| Exp.Date 09/05/03 | USE AS DIRECTED EVERY OTHER DAY | |
| Rx # 2089802 | COAL TAR SHAMPOO 1% ML | #1 |

| Ord.Date 08/06/03 | PURKEY, WESLEY IRA 14679-045 | G. COLE (1)Refills |
| Exp.Date 10/04/03 | WET HAIR. LATHER. RINSE. REPEAT TWICE WEEKLY | |
| Rx # 2092126 | KETOCONAZOLE SHAMPOO 2% ML | #1 |

| Ord.Date 8/22/03 | PURKEY, WESLEY IRA 14679-045 | W. MCCOLLUM (0)Refills |
| Exp.Date 9/20/03 | TAKE ONE AND ONE-HALF TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION | |
| x # 6180 | CLONAZEPAM 1 MG UD | #90 |

| Ord.Date 9/05/03 | PURKEY, WESLEY IRA 14679-045 | G. COLE (12)Refills |
| Exp.Date 2/03/03 | TAKE ONE CAPSULE ONCE DAILY WITH FOOD | |
| x # 094084 | PIROXICAM 20 MG CAP | #7 |

| Ord.Date 09/15/03 | PURKEY, WESLEY IRA 14679-045 | R. STEMPEL (0)Refills |
| Exp.Date 09/24/03 | TAKE ONE CAPSULE BY MOUTH THREE TIMES DAILY | |
| Rx # 2094746 | AMOXIL 500 MG CAP | #30 |

| Ord.Date 9/22/03 | PURKEY, WESLEY IRA 14679-045 | W. MCCOLLUM (0)Refills |
| Exp.Date 9/21/03 | TAKE ONE AND ONE-HALF TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION | |
| # 07 | CLONAZEPAM 1 MG UD | #90 |

| Ord.Date 9/22/03 | PURKEY, WESLEY IRA 14679-045 | G. COLE (12)Refills |
| Exp.Date 9/20/03 | TAKE ONE CAPSULE ONCE DAILY WITH FOOD | |
| Rx # 095206 | PIROXICAM 20 MG CAP | #7 |

| Ord.Date 9/17/03 | PURKEY, WESLEY IRA 14679-045 | J. THARP (2)Refills |
| Exp.Date 9/14/04 | TAKE ONE TABLET BY MOUTH AT 1800 | |
| Rx # 97154 | SERTRALINE HCL 100 MG TAB | #30 |

| Ord.Date 10/17/03 | PURKEY, WESLEY IRA 14679-045 | J. TH/ (2)Refl |
| Exp.Date 01/14/04 | TAKE ONE TABLET BY MOUTH TWICE DAILY (0700-1800) | |
| Rx # 2097155 | CARBAMAZEPINE 200 MG TAB | |

| Ord.Date 10/22/03 | PURKEY, WESLEY IRA 14679-045 | W. MCCOLLUM (0)Refills |
| Exp.Date 11/20/03 | TAKE TWO TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION | |
| Rx # 16233 | CLONAZEPAM 1 MG UD | #120 |

| Ord.Date 10/22/03 | PURKEY, WESLEY IRA 14679-045 | W. MCCOLLUM (2)Refills |
| Exp.Date 01/18/04 | TAKE ONE-HALF TABLET BY MOUTH TWICE DAILY (0700-1800) | |
| Rx # 2097591 | CARBAMAZEPINE 200 MG TAB | #30 |

| Ord.Date 10/22/03 | PURKEY, WESLEY IRA 14679-045 | W. MCCOLLUM (2)Refills |
| Exp.Date 01/19/04 | TAKE ONE TABLET BY MOUTH AT 1800 | |
| Rx # 2097592 | SERTRALINE HCL 100 MG TAB | #30 |

| Ord.Date 10/29/03 | PURKEY, WESLEY IRA 14679-045 | G. COLE (0)Refills |
| Exp.Date 10/31/03 | TAKE ONE OR TWO TABLETS BY MOUTH THREE TIMES DAILY | |
| Rx # 2098159 | BISACODYL, E.C. 5 MG TAB | #12 |

| Ord.Date 10/29/03 | PURKEY, WESLEY IRA 14679-045 | G. COLE (4)Refills |
| Exp.Date 11/27/03 | TAKE ONE CAPSULE TWICE DAILY | |
| Rx # 2098160 | DOCUSATE 100 MG CAP | #14 |

| Ord.Date 11/21/03 | PURKEY, WESLEY IRA 14679-045 | W. MCCOLLUM 0700 (0)Refills 1800 |
| Exp.Date 12/20/03 | TAKE TWO TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION | |
| Rx # 16245 | CLONAZEPAM 1 MG UD | #120 |

| Ord.Date 11/24/03 | PURKEY, WESLEY IRA 14679-045 | G. COLE (12)Refills |
| Exp.Date 02/21/04 | TAKE ONE CAPSULE ONCE DAILY WITH FOOD | |
| Rx # 2099986 | PIROXICAM 20 MG CAP | #7 |

| Ord.Date 11/24/03 | PURKEY, WESLEY IRA 14679-045 | G. COLE (5)Refills |
| Exp.Date 02/21/04 | MASSAGE SMALL AMT INTO SCALP FOR 5 MINUTES, RINSE TWICE WEEKLY AS DIRECTED | |
| Rx # 2099987 | KETOCONAZOLE SHAMPOO 2% ML | #1 |

| Ord.Date 11/24/03 | PURKEY, WESLEY IRA 14679-045 | G. COLE (5)Refills |
| Exp.Date 02/21/04 | APPLY TO AFFECTED AREA AS DIRECTED EACH DAY | |
| Rx # 2099988 | BACITRACIN ZINC 500 UNITS OINT | #1 |

| Ord.Date 12/03/03 | PURKEY, WESLEY IRA 14679-045 | G. COLE (12)Refills |
| Exp.Date 03/01/04 | TAKE ONE CAPSULE TWICE DAILY WITH 10 OUNCES OF WATER | |
| Rx # 2100413 | DOCUSATE 100 MG CAP | #14 |

| Ord.Date 12/03/03 | PURKEY, WESLEY IRA 14679-045 | G. COLE (0)Refills |
| Exp.Date 12/06/03 | TAKE ONE TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR CONSTIPATION | |
| Rx # 2100414 | BISACOOYL, E.C. 5 MG TAB | #12 |

| Ord.Date 12/15/03 | PURKEY, WESLEY IRA 14679-045 | G. COLE (0)Refills |
| Exp.Date 12/28/03 | TAKE ONE CAPSULE BY MOUTH THREE TIMES DAILY FOR 14 DAYS | |
| Rx # 2101428 | AMOXIL 500 MG CAP | #42 |

| Ord.Date 12/15/03 | PURKEY, WESLEY IRA 14679-045 | G. COLE (0)Refills |
| Exp.Date 12/21/03 | TAKE ONE TABLET BY MOUTH THREE TIMES DAILY FOR 7 DAYS | |
| Rx # 2101429 | CHLORPHENIRAMINE 4 MG | #21 |

| Ord.Date 12/15/03 | PURKEY, WESLEY IRA 14679-045 | G. COLI (0)Refills |
| Exp.Date 12/21/03 | TAKE ONE TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | |
| Rx # 2101430 | GUAIFENESIN/DEXTROMETHORPHAN 500MG/30MG TAR | #1A |

| Ord.Date 12/19/03 | PURKEY, WESLEY IRA 14679-045 | J. THARP 0700 (0)Refills 1800 |
| Exp.Date 01/15/04 | TAKE TWO TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION | |
| Rx # 16267 | CLONAZEPAM 1 MG UD | #112 |

Ex_36-001574

WP935569



# USP LEAVENWORTH
## MEDICATION PROFILE

INMATE NAME _Purkey, Wesley_

REGISTRATION # _14679-045_

ALLERGIES: _NKDA_

| | | |
|---|---|---|
| Ord.Date 07/08/03 Exp.Date 09/05/03 Rx # 2089802 | PURKEY, WESLEY IRA 14679-045 USE AS DIRECTED EVERY OTHER DAY COAL TAR SHAMPOO 1% ML #1 | G. COLE (1)Refills |
| Ord.Date 08/06/03 Exp.Date 10/04/03 Rx # 2092126 | PURKEY, WESLEY IRA 14679-045 WET HAIR. LATHER. RINSE. REPEAT TWICE WEEKLY KETOCONAZOLE SHAMPOO 2% ML #1 | G. COLE (1)Refills |
| Ord.Date 08/22/03 Exp.Date 09/20/03 Rx # 6180 | PURKEY, WESLEY IRA 14679-045 TAKE ONE AND ONE-HALF TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION CLONAZEPAM 1 MG UD #90 | W. MCCOLLUM (0)Refills |
| Ord.Date 9/05/03 Exp.Date 2/03/03 Rx # 094084 | PURKEY, WESLEY IRA 14679-045 TAKE ONE CAPSULE ONCE DAILY WITH FOOD PIROXICAM 20 MG CAP #7 | G. COLE (12)Refills |
| Ord.Date 09/15/03 Exp.Date 09/24/03 Rx # 2094746 | PURKEY, WESLEY IRA 14679-045 TAKE ONE CAPSULE BY MOUTH THREE TIMES DAILY AMOXIL 500 MG CAP #30 | R. STEMPEL (0)Refills |
| Ord.Date 22/03 Exp.Date 21/03 Rx # 207 | PURKEY, WESLEY IRA 14679-045 TAKE ONE AND ONE-HALF TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION CLONAZEPAM 1 MG UD #90 | W. MCCOLLUM (0)Refills |
| Ord.Date 9/22/03 Exp.Date 9/20/03 Rx # 095206 | PURKEY, WESLEY IRA 14679-045 TAKE ONE CAPSULE ONCE DAILY WITH FOOD PIROXICAM 20 MG CAP #7 | G. COLE (12)Refills |
| Ord.Date 17/03 Exp.Date 14/04 Rx # 97154 | PURKEY, WESLEY IRA 14679-045 TAKE ONE TABLET BY MOUTH AT 1800 SERTRALINE HCL 100 MG TAB #30 | J. THARP (2)Refills |

