# Exhibit 37

# STATE OF WASHINGTON
# DEPARTMENT OF HEALTH

## CERTIFICATE OF DEATH

**Local File Number:** 3547
**State File Number:** 146 3 44341

| Field | Value |
|---|---|
| 1. Name | Irene M. Bartlett |
| 2. Sex | Female |
| 3. Death Date | 12-19-2003 |
| 4. Age Last Birthday | 84 |
| 7. Birthdate | [redacted] |
| 8. Birthplace | Topeka, KS |
| 9. Was Decedent Ever in U.S. Armed Forces? | no |
| 10. County of Death | Snohomish |
| 11. City, Town or Location of Death | Mill Creek |
| 13. Smoking in Last 15 Years? | No |
| 14. Marital Status | Widow |
| 17. Decedent's Education | 12 |
| 18. Usual Occupation | Records Clerk |
| 19. Kind of Business or Industry | Boeing Air Craft Corp. |
| 20. Hispanic origin? | no |
| 21. Race | Caucasian |
| 22. Residence – Number and Street | 313 92nd St. NE |
| 23. City/Town or Location | Marysville |
| 24. Inside City Limits? | Yes |
| 25A. County | Snohomish |
| 25B. Length of Res. in Co. | 35 |
| 26. State | WA |
| 27. Zip Code | 98271 |
| 28. Father's Name | Ira F. Purkey |
| 29. Mother's Name | Opel Moore |
| 30. Informant – Name | Linda Johnson |
| 31. Mailing Address | [redacted], Marysville, WA 98270 |
| 32. Burial, Cremation, Removal | Cremation |
| 33. Date | 12-23-2003 |
| 34. Cemetery | Jern's Crematory |
| 35. Location | Bellingham, Washington |
| 37. Name of Facility | American Burial and Cremation |
| Address of Facility | 5727 Littlerock Road, Tumwater, WA 98512 |
| 40. Date Signed | 12/22/03 |
| 41. Hour of Death | 1830 |
| 48. Name and Address of Certifier | Betty Westfall, ARNP, P O Box 1822, Monroe, WA 98272 |
| 49. ME/Coroner File Number | 03SN2224 |

### 50. Cause of Death

| Line | Cause | Interval |
|---|---|---|
| a. Immediate Cause | Parkinson's Disease c Dementia | 7.5 yrs |
| b. Due to | HTN | 7.5 yrs |
| c. Due to | Bilateral Pneumonia | 20 days |

| Field | Value |
|---|---|
| 52. Autopsy? | No |
| 53. Was Case Referred to Medical Examiner or Coroner? | Yes |
| 63. Date Received | DEC 23 2003 |

000207

Ex_37-001627