Exhibit 38

KSP   .60

NAME _PERKEY_____

DATE OF ADMISSION _12-24-78_ NUMBER _23451_

EXAMINATIONS OF INMATES IN SEGREGATION - UNITS DAILY

Starting date _12-24_
Ending date _12-24_

Disc. Seg._____  Adm. Seg._____  P.C._____

| MENTAL & PHYSICAL CONDITION | | CONDUCT | MEALS | INITIAL | MEDICAL CHECK | Sign-ature | Escort Imfir. | Sign-ature | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| MONDAY Date | 0600-1400 | | | | | | | | |
| | 1400-2200 | | | | | | | | |
| | 2200-0600 | | | | | | | | |
| TUESDAY Date | 0600-1400 | | | | | | | | |
| | 1400-2200 | | | | | | | | |
| | 2200-0600 | | | | | | | | |
| WEDNESDAY Date | 0600-1400 | | | | | | | | |
| | 1400-2200 | | | | | | | | |
| | 2200-0600 | | | | | | | | |
| THURSDAY Date | 0600-1400 | | | | | | | | |
| | 1400-2200 | | | | | | | | |
| | 2200-0600 | | | | | | | | |
| FRIDAY Date | 0600-1400 | | | | | | | | |
| | 1400-2200 | | | | | | | | |
| | 2200-0600 | | | | | | | | |
| SATURDAY Date | 0600-1400 | | | | | | | | |
| | 1400-2200 | | | | | | | | |
| | 2200-0600 | | | | | | | | |
| SUNDAY Date | 0600-1400 | S | ✓ | Bl | No | (sig) | | | Confined 0940 hrs. |
| | 1400-2200 | S | ✓ | RT | No | (sig) | | | |
| | 2200-0600 | S | — | GW | No | (sig) | | | |

ADDITIONAL COMMENTS AS TO THE INMATES BEHAVIOR OR PHYSICAL CONDITION; _____

INMATE RECEIVED SHOWER; M__ T__ W__ T__ F__ S__ S__   IF NOT STATE WHY; _____
INMATE RECEIVED CLOTHES; M__ T__ W__ T__ F__ S__ S__   IF NOT STATE WHY; _____
INMATE RECEIVED RECREATION; M__ T__ W__ T__ F__ S__ S__   IF NOT STATE WHY; _____
SEEN BY THE SEGREGATION REVIEW BOARD;  DATE _____
PLACED IN ADMINISTRATIVE SEGREGATION AND REVIEWED IN (7) DAYS; YES__ NO__   IF NOT, WHY; _____
ORIGINAL TO THE DIRECTOR
COPY TO DEPUTY DIRECTOR O
2200-0600 shift make out all new report sheets each Monday AM for the upcoming week prior to going off duty
0600-1400 shift turn in copies each Monday 0800
A segregation report will be made out by the shift on duty when man is placed in segregation
Original and (2) Copy              Ad.—Comments on back **000917**              Copy retained in A&T

Ex_38-001628

KSP .60

EXAMINATIONS OF INMATES IN SEGREGATION UNITS DAILY

NAME __Perkey__   Starting date __12-25__   Ending date _____

DATE OF ADMISSION __12-24-78__   NUMBER __23451__   Disc. Seg. _____   Adm. Seg. _____   P.C. _____

| MENTAL & PHYSICAL CONDITION | | CONDUCT | MEALS | INITIAL | MEDICAL CHECK | Signature | Escort Imfir. | Signature | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| MONDAY Date | 0600-1400 | S | ✓✓ | Qua | NO | Diong | | | |
| | 1400-2200 | S | ✓ | DT | No | Tylr | | | |
| | 2200-0600 | S | — | CSD | No | R. Brun | | | |
| TUESDAY Date | 0600-1400 | S | ✓✓ | Qus | no | Diong | | | |
| | 1400-2200 | S | ✓ | NCW | no | luin | | | |
| | 2200-0600 | S | — | E.S | no | Symth | | | |
| WEDNESDAY Date | 0600-1400 | S | ✓✓ | Café | no | Fraley | | | |
| | 1400-2200 | S | ✓ | NCW | no | luin | | | |
| | 2200-0600 | S | | CS | no | Sip | | | |
| THURSDAY Date | 0600-1400 | S | ✓✓ | MM | NO | TN | | | |
| | 1400-2200 | S | ✓ | Two | M | TN | | | |
| | 2200-0600 | S | — | E.S | no | Smith | | | |
| FRIDAY Date | 0600-1400 | S | ✓✓✓ | BJ | No | Schan | | | |
| | 1400-2200 | S | ✓ | DT | No | Sirn | | | |
| | 2200-0600 | S | — | CSD | No | D.Buono | | | |
| SATURDAY Date | 0600-1400 | S | ✓✓ | MM | NO | Mirl | | | |
| | 1400-2200 | S | | DT | No | Tyh | | | |
| | 2200-0600 | S | — | CSD | no | W.Buono | | | |
| SUNDAY Date | 0600-1400 | S | ✓✓ | SD | no | Oler | | | |
| | 1400-2200 | S | ✓ | LW | NO, | Warden | | | |
| | 2200-0600 | S | — | DT | No | Tyln | | | |

