# Exhibit 39

**KANSAS STATE BOARD OF HEALTH** — **CERTIFICATE OF DEATH**
Division of Vital Statistics

CITY   JAN 6 1950   7574   49-018374

Birth No. B# 5383 1949   Registrar's No. 2089   157E

1. PLACE OF DEATH
   a. County: Sedgwick   287
   b. City/Town: Wichita
   c. Length of Stay: 2 days
   d. Full Name of Hospital or Institution: Wichita Hospital

2. USUAL RESIDENCE
   a. State: Kansas
   b. County: Sedgwick
   c. City/Town: Wichita   287
   d. Street Address: 122 So. Sedgwick

3. NAME OF DECEASED: Larry Gene HAMILTON
4. DATE OF DEATH: Dec. 5, 1949
5. SEX: male
6. COLOR OR RACE: white
7. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED: single
8. DATE OF BIRTH: [redacted]
9. AGE: 0 years, 0 months, 2 days
10a. USUAL OCCUPATION: none
10b. KIND OF BUSINESS OR INDUSTRY: none
11. BIRTHPLACE: Wichita, Kansas
12. CITIZEN OF WHAT COUNTRY: USA
13. FATHER'S NAME: Milo Garren Hamilton
14. MOTHER'S MAIDEN NAME: Velma Louise Johnson
15. Was Deceased Ever in U.S. Armed Forces: No
16. Social Security No.: [blank]
17. INFORMANT: Milo Hamilton, Wichita, Kansas

18. CAUSE OF DEATH
   I. Disease or condition directly leading to death: (a) Congenital abnormality of heart
   DUE TO (b)
   DUE TO (c)   1572
   II. Other Significant Conditions:

20. AUTOPSY: Yes [X] No [ ]
21a. ACCIDENT/SUICIDE/HOMICIDE: [blank]
   7594

22. I hereby certify that I attended the deceased from 12-3, 1949 to 12-5, 1949, that I last saw the deceased alive on 12-5, 1949, and that death occurred at 8:05 A.M., from the causes and on the date stated above.

23a. SIGNATURE: George E. Cowles M.D.
23b. ADDRESS: Dr. Cowles, 435 No. Hillside, Wichita, Ks.
23c. DATE SIGNED: 12/7/49

24a. BURIAL
21b. DATE: 12-6-49
24c. NAME OF CEMETERY: Calvary Cemetery
24d. LOCATION: Wichita, Kansas

Date Rec'd by Local Reg.: Dec. 8, 1949
REGISTRAR'S SIGNATURE: G G Ellis   176
25. FUNERAL DIRECTOR / ADDRESS: Culbertson Mortuary, Wichita, Kansas

000238

Ex_39-001640