# Exhibit 40

Case 2:19-cv-00414-JPH-DLP   Document 23-6   Filed 09/12/19   Page 35 of 45 PageID #: 3646

# KANSAS STATE BOARD OF HEALTH
## Division of Vital Statistics
### CERTIFICATE OF DEATH

(DO NOT WRITE IN THIS BOX)

Birth No. _____   AUG 1 1960   Registrar's No. 1393 31X   60 011669

**1. PLACE OF DEATH**
- a. County: Neosho
- b. City, Town, or Location: Chanute
- c. Length of Stay in 1b: 1 Year
- d. Name of Hospital or Institution: Neosho Manor Nursing Home (If not in hospital, give street address)
- e. Is Place of Death Inside City Limits? Yes ☒ No ☐

**2. Usual Residence (Where deceased lived. If institution, residence before admission)**
- a. State: Kansas
- b. County: Neosho
- c. City, Town, or Location: Chanute
- d. Street Address: 0672  Neosho Manor Nursing Home
- e. Is Residence Inside City Limits? Yes ☒ No ☐
- f. Is Residence on a Farm? Yes ☐ No ☒

**3. NAME OF DECEASED** (Type or Print)
First: Nancy   Middle: Ida   Last: Purkey

**5. SEX**: Female
**6. Color or Race**: White
**7. Married ☐  Widowed ☒  Never Married ☐  Divorced ☐**

**8. Date of Birth**: [redacted]
**9. Age (In years last birthday)**: 89    Months / Days / Hours / Min.

**4. DATE OF DEATH**: July 23, 1960

**10a. Usual Occupation**: Housewife
**10b. Kind of Business or Industry**: Home
**11. Birthplace (State or foreign country)**: Green County Missouri
**12. Citizen of What Country?**: USA

**13. FATHER'S NAME**: John Dobbins
**14. MOTHER'S MAIDEN NAME**: Unknown

**15. Was Deceased Ever in U.S. Armed Forces?** No
**16. Social Security No.**: None
**17. Informant**: Mrs C.P. Williams   Address: Chanute, Kansas

**18. CAUSE OF DEATH**
- Part I. Death was caused by:
  - Immediate cause (a): Cerebral Hemorrhage — Interval: 3 days
  - Due to (b): Osteo Arthritis — Interval: 30 years
  - Due to (c): 
- Part II. Other significant conditions:

**19. Was Autopsy Performed?** Yes ☐ No ☒

**20a. ACCIDENT ☐  SUICIDE ☐  HOMICIDE ☐**
**20b. Describe how injury occurred**: 
**20c. TIME OF INJURY**: 
**20d. Injury occurred**: While at Work ☐  Not While at Work ☐
**20e. Place of injury**:
**20f. City, Town, or Location**:   County / State

**21. I hereby certify that I attended the deceased from 6-6-60 to 7-23-60, that I last saw the deceased alive on 7-23-1960 and that death occurred at 5:55 PM from the causes and on the date stated above.**

**22a. Signature**: B. Herbert Rodders MD
**22b. Address**: Chanute Kan
**22c. Date signed**: 7-28-60

**23a. Burial, Cremation, Removal**: Burial
**23b. Date**: July 26, 1960
**23c. Name of Cemetery or Crematory**: Elmwood Cemetery
**23d. Location**: Chanute, Kansas

**24a. Date Rec'd by Local Registrar**: 7-30-60
**24b. Registrar's Signature**: Leonard Crisso

**25. Funeral Director**: 507-4-7  Koch-Skinner Memorial Home   Address: Chanute, Ks

000206