# Exhibit 43

# KANSAS STATE DEPARTMENT OF HEALTH
## Division of Vital Statistics
### CERTIFICATE OF DEATH

Local File Number: 639-400
State File Number: 68 003627
Filed: FEB 21 1968

**Deceased Name:** Roy Allen Purkey
**Sex:** Male
**Date of Death:** Feb. 13, 1968
**Race:** White
**Age:** 74
**County of Death:** Sedgwick
**City of Death:** Wichita
**Inside City Limits:** Yes
**Hospital:** St. Joseph Hospital
**State of Birth:** Kansas
**Citizen of:** U.S.A.
**Marital Status:** Married
**Surviving Spouse:** Florence Haltom
**Social Security Number:** Unknown
**Usual Occupation:** Self-Employed
**Kind of Business:** Interior Decorator
**Residence State:** Kansas
**County:** Sedgwick
**City:** Wichita
**Inside City Limits:** Yes

**Father's Name:** Andrew Jackson Purkey
**Mother's Maiden Name:** Ida Dobbins

**Informant:** Mrs. Florence Purkey
**Mailing Address:** [redacted], Kansas 67200

**Part I — Death Was Caused By:**
(a) cerebral thrombosis & Hemiplegia left — 6 hrs
(b) arteriosclerosis — 3 yrs

Codes: 4339 / 332X

**Certification — Physician:** Attended deceased from 12-21-64 to 2-13-68; last saw alive 2-13-68; did not view body after death.

**Certifier:** Dr. Hervey R. Hodson, M.D.
**Address:** 1122 S. Clifton, Wichita, Kansas 67200
**Hour of Death:** 4:45 A.M. 2-13-68
**Date Signed:** 4-45

**Burial:** Burial
**Date:** Feb. 15, 1968
**Cemetery:** White Chapel Memorial Gardens, Wichita, Kansas 67211
**Funeral Home:** The Broadway Mortuary, 1147 S. Broadway, Wichita, Ks.
**Date Received by Local Registrar:** FEB 20 1968

000205