Case 2:19-cv-00414-JPH-DLP   Document 23-5   Filed 09/12/19   Page 11 of 115 PageID #: 3507

MAR 11 1981

LOCAL FILE NUMBER: 6.50-594

**KANSAS STATE DEPARTMENT OF HEALTH AND ENVIRONMENT**
VITAL STATISTICS
**CERTIFICATE OF DEATH**

STATE FILE NUMBER: -81-003188

| DECEDENT—NAME | | | | SEX | DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|---|---|
| FIRST: Velma | MIDDLE: Louise | LAST: Purkey | | Female | Feb 28, 1981 |

AGE—Last Birthday (Yrs.): 55
DATE OF BIRTH (Mo, Day, Yr): [redacted]
RACE: White
ORIGIN OR DESCENT: American

COUNTY OF DEATH: Sedgwick
CITY, TOWN OR LOCATION OF DEATH: Wichita
HOSPITAL OR OTHER INSTITUTION: St. Francis Hospital
IF HOSP OR INST Indicate DOA, OP Emer Rm, Inpatient: Inpatient

STATE OF BIRTH: Kansas
CITIZEN OF WHAT COUNTRY: USA
MARRIED, NEVER MARRIED, WIDOWED, DIVORCED: Divorced
SURVIVING SPOUSE: None
WAS DECEDENT EVER IN US ARMED FORCES?:

SOCIAL SECURITY NUMBER: [redacted]
USUAL OCCUPATION: Ret. Clerk
KIND OF BUSINESS OR INDUSTRY: Boeing

RESIDENCE—STATE: Kansas
COUNTY: Sedgwick
CITY, TOWN OR LOCATION: Wichita  67203
STREET AND NUMBER: 124 No. Sedgwick
INSIDE CITY LIMITS: Yes

FATHER—NAME: Ernest Johnson
MOTHER—MAIDEN NAME: Sue Haberthier

INFORMANT—NAME: Mr. O. L. Darling
MAILING ADDRESS—STREET OR RFD NO: 122 No. Sedgwick
CITY OR TOWN STATE: Wichita, Ks.

BURIAL, CREMATION REMOVAL OTHER: Burial
CEMETERY OR CREMATORY—NAME: Calvary Cemetery
LOCATION CITY OR TOWN STATE: Wichita, Ks.

FUNERAL SERVICE LICENSEE & LICENSE NO: 1390  [signature]
NAME OF EMBALMER & LICENSE NO: John Harr 2764
NAME & ADDRESS OF FIRM: Downing & Lahey

21a To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated [signature] M.D.
DATE SIGNED: 3/6/81
HOUR OF DEATH: 8:10 A.M.

22a On the basis of examination and/or investigation in my opinion death occurred at the time date and place and due to the cause(s) stated

NAME AND ADDRESS OF CERTIFIER: P.T. NACAN — 959 N. Emporia, Wichita, Ks.

REGISTRAR [signature] Patricia A. Launer
DATE RECEIVED BY REGISTRAR: MAR 9 1981

| 25 IMMEDIATE CAUSE | Interval between onset and death |
|---|---|
| PART I (a) intraabdominal Cancer Metastasis | 6 week |
| DUE TO, OR AS A CONSEQUENCE OF (b) Cancer of pancreas | 1 yr |
| DUE TO, OR AS A CONSEQUENCE OF (c) | |

PART II OTHER SIGNIFICANT CONDITIONS:
AUTOPSY (Yes or No):
IF YES WERE FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH:
WAS CASE REFERRED TO CORONER:

ACC., SUICIDE, HOM., UNDET. OR PENDING INVEST:
DATE OF INJURY:
HOUR OF INJURY:
DESCRIBE HOW INJURY OCCURRED:

INJURY AT WORK:
PLACE OF INJURY:
LOCATION STREET OR RFD No:
CITY OR TOWN STATE:

000067

Ex_44-001652