# Exhibit 45

Cop Oct

Mr. Edwards Purkey

Your request was forwarded to the Captain for Review
[signature] 10/22/10

That coward on the 12-5 shift who works Thurs & Fri nights was at my cell most of the night 10/21 - especially between 1:30 & 2:40 AM playing his coward cop games. He & Modesitte refuse to just let me his alone even in - cowards covering for cowards - I am requesting that coward cop's name -

10/22/10