UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WESLEY IRA PURKEY )
Register Number 14679-045 )
U.S. Penitentiary Terre Haute )
Terre Haute, IN 47802 )
 )
Plaintiff, )
 )
                    v. )
 )
WILLIAM P. BARR )
Attorney General )
U.S. Department of Justice )
950 Pennsylvania Avenue NW )
Washington, DC 20530; )
 )
KATHLEEN HAWK SAWYER )
Acting Director )
Federal Bureau of Prisons )
U.S. Department of Justice )
320 First St. NW )
Washington, DC 20534; )
 )
and )
 )
John Does 1-X )
 )
Defendants. )

---

**MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES**
(*IN FORMA PAUPERIS*)

---

Petitioner Wesley Ira Purkey respectfully moves this Court for leave to file his

Complaint, filed this day, without prepayment of costs and to proceed *in forma pauperis*.

Petitioner states as follows in support of this motion:

1. **Petitioner** is an indigent death-sentenced prisoner incarcerated at USP Terre Haute, and he is entirely without funds with which to pay the costs and fees associated with his Complaint. His execution has been scheduled for December 13, 2019.

2. Petitioner was previously granted leave to proceed *in forma pauperis* in the United States District Court for the Southern District of Indiana, the United States District Court for the Western District of Missouri, the United States Court of Appeals for the Eighth Circuit, and the United States Supreme Court. Co-counsel Rebecca E. Woodman and Michelle M. Law were previously appointed by the United States Court of Appeals for the Eighth Circuit as counsel for petitioner pursuant to 18 U.S.C. § 3599(a)(2).

WHEREFORE, for all the foregoing reasons, petitioner respectfully requests leave to file his Complaint in the above-captioned case without prepayment of fees and to proceed *in forma pauperis*.

Respectfully submitted,

/s/Charles F.B. McAleer, Jr.
Charles F.B. McAleer, Jr. (DC Bar #388681)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
(202) 626-5963
CMcAleer@milchev.com
*Counsel for Petitioner*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2019, the foregoing Motion was filed electronically with the Clerk of the Court via CM/ECF to be served on the parties authorized to be noticed.

/s/Charles F.B. McAleer, Jr.