UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WESLEY IRA PURKEY                              )
Register Number 14679-045                      )
U.S. Penitentiary Terre Haute                  )
Terre Haute, IN 47802                          )
                                               )
Plaintiff,                                     )
                                               )
                    v.                         )
                                               )
WILLIAM P. BARR                                )
Attorney General                               )
U.S. Department of Justice                     )
950 Pennsylvania Avenue NW                     )
Washington, DC 20530;                          )
                                               )
KATHLEEN HAWK SAWYER                           )
Acting Director                                )
Federal Bureau of Prisons                      )
U.S. Department of Justice                     )
320 First St. NW                               )
Washington, DC 20534;                          )
                                               )
and                                            )
                                               )
John Does 1-X                                  )
                                               )
Defendants.                                    )

---

## MOTION TO APPEAR PRO HAC VICE FILED ON BEHALF OF ATTORNEY REBECCA E. WOODMAN

---

Charles F.B. McAleer, Jr., Esq., Miller & Chevalier, an attorney duly admitted to practice before this Court, hereby moves the Court for an Order granting Rebecca E. Woodman, Attorney at Law, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Wesley Ira Purkey in the above-captioned case. In support of this motion, undersigned counsel states:

1. The declaration of Rebecca E. Woodman as required by LVcR 83.2(c)(1) is attached hereto as an Appendix.

2. The filing fee of $100 is enclosed.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Rebecca E. Woodman leave to appear *pro hac vice* for purposes of this cause.

Respectfully submitted,

/s/Charles F.B. McAleer, Jr.
Charles F.B. McAleer, Jr. (DC Bar #388681)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
(202) 626-5963
CMcAleer@milchev.com
*Counsel for Petitioner*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2019, the foregoing Motion was filed electronically with the Clerk of the Court via CM/ECF to be served on the parties authorized to be noticed.

/s/Charles F.B. McAleer, Jr.