**APPENDIX**

**DECLARATION**

1. My full name is Rebecca Ellen Woodman.

2. My office address is as follows:

Rebecca E. Woodman
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
(785) 979-3672

3. I am an attorney member in good standing in the Supreme Court of the United States, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Eighth Circuit, the United States District Court for the Southern District of Indiana, the United States District Court for the Western District of Missouri, the United States District Court for the District of Kansas, the Supreme Court of Colorado, the Supreme Court of Missouri, and the Supreme Court of Kansas.

4. I certify that I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

5. I have not been admitted to this Court *pro hac vice* at any time within the last two years.

I certify that the above information is true and correct.

Respectfully submitted,

Rebecca E. Woodman
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
(785) 979-3672
rewlaw@outlook.com

Dated: November 26, 2019