UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WESLEY IRA PURKEY               )
Register Number 14679-045     )
U.S. Penitentiary Terre Haute     )
Terre Haute, IN 47802        )
                              )
Plaintiff,                )
                              )
            v.           )
                              )
WILLIAM P. BARR          )
Attorney General           )
U.S. Department of Justice     )
950 Pennsylvania Avenue NW   )
Washington, DC 20530;      )
                              )
KATHLEEN HAWK SAWYER   )
Acting Director            )
Federal Bureau of Prisons     )
U.S. Department of Justice     )
320 First St. NW           )
Washington, DC 20534;      )
                              )
and                   )
                              )
John Does 1-X           )
                              )
Defendants.           )

---

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF
ATTORNEY REBECCA E. WOODMAN *PRO HAC VICE***

---

     This Court has reviewed the Petitioner's Motion for Admission of Attorney Rebecca E.

Woodman *pro hac vice*. Upon consideration of that motion, the Court grants Rebecca E.

Woodman *pro hac vice* admission to this Court.

SO ORDERED.


DATE:_____          _____

Hon. _____
United States District Judge