UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WESLEY IRA PURKEY                              )
Register Number 14679-045                      )
U.S. Penitentiary Terre Haute                  )
Terre Haute, IN 47802                          )
                                               )
Plaintiff,                                     )
                                               )
v.                                             )
                                               )
WILLIAM P. BARR                                )
Attorney General                               )
U.S. Department of Justice                     )
950 Pennsylvania Avenue NW                     )
Washington, DC 20530;                          )
                                               )
KATHLEEN HAWK SAWYER                           )
Acting Director                                )
Federal Bureau of Prisons                      )
U.S. Department of Justice                     )
320 First St. NW                               )
Washington, DC 20534;                          )
                                               )
and                                            )
                                               )
John Does 1-X                                  )
                                               )
Defendants.                                    )

---

**ENTRY OF APPEARANCE**

---

The Clerk of the Court will please enter the appearance of Brian Fleming as counsel of

record for petitioner Wesley Ira Purkey in his official capacity, in the above-captioned case.

Respectfully submitted,
/s/Brian Fleming_____
Miller & Chevalier Chartered (DC Bar #974889)
900 16th Street NW
Washington, D.C. 20006
(202) 626-5871

bfleming@milchev.com
*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2019, the foregoing Motion was filed electronically with the Clerk of the Court via CM/ECF to be served on the parties authorized to be noticed.

/s/Brian Fleming_____