WESLEY IRA PURKEY
Register Number 14679-045
U.S. Penitentiary Terre Haute
Terre Haute, IN 47802

Plaintiff,

v.

WILLIAM P. BARR
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530;

KATHLEEN HAWK SAWYER
Acting Director
Federal Bureau of Prisons
U.S. Department of Justice
320 First St. NW
Washington, DC 20534;

and

John Does 1-X

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Leave to file without prepayment
of costs GRANTED
_____
United States District Judge
12/2/19

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES
### (*IN FORMA PAUPERIS*)

Petitioner Wesley Ira Purkey respectfully moves this Court for leave to file his

Complaint, filed this day, without prepayment of costs and to proceed *in forma pauperis*.

Petitioner states as follows in support of this motion: