IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY IRA PURKEY ) | |
| Register Number 14679-045 ) | |
| U.S. Penitentiary Terre Haute ) | |
| Terre Haute, IN  47802, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM P. BARR ) | |
| Attorney General ) | |
| U.S. Department of Justice ) | |
| 950 Pennsylvania Avenue, NW ) | |
| Washington, DC  20530 ) | No. 1:19-cv-03570-TSC |
| ) | |
| KATHLEEN HAWK SAWYER ) | |
| Acting Director ) | |
| Federal Bureau of Prisons ) | |
| U.S. Department of Justice ) | |
| 320 First St., NW ) | |
| Washington, DC  20534 ) | |
| ) | |
| and ) | |
| ) | |
| John Does 1-X ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION BARRING
EXECUTION OF WESLEY PURKEY PENDING FINAL DISPOSITION ON THE
MERITS**

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiff

Wesley Ira Purkey hereby moves this Court to issue a preliminary injunction enjoining

Defendants from executing Mr. Purkey pending final resolution of his claims or, at a minimum,

until the Court resolves a renewed motion for preliminary relief after Mr. Purkey has gathered

additional evidence in discovery, including information Mr. Purkey previously sought from Defendants but as to which he has been denied access.

Mr. Purkey's execution date is currently stayed pursuant to an order in a related but separate case. *See* Order, *In re Fed. Bureau of Prisons' Execution Protocol Cases*, Case No. 19-mc-145 (TSC), (D.D.C. Nov. 20, 2019); *In re Fed. Bureau of Prisons' Execution Protocol Cases*, Case No. 19-5322, Order (D.C. Cir. Dec. 2, 2019). Therefore, Mr. Purkey files this motion protectively.  In the event that the stay is lifted in the related litigation, this motion and Mr. Purkey's Complaint present an independent rationale to enjoin his execution.  In order to give the Court time to fully consider the issues presented in the instant matter, Mr. Purkey files this motion while the stay in the other matter remains in place.

In his Complaint, Mr. Purkey alleges violations of the Fifth Amendment and Eighth Amendment of the United States Constitution. U.S. Const. amends. V, VIII. As described in more detail in the attached memorandum of points and authorities, Mr. Purkey has demonstrated a strong likelihood of success on the merits of his claims. And he is likely to uncover through formal discovery additional evidence in support of his claims. Without an injunction, Mr. Purkey will suffer irreparable injury. Finally, the balance of the equities and public interest also favor a preliminary injunction.

In support of this motion, Mr. Purkey relies upon the attached memorandum of points and authorities and accompanying declaration. A proposed preliminary injunction order is also attached. Mr. Purkey fully satisfies the preliminary injunction standard on the papers alone and the Court should grant the preliminary injunction motion without a hearing. But if the Court has any doubt, it must at least hold an expedited hearing on the preliminary injunction motion under

Local Rule 65.1(d) to fully assess the strength of Mr. Purkey's proof and to understand the multiple weaknesses in the government's position.

To Plaintiff's knowledge, process has not been issued yet, and, accordingly, Defendants have not been formally served with process in this case. Plaintiff previously sent courtesy copies of the Complaint and the accompanying exhibits to Government counsel in Case No. 19-MC-145, by electronic mail and hand-delivery, respectively. Plaintiff has not received a response from Government counsel regarding that transmission. Moreover, Plaintiff has not been able to have a meet and confer conference with Defendants pursuant to Local Rule 7(m) given the exigent circumstances associated with this Motion for Preliminary Injunction. Plaintiff will conduct such a meet and confer conference with Defendants as soon as Defendants or their counsel appear in the case or respond to the prior transmittal of the Complaint. In any event, Plaintiff will make sure that they seek Defendants' position on this Motion for Preliminary Injunction as soon as possible and file a Local Rule 7(m) Certificate accordingly.

DATED: December 4, 2019

Respectfully Submitted,

*/s/Charles F.B. McAleer, Jr.*
Charles F.B. McAleer, Jr. (DC Bar #388681)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5963
Email: CMcAleer@milchev.com

*/s/Brian Fleming*
Brian Fleming (DC Bar #974889)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5871

Email: bfleming@milchev.com

*/s/Rebecca E. Woodman*
Rebecca E. Woodman (*pro hac vice*)
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
Telephone: (785) 979-3672
Email: rewlaw@outlook.com

*/s/Michelle M. Law*
Michelle M. Law, MO Bar No. 45487
(appointment motion to be filed)
Assistant Federal Public Defender
Western District of Missouri
901 Saint Louis Street, Suite 801
Springfield, Missouri 65806
Telephone: (417) 873-9022
Facsimile:  (417) 873-9038
Email: michelle_law@fd.org

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 4th day of December, 2019, a true and genuine copy of the Plaintiff's "Motion for a Preliminary Injunction Barring Execution of Wesley Purkey Pending Final Disposition on the Merits" was sent via electronic mail by the Court's CM/ECF system to all current CM/ECF participants in this case. Because Defendants have not been served with process or entered their appearance yet in this case, a courtesy copy of this filing was sent via FedEx, to William P. Barr, Kathleen Hawk Sawyer, and Jessie K. Liu and to the following counsel of record in the related matter, Case No. 19-MC-145 (D.D.C.):

**Denise M. Clark**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-6605
Fax: (202) 252-2599
Email: denise.clark@usdoj.gov

**Paul Perkins**
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Ave, NW
Washington, DC 20530
202-514-5090
Email: paul.r.perkins@usdoj.gov

**Peter S. Smith**
UNITED STATES ATTORNEY'S OFFICE
Appellate Division
555 4th Street, NW
Eighth Floor
Washington, DC 20530-0001
(202) 252-6769
Fax: (202) 514-8779
Email: peter.smith@usdoj.gov

**Alan Burch**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2550

Email: alan.burch@usdoj.gov

**Ethan Price Davis**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 616-4171
Email: Ethan.davis@usdoj.gov

**Jean Lin**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Room 11532
Washington, DC 20005
(202) 514-3716
Fax: (202) 616-8470
Email: jean.lin@usdoj.gov

**Jonathan D. Kossak**
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 305-0612
Email: jonathan.kossak@usdoj.gov

**Robert J. Erickson**
U. S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Room 1515
Washington, DC 20530
(202) 514-2841
Fax: (202) 305-2121
Email: robert.erickson@usdoj.gov

*/s/Charles F.B. McAleer, Jr.*
Charles F.B. McAleer, Jr.