# Exhibit 1

Monday, September 9, 2019 at 12:27:18 PM Central Daylight Time

| | |
|---|---|
| **Subject:** | FW: Night Checks on Range -- Wesley Purkey |
| **Date:** | Monday, September 9, 2019 at 12:25:08 PM Central Daylight Time |
| **From:** | Michelle Law |
| **To:** | rewlaw_outlook.com |
| **Attachments:** | image001.png |



## Michelle M. Law

Assistant Federal Public Defender
Western District of Missouri
Springfield, MO 65806

Phone: (417) 873-9022
FAX: (417) 873-9038

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail.  Thank you for your cooperation.

**From:** Michelle Law
**Sent:** Wednesday, August 21, 2019 9:27 AM
**To:** 'Katherine Siereveld' <ksiereveld@bop.gov>
**Cc:** rewlaw_outlook.com <rewlaw@outlook.com>; 'Elizabeth Vartkessian' <esv@advancechange.org>
**Subject:** Night Checks on Range -- Wesley Purkey

Katherine:

I am writing about an ongoing issue on the range where the five with execution dates are being housed.  As you know, I represent Wesley Purkey, and he is complaining about the cell checks that occur about every 10 - 15 minutes during the night.  Apparently, a guard is using a large flashlight to illuminate Mr. Purkey's cell, and the super bright light is waking Mr. Purkey every time there is a cell check.  This has led to extreme sleep deprivation and the resulting agitation is affect our ability to communicate with Mr. Purkey.  I would prefer not to litigate this issue, but if we can't find a solution soon, we plan to file a lawsuit.  It seems to me that significantly curtailing the use of a bright flashlight at night is a reasonable request.  Or, if that is not an option, I could bring Mr. Purkey a sleep mask to shield his eyes from the bright light.

Any assistance that you can offer on this issue would be appreciated.  If you cannot resolve this issue, please let me know to who I should talk to about this situation.

Thank you –

Michelle



## Michelle M. Law

Assistant Federal Public Defender
Western District of Missouri
Springfield, MO 65806

Phone: (417) 873-9022
FAX: (417) 873-9038

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail.  Thank you for your cooperation.