# Exhibit 2

**Monday, September 9, 2019 at 12:28:00 PM Central Daylight Time**

---

**Subject:** FW: Wesley Purkey - Sleep Mask Question Follow-up

**Date:** Monday, September 9, 2019 at 12:24:12 PM Central Daylight Time

**From:** Michelle Law

**To:** rewlaw_outlook.com

**Attachments:** ATT00001.png, image001.png



## Michelle M. Law

Assistant Federal Public Defender
Western District of Missouri
Springfield, MO 65806

Phone: (417) 873-9022
FAX: (417) 873-9038

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail.  Thank you for your cooperation.

---

**From:** Katherine Siereveld <ksiereveld@bop.gov>
**Sent:** Thursday, August 29, 2019 5:41 AM
**To:** Michelle Law <Michelle_Law@fd.org>
**Subject:** Re: Wesley Purkey - Sleep Mask Question Follow-up

Hi,
I'm sorry.  I did get an answer, but forgot to convey it to you.  He cannot have a sleep mask and they are not sold on commissary.  He can cover his eyes with his blanket if that helps.  As long as the officers see living inmate it won't be a problem.
Thanks!

Katherine

Katherine N. Siereveld
Senior Attorney
FCC Terre Haute
4200 Bureau Road North
Terre Haute, Indiana 47802
(812) 238-3476


>>> Michelle Law <Michelle_Law@fd.org> 8/28/2019 8:22 PM >>>

Hi Katherine – Did you get word back about the sleep mask for Wesley Purkey?  I am visiting him tomorrow (Thursday) and I have a mask with me to give to him.  The mask is in its original packaging if someone wants to look at it before deciding, I'll be in the reception area around 8:45 a.m.




## Michelle M. Law
Assistant Federal Public Defender
Western District of Missouri
Springfield, MO 65806

Phone: (417) 873-9022
FAX: (417) 873-9038

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail.  Thank you for your cooperation.