# Exhibit 3

| | |
|---|---|
| **Subject:** | Re: Policy Regarding Night Checks |
| **Date:** | Thursday, August 29, 2019 at 2:26:53 PM Central Daylight Time |
| **From:** | Katherine Siereveld |
| **To:** | Michelle Law |
| **CC:** | rewlaw_outlook.com |
| **Attachments:** | Portable Network Graphics image |

Hi Michelle,
I will have to do some further research to see if we have anything that is releasable, but specific directives such as that are usually found in Post Orders which are Law Enforcement Sensitive and cannot be released.
Thanks,
Katherine

Katherine N. Siereveld
Senior Attorney
FCC Terre Haute
4200 Bureau Road North
Terre Haute, Indiana 47802
(812) 238-3476


>>> Michelle Law <Michelle_Law@fd.org> 8/29/2019 3:18 PM >>>

Katherine:

Would you mind forwarding a copy of the BOP written policy regarding the night checks?

Thanks-

Michelle




## Michelle M. Law

Assistant Federal Public Defender
Western District of Missouri
Springfield, MO 65806

Phone: (417) 873-9022
FAX: (417) 873-9038

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail.  Thank you for your cooperation.