# Exhibit 4

| From: | Katherine Siereveld |
|---|---|
| To: | Michelle Law |
| Cc: | Elizabeth Vartkessian; rewlaw_outlook.com |
| Subject: | Re: Range Surveillance Video |
| Date: | Thursday, September 19, 2019 11:00:41 AM |

Hi Michelle,

I apologize for the delay in response, we have not had computers or electricity the last few days.

We do not have a mechanism with which to provide you ongoing footage.  Additionally, the preservation alone is quite voluminous, but can be accomplished if necessary.  Are there specific time frames or days even that you are looking for?  At that point we could preserve what you need and then evaluate our ability to provide it through a properly filed FOIA request, discovery request, or subpoena.

I hope that helps.  Please don't hesitate to call and discuss.

Thanks,
Katherine

Katherine N. Siereveld
Senior Attorney
FCC Terre Haute
4200 Bureau Road North
Terre Haute, Indiana 47802
(812) 238-3476

>>> Michelle Law <Michelle_Law@fd.org> 9/17/2019 4:54 PM >>>
Katherine:

I am writing to request the preservation of the range surveillance video for the SCU range where Mr. Purkey is currently housed.  I am also requesting that copies of the surveillance video be provided to me on a weekly basis.  If you require blank storage media in order to provide weekly copies, please let me know, and my office will provide blank storage media.

Thanks -

Michelle

Get Outlook for iOS