# Exhibit 5

| | |
|---|---|
| **From:** | Katherine Siereveld |
| **To:** | Michelle Law |
| **Subject:** | RE: Range Surveillance Video |
| **Date:** | Tuesday, September 24, 2019 10:25:18 AM |
| **Attachments:** | ATT00001.png |

Hi Michelle:
I forwarded this on to the appropriate office to see how far back they can go preserving the evening watch.
Thanks,
Katherine

>>> Michelle Law <Michelle_Law@fd.org> 9/24/2019 9:19 AM >>>
Katherine:

We would like the range video for the night watch hours since Wes was moved to the new range.  If the video has not been maintained that far back, we would like the earliest range surveillance video available for night watch hours, every night since and every night to come.  We will be making a FOIA request in the very near future.  As I wrote before, if you need storage media, please let me know and I'll have my CSA provide a storage device.

Thanks-

Michelle



## Michelle M. Law

Assistant Federal Public Defender
Western District of Missouri
Springfield, MO 65806

Phone: (417) 873-9022
FAX: (417) 873-9038

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail.  Thank you for your cooperation.

**From:** Katherine Siereveld <ksiereveld@bop.gov>

**Sent:** Thursday, September 19, 2019 11:01 AM
**To:** Michelle Law <Michelle_Law@fd.org>
**Cc:** Elizabeth Vartkessian <esv@advancechange.org>; rewlaw_outlook.com <rewlaw@outlook.com>
**Subject:** Re: Range Surveillance Video

Hi Michelle,

I apologize for the delay in response, we have not had computers or electricity the last few days.

We do not have a mechanism with which to provide you ongoing footage. Additionally, the preservation alone is quite voluminous, but can be accomplished if necessary. Are there specific time frames or days even that you are looking for? At that point we could preserve what you need and then evaluate our ability to provide it through a properly filed FOIA request, discovery request, or subpoena.

I hope that helps. Please don't hesitate to call and discuss.

Thanks,
Katherine

Katherine N. Siereveld
Senior Attorney
FCC Terre Haute
4200 Bureau Road North
Terre Haute, Indiana 47802
(812) 238-3476

>>> Michelle Law <Michelle_Law@fd.org> 9/17/2019 4:54 PM >>>
Katherine:

I am writing to request the preservation of the range surveillance video for the SCU range where Mr. Purkey is currently housed. I am also requesting that copies of the surveillance video be provided to me on a weekly basis. If you require blank storage media in order to provide weekly copies, please let me know, and my office will provide blank storage media.

Thanks -

Michelle

Get Outlook for iOS