# Exhibit 6

# Rebecca E. Woodman, Attorney at Law, L.C.
## 1263 W. 72nd Ter.
## Kansas City, Missouri 64114
(785) 979-3672
*rewlaw@outlook.com*

October 9, 2019

*Sent via: U.S.P.S & Email to OGC_EFOIA@BOP.GOV*

Freedom of Information Act/Privacy Action Section
Office of General Counsel, Room 924
Federal Bureau of Prisons
320 First Street, N.W.
Washington, DC 20534
(E): OGC_EFOIA@BOP.GOV

**RE: Expedited Records Request Pertaining to:**
       **Wesley Ira Purkey**
       **DOB: 01/06/1952**
       **SSN: 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**
       **FPN: 14679-045**
       **Place of Birth: Wichita, Kansas**

Dear Sir or Madam:

I am a CJA-Appointed Attorney representing Wesley Ira Purkey, a federal death row inmate who is currently incarcerated at the U.S. Penitentiary in Terre Haute, Indiana. Mr. Purkey is one of five prisoners at Terre Haute who were notified of scheduled execution dates in writing by the Department of Justice on July 25, 2019. These five inmates, including Mr. Purkey, were moved to a special range (hereinafter "death watch range") in the Secure Confinement Unit (SCU) at USP-Terre Haute on or about July 25, 2019, and remain in the death watch range to the present day.

On behalf of my client and pursuant to the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), and the Privacy Act, 5 U.S.C. § 552a, I request that I be furnished with information in the possession of the Federal Bureau of Prisons related to or concerning Wesley Ira Purkey, specifically pertaining to the following:

1. All night watch range surveillance videotape of the death watch range dating from the earliest two weeks available from July 25, 2019, and separately, dating from September 18-28, 2019.

2.  All day watch range surveillance videotape of the death watch range on August 13, 2019 and September 18-19, 2019.

I certify as true and correct to the best of my knowledge and belief that my client Wesley I. Purkey is incarcerated under a sentence of death at USP-Terre Haute, that I have been appointed to represent him in his capital appeals and it is critical that I obtain and review his BOP records as quickly as possible to preserve his due process rights.

I have attached a release and Certificate of Identity (DOJ-361 Form) signed by my client, Wesley Ira Purkey, authorizing the release of all such records to me, Rebecca E. Woodman.

Mr. Purkey seeks a waiver of all costs pursuant to 5 U.S.C. § 552(a)(4)(A)(iii) ("Documents shall be furnished without any charge . . . if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester.") and 39 C.F.R. § 265.9(g)(3) (same). Disclosure of the requested documents is necessary in this case because Mr. Purkey is under sentence of death, and this information is fundamental to ensuring that the sentence against him is lawfully imposed. This type of government activity also sheds light on the degree to which the executive branch of the federal government may be violating existing law and regulations. Additionally, disclosure of the information is not primarily in Mr. Purkey's commercial interest. Therefore, a fee waiver would fulfill Congress's legislative intent in amending FOIA. *See Judicial Watch, Inc. v. Rossotti*, 326 F.3d 1309, 1312 (D.C. Cir. 2003) ("Congress amended FOIA to ensure that it be "liberally construed in favor of waivers for noncommercial requesters.").

If this request is denied in whole or in part, Mr. Purkey asks that you justify all deletions or omissions by reference to specific exemptions to FOIA and the Privacy Act. Mr. Purkey expects the release of all separable portions of otherwise exempt material. Mr. Purkey reserves the right to appeal a decision to withhold any information or to deny a waiver of costs.

Additionally, **I am requesting expedited processing of this FOIA request pursuant to 28 CFR § 16.1(d)(iii) as Mr. Purkey has a pending execution date of December 13, 2019**. Thank you for your prompt attention to this matter. Please furnish all applicable records to:

> Rebecca E. Woodman, Esq.
> 1263 W. 72nd Terrace
> Kansas City, Missouri 64114

Should you have any questions related to this request, please do not hesitate to call me at (785) 979-3672 or by email at rewlaw@outlook.com.

Sincerely,

Rebecca E. Woodman

*Enclosures: (2)*