# Exhibit 9

| | |
|---|---|
| **From:** | Rebecca Woodman |
| **To:** | Katherine Siereveld |
| **Cc:** | Michelle Law |
| **Subject:** | Purkey FOIA requests |
| **Date:** | Wednesday, October 9, 2019 9:47:07 AM |
| **Attachments:** | Purkey FOIA request death watch protocols 10-9-2019.pdf |
| | Purkey limited FOIA request 10-9-2019.pdf |
| | Purkey updated certificate of identity 9-25-2019.pdf |
| | Purkey updated release 9-25-2019.pdf |

Dear Katherine: I am attaching two FOIA requests that I sent via email and USPS today to the Federal Bureau of Prisons. One is a limited request for the surveillance videos of the death watch range that my co-counsel, Michelle Law, specifically requested be preserved in previous email correspondence with you. That specific request is reiterated in the attached FOIA letter. It is imperative that we obtain at least these video surveillance tapes as soon as possible, given Mr. Purkey's impending execution date of December 13, 2019, so anything you can do to ensure that we obtain these videotapes as soon as possible would be appreciated. The other FOIA request is a more detailed request for all records pertaining to BOP protocols for the death watch range, as well as all video surveillance of the range. Anything you can do to expedite this request would be most appreciated as well. Please let me know if you have any questions, and Michelle and I are available to discuss these requests further with you should you wish.

Thank you.

Sincerely,
Rebecca

Rebecca E. Woodman
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
(785) 979-3672
rewlaw@outlook.com