# Exhibit 12

**Subject:** Re: Purkey FOIA requests

**Date:** Wednesday, October 16, 2019 at 9:54:20 AM Central Daylight Time

**From:** Katherine Siereveld

**To:** Rebecca Woodman

**CC:** Michelle Law

Hi Rebecca,
I understand your time constraints, but I do not have the authority to circumvent the FOIA process.  I will follow up with our FOIA folks and see if there is a more expedited time frame.
Thanks,
Katherine

>>> Rebecca Woodman <rewlaw@outlook.com> 10/11/2019 8:45 AM >>>
>
Hi Katherine: Attached is a reply to our limited FOIA request for the A range death watch video surveillance, granting our request for expedited response. Nevertheless, the response indicates it may take as much as six months to process the request. As you know, this time frame is untenable in light of Mr. Purkey's execution date. You have already agreed to preserve the requested video, and it is vitally important that we obtain at least these limited video surveillance tapes now. Please advise on the time frame in which those videos can be made available to us in the next few weeks. We greatly appreciate your timely assistance in this matter.

Thank you.

Best,
Rebecca


Rebecca E. Woodman
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
(785) 979-3672
rewlaw@outlook.com


**From:** Rebecca Woodman <rewlaw@outlook.com>
**Date:** Wednesday, October 9, 2019 at 9:46 AM
**To:** Katherine Siereveld <ksiereveld@bop.gov>
**Cc:** Michelle Law <Michelle_Law@fd.org>
**Subject:** Purkey FOIA requests

Dear Katherine: I am attaching two FOIA requests that I sent via email and USPS today to the Federal Bureau of Prisons. One is a limited request for the surveillance videos of the death watch range that my co-counsel, Michelle Law, specifically requested be preserved in previous email correspondence with you. That specific request is reiterated in the attached FOIA letter. It is imperative that we obtain at least these video surveillance tapes as soon as possible, given Mr. Purkey's impending execution date of December 13, 2019, so anything you can do to ensure that we obtain these videotapes as soon as possible would be appreciated. The other FOIA request is a more detailed request for all records pertaining to BOP protocols for the death watch range, as well as all video surveillance of the range. Anything you can do to expedite this request would be most appreciated as well. Please let me know if you have any questions, and Michelle and I are available to discuss these requests further with you should you wish.

Thank you.

Sincerely,
Rebecca

Rebecca E. Woodman
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
(785) 979-3672
rewlaw@outlook.com