# Exhibit 13

**Subject:** Re: Request for documents/video

**Date:** Wednesday, November 13, 2019 at 12:28:43 PM Central Standard Time

**From:** Katherine Siereveld

**To:** Rebecca Woodman

**CC:** Michelle Law

Hi Rebecca,
I do not have the authority to circumvent the FOIA process, but please be assured that everyone involved is cognizant that time is of the essence.  I will forward your concerns along to the folks directly involved in the FOIA process.
Thanks,
Katherine

>>> Rebecca Woodman <rewlaw@outlook.com> 11/11/2019 12:28 PM >>>
>
Dear Katherine: We have previously submitted three FOIA requests for documents and video that contain information vital to our urgent warrant litigation for Mr. Purkey. The requests are for the video surveillance tapes of A range since the "death watch" protocol began on July 25, 2019, and written documents pertaining to the same, a more limited request for video surveillance tapes on specified dates (which you had previously indicated to us would be easier to assemble in a short amount of time), and a request for Mr. Purkey's current BOP records. I am also attaching the FOIA reply granting our request to expedite, but stating it may take six months for us to receive the documents. As you know, we do not have this kind of time, since Mr. Purkey's execution date is scheduled for December 13, 2019. It is imperative that we receive at least the limited video surveillance tapes we requested, as well as Mr. Purkey's BOP records in order to prepare impending warrant litigation for Mr. Purkey. I am respectfully requesting that you forward the requested documents to us in the next 10 days so that we have the necessary documentation for our litigation on behalf of Mr. Purkey. We greatly appreciate your timely assistance in this matter. Please let me know if you have any questions in the meantime. Thank you.

Best,
Rebecca


Rebecca E. Woodman
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
(785) 979-3672
rewlaw@outlook.com