# Exhibit 16



September 26, 2019

Re:  Wesley Purkey
DOB:  1/6/52
Dx:  R41.844 - Frontal lobe and executive
function deficit

To Whom It May Concern:

I would like to order a head MRI w/ and w/o contrast, PET scan (brain), and a DTI scan (brain) for Mr. Purkey. The indication is that he has a history of cognitive deficits and need to rule out an intracranial process. For his head MRI, this study should be done with a field strength of at least 1.5 tesla. Scanning should include a T1−weighted 3−dimensional 1x1x1mm (no skips) acquisition sequence (such as MPRAGE or a 3D spoiled−gradient procedure) to allow segmentation of gray matter (GM) and white matter (WM) for volumetric analysis. If feasible, scanning should also include a dual−echo sequence (proton density and T2−weighted) with slice thickness of no more than 5mm and in−plane resolution of no worse than 1x1mm, no skip, and covering at least the entire supratentorial volume. This could be needed for robust segmentation of brain parenchyma from cerebrospinal fluid (CSF). If possible, the raw data needs to be saved in a standard (e.g., DICOM) format and downloadable for post-processing by specialized software. I would like to order a diffusion tensor imaging (DTI) study to evaluate for fiber tract abnormalities. It should be done with a minimum of 25 directions; 64 directions is preferred. Please see the attached scanning protocol for further details and information. Please send the images to Rebecca Woodman <rewlaw@outlook.com> when ready.

Sincerely,

Bhushan S. Agharkar, M.D., D.F.A.P.A.
Distinguished Fellow, American Psychiatric Association
Diplomate, American Board of Psychiatry and Neurology, with Added Qualifications in Forensic Psychiatry
NPI:  1619180304

**4062 Peachtree Road NE, Suite A-203  |  Atlanta, GA 30319**
**Tel: 404.939.6636  |  Tel/Fax: 866.824.5215**