# Exhibit 19

**Michelle Law**

| | |
|---|---|
| **From:** | Michelle Law |
| **Sent:** | Monday, October 21, 2019 7:59 AM |
| **To:** | 'Katherine Siereveld' |
| **Cc:** | rewlaw_outlook.com |
| **Subject:** | RE: Medical Imaging Tests for Wesley Purkey |

Thanks, Katherine – I'll start the process of procuring funding.  I am certain that we will want a true DTI image so let me know what the outside vendors report about costs.



## Michelle M. Law

Assistant Federal Public Defender
Western District of Missouri
Springfield, MO 65806

Phone: (417) 873-9022
FAX: (417) 873-9038

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail.  Thank you for your cooperation.

**From:** Katherine Siereveld <ksiereveld@bop.gov>
**Sent:** Wednesday, October 16, 2019 9:59 AM
**To:** Michelle Law <Michelle_Law@fd.org>
**Cc:** rewlaw_outlook.com <rewlaw@outlook.com>
**Subject:** RE: Medical Imaging Tests for Wesley Purkey

**Please see below for the estimates I have received so far for the outside testing.**

PET Scan of the brain – CPTs 78608 and 70450 is about $2500
MRI of the brain with and without contrast – CPT 70553 is about $800.

MRI DT can most likely be done with the regular MRI but it may have to go out of network depending on availability of the testing/reading. Two other hospitals both say they can do it. I am checking to see if the onsite vendor can do it as well.  I would add another $250 to the regular MRI to cover that cost just to be on the safe side.

**The response from the onsite vendor is in red below.  Please let me know how you want us to proceed...**

The answer is yes and no.
We can provide Diffusion-weighted Imaging which is a part of diffusion tensor imaging .

From what I was told is that DTI is used a lot in Brain accident injury application. DWI provides the raw data for the DTI.

Bottom line we can do DWI. Let me suggest this. Let's do a DWI and submit it to the Radiologist and see if he can interpret a DTI from the data.

>>> Michelle Law <Michelle_Law@fd.org> 10/9/2019 11:26 AM >>>
Katherine:
I've attached our doctor's order for the imaging – this is all the information I have regarding the details of the tests.  It is my understanding that all imaging is of the head and no other part of the body.
Once you learn more about who will be performing the tests, would you please forward that information to me along with more information regarding the machines that will be used to perform the tests (manufacturer, model number, etc.).  If you will not be able to obtain this information, would you forward the name of a contact person so we can obtain all relevant information regarding the performance of the tests and the qualifications of those administering the tests?  Also, we will need to know how to go about paying for the tests – like a vendor number, etc.
Thanks-
Michelle



Michelle M. Law

Assistant Federal Public Defender
Western District of Missouri
Springfield, MO 65806

Phone: (417) 873-9022
FAX: (417) 873-9038

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail.  Thank you for your cooperation.

**From:** Katherine Siereveld <ksiereveld@bop.gov>
**Sent:** Tuesday, October 8, 2019 1:28 PM

2

**To:** Michelle Law <Michelle_Law@fd.org>
**Subject:** RE: Medical Imaging Tests for Wesley Purkey

Hi Michelle,
They need a little more information...

The providers for the DT MRI need more specific orders to have a good understanding of what they are looking for.  They gave the example of stroke vs. MS.

Also, do you want the MRI with or without contrast?

One more, is the PET scan of the whole body?  What are the parameters for that?

Thanks!
Katherine


>>> Michelle Law <Michelle_Law@fd.org> 10/4/2019 2:26 PM >>>
It stands for diffusion tensor imaging and it is a study to evaluate brain fiber tract abnormalities.



## Michelle M. Law

Assistant Federal Public Defender
Western District of Missouri
Springfield, MO 65806

Phone: (417) 873-9022
FAX: (417) 873-9038

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail.  Thank you for your cooperation.

**From:** Katherine Siereveld <ksiereveld@bop.gov>
**Sent:** Friday, October 4, 2019 1:20 PM
**To:** Michelle Law <Michelle_Law@fd.org>
**Cc:** rewlaw_outlook.com <rewlaw@outlook.com>
**Subject:** Re: Medical Imaging Tests for Wesley Purkey

Really quick dumb question…what is DTI??  I have not been asked for that one before.

>>> Michelle Law <Michelle_Law@fd.org> 10/4/2019 2:18 PM >>>
Katherine:

We have a medical order for the following imaging tests for Mr. Purkey:  1)  An MRI of Mr. Purkey's head; 2) a PET scan of his brain; and 3) a DTI scan of his brain.  Pursuant to our earlier conversation, if you will let me know the medical costs associated with these examinations, and some detail regarding how they will be carried out, we will then move forward with plans to get a court order and to arrange for payment of medical expenses.  I am happy to assist in any way that I can – if you need more info from me, please let me know.

Thanks-

Michelle



## Michelle M. Law

Assistant Federal Public Defender
Western District of Missouri
Springfield, MO 65806

Phone: (417) 873-9022
FAX: (417) 873-9038

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail.  Thank you for your cooperation.