# Exhibit 21

**Monday, December 2, 2019 at 10:39:12 AM Central Standard Time**

| | |
|---|---|
| **Subject:** | Fwd: 2-19-cv-414 Purkey's mandadum short record |
| **Date:** | Thursday, October 17, 2019 at 5:06:11 PM Central Daylight Time |
| **From:** | Laura Briggs |
| **To:** | rewlaw_outlook.com |
| **Attachments:** | purkey short record for mandamus action.pdf |

The document itself is attached to this message, for reference.

(Or maybe you already have it).

I'll get to sorting this all out tonight, but likely won't have an update until tomorrow.

Laura A. Briggs, Clerk of Court
U.S. District Court, Southern District of Indiana
(317) 229-3705

---

**From:** Rebekah Farrington <Rebekah_Farrington@insd.uscourts.gov>
**Sent:** Thursday, October 17, 2019 5:22:32 PM
**To:** Laura Briggs <Laura_Briggs@insd.uscourts.gov>; Roger Sharpe <Roger_Sharpe@insd.uscourts.gov>
**Subject:** 2-19-cv-414 Purkey's mandadum short record

Rebekah Farrington
Divisional Operations Manager/
CRD to Magistrate Judge McKee
U.S. District Courthouse
921 Ohio Street
Terre Haute, Indiana 47807
(812) 231-1841