Exhibit 27

Case 1:19-cv-03570-TSC   Document 7-29   Filed 12/04/19   Page 2 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00414-JPH-DLP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| WARDEN USP Terre Haute, | ) | |
| | ) | |
| Respondents. | ) | |

**EX PARTE ORDER SCHEDULING TELEPHONIC STATUS CONFERENCE**

The above cause is set for a telephonic status conference on **October 31, 2019 at 10:30 a.m.**  Counsel for Mr. Purkey shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.  Mr. Purkey shall attend the conference by telephone.

**SO ORDERED.**

Date: 10/29/2019

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Michelle M. Law
FEDERAL DEFENDER -- WESTERN DISTRICT OF MISSOURI
michelle_law@fd.org

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
rewlaw@outlook.com