# Exhibit 29

Case 1:19-cv-03570-TSC   Document 71   Filed 12/04/19   Page 2 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00414-JPH-DLP |
| | ) | |
| UNITED STATES OF AMERICA, et al. | ) | |
| | ) | |
| Respondents. | ) | |

**Ex Parte Order Granting in Part and Denying in Part Motion for Continuance**

On October 28, 2019, the Court ordered Petitioner Wesley Purkey's counsel to file a supplemental response to a previous order. On October 29, 2019, in response to Mr. Purkey's *pro se* filings—in this case, the mandamus action in the Seventh Circuit and the *pro se* civil rights action filed in this Court under Cause No. 2:19-cv-00517-JRS-DLP—the Court set this matter for an ex parte telephonic conference with Mr. Purkey and his counsel. Mr. Purkey's counsel has filed an ex parte motion for an extension of time to file the supplemental response and to continue the telephonic conference. The motion, dkt. [61], is **granted in part** and **denied in part**.

The request for an extension of time to file a supplemental response is **granted**. The Court will set a deadline to file the supplemental response by separate order on a later date.

The request to continue the telephonic conference set for October 31, 2019, is **denied**. The purpose of the conference is to ask Mr. Purkey questions that are inescapably implicated by his *pro se* filings referenced above. The Court intends to ask Mr. Purkey whether he wishes to proceed with the habeas petition and motion for stay of execution filed by counsel of record in this case; whether he wishes to proceed with current counsel of record in this case; and considering the *pro se* filings referenced above, what relief does he seek.

The Court recognizes the complex issues involving attorney-client privilege and ethical obligations that are presented to counsel and does not intend to ask counsel any questions during the October 31 telephonic status conference.

**SO ORDERED.**

Date: 10/30/2019

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Michelle M. Law
FEDERAL DEFENDER -- WESTERN DISTRICT OF MISSOURI
michelle_law@fd.org

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
rewlaw@outlook.com