Exhibit 32

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY IRA PURKEY,                          )
                                            )
                    Petitioner,             )
                                            )
          v.                                )   No. 2:19-cv-00414-JPH-DLP
                                            )
UNITED STATES OF AMERICA,                   )
WARDEN USP Terre Haute,                     )
                                            )
                    Respondents.            )

**EX PARTE ORDER SCHEDULING TELEPHONIC STATUS CONFERENCE**

The above cause is set for a telephonic status conference on

**November 6, 2019 at 11:00 a.m.**  If counsel is present with Mr. Purkey,

counsel need not separately call into the conference.  Otherwise, counsel for

Mr. Purkey shall attend the conference by calling the designated telephone

number, to be provided by the Court via email.  Mr. Purkey shall attend the

conference by telephone.

**SO ORDERED.**

Date: 10/31/2019

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Michelle M. Law
FEDERAL DEFENDER -- WESTERN DISTRICT OF MISSOURI
michelle_law@fd.org

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
rewlaw@outlook.com