# Exhibit 33

**Monday, December 2, 2019 at 10:40:05 AM Central Standard Time**

| | |
|---|---|
| **Subject:** | new civil action filed by Mr. Purkey 2-19-cv-517 |
| **Date:** | Wednesday, October 30, 2019 at 9:55:45 AM Central Daylight Time |
| **From:** | Rebekah Farrington |
| **To:** | rewlaw_outlook.com, Michelle Law |
| **CC:** | Laura Briggs |
| **Attachments:** | 2-19-cv-517 purky new civil rights action.pdf |

Rebecca and Michelle:

Wanted to make you aware of a recent filing.

Rebekah Farrington
Divisional Operations Manager/
CRD to Magistrate Judge McKee
U.S. District Courthouse
921 Ohio Street
Terre Haute, Indiana 47807
(812) 231-1841