**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WESLEY IRA PURKEY<br>Register Number 14679-045<br>U.S. Penitentiary Terre Haute<br>Terre Haute, IN  47802,<br><br>        Plaintiff,<br><br>      v.<br><br>WILLIAM P. BARR<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530<br><br>KATHLEEN HAWK SAWYER<br>Acting Director<br>Federal Bureau of Prisons<br>U.S. Department of Justice<br>320 First St., NW<br>Washington, DC  20534<br><br>and<br><br>John Does 1-X<br><br>        Defendants. | No. 1:19-cv-03570-TSC |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR A PRELIMINARY INJUNCTION BARRING EXECUTION OF
WESLEY PURKEY PENDING FINAL DISPOSITION ON THE MERITS**

THIS MATTER, having come before this Court on the motion of plaintiff Wesley Ira Purkey ("Plaintiff") for a preliminary injunction barring the execution of Wesley Purkey ("Motion for Preliminary Injunction"), as well as any opposition, reply brief and other filings related thereto, and

WHEREAS, pursuant to Plaintiff's request pursuant to Local Civil Rule 65.1(d), the Court held a hearing to receive and consider evidence and argument presented by the parties relating to Plaintiff's Motion for Preliminary Injunction, and

WHEREAS, having considered all evidence, argument and filings related to Plaintiff's Motion for Preliminary Injunction, the Court has found, based on the evidence presented, that Plaintiff has made a "substantial threshold showing" of his incompetency to be executed and is thus entitled to an evidentiary hearing on his claim of incompetency. *Ford v. Wainwright,* 477 U.S. 399 (1985); *Panetti v. Quarterman*, 551 U.S. 930 (2007). The Court has further concluded that (a) Mr. Purkey will suffer irreparable harm if the injunction is not granted and if he were executed under present circumstances, (b) he is likely to succeed on the merits of his claim at or following a trial in this case, (c) the balance of the equities favor Plaintiff under the present circumstances and (d) the interests of the public are consistent with and not harmed by granting Plaintiff the requested relief; and

WHEREAS, the Court further finds, based on the representations and argument of counsel for Plaintiff, that Plaintiff is not hereby seeking a modification or suspension of his sentence; and

WHEREAS, it appearing to the Court that good cause and adequate grounds, including those set forth in Plaintiff's Motion for Preliminary Injunction and accompanying memorandum, exist for granting Plaintiff the requested relief; that granting Plaintiff the requested relief would be in the interests of justice; and that Plaintiff should be granted a preliminary injunction; it is now therefore

ORDERED that Wesley Ira Purkey's Motion for a Preliminary Injunction Barring Execution of Wesley Purkey Pending Disposition is hereby GRANTED; and it is further

ORDERED that the Defendants herein, including all employees and agents acting under Defendants' control and at their direction, are enjoined from setting a date for executing Wesley Ira Purkey and from executing Wesley Ira Purkey pending further order of this Court.

ENTERED this _____ day of _____, _____.

_____
Tanya S. Chutkan
United States District Judge