AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| WESLEY I. PURKEY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    19-3570 (TSC) |
| WILLIAM P. BARR, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

William P. Barr, Kathleen Hawk Sawyer, and John Does I-X                                    .

Date:    12/11/2019

/s/ J. Benton  Hurst
*Attorney's signature*

J. Benton Hurst
*Printed name and bar number*

400 E. 9th St., Rm. 5501
Kansas City, MO  64106

*Address*

John.Hurst@usdoj.gov
*E-mail address*

(816) 426-3122
*Telephone number*

(816) 426-5186
*FAX number*