IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:19-cv-03570-TSC |
| WILLIAM P. BARR, *et al.*, | ) | |
| Defendants. | ) | |

**PLAINTIFF WESLEY PURKEY'S UNOPPOSED MOTION TO WITHDRAW HIS MOTION FOR A PRELIMINARY INJUNCTION BARRING EXECUTION PENDING FINAL DISPOSITION ON THE MERITS (WITHOUT PREJUDICE TO RENEWAL)**

On December 4, 2019, Mr. Purkey filed a protective Motion for a Preliminary Injunction Barring Execution of Wesley Purkey Pending Final Disposition on the Merits ("Motion for a Preliminary Injunction"). Defendants filed their Opposition to Plaintiff's Motion for a Preliminary Injunction ("Opposition") on December 11, 2019. As set out in the Motion for a Preliminary Injunction, Mr. Purkey was previously scheduled to be executed on December 13, 2019. The execution warrant setting that date has now expired. Therefore, Mr. Purkey respectfully requests that the Court grant the instant motion to withdraw his Motion for a Preliminary Injunction, without prejudice to his ability to file a renewed motion for a preliminary injunction should circumstances change.

Pursuant to Local Civil Rule 7(m), counsel for Mr. Purkey have consulted with counsel for the Defendants, who stated (and authorized the undersigned to represent to the Court) that Defendants have no objection to the withdrawal of the Motion for a Preliminary Injunction but noted that Defendants "nonetheless maintain the position stated in [their] opposition [to the Motion for Preliminary Injunction] that jurisdiction for this claim lies elsewhere."

DATED: December 17, 2019                    Respectfully Submitted,

/s/Charles F.B. McAleer, Jr.
Charles F.B. McAleer, Jr. (DC Bar
#388681)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5963
Email: CMcAleer@milchev.com

/s/Brian Fleming
Brian Fleming (DC Bar #974889)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5871
Email: bfleming@milchev.com

/s/Rebecca E. Woodman
Rebecca E. Woodman (*pro hac vice*)
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
Telephone: (785) 979-3672
Email: rewlaw@outlook.com

*/s/Michelle M. Law*
Michelle M. Law, MO Bar No. 45487
(appointment motion to be filed)
Assistant Federal Public Defender
Western District of Missouri
901 Saint Louis Street, Suite 801
Springfield, Missouri 65806
Telephone: (417) 873-9022
Facsimile:  (417) 873-9038
Email: michelle_law@fd.org

**Counsel for Plaintiff**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2019, Plaintiff Wesley Purkey's Unopposed Motion to Withdraw his Motion for a Preliminary Injunction Barring Execution Pending Final Disposition on the Merits (Without Prejudice to Renewal) was filed electronically with the Clerk of the Court via CM/ECF and was sent via electronic mail by the Court's CM/ECF system to all current CM/ECF participants in this case.  In addition, a courtesy copy of this filing was sent via electronic mail to Brian B. Casey, Kathleen D. Mahoney, J. Benton Hurst, and David Wagner.

/s/Charles F.B. McAleer, Jr.