IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WESLEY IRA PURKEY,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM P. BARR, *et al*.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:19-cv-03570-TSC |

**[PROPOSED] ORDER GRANTING PLAINTIFF WESLEY PURKEY'S
"UNOPPOSED MOTION TO WITHDRAW HIS MOTION FOR A
PRELIMINARY INJUNCTION BARRING EXECUTION PENDING FINAL
DISPOSITION ON THE MERITS (WITHOUT PREJUDICE TO RENEWAL)"**

THIS MATTER, having come before this Court on the unopposed motion of plaintiff

Wesley Purkey to withdraw his pending motion for a preliminary injunction pending final

disposition on the merits (without prejudice to renewal) ("Motion to Withdraw"), and

WHEREAS, it appearing to the Court that Defendants do not oppose the Motion to

Withdraw and that, for the reasons set forth therein, the Motion to Withdraw should be granted

and plaintiff Wesley Purkey should be granted the relief requested therein; it is now therefore

ORDERED that plaintiff Wesley Purkey's Unopposed Motion to Withdraw his Motion

for a Preliminary Injunction Barring Execution Pending Final Disposition on the Merits (without

Prejudice to Renewal) is hereby GRANTED; and it is further

ORDERED that the Motion for a Preliminary Injunction Barring Execution Pending

Final Disposition on the Merits (ECF No. 7) is withdrawn, without prejudice to Mr. Purkey's

ability to file a renewed motion for a preliminary injunction should circumstances change.  The

Clerk of Court is hereby directed to note the withdrawal of the Motion for a Preliminary

Injunction Barring Execution Pending Final Disposition on the Merits (ECF No. 7) in the docket

of the case.


DATE:_____                  _____

Tonya S. Chutkan
United States District Judge