U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| WESLEY IRA PURKEY | 19-cv-03570-TSC |
| DEFENDANT | TYPE OF PROCESS |
| WILLIAM P. BARR et al | Summons & Complaint |

SERVE AT {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
KATHLEEN HAWK SAWYER Acting Director  Federal Bureau of Prisons

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
U.S. Department of Justice  320 First St. NW  Washington, DC 20534

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Charles FrancisBenedict McAleer , Jr.
MILLER & CHEVALIER, CHARTERED
900 Sixteenth Street, NW
Washington, DC 20006

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:    ☒ PLAINTIFF    ☐ DEFENDANT

TELEPHONE NUMBER: (202) 354-3120

DATE: 12/11/2019

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3/3 | No. All | No. All | | 12/11/19 |

I hereby certify and return that I ☒ have personally served , ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| D. Munson (Senior Counsel) | 12/26/19 | 1327 | ☐ am ☒ pm |

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

#30026

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | | 0 | 65 | | |

REMARKS

**RECEIVED**

DEC 2 6 2019

Clerk, U.S. District and
Bankruptcy Courts

RECEIVED DEC 11 '19
U.S. MARSHAL-DC PM3:48



PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440b (Rev. 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No.  19-cv-03570-TSC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* Marthufhill, Sen Ceuns

BOP                          on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $  65  for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  12/26/19

_____
*Server's signature*

BALFANO  U/DUSM
*Printed name and title*

U.S. Marshals Service
U.S. Courthouse
Served: 333 Constitution Ave., N.W.
Washington, D.C. 20001

Additional information regarding attempted service, etc:

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| WESLEY IRA PURKEY | 19-cv-03570-TSC |
| DEFENDANT | TYPE OF PROCESS |
| WILLIAM P. BARR et al | Summons & Complaint |

| SERVE AT { | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | U.S. ATTORNEY |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 501 Third Street NW Washington, DC 20530 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Charles FrancisBenedict McAleer , Jr.<br>MILLER & CHEVALIER, CHARTERED<br>900 Sixteenth Street, NW<br>Washington, DC 20006 | Number of process to be served with this Form 285: 3 |
| | Number of parties to be served in this case: 3 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(202) 354-3120 | DATE<br>12/11/2019 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2/3 | No. A16 | No. A16 | | 12/11/19 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| Cynthia Perez Jordeyo Specialist | 12/2019 | 1354 | |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy 51311 | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | | 0 | 65 | | |

REMARKS

RECEIVED

DEC 2 6 2019

Clerk, U.S. District and
Bankruptcy Courts

RECEIVED DEC 11 '19
U.S. MARSHAL-DC PM3:48

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440b (Rev. 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No.  19-cv-03570-TSC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* Cynthia Parker

on *(date)* 12-24-19 ; or Spec.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ *les* for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

BARCANO 30026 USM
Printed name and title

U.S. Marshals Service
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

_____
Server's address

Additional information regarding attempted service, etc: