## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 19-03570 (TSC) |
| | ) | |
| WILLIAM P. BARR, et al, | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT CONSENT MOTION FOR LEAVE TO FILE ADDITIONAL BRIEFING

The parties respectfully jointly move for leave to file additional briefing on the issues raised in Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction, ECF No. 10, and in Plaintiff Wesley Purkey's Brief Filed Pursuant to this Court's Order of December 31, 2019, ECF No. 14.

Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction argued that Plaintiff was unlikely to succeed on the merits of his claims because they are core habeas claims that must be brought through a habeas petition in the Southern District of Indiana. On December 31, 2019, this Court granted Plaintiff's unopposed motion to withdraw his motion for a preliminary injunction and ordered Plaintiff to respond to Defendants' arguments "that jurisdiction for this claim lies elsewhere." Plaintiff's responsive brief argued that he is entitled to assert his claims for equitable relief directly under the Constitution and that his claims are not core habeas claims.

The parties believe that the issues and arguments raised in these briefs are significant threshold issues for this case that warrant further briefing. Accordingly, Defendants seek leave to file the additional brief attached as Exhibit A, and Plaintiff seeks leave to file a brief of equal or shorter length not later than January 28, 2020.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By      */s/ J. Benton Hurst*

BRIAN P. CASEY
KATHLEEN D. MAHONEY
J. BENTON HURST (D.D.C. Bar #MO009)
DAVID WAGNER
Special Assistant United States Attorneys

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri    64106
Telephone: (816) 426-3122
Fax: (816) 426-5186
Email:   Brian.Casey@usdoj.gov
             Kate.Mahoney@usdoj.gov
             John.Hurst@usdoj.gov
             David.Wagner@usdoj.gov


*Attorneys for Defendants*




*/s/ Brian Fleming*
BRIAN FLEMING (DC Bar #974889)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5871
Email: bfleming@milchev.com

CHARLES F.B. MCALEER, JR. (DC Bar #388681)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5963
Email: CMcAleer@milchev.com

-2-

REBECCA E. WOODMAN (*pro hac vice*)
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
Telephone: (785) 979-3672
Email: rewlaw@outlook.com

MICHELLE M. LAW (MO Bar #45487)
(appointment motion to be filed)
Assistant Federal Public Defender
Western District of Missouri
901 Saint Louis Street, Suite 801
Springfield, Missouri 65806
Telephone: (417) 873-9022
Facsimile: (417) 873-9038
Email: michelle_law@fd.org

*Attorneys for Plaintiff*

-3-

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that service will be accomplished by the CM/ECF system.

/s/ *J. Benton Hurst*

J. Benton Hurst
Special Assistant United States Attorney

-4-