# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WESLEY I. PURKEY,                          )
                                           )
            Plaintiff,                     )
                                           )
      v.                                   )      Civil No. 19-03570 (TSC)
                                           )
WILLIAM P. BARR, et al,                    )
                                           )
            Defendants.                    )

DECLARATION OF MELINDA REARDON

I, Melinda Reardon, hereby declare under the penalty of perjury the following:

1. I am a Supervisory Transportation Specialist with the Justice Prisoner and Alien Transportation System (JPATS). JPATS is the division within the U.S. Marshals Service responsible for the safe, reliable, and humane air transportation of pre-trial detainees and federal prisoners on behalf of the various customer agencies.

2. Although a part of the U.S. Marshals Service, JPATS does not receive annual appropriations for its operations. JPATS instead is self-sufficient where it operates on a revolving fund where the customer agencies JPATS provides services for reimburses JPATS the cost of providing such services.

3. On the occasions where JPATS provides transportation for high risk inmate, JPATS will utilize a leased aircraft to provide the transportation. Three security personnel and one medic would also accompany the inmate during the transportation.

4. It costs JPATS $8,524.00 per flight hour to recoup all of the JPATS expenditures to run the small aircraft, to include JPATS security and medical personnel. JPATS in turn charges the customer agency requesting the movement.

**Exhibit A**

5. The cost to transport inmate Wesley Purkey, Federal Register Number 14679-045 would be approximately $49,000 from Terre Haute to Washington, D.C. The aircraft would originate from Oklahoma City (where JPATS air operations are predominantly conducted from), fly to Terre Haute, pick up the inmate, and then continue to Washington, D.C. Subject to weather and other environmental conditions, this trip would take approximately 5 hours 42 minutes. If JPATS were tasked with transporting the prisoner back to Terre Haute from Washington, D.C. then additional charges would be incurred.

Executed this 21 day of February 2020.

M. Reardon

**Exhibit A**