**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WESLEY I. PURKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 19-03570 (TSC) |
| | ) |
| WILLIAM P. BARR, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION TO DISMISS

Upon consideration of Defendants' motion to dismiss this case pursuant to Rule 12(b)(1)

and (b)(6), any opposition thereto, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that this case is dismissed.

So ordered. This _____ day of _____ 2020.

_____
TANYA S. CHUTKAN
United States District Judge