**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-03570-TSC |
| | ) | |
| WILLIAM P. BARR, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE
REGARDING DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7, the Parties, by and through their respective counsel, jointly move to modify the briefing schedule with respect to Defendants' Motion to Dismiss or, in the Alternative, to Transfer (ECF No. 18) ("Motion to Dismiss") and, in support hereof, state as follows:

Defendants filed their Motion to Dismiss on February 24, 2020. Pursuant to Local Civil Rule 7(b), the current deadline for Plaintiff to respond to Defendants' Motion to Dismiss is March 9, 2020, with Defendants' reply brief due seven (7) days thereafter. *See* Local Civil Rule 7(d). For various scheduling and logistical reasons, Plaintiff is seeking an additional seven (7) days to file his response to the Motion to Dismiss (i.e., until and including March 16, 2020), and Defendants are seeking a commensurate extension of the deadline for filing their reply brief (i.e., 14 days after the service of Plaintiff's response).

The Parties respectfully submit that good cause exists for granting their respective requests for extensions and that granting the requested extensions would not unduly delay the ultimate adjudication of this case.

WHEREFORE, the Parties request that the Court grant their joint motion and enter an order (a) extending the deadline for Plaintiff to file his response to Defendants' Motion to Dismiss until and including March 16, 2020 and (b) extending the deadline for Defendants to file their reply brief until and including 14 days after the service of Plaintiff's response.  A proposed Order is filed herewith.

Dated: March 4, 2020

Respectfully Submitted,

/s/Charles F.B. McAleer, Jr.
Charles F.B. McAleer, Jr. (DC Bar #388681)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5963
Email: cmcaleer@milchev.com

/s/Brian Fleming
Brian Fleming (DC Bar #974889)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5871
Email: bfleming@milchev.com

/s/Rebecca E. Woodman
Rebecca E. Woodman (*pro hac vice*)
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
Telephone: (785) 979-3672
Email: rewlaw@outlook.com

*/s/*Michelle M. Law
Michelle M. Law, MO Bar No. 45487
(*pro hac vice* motion to be filed)
Assistant Federal Public Defender
Western District of Missouri
901 Saint Louis Street, Suite 801
Springfield, Missouri 65806
Telephone: (417) 873-9022
Facsimile:  (417) 873-9038
Email: michelle_law@fd.org

*Attorneys for Plaintiff*

2

TIMOTHY J. SHEA
United States Attorney

By

/s/J. Benton Hurst
BRIAN P. CASEY
KATHLEEN D. MAHONEY
J. BENTON HURST (D.D.C. Bar #MO009)
DAVID WAGNER
Special Assistant United States Attorneys

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri  64106
Telephone: (816) 426-3122
Fax: (816) 426-5186
Email:    Brian.Casey@usdoj.gov
          Kate.Mahoney@usdoj.gov
          John.Hurst@usdoj.gov
          David.Wagner@usdoj.gov

*Attorneys for Defendants*

3

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that, on the 4th day of March, 2020, I caused the Parties' Joint

Motion to Modify Briefing Schedule Regarding Defendants' Motion to Dismiss to be filed

electronically with the Clerk of the Court via CM/ECF, with all authorized parties being served

electronically via CM/ECF.

<u>/s/Charles F.B. McAleer, Jr.</u>
Charles F. B. McAleer, Jr.
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5963
Email: cmcaleer@milchev.com
*Attorney for Plaintiff*
