# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WESLEY IRA PURKEY, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BARR, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   No. 1:19-cv-03570-TSC <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY BRIEFING
SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS**

THIS MATTER, having come before the Court on the joint motion of Plaintiff Wesley Ira Purkey ("Plaintiff") and Defendants William P. Barr, et al. ("Defendants") (collectively, "Parties"), by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7, for a modification of the briefing schedule regarding Defendants' Motion to Dismiss or, in the Alternative, to Transfer (ECF No. 18) ("Motion to Dismiss") in the above-captioned case, and

WHEREAS, it appearing to the Court that good cause exists for the requested modification of the briefing schedule and that granting the requested modification of the briefing schedule will not unduly delay the ultimate adjudication of this case, it is now therefore

ORDERED that the Parties' Joint Motion shall be, and is hereby, GRANTED, and that the remaining briefing schedule on Defendants' Motion to Dismiss is hereby modified as follows:

1.      Plaintiff shall have until and including March 16, 2020 to file his response to Defendants' Motion to Dismiss.

2.    Defendants' reply brief in support of their Motion to Dismiss shall be filed no later than fourteen (14) days after service of Plaintiff's response to Defendants' Motion to Dismiss.

ENTERED this _____ day of March, 2020.

_____
Hon. Tanya S. Chutkan
United States District Judge

Copies to All Counsel of Record