**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WESLEY I. PURKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 19-03570 (TSC) |
| | ) |
| WILLIAM P. BARR, et al, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE REGARDING EXECUTION DATE**

The United States hereby notifies the Court that the Director of the Federal Bureau of

Prisons, upon the direction of the Attorney General, has scheduled the execution of Wesley Ira

Purkey, in accordance with 28 C.F.R. Part 26, for July 15, 2020.

Dated: June 15, 2020                    Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

By      /s/ *J. Benton Hurst*

BRIAN P. CASEY
KATHLEEN D. MAHONEY
J. BENTON HURST (D.D.C. Bar #MO009)
DAVID WAGNER
Special Assistant United States Attorneys

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122
Fax: (816) 426-5186
E-mail: Brian.Casey@usdoj.gov
        Kate.Mahoney@usdoj.gov
        John.Hurst@usdoj.gov
        David.Wagner@usdoj.gov

*Attorneys for Defendants*