## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:19-cv-03570-TSC |
| WILLIAM P. BARR, *et al.*, | ) | |
| Defendants. | ) | |

### PLAINTIFF'S RENEWED MOTION FOR A PRELIMINARY INJUNCTION BARRING EXECUTION OF WESLEY PURKEY PENDING FINAL DISPOSITION ON THE MERITS

Pursuant to Federal Rule of Civil Procedure 65(a) and Local Civil Rule 65.1(c), Plaintiff Wesley Ira Purkey ("Plaintiff") hereby moves this Court to issue a preliminary injunction enjoining Defendants from executing Plaintiff pending final resolution of his claims or, at a minimum, until the Court resolves this renewed motion for preliminary relief after Plaintiff has been given an opportunity to gather additional evidence through expedited discovery, including information Plaintiff previously sought from Defendants but as to which he has been denied access, and after Plaintiff has been given an opportunity to supplement this motion with such additional evidence. In support of this motion, Plaintiff relies upon the attached memorandum of points and authorities and accompanying declarations and exhibits.

WHEREFORE, on the basis of this motion and any further argument or evidence presented in support hereof, Plaintiff respectfully requests that the Court grant this motion, preliminarily enjoin his execution presently scheduled for July 15, 2020, schedule a hearing to determine Plaintiff's lack of competency to be executed, permit Plaintiff to conduct expedited

discovery in advance of the competency hearing, and award Plaintiff such other and further relief as the Court deems just and proper. A proposed Order is attached hereto.

DATED: June 22, 2020                    Respectfully Submitted,

                                        /s/Charles F.B. McAleer, Jr.
                                        Charles F.B. McAleer, Jr. (DC Bar
                                        #388681)
                                        Miller & Chevalier Chartered
                                        900 16th Street NW
                                        Washington, D.C. 20006
                                        Telephone: (202) 626-5963
                                        Email: CMcAleer@milchev.com

                                        /s/Brian Fleming
                                        Brian Fleming (DC Bar #974889)
                                        Miller & Chevalier Chartered
                                        900 16th Street NW
                                        Washington, D.C. 20006
                                        Telephone: (202) 626-5871
                                        Email: bfleming@milchev.com

                                        /s/Rebecca E. Woodman
                                        Rebecca E. Woodman (pro hac vice)
                                        Attorney at Law, L.C.
                                        1263 W. 72nd Ter.
                                        Kansas City, Missouri 64114
                                        Telephone: (785) 979-3672
                                        Email: rewlaw@outlook.com

                                        /s/Michelle M. Law
                                        Michelle M. Law, MO Bar No. 45487
                                        (appointment motion to be filed)
                                        Assistant Federal Public Defender
                                        Western District of Missouri
                                        901 Saint Louis Street, Suite 801
                                        Springfield, Missouri 65806
                                        Telephone: (417) 873-9022
                                        Facsimile:  (417) 873-9038
                                        Email: michelle_law@fd.org

                                        **Counsel for Plaintiff**

2

## LOCAL RULE 7(m) CERTIFICATION

I HEREBY CERTIFY, pursuant to Local Rule 7(m), that, on June 22, 2020, prior to the

filing of this renewed motion for preliminary injunction, I sought Defendants' position on this

renewed motion for preliminary injunction, and counsel for Defendants indicated that

Defendants will oppose the motion.

> */s/Charles F.B. McAleer, Jr.*
> Charles F.B. McAleer, Jr. (DC Bar
> #388681)
> Miller & Chevalier Chartered
> 900 16th Street NW
> Washington, D.C. 20006
> Telephone: (202) 626-5963
> Email: CMcAleer@milchev.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 22nd day of June, 2020, I caused Plaintiff's Renewed Motion for a Preliminary Injunction Barring Execution of Wesley Purkey Pending Final Disposition on the Merits to be filed electronically with the Clerk of the Court via CM/ECF, with all authorized parties being served electronically via CM/ECF.

*/s/Charles F.B. McAleer, Jr.*
Charles F.B. McAleer, Jr. (DC Bar #388681)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5963
Email: CMcAleer@milchev.com