# Exhibit 1

# JONATHAN DERIGHT, PHD, ABPP

### BOARD CERTIFIED CLINICAL NEUROPSYCHOLOGIST

June 14, 2020

Rebecca E. Woodman, Esq.
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114

　　In re: Mr. Wesley Purkey

Dear Ms. Woodman,

I am writing regarding to your client, Wesley Purkey, on whom I performed an initial neuropsychological evaluation in August 2019. My evaluation of your client is ongoing. On November 21, 2019, I issued a report of my evaluation of Mr. Purkey and found that there was evidence of Alzheimer's disease, as had been shown in previous evaluations, and that his condition had significantly worsened in recent years. I was able to reach conclusions about his diagnosis and the severity of his condition at that time because I was afforded the opportunity to perform an in-person evaluation of Mr. Purkey and review neuroimaging, information from collateral sources who had interacted with him frequently, and substantial records. Multiple sources of information in this manner is essential for a thorough diagnosis and staging of his condition and is the standard of practice in the field of neuropsychology.

It has been almost a year since I have seen Mr. Purkey, and I am requesting that I be able to perform another in-person evaluation of him and review additional neuroimaging. It is routine clinical practice to see individuals with progressive dementias for updated evaluations after a year in order to determine the extent of progression and to obtain a current assessment of his symptoms. In addition to being afforded another opportunity to interview and perform additional testing on Mr. Purkey in person, I am requesting additional up-to-date neuroimaging (brain MRI and EEG) and blood laboratory results in accordance with best practices in the field of neuropsychology. The information available to me from Mr. Purkey's records and declarations from those who met with him frequently were essential in my analysis of his progressing physical and mental faculties, and having this up-to-date information will again be important in assessing his current abilities and disease progression. I am in need of this information in order to properly assess him.

Please inform me if you would like me to express any of the above requests in more detail.

Best regards,

Jonathan DeRight, PhD, ABPP-CN

1464 Ingleside Ave
MCLEAN
VA 22101

Woodbridge Psychological Associates, PC
JDERIGHTPHD@GMAIL.COM
703-680-4200 X 112

4320 Prince William Pkwy # 109
WOODBRIDGE
VA 22192