# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:19-cv-03570-TSC |
| WILLIAM P. BARR, *et al.*, , | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

THIS MATTER, having come before the Court, pursuant to Fed. R. Civ. P. 65(a) and Local Civil Rule 65.1(c), on Plaintiff Wesley Ira Purkey's ("Plaintiff" or "Mr. Purkey") Renewed Motion for a Preliminary Injunction Barring Execution of Wesley Purkey Pending Final Disposition on the Merits, supporting papers, declarations, and exhibits (the "Motion"), and

WHEREAS, the Court having considered the Motion, all papers, memoranda, declarations, and exhibits submitted in support of the Motion and any opposition to the Motion, and

WHEREAS, it appearing to the Court, and the Court having so held, that Plaintiff has met the threshold showing of incompetency entitling him to an evidentiary hearing on the issue of his competency to be executed, and

WHEREAS, it further appearing to the Court, and the Court having so held, that (a) Plaintiff will suffer irreparable harm if the injunction is not granted and if he were executed under present circumstances, (b) he is likely to succeed on the merits of his claim at or following a trial in this case, (c) the balance of the equities favor Plaintiff under the present circumstances,

and (d) the interests of the public are consistent with and not harmed by granting Plaintiff the requested relief, it is now therefore ORDERED, ADJUDGED and DECREED as follows:

1.      Plaintiff's Motion be, and the same is hereby, GRANTED.

2.      Plaintiff shall be entitled to expedited discovery in this matter, and, to that extent, this case is exempted from the disclosure requirements and prohibition on discovery set forth in Local Civil Rule 26.2(a) and Fed. R. Civ. P. 26(d)(1).

3.      An evidentiary hearing on the issue of Plaintiff's competency to be executed shall be held on a date to be determined by the Court following completion of any discovery ordered by the Court.

4.      The current warrant for the execution of Plaintiff is hereby suspended *sine die* and the execution of Mr. Purkey, currently scheduled for July 15, 2020, is preliminarily enjoined pending final disposition on the merits of Plaintiff's claims and further order of this Court.


          ENTERED this ___ day of _____, 2020.


                                        _____
                                        TANYA S. CHUTKAN
                                        United States District Judge