IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-03570-TSC |
| | ) | |
| WILLIAM P. BARR, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY**

Pursuant to the Fifth Amendment, Eighth Amendment, and Rule 26 of the Federal Rules of Civil Procedure, Plaintiff Wesley Ira Purkey ("Plaintiff" or "Mr. Purkey") hereby respectfully moves for expedited discovery in connection with Plaintiff's Complaint, filed on November 26, 2019 (ECF No. 1), to be completed in advance of an evidentiary hearing on the issue of Mr. Purkey's competency to be executed or, at a minimum, in advance of any disposition on Plaintiff's Renewed Motion for a Preliminary Injunction Barring Execution of Wesley Purkey Pending Final Disposition on the Merits, filed on June 22, 2020 (ECF No. 23), so that Plaintiff may have an opportunity to supplement the motion for preliminary relief with additional evidence.

In support of this motion, Plaintiff relies upon the attached memorandum of points and authorities and the declarations and exhibits filed together with Plaintiff's Renewed Motion for a Preliminary Injunction (ECF No. 23).

WHEREFORE, on the basis of this motion and any further argument or evidence presented in support hereof, Plaintiff respectfully requests that the Court grant this motion, award

Plaintiff expedited discovery, and award Plaintiff such other and further relief as the Court

deems just and proper. A proposed Order is attached hereto.

DATED: June 23, 2020                              Respectfully Submitted,

                                                 */s/Charles F.B. McAleer, Jr.*
                                                 Charles F.B. McAleer, Jr. (DC Bar #388681)
                                                 Miller & Chevalier Chartered
                                                 900 16th Street NW
                                                 Washington, D.C. 20006
                                                 Telephone: (202) 626-5963
                                                 Email: CMcAleer@milchev.com

                                                 */s/Brian Fleming*
                                                 Brian Fleming (DC Bar #974889)
                                                 Miller & Chevalier Chartered
                                                 900 16th Street NW
                                                 Washington, D.C. 20006
                                                 Telephone: (202) 626-5871
                                                 Email: bfleming@milchev.com

                                                 */s/Rebecca E. Woodman*
                                                 Rebecca E. Woodman (*pro hac vice*)
                                                 Attorney at Law, L.C.
                                                 1263 W. 72nd Ter.
                                                 Kansas City, Missouri 64114
                                                 Telephone: (785) 979-3672
                                                 Email: rewlaw@outlook.com

                                                 */s/Michelle M. Law*
                                                 Michelle M. Law, MO Bar No. 45487
                                                 (appointment motion to be filed)
                                                 Assistant Federal Public Defender
                                                 Western District of Missouri
                                                 901 Saint Louis Street, Suite 801
                                                 Springfield, Missouri 65806
                                                 Telephone: (417) 873-9022
                                                 Facsimile:  (417) 873-9038
                                                 Email: michelle_law@fd.org

                                                 **Counsel for Plaintiff**

2

## LOCAL RULE 7(m) CERTIFICATION

I HEREBY CERTIFY, pursuant to Local Rule 7(m), that, on June 22, 2020, prior to the filing of this Motion for Expedited Discovery, I sought Defendants' position on this Motion for Expedited Discovery, and counsel for Defendants indicated that Defendants will oppose the motion.

*/s/Charles F.B. McAleer, Jr.*
Charles F.B. McAleer, Jr. (DC Bar #388681)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5963
Email: CMcAleer@milchev.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 23rd day of June, 2020, I caused Plaintiff's Motion for Expedited Discovery to be filed electronically with the Clerk of the Court via CM/ECF, with all authorized parties being served electronically via CM/ECF.

/s/Charles F.B. McAleer, Jr.
Charles F.B. McAleer, Jr. (DC Bar #388681)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5963
Email: CMcAleer@milchev.com