## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:19-cv-03570-TSC |
| WILLIAM P. BARR, *et al.*, | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

THIS MATTER, having come before the Court, pursuant to the Fifth Amendment, Eighth Amendment, and Rule 26 of the Federal Rules of Civil Procedure, on Plaintiff Wesley Ira Purkey's ("Plaintiff" or "Mr. Purkey") Motion for Expedited Discovery, supporting papers, declarations, and exhibits (the "Motion"), and

WHEREAS, the Court having considered the Motion, all papers, memoranda, declarations, and exhibits submitted in support of the Motion and any opposition to the Motion, and

WHEREAS, it appearing to the Court, and the Court having so held, that Plaintiff has demonstrated that he is entitled to expedited discovery in connection with Plaintiff's Complaint (ECF No. 1) and Plaintiff's Renewed Motion for a Preliminary Injunction Barring Execution of Wesley Purkey Pending Final Disposition on the Merits (ECF No. 23), and

WHEREAS, it appearing to the Court, and the Court having so held, that Plaintiff's counsel and medical experts should be permitted access to Mr. Purkey, on an expedited basis, to conduct medical testing and imaging in order for Mr. Purkey to obtain further evidence in

connection with Plaintiff's Complaint (ECF No. 1) and Plaintiff's Renewed Motion for a

Preliminary Injunction Barring Execution of Wesley Purkey Pending Final Disposition on the

Merits (ECF No. 23), it is now therefore ORDERED, ADJUDGED and DECREED as follows:

1.    Plaintiff's Motion be, and the same is hereby, GRANTED.

2.    Plaintiff shall be entitled to expedited discovery in this matter, and, to that extent,

this case is exempted from the disclosure requirements and prohibition on discovery set forth in

Local Civil Rule 26.2(a) and Fed. R. Civ. P. 26(d)(1).

3.    Defendants are ordered to produce the following materials to Plaintiff's counsel

by the date and time specified:

    a.  All Federal Bureau of Prisons ("BOP") medical and mental health records for Mr. Purkey from January 1, 2017 through the present, to be produced no later than close of business Eastern Standard Time ("EST") on Friday June 26, 2020;

    b.  all A-Range video surveillance of Mr. Purkey's cell since July 25, 2019 through the present, to be produced no later than close of business EST on Monday, June 29, 2020;

    c.  all protocols and policies applicable during Mr. Purkey's warrant period that purport to allow for safe legal and expert visitation in light of the COVID-19 pandemic, to be produced no later than close of business EST on Thursday June 25, 2020; and

    d.  information relevant to the scope of the COVID-19 outbreak at the Terre Haute Facility, including the number of COVID-19 tests administered to

prisoners and staff at the facility, to be produced no later than close of business EST on Thursday June 25, 2020.

4.    Defendants are further ordered to allow Plaintiff's counsel and medical experts access to Mr. Purkey for testing and imaging requested by his medical experts, including:

   a.  An MRI with and without contrast;

   b.  two types of PET scans;

   c.  an EEG;

   d.  blood tests;

   e.  a lumbar puncture and cerebrospinal fluid assays (spinal tap); and

   f.  a DTI scan.


ENTERED this ___ day of _____, 2020.


_____
TANYA S. CHUTKAN
United States District Judge

3