AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| WESLEY IRA PURKEY | ) |
| *Plaintiff* | ) |
| v. | )  Case No.  1:19-cv-03570-TSC |
| WILLIAM P. BARR, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date:    06/26/2020

_____
*Attorney's signature*

Rebecca E. Woodman, MO Bar 68901 (pro hac vice)
*Printed name and bar number*

Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114

*Address*

rewlaw@outlook.com
*E-mail address*

(785) 979-3672
*Telephone number*

*FAX number*