**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| WESLEY IRA PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-03570-TSC |
| | ) | |
| WILLIAM P. BARR, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO STRIKE
DECLARATION OF T.J. WATSON (ECF No. 27-2)**

Pursuant to Local Civil Rules 7 and 65.1(c), as well as Federal Rules of Evidence 602, 702, 803 and 804, Plaintiff Wesley Ira Purkey ("Plaintiff") hereby moves this Court to strike from the record in this case, and preclude from consideration as inadmissible, Exhibit 2 to Defendants' Opposition to Plaintiff's Motion for Expedited Discovery, which is the Declaration of T.J. Watson, dated June 29, 2020 (ECF No. 27-2) (the "Watson Declaration"). In support of this Motion, Plaintiff submits the accompanying Memorandum of Points and Authorities, which is incorporated herein by reference.

WHEREFORE, on the basis of this Motion and any further argument or evidence presented in support hereof, Plaintiff respectfully requests that the Court grant this Motion and enter an order (a) striking the Watson Declaration from the record in this case and precluding it from consideration as inadmissible, and (b) awarding Plaintiff such other and further relief as the Court deems just and proper. A proposed Order is attached hereto.

Dated: July 2, 2020

Respectfully Submitted,

*/s/Charles F.B. McAleer, Jr.*
Charles F.B. McAleer, Jr. (DC Bar #388681)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5963
Email: CMcAleer@milchev.com

*/s/Brian Fleming*
Brian Fleming (DC Bar #974889)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5871
Email: bfleming@milchev.com

*/s/Rebecca E. Woodman*
Rebecca E. Woodman (*pro hac vice*)
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
Telephone: (785) 979-3672
Email: rewlaw@outlook.com

Michelle M. Law, MO Bar No. 45487
(appointment motion to be filed)
Assistant Federal Public Defender
Western District of Missouri
901 Saint Louis Street, Suite 801
Springfield, Missouri 65806
Telephone: (417) 873-9022
Facsimile:  (417) 873-9038
Email: michelle_law@fd.org

**Counsel for Plaintiff**

2

## **LOCAL RULE 7(m) CERTIFICATION**

I HEREBY CERTIFY, pursuant to Local Rule 7(m), that, on July 2, 2020, prior to the filing of this Motion to Strike Declaration of T.J. Watson (ECF No. 27-2), I sought Defendants' position on this Motion, and counsel for Defendants indicated that Defendants will oppose this Motion.

*/s/Charles F.B. McAleer, Jr.*
Charles F.B. McAleer, Jr. (DC Bar #388681)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5963
Email: CMcAleer@milchev.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the 2nd day of July, 2020, I caused the foregoing Motion to Strike Declaration of T.J. Watson (ECF No. 27-2) to be filed electronically with the Clerk of the Court via CM/ECF, with all authorized parties being served electronically via CM/ECF.

*/s/Charles F.B. McAleer, Jr.*
Charles F.B. McAleer, Jr. (DC Bar #388681)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5963
Email: CMcAleer@milchev.com