# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:19-cv-03570-TSC |
| WILLIAM P. BARR, *et al.*, | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

THIS MATTER, having come before the Court, on the motion of Plaintiff Wesley Ira Purkey ("Plaintiff"), pursuant to Local Civil Rules 7 and 65.1(c), as well as Federal Rules of Evidence 601, 602, 701, 702, 703 and 802, to strike from the record in this case, and preclude from consideration as inadmissible, Exhibit 2 to Defendants' Opposition to Plaintiff's Motion for Expedited Discovery, which is the Declaration of T.J. Watson, dated June 29, 2020 (ECF No. 27-2) (the "Watson Declaration"), and

WHEREAS, the Court having considered the Motion, including all papers and memoranda submitted in support of the Motion, and any opposition to the Motion, and

WHEREAS, it appearing to the Court, and the Court having so held, that a proper basis exists for granting Plaintiff's Motion, it is now therefore ORDERED as follows:

1.      Plaintiff's Motion be, and the same is hereby, GRANTED.

2.      The Watson Declaration is hereby stricken from the record in this case and shall not be considered by the Court for any purpose.

ENTERED this ___ day of _____, 2020.

 

_____
TANYA S. CHUTKAN
United States District Judge

Copies to All Counsel of Record