**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WESLEY I. PURKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 19-03570 (TSC) |
| | ) |
| WILLIAM P. BARR, et al, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully submit this Notice to alert the Court of the decision of the United

States Supreme Court issued today in *Barr v. Lee*, No. 20A8, 2020 WL 3964985 (U.S. July 14,

2020) (per curiam). The Supreme Court vacated this Court's injunction in *In re Fed. Bureau of*

*Prisons' Execution Protocol Cases*, __ F. Supp. 3d __, No. 19-mc-145, 2020 WL 3960928 (D.D.C.

July 13, 2020).

Dated: July 14, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

By       /s/ *J. Benton Hurst*

BRIAN P. CASEY
KATHLEEN D. MAHONEY
J. BENTON HURST (D.D.C. Bar #MO009)
DAVID WAGNER
Special Assistant United States Attorneys

-2-

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122
Fax: (816) 426-5186
E-mail:   Brian.Casey@usdoj.gov
          Kate.Mahoney@usdoj.gov
          John.Hurst@usdoj.gov
          David.Wagner@usdoj.gov

*Attorneys for Defendants*