**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WESLEY I. PURKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.　) | Civil No. 19-03570 (TSC) |
| ) | |
| WILLIAM P. BARR, et al, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given this 15th day of July, 2020, that Defendants in this action appeal

to the United States Court of Appeals for the District of Columbia Circuit from the Order of this

Court entered on July 15, 2020, *see* ECF No. 36 (Order) (attached hereto), in which the Court

granted Plaintiff's Renewed Motion for a Preliminary Injunction (ECF No. 23) and ordered that

"the Defendants (along with their respective successors in office, officers, agents, servants,

employees, attorneys, and anyone activity in concert with them) are enjoined from executing

Plaintiff Wesley Ira Purkey until further order of this Court." Order, ECF No. 36.


Dated:　July 15, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

By　　/s/ *J. Benton Hurst*

BRIAN P. CASEY
KATHLEEN D. MAHONEY
J. BENTON HURST (D.D.C. Bar #MO009)
DAVID WAGNER
Special Assistant United States Attorneys

-2-

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122
Fax: (816) 426-5186
E-mail:   Brian.Casey@usdoj.gov
          Kate.Mahoney@usdoj.gov
          John.Hurst@usdoj.gov
          David.Wagner@usdoj.gov

*Attorneys for Defendants*