**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| WESLEY IRA PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-03570-TSC |
| | ) | |
| WILLIAM P. BARR, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL**

On July 15, 2020, this Court granted a preliminary injunction of Plaintiff Wesley Ira Purkey's ("Plaintiff" or "Mr. Purkey") execution, previously scheduled for July 15, 2020, and denied Defendants' motion to dismiss the complaint in this matter. Order Granting Pl.'s Mot. for Prelim. Inj. (July 15, 2020), ECF No. 36 (the "Preliminary Injunction Order"). Defendants now move the Court to stay the preliminary injunction pending appeal. Defs.' Mot. to Stay Prelim. Inj. Pending Appeal (July 15, 2020), ECF No. 39 (the "Motion to Stay"). The Motion to Stay should be denied.

The main argument in the Defendants' Motion to Stay is that Defendants are supposedly likely to succeed on two issues they plan to raise on appeal; namely, that Mr. Purkey's case is purportedly one that must be brought as a habeas corpus action and that Mr. Purkey's claim that he cannot currently be executed under the Eighth Amendment standards set forth in *Ford v. Wainwright*, 477 U.S. 399 (1986) and *Panetti v. Quarterman*, 551 U.S. 930 (2007) fails because he has not made a substantial threshold showing of incompetency.

But Defendants are not likely to succeed on these issues, as they simply rehash arguments this Court soundly rejected in its well-reasoned analysis in the Court's Preliminary Injunction Order. Indeed, Defendants entirely fail to address much of the Court's analysis at all, ignoring the binding determination in *Ford*, relied on by this Court at page seven (7) of its Preliminary Injunction Order, that "the only question raised is not *whether,* but *when,* his execution may take place." *Ford,* 477 U.S. at 425 (Powell, J., concurring); *see also Panetti,* 551 U.S. at 949 (finding that Justice Powell's concurring opinion controls procedure for *Ford* claims). This citation alone defeats Defendants' entire first argument.

On the substantial threshold issue, Defendants also incorrectly seek to have this Court discount, at the pleading stage, "a report by Dr. Bhushan Agharkar, stating that Plaintiff lacks a rational understanding of the basis for his execution. (Agharkar Report, at 11–12.)." Prelim. Inj. Order at 10. There is no basis at all to discount this report, but even if there was, the Court certainly could not do so at the pleading stage and in the absence of any contrary evidence from Defendants. Indeed, the record here is virtually indistinguishable from that in *Panetti*, 551 U.S. at 949, where the Court found the threshold test was met and remanded for the resolution of the *Ford* claim after Panetti had been provided a full and fair hearing on those claims. All the Court did here was follow *Panetti*.

Finally, Defendants fail to address other aspects of this Court's ruling, such as the indisputable finding that Defendants have waived jurisdictional arguments by failing to challenge jurisdiction in the motion to dismiss (Preliminary Injunction Order at 9); that they have conceded the venue and thus waived any challenge to it (*id.*); and that they have provided no independent evidence of Mr. Purkey's competence (*id.* at 10).

Accordingly, Defendants' Motion to Stay the Preliminary Injunction Order should be denied.

DATED: July 15, 2020                    Respectfully Submitted,

*/s/Charles F.B. McAleer, Jr.*
Charles F.B. McAleer, Jr. (DC Bar #388681)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5963
Email: CMcAleer@milchev.com

*/s/Brian Fleming*
Brian Fleming (DC Bar #974889)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5871
Email: bfleming@milchev.com

*/s/Rebecca E. Woodman*
Rebecca E. Woodman (*pro hac vice*)
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
Telephone: (785) 979-3672
Email: rewlaw@outlook.com

Michelle M. Law, MO Bar No. 45487
(appointment motion to be filed)
Assistant Federal Public Defender
Western District of Missouri
901 Saint Louis Street, Suite 801
Springfield, Missouri 65806
Telephone: (417) 873-9022
Facsimile: (417) 873-9038
Email: michelle_law@fd.org

**Counsel for Plaintiff**

3

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that, on the 15th day of July, 2020, I caused Plaintiff's Opposition

to Defendants' Motion to Stay Preliminary Injunction Pending Appeal to be filed electronically

with the Clerk of the Court via CM/ECF, with all authorized parties being served electronically

via CM/ECF.

*<u>/s/Charles F.B. McAleer, Jr.</u>*
Charles F.B. McAleer, Jr. (DC Bar
#388681)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5963
Email: CMcAleer@milchev.com
