**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 19-03570 (TSC) |
| | ) | |
| WILLIAM P. BARR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO EXTEND TIME TO ANSWER

Pursuant to Federal Rules of Civil Procedure 6(b) and 12(a)(4)(A), the Defendants move this Court to extend the time to file an Answer until the Complaint is dismissed or 14 days after a party is substituted for Purkey. Defendants offer the following in support:

1.     On November 26, 2019, Purkey filed his Complaint seeking to enjoin his execution. ECF No. 1.

2.     On February 24, 2020, Defendants moved to dismiss Purkey's Complaint. ECF No. 18.

3.     On July 15, 2020, this Court denied Defendants' motion to dismiss and granted Purkey's motion for a preliminary injunction against his execution, scheduled for that day. ECF No. 36.

4.     On July 16, 2020, the Supreme Court vacated this Court's preliminary injunction, and pursuant to his sentence of death for federal crimes, Purkey was executed by lethal injection.

5.      The time for filing an Answer or other pleading has not yet expired. Fed. R. Civ. P. 12(a)(4)(A).

6.      Purkey is no longer a party to this case, and no party has sought to substitute him or herself as plaintiff, leaving no plaintiff to pursue the Complaint. Further, this Court can no longer provide the injunctive relief sought in the Complaint.

7.      This motion is not being made for purposes of delay, but is instead being made to provide additional time to dismiss the Complaint or substitute a party for Purkey.

8.      Purkey's counsel have advised Defendants that they will be timely filing whatever motion or notice is required with respect to the dismissal of Plaintiff's case. Purkey's counsel have authorized Defendants to represent that: "Plaintiff's counsel does not oppose Defendants' receiving an extension of the deadline for filing their Answer in this case."

For the foregoing reasons, Defendants respectfully request that this Court extend the time to file an Answer until the Complaint is dismissed or 14 days after a party substitutes as plaintiff.

Dated: July 28, 2020                    Respectfully submitted,

                                        MICHAEL R. SHERWIN
                                        Acting United States Attorney

                                 By    /s/ *J. Benton Hurst*

                                        BRIAN P. CASEY
                                        KATHLEEN D. MAHONEY
                                        J. BENTON HURST (D.D.C. Bar #MO009)
                                        DAVID WAGNER
                                        Special Assistant United States Attorneys

                                        Charles Evans Whittaker Courthouse
                                        400 East 9th Street, Room 5510
                                        Kansas City, Missouri 64106
                                        Telephone: (816) 426-3122
                                        Fax: (816) 426-5186
                                        E-mail: Brian.Casey@usdoj.gov
                                                Kate.Mahoney@usdoj.gov
                                                John.Hurst@usdoj.gov
                                                David.Wagner@usdoj.gov

                                        *Attorneys for Defendants*

3