**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WESLEY I. PURKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 19-03570 (TSC) |
| | ) |
| WILLIAM P. BARR, et al., | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER ON MOTION FOR EXTENSION OF TIME

Upon consideration of Defendants' Motion for Extension of Time to File Answer, and for

good cause shown, it is hereby

ORDERED that the Defendants' time to file an Answer is extended until 14 days after a

party is substituted as plaintiff or this Court rules on a motion to dismiss.

So ordered. This _____ day of July, 2020.


_____
TANYA S. CHUTKAN
United States District Judge