Exhibit D



**U.S. Department of Justice**

Federal Bureau of Prisons

---

*Office of the Director*                      *Washington, DC 20534*

. JUL 1 6 2020

MEMORANDUM FOR T.J. WATSON, WARDEN
                FEDERAL CORRECTIONAL COMPLEX
                TERRE HAUTE, INDIANA

FROM:           M.D. Carvajal
                Director

SUBJECT:        Setting Execution Date


On June 15, 2020, I provided notification scheduling the execution
date of Wesley Ira Purkey, Register Number 14679-045.  The date
designated for execution passed by reason of a stay of execution.
The stay of execution has been lifted.  The purpose of this
memorandum is to schedule a new date for the execution of inmate
Purkey.  The sentence of death for inmate Purkey will be carried
out at the United States Penitentiary in Terre Haute, Indiana, on
July 16, 2020.

Please provide inmate Purkey notice of the execution date.


cc:  The Honorable William P. Barr
     Attorney General

     The Honorable Jeffrey A. Rosen
     Deputy Attorney General

     The Honorable Donald W. Washington
     Director, United States Marshals Service

     Jessica E. Hart
     Director, Office for Victims of Crime

     Brian C. Rabbitt
     Acting Assistant Attorney General, Criminal Division

Rosalind Sargent-Burns
Acting Pardon Attorney

Richard E. Burns
Chief, Capital Case Section

Ken Hyle
Assistant Director/General Counsel

Andre Matevousian
Assistant Director, Correctional Programs Division

Jeffrey E. Krueger
Regional Director, North Central Region