| | | |
|---|---|---|
| Ord.Date 10/17/03 Exp.Date 01/14/04 Rx # 2097155 | PURKEY, WESLEY IRA 14679-045 TAKE ONE TABLET BY MOUTH TWICE DAILY (0700-1800) CARBAMAZEPINE 200 MG TAB | J. THARP (2)Refills |
| Ord.Date 10/22/03 Exp.Date 11/20/03 Rx # 16233 | PURKEY, WESLEY IRA 14679-045 TAKE TWO TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION CLONAZEPAM 1 MG UD #120 | W. MCCOLLUM (0)Refills |
| Ord.Date 10/22/03 Exp.Date 01/19/04 Rx # 2097591 | PURKEY, WESLEY IRA 14679-045 TAKE ONE-HALF TABLET BY MOUTH TWICE DAILY (0700-1800) CARBAMAZEPINE 200 MG TAB #30 | W. MCCOLLUM (2)Refills |
| Ord.Date 10/22/03 Exp.Date 01/19/04 Rx # 2097592 | PURKEY, WESLEY IRA 14679-045 TAKE ONE TABLET BY MOUTH AT 1800 SERTRALINE HCL 100 MG TAB #30 | W. MCCOLLUM (2)Refills |
| Ord.Date 10/29/03 Exp.Date 10/31/03 Rx # 2098159 | PURKEY, WESLEY IRA 14679-045 TAKE ONE OR TWO TABLETS BY MOUTH THREE TIMES DAILY BISACODYL, E.C. 5 MG TAB #12 | G. COLE (0)Refills |
| Ord.Date 10/29/03 Exp.Date 11/27/03 Rx # 2098160 | PURKEY, WESLEY IRA 14679-045 TAKE ONE CAPSULE TWICE DAILY DOCUSATE 100 MG CAP #14 | G. COLE (4)Refills |
| Ord.Date 11/21/03 Exp.Date 12/20/03 Rx # 16245 | PURKEY, WESLEY IRA 14679-045 TAKE TWO TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION CLONAZEPAM 1 MG UD #120 | W. MCCOLLUM 0700 (0)Refills 1800 |
| Ord.Date 11/24/03 Exp.Date 02/21/04 Rx # 2099986 | PURKEY, WESLEY IRA 14679-045 TAKE ONE CAPSULE ONCE DAILY WITH FOOD PIROXICAM 20 MG CAP #7 | G. COLE (12)Refills |

| | | |
|---|---|---|
| Ord.Date 11/24/03 Exp.Date 02/21/04 Rx # 2099987 | PURKEY, WESLEY IRA 14679-045 MASSAGE SMALL AMT INTO SCALP FOR 5 MINUTES, RINSE TWICE WEEKLY AS DIRECTED KETOCONAZOLE SHAMPOO 2% ML #1 | G. COLE (5)Refills |
| Ord.Date 11/24/03 Exp.Date 02/21/04 Rx # 2099988 | PURKEY, WESLEY IRA 14679-045 APPLY TO AFFECTED AREA AS DIRECTED EACH DAY BACITRACIN ZINC 500 UNITS OINT #1 | G. COLE (5)Refills |
| Ord.Date 12/03/03 Exp.Date 03/01/04 Rx # 2100413 | PURKEY, WESLEY IRA 14679-045 TAKE ONE CAPSULE TWICE DAILY WITH 10 OUNCES OF WATER DOCUSATE 100 MG CAP #14 | G. COLE (12)Refills |
| Ord.Date 12/03/03 Exp.Date 12/06/03 Rx # 2100414 | PURKEY, WESLEY IRA 14679-045 TAKE ONE TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR CONSTIPATION BISACODYL, E.C. 5 MG TAB #12 | G. COLE (0)Refills |
| Ord.Date 12/15/03 Exp.Date 12/28/03 Rx # 2101428 | PURKEY, WESLEY IRA 14679-045 TAKE ONE CAPSULE BY MOUTH THREE TIMES DAILY FOR 14 DAYS AMOXIL 500 MG CAP #42 | G. COLE (0)Refills |
| Ord.Date 12/15/03 Exp.Date 12/21/03 Rx # 2101429 | PURKEY, WESLEY IRA 14679-045 TAKE ONE TABLET BY MOUTH THREE TIMES DAILY FOR 7 DAYS CHLORPHENIRAMINE 4 MG #21 | G. COLE (0)Refills |
| Ord.Date 12/15/03 Exp.Date 12/21/03 Rx # 2101430 | PURKEY, WESLEY IRA 14679-045 TAKE ONE TABLET BY MOUTH TWICE DAILY FOR 7 DAYS GUAIFENESIN/DEXTROMETHORPHAN 500MG/30MG TAB #14 | G. COLE (0)Refills |
| Ord.Date 12/19/03 Exp.Date 01/16/04 Rx # 16267 | PURKEY, WESLEY IRA 14679-045 TAKE TWO TABLETS BY MOUTH TWICE DAILY (0700-1800) TABLETS MUST BE CRUSHED PRIOR TO ADMINISTRATION CLONAZEPAM 1 MG UD #112 | J. THARP 0700 (0)Refills 1800 |

Ex_36-001575



# USP Leavenworth
# Medication Profile

Name _____    PURKEY, WESLEY IRA
14679-045
USP LEAVENWORTH - ADM DET
06/05/2003

Registration # _____

Allergies _____ NKDA

| Ord.Date | PURKEY, WESLEY IRA | J. THARP |
|---|---|---|
| 06/05/03 | 14679-045 | (0)Refills |
| Exp.Date | TAKE ONE TABLET BY MOUTH AT | |
| 07/04/03 | BEDTIME | |

| Rx # | | |
|---|---|---|
| 2087565 | SERTRALINE HCL 100 MG TAB | #30 |

| Ord.Date | PURKEY, WESLEY IRA | J. THARP |
|---|---|---|
| 06/05/03 | 14679-045 | (4)Refills |
| Exp.Date | TAKE ONE AND ONE-HALF TABLETS BY | |
| 07/04/03 | MOUTH TWICE DAILY | |

| Rx # | | |
|---|---|---|
| 2087566 | CARBAMAZEPINE 200 MG TAB | #21 |

| Ord.Date | PURKEY, WESLEY IRA | J. THARP |
|---|---|---|
| 06/05/03 | 14679-045 | (4)Refills |
| Exp.Date | TAKE ONE TABLET BY MOUTH TWICE | |
| 07/04/03 | DAILY | |

| Rx # | | |
|---|---|---|
| 2087567 | HYDROXYZINE 50 MG TAB | #14 |

| Ord.Date | PURKEY, WESLEY IRA | J. THARP |
|---|---|---|
| 06/05/03 | 14679-045 | (4)Refills |
| Exp.Date | TAKE ONE TABLET BY MOUTH THREE | |
| 07/04/03 | TIMES DAILY WITH FOOD | |

| Rx # | | |
|---|---|---|
| 2087568 | IBUPROFEN 400MG TAB | #21 |

| Ord.Date | PURKEY, WESLEY IRA | J. THARP |
|---|---|---|
| 06/05/03 | 14679-045 | (4)Refills |
| Exp.Date | TAKE ONE TABLET TWICE DAILY | |
| 07/04/03 | | |

| Rx # | | |
|---|---|---|
| 2087569 | RANITIDINE 150 MG TAB | #14 |

| Ord.Date | PURKEY, WESLEY IRA | J. THARP |
|---|---|---|
| 06/05/03 | 14679-045 | (4)Refills |
| Exp.Date | TAKE ONE TABLET BY MOUTH THREE | |
| 07/04/03 | TIMES DAILY BEFORE MEALS AS | |
| | NEEDED FOR STOMACH | |

| Rx # | | |
|---|---|---|
| 2087570 | DICYCLOMINE HCL 20 MG TAB | #21 |

| Ord.Date | PURKEY, WESLEY IRA | J. THARP |
|---|---|---|
| 06/05/03 | 14679-045 | (0)Refills |
| Exp.Date | TAKE ONE CAPSULE BY MOUTH THREE | |
| 06/11/03 | TIMES DAILY | |

| Rx # | | |
|---|---|---|
| 2087571 | CEPHALEXIN 500 MG CAP | #21 |

| Ord.Date | PURKEY, WESLEY IRA | R. STEMPEL |
|---|---|---|
| 06/24/03 | 14679-045 | (0)Refills |
| Exp.Date | TAKE ONE CAPSULE BY MOUTH EVERY | |
| 07/03/03 | EIGHT HOURS UNTIL GONE | |

| Rx # | | |
|---|---|---|
| 2088690 | AMOXIL 500 MG CAP | #30 |

| Ord.Date | PURKEY, WESLEY IRA | R. STEMPEL |
|---|---|---|
| 07/03/03 | 14679-045 | (0)Refills |
| Exp.Date | TAKE ONE CAPSULE BY MOUTH EVERY | |
| 07/12/03 | EIGHT HOURS UNTIL GONE | |

| Rx # | | |
|---|---|---|
| 2089555 | AMOXIL 500 MG CAP | #30 |

| Ord.Date | PURKEY, WESLEY IRA | R. STEMPEL |
|---|---|---|
| 07/03/03 | 14679-045 | (0)Refills |
| Exp.Date | TAKE TWO TABLETS BY MOUTH EVERY | |
| 07/05/03 | 6 TO 8 HOURS WITH FOOD AS NEEDED | |
| | FOR PAIN | |

| Rx # | | |
|---|---|---|
| 2089556 | IBUPROFEN 400MG TAB | #24 |

| Ord.Date | PURKEY, WESLEY IRA | W. MCCOLLUM |
|---|---|---|
| 07/11/03 | 14679-045 | (0)Refills |
| Exp.Date | TAKE ONE CAPSULE TWICE DAILY | |
| 07/20/03 | UNTIL GONE | |