ADDITIONAL COMMENTS AS TO THE INMATES BEHAVIOR OR PHYSICAL CONDITION; /_____

INMATE RECEIVED SHOWER; M___ T___ W___ T___ F___ S ✓0-5 S___   IF NOT STATE WHY;_____
INMATE RECEIVED CLOTHES; M___ T___ W___ T___ F___ S___ S___   IF NOT STATE WHY;_____
INMATE RECEIVED RECREATION; M___ T___ W___ T___ F___ S___ S___   IF NOT STATE WHY;_____
SEEN BY THE SEGREGATION REVIEW BOARD;  DATE _____
PLACED IN ADMINISTRATIVE SEGREGATION AND REVIEWED IN (7) DAYS; YES___ NO___   IF NOT, WHY;_____
ORIGINAL TO THE DIRECTOR
COPY TO DEPUTY DIRECTOR O
2200-0600 shift make out all new report sheets each Monday AM for the upcoming week prior to going off duty
0600-1400 shift turn in copies each Monday 0800
A segregation report will be made out by the shift on duty when man is placed in segregation
Original and (2) Copy          Ad.-Comments on back          Copy retained in A&T

**000918**

Ex_38-001629

KSP .60

EXAMINATIONS OF INMATES IN SEGREGATION UNITS DAILY

NAME _Purkey_

Starting date _1-1-79_   Ending date ___

DATE OF ADMISSION _12-24-78_   NUMBER _23451_   Disc. Seg. ___   Adm. Seg. ___   P.C. ___

| MENTAL & PHYSICAL CONDITION | | CONDUCT | MEALS | INITIAL | MEDICAL CHECK | Sign-ature | Escort Imfir. | Sign-ature | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| MONDAY Date | 0600-1400 | S | ww | CB | No | | | | |
| | 1400-2200 | S | ✓ | | NO | | | | |
| | 2200-0600 | S | — | Bd | no | | | | |
| TUESDAY Date | 0600-1400 | S | ✓✓ | ars | no | | | | |
| | 1400-2200 | S | ✓ | LV. | No | | | | |
| | 2200-0600 | S | — | E.d | no | | | | |
| WEDNESDAY Date | 0600-1400 | S | // | | no | | | | |
| | 1400-2200 | S | ✓ | WR7 | DO | | | | |
| | 2200-0600 | S | | CS | no | | | | |
| THURSDAY Date | 0600-1400 | S | ✓✓ | MM | ND | | | | |
| | 1400-2200 | | | | | | | | |
| | 2200-0600 | | | | | | | | |
| FRIDAY Date | 0600-1400 | | | | | | | | |
| | 1400-2200 | | | | | | | | |
| | 2200-0600 | | | | | | | | |
| SATURDAY Date | 0600-1400 | | | | | | | | |
| | 1400-2200 | | | | | | | | |
| | 2200-0600 | | | | | | | | |
| SUNDAY Date | 0600-1400 | | | | | | | | |
| | 1400-2200 | | | | | | | | |
| | 2200-0600 | | | | | | | | |

ADDITIONAL COMMENTS AS TO THE INMATES BEHAVIOR OR PHYSICAL CONDITION; _____

INMATE RECEIVED SHOWER; M__ T__ W_X_ T__ F__ S__ S__   IF NOT STATE WHY; _____
INMATE RECEIVED CLOTHES; M__ T__ W__ T__ F__ S__ S__   IF NOT STATE WHY; _____
INMATE RECEIVED RECREATION; M__ T__ W__ T__ F__ S__ S__   IF NOT STATE WHY; _____
SEEN BY THE SEGREGATION REVIEW BOARD; DATE _____
PLACED IN ADMINISTRATIVE SEGREGATION AND REVIEWED IN (7) DAYS; YES__ NO__   IF NOT, WHY; _____
ORIGINAL TO THE DIRECTOR
COPY TO DEPUTY DIRECTOR O
2200-0600 shift make out all new report sheets each Monday AM for the upcoming week prior to going off duty
0600-1400 shift turn in copies each Monday 0800
A segregation report will be made out by the shift on duty when man is placed in segregation
Original and (2) Copy                    Ad.—Comments on back                    Copy retained in A&T