| Rx # | | |
|---|---|---|
| 2090120 | DOXYCYCLINE 100 MG CAP | #20 |

| Ord.Date | PURKEY, WESLEY IRA | W. MCCOLLUM |
|---|---|---|
| 07/17/03 | 14679-045 | (2)Refills |
| Exp.Date | TAKE ONE TABLET BY MOUTH AT 1800 | |
| 10/14/03 | | |

| Rx # | | |
|---|---|---|
| 2090602 | SERTRALINE HCL 100 MG TAB | #30 |

| Ord.Date | PURKEY, WESLEY IRA | W. MCCOLLUM |
|---|---|---|
| 07/17/03 | 14679-045 | (0)Refills |
| Exp.Date | TAKE ONE TABLET BY MOUTH TWICE | |
| 08/15/03 | DAILY (0700-1800) | |

| Rx # | | |
|---|---|---|
| 2090603 | CARBAMAZEPINE 200 MG TAB | #60 |

| Ord.Date | PURKEY, WESLEY IRA | W. MCCOLLUM |
|---|---|---|
| 08/16/03 | 14679-045 | (1)Refills |
| Exp.Date | TAKE ONE AND ONE-HALF TABLETS | |
| 10/14/03 | TWICE DAILY (0700-1800) | |

| Rx # | | |
|---|---|---|
| 2090604 | CARBAMAZEPINE 200 MG TAB | #90 |

| Ord.Date | PURKEY, WESLEY IRA | W. MCCOLLUM |
|---|---|---|
| 07/22/03 | 14679-045 | (0)Refills |
| Exp.Date | TAKE ONE AND ONE-HALF TABLETS BY | |
| 08/20/03 | MOUTH TWICE DAILY (0700-1800) | |
| | TABLETS MUST BE CRUSHED PRIOR | |
| | TO ADMINISTRATION | |

| Rx # | | |
|---|---|---|
| 16158 | CLONAZEPAM 1 MG UD | #90 |

| Ord.Date | PURKEY, WESLEY IRA | W. MCCOLLUM |
|---|---|---|
| 07/22/03 | 14679-045 | (2)Refills |
| Exp.Date | TAKE ONE-HALF TABLET BY MOUTH | |
| 10/19/03 | TWICE DAILY (0700-1800) | |

| Rx # | | |
|---|---|---|
| 2090983 | CARBAMAZEPINE 200 MG TAB | #30 |

WP935570

Ex_36-001576



Ex_36-001577

| | | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

WP935572

BOP 31-DAY MAR    TRAK# WFPP02B

Ex_36-001578



Medication Administration Record

Month/Year: 11/03

Facility:

Ord.Date 11/21/03
Exp.Date 12/20/03

PURKEY, WESLEY IRA    W. MCCOLLUM    0700
14679-045    (0)Refills    1800
TAKE TWO TABLETS BY MOUTH TWICE
DAILY (0700-1800) TABLETS MUST BE
CRUSHED PRIOR TO ADMINISTRATION

Rx #
16245    CLONAZEPAM 1 MG UD    #120

H - Hold    R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O - Other

PURKEY, WESLEY IRA
14679-045
USP LEAVENWORTH - ADM DET
11/21/2003

HT:    WT:    Allergies:    Diagnosis:

Registration #:    Physician:

WP935573

BOF 31-DAY MAR    TRAK# WEB

Ex_36-001579

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

WP935574

| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

BOP 31-DAY MAR    TRAK# WFPP02B

Ex_36-001580



Ex_36-001581

BP-S659.060 **MEDICAL SUMMARY** ⁓ **FEDERAL PRISONER/ALIEN** ⁚ **TRANSIT** CDFRM

MAR 99

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| TB Clearance Yes ✓ No__ | Name *Purkey, Wesley* | Prisoner/Alien Reg. *14679-045* | D.O.B. ▓▓▓▓ |
|---|---|---|---|

TB Clearance Yes ✓ No__

1. PPD Completed: *3/5/03* Date

Results: _____ *OXO* mm

2. CXR Completed: _____ Date

Results: _____

3. Health Authority Clearance: _____ *10/16/03* Date

Sign *W. Amentrout, RN*

*USP Leavenworth*

Dates listed above must be within one year of this transfer.

Name: *Purkey, Wesley*

Departed From **USP/FPC Leavenworth**

Destination: _____

Dist. Name

Current Medical Problems

1. *Adjustment Disorder*
2. *Anxiety / Depression*
3. _____
4. _____
5. _____
6. _____

Prisoner/Alien Reg. *14679-045*

Date Departed *10/20/03*

Reason for Transfer **Non-Medical**

Dist.#

Date in Custody __/__/__

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| *Piroxicam* | *20mg* | *P.O.* | *Take one Capsule once daily by mouth with food.* | *12/3* |
| *Clonazepam* | *1mg* | *P.O.* | *Take one and one-half Tablets by mouth twice daily at 0700 & 1800* | *10/21* |
| | | | *( Pills must be Crushed prior to administration )* | |
| | | | *( Medications will be given to inmate prior* | |
| | | | *to leaving USP LVN and upon Return.)* | |

Additional Comments   *Universal Precautions*

**Special Needs Affecting Transportation**

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes __ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | __ Yes ✓ No | If yes, what equipment? |

Sign and Print Name - Certifying Health Authority
*W. Amentrout, RN*
**USP Leavenworth**

Phone Number ▓▓▓▓ *8100*

Date Signed *10/16/03*

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution

SIMILAR TO (USM 5

(This form may be replicated via WP)

WP935720

Ex_36-001582

BP-S659.060 **MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT** CDFRM

MAR 99

U.S. DEPARTMENT OF JUSTICE ⬛ **FEDERAL BUREAU OF PRISO**

| TB Clearance Yes ✓ No__ |
|---|
| 1. PPD Completed: 3/5/03 Date |
| Results: OXO |
| 2. CXR Completed: ___ Date |
| Results: ___ |
| 3. Health Authority |
| Clearance: yes |
| [signature] W. Armentrout, RN 10/2/03 Date |
| USP Leavenworth |
| Dates listed above must be within one year of this transfer. |

Name **Purkey, Wesley**

Prisoner/Alien Reg. 14679-049

D.O.B. ⬛

Departed From **USP/FPC Leavenworth**

Date Departed 10/3/03

Destination – Kansas City Marshal

Reason for Transfer Non-Medical

Dist. Name

Dist.# 

Date in Custody __/__/__

Current Medical Problems
1. Axis I Adjustment disorder 4. ___
2. c Anxiety/depression 5. ___
3. NKMA 6. ___

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | S... |
|---|---|---|---|---|
| | | | Medication Required For Care En Route | |
| Piroxicam | 20mg | P.O. | Take one Tablet daily c food at 0760 | |
| Carbamazepine | 200mg | P.O. | Take one and one-half Tablet Two times daily @ 0700 & 1800 | |
| Sertraline tab | 100mg | P.O. | Take one Tablet each day by mouth at 1800 | |
| Clonazepam | 1mg | Crushed | Take one and one half Tablots by mouth Two times daily (crushed) | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments    ✳ universal precautions ✳

**Special Needs Affecting Transportation**

| | | If no, why not? |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes __ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes ✓No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | __ Yes ✓ No | If yes, what equipment |

Sign and Print Name - Certifying Health Authority
[signature] W. Armentrout, RN
USP Leavenworth

Number ⬛

Date Signed 10/2/03

Record copy - Transporting Officer: Copy - Health Record (Top page position one); Copy - Transferring Instituti...

SIMILAR TO (t...

This form may be replicated via WP)

WP935721

Ex_36-001583

MEDICATION ADMINISTRATION RECORD
FEDERAL MEDICAL CENTER, ROCHESTER, MN

PHYSICIAN: SHINE,D    ALLERGIES: NKDA    PAGE ___1__ OF _

| RDER DATE | STOP DATE | DRUG, DOSAGE, ROUTE & FREQUENCY | HOUR | 06/13 | 06/14 | 06/15 | 06/16 | 06/17 | 06/18 | 06/1 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0520 | | BUSPIRONE 15MG . 15 MG (1 TAB) PO TID | 07 11 21 | | | | | | | |
| 0520 | | CARBAMAZEPINE 200MG U/ 200 MG (1 TAB) PO TID | 07 11 21 | | | | | | | |
| 0611 | 0618 6/17 | CLOTRIMAZOLE CREAM 1% APPLY TID TO AFFECTED SKIN AREA | 07 11 21 | | | | | | | |
| 0528 | 0627 | NAPROXEN NA 550MG U/D 550 MG (1 TABS) PO BID W/FOOD OR MILK | 07 617 | | | | | | | |
| 2/17 | | Vitamin A+D ointment apply to affected areas BID x1day | 0700 2100 | | | | | | | |

| INIT | SIGNATURE | COMMENTS, EXPLANATION FOR REFUSALS |
|---|---|---|
| | | |

PURKEY,WESLEY
Birthdate:
ID#: 14679-045
Rm:  SHU    3
06/13/2002 - 06/19/2002

PRINTED ON RECYCLED PAPER

F
REV.