000919

Ex_38-001630

KSP   .60

EXAMINATIONS OF INMATES IN SEGREGATION UNITS DAILY

NAME_____ Purkey _____

Starting date_____

Ending date_____

DATE OF ADMISSION May/7/79  NUMBER 26457

Disc. Seg._____    Adm. Seg._____    P.C. __/__

| MENTAL & PHYSICAL CONDITION | | CONDUCT | MEALS | INITIAL | MEDICAL CHECK | Sign-ature | Escort Imfir. | Sign-ature | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| MONDAY Date | 0600–1400 | | | | | | | | |
| | 1400–2200 | ✓ | ✓ | Rue | no | Rue | | | High |
| | 2200–0600 | S | None | am | no | am | | | |
| TUESDAY Date | 0600–1400 | S | ✓✓ | CB | — | Berger | | | |
| | 1400–2200 | S | ✓ | | no | | | | |
| | 2200–0600 | S | | RC | no | Vine | | | |
| WEDNESDAY Date | 0600–1400 | S | ✓✓ | CB | ~ | Douglas | | | |
| | 1400–2200 | S | ✓ | NGW | no | | | | |
| | 2200–0600 | S | | RC | no | Vine | | | |
| THURSDAY Date | 0600–1400 | S | r✓ | CB | — | Berger | | | |
| | 1400–2200 | S | ✓ | | no | Autry | | | |
| | 2200–0600 | S | — | ES | no | Spirits | | | |
| FRIDAY Date | 0600–1400 | S | ✓✓ | CB | — | Berger | | | |
| | 1400–2200 | S | ✓ | TH | NO | | | | |
| | 2200–0600 | S | — | ES | no | | | | |
| SATURDAY Date | 0600–1400 | S | ✓✓ | CB | — | Barco | | | Reweapped them |
| | 1400–2200 | S | ✓ | | no | | | | |
| | 2200–0600 | S | | RMM | no | | | | |
| SUNDAY Date | 0600–1400 | S | ✓✓ | CB | No | | | | |
| | 1400–2200 | S | ✓ | | no | | | | |
| | 2200–0600 | S | — | | no | | | | |

ADDITIONAL COMMENTS AS TO THE INMATES BEHAVIOR OR PHYSICAL CONDITION; _____

INMATE RECEIVED SHOWER; M___ T___ W_✓_ T___ F___ S_✓_ S___  IF NOT STATE WHY; _____
INMATE RECEIVED CLOTHES; M___ T___ W___ T___ F___ S___ S___  IF NOT STATE WHY; _____
INMATE RECEIVED RECREATION; M___ T___ W___ T___ F___ S___ S___  IF NOT STATE WHY; _____
SEEN BY THE SEGREGATION REVIEW BOARD; DATE _____
PLACED IN ADMINISTRATIVE SEGREGATION AND REVIEWED IN (7) DAYS; YES___ NO___  IF NOT, WHY; _____
ORIGINAL TO THE DIRECTOR
COPY TO DEPUTY DIRECTOR O
2200-0600 shift make out all new report sheets each Monday AM for the upcoming week prior to going off duty
0600-1400 shift turn in copies each Monday 0800
A segregation report will be made out by the shift on duty when an is placed in segregation
Original and (2) Copy          Ad.-Comments on back          Copy retained in A&T

000920

Ex_38-001631

KSP  .60   EXAMINATIONS  INMATES IN SEGREGATION  DAILY  Starting date __5-14-79__

NAME __Purkey__   Ending date ____

DATE OF ADMISSION __5-7-79__ NUMBER __26451__  Disc. Seg.____ Adm. Seg.____ P.C.__✓__

| | MENTAL & PHYSICAL CONDITION | CONDUCT | MEALS | INITIAL | MEDICAL CHECK | Sign-ature | Escort Imfir. | Sign-ature | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| MONDAY Date | 0600-1400 | S | ✓✓ | | yes | | | | |
| | 1400-2200 | S | ✓ | | NO | | | | |
| | 2200-0600 | S | None | | no | | | | |
| TUESDAY Date | 0600-1400 | S | ✓✓ | | no | | | | |
| | 1400-2200 | S | ✓ | | no | | | | |
| | 2200-0600 | S | — | ES | no | | | | |
| WEDNESDAY Date | 0600-1400 | S | ✓✓ | | No | | | | |
| | 1400-2200 | S | ✓ | | no | | | | |
| | 2200-0600 | S | — | ES | no | | | | |
| THURSDAY Date | 0600-1400 | S | ✓✓ | EB | — | | | | |
| | 1400-2200 | S | ✓ | | no | | | | |
| | 2200-0600 | S | — | ES | no | | | | |
| FRIDAY Date | 0600-1400 | S | ✓✓ | | NO | | | | |
| | 1400-2200 | S | ✓ | | NO | | | | |
| | 2200-0600 | S | | | NO | | | | |
| SATURDAY Date | 0600-1400 | S | ✓✓ | | | | | | |
| | 1400-2200 | S | ✓ | | NO | | | | |
| | 2200-0600 | S | — | ES | no | | | | |
| SUNDAY Date | 0600-1400 | S | ✓✓ | | | | | | |
| | 1400-2200 | S | ✓ | | no | | | | |
| | 2200-0600 | S | — | | no | | | | |