WP935785

Ex_36-001584

MEDICATION ADMINISTRATION RECORD
FEDERAL MEDICAL CENTER, ROCHESTER, MN

PRN DRUGS

PAGE ___1___ OF ___

PHYSICIAN: SHINE, D          ALLERGIES: NKDA

| ORDER DATE | STOP DATE | DRUG, DOSAGE, ROUTE & FREQUENCY | | 06/13 | 06/14 | 06/15 | 06/16 | 06/17 | 06/18 | 06/1 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0523 | | PETROLATUM, WHITE APPLY TO AFFECTED AREA DAILY PRN | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | INIT | SIGNATURE | | | COMMENTS: | | | |

PURKEY, WESLEY
Birthdate:
ID#: 14679-045
Rm:   SHU    3
06/13/2002 - 06/19/2002

WP935786

Ex_36-001585

PRN DRUGS

**MEDICATION ADMINISTRATION RECORD**
**FEDERAL MEDICAL CENTER, ROCHESTER, MN**

PAGE ___1___ OF __1__

PHYSICIAN: ___SHINE,D___    ALLERGIES: __NKDA__

| RDER DATE | STOP DATE | DRUG, DOSAGE, ROUTE & FREQUENCY | | 06/06 | 06/07 | 06/08 | 06/09 | 06/10 | 06/11 | 06/12 |
|---|---|---|---|---|---|---|---|---|---|---|
| 523 | | PETROLATUM,WHITE APPLY TO AFFECTED AREA DAILY PRN    *7c* | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |

| INIT | SIGNATURE | COMMENTS: |
|---|---|---|

PURKEY,WESLEY
Birthdate: ██/██████
ID#: 14679-045
Rm:   SHU   3
06/06/2002 - 06/12/2002

WP935787

Ex_36-001586



MEDICATION ADMINISTRATION RECORD
FEDERAL MEDICAL CENTER, ROCHESTER, MN

PHYSICIAN: SHINE, D    ALLERGIES: NKDA    PAGE 1 OF

| ORDER DATE | STOP DATE | DRUG, DOSAGE, ROUTE & FREQUENCY | HOUR | 06/06 | 06/07 | 06/08 | 06/09 | 06/10 | 06/11 | 06/1 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0520 | | BUSPIRONE 15MG. 15 MG (1 TAB) PO TID | 07 11 21 | | | | | | | |
| 0520 | | CARBAMAZEPINE 200MG O/ 200 MG (1 TAB) PO TID | 07 11 21 | | | | | | | |
| 0528 | 0627 | NAPROXEN NA 550MG O/D 550 MG (1 TABS) PO BID W/FOOD OR MILK | 07 17 | | | | | | | |
| 11 | 6-18 | clotrimazole cream apply to affected area Tid x 7 days | 0700 1400 2100 | | | | | | | |

| INIT | SIGNATURE | COMMENTS, EXPLANATION FOR REFUSAL |
|---|---|---|

PURKEY, WESLEY
Birthdate:
ID#: 14677 045
Rm:   SHU    3
06/06/2002 - 06/12/2002

PRINTED ON RECYCLED PAPER

WP935788

Ex_36-001587



MEDICATION ADMINISTRATION RECORD
FEDERAL MEDICAL CENTER, ROCHESTER, MN

ALLERGIES: NKDA

PAGE __1__ OF __

PHYSICIAN: SHINE,D

| ORDER DATE | STOP DATE | DRUG, DOSAGE, ROUTE & FREQUENCY | HOUR | 05/30 | 05/31 | 06/01 | 06/02 | 06/03 | 06/04 | 06/0 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0520 | | BUSPIRONE 15MG 15 MG (1 TAB) PO TID | 07 11 21 | | | | | | | |
| 0520 | | CARBAMAZEPINE 200MG U/ 200 MG (1 TAB) PO TID | 07 11 21 | | | | | | | |
| 0528 | 0627 | NAPROXEN NA 550MG U/D 550 MG (1 TABS) PO BID W/FOOD OR MILK | 07 17 | | | | | | | |

| INIT | SIGNATURE | COMMENTS, EXPLANATION FOR REFUSAL |
|---|---|---|
| | | |

PURKEY,WESLEY
Birthdate:
ID#: 14679-045
Rm: SHU    3
05/30/2002 - 06/05/2002

PRINTED ON RECYCLED PAPER

WP935789

Ex_36-001588

PRN DRUGS

## MEDICATION ADMINISTRATION RECORD
### FEDERAL MEDICAL CENTER, ROCHESTER, MN

PAGE ___1___ OF __1

PHYSICIAN: ___SHINE,D___    ALLERGIES: ___NKDA___

| RDER DATE | STOP DATE | DRUG, DOSAGE, ROUTE & FREQUENCY | | 05/30 | 05/31 | 06/01 | 06/02 | 06/03 | 06/04 | 06/05 |
|---|---|---|---|---|---|---|---|---|---|---|
| 523 | | PETROLATUM,WHITE APPLY TO AFFECTED AREA DAILY PRN | TIME | | leus | | 110 | 145 40 | | 07 -1 |
| | | | DOSE | | 1 t | | | ✓ | | 2 2 |
| | | a | INIT | | or | | VB | H V | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |

| INIT | SIGNATURE | COMMENTS: |
|---|---|---|

PURKEY,WESLEY
Birthdate:
ID#: 14679-045
Rm:  8HU    3
05/30/2002 - 06/05/2002

WP935790

RE

Ex_36-001589

MEDICATION ADMINISTRATION RECORD
FEDERAL MEDICAL CENTER, ROCHESTER, MN

PHYSICIAN: SHINE, D    ALLERGIES: NKDA    PAGE ___1 OF ___

| ORDER DATE | STOP DATE | DRUG, DOSAGE, ROUTE & FREQUENCY | HOUR | 05/21 | 05/22 | 05/23 | 05/24 | 05/25 | 05/26 | 05/2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0521 | 5/26 | PIROXICAM 20MG U/D 20 MG (ONE CAP) PO QD WITH FOOD OR MILK | 07 | 7/R | 7/R | | | | | |
| 0520 | | BUSPIRONE 15MG ; 15 MG (1 TAB) PO TID | 07 11 21 | | | | | | | |
| 0520 | | CARBAMAZEPINE 200MG U/ 200 MG (1 TAB) PO TID | 07 11 21 | | | | | | | |
| 5/20 | 6/20 | Naprosyn 550mg 1 po BID x30days aB | 0700 1700 | | | | | | | |

| INIT | SIGNATURE | COMMENTS, EXPLANATION FOR REFUSAL |
|---|---|---|
| | | |

PURKEY, WESLEY
Birthdate █████
ID#: 14679-045
Rm: SHU   3
05/21/2002 - 05/27/2002

PRINTED ON RECYCLED PAPER

WP935791

Ex_36-001590

MEDICATION ADMINISTRATION RECORD
FEDERAL MEDICAL CENTER, ROCHESTER, MN

2001
2002
Error Noted TP 6-21-02

PRN DRUGS

PAGE ___ 1 OF __

PHYSICIAN: SHINE, D    ALLERGIES: NKDA

| ORDER DATE | STOP DATE | DRUG, DOSAGE, ROUTE & FREQUENCY | | 22 05/21 | 231 05/22 | 25 05/23 | 26 05/24 | 27 05/25 | 28 05/26 | 05/2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0519 | 0522 | MILK OF MAG CONC 10ML 10 ML (1 CUPS) PO QD PRN | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| /8/ | | Vaseline ointment apply to affected area daily PRN | TIME | 1640 | | | | | | |
| | | | DOSE | T | | | | | | |
| | | | INIT | MBH | | | | | | |
| 5/8/02 | | Tylenol 325mg i - iii po QID X 30 DAYS PRN | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| 5/8/02 | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |

| INIT | SIGNATURE | COMMENTS: |
|---|---|---|
| | | |

PURKEY-WESLEY
Birthdate: 0█/██ ██
ID#: 14679-045
Rm: SHU    3
05/21/2002 - 05/27/2002

Printed on Recycled Paper

WP935792

REV

MEDICATION ADMINISTRATION RECORD
FEDERAL MEDICAL CENTER, ROCHESTER, MN

PHYSICIAN: SHINE    ALLERGIES: NKA

2002 Error Noted
2001
6-21-0
PAGE ___ OF ___

| ORDER DATE | STOP DATE | DRUG, DOSAGE, ROUTE & FREQUENCY | HOUR | 5-16-02 | 5-17-02 | 5-18-02 | 5-19-02 | 5-20-02 | 5-21-02 | 5-22 |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/16/02 | | feldene 20mg PO QD | 07 | → | | | | | | |
| 5/16/02 | | Buspar 15mg PO TID | 07 / 11 / 21 | → | | | | | | |
| 5/16/02 | | Tegretol 200mg PO TID | 07 / 11 / 21 | → | | | | | | |

| INIT | SIGNATURE | COMMENTS, EXPLANATION FOR REFUSAL |
|---|---|---|

PURKEY, WESLEY I

14679-045

FMC ROCHESTER, MN

WP935793

Ex_36-001592

MEDICATION ADMINISTRATION RECORD
FEDERAL MEDICAL CENTER, ROCHESTER, MN

PRN DRUGS

PAGE _____ OF _____

PHYSICIAN: _Dr. Shine_    ALLERGIES: _NKA_

| ORDER DATE | STOP DATE | DRUG, DOSAGE, ROUTE & FREQUENCY | | | | | 5/19/02 | 5/20 | 5/21 | 5/22 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/19 | 5/22 | MOM & Udose prn (1-2x day) constipation x3 days MBH | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |
| | | | TIME | | | | | | | |
| | | | DOSE | | | | | | | |
| | | | INIT | | | | | | | |

| INIT | SIGNATURE | COMMENTS: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PURKEY, WESLEY I

14679-045

FOB
FMC ROCHESTER, MN

WP935794

Ex_36-001593

11-01-2002 13:33 FAX 913 208 0003                     LEAVENWORTH DETENT                    PAGE 02

10/31/2002   18:38    913-727-2?

# Non-Formulary Request Form

*Renewed, but T in Clue*

*This form must be legibly completed in its entirety or else it will be denied and returned.*

Date Requested: 10/29/02  Name of Facility: Leavenworth _____ (spell out)

Patient Name: Purkey Wesley _____  Inmate/Resident # 14679045 Age: 50

Medical Condition Being Treated: TED° Mood D/O _____

I. Previous Remedies or Formulary item(s) Used (include length of time, dosage (med, and compliance)

II. Reasons a Non-Formulary Drug is Necessary or Current Standard of Care Does Not Apply Are. (include/attach clinical documentation, i.e., culture and sensitivity) _____

III. Request the Following Alternative Drug Treatment (include dosage schedule and length of time needed – one-month maximum) Buspar 15 My – PO BID

+ 30, HS    #30 C 2 refills.