ADDITIONAL COMMENTS AS TO THE INMATES BEHAVIOR OR PHYSICAL CONDITION; _____

INMATE RECEIVED SHOWER; M__ T__ W✓ T__ F__ S✓ S__  IF NOT STATE WHY; _____
INMATE RECEIVED CLOTHES; M__ T__ W__ T__ F__ S__ S__  IF NOT STATE WHY; _____
INMATE RECEIVED RECREATION; M__ T__ W__ T__ F__ S__ S__  IF NOT STATE WHY; _____
SEEN BY THE SEGREGATION REVIEW BOARD;  DATE _____
PLACED IN ADMINISTRATIVE SEGREGATION AND REVIEWED IN (7) DAYS; YES__ NO__  IF NOT, WHY; _____
ORIGINAL TO THE DIRECTOR
COPY TO DEPUTY DIRECTOR O
2200-0600 shift make out all new report sheets each Monday AM for the upcoming week prior to going off duty
0600-1400 shift turn in copies each Monday 0800
A segregation report will be made out by the shift on duty when man is placed in segregation
Original and (2) Copy          Ad.—Comments on back **000921**          Copy retained in A&T

Ex_38-001632

Case 2:19-cv-00414-JPH-DLP    Document 28-20    Filed 09/12/19    Page 15 of 76 PageID #: 4362

# EXAMINATIONS OF INMATES IN SEGREGATION UNITS DAILY

KSP .60

NAME _Purkey_

DATE OF ADMISSION _5-7-75_    NUMBER _[redacted]_

Disc. Seg. _____    Adm. Seg. _____    P.C. _2_

Starting date _5-7-75_    Ending date _____

| | MENTAL & PHYSICAL CONDITION | CONDUCT | MEALS | INITIAL | MEDICAL CHECK | Sign-ature | Escort Imfir. | Sign-ature | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| MONDAY Date | 0600-1400 | ✓ | ✓ | | no | | | | |
| | 1400-2200 | S | ✓ | | no | Anton | | | |
| | 2200-0600 | S | none | am | no | am | | | |
| TUESDAY Date | 0600-1400 | S | ✓ | | no | | | | |
| | 1400-2200 | S | ✓ | | no | | | | |
| | 2200-0600 | S | | | no | | | | |
| WEDNESDAY Date | 0600-1400 | S | ✓ | | | | | | |
| | 1400-2200 | S | ✓ | | no | | | | |
| | 2200-0600 | S | | | no | | | | |
| THURSDAY Date | 0600-1400 | S | ✓ | | | | | | |
| | 1400-2200 | S | ✓ | | no | | | | |
| | 2200-0600 | S | | | no | | | | |
| FRIDAY Date | 0600-1400 | S | ✓ | | | | | | |
| | 1400-2200 | S | ✓ | | no | Anton | | | |
| | 2200-0600 | S | | | | | | | |
| SATURDAY Date | 0600-1400 | S | ✓ | | | Berger | | | |
| | 1400-2200 | S | ✓ | | N/o | | | | |
| | 2200-0600 | S | | | no | | | | |
| SUNDAY Date | 0600-1400 | S | ✓ | | | | | | |
| | 1400-2200 | S | ✓ | | no | Anton | | | |
| | 2200-0600 | S | | | no | | | | |

ADDITIONAL COMMENTS AS TO THE INMATES BEHAVIOR OR PHYSICAL CONDITION; _____

INMATE RECEIVED SHOWER; M__ T__ W_✓_ T__ F__ S_✓_ S__   IF NOT STATE WHY; _____

INMATE RECEIVED CLOTHES; M__ T__ W__ T__ F__ S__ S__   IF NOT STATE WHY; _____

INMATE RECEIVED RECREATION; M__ T__ W__ T__ F__ S__ S__   IF NOT STATE WHY; _____

SEEN BY THE SEGREGATION REVIEW BOARD; DATE _____

PLACED IN ADMINISTRATIVE SEGREGATION AND REVIEWED IN (7) DAYS; YES__ NO__   IF NOT, WHY; _____

ORIGINAL TO THE DIRECTOR

COPY TO DEPUTY DIRECTOR O

2200-0600 shift make out all new report sheets each Monday AM for the upcoming week prior to going off duty

0600-1400 shift turn in copies each Monday 0800

A segregation report will be made out by the shift on duty when man is placed in segregation

Original and (2) Copy          Ad.—Comments on back          Copy retained in A&T

**000922**

Ex_38-001633

KSP .60     EXAMINATIONS DOC INMATES IN SEGREGATION DAILY     Starting date 5-7-79