PA/NP Signature followed by legible initials _____                          Date. _____

Physician Signature (followed by legible initials)                           Date: 10/29/02
(Must be signed by the facility physician)

Comments of Corporate Medical Director:                    ☐ Approved

☐ Corporate will send to Pharmacy                           ☐ Denied

☐ Facility to resubmit                                       ☐ Modified to: _____

Reason: _____                                              Signature of Corporate Medical Director

Date _____

1. Fax this sheet to the Medical Director for review.
2. Approved requests will be faxed directly to the pharmacy
3. Denied/Modified requests will be faxed back to the facility

Property of Corrections Corporation of America

WP935347

Ex_36-001594

MEDICATION ADMINISTRATION RECORD         DIAMOND   DIAMOND PHARMACY SERVICES
1. [redacted]      FAX: 7 [redacted]

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER / DISCONTINUE | Buspar 15mg po Bid x 30dc refill | AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | Buspar 30mg QHS x 30d c refill | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | Zoloft 25mg i po qm x 30dc refill | Noon HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | Zantac 150mg i BID x 1mo c 2refill | AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | Salt for Salt water gargles | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | CTM 4mg i po TID X5DAYS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| LOCATION | DATE OF BIRTH OR SOC. SEC. NO. [redacted] | ALLERGIES NKDA | FACILITY | CHARTING FOR | THROUGH | DIAGNOSIS |
|---|---|---|---|---|---|---|

Ex_36-001595

MEDICATION ADMINISTRATION RECORD    ◆DIAMOND◆ DIAMOND PHARMACY SERVICES

1.▮▮▮▮▮    FAX: ▮▮▮▮5

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 10/23/02 DISCONTINUE 2/26/02 805509 | BUSPIRONE 15MG TABLET SUB FOR: BUSPAR 15MG TABLET MCCANDLESS TAKE 1 TABLET ORALLY 3 TIMES DAILY | 5AM 1230P 2PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 10/22/02 DISCONTINUE 1/21/02 802447 | CARBAMAZEPINE 200MG TABLE SUB FOR: TEGRETOL 200MG TABLE MCCANDLESS TAKE 1 TABLET ORALLY 3 TIMES DAILY | 5AM 1230P 2PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 10/18/02 DISCONTINUE 01/17/03 778552 | NAPROXEN 500MG TABLET SUB FOR: NAPROSYN 500MG TABLE S. BOWLIN TAKE 1 TABLET ORALLY TWICE DAILY | 5AM 2PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 08/12/02 DISCONTINUE 11/12/02 6314395 | SELENIUM SULF 2.5% LOT. SUB FOR: SELSUN 2.5% SHAMPOO S. BOWLIN USE AS NEEDED | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 07/31/02 DISCONTINUE 10/31/02 6239018 | PIROXICAM 20MG CAPSULE SUB FOR: FELDENE 20MG CAPSULE S. BOWLIN TAKE 1 CAPSULE ORALLY ONCE DAILY | 1230P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE 11/30/02 | Tyl 1000 mg Tid prn | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

LOCATION

DATE OF BIRTH OR SOC. SEC. NO. ▮▮▮▮

ALLERGIES NO KNOWN ALLERGIES

FACILITY

DIAGNOSIS

CHARTING FOR    THROUGH

Ex_36-001596



MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMACY SERVICES

Ex_36-001597

11.18.2002 13.09 FAX 816 209 0004

# Non-Formulary Request Form

*previously discussed ī q m*

This form must be legibly completed in its entirety or else it will be denied and returned.

Date Requested: 11/14/02    Name of Facility: Leavenworth _____ (spell out)

Patient Name: Wesley Purkey _____ Inmate/Resident # _____ Age: _____

Medical Condition Being Treated: _____

I. Previous Remedies or Formulary Item(s) Used (include length of time, dosage tried, and compliance)

Buspar 15 mg tid since Apri/02

II. Reasons a Non-Formulary Drug is Necessary or Current Standard of Care Does Not Apply Are: (include attach clinical documentation, i.e., culture and sensitivity) _____

III. Request the Following Alternative Drug Treatment (include dosage schedule and length of time needed – one-month maximum) *Klonopin 0.5 mg (BID)*

PA/NP Signature (followed by legible initials): _____    Date: _____

Physician Signature (followed by legible initials): *J McCandless*    Date: 11/14/02
(Must be signed by the facility physician)    *LH*

| Comments of Corporate Medical Director: | ☐ Approved |
|---|---|
| ☐ Corporate will send to Pharmacy | ☐ Denied |
| ☐ Facility to resubmit | ☐ Modified to: _____ |
| Reason: _____ | Signature of Corporate Medical Director |
| _____ | Date 11/18/02 |

1. Fax this sheet to the Medical Director for review.

2. Approved requests will be faxed directly to the pharmacy

3. Denied/Modified requests will be faxed back to the facility

Property of Corrections Corporation of America

WP935351

913-727-2231    16:23    11/14.2002

Ex_36-001598

## Non-Formulary Request Form

*predinsly driva sued ʒ ym*

*This form must be legibly completed in its entirety or else it will be denied and returned.*

Date Requested: 11/14/0__    Name of Facility: __Leavenworth_____ (spell out)

Patient Name: __Wesley Purkey_____    Inmate/Resident # _____    Age: _____

Medical Condition Being Treated: _____

I.  Previous Remedies or Formulary Item(s) Used (include length of time, dosage tried, and compliance)

__Buspar 15 mg tid × 1mo CpH/02__

II. Reasons a Non-Formulary Drug is Necessary or Current Standard of Care Does Not Apply Are: (include/attach clinical documentation, i.e., culture and sensitivity) _____

_____

III. Request the Following Alternative Drug Treatment (include dosage schedule and length of time needed – one-month maximum) __Klonpin 0.5 mg BID___

PA/NP Signature (followed by legible initials): _____    Date: _____

Physician Signature (followed by legible initials): __McCandless__    Date: 11/14/02
(Must be signed by the facility physician)    a LH

| Comments of Corporate Medical Director: | ☐ Approved |
| --- | --- |
| ☐ Corporate will send to Pharmacy | ☐ Denied |
| ☐ Facility to resubmit | ☐ Modified to: _____ |
| Reason: _____ | Signature of Corporate Medical Director |
| _____ | Date _____ |
| _____ | |

1. Fax this sheet to the Medical Director for review.

2. Approved requests will be faxed directly to the pharmacy

3. Denied/Modified requests will be faxed back to the facility

Property of Corrections Corporation of America

WP935352

Ex_36-001599



**MEDICATION ADMINISTRATION RECORD**    **DIAMOND PHARMACY SERVICES**

Ex_36-001600



Ex_36-001601



MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMACY SERVICES

DIAGNOSIS

ALLERGIES  NKA

Ex_36-001602

LEAVENWORTH 1st TENT                    PAGE  03

# Non-Formulary Request Form

This form must be _legibly_ completed in its entirety or else it will be denied and returned.

Date Requested: 9-26-02    Name of Facility: Leavenworth _____ (spell out)

Patient Name: Purkey, Wesley _____ Inmate/Resident # _____ Age: _____

Medical Condition Being Treated: Bipolar Bipolar Dis _____

I.  Previous Remedies or Formulary Item(s) Used (include length of time, dosage tried, and compliance)

_____

_____

_____

II.  Reasons a Non-Formulary Drug is Necessary or Current Standard of Care Does Not Apply Are: (include/attach clinical documentation, i.e., culture and sensitivity)_____

_____

_____

III.  Request the Following Alternative Drug Treatment (include dosage schedule and length of time needed – one-month maximum) Buspar 15mg – po tid x 30d.
c̄ 2 refills.

_____

PA/NP Signature (followed by legible initials): _____ Date: _____

Physician Signature (followed by legible initials) X McCandless DO Date: 9/24/02
(Must be signed by the facility physician)                    LMc

| Comments of Corporate Medical Director: | ☑ Approved |
| --- | --- |
| ❑ Corporate will send to Pharmacy | ❑ Denied |
| ❑ Facility to resubmit | ❑ Modified to: _____ |
| Reason: _____ | _____ |
| _____ | Signature of Corporate Medical Director |
| _____ | Date 9/30/02 |

1.  Fax this sheet to the Medical Director for review.

2.  Approved requests will be faxed directly to the pharmacy

3.  Denied/Modified requests will be faxed back to the facility

Property of Corrections Corporation of America

WP935356

DEC.

Ex_36-001603

# Non-Formulary Request Form

*This form must be legibly completed in its entirety or else it will be denied and returned.*

Date Requested: 9-26-02    Name of Facility: Leavenworth _____ (spell out)

Patient Name: Dickey, Wesley _____ Inmate/Resident # _____ Age: _____

Medical Condition Being Treated: Unstable Bipolar Dir _____

I. Previous Remedies or Formulary Item(s) Used (include length of time, dosage tried, and compliance)

_____

_____

II. Reasons a Non-Formulary Drug is Necessary or Current Standard of Care Does Not Apply Are: (include/attach clinical documentation, i.e., culture and sensitivity)_____

_____

_____

III. Request the Following Alternative Drug Treatment (include dosage schedule and length of time needed – one-month maximum) _____ Buspar 15mg – po tid x 30d.