NAME **Purkey**

Ending date _____

DATE OF ADMISSION 5-7-79    NUMBER ▆▆▆    Disc. Seg. _____    Adm. Seg. _____    P.C. ✓

| MENTAL & PHYSICAL CONDITION | | CONDUCT | MEALS | INITIAL | MEDICAL CHECK | Sign-ature | Escort Imfir. | Sign-ature | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| MONDAY Date | 0600-1400 | S | ✓✓ | ~ | Lo | ~ | | | |
| | 1400-2200 | S | ✓ | CB | NO | Cooper | | | |
| | 2200-0600 | S | none | Cen | No | Cen | | | |
| TUESDAY Date | 0600-1400 | S | ✓✓ | GN | No | Dickerson | | | |
| | 1400-2200 | S | ✓ | M. | No | Penn | | | |
| | 2200-0600 | S | — | ES | no | Sparks | | | |
| WEDNESDAY Date | 0600-1400 | S. | ✓✓ | CB | — | Berger | | | |
| | 1400-2200 | S | ✓ | M | no | Penn | | | |
| | 2200-0600 | S | | BC | No | Cline | | | |
| THURSDAY Date | 0600-1400 | S | ✓✓ | EB | — | Berger | | | |
| | 1400-2200 | S | ✓ | New | ro | win | | | |
| | 2200-0600 | S | — | El | no | Sparks | | | |
| FRIDAY Date | 0600-1400 | S | ✓✓ | EB | ~ | Berger | | | |
| | 1400-2200 | S | ✓ | M. | — | R~ | | | |
| | 2200-0600 | S | — | El | — | Sparks | | | |
| SATURDAY Date | 0600-1400 | S | ✓✓ | CB | — | Berger | | | |
| | 1400-2200 | S | ✓ | EW. | — | a-ling | | | |
| | 2200-0600 | S | | RMM | NO | Marshall | | | |
| SUNDAY Date | 0600-1400 | S | ✓✓ | CJB | No | B~ | | | |
| | 1400-2200 | | | | | | | | |
| | 2200-0600 | S | ~ | RJ | Lo | Bartlett | | | |

ADDITIONAL COMMENTS AS TO THE INMATES BEHAVIOR OR PHYSICAL CONDITION; _____

INMATE RECEIVED SHOWER; M__ T__ W__ T__ F__ S ✓ S__   IF NOT STATE WHY; _____
INMATE RECEIVED CLOTHES; M__ T__ W__ T__ F__ S__ S__   IF NOT STATE WHY; _____
INMATE RECEIVED RECREATION; M__ T__ W__ T__ F__ S__ S__   IF NOT STATE WHY; _____
SEEN BY THE SEGREGATION REVIEW BOARD; DATE _____
PLACED IN ADMINISTRATIVE SEGREGATION AND REVIEWED IN (7) DAYS; YES__ NO__   IF NOT, WHY; _____
ORIGINAL TO THE DIRECTOR
COPY TO DEPUTY DIRECTOR O
2200-0600 shift make out all new report sheets each Monday AM for the upcoming week prior to going off duty
0600-1400 shift turn in copies each Monday 0800
A segregation report will be made out by the shift on duty when man is placed in segregation
Original and (2) Copy     Ad.—Comments on back     **000923**     Copy retained in A&T

Ex_38-001634

Case 2:19-cv-00414-JPH-DLP   Document 23-20   Filed 09/13/19   Page 17 of 76 PageID #: 4364

KSP  .60

EXAMINATIONS OF INMATES IN SEGREGATION UNITS DAILY

Starting date 4 JUN 79

Ending date _____

NAME PURKEY

DATE OF ADMISSION 5-7-79    NUMBER ▮▮▮    Disc. Seg._____  Adm. Seg._____  P.C. ✓

| MENTAL & PHYSICAL CONDITION | | CONDUCT | MEALS | INITIAL | MEDICAL CHECK | Sign-ature | Escort Imfir. | Sign-ature | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| MONDAY Date | 0600-1400 | S | ⌣ | CJG | yes | Embry | | | |
| | 1400-2200 | S | ✓ | KCW | no | | | | |
| | 2200-0600 | S | | amy | no | amy | | | |
| TUESDAY Date | 0600-1400 | S | ✓✓ | GB | — | Beyer | | ✓ | |
| | 1400-2200 | S | ✓ | KCW | no | | | | |
| | 2200-0600 | S | | AC | no | | | | |
| WEDNESDAY Date | 0600-1400 | S | ✓ | CJG | no | Embry | | | |
| | 1400-2200 | S | ✓ | M | no | | | | |
| | 2200-0600 | S | | AC | no | | | | |
| THURSDAY Date | 0600-1400 | S | ✓✓ | CB | ✓ | Beyer | | | |
| | 1400-2200 | S | ✓ | KCW | no | | | | |
| | 2200-0600 | S | ✓ | EJ | no | Spink | | | |
| FRIDAY Date | 0600-1400 | S | ✓✓ | | no | | | | |
| | 1400-2200 | S | ✓ | | no | | | | |
| | 2200-0600 | S | — | EJ | no | Spink | | | |
| SATURDAY Date | 0600-1400 | S | ✓✓ | | no | James | | | |
| | 1400-2200 | S | ✓ | M | no | | | | |
| | 2200-0600 | S | — | EJ | no | Spink | | | |
| SUNDAY Date | 0600-1400 | S | ⌣ | CJG | no | Embry | | | |
| | 1400-2200 | S | ✓ | KCW | no | | | | |
| | 2200-0600 | S | ⌣ | B | no | B Smith | | | |