_____ c 2 refills.

PA/NP Signature (followed by legible initials): _____ Date:_____

Physician Signature (followed by legible initials) _____ McCandless DO _____ Date: 9/26/02
(Must be signed by the facility physician)    LMc

| Comments of Corporate Medical Director: | ❑ Approved |
|---|---|
| ❑ Corporate will send to Pharmacy | ❑ Denied |
| ❑ Facility to resubmit | ❑ Modified to: _____ |
| Reason: _____ | _____ |
| _____ | Signature of Corporate Medical Director |
| _____ | Date _____ |

1. Fax this sheet to the Medical Director for review.

2. Approved requests will be faxed directly to the pharmacy

3. Denied/Modified requests will be faxed back to the facility

Property of Corrections Corporation of America
WP935357

Ex_36-001604

# MEDICATION ADMINISTRATION RECORD

**DIAMOND PHARMACY SERVICES**

1. [REDACTED]    FAX: [REDACTED]

| ACTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 8/12/02 DISCONTINUE 1/11/02 314395 | SELENIUM SULF 2.5% LOT. SUB FOR: SELSUN 2.5% SHAMPOO S. BOWLIN USE AS NEEDED | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 8/03/02 DISCONTINUE 8/02/02 359411 | BUSPIRONE 15MG TABLET SUB FOR: BUSPAR 15MG TABLET MCCANDLESS TAKE 1 TABLET ORALLY 3 TIMES DAILY | 5AM 1230P 9PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 7/31/02 DISCONTINUE 8/30/02 239016 | PIROXICAM 20MG CAPSULE SUB FOR: FELDENE 20MG CAPSULE S. BOWLIN TAKE 1 CAPSULE ORALLY ONCE DAILY | AM 1230P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 7/11/02 DISCONTINUE 8/10/02 045082 | CARBAMAZEPINE 200MG TABLE SUB FOR: TEGRETOL 200MG TABLE MCCANDLESS TAKE 1 TABLET ORALLY 3 TIMES DAILY | 5AM 1230P 9PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | Peric colace ⁻ PO BID prn x5mos. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| N | | C | Court | | | | | | |

LOCATION    DATE OF BIRTH OR SOC. SEC. NO. [REDACTED]    ALLERGIES: NO KNOWN ALLERGIES    DIAGNOSIS

CHARTING FOR    THROUGH

Ex_36-001605

# Non-Formulary Request Form

*Renewal*

*This form must be legibly completed in its entirety or else it will be denied and returned.*

Date Requested: 7-10-02    Name of Facility: Leavenworth _____ (spell out)

Patient Name: Purkey, Wesley _____    Inmate/Resident # _____    Age: _____

Medical Condition Being Treated: Probable Bipolar mood D/O _____

I.  Previous Remedies or Formulary Item(s) Used (include length of time, dosage tried, and compliance)

Buspar _____

II. Reasons a Non-Formulary Drug is Necessary or Current Standard of Care Does Not Apply Are: (Include/attach clinical documentation, i.e., culture and sensitivity) Evaluated @ Springfield + Rochester + discharged on Buspar 15 mg T

III. Request the Following Alternative Drug Treatment (include dosage schedule and length of time needed – one-month maximum) Buspar 15 mg T PO Tid x 30 days c 2 refills

PA/NP Signature (followed by legible initials): _____    Date: _____

Physician Signature (followed by legible initials): D McCandless @    Date: 7/10/02
(Must be signed by the facility physician) LMc

| Comments of Corporate Medical Director: | ☐ Approved |
|---|---|
| ☐  Corporate will send to Pharmacy | ☐ Denied |
| ☐  Facility to resubmit | ☐ Modified to: _____ |
| Reason: _____ | _____ |
| _____ | Signature of Corporate Medical Director |
| _____ | Date _____ |

1.  Fax this sheet to the Medical Director for review.

2.  Approved requests will be faxed directly to the pharmacy.  **FAXED**

3.  Denied/Modified requests will be faxed back to the facility

Property of Corrections Corporation of America

WP935359

6 days left

PAGE 82    LEAVENWORTH DETENT    913-727-2231    11:33    08/01/2002

Ex_36-001606

06/26 2002  08:58        727-2                    LEAVENWORTH DETC       PAGE  02

# Non-Formulary Request Form

*Return / Renewal*

This form must be _legibly_ completed In its entirety or else it will be denied and returned.

Date Requested: 6/26/02    Name of Facility: CCA Leavenworth _____ (spell out)

Patient Name: Parker _____ Inmate/Resident # Wesley Age: _____

Medical Condition Being Treated: _Mood Disorder; Probable Bipolar need P.O._

I.   Previous Remedies or Formulary Item(s) Used (include length of time, dosage tried, and
     compliance)

     _Buspar 15mg 1 po tid._

II.  Reasons a Non-Formulary Drug is Necessary or Current Standard of Care Does Not Apply Are:
     (include/attach clinical documentation, i.e., culture and sensitivity) _Evaluated @_
     _Springfield + Rochester and discharged on Buspar today_
     _15 mg tid_

III. Request the Following Alternative Drug Treatment (Include dosage schedule and length of
     time needed – one-month maximum) _Buspar 15mg 1 PO TID x 30d_
     _c 2 refills_

PA/NP Signature (followed by legible initials): _____    Date: _____

Physician Signature (followed by legible initials): _____    Date: _____
(Must be signed by the facility physician)

| Comments of Corporate Medical Director: | ☑ Approved |
| --- | --- |
| ☐  Corporate will send to Pharmacy | ☐ Denied |
| ☐  Facility to resubmit | ☐ Modified to: _____ |
| Reason: _____ | _Signature of Corporate Medical Director_ |
| _____ | Date _____ |

1.  Fax this sheet to the Medical Director for review.

2.  **Approved** requests will be faxed directly to the pharmacy.  RECEIVED

3.  Denied/Modified requests will be faxed back to the facility

Scott E. Bowlin, D.O.

JUN 2 6 2002

Property of Corrections Corporation of America

WP935361

Ex_36-001607



MEDICATION ADMINISTRATION RECORD    DIAMOND PHARMACY SERVICES

WP935363

ALLERGIES
NO KNOWN ALLERGIES

FACILITY
LEAVENWORTH DETN. CENTER

CHARTING FOR 08/01/02    THROUGH 08/31/02

CURREY/WESLEY, 14679045

Ex_36-001608



MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMACY SERVICES

Ex_36-001609



MEDICATION ADMINISTRATION RECORD    DIAMOND PHARMACY SERVICES

Tegretol 200mg.
i tab TID x 30
days c̄ 2 Refills

Advil 600mg po TID PRN
until seen by Dental
DIC when
Naproxen avail

Orasol Gel .75gm.
Apply topically/PRN
dental pain

Naproxen 500mg i
PO BID x 30d
c̄ 2 refills

Selenium Sulside
prn

Feldene 20mg QD
x 30d c̄ 2 refills

Ex_36-001610

MEDICATION ADMINISTRATION RECORD    DIAMOND PHARMACY SERVICES
1-_____    FAX:_____

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Buspirone 15 mg ɨ tab T ID | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tegretol 200 mg ɨ tab T ID | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Naproxen 500 mg ɨ tab B ID | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TAO PRN | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

WP093366

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|

LOCATION    DATE OF BIRTH OR SOC. SEC. NO.    ALLERGIES   NKDA    CHARTING FOR    THROUGH

DIAGNOSIS

Ex_36-001611

## Non-Formulary Request Form

*This form must be legibly completed in its entirety or else it will be denied and returned.*

Date Requested: H-19-02  Name of Facility: Leavenworth _____ (spell out)

Patient Name: Purkey, Wisley _____ Inmate/Resident # _____ Age: _____

Medical Condition Being Treated: Mood DiO . Juvenile Bpolar Head /Hu

I. Previous Remedies or Formulary Item(s) Used (include length of time, dosage tried, and compliance)

Buspar 15mg ī po tid

II. Reasons a Non-Formulary Drug is Necessary or Current Standard of Care Does Not Apply Are: (include/attach clinical documentation, i.e., culture and sensitivity) Pt was evaluated at Springfield, Mo (psychiatric unit) & discharged on Buspar 15mg tid

III. Request the Following Alternative Drug Treatment (include dosage schedule and length of time needed – one-month maximum) Buspar 15mg tid × 30d c̄
2 refills

PA/NP Signature (followed by legible initials): _____ Date: _____

Physician Signature (followed by legible initials): K Chandless Do   Date: 4/19/02
(Must be signed by the facility physician)

| Comments of Corporate Medical Director: | ❑ Approved |
|---|---|
| ❑ Corporate will send to Pharmacy | ❑ Denied |
| ❑ Facility to resubmit | ❑ Modified to: _____ |
| Reason: _____ | _____ |
| _____ | Signature of Corporate Medical Director |
| _____ | Date _____ |

1. Fax this sheet to the Medical Director for review.

2. Approved requests will be faxed directly to the pharmacy

3. Denied/Modified requests will be faxed back to the facility

FAXED

Property of Corrections Corporation of America

WR025267

Ex_36-001612

## Non-Formulary Request Form

This form must be _legibly_ completed in its entirety or else it will be denied and returned.

Date Requested: 3/18/02.   Name of Facility: _Leavenworth_   (spell out)

Patient Name: _Puckey Wesley_   Inmate/Resident # _14679045_ Age _____

~~In evaluation By Dr Peterson does include: Cocaine Induced Psychotic Dio E Delusion.~~
Medical Condition Being Treated: Early onset Dysthymic DO, Polysubstance dependence
(ie Psychostimulants, Alcohol, +hallucinogens) Personality DO, NOS. Reported Rx of Closed

I.   Previous Remedies or Formulary Item(s) Used (include length of time, dosage tried, and ____
lead cry "]compliance)  Tegretol ~ Valium for anger control.

_____

_____

II.  Reasons a Non-Formulary Drug is Necessary or Current Standard of Care Does Not Apply Are:
(include/attach clinical documentation, i.e., culture and sensitivity) _a psychiatric evaluation_
was completed by Dr. Stephen E. Peterson. Per evaluation "Mr Puckey
may receive some benefit at CCA from combination of Tegretol + Valium or one
o. _te_ mood stabilizers (ie Tegretol, Depakote + Lithium) and Buspar.