ADDITIONAL COMMENTS AS TO THE INMATES BEHAVIOR OR PHYSICAL CONDITION; _____

INMATE RECEIVED SHOWER; M__  T__  W_✓_  T__  F__  S_✓_ S__   IF NOT STATE WHY; _____
INMATE RECEIVED CLOTHES; M__  T__  W__  T__  F__  S__  S__   IF NOT STATE WHY; _____
INMATE RECEIVED RECREATION; M__  T__  W__  T__  F__  S__  S__   IF NOT STATE WHY; _____
SEEN BY THE SEGREGATION REVIEW BOARD;  DATE _____
PLACED IN ADMINISTRATIVE SEGREGATION AND REVIEWED IN (7) DAYS; YES__ NO__   IF NOT, WHY; _____
ORIGINAL TO THE DIRECTOR
COPY TO DEPUTY DIRECTOR O
2200-0600 shift make out all new report sheets each Monday AM for the upcoming week prior to going off duty
0600-1400 shift turn in copies each Monday 0800
A segregation report will be made out by the shift on duty when man is placed in segregation
Original and (2) Copy              Ad.—Comments on back              Copy retained in A&T

000924

Ex_38-001635

Case 2:19-cv-0041... Document... Filed... Page 18 of 76 PageID #... 4365

KSP  .60        EXAMINATIONS OF INMATES IN SEGREGATION UNITS DAILY        Starting date __8-11-79__

NAME __Purkey__                                                           Ending date _____

DATE OF ADMISSION __5-7-79__  NUMBER ██████  Disc. Seg. _____  Adm. Seg. _____  P.C. ✓

| MENTAL & PHYSICAL CONDITION | | CONDUCT | MEALS | INITIAL | MEDICAL CHECK | Signature | Escort Imfir. | Signature | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| MONDAY Date | 0600-1400 | OR | v v | HW | no | [sig] | | | |
| | 1400-2200 | S | v | KGW | no | [sig] | | | |
| | 2200-0600 | S | | CS | no | [sig] | | | |
| TUESDAY Date | 0600-1400 | S | v v | CB | — | [sig] | | | |
| | 1400-2200 | S | v | M | — | [sig] | | | |
| | 2200-0600 | S | | PC | [illegible] | [sig] | | | |
| WEDNESDAY Date | 0600-1400 | S | v v | CB | — | [sig] | | | |
| | 1400-2200 | S | v | NGW | no | [sig] | | | |
| | 2200-0600 | S | — | Ed | no | [sig] | | | |
| THURSDAY Date | 0600-1400 | S | v v | CB | — | [sig] | | | |
| | 1400-2200 | S | v | Pa | — | [sig] | | | |
| | 2200-0600 | S | — | Ed | — | [sig] | | | |
| FRIDAY Date | 0600-1400 | S | v v | Ed | — | [sig] | | | |
| | 1400-2200 | S | v | WP | — | [sig] | | | |
| | 2200-0600 | S | — | Ed | — | [sig] | | | |
| SATURDAY Date | 0600-1400 | S | v v | CB | — | [sig] | | | |
| | 1400-2200 | S | v | Pa | — | [sig] | | | |
| | 2200-0600 | S | — | ex | — | [sig] | | | |
| SUNDAY Date | 0600-1400 | | | | | | | | |
| | 1400-2200 | S | v | Pa | — | [sig] | | | |
| | 2200-0600 | S | — | BD | — | [sig] | | | |

ADDITIONAL COMMENTS AS TO THE INMATES BEHAVIOR OR PHYSICAL CONDITION; _____

INMATE RECEIVED SHOWER; M__ T__ W_✓ T__ F__ S_✓ S__  IF NOT STATE WHY; _____
INMATE RECEIVED CLOTHES; M__ T__ W__ T__ F__ S__ S__  IF NOT STATE WHY; _____
INMATE RECEIVED RECREATION; M__ T__ W__ T__ F__ S__ S__  IF NOT STATE WHY; _____
SEEN BY THE SEGREGATION REVIEW BOARD; DATE _____
PLACED IN ADMINISTRATIVE SEGREGATION AND REVIEWED IN (7) DAYS; YES__ NO__  IF NOT, WHY; _____
ORIGINAL TO THE DIRECTOR
COPY TO DEPUTY DIRECTOR O
2200-0600 shift make out all new report sheets each Monday AM for the upcoming week prior to going off duty
0600-1400 shift turn in copies each Monday 0800
A segregation report will be made out by the shift on duty when man is placed in segregation
Original and (2) Copy                 Ad.—Comments on back                 Copy retained in A&T