III. Request the Following Alternative Drug Treatment (include dosage schedule and length of
time needed – one-month maximum) _Buspar 15mg tid x 30d = 2 refills_

PA/NP Signature (followed by legible initials): _____   Date: _____

Physician Signature (followed by legible initials) _A McCandless_   Date: 4/3/02
(Must be signed by the facility physician)                     LMc

| Comments of Corporate Medical Director: | ☒ Approved |
|---|---|
| ☐ Corporate will send to Pharmacy | ☐ Denied |
| ☐ Facility to resubmit | ☐ Modified to: _____ |
| Reason: _____ | _signature_ |
| _____ | Signature of Corporate Medical Director |
| _____ | Date ___4/5/02___ |

1.  Fax this sheet to the Medical Director for review.

2.  Approved requests will be faxed directly to the pharmacy

3.  Denied/Modified requests will be faxed back to the facility

Spoke to Dr...Puckey 4/5/02

Property of Corrections Corporation of America

WP935368



**MEDICATION ADMINISTRATION RECORD**

DIAMOND PHARMACY SERVICES

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 04/20/02 DISCONTINUE 07/20/02 9331816 | BUSPIRONE 15MG TABLET SUB FOR: BUSPAR 15MG TABLET   MCCANDLESS TAKE 1 TABLET ORALLY 3 TIMES DAILY | 5AM 1230P 7PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 04/20/02 DISCONTINUE 07/20/02 9331814 | CARBAMAZEPINE 200MG TAB SUB FOR: TEGRETOL 200MG TABLE S. BOWLIN TAKE 1 TABLET ORALLY TWICE DAILY AND AT BEDTIME | 5AM 1230P 7PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

WP9353699

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|

| DATE OF BIRTH OR SOC SEC. NO 00/00/0000 | ALLERGIES NO KNOWN ALLERGIES | | DIAGNOSIS |
|---|---|---|---|

MATE NAME AND NUMBER    FACILITY

Ex_36-001614

MEDICATION ADMINISTRATION RECORD    ◆DIAMOND▶ DIAMOND PHARMACY SERVICES
1.▮▮▮▮▮  FAX: ▮▮▮▮▮

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ORDER
5/02 NAPROXEN SOD 550MG TAB
MCCANDLESS, LINDA, PSYCH
TAKE 1 TABLET ORALLY
TWICE DAILY — 5AM
05/02 — 2PM
D/C'd  4/19/02

1158 — 5AM
BUSPIRONE 15MG TABLET
05/02 SUB FOR: BUSPAR 15MG TABLET   MCCANDLESS
TAKE 1 TABLET ORALLY 3
TIMES DAILY — 1230P
05/02 — 2PM

14141 — 5AM
CARBAMAZEPINE 200MG TAB
/05/02 SUB FOR: TEGRETOL 200MG TABLE MCCANDLESS
TAKE 1 TABLET ORALLY
TWICE DAILY AND AT
/05/02 BEDTIME — 1230P
— 2PM

54128 — AM
PIROXICAM 20MG CAPSULE
1/01/02 SUB FOR: FELDENE 20MG CAPSULE S. BOWLIN
TAKE 1 CAPSULE ORALLY
ONCE DAILY — 1230P
7/01/02

228452
SELENIUM SULFID 2.5% LOT.
4/01/02 SUB FOR: SELSUN 2.5% SHAMPOO S. BOWLIN
USE AS DIRECTED
5/01/02
9228449
ORIGINAL ORDER

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

DATE OF BIRTH OR SOC. SEC. NO.    ALLERGIES    ALLERGIES    CHARTING FOR    THROUGH    DIAGNOSIS

Ex_36-001615

FORM 13-49C

14679-045
Purkey. Wesley

# Informed Consent (Anxiolytics/Sedatives/Hypnotics)

CCA: _Leavenworth_
**(Facility)**

## MEDICATION

For example: Ativan, Valium, Libr ium, Tr anxene, Xanax, Dalmane, Halcion, Restoril or any other anxiolytic/sedative/hypnotic.        _Buspar._

## PURPOSE

These medications are used to reduce nervousness and tension and to help people sleep.

## COMMON SIDE EFFECTS

Sleepiness, confusion, light-headedness, agitation, slur r ed speech, difficulty walking; and pr oblems with coordination. If you experience any of these side effects, please r eport them to any member of the health care staff.

## ALTERNATIVE TREATMENTS

It has been determined at this time that this category of medications is effective for nervousness and/or sleep problems. Other treatments include "talk therapies" such as counseling and behavior therapy.

## APPROXIMATE LENGTH OF CARE

The medication usually acts within a few hours. The medications are generally used for short lengths of time and only as long as the inmate/resident continues to have a need for it.

## RISK AND HAZARDS

*Hab it forming with long-term use.*    Avoid alcohol; avoid operating a motor vehicle or other activity that requires alertness. Sudden withdrawal or discontinuation of the medication may cause withdrawal symptoms, including convulsions.

## NOTIFICATION

I understand that I can decide to stop taking this medication at any time by telling the Licensed Independent Provider (LIP) or any health care staff. If I decide to stop taking this medication, it will not affect my ability to receive other health car e. I understand that by signing this form I am agr eeing to let Dr . _____ tr eat me with a psychotropic dr ug. Dr . _McCandles_____, has explained the nature of this tr eatment and the reasons I am being treated. I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time that I will be taking this drug. Dr. _McCandies_____ has given me a chance to ask questions about my treatment and has answered all my questions. I understand that I can discuss any other questions I might have about my treatment and the doctor and that a signed copy of this form will be given to me upon request.

X _W_____        _04/05/02_
Inmate/Resident Signature                         Time/Date

_McCandias CC)_                        _4-10-02_
Licensed Independent Provider Signature        Time/Date

WP935371
Property of Corrections Corporation of America

Ex_36-001616

FORM 13-49D

*146 79-045*
*Purkey. Wesley.*

*Mood Stabilizers*

## Informed Consent (Lithium)

CCA: _Leavenworth_
(Facility)

### MEDICATION

Lithium/lithium carbonate (Eskalith, Lithane, Lithobid, Lithonate, Lithotabs)

*Tegretol*
*VPH*

### PURPOSE

This medication is used to treat highly changeable mood, which is called bipolar disorder, as well as depression.

### COMMON SIDE EFFECTS

Increased urination and thirst, upset stomach, vomiting, diarrhea, find hand tremor, muscle weakness, thyroid gland enlargement, sleepiness.  If you experience any of these side effects, please report them to any member of the health care staff.

### ALTERNATIVE TREATMENTS

It has been determined at this time, that this category of medications is the most effective therapy available, and that this class of medication will relieve undesirable symptoms better and more quickly than other treatments. Other treatments include "talk therapies" such as counseling or behavior therapy.

### APPROXIMATE LENGTH OF CARE

The medication usually acts within a few days, and significant benefit may occur within three weeks.  The doctor will adjust the dosage from time to time, in most cases, to the minimum dosage that meets the needs of the inmate/resident. The doctor will order laboratory tests from time to time to ensure that the medication is working safely.

### RISK AND HAZARDS

Avoid abrupt changes in weight and changes in salt intake.  Avoid too much caffeine and avoid activities resulting in high levels of sweating.

### NOTIFICATION

I understand that I can decide to stop taking this medication at any time by telling the Licensed Independent Provider (LIP) or any health care staff.  If I decide to stop taking this medication, it will not affect my ability to receive other health care.    I understand that by signing this form I am agreeing to let Dr. _McCandless_ treat me with a psychotrophic drug.

Dr. _McCandless_ , has explained the nature of this treatment and the reasons I am being treated.  I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time that I will be taking this drug. Dr. _McCandles_ has given me a chance to ask questions about my treatment and has answered all my questions.  I understand that I can discuss any other questions I might have about my treatment and the doctor and that a signed copy of this form will be given to me upon request.

X _____
Inmate/Resident Signature

_04/8/02_
Time/Date

_4-10-02_
Time/Date

_____
Licensed Independent Provider Signature

WP935372
Property of Corrections Corporation of America

Ex_36-001617

**MEDICATION ADMINISTRATION RECORD** — **DIAMOND PHARMACY SERVICES**

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 4/4/02 DISCONTINUE 7/4/02 | Tegutol 200mg PO BID and @ HS. x30d/2ref. | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 4/4/02 DISCONTINUE 7/4/02 | Buspar 15mg PO TID x30d 2ref | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIG ORDER 4/4/02 DISCONTINUE 7/4/02 | Naprosyn 550mg PO BID | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 4/8/02 DISCONTINUE 4/22/02 | Advil 600mg TID X 14 days | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 4/10/02 DISCONTINUE | Tylenol 1000mg PO TID X 14d | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 4/18/02 DISCONTINUE 7/19/02 | Tegretol 200mg i Bid i HS. x30d c̄ 2ref. | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| BM | B Meltonien | KC | Ahmed Eng LN | JCG | | CH | Hosseini Lpn | | |

LOCATION | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES | DIAGNOSIS

INMATE NAME AND NUMBER: Miller, Wesley.   146 79045   FACILITY: IDC   CHARTING FOR 4/1/02 THROUGH 4-30-02

WP935373

Ex_36-001618

**MEDICATION ADMINISTRATION RECORD**



DIAMOND PHARMACY SERVICES

Ex_36-001619



MEDICATION ADMINISTRATION RECORD    ◆DIAMOND◆ DIAMOND PHARMACY SERVICES
1. ███████    FAX: ███████

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 3/27/02 DISCONTINUE | Tegretol 200 mg TID | 0530 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1230 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 3/27/02 DISCONTINUE | Buspar 15 mg TID | 0530 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1230 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