**000925**

Ex_38-001636

KSP .60

NAME _Purkey_

DATE OF ADMISSION _5-7-79_    NUMBER ▮▮▮

Disc. Seg. _____    Adm. Seg. _____    P.C. ✓

Starting date _6-18-79_

Ending date _____

| MENTAL & PHYSICAL CONDITION | | CONDUCT | MEALS | INITIAL | MEDICAL CHECK | Sign-ature | Escort Imfir. | Sign-ature | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| MONDAY Date | 0600-1400 | S | ✓✓ | Cfg | Yes | Emlow | | | |
| | 1400-2200 | S | ✓ | | No | | | | |
| | 2200-0600 | S | | BC | No | | | | |
| TUESDAY Date | 0600-1400 | S | ✓✓ | CB | — | Berger | | | |
| | 1400-2200 | S | ✓ | hCW | No | Guin | | | |
| | 2200-0600 | S | ✓ | ES | Sid | Spirts | | | |
| WEDNESDAY Date | 0600-1400 | S | ✓✓ | CB | ✓ | Berger | | | |
| | 1400-2200 | S | ✓ | F.A | — | adam | | | |
| | 2200-0600 | S | — | ES | — | Spirts | | | |
| THURSDAY Date | 0600-1400 | S | ✓✓ | EB | — | Berger | | | |
| | 1400-2200 | S | ✓ | m | — | Gum | | | |
| | 2200-0600 | S | — | ES | — | Spirt | | | |
| FRIDAY Date | 0600-1400 | S | ✓✓ | CB | — | Berger | | | |
| | 1400-2200 | S | ✓ | MC | — | Gum | | | |
| | 2200-0600 | S | — | KS. | — | | | | |
| SATURDAY Date | 0600-1400 | S | ✓✓ | CB | ✓ | Berger | | | |
| | 1400-2200 | S | ✓ | MC | — | Gum | | | |
| | 2200-0600 | S | | BC | — | | | | |
| SUNDAY Date | 0600-1400 | | | | | | | | |
| | 1400-2200 | S | ✓ | WE | — | WELG | | | |
| | 2200-0600 | S | — | CBC | — | 3Co-ad | | | |

ADDITIONAL COMMENTS AS TO THE INMATES BEHAVIOR OR PHYSICAL CONDITION; _____

INMATE RECEIVED SHOWER; M__ T__ W✓ T__ F__ S✓ S__    IF NOT STATE WHY; _____
INMATE RECEIVED CLOTHES; M__ T__ W__ T__ F__ S__ S__    IF NOT STATE WHY; _____
INMATE RECEIVED RECREATION; M__ T__ W__ T__ F__ S__ S__    IF NOT STATE WHY; _____
SEEN BY THE SEGREGATION REVIEW BOARD;  DATE _____
PLACED IN ADMINISTRATIVE SEGREGATION AND REVIEWED IN (7) DAYS; YES__ NO__    IF NOT, WHY; _____
ORIGINAL TO THE DIRECTOR
COPY TO DEPUTY DIRECTOR O
2200-0600 shift make out all new report sheets each Monday AM for the upcoming week prior to going off duty
0600-1400 shift turn in copies each Monday 0800
A segregation report will be made out by the shift on duty when a man is placed in segregation
Original and (2) Copy                    Ad.—Comments on back    **000926**    Copy retained in A&T

Ex_38-001637

Case 2:19-cv-0041... Document 28-20... Filed 09/12/19... Page 20 of 76 PageID 4367

KSP  .60

EXAMINATIONS FOR INMATES ON SEGREGATION DAILY

Starting date 6-25-79
Ending date _____

NAME ___Purkey_____

DATE OF ADMISSION 5-1-79    NUMBER ▮▮▮▮

Disc. Seg._____   Adm. Seg._____   P.C. ✓

| MENTAL & PHYSICAL CONDITION | | CONDUCT | MEALS | INITIAL | MEDICAL CHECK | Sign-ature | Escort Imfir. | Sign-ature | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| MONDAY Date | 0600-1400 | S | ✓ | aft | no | Purky | | | |
| | 1400-2200 | S | ✓ | | no | | | | |
| | 2200-0600 | S | | SP | no | Peters | | | |
| TUESDAY Date | 0600-1400 | S | ✓✓ | CB | — | Berger | | | |
| | 1400-2200 | S | ✓ | NGW | no | | | | |
| | 2200-0600 | S | | SP | no | Peters | | | |
| WEDNESDAY Date | 0600-1400 | S | ✓✓ | EB | — | Berger | | | |
| | 1400-2200 | S | ✓ | WR | — | | | | |
| | 2200-0600 | S | — | WB | — | Bennett | | | |
| THURSDAY Date | 0600-1400 | S | ✓✓ | CB | — | Berger | | | |
| | 1400-2200 | S | ✓ | M | — | Riser | | | |
| | 2200-0600 | S | — | KC | — | Dener | | | |
| FRIDAY Date | 0600-1400 | S | ✓✓ | EB | — | Berger | | | |
| | 1400-2200 | S | ✓ | JC | — | Eldridge | | | |
| | 2200-0600 | S | — | KC | — | Dener | | | |
| SATURDAY Date | 0600-1400 | S | ✓✓ | CB | — | Berger | | | |
| | 1400-2200 | S | ✓ | | no | Holly | | | |
| | 2200-0600 | S | — | | no | | | | |
| SUNDAY Date | 0600-1400 | S | ✓✓ | CB | — | Berger | | | |
| | 1400-2200 | S | ✓ | NGW | no | | | | |
| | 2200-0600 | S | | | no | Butts | | | |