WP935375

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

LOCATION    DATE OF BIRTH OR SOC. SEC. NO.    ALLERGIES

INMATE NAME AND NUMBER Parker Wesley    FACILITY CCA-LVN    CHARTING FOR 3-1-02    THROUGH 3-31-02    DIAGNOSIS

Ex_36-001620

MEDICATION ADMINISTRATION RECORD    DIAMOND    DIAMOND PHARMACY SERVICES    FAX:

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|---|
| ORIGINAL ORDER 2/21/01 CONTINUE 3/20/02 197864 | CYCLOBENZAPRINE 10MG TAB SUB FOR: FLEXERIL 10MG TABLET S. BOWLIN TAKE 1 TABLET ORALLY 3 TIMES DAILY | 5AM 1230PM 9PM | |
| ORIGINAL ORDER 2/21/01 DISCONTINUE 3/?? '02 19? | IBUPROFEN 600MG TABLET SUB FOR: MOTRIN 600MG TABLET S. BOWLIN TAKE 1 TABLET ORALLY 3 TIMES DAILY | 5AM 1230PM 9PM | |
| ORIGINAL ORDER DISCONTINUE | Paxil 20mg PO QHS | 21 | D/C 2-3-02 |
| ORIGINAL ORDER DISCONTINUE | Clindamycin 150mg ī TID X 14 days | 0500 1230 2100 | |
| ORIGINAL ORDER 2-3-02 DISCONTINUE 3-3-02 | Tegretol 100mg Tam -- ī q HS | 2100 | |
| ORIGINAL ORDER 2-3-02 DISCONTINUE 3-3-02 | Depakote ER 500mg #ī q HS | 2100 | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| TL | Tamara Lyttes RN | | | WM | WMiller LPN | | | | |
| RC | RChmielewsky LPN | | | | | | DeDrinker RN | | |

DIAGNOSIS

| LOCATION | DATE OF BIRTH OR SOC. SEC. NO. 00/00/1900 | ALLERGIES NO KNOWN ALLERGIES | | CHARTING FOR 02/01/02 | THROUGH 02/28/02 |
|---|---|---|---|---|---|
| INMATE NAME AND NUMBER | | FACILITY LEAVENWORTH DETN. CENTER | | | |

HICKEY WESLEY, 14679045

WP935377

Ex_36-001621

FORM 13-50A

# Initial Health Screening Form

Date: _6-20-02_    Time: _16-2000_    Primary Language: _English_

Inmate/Resident Last Name: _Turkey_    Inmate/Resident First Name: _Wesley_

DOB: ███████    Inmate/Resident Number: _1467904S_

Vital Signs: Ht _61"_ Wt: _215_ T: _97.0_ P: _95_ R: _28_ B/P: _131/66_ Diabetic: ☐ Yes ☒ No BS: _____

1. Visible signs of traumas or illness requiring immediate emergency or doctor's care?    ☐ Yes ☒ No
   If yes, describe: _____

2. Obvious fever, swollen lymph nodes, jaundice, other evidence of infection?    ☐ Yes ☒ No
   If yes, describe: _____

3. Poor skin condition, rashes or needle marks?    ☒ Yes ☐ No
   If yes, describe: _Chapped lips — uses A+D oint._

4. Signs of intoxication?    ☐ Yes ☒ No
   If yes, describe: _____

5. Visible signs of alcohol or drug withdrawal?    ☐ Yes ☒ No
   If yes, describe: _____

6. Current medications and dosage:
   (Write "none" or list below)    Medications Verified?    Yes    No
   1. _Buspar 15mg PO TID_
   2. _Tegretal 200mg PO TID_
   3. _Naproxen 500mg PO BID_

7. Prescribed special diets?    ☐ Yes ☒ No

8. Visible signs of dental problems?    ☐ Yes ☒ No
   If yes, describe: _____

9. Visible signs of physical deformities?    ☐ Yes ☒ No
   If yes, describe: _____

10. Medical History (Indicate by letter listed below): P = Past Medical History    C = Current
    _P_ allergies    _P_ asthma    _P_ ulcers    _P_ epilepsy    _P_ hepatitis
    _P_ HIV    _P_ diabetes    _P_ heart condition    ~~_N/A_ gynecological problems~~
    _P_ weight loss    _P_ tuberculosis    _P_ high blood pressure    _C_ mental illness or treatment

11. List all prior operations and the year of surgery: _none_

12. Alcohol and Drug History
    Used within the last 7 days (Mark '7')    Used within the last year (Mark 'Y')
    _P_ Alcoholic Beverage    _Y_ Marijuana    _P_ Cocaine    _P_ IV Narcotics    _____ Other

13. N/A Females:    Pregnant ☐ Yes ☐ No    Last Period: _____    Results of UA for Pregnancy: + or -
    Current Birth Control: ☐ Pills ☐ Diaphragm ☐ Norplant ☐ None
    Para _____    Gravida _____    Abortions _____

14. Disposition:    ☐ Holding Unit    ☐ General Population    ☐ Other _____
    ☐ Emergency Care    ☐ Medical Observation

15. Next of Kin: ████████ ████████ _wife_    Phone: ████████████

16. Does inmate/resident have: Advance Directives? ☐ Yes ☒ No    Living Will? ☐ Yes ☒ No

17. Is inmate/resident at nutritional risk? ☐ Yes ☒ No    (If Yes, refer to MD)

Examiner's Signature: _X Varm_    Title: _RN_    Date: _6-20-02_

Property of Corrections Corporation of America

WP935383

Ex_36-001622



MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMACY SERVICES

Ex_36-001623

FORM 13-61B

## Referral for Mental Health Services

Date: 5-19-03

Inmate/Resident Name: Purkey, Wesley

Inmate/Resident No.: _____

Briefly describe reason for referral: _____

Requesting to take larger dose of Klonopin (1mg) @ noon and smaller dose @ HS (0.5mg)

Prior mental health treatment (if known): _____

"J" Chgd by Dr. McCandliss

Current medication (if referred by Health Services staff):

Drug: _____          Dose: _____

Compliant    ❑ Yes  ❑ No

Priority:    Emergency   ❑
             ASAP ❑
             As time permits ❑

Referred by: _____

*Reviewed by the Health Services Administrator.*

WP935395
Property of Corrections Corporation of America

Ex_36-001624

FORM 13-49C

## Informed Consent (Anxiolytics/Sedatives/Hypnotics)

CCA: _____
(Facility)

### MEDICATION

For example: Ativan, Valium, Libr ium, Tr anxene, Xanax, Dalmane, Halcion, Restoril or any other anxiolytic/sedative/hypnotic.    Klonopin.

### PURPOSE

These medications are used to reduce nervousness and tension and to help people sleep.

### COMMON SIDE EFFECTS

Sleepiness, confusion, light-headedness, agitation, slur r ed speech, difficulty walking; and pr oblems with coordination. If you experience any of these side effects. please repor t them to any member of the health care staff.

### ALTERNATIVE TREATMENTS

It has been determined at this time that this category of medications is effective for nervousness and/or sleep problems. Other treatments include "talk therapies" such as counseling and behavior therapy.

### APPROXIMATE LENGTH OF CARE

The medication usually acts within a few hours. The medications are generally used for short lengths of time and only as long as the inmate/resident continues to have a need for it.

### RISK AND HAZARDS

*Hab it forming with long-term use.*    Avoid alcohol; avoid operating a motor vehicle or other activity that requires alertness. Sudden withdrawal or discontinuation of the medication may cause withdrawal symptoms, including convulsions.

### NOTIFICATION

I understand that I can decide to stop taking this medication at any time by telling the Licensed Independent Provider (LIP) or any health care staff. If I decide to stop taking this medication, it will not affect my ability to receive other health-car. e. I understand that by signing this form I am agr eeing to let Dr . _____ tr eat me with a psychotropic dr ug. Dr . _____, has explained the nature of this tr eatment and the reasons I am being treated. I have also been informed about alternative treatments, the risks and hazards. associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time that I will be taking this drug. Dr. _____ has given me a chance to ask questions about my treatment and has answered all my questions. I understand that I can discuss any other questions I might have about my treatment and the doctor and that a signed copy of this form will be given to me upon request.

_____    Time/Date 1 1-14-02 2 15
Inmate/Resident Signature

_____    Time/Date
Licensed Independent Provider Signature

WP935397
Property of Corrections Corporation of America

Ex_36-001625

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

REQUEST

FROM: (Requesting Physician or activity) | DATE OF REQUEST

PT FACING DEATH PENALTY MURDER TRIAL

| DCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL | ☐ ROUTINE ☐ 72 HOURS | ☐ TODAY ☐ EMERGENCY |
|---|---|---|---|---|

CONSULTATION REPORT

Axis I:
Axis II:     } DEFERRED
Axis III:

S/o CAME TO LEAVENWORTH
Zoloft, Klonopin, Tegretol
0.5 AT NOON
↑                ↑ 1m AT NOON          ↑
100mghs    0.5 AT Night      200m TID

" I DON'T FEEL comfortable TALKING ABOUT
MY CASE IN FRONT OF SECURITY "
STATES HE CAN'T TELL ME THE PROBLEMS
he has WITHOUT DISCUSSING his CASE

I CAN'T PRESCRIBE WITHOUT ACQUIRING
(OR: AT LEAST PERSONALLY VERIFYING)
THE NATURE OF THE PROBLEM.

I SUGGESTED he DISCUSS THE PROBLEM
WITH his ATTORNEY, NO MEDS PRESCRIBED

P RETURN PRN

Sensitive - L.O.U.

(Continued on reverse side)

| SIGNATURE AND TITLE    Bill GRANT mo | DATE 6/27/03 |
|---|---|
| IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO. |

CONSULTATION SHEET
STANDARD FORM 513 (Rev. 9-77)
Prescribed by GSA-ICMR
FIRMR (41 CFR) 201-45.505
513-108

PATIENT'S IDENTIFICATION (for typed or written entries give: Name — last, first.
Middle; grade, rank; rate; hospital or medical
Facility)

PURKEY, WESLEY
14679-045

WP935418

Ex_36-001626