ADDITIONAL COMMENTS AS TO THE INMATES BEHAVIOR OR PHYSICAL CONDITION; _____

INMATE RECEIVED SHOWER; M___ T ✓ W ✓ T___ F___ S___ S___   IF NOT STATE WHY; _____
INMATE RECEIVED CLOTHES; M___ T___ W___ T___ F___ S___ S___   IF NOT STATE WHY; _____
INMATE RECEIVED RECREATION; M___ T___ W___ T___ F___ S___ S___   IF NOT STATE WHY; _____
SEEN BY THE SEGREGATION REVIEW BOARD;  DATE _____
PLACED IN ADMINISTRATIVE SEGREGATION AND REVIEWED IN (7) DAYS; YES___ NO___   IF NOT, WHY; _____
ORIGINAL TO THE DIRECTOR
COPY TO DEPUTY DIRECTOR O
2200-0600 shift make out all new report sheets each Monday AM for the upcoming week prior to going off duty
0600-1400 shift turn in copies each Monday 0800
A segregation report will be made out by the shift on duty when man is placed in segregation
Original and (2) Copy          Ad.—Comments on back  000927          Copy retained in A&T

Ex_38-001638

KSP  .60

**EXAMINATIONS OF INMATES IN SEGREGATION  UNITS  DAILY**

NAME __PURKEY__                Starting date __7-2-79__

Ending date _____

DATE OF ADMISSION __5-7-79__  NUMBER ▮▮▮▮

Disc. Seg. _____   Adm. Seg. _____   P.C. __✓__

| MENTAL & PHYSICAL CONDITION | | CONDUCT | MEALS | INITIAL | MEDICAL CHECK | Signature | Escort Imfir. | Signature | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| MONDAY Date | 0600-1400 | 5 | // | BF | No | Fills | | | |
| | 1400-2200 | S | ✓ | | — | Sang | | | |
| | 2200-0600 | S | | am | No | Miller | | | |
| TUESDAY Date | 0600-1400 | S | ✓✓ | EB | — | Berger | | | |
| | 1400-2200 | S | ✓ | M | — | Tim | | | |
| | 2200-0600 | S | — | ES | — | Sparks | | | |
| WEDNESDAY Date | 0600-1400 | S | ✓✓ | EB | — | Berger | | | |
| | 1400-2200 | S | ✓ | M | — | Tim | | | |
| | 2200-0600 | | | | | | | | |
| THURSDAY Date | 0600-1400 | S | ✓✓ | D.T. | — | Thompson | | | |
| | 1400-2200 | S | ✓ | M | — | | | | |
| | 2200-0600 | S | — | KS | — | Daniels | | | |
| FRIDAY Date | 0600-1400 | S | ✓✓ | EB | ✓ | Berger | | | |
| | 1400-2200 | S | ✓ | M | — | Rim | | | |
| | 2200-0600 | S | | | — | Peters | | | |
| SATURDAY Date | 0600-1400 | S | ✓✓ | EF | — | Fisher | | | |
| | 1400-2200 | S | ✓ | Da | — | | | | |
| | 2200-0600 | S | | Rim | NO | | | | |
| SUNDAY Date | 0600-1400 | S | ✓✓ | EF | — | Fisher | | | |
| | 1400-2200 | S | ✓ | JR | no | Auter | | | |
| | 2200-0600 | S | | NB | ns | | | | |

ADDITIONAL COMMENTS AS TO THE INMATES BEHAVIOR OR PHYSICAL CONDITION; _____

INMATE RECEIVED SHOWER; M___ T___ W_✓_ T___ F___ S_✓_ S___  IF NOT STATE WHY; _____
INMATE RECEIVED CLOTHES; M___ T___ W___ T___ F___ S___ S___  IF NOT STATE WHY; _____
INMATE RECEIVED RECREATION; M___ T___ W___ T___ F___ S___ S___  IF NOT STATE WHY; _____
SEEN BY THE SEGREGATION REVIEW BOARD; DATE _____
PLACED IN ADMINISTRATIVE SEGREGATION AND REVIEWED IN (7) DAYS; YES___ NO___  IF NOT, WHY; _____
ORIGINAL TO THE DIRECTOR
COPY TO DEPUTY DIRECTOR O
2200-0600 shift make out all new report sheets each Monday AM for the upcoming week prior to going off duty
0600-1400 shift turn in copies each Monday 0800
A segregation report will be made out by the shift on duty when man is placed in segregation
Original and (2) Copy                    Ad.—Comments on back                    Copy retained in A&T

